Michael D. Kimerer, #002492
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: 602-279-5900
Facsimile: 602-264-5566
mdk@kimerer.com

Attorney for Defendant, Jed Brunst

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 18-CR-00422-(4)-SPL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | **ON BEHALF OF DEFENDANT** |
| | ) | **JED BRUNST** |
| **JED BRUNST,** | ) | |
| | ) | (Defendant in Custody) |
| Defendant. | ) | |
| | ) | |

Undersigned counsel, Michael D. Kimerer, hereby enters his appearance on behalf of the Defendant, Jed Brunst, for any and all proceedings arising from the above captioned case.

RESPECTFULLY SUBMITTED this 9th day of April, 2018.

KIMERER & DERRICK, P.C.

Michael D. Kimerer, Esq.
Attorney for Defendant, Jed Brunst

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 9, 2018, I hand-delivered an original of the foregoing Notice of Appearance to the Clerk of the Court for filing and transmittal of a Notice of Electronic Filing will be e-mailed thru the CM/ECF System to the following CM/ECF registrants:

Dominic Lanza, Esq.
U.S. Attorney's Office
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Assistant U.S. Attorney

By: /s/ Melissa Callingbird