AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

John "Jed" Brunst
*Defendant*

Case No. CR-18-00422-04-PHX-SPL

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John "Jed" Brunst,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1956(h) – Conspiracy to Commit Money
18:1956(a)(1)(B)(i) – Concealment Money Laundering
18:1956(a)(2)(A) – International Promotional Money Laundering
18:1957(a) – Transactional Money Laundering

Date: 03/29/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/29/2018, and the person was arrested on *(date)* 4/6/2018
at *(city and state)* Phoenix, AZ

Date: 4/9/2018

*Arresting officer's signature*

Arrested by FBI
*Printed name and title*