ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO DESIGNATE CASE COMPLEX, CONTINUE THE TRIAL DATE, AND SET A STATUS CONFERENCE AND PROPOSED ORDER** |
| v. | |
| 1. Michael Lacey | |
| 2. James Larkin | |
| 3. Scott Spear | |
| 4. John "Jed" Brunst | |
| 5. Dan Hyer | |
| 6. Andrew Padilla | |
| 7. Joye Vaught | |
| Defendants. | |

## INTRODUCTION

The United States respectfully moves this court, pursuant to local criminal rule 16.4, to designate this matter a "complex case" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii). The United States additionally moves the Court to continue the current trial date (June 5, 2018) and set a status conference within 21 days of the complex case designation to determine a schedule for motions, discovery, and other pre-trial case management issues. The defendants do not oppose this motion.

Excludable delay under 18 U.S.C. § 3161(h)(8)(B)(ii) will occur as a result of this motion or an order based thereon.

## MEMORANDUM

On March 28, 2018, the United States obtained an indictment of Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Dan Hyer, Andrew Padilla, and Joye Vaught. Each defendant has made an initial appearance. The current motion deadline is April 26, 2018, and the current trial date is June 5, 2018.

The 93-count indictment charges the defendants with conduct stretching over a more than decade-long period involving thousands upon thousands of ads posted on the website Backpage.com. The case also includes numerous financial transactions, some of which are cross-border and involve wire transfers, credit card processing, money orders, and cryptocurrency (bitcoin). The discovery will include voluminous items seized by the United States pursuant to numerous search warrants and other documents the United States obtained during its investigation. In addition, many witness have been interviewed and the interview reports are numerous. The case also may involve various expert designations.

As a result, the United States will be producing substantial documentary evidence involving hundreds of thousands (if not millions) of documents from the United States and abroad. The United States intends to begin producing these items to the defendants, on a rolling basis, likely through a computer program known as Relativity. The volume

1   of discovery in this case makes it unreasonable to expect adequate preparation for trial or
2   pretrial proceedings within the time limits proscribed by the Speedy Trial Act (STA).

3         For these reasons, and as other courts in this Circuit have regularly done in cases
4   involving cross-border events and voluminous discovery, this Court should designate the
5   case as complex for purposes of the STA and Local Criminal Rule 16.4, continue the
6   current trial date, and set a status conference within 21 days of the complex case
7   designation to determine a schedule for motions, discovery, and other pre-trial case
8   management issues.  *See* 18 U.S.C. § 3161(h)(8)(B)(ii) (court should consider whether the
9   case is "so complex, due to the number of defendants, the nature of the prosecution, or the
10  existence of novel questions of fact or law, that it is unreasonable to expect adequate
11  preparation for pretrial proceedings or for the trial itself within the time limits established
12  by" the STA); *United States v. Butz*, 982 F.2d 1378, 1381 (9th Cir. 1993) (approving "ends
13  of justice" continuance where there were nine defendants, a 29-count indictment,
14  voluminous discovery, and many witnesses).  A case management schedule will allow the
15  Court to establish a consolidated schedule for discovery and motions, which will maximize
16  the efficiency and effectiveness of the process.

17        For these reasons, the United States respectfully requests that the Court
18  grant this unopposed motion to designate this a "complex case," continue the trial
19  date, and set a status conference within 21 days of the complex case designation to
20  determine a schedule for motions, discovery, and other pre-trial case management
21  issues.  Counsel for all defendants have informed the United States that they do not oppose
22  //
23  //
24  //
25  //
26  //
27  //
28  //

this request for a complex-case designation.

Respectfully submitted this 13th day of April 2018.

        ELIZABETH A. STRANGE
        First Assistant United States Attorney
        District of Arizona

        JOHN P. CRONAN
        Acting Assistant Attorney General
        Criminal Division, U.S. Department of Justice

        */s Kevin Rapp*_____
        KEVIN M. RAPP
        DOMINIC LANZA
        MARGARET PERLMETER
        Assistant U.S. Attorneys

        REGINALD E. JONES
        Senior Trial Attorney
        U.S. Department of Justice, Criminal Division
        Child Exploitation and Obscenity Section

Certificate of Service: I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Paul Cambria, James Grant, Robert Corn-Revere, Ronald London, Larry Debus, Lawrence Kazan, Gregory Zamora, Cristina Arguedas, Ted Cassman, Bruce Feder, Michael Kimerer, Michael Piccarreta, Stephen Weiss. I further certify that, on this date, I served a copy of this pleading (via email) on the following attorney who is not yet registered in the CM/ECF system: KC Maxwell.