1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

9    United States of America,

10                        Plaintiff,

11           vs.

1.  Michael Lacey

12
2.  James Larkin

13
3.  Scott Spear

14
4.  John "Jed" Brunst

15
5.  Dan Hyer

16
6.  Andrew Padilla

17
7.  Joye Vaught

18
                        Defendants.

19

CR-18-00422-PHX-SPL (BSB)

**ORDER**

20

21           Having reviewed the United States' Unopposed Motion to Designate Case
Complex, Continue the Trial Date, and set a Status Conference, and good cause appearing,

22

23           **IT IS ORDERED** designating the case as complex,

24           **IT IS FURTHER ORDERED** setting a status conference for _____, 2018,

25           **IT IS FURTHER ORDERED** that the parties prior to the status conference  submit
a joint proposed case management schedule no later than _____, 2018.

26

27           **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is
found to commence from _____ through _____.

28

1     DATED this _____ day of _____, 2018.

2

3                                        _____
                                         HONORABLE   STEVEN P. LOGAN
4                                        United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28