# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

Upon the motion of the United States, and good cause showing,

**IT IS HEREBY ORDERED** granting the United States' Motion to Transfer Cases (Doc. 164).

**IT IS FURTHER ORDERED** that United States v. Carl Ferrer, No. CR-18-00464-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Carl Ferrer, No. CR-18-00464-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** that United States v. Backpage.com, LLC et al., No. CR 18-465-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Backpage.com, LLC et al., No. CR-18-00465-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file this order in all three above-mentioned cases.

. . .

. . .

. . .

1 | The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____ from_____
2 | to _____.
3 | Dated this 30th day of May, 2018.

                                                                                              Honorable Steven P. Logan
                                                                                              United States District Judge