# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. |  |
| Michael Lacey, et al., |  |
| Defendants. |  |

Defendants Michael Lacey and James Larkin have filed a second motion seeking an extension of time to file a response in opposition to the government's motion to disqualify counsel. (Doc. 149). Defendants Andrew Padilla and John Brunst have filed joinders to the motion for an extension of time. (Docs. 160, 163.) Defendants seek an extension of time from May 23, 2018 to June 6, 2018 to file their responses to the motion to disqualify.

The government has filed a response to the motion for an extension in which it has withdrawn its opposition to the extension of time for Defendants to respond to the motion to disqualify counsel. (Doc. 162.) The government, however, requests that the Court state that it will not grant any additional extensions of time for Defendants to respond to the motion to disqualify. (*Id*.) As the government correctly states, it filed the motion to disqualify counsel on April 25, 2018. (*See* Doc. 118.) Therefore, Defendants' requested extension of time, until June 6, 2018, allows Defendants six weeks to respond to the motion to disqualify counsel. Although the Court will not rule on a hypothetical

additional motion for an extension of time to respond to the motion to disqualify counsel, it nonetheless advises Defendants that, barring extraordinary circumstances, it will not grant additional extensions of time to respond to the motion to disqualify counsel.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for an Extension of Time to File Opposition to Government's Motion to Disqualify Counsel (Doc. 149), and the joinders to that motion (Docs. 160, 163) are **GRANTED,** and the deadline for Defendants to file their responses in opposition to the motion to disqualify counsel is extended to **June 6, 2018**.

Dated this 1st day of June, 2018.

_____
Bridget S. Bade
United States Magistrate Judge