# **<u>Exhibit F</u>**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-000654 |
| | ) | |
| ROBERT E. COOPER, JR., Attorney General | ) | |
| of the State of Tennessee; and TONY CLARK; | ) | |
| BARRY STAUBUS; C. BERKELEY BELL; | ) | Judge Nixon |
| JAMES DUNN; MIKE FLYNN; RANDALL | ) | |
| NICHOLS; DAVE CLARK; WILLIAM PAUL | ) | Magistrate Judge Griffin |
| PHILLIPS; RUSSELL JOHNSON; STEVEN | ) | |
| BEBB; WILLIAM H. COX, III; J. MICHAEL | ) | |
| TAYLOR; RANDY YORK; MICKEY | ) | |
| LAYNE; TOM P. THOMPSON; WILLIAM | ) | |
| WHITESELL; CHUCK CRAWFORD; L. RAY | ) | |
| WHITLEY; JOHN W. CARNEY; VICTOR S. | ) | |
| JOHNSON, III; KIM HELPER; MIKE | ) | |
| BOTTOMS; DAN M. ALSOBROOKS; | ) | |
| HANSEL MCCADAMS; MIKE DUNAVANT; | ) | |
| JAMES G. WOODALL; THOMAS A. | ) | |
| THOMAS; GARRY BROWN; PHILLIP | ) | |
| BIVENS; AMY P. WEIRICH; and LISA | ) | |
| ZAVAGIANNIS; Tennessee District Attorneys | ) | |
| for the 1st through 31st Judicial Districts, | ) | |
| respectively, | ) | |
| | ) | |
| Defendants, in their official | ) | |
| capacities. | ) | |

**DECLARATION OF JAMES C. GRANT IN SUPPORT OF PLAINTIFF
BACKPAGE.COM, LLC'S MOTION
FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO 42 U.S.C. § 1988**

I, James C. Grant, declare and state as follows:

1.       I am an attorney with the firm of Davis Wright Tremaine LLP ("DWT"), which is counsel for Backpage.com, LLC ("Backpage.com") in this matter.  I have personal knowledge and am competent to testify to the matters stated herein.

2.       DWT has extensive expertise and experience litigating cases under the First Amendment and the Communications Decency Act, 47 U.S.C. § 230 ("CDA").  The firm's media group has been ranked first in media and First Amendment law by "Best Lawyers in America," and is currently ranked in Chamber USA's top brand firm in media and First Amendment litigation.  Individual DWT attorneys similarly have been recognized as leading practitioners in their respective geographic areas.

3.       I have 29 years' experience as a litigator, and have served as counsel to Backpage.com nationally in cases concerning the First Amendment and CDA.  I represented Backpage.com in *Backpage.com v. McKenna*, 881 F. Supp. 2d 1262 (W.D. Wash. 2012), in which a federal court invalidated another, similar law aimed at Backpage.com.

4.       Attached as Exhibit A is a chart showing the attorneys and paralegals who worked on this matter for Backpage.com, their billing rates, the hours they worked, and the amount billed to Backpage.com.  These rates are at or below the prevailing market rates in Seattle, Washington, and based on my experience, the time spent by Backpage.com's lawyers and paralegals was reasonable.  This chart also reflects the amount Backpage.com would have been billed had DWT charged rates customary in Tennessee.  These adjustments are based on the rates charged by Backpage.com's Tennessee counsel in this litigation, Adams and Reese LLP, and are explained in the accompanying Declaration of Lucian Pera.

5.      Attached as Exhibit B are true and correct copies of invoices from DWT to Backpage.com.  We have redacted from the invoices attorney-client privileged information and information about payment history.

6.      As Exhibit A to this declaration reflects, attorneys and paralegals from DWT worked a total of 402.5 hours representing Backpage.com in this action through February 2013, and Backpage.com has incurred actual fees and costs of $181,562.67 and $191,978.67, respectively for DWT's work through February 2013 and to date.

7.      Exhibit A also reflects the total billings of Adams and Reese for its work, as explained in the accompanying Declaration of Mr. Pera.  Adding the fees for both firms, the actual fees and costs incurred by Backpage.com in this litigation to date are $225,783.21. However, in the present motion, Backpage.com seeks a total recovery of $189,559.41 ($184,749.00 in fees and $4,810.41 in costs).  This takes into account downward adjustments to (1) reflect Tennessee billing rates for work performed by DWT, and (2) exclude fees for work performed after February 2013, which includes all work relating to the present motion for fees and costs.

8.      Exhibit A to this declaration does not account for fees and expenses incurred by Backpage.com in defeating the law in Washington, upon which the Tennessee law was based. As demonstrated in the Court's Order, the issues presented by Tennessee's statute differed from those presented in the Washington case.  Backpage.com has not asked for recovery of any fees or expenses from work on the Washington case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Signed at Tucson, Arizona, this 10th day of April, 2013.


*/s/ James C. Grant*
James C. Grant

# Exhibit A

| | Fees and Costs Incurred | | | Fees and Costs Requested | | |
|---|---|---|---|---|---|---|
| Fees and Costs through February 2013 | *Hours* | *Amount* | *DWT Rate* | *TN Rate* | *Hours* | *Amount* |
| James C. Grant (Attorney, 2012 work) | 213.3 | $108,783.00 | $510.00 | $435.00 | 213.3 | $92,785.50 |
| James C. Grant (Attorney, 2013 work) | 20.5 | $10,865.00 | $530.00 | $435.00 | 20.5 | $8,917.50 |
| Eric M. Stahl (Attorney) | 57.4 | $24,682.00 | $430.00 | $375.00 | 57.4 | $21,525.00 |
| Ambika Kumar Doran (Attorney, 2012 work) | 80.2 | $27,268.00 | $340.00 | $300.00 | 80.2 | $24,060.00 |
| Ambika Kumar Doran (Attorney, 2013 work) | 0.5 | $185.00 | $370.00 | $300.00 | 0.5 | $150.00 |
| Jason A. Schattenkerk (Paralegal) | 10.1 | $1,717.00 | $170.00 | $170.00 | 10.1 | $1,717.00 |
| Jennifer Cygnor (Paralegal) | 16 | $3,680.00 | $230.00 | $230.00 | 16 | $3,680.00 |
| Ross Siler (Summer Associate) | 4.5 | $832.50 | $185.00 | $185.00 | 4.5 | $832.50 |
| Total Hours, Fees | 402.5 | $178,012.50 | | | | $153,667.50 |
| DWT Costs | | $3,550.17 | | | | $3,550.17 |
| Adams and Reese Hours, Fees | 103.9 | $31,081.50 | | | | $31,081.50 |
| Adams and Reese Costs | | $1,260.24 | | | | $1,260.24 |
| Total Fees & Costs through February 2013 | | $213,904.41 | | | | $189,559.41 |
| | | | | | | |
| Fees and Costs after February 2013 | | | | | | |
| DWT | | $10,416 | | | | |
| Adams and Reese | | $1,462.80 | | | | |
| | | | | | | |
| Total | Incurred | **$225,783.21** | | Requested | $ | **189,559.41** |

# EXHIBIT B

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Village Voice Media
c/o Elizabeth L. McDougall
Seattle Weekly
1008 Western Avenue, Ste 300
Seattle, WA 98104

July 9, 2012
Invoice No. 6077945

## JULY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:          3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| 06/06/12 | J. Grant | 1.10 | 561.00 | Brief research to determine Redacted Redacted                for suit challenging SB 2371/HB 2493; call with L. Pera and A. Doran re Redacted Redacted ; emails with L. Pera and Ms. McDougall re Redacted |
| 06/06/12 | A. Doran | 0.40 | 136.00 | Telephone conference and emails with L. Pera in Tennessee |
| 06/07/12 | J. Grant | 1.20 | 612.00 | Call with L. Pera and A. Doran re Redacted Redacted              ; prepare email re Redacted Redacted |
| 06/07/12 | A. Doran | 0.60 | 204.00 | Telephone conference with L. Pera regarding Redacted |
| 06/08/12 | J. Grant | 0.20 | 102.00 | Review proposed engagement letter for Adams & Reese; email to Ms. McDougall Redacted |
| 06/11/12 | J. Grant | 0.90 | 459.00 | Call with L. Pera and C. Meredith re Redacted |

review articles re Redacted

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine LLP**

Village Voice Media
Invoice No. 6077945
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | Redacted |
| 06/11/12 | A. Doran | 1.30 | 442.00 | Telephone conference with L. Pera, C. Meredith, and J. Grant; review articles collected by C. Meredith; research cases onRedacted Redacted Redacted |
| 06/12/12 | J. Grant | 3.20 | 1,632.00 | Emails with E. Stahl re Redacted Redacted ; review and consider arguments to challenge Tennessee law, and discuss same with A. Doran; meet with A. Doran and E. Stahl to outline potential arguments and begin work on TRO; draft Redacted Redacted |
| 06/12/12 | E. Stahl | 1.00 | 430.00 | Meeting with J. Grant and A. Doran regarding Redacted Redacted |
| 06/12/12 | A. Doran | 1.10 | 374.00 | Conference with E. Stahl and J. Grant Redacted ; review Tennessee law and consider Redacted talk with J. Grant regarding same |
| 06/13/12 | J. Grant | 4.70 | 2,397.00 | Continue work on outline of motion for TRO motion, including Redacted Redacted Redacted review case law re Redacted Redacted review M.D. Tennessee rules for briefs; talk with E. Stahl re Redacted |
| 06/13/12 | E. Stahl | 1.70 | 731.00 | Review background material and cases; confer with J. Grant re arguments for TRO brief |
| 06/14/12 | J. Grant | 7.30 | 3,723.00 | Continue work drafting background section and portions of argument for TRO motion; meet with E. Stahl re status and arguments for TRO; talk with A. Doran re Redacted Redacted |
| 06/14/12 | E. Stahl | 0.40 | 172.00 | Confer with J. Grant regarding Redacted |
| 06/14/12 | A. Doran | 0.30 | 102.00 | Conference with J. Grant regarding Redacted telephone conference with R. Corn-Revere Redacted |



Village Voice Media
Invoice No. 6077945
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|-------------------------|
| 06/15/12 | J. Grant | 1.90 | 969.00 | Continue work drafting portions of TRO motion and outlining thoughts for remainder of brief; emails with B. Corn-Revere reRedacted |
| | | | | Redacted |
| 06/15/12 | E. Stahl | 0.90 | 387.00 | Drafting of injunction brief |
| 06/15/12 | A. Doran | 0.50 | 170.00 | Review outline prepared by J. Grant; review local rules to determine page limit; review Redacted Redacted |
| 06/16/12 | J. Grant | 2.50 | 1,275.00 | Continue work on draft of motion for TRO, including revising section on overbreadth; emails and call with E. Stahl Redacted; review and revise edits of E. Stahl |
| 06/16/12 | E. Stahl | 5.80 | 2,494.00 | Legal research and drafting of TRO motion; emails and call with J. Grant Redacted |
| 06/16/12 | A. Doran | 0.10 | 34.00 | Exchange emails with E. Stahl regarding Redacted |
| 06/17/12 | E. Stahl | 0.90 | 387.00 | Legal research regardingRedacted Redacted Redacted |
| 06/18/12 | J. Grant | 1.30 | 663.00 | Talk with E. StahlRedacted Redacted ; provide him copies of relevant authorities; emails with A. Doran Redacted office conference with A. Doran re Redacted Redacted; work with assistant re identifying email addresses for Tennessee district attorneys general; email to E. Stahl reRedacted Redacted Redacted ; emails with A. Doran re Redacted Redacted |
| 06/18/12 | E. Stahl | 5.80 | 2,494.00 | Legal research and drafting of First Amendment and other issues for TRO brief; meet with J. Grant and A. Doran regardingRedacted |
| 06/18/12 | A. Doran | 4.60 | 1,564.00 | Draft complaint; exchange emails with Redacted Redacted ; instruct assistant and others on Redacted Redacted; reviewRedacted |

**Davis Wright
Tremaine LLP**

Village Voice Media
Invoice No. 6077945
Page No. 4

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | Redacted        ; meeting with E. Stahl to discussRedacted Redacted meeting with J. Grant regarding Redacted Redacted |
| 06/19/12 | J. Grant | 1.50 | 765.00 | Continue review of draft motion for TRO and preliminary injunction and related legal research; draft email to L. Pera re Redacted Redacted |
| 06/19/12 | E. Stahl | 4.90 | 2,107.00 | Legal research and drafting of TRO motion |
| 06/19/12 | A. Doran | 0.70 | 238.00 | Begin reviewing Redacted telephone conference with Tennessee counsel regarding same |
| 06/20/12 | J. Grant | 0.80 | 408.00 | Emails with E. StahlRedacted Redacted        ; draft email to L. PeraRedacted Redacted Redacted emails to E. Stahl re same |
| 06/20/12 | E. Stahl | 3.30 | 1,419.00 | Further drafting and editing of motion for TRO; various emails with J. Grant regarding brief and arguments |
| 06/21/12 | J. Grant | 0.40 | 204.00 | Emails with L. Pera reRedacted Redacted email to A. Doran re Redacted Redacted        ; talk with E. Stahl re Redacted |
| 06/21/12 | E. Stahl | 0.80 | 344.00 | Review and edit complaint; confer with J. Grant regarding status |
| 06/21/12 | A. Doran | 0.90 | 306.00 | Review research by C. PerettiRedacted Redacted        review emails from Tennessee counsel |
| 06/22/12 | J. Grant | 0.30 | 153.00 | ForwardRedacted        to Ms. McDougall |
| 06/22/12 | A. Doran | 0.90 | 306.00 | Begin revising Tennessee motion for temporary restraining order |
| 06/24/12 | J. Grant | 4.20 | 2,142.00 | Review and revise draft motion for TRO/preliminary injunction; forward Redacted Ms. McDougall; various emails reRedacted Redacted |
| 06/24/12 | A. Doran | 0.10 | 34.00 | Review legislative history |
| 06/24/12 | J. Schattenkerk | 0.60 | 102.00 | Begin identifying and compiling |

**Davis Wright Tremaine** LLP

Village Voice Media
Invoice No. 6077945
Page No. 5

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|-------------------------|
| | | | | exhibits for A. Doran declaration in support of motion for TRO |
| 06/25/12 | J. Grant | 3.30 | 1,683.00 | Revise draft motion for temporary restraining order and preliminary injunction; office conferences with E. Stahl Redacted |
| 06/25/12 | E. Stahl | 5.90 | 2,537.00 | Draft/edit TRO brief and declarations; confer with J. Grant Redacted |
| 06/25/12 | A. Doran | 1.10 | 374.00 | Revise motion for TRO; instruct paralegal on Doran declaration; draft proposed order; exchange emails with Tennessee counsel Redacted Redacted |
| 06/25/12 | J. Cygnor | 0.40 | 92.00 | Assist with cite check for motion for temporary restraining order |
| 06/25/12 | J. Schattenkerk | 2.20 | 374.00 | Assist with drafting A. Doran declaration and begin identifying and gathering exhibits for the same |
| 06/26/12 | J. Grant | 9.20 | 4,692.00 | Emails with L. Pera Redacted Redacted emails with E. Stahl Redacted Redacted review Ms. McDougall's Redacted Redacted call with L. Pera and C. Meredith re Redacted talk with Ms. McDougall re Redacted Redacted office conferences with E. Stahl Redacted Redacted revise complaint; emails and confer with Ms. McDougall, A. Doran and E. Stahl Redacted revise scienter section of TRO motion; review and finalize corporate disclosure statement and pro hac vice applications; review and work with J. Schattenkerk re exhibits to accompany declarations; revise draft declaration for C. Meredith re providing notice to defendants |
| 06/26/12 | E. Stahl | 3.30 | 1,419.00 | Review/revise Mr. Ferrer's declaration and A. Doran declaration; legal research regarding scienter; further drafting of TRO brief |
| 06/26/12 | A. Doran | 7.10 | 2,414.00 | Review revisions to TRO motion by Tennessee counsel; conferences with J. Grant and E. Stahl regarding Redacted revise proposed order; draft notice of motion; draft Meredith declaration; |



Village Voice Media
Invoice No. 6077945
Page No. 6

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | telephone conference with J. Grant, L. Pera and C. Meredith regarding Redacted instruct J. Schattenkerk on Doran declaration exhibits, and review and edit same; consider strategy on scienter argument; review Ms. McDougall's Redacted Redacted revise complaint; draft letter to Tennessee district attorneys regarding notice; instruct J. Cygnor on cite check; review report on validity of cases cited in brief prepared by library |
| 06/26/12 | J. Cygnor | 7.20 | 1,656.00 | Cite check motion for temporary restraining order and assist with supporting declarations and exhibits |
| 06/26/12 | J. Schattenkerk | 7.30 | 1,241.00 | Assist with identifying and compiling exhibits to A. Doran's declaration; update and edit A. Doran's declaration; update and edit references to A. Doran's declaration in TRO motion; update Mr. Ferrer's exhibits per J. Grant |
| 06/27/12 | J. Grant | 5.60 | 2,856.00 | Review and revise motion for TRO and preliminary injunction; emails with A. Doran re Redacted finalize and proofread brief and other papers for filing; draft letter to Tennessee district attorneys general providing notice of suit and TRO motion; make arrangements for trip to Nashville for possible TRO hearing; collect materials and work on argument for TRO hearing; emails with A. Doran re Redacted |
| 06/27/12 | E. Stahl | 2.30 | 989.00 | Final review of complaint; further legal research regarding Redacted additional drafting and assistance in completion of TRO filings |
| 06/27/12 | A. Doran | 4.20 | 1,428.00 | Finalize Doran and Ferrer declarations and Complaint; revise and finalize motion for TRO; exchange emails and telephone conference with Tennessee counsel regarding Redacted Redacted Redacted background research on Redacted Redacted |
| 06/28/12 | J. Grant | 5.30 | 2,703.00 | Prepare for argument re TRO; email to Ms. McDougall re Redacted |



Village Voice Media
Invoice No. 6077945
Page No. 7

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | Redacted        call with L. Pera re Redacted      visit C. Meredith to Redacted emails with A. Doran re Redacted Redacted |
| | | | | Redacted      draft outline of argument |
| 06/28/12 | A. Doran | 2.70 | 918.00 | Review Redacted        assist J. Grant with preparation for TRO hearing, including Redacted Redacted Redacted    research cases on Redacted Redacted Redacted |
| 06/29/12 | J. Grant | 9.10 | 4,641.00 | Prepare for hearing on TRO motion, outlining argument, meeting and discussing Redacted  with L. Pera; attend hearing; confer with L. Pera and C. Meredith after hearing re Redacted Redacted Redacted      emails with M. Meyer and L. Sanders (Tennessee AG's office) re schedule for preliminary injunction motion; prepare revised draft order re TRO and preliminary injunction schedule; emails and call with L. Sanders and M. Meyer re same; calls with L. Pera, Ms. McDougall, C. Meredith and A. Doran about Redacted Redacted |
| 06/29/12 | A. Doran | 1.90 | 646.00 | Telephone conferences with J. Grant and Ms. McDougall regarding Redacted Redacted draft supplemental brief on TRO |
| 06/30/12 | J. Grant | 0.50 | 255.00 | Emails with A. Doran and Ms. McDougall re Redacted |
| | Total Hours | 147.70 | | |

**DISBURSEMENT DETAIL**



Village Voice Media
Invoice No. 6077945
Page No. 8

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Legal services - - CLERK, U.S. DISTRICT COURT - 06/14/12 For obtaining Certificates of Good Standing fee, per J. Grant | 1 | 54.00 |
| Law library - - PACER SERVICE CENTER Pacer (Public Access to Court Records) 05/12 (SEA) | 1 | 8.60 |
| Outside delivery service - - FED EX ERS - 06/26/12 Delivery to 424 Church St Ste 2800 Nashville TN per James Grant | 1 | 18.85 |
| West Publishing (billed at cost) computerized legal research 06/05/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/14/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/15/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/16/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/18/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/19/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/24/12 per J. Grant | 1 | 0.00 |
| Total Current Disbursements | | $81.45 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $61,960.00 |
| Total Current Disbursements | 81.45 |
| | ---------------- |
| Total Current Invoice | $62,041.45 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 64.50 | 510.00 | 32,895.00 |
| Stahl, E. | 37.00 | 430.00 | 15,910.00 |
| | ------------ | | --------------- |
| Total | 101.50 | | 48,805.00 |
| **Associate** | | | |



Village Voice Media
Invoice No. 6077945
Page No. 9

|  | | | |
|---|---|---|---|
| Doran, A. | 28.50 | 340.00 | 9,690.00 |
| Total | 28.50 | | 9,690.00 |
| **Paralegal** | | | |
| Cygnor, J. | 7.60 | 230.00 | 1,748.00 |
| Schattenkerk, J. | 10.10 | 170.00 | 1,717.00 |
| Total | 17.70 | | 3,465.00 |
| Total All Classes | 147.70 | | $61,960.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $62,041.45 |
| Total Balance Due This Matter | $62,041.45 |

James C. Grant



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Village Voice Media
c/o Elizabeth L. McDougall
Seattle Weekly
1008 Western Avenue, Ste 300
Seattle, WA 98104

August 19, 2012
Invoice No. 6087290

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|-------------------------|
| 07/01/12 | J. Grant | 4.20 | 2,142.00 | Emails with A. Doran, L. Pera, and Ms. McDougall re Redacted Redacted Redacted draft stipulation re schedule and make revisions to draft Redacted Redacted |
| 07/02/12 | J. Grant | 3.40 | 1,734.00 | Revise draft stipulation regarding preliminary injunction schedule, Redacted Redacted provide draft to defendants' counsel; various emails and calls with L. Sanders (Tennessee AG's office) re revisions and finalizing stipulation; emails with C. Meredith Redacted; emails with A. Doran about Redacted Redacted |
| 07/02/12 | A. Doran | 0.50 | 170.00 | Exchange emails and consider strategy on stipulation regarding briefing deadlines; arrange for summer associate to Redacted |
| 07/03/12 | J. Grant | 1.20 | 612.00 | Email to District Attorney General J. Woodall's office re acceptance of service; office conference with R. Siler |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine** LLP

Village Voice Media
Invoice No. 6087290
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | re Redacted |
| | | | | Redacted   email to R. Siler Redacted Redacted |
| 07/03/12 | A. Doran | 0.10 | 34.00 | Exchange emails with J. Grant and R. Siler regarding Redacted |
| 07/05/12 | J. Grant | 0.10 | 51.00 | Emails with Ms. McDougall regarding Redacted |
| 07/05/12 | R. Siler | 1.90 | 0.00 | Begin review cases on Redacted Redacted           (No Charge) |
| 07/06/12 | R. Siler | 3.50 | 0.00 | Research cases on Redacted |
| | | | | Redacted           (No Charge) |
| 07/07/12 | J. Grant | 1.00 | 510.00 | Emails with L. Pera and C. Meredith concerningRedacted Redacted                 emails from A. Doran, L. Pera and Ms. McDougall re Redacted |
| | | | | review statute and send email to Ms. McDougall and others Redacted |
| 07/07/12 | R. Siler | 5.50 | 0.00 | Research and review cases on Redacted Redacted           (No Charge) |
| 07/08/12 | A. Doran | 0.20 | 68.00 | Review Redacted Redacted |
| 07/09/12 | J. Grant | 0.10 | 51.00 | Emails with A. Doran, L. Pera and Ms. McDougall re Redacted |
| 07/09/12 | R. Siler | 9.70 | 0.00 | Read and review cases related to Redacted (No Charge) |
| 07/10/12 | R. Siler | 5.80 | 0.00 | Begin drafting memo on Redacted Redacted           confintue review of Redacted           (No Charge) |
| 07/11/12 | R. Siler | 5.50 | 0.00 | Continue drafting memo on Redacted Redacted (No |

Davis Wright
Tremaine LLP

Village Voice Media
Invoice No. 6087290
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | Charge) |
| 07/12/12 | R. Siler | 4.00 | 0.00 | Continue drafting Redacted |
| | | | | (No Charge) |
| 07/13/12 | J. Grant | 0.30 | 153.00 | Various emails with L. Pera and C. Meredith re Redacted |
| 07/13/12 | R. Siler | 4.50 | 832.50 | Finish drafting, review and submit memo on Redacted Redacted to J. Grant |
| 07/16/12 | J. Grant | 0.50 | 255.00 | Email Ms. McDougall and L. Pera article re Redacted Redacted ; various emails with C. Meredith and others about Redacted Redacted review and approve stipulation |
| 07/23/12 | J. Grant | 0.50 | 255.00 | Emails with C. Meredith and L. Pera re Redacted Redacted ; review and revise draft stipulation regarding same |
| 07/24/12 | J. Grant | 0.10 | 51.00 | Review court order regarding Redacted Redacted |
| 07/26/12 | E. Stahl | 0.50 | 215.00 | Review defendants' response brief |
| 07/26/12 | A. Doran | 0.30 | 102.00 | Review response to motion for preliminary injunction |
| 07/27/12 | J. Grant | 1.20 | 612.00 | Review defendants' opposition to motion for preliminary injunction; meet with A. Doran and E. Stahl to discuss Redacted Redacted |
| 07/27/12 | E. Stahl | 1.80 | 774.00 | Review opposition brief; team meeting Redacted ; review order granting Washington preliminary injunction; outline reply brief on motion for preliminary injunction |
| 07/29/12 | J. Grant | 0.50 | 255.00 | Further review of state's opposition to motion for preliminary injunction and work on outlining thoughts for reply |
| 07/29/12 | E. Stahl | 1.00 | 430.00 | Further review of constitutional issues for reply in support of preliminary injunction |
| 07/30/12 | J. Grant | 1.90 | 969.00 | Review prior briefing and work on introduction for reply brief on motion for preliminary injunction; emails with L. Pera regarding Redacted |

**Davis Wright
Tremaine** LLP

Village Voice Media
Invoice No. 6087290
Page No. 4

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 07/31/12 | J. Grant | 7.30 | 3,723.00 | Emails with C. Meredith Redacted Redacted Redacted office conferences with A. Doran and E. Stahl re Redacted Redacted legal research in connection with reply brief, including Redacted <sup>Redacted</sup> work on draft of reply brief, finishing initial draft of introduction |
| 07/31/12 | E. Stahl | 0.20 | 86.00 | Confer with J. Grant and A. Doran regarding Redacted |
| 07/31/12 | A. Doran | 2.90 | 986.00 | Begin researching and drafting portion of reply on standing; meetings with J. Grant and E. Stahl regarding Redacted Redacted |
| | Total Hours | 70.20 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Air Fare -- James Grant 06/27/2012 to 06/30/2012 from Seattle, WA to Nashville, TN | 1 | 1,246.45 |
| Air Fare -- James Grant 06/27/2012 to 06/28/2012 from Seattle, WA to Nashville, TN | 1 | 209.00 |
| Air Fare -- James Grant 06/30/2012 to 06/30/2012 from Nashville, TN to Seattle, WA | 1 | 25.00 |
| Meal Expense -- James Grant 06/27/2012 | 1 | 4.99 |
| Meal Expense -- James Grant 06/28/2012 | 1 | 9.68 |
| Meal Expense -- James Grant 06/28/2012 | 1 | 2.82 |
| Meal Expense -- James Grant 06/29/2012 | 1 | 20.00 |
| Meal Expense -- James Grant 06/30/2012 | 1 | 4.91 |
| Meal Expense -- James Grant 06/30/2012 | 1 | 5.00 |
| Parking / Tolls / Ferry -- James Grant 06/30/2012 | 1 | 84.00 |
| Room Rate -- James Grant 06/28/2012 Nashville, TN | 1 | 209.00 |
| Room Tax -- James Grant 06/28/2012 Nashville, TN | 1 | 36.37 |
| Taxi / Car Service -- James Grant 06/28/2012 Downtown Nashville | 1 | 30.00 |
| Room Rate -- James Grant 06/29/2012 Nashville, TN | 1 | 189.00 |
| Room Tax -- James Grant 06/29/2012 Nashville, TN | 1 | 31.32 |
| Gratuity -- James Grant 06/29/2012 Various Tips from 6/28 to 6/29 | 1 | 15.00 |
| Taxi / Car Service -- James Grant 06/30/2012 Airport - Nashville | 1 | 30.00 |
| Mileage -- James Grant 06/27/2012 to SeaTac Airport 20 miles at 0.555 | 1 | 11.10 |

Davis Wright
Tremaine LLP

Village Voice Media
Invoice No. 6087290
Page No. 5

| | | |
|---|---|---|
| Mileage -- James Grant 06/30/2012 to Home 20 miles at 0.555 | 1 | 11.10 |
| West Publishing (billed at cost) computerized legal research 06/16/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/26/12 per J. Cygnor | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/26/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/26/12 per B. Masterson | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/27/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/28/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 07/03/12 per J. Grant | 1 | 0.00 |
| Total Current Disbursements | | $2,174.74 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $15,070.50 |
| Total Current Disbursements | 2,174.74 |
| Total Current Invoice | $17,245.24 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 22.30 | 510.00 | 11,373.00 |
| Stahl, E. | 3.50 | 430.00 | 1,505.00 |
| Total | 25.80 | | 12,878.00 |
| **Associate** | | | |
| Doran, A. | 4.00 | 340.00 | 1,360.00 |
| Total | 4.00 | | 1,360.00 |
| **Summer_Assoc** | | | |
| Siler, R. | 4.50 | 185.00 | 832.50 |
| Siler, R. | 35.90 | 0.00 | 0.00 |

**Davis Wright**
**Tremaine** LLP

Village Voice Media
Invoice No. 6087290
Page No. 6

| | | |
|---|---|---|
| | ----------- | ---------------- |
| Total | 40.40 | 832.50 |
| | ----------- | ---------------- |
| Total All Classes | 70.20 | $15,070.50 |

## STATEMENT OF ACCOUNT

Balance from Previous Statement                               Redacted

Current Invoice                                                        $17,245.24

                                                                    ---------------------
Total Balance Due This Matter                               Redacted


James C. Grant



# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Village Voice Media
c/o Elizabeth L. McDougall
Seattle Weekly
1008 Western Avenue, Ste 300
Seattle, WA 98104

September 11, 2012
Invoice No. 6091454

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| 07/31/12 | B. Masterson | 0.90 | 0.00 | Search for articles or other documents Redacted |
| | | | | Redacted (No Charge) |
| 08/01/12 | J. Grant | 7.70 | 3,927.00 | Continue work on reply brief for preliminary injunction motion; conferences with E. Stahl and A. Doran re Redacted Redacted |
| | | | | Redacted; draft section of reply brief regarding same; further work on section of brief concerning scienter |
| 08/01/12 | A. Doran | 6.60 | 2,244.00 | Revise introduction to reply brief; draft sections of reply on standing and CDA section 230; meetings with J. Grant regarding Redacted          draft and finalize stipulation to extend reply deadline and exchange emails with opposing counsel regarding same |
| 08/02/12 | J. Grant | 8.40 | 4,284.00 | Continue work on reply brief for preliminary injunction motion, including reading and analyzing case law |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Village Voice Media
Invoice No. 6091454
Page No. 2

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | concerning Redacted Redacted          ; review A. Doran draft of Salerno and CDA sections and provide comments; draft section regarding scienter |
| 08/02/12 | A. Doran | 1.10 | 374.00 | Revise draft of reply brief |
| 08/03/12 | J. Grant | 2.10 | 1,071.00 | Continue work on reply brief for preliminary injunction motion, reviewing case law and drafting section concerning lack of sufficient scienter under First and Fourteenth Amendments |
| 08/04/12 | J. Grant | 1.70 | 867.00 | Continue drafting reply brief on motion for preliminary injunction, particularly scienter section |
| 08/05/12 | J. Grant | 2.00 | 1,020.00 | Work on reply brief in connection with preliminary injunction motion, scienter section |
| 08/06/12 | J. Grant | 7.20 | 3,672.00 | Continue drafting and revising reply brief on motion for preliminary injunction, completing section regarding scienter; office conference with E. Stahl re Redacted |
| 08/07/12 | J. Grant | 4.20 | 2,142.00 | Emails with L Pera regarding Redacted Redacted continue work on reply brief for preliminary injunction motion, primarily working on section regarding statutory construction Redacted Redacted |
| 08/07/12 | E. Stahl | 2.40 | 1,032.00 | Draft constitutional section of injunction reply brief |
| 08/08/12 | J. Grant | 3.40 | 1,734.00 | Continue work on drafting reply brief on motion for preliminary injunction, including exchanging drafts and revisions with A. Doran and redrafting introduction |
| 08/08/12 | E. Stahl | 5.00 | 2,150.00 | Draft and legal research for Redacted      sections of reply in support of injunction |
| 08/08/12 | A. Doran | 1.00 | 340.00 | Revise scienter portion of reply brief |
| 08/09/12 | J. Grant | 3.30 | 1,683.00 | Continue work on preliminary injunction reply brief, including standing and scienter sections; confer with A. Doran and E. Stahl re Redacted meet with Ms. McDougall regarding Redacted Redacted |



Village Voice Media
Invoice No. 6091454
Page No. 3

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| 08/09/12 | E. Stahl | 4.20 | 1,806.00 | Draft constitutional sections of reply in support of injunction motion |
| 08/09/12 | A. Doran | 0.30 | 102.00 | Revise introduction to reply brief |
| 08/10/12 | J. Grant | 5.30 | 2,703.00 | Continue work on preliminary injunction reply brief, including work on sections regarding statutory construction/re-writing the statute, standing, and CDA section 230; call with A. Doran regarding Redacted Redacted |
| 08/10/12 | A. Doran | 0.50 | 170.00 | Revise portion of reply brief on standing |
| 08/11/12 | J. Grant | 0.70 | 357.00 | Work on preliminary injunction reply brief, particularly section regarding Salerno Redacted Redacted Redacted Redacted |
| 08/12/12 | J. Grant | 3.20 | | Draft and revise reply brief re preliminary injunction, combining draft sections, revising sections concerning Salerno, scienter and statutory construction |
| 08/13/12 | J. Grant | 4.00 | 2,040.00 | Continue work on reply brief for preliminary injunction motion, including revising section regarding First Amendment strict scrutiny and reviewing proposed edits regarding scienter section from A. Doran |
| 08/13/12 | E. Stahl | 3.60 | 1,548.00 | Further drafting and legal research for constitutional/commerce clause section of reply brief |
| 08/13/12 | A. Doran | 0.90 | 306.00 | Revise reply brief sections on Salerno, section 230, and the state's interpretation of the law |
| 08/14/12 | J. Grant | 7.30 | 3,723.00 | Emails with C. Meredith regarding Redacted Redacted   continue work on preliminary injunction reply brief, including revising and drafting section regarding First Amendment strict scrutiny, overbreadth and commercial speech arguments; office conference and call with A. Doran regarding Redacted Redacted                ; call with Ms. McDougall regarding Redacted Redacted  review draft section regarding Commerce Clause and email to A. Doran re revisions and key cases |



Village Voice Media
Invoice No. 6091454
Page No. 4

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 08/14/12 | E. Stahl | 0.20 | 86.00 | Telephone conversation with J. Grant regarding Redacted |
| 08/14/12 | A. Doran | 0.60 | 204.00 | Meetings and telephone conference with J. Grant regarding reply; exchange emails with Ms. McDougall regarding same |
| 08/15/12 | J. Grant | 6.80 | 3,468.00 | Continue work revising preliminary injunction reply brief, including First Amendment and Commerce Clause, and Salerno arguments; emails with A. Doran regarding same; call with A. Doran regarding Redacted Redacted Redacted |
| 08/15/12 | A. Doran | 6.20 | 2,108.00 | Revise reply brief and meetings with J. Grant regarding same |
| 08/16/12 | J. Grant | 1.20 | 612.00 | Emails with A. Doran regarding Redacted |
| | | | | Redacted                       further review of edits to reply brief and emails with A. Doran Redacted Redacted |
| 08/16/12 | A. Doran | 1.20 | 408.00 | Revise reply brief |
| 08/17/12 | J. Grant | 2.40 | 1,224.00 | Review and work on revisions to reply brief on motion for preliminary injunction; call with A. Doran regarding Redacted |
| 08/17/12 | A. Doran | 1.60 | 544.00 | Revise reply brief and confer with J. Grant regarding same |
| 08/20/12 | J. Grant | 5.10 | 2,601.00 | Emails to Ms. McDougall re Redacted Redacted Redacted  work on revisions and tightening of brief; conferences with A. Doran regarding same |
| 08/20/12 | E. Stahl | 1.50 | 645.00 | Review and edit reply in support of preliminary injunction |
| 08/20/12 | A. Doran | 0.10 | 34.00 | Confer with E. Stahl and J. Grant on reply brief |
| 08/20/12 | J. Cygnor | 5.30 | 1,219.00 | Cite check reply in support of motion for preliminary injunction |
| 08/21/12 | J. Grant | 9.60 | 4,896.00 | Continue work on and complete reply brief on motion for preliminary injunction, including reviewing and revising brief,Redacted |



Village Voice Media
Invoice No. 6091454
Page No. 5

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|-------------|-------|-------|------------------------|
| | | | | Redacted              with A. Doran, proofing and finalizing; emails with L. PeraRedacted |
| 08/21/12 | A. Doran | 6.40 | 2,176.00 | Revise reply to accommodate Ms. McDougall's changes; draft conclusion; meetings with J. GrantRedacted finalize brief for filing; exchange emails with L. Pera regardingRedacted Redacted              instruct paralegal on cite check and word processor on compiling tables of authorities and contents |
| 08/21/12 | B. Masterson | 1.10 | 0.00 | Run WestCheck report on cases cited in draft of reply brief for J. Cygnor (No Charge) |
| 08/25/12 | J. Grant | 0.50 | 255.00 | Review briefing on motion for preliminary injunction in connection with preparing for motion argument; call with Ms. McDougall, including regardingRedacted Redacted |
| 08/27/12 | J. Grant | 4.20 | 2,142.00 | Continue work on outline of argument for hearing on motion for preliminary injunction |
| 08/28/12 | J. Grant | 4.70 | 2,397.00 | Prepare for oral argument on motion for preliminary injunction, outlining argument; emails with L. Pera regarding Redacted<br><br>Redacted |
| 08/29/12 | J. Grant | 6.50 | 3,315.00 | Prepare for and present argument in hearing on motion for preliminary injunction, includingRedacted Redacted Redacted              informal conference with Magistrate Judge Griffin to inform her there would be no need for case management conference; emails to Ms. McDougall and A. Doran regarding Redacted Redacted |
| 08/29/12 | A. Doran | 0.20 | 68.00 | Exchange emails with L. Pera & J. Grant regardingRedacted Redacted |
| 08/30/12 | J. Grant | 0.80 | 408.00 | Forward email to Ms. McDougall regardingRedacted Redacted              office conference |



Village Voice Media
Invoice No. 6091454
Page No. 6

| DATE | PROFESSIONAL | HOURS | TOTAL | DESCRIPTION OF SERVICES |
|------|--------------|-------|-------|-------------------------|
| | | | | with A. Doran regarding Redacted Redacted |
| 08/30/12 | A. Doran | 0.50 | 170.00 | Confer with J. Grant regarding Redacted Redacted Redacted and consider strategy on same; exchange emails with C. Meredith regarding Redacted Redacted |
| 08/31/12 | J. Grant | 0.10 | 51.00 | Emails with A. Doran regarding Redacted Redacted |
| 08/31/12 | A. Doran | 0.20 | 68.00 | Review answer to complaint and provide analysis to J. Grant |
| | Total Hours | 154.00 | | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Air Fare -- James Grant 08/28/2012 to 08/28/2012 from Seattle, WA to Nashville, TN | 1 | 474.60 |
| Meals -- James Grant 08/28/2012 to 08/28/2012 from Seattle, WA to Nashville, TN | 1 | 6.00 |
| Air Fare -- James Grant 08/29/2012 to 08/29/2012 from Nashville, TN to Seattle, WA | 1 | 25.00 |
| Air Fare -- James Grant 08/29/2012 to 08/29/2012 from Naahville, TN to Seattle, WA | 1 | 339.10 |
| Miscellaneous Expense -- James Grant 08/28/2012 Newspaper Daily newspaper | 1 | 1.00 |
| Meal Expense -- James Grant 08/28/2012 | 1 | 7.64 |
| Meal Expense -- James Grant 08/28/2012 | 1 | 1.96 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 45.42 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 5.77 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 2.48 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 4.10 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 0.82 |
| Meal Expense -- James Grant 08/29/2012 | 1 | 8.67 |
| Parking / Tolls / Ferry -- James Grant 08/29/2012 | 1 | 56.00 |
| Taxi / Car Service -- James Grant 08/28/2012 Hotel | 1 | 30.00 |
| Room Tax -- James Grant 08/28/2012 Nashville, TN | 1 | 31.32 |
| Room Rate -- James Grant 08/28/2012 Nashville, TN | 1 | 189.00 |
| Gratuity -- James Grant 08/28/2012 Gratuity | 1 | 1.00 |
| Gratuity -- James Grant 08/29/2012 Gratuity | 1 | 2.00 |
| Taxi / Car Service -- James Grant 08/29/2012 Nashville Airport | 1 | 30.00 |
| Mileage -- James Grant 08/28/2012 to SeaTac Airport 20 miles at 0.555 | 1 | 11.10 |
| Mileage -- James Grant 08/29/2012 to Home 20 miles at 0.555 | 1 | 11.10 |

Davis Wright
Tremaine LLP

Village Voice Media
Invoice No. 6091454
Page No. 7

| | | |
|---|---|---|
| West Publishing (billed at cost) computerized legal research 06/18/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 06/19/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 07/29/12 per E. Stahl | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 07/31/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 07/31/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/01/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/01/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/02/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/02/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/03/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/06/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/08/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/10/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/12/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/13/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/14/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/15/12 per J. Grant | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/15/12 per A. Doran | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/20/12 per J. Cygnor | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/21/12 per J. Cygnor | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/21/12 per B. Masterson | 1 | 0.00 |
| West Publishing (billed at cost) computerized legal research 08/24/12 per B. Masterson | 1 | 0.00 |
| Total Current Disbursements | | $1,284.08 |



Village Voice Media
Invoice No. 6091454
Page No. 8

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $70,026.00 |
| Total Current Disbursements | 1,284.08 |
| | ---------------- |
| Total Current Invoice | $71,310.08 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 102.40 | 510.00 | 52,224.00 |
| Stahl, E. | 16.90 | 430.00 | 7,267.00 |
| Total | 119.30 | | 59,491.00 |
| **Associate** | | | |
| Doran, A. | 27.40 | 340.00 | 9,316.00 |
| Total | 27.40 | | 9,316.00 |
| **Paralegal** | | | |
| Cygnor, J. | 5.30 | 230.00 | 1,219.00 |
| Total | 5.30 | | 1,219.00 |
| **Other** | | | |
| Masterson, B. | 2.00 | 0.00 | 0.00 |
| Total | 2.00 | | 0.00 |
| Total All Classes | 154.00 | | $70,026.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Current Invoice | $71,310.08 |
| | --------------------- |
| Total Balance Due This Matter | Redacted |

James C. Grant



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Village Voice Media
c/o Elizabeth L. McDougall
Seattle Weekly
1008 Western Avenue, Ste 300
Seattle, WA 98104

October 09, 2012
Invoice No. 6097845

## OCTOBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:   3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 09/04/12 | A. Doran | 0.90 | 306.00 | Review transcript of hearing on preliminary injunction motion; telephone conference with J. Grant regarding Redacted |
| 09/04/12 | J. Grant | 1.10 | 561.00 | Review press articles regarding Redacted Redacted ; call Redacted Redacted review portions of transcript of argument; email to Mr. Moon Redacted Redacted |
| 09/05/12 | A. Doran | 2.60 | 884.00 | Draft portion of supplemental brief on similarities and differences between TN and WA law that render TN law more constitutionally flawed |
| 09/05/12 | J. Grant | 0.30 | 153.00 | Talk with A. Doran regarding Redacted Redacted |
| 09/06/12 | A. Doran | 0.10 | 34.00 | Review and revise proposed stipulation on briefing deadlines by defendants |
| 09/07/12 | J. Grant | 0.30 | 153.00 | Emails with A. Doran and C. Meredith regarding Redacted Redacted ; revise draft stipulation |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



**Davis Wright
Tremaine** LLP

Village Voice Media
Invoice No.  6097845
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|-------------------------|
| 09/08/12 | J. Grant | 0.10 | 51.00 | Review Redacted  Redacted |
| 09/10/12 | A. Doran | 0.50 | 170.00 | Review supplemental brief filed by defendants; confer with J. Grant regarding Redacted |
| 09/10/12 | J. Grant | 0.60 | 306.00 | Review defendants' supplemental brief addressing ostensible comparison of Washington and Tennessee laws; call with A. Doran regarding Redacted |
| 09/11/12 | J. Grant | 0.10 | 51.00 | Emails with C. Meredith regarding Redacted  Redacted |
| 09/12/12 | A. Doran | 0.50 | 170.00 | Research Sixth Circuit cases involving Redact Redacted |
| 09/12/12 | J. Grant | 0.10 | 51.00 | Call with A. Doran, including Redacted  Redacted  Redacted |
| 09/15/12 | A. Doran | 3.40 | 1,156.00 | Draft response to supplemental brief |
| 09/17/12 | A. Doran | 0.30 | 102.00 | Conference with J. Grant regarding Redacted |
| 09/17/12 | J. Grant | 0.60 | 306.00 | Review initial draft of supplemental brief addressing Washington law and responding to defendants' brief; office conference with A. Doran regarding Redacted  Redacted |
| 09/18/12 | A. Doran | 0.20 | 68.00 | Exchange emails with opposing counsel regarding Redacted         ; draft and propose stipulation Redacted |
| 09/18/12 | J. Grant | 0.20 | 102.00 | Emails re request for extension to provide supplemental brief; meet with Ms. McDougall and A. Doran, including Redacted  Redacted  Redacted |
| 09/19/12 | A. Doran | 0.30 | 102.00 | Confer with J. Grant regarding Redacted  Redacted |
| 09/19/12 | J. Grant | 0.20 | 102.00 | Office conference with A. Doran regarding Redacted  Redacted |
| 09/21/12 | A. Doran | 0.20 | 68.00 | Confer with J. Grant regarding Redacted  Redacted |
| 09/23/12 | J. Grant | 0.40 | 204.00 | Work on analysis, outline for supplemental brief Redacted |
| 09/24/12 | A. Doran | 4.10 | 1,394.00 | Continue to research and revise response to supplemental brief |



Village Voice Media
Invoice No. 6097845
Page 3

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 09/24/12 | J. Grant | 2.20 | 1,122.00 | Continue work on supplemental brief addressing Redacted ; brief legal research concerning Redacted Redacted ; emails and talk with A. Doran re Redacted |
| 09/25/12 | A. Doran | 3.40 | 1,156.00 | Continue to research and revise response to supplemental brief |
| 09/25/12 | J. Grant | 6.10 | 3,111.00 | Continue work drafting and revising supplemental brief re Redacted Redacted ; emails and talk with A. DoranRedacted |
| 09/26/12 | A. Doran | 3.80 | 1,292.00 | Revise response to supplemental brief; confer with J. Grant regarding same |
| 09/26/12 | J. Cygnor | 3.10 | 713.00 | Cite check response to supplemental brief on preliminary injunction motion |
| 09/26/12 | J. Grant | 10.60 | 5,406.00 | Continue work on and finalize supplemental reply brief in support of preliminary injunction motion, including drafting and revising brief, emails and discussions with[Redac] Redacted Redacted ; emails with L. Pera regardingRedacted |
| | Total Hours Worked | 46.30 | $19,294.00 | |

---

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Law library - - COURTTRAX CORPORATION CourtTrax, 08/12 (SEA) | 1 | $10.40 |
| West Publishing (billed at cost) computerized legal research 06/26/12 per E. Stahl | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 06/26/12 per E. Stahl | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 06/27/12 per E. Stahl | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 08/13/12 per E. Stahl | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 08/28/12 per J. Grant | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/06/12 per A. Doran | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/12/12 per A. Doran | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/15/12 per A. Doran | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/23/12 per J. Grant | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/24/12 per A. | 1 | $0.00 |


**Davis Wright
Tremaine** LLP

Village Voice Media
Invoice No.  6097845
Page 4

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Doran | | |
| West Publishing (billed at cost) computerized legal research 09/24/12 per J. Grant | 1 | $0.00 |
| West Publishing (billed at cost) computerized legal research 09/25/12 per A. Doran | 1 | $0.00 |
| Total Current Disbursements | | $10.40 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $19,294.00 |
| Total Current Disbursements | 10.40 |
| Total Current Invoice | $19,304.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 22.90 | 510.00 | 11,679.00 |
| Total | 22.90 | | 11,679.00 |
| **Associate** | | | |
| Doran, A. | 20.30 | 340.00 | 6,902.00 |
| Total | 20.30 | | 6,902.00 |
| **Paralegal** | | | |
| Cygnor, J. | 3.10 | 230.00 | 713.00 |
| Total | 3.10 | | 713.00 |
| Total All Classes | 46.30 | | $19,294.00 |



Village Voice Media
Invoice No.  6097845
Page 5

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Less Payments Received as of 10/08/12 - 8480913 | Redacted |
| Less Previous Adjustment | Redacted |
| Current Invoice | $19,304.40 |
| Total Balance Due This Matter | Redacted |

James C. Grant



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington D.C.

Village Voice Media                   January 31, 2013
8776 E. Shea Blvd., No. 106-617         Invoice No. 6122823
Scottsdale, AZ 85260

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 11/27/12 | J. Grant | 0.10 | 51.00 | Emails with L. Pera regarding Redacted Redacted |
| 12/07/12 | J. Grant | 0.70 | 357.00 | Emails with L. Pera and prepare draft notice to court regarding settlement of Washington case |
| 12/10/12 | J. Grant | 0.10 | 51.00 | Emails with L. Pera and C. Meredith regarding Redacted |
| 12/11/12 | J. Grant | 0.10 | 51.00 | Emails with L. Pera and C. Meredith regarding Redacted Redacted |
| 12/14/12 | J. Grant | 0.20 | 102.00 | Email to Ms. McDougall regarding Redacted Redacted |
|  | Total Hours Worked | 1.20 | $612.00 |  |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

Total Current Services               $612.00

Total Current Disbursements       0.00

Total Current Invoice               $612.00

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**



Village Voice Media
Invoice No.  6122823
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 1.20 | 510.00 | 612.00 |
| Total | 1.20 | | 612.00 |
| Total All Classes | 1.20 | | $612.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Less Payments Received as of 11/05/12 - BACKPACK.COM - CHECK #7858 | Redacted |
| Current Invoice | $612.00 |
| Total Balance Due This Matter | $612.00 |

James C. Grant



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles  San Francisco  Washington D.C.

Village Voice Media                                  February 21, 2013
8776 E. Shea Blvd., No. 106-617                      Invoice No. 6126865
Scottsdale, AZ 85260

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 01/04/13 | J. Grant | 2.10 | 1,113.00 | Review order granting preliminary injunction and various emails with client Redacted Redacted |
| 01/05/13 | J. Grant | 0.20 | 106.00 | Emails with client and co-counsel Redacted Redacted |
| 01/06/13 | J. Grant | 0.20 | 106.00 | Emails with co-counsel about Redacted Redacted |
| 01/07/13 | J. Grant | 0.10 | 53.00 | Emails with L. Pera and C. Meredith Redacted Redacted |
| 01/08/13 | J. Grant | 0.10 | 53.00 | Review reports regarding Redacted Redacted |
| 01/14/13 | J. Grant | 0.10 | 53.00 | Review motion Redacted Redacted emails with co-counsel Redacted Redacted |
| 01/15/13 | J. Grant | 0.10 | 53.00 | Emails with A. Doran Redacted |
| 01/30/13 | J. Grant | 0.10 | 53.00 | Emails with L. Pera and Ms. McDougall regarding Redacted Redacted |
| | Total Hours Worked | 3.00 | $1,590.00 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTHS BILLING

Davis Wright
Tremaine LLP

Village Voice Media
Invoice No. 6126865
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

Total Current Services           $1,590.00

Total Current Disbursements       0.00

Total Current Invoice           $1,590.00

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 3.00 | 530.00 | 1,590.00 |
| Total | 3.00 | | 1,590.00 |
| Total All Classes | 3.00 | | $1,590.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Current Invoice | $1,590.00 |
| Total Balance Due This Matter | Redacted |

James C. Grant



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Village Voice Media
8776 E. Shea Blvd., No. 106-617
Scottsdale, AZ 85260

March 19, 2013
Invoice No. 6132803

MARCH INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 02/05/13 | A. Doran | 0.10 | 37.00 | Review emails regarding Redacted Redacted |
| 02/05/13 | J. Grant | 0.30 | 159.00 | Emails with co-counsel regarding Redacted Redacted |
| 02/12/13 | J. Grant | 1.50 | 795.00 | Research case law regarding Redacted Redacted Redacted |
| 02/13/13 | J. Grant | 3.40 | 1,802.00 | Research and summarize authorities re Redacted Redacted          ; emails to L. Pera and Ms. McDougall Redacted authorities, and approach to the State AG |
| 02/14/13 | J. Grant | 0.30 | 159.00 | Call and emails with L. Pera re Redacted Redacted call to State AG M. Meyer |
| 02/15/13 | J. Grant | 0.70 | 371.00 | Emails regarding Redacted Redacted; call and emails with L. Pera regarding Redacted |
| 02/19/13 | J. Grant | 6.20 | 3,286.00 | Research issues Redacted          and emails and call with client and co-counsel regarding same; prepare for and participate in case management conference |
| 02/20/13 | J. Grant | 0.30 | 159.00 | Emails and call to Ms. McDougall regarding Redacted |
| 02/21/13 | A. Doran | 0.40 | 148.00 | Revise motion to convert preliminary injunction into permanent injunction |
| 02/21/13 | J. Grant | 4.70 | 2,491.00 | Draft and circulate motion for permanent injunction and final judgment |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Davis Wright
Tremaine LLP

Village Voice Media
Invoice No. 6132803
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|--------------------------|
| 02/26/13 | J. Grant | 0.10 | 53.00 | Email and call to Ms. McDougall re motion for final judgment and permanent injunction |
| | Total Hours Worked | 18.00 | $9,460.00 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $9,460.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $9,460.00 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Grant, J. | 17.50 | 530.00 | 9,275.00 |
| Total | 17.50 | | 9,275.00 |
| **Associate** | | | |
| Doran, A. | 0.50 | 370.00 | 185.00 |
| Total | 0.50 | | 185.00 |
| Total All Classes | 18.00 | | $9,460.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Current Invoice | $9,460.00 |
| Total Balance Due This Matter | Redacted |

James C. Grant



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Village Voice Media
8776 E. Shea Blvd., No. 106-617
Scottsdale, AZ 85260

April 09, 2013
Invoice No. 6137454

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:   3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 03/03/13 | J. Grant | 1.20 | 636.00 | Revise motion for permanent injunction and final judgment; email to co-counsel and Ms. McDougall Redacted |
| 03/04/13 | J. Grant | 0.80 | 424.00 | Emails with Ms. McDougall, L. Pera and A. Doran regarding Redacted Redacted |
| 03/05/13 | J. Grant | 0.80 | 424.00 | Revise motion for final judgment and permanent injunction; emails with defendants' counsel regarding same |
| 03/07/13 | J. Grant | 0.10 | 53.00 | Email to Ms. McDougall and L. Pera regarding Redacted Redacted |
| 03/08/13 | J. Grant | 0.30 | 159.00 | Finalize and file motion for permanent injunction and final judgment |
| 03/11/13 | J. Grant | 0.10 | 53.00 | Review order from Judge Griffin regarding scheduling and Redacted |
| 03/13/13 | J. Grant | 0.20 | 106.00 | Review defendants' statement of non-opposition to permanent injunction; emails with client and co-counsel Redacted |
| 03/14/13 | J. Grant | 0.30 | 159.00 | Emails with Ms. McDougall and L. Pera regarding Redacted |
| 03/20/13 | J. Grant | 0.20 | 106.00 | Review order granting final judgment; emails with Ms. McDougall and talk with A. Doran regarding Redacted Redacted |
| 03/21/13 | J. Grant | 0.10 | 53.00 | Communicate with A. Doran regarding Redacted |
| 03/23/13 | J. Grant | 5.40 | 2,862.00 | Draft motion for attorneys' fees and costs under section 1988, including supporting |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**


Davis Wright
Tremaine LLP

Village Voice Media
Invoice No.  6137454
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|-------------------------|
| | | | | legal research |
| 03/25/13 | A. Doran | 0.50 | 185.00 | Review and revise motion for fees; review motion by state AG's office and draft statement of non-opposition |
| 03/25/13 | J. Grant | 0.10 | 53.00 | Review State's motion to correct judgment and emails with L. Pera and A. Doran Redacted |
| 03/26/13 | A. Doran | 0.30 | 111.00 | Review and finalize statement of non-opposition |
| 03/26/13 | J. Grant | 0.90 | 477.00 | Revise notice of non-opposition to State's motion to revise judgment; review and circulate draft motion for attorneys' fees; briefly review case law regarding fee recovery |
| 03/27/13 | A. Doran | 0.50 | 185.00 | Confer with J. Grant regarding fee petition; review orders on motion to amend; exchange emails with P. Gowell regarding Redacted Redacted Redacted |
| 03/27/13 | J. Grant | 0.90 | 477.00 | Emails and call with L. Pera regarding Redacted analyze Redacted Redacted |
| 03/28/13 | A. Doran | 0.50 | 185.00 | Meet with J. Grant to Redacted ; continue working on same |
| 03/28/13 | J. Grant | 1.00 | 530.00 | Review Redacted Redacted; email to Ms. McDougall Redacted ; office conference with A. Doran regarding Redacted |
| | Total Hours Worked | 14.20 | $7,238.00 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $7,238.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $7,238.00 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Grant, J. | 12.40 | 530.00 | 6,572.00 |
| Total | 12.40 | | 6,572.00 |


Davis Wright
Tremaine LLP

Village Voice Media
Invoice No.  6137454
Page 3

**Associate**

|  | | | |
|---|---|---|---|
| Doran, A. | 1.80 | 370.00 | 666.00 |
| Total | 1.80 | | 666.00 |
| Total All Classes | 14.20 | | $7,238.00 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | Redacted |
| Current Invoice | $7,238.00 |
| Total Balance Due This Matter | Redacted |

James C. Grant