# Exhibit C

1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9                                                    **ORDER**

10  *In re* Grand Jury Subpoena No. 16-04-108        **(SEALED)**

11

12

13

14          The Court ruled on the validity of Grand Jury Subpoena No. 16-04-108 on

15  February 22, 2017, and granted the government's motion to compel compliance with

16  items 1 through 3 of the subpoena.  The Court ordered Carl Ferrer and Backpage.com,

17  LLC to comply with these items of the subpoena by March 17, 2017.

18          Ferrer and Backpage.com have not complied, stating instead that they wish to

19  appeal the Court's decision.  For reasons stated on the record at the February 22, 2017

20  hearing, the Court finds the subpoena valid and concludes that the First Amendment

21  rights of Ferrer and Backpage.com do not provide a legitimate basis for refusing to

22  comply.  Nor have Ferrer and Backpage.com argued that compliance with the subpoena

23  would be unduly burdensome.  The Court therefore concludes that their refusal to comply

24  with the subpoena is without just cause, and holds them in civil contempt of court.  28

25  U.S.C. § 1826(a).

26          Ferrer and Backpage.com have stated through counsel that they will comply fully

27  with the Court's ruling if it is upheld on appeal.  In light of this position, the good faith of

28  which the Court does not question, the Court will impose coercive civil sanctions – the

least coercive sanctions necessary to obtain compliance – but will immediately stay the sanctions pending appeal.  If the Court's ruling is upheld on appeal and Ferrer and Backpage.com comply with subpoena items 1 through 3, actual execution of the civil sanctions will not be necessary.  If the ruling is upheld and Ferrer and Backpage.com do not comply, the contempt sanctions will be imposed to coerce compliance.

**IT IS ORDERED:**

1.      Carl Ferrer and Backpage.com are found in civil contempt of the Court's order compelling compliance with items 1 through 3 of Grand Jury Subpoena No. 16-04-108.

2.      Mr. Ferrer is personally assessed sanctions of $10,000 per day until he complies with the Court's order.  If compliance is not obtained within 10 days, the Court will consider ordering the United States Marshal to take immediate custody of Mr. Ferrer and hold him in custody until he complies with the Court's order.

3.      Backpage.com is assessed sanctions of $10,000 per day until it complies with the Court's order.  If compliance is not obtained within 10 days, the Court will consider increasing the amount of daily sanctions.

4.      These civil contempt sanctions against Ferrer and Backpage.com are stayed pending appeal of the Court's ruling.  They shall become effective again if the Court of Appeals affirms this Court's order and if Ferrer and Backpage.com do not fully comply with this Court's order within 14 days of issuance of the mandate by the Court of Appeals.

5.      During the pendency of the appeal and any related proceedings, Ferrer and Backpage.com shall preserve all information called for by items 1 through 3 of Grand Jury Subpoena No. 16-04-108.

6. This order constitutes a final and appealable judgment of contempt. Mr. Ferrer and Backpage.com stated that they intend to file a notice of appeal by April 12, 2017 and to seek expedited review.

DATED this 7th day of April, 2017.

David G. Campbell
United States District Judge