# **<u>Exhibit A</u>**

SEALED

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9   | In re: In the Matter of the Search of | Case No. 16-305MB
10  | Carl.Feerrer@backpage.com |

**ORDER FOR CHANGE IN THE
PROTOCOL OF THE FILTER TEAM
REVIEW OF POTENTIALLY
PRIVILEGED MATERIALS**

**(Filed Under Seal)**

15      On this _27_ day of _Oct_, 2016, comes for the attention of the court

16  the United States' request to change the protocol of the Filter Team review of potentially

17  privileged materials in the above entitled action.

19      IT IS ORDERED that the Filter Team will review Backpage CEO Carl Ferrer's

20  emails for potentially privileged and protected materials, and it will keep all legitimately

21  protected materials, as well as materials suspected to be protected, segregated from the

22  Investigative Team unless the Court rules that they can be disclosed.

23      IT IS FURTHER ORDERED that the Application of the United States Attorney and

24  this Order shall be sealed until further order of the Court.

_10/ 27 / 2016_
DATE

_Ef Willett_
Honorable Eileen S. Willett
UNITED STATES MAGISTRATE JUDGE