Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  602-279-5900
Facsimile:  602-264-5566
mdk@kimerer.com
rneff@kimerer.com
Attorneys for Defendant, Jed Brunst

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **Michael Lacey, et. al.**, <br><br> Defendant. | Case No. 2:18-cr-00422-PHX-SPL (BSB) <br><br> **DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO RESOLVE ATTORNEY-CLIENT PRIVILEGE ISSUES** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, hereby moves for an extension of the deadline to respond to the United States' pending Motion to Resolve Attorney-Client Privilege Issues filed on June 14, 2018 (Doc. 195). The current deadline is June 28, 2018. Defendant Brunst requests that the Court extend the response deadline as to all defendants by two weeks for a deadline of July 13, 2018.  As grounds in support of this Motion, Defendant states as follows:

This case involves a 93-count indictment alleging a range of criminal acts involving Conspiracy, Concealment, Money Laundering (transactional and international promotional), and Travel Act - Facilitate Prostitution. This case

involves complex legal issues that have been being litigated for several years. The Government's motion seeks to resolve attorney-client privilege issues that are deeply rooted in the past litigation involving these defendants over the past six years. In addition to this motion, there are several outstanding motions that the defense is working on drafting or responding to. Additional time is needed to put together the necessary information to submit a thorough response to the Government's motion on privilege issues. The issues raised in the Government's motion are of significant importance to how this case moves forward. The Government seeks a court order completely dissolving the attorney-client privilege as it relates to attorneys involved in Backpage litigation over the years. Given the importance of the issue at stake, Defendants submit that an additional two weeks is reasonable.

Counsel for Defendant Brunst has conferred with Assistant United States Attorney Kevin Rapp regarding the need for this extension and he has no objection to an extension to July 13, 2018. Counsel for Mr. Brunst has conferred with counsel for the remaining defendants and they are in agreement with a two week extension of this deadline.

The defense does not expect that this motion will result in an excludable delay under 18 U.S.C. § 3161(h).

Therefore, Defendant Brunst hereby respectfully requests this Court extend the deadline for filing a response to the United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 195) to July 13, 2018. Defendant Brunst is seeking to

1 extend this deadline as to all defendants. A proposed order is attached for the Court's
2 consideration.

3       Respectfully submitted this 28th day of June, 2018.

4                          KIMERER & DERRICK, P.C.

5                          /s/Michael D. Kimerer
                         Michael D. Kimerer
6                          Rhonda Elaine Neff
                         *Attorneys for Defendant John "Jed" Brunst*
7

8                         CERTIFICATE OF SERVICE

9     I hereby certify that on this 28th day of June, 2018, I electronically
10 transmitted the foregoing Unopposed Motion for Extension of Time to File Response to United States' Motion to Resolve Attorney-Client Privilege Issues to the Clerk of the Court by filing with the CM/ECF system and understand a copy of
11 the filing will be emailed to the attorneys of record.

12 By: /s/ Melissa Wallingsford

3