UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No. 2:18-cr-00422-PHX-SPL |
| Plaintiff, | **ORDER RE: DEFENDANTS'** ***UNOPPOSED*** **MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO RESOLVE ATTORNEY-CLIENT PRIVILEGE ISSUES** |
| vs. | |
| **Michael Lacey, et. al.**, | |
| Defendant. | |

The Court having reviewed and considered Defendant Brunst's Motion for Extension of Time to Respond to United States' Motion to Resolve Attorney-Client Privilege Issues, with no objection by the Government, and good cause showing,

IT IS HEREBY ORDERED extending the otherwise applicable time for filing all Defendants' responses to the Government's Motion to Resolve Privilege Issues (Doc. 195) for a period of two weeks and the responses will be due on or before July 13, 2018.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

Dated: _____

_____
Honorable Steven Logan
United States District Court Judge