IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>           Plaintiff,  )<br>vs.  )<br>  )<br>Michael Lacey, et al.,  )<br>  )<br>           Defendants.  )<br>  ) | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

**IT IS ORDERED** referring the above matter to Magistrate Judge Bridget S. Bade for ruling on the Motion to Resolve Attorney-Client Privilege (Doc. 195) and the Motion for Discovery (Doc. 202).

Dated this 3rd day of July, 2018.

_____
Honorable Steven P. Logan
United States District Judge