Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  602-279-5900
Facsimile:  602-264-5566
mdk@kimerer.com
rneff@kimerer.com
Attorneys for Defendant, Jed Brunst

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| **United States of America**, | Case No. 2:18-cr-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **DEFENDANTS' SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO RESOLVE ATTORNEY-CLIENT PRIVILEGE ISSUES** |
| vs. | |
| **Michael Lacey, et. al.**, | "Defendant Not in Custody" |
| Defendant. | (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, hereby moves for a second extension of the deadline to respond to the United States' pending Motion to Resolve Attorney-Client Privilege Issues filed on June 14, 2018 (Doc. 195). The current deadline is July 13, 2018. Defendant Brunst requests that the Court extend the response deadline as to all defendants by one additional week for a deadline of July 20, 2018.  As grounds in support of this Motion, Defendant states as follows:

This case involves a 93-count indictment alleging a range of criminal acts involving Conspiracy, Concealment, Money Laundering (transactional and

international promotional), and Travel Act - Facilitate Prostitution. This case involves complex legal issues that have been being litigated for several years. The Government's motion seeks to resolve attorney-client privilege issues that are deeply rooted in the past litigation involving these defendants. The Government's motion seeks to do away with the highly protected attorney-client privilege. The ruling on this motion has a number of possible consequences to the defendants in this case. Defendants originally sought a two week extension of the deadline believing a response could be completed during that time. However, the complexity of the issues and the need for a large number of attorneys to be involved in the drafting of the response requires additional time.  The defendants believe that one additional week will be sufficient time to prepare a response to the Motion.

Counsel for Mr. Brunst has conferred with the counsel for the remaining defendants and they are in agreement with a one week extension of this deadline. Counsel for Mr. Brunst has also conferred with the assigned Assistant United States Attorney, Kevin Rapp, regarding this additional extension and he has no objection to an extension to and including July 20, 2018.

The defense does not expect that this motion will result in an excludable delay under 18 U.S.C. § 3161(h).

Therefore, Defendant Brunst hereby respectfully requests this Court extend the deadline for filing a response to the United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 195) to July 20, 2018. Defendant Brunst is seeking to

1    extend this deadline as to all defendants. A proposed order is attached for the Court's

2    consideration.

3         Respectfully submitted this 11th day of July, 2018.

4                                    **KIMERER & DERRICK, P.C.**

5                                    /s/Michael D. Kimerer
                                     Michael D. Kimerer
6                                    Rhonda Elaine Neff
                                     *Attorneys for Defendant John "Jed" Brunst*

7

8

9                          **CERTIFICATE OF SERVICE**

10        I hereby certify that on this 11th day of July, 2018, I electronically
     transmitted the foregoing Second Unopposed Motion for Extension of Time to File
11   Response to United States' Motion to Resolve Attorney-Client Privilege Issues to
     the Clerk of the Court by filing with the CM/ECF system and understand a copy of
12   the filing will be emailed to the attorneys of record.

13   By: /s/ Melissa Wallingsford

14

15

16

17

18

19

20

21

22

23