ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
Andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>     v.<br><br>Michael Lacey, et al.,<br><br>         Defendants. | No. CR 18-422-PHX-SPL (BSB)<br><br>NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |

Plaintiff United States of America gives notice that on July 2, 2018, it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635052, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 17, 2018
                              ELIZABETH A. STRANGE
                              First Assistant United States Attorney
                              District of Arizona

                              JOHN P. CRONAN
                              Acting Assistant Attorney General
                              Criminal Division, U.S. Department of Justice

                              */s/John J. Kucera*
                              KEVIN RAPP
                              MARGARET PERLMETER
                              PETER S. KOZINETS
                              ANDREW C. STONE
                              JOHN J. KUCERA
                              Assistant U.S. Attorneys

                              REGINALD JONES
                              Senior Trial Attorney

**CERTIFICATION**

I certify that on  July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.


By: *s/Shannen Beckman*
 U.S. Attorney's Office