ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
Andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN PARADISE VALLEY, ARIZONA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1      Plaintiff United States of America gives notice that on May 10, 2018, it recorded the attached *Lis Pendens* with the Maricopa County Recorder under Doc. # 20180358680, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 17, 2018

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    District of Arizona

    JOHN P. CRONAN
    Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice

    */s/John J. Kucera*
    KEVIN RAPP
    MARGARET PERLMETER
    PETER S. KOZINETS
    ANDREW C. STONE
    JOHN J. KUCERA
    Assistant U.S. Attorneys

    REGINALD JONES
    Senior Trial Attorney

**CERTIFICATION**

    I certify that on July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Shannen Beckman*
    U.S. Attorney's Office