```
                                          OFFICIAL RECORDS OF
                                          MARICOPA COUNTY RECORDER
                                          ADRIAN FONTES
                                          20180358680  05/10/2018  02:21
RECORDING REQUEST BY                      ELECTRONIC RECORDING

   UNITED STATES                          1525986469090-6-1-1--
                                          henrya
WHEN RECORDED MAIL TO

Name:  Shannen Beckman
       Senior Paralegal

MAILING       Shannen.beckman@usdoj.gov
ADDRESS:      312 N. Spring St., 14th Floor
CITY, STATE,  Los Angeles, CA
ZIP CODE:     90012
```

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

### Recording of Lis Pendens

### ▮▮▮▮▮▮▮▮▮▮▮▮ Paradise Valley, AZ 85253

### APN: 164-05-122

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona

 3  KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
    DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
 4  MARGARET PERLMETER (Ariz. Bar No. 024805,
    margaret.perlmeter@usdoj.gov)
 5  Assistant U.S. Attorneys
    Two Renaissance Square
 6  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 7  Telephone (602) 514-7500

 8
    JOHN P. CRONAN
 9  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
10
    REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
11  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
12  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
13  Telephone (202) 616-280

14  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
15
```

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LACEY<br><br>    Defendants. | No. CR 18-00422-PHX-SPL (BSB)<br><br>LIS PENDENS<br><br>As to:<br>████████████, Paradise Valley, Arizona 85253<br><br>Titled Owners: |
|---|---|

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. This action may affect the title to property situated in Maricopa County, Arizona known as and located at ████████████, Paradise Valley, Arizona with Maricopa County

EXHIBIT A

1  Assessor parcel number 164-05-122, and is more particularly described
2  as follows:
3     LOT 3, THE PRESERVE AT LINCOLN, according to book 681 of
       Maps, page 10, records of Maricopa County, Arizona.
4
5  titled to Michael G. Lacy, as evidenced by the Special Warranty Deed
6  signed on November 18, 2005 and recorded on November 18, 2005 with
7  sequence number 20051754369 in the records of the Maricopa County
8  Recorder, Arlington, Arizona.
9     That this action is to forfeit this property for violations of
10 Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and
11 981, as against all other persons known or unknown claiming any
12 right, title, estate, lien or interest in said real property
13 / / /
14 / / /
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

EXHIBIT A

including more particularly the interest, if any, of Michael G. Lacey, a single man.  This property is forfeitable pursuant to Title 18, United States Code, Sections 981 and 982.

Dated: May 10, 2018                    Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

1  **PROOF OF SERVICE BY MAILING**

2      I am over the age of 18 and not a party to the within
3  action.  I am employed by the Office of the United States
4  Attorney, Central District of California.  My business address
5  is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.
6      On **May 10, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮
7  ▮▮▮▮▮ upon each person or entity named below by enclosing
8  a copy in an envelope addressed as shown below and placing the
9  envelope for collection and mailing on the date and at the place
10 shown below following our ordinary office practices.
11 **TO:   SEE SERVICE LIST**
12 **X**  I am readily familiar with the practice of this office for
13 collection and processing correspondence for mailing.  On the
14 same day that correspondence is placed for collection and
15 mailing, it is deposited in the ordinary course of business with
16 the United States Postal Service in a sealed envelope with
17 postage fully prepaid.
18     I declare under penalty of perjury under the laws of the
19 United States of America that the foregoing is true and correct.
20     I declare that I am employed in the office of a member of
21 the bar of this court at whose direction the service was made.
22     Executed on: **May 10, 2018** at Los Angeles, California.

                                                        */s/ Beckman*
                                                        SHANNEN BECKMAN

EXHIBIT A

SERVICE LIST

Michael G. Lacey
███████████████████████
Phoenix, AZ 85016

Michael G. Lacey
███████████████████████
Paradise Valley, AZ 85253

BMO Harris N.A.
Legal Department
1200 E. Warrenville Rd
Naperville, IL 60563

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF FILINS OF LIS PENDENS** (████████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN

**SERVICE LIST**

Michael G. Lacey
~~[redacted]~~
Phoenix, AZ 85016

Michael G. Lacey
~~[redacted]~~
Paradise Valley, AZ 85253

BMO Harris N.A.
Legal Department
1200 E. Warrenville Rd
Naperville, IL 60563