1   Michael D. Kimerer, #002492
    Rhonda Elaine Neff, #029773
2   **KIMERER & DERRICK, P.C.**
    1313 E. Osborn Road, Suite 100
    Phoenix, AZ 85014
3   Telephone:  602-279-5900
    Facsimile:  602-264-5566
4   mdk@kimerer.com
    rneff@kimerer.com

5   Gary S. Lincenberg (Cal. Bar # 123058, *admitted pro hac vice*)
    Ariel A. Neuman (Cal. Bar # 241594, *admitted pro hac vice*)
6   Gopi K. Panchapakesan (Cal. Bar # 279586, *admitted pro hac vice*)
    **Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
    1875 Century Park East, 23rd Floor
7   Los Angeles, CA 90067-2561
    Telephone: 310-201-2100
8   Facsimile: 310-201-2110
    glincenberg@birdmarella.com
    aneuman@birdmarella.com
9   gpanchapakesan@birdmarella.com

10  *Attorneys for Defendant Jed Brunst*

11              UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA

12                                  | Case No. 2:18-cr-00422-004-PHX-SPL
                                    | (BSB)
13  **United States of America**,   |
                                    | **DEFENDANT BRUNST'S NOTICE OF**
14              Plaintiff,          | **JOINDER IN DEFENDANTS' LACEY**
                                    | **AND LARKIN'S OPPOSITION TO**
15          vs.                     | **UNITED STATES' MOTION TO**
                                    | **RESOLVE PRIVILEGE ISSUES AND**
16  **John "Jed" Brunst**,          | **CROSS-MOTION TO OBTAIN**
                                    | **DISCOVERY AND ADDRESS**
17              Defendant.          | **PRIVILEGE ISSUES**
                                    |
18                                  | "Defendant Not in Custody"
                                    |
19                                  | (Honorable Steven P. Logan)

20          Defendant John "Jed" Brunst, by and through undersigned counsel, joins in

21  Defendants' Michael Lacey and James Larkin's Opposition to United States' Motion to

22  Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege

23

Issues (235)[1] and hereby requests that the Court grant the relief sought by Defendants Lacey and Larkin.

Defendant Brunst is in agreement with the arguments made in Defendants' Lacey and Larkin's Opposition to the United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 195).  Defendant Brunst adopts the positions set forth in said Opposition as if fully set forth herein.

Respectfully submitted this 8th day of August, 2018.

KIMERER & DERRICK, P.C.

/s/ Michael D. Kimerer
Michael D. Kimerer
Rhonda Elaine Neff
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014

and

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

/s/ Gary S. Lincenberg
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

*Attorneys for Defendant John "Jed" Brunst*

---

[1] Defendants Lacey and Larkin filed a Motion for Leave to File Over-Length Opposition to the Government's Motion (Doc. 225). The Motion and exhibits were lodged as Documents 226 and 227. The Court granted the request to file an over-sized brief. The brief was filed as Document 235.

1              CERTIFICATE OF SERVICE

2         I hereby certify that on this 8th day of August, 2018, I electronically
transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendants Lacey
3   and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and
Cross-Motion to Obtain Discovery and Address Privilege Issues to the Clerk of the
4   Court by filing with the CM/ECF system and understand a copy of the filing will be
emailed to all registered CM/ECF registrants:

5

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

6

John J. Kucera: John.Kucera@usdoj.gov
7   Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
8   Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
9   Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

10

Anne M. Chapman: anne@mscclaw.com
11  Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

12

Paul John Cambria, Jr.: pcambria@lglaw.com
13  Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
14  Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
15  Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

16

James C. Grant: jimgrant@dwt.com
17  John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
18  Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

19

Bruce S. Feder: bf@federlawpa.com
20  *Attorney for Defendant Scott Spear*

21  David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
22  *Attorney for Defendant Dan Hyer*

23

                          3

1   Michael L. Piccarreta: mlp@pd-law.com
    *Attorney for Defendant Andrew Padilla*

2

3   Stephen M. Weiss: sweiss@karpweiss.com
    *Attorney for Defendant Joye Vaught*

4   By: /s/ Rhonda Neff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4