# **Exhibit E**

| PRODBEG | PRODBEG_ATT | PRODEND_ATT | File Create Date | File Mod Date | File Author | Email Author | Occupation of Author | Employer of Author | Email Sent Date | Email To | Email CC | Email BCC | Privilege | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BACKPAGE00036958 | BACKPAGE00036959 | BACKPAGE00036957 | | | | Dennis Culloton <dc@cullotonstrategies.com> | President & CEO | Culloton Strategies | 5/2/2011 | Michael Lacey <michael.lacey@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com>; Jim Larkin <jim.larkin@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Shalini K. Rajoo <srajoo@kasowitz.com> | | Privileged-Withhold | AC | Attached email chain providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq. and Shalini K. Rajoo, Esq. regarding media inquiry. |
| BP-PSI-020518 | BP-PSI-020518 | BP-PSI-020521 | 8/12/2013 | 8/12/2013 | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 4/13/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | Privileged - Redact | AC | Email reflecting legal advice from inside counsel Steve Suskin, Esq. regarding response to media inquiry. |
| BP-PSI-022823 | BP-PSI-022823 | BP-PSI-022825 | | | | Dennis Culloton <dc@cullotonstrategies.com> | | | 8/4/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Tracey Mendrek <tm@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com>; David Bayless <baylessdave@gmail.com> | | Privileged-Withhold | AC | Email reflecting legal advice from outside counsel Edward E. McNally, Esq. and Samuel Fifer, Esq. regarding response to law enforcement inquiry. |
| BP-PSI-022888 | BP-PSI-022888 | BP-PSI-022889 | | | | Tracey Mendrek <tm@cullotonstrategies.com> | Executive Vice President | Culloton Strategies | 7/28/2011 | Samuel Fifer <samuel.fifer@snrdenton.com>; Edward E. McNally <emcnally@kasowitz.com>; Dennis Culloton <dc@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com> | | | Privileged - Redact | AC | Email reflecting legal advice from outside counsel, Edward E. McNally, Esq. and Samuel Fifer, Esq. regarding response to law enforcement inquiry. |
| BP-PSI-022889 | BP-PSI-022888 | BP-PSI-022889 | 7/28/2011 | 7/28/2011 | Tracey Mendrek | | | Culloton Strategies | | | | | Privileged-Withhold | AC | Attached draft letter reflecting legal advice from outside counsel Edward E. McNally, Esq. and Samuel Fifer, Esq. regarding response to law enforcement inquiry. |
| BP-PSI-022995 | BP-PSI-022994 | BP-PSI-022996 | | | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 4/4/2011 | Tracey Mendrek <tm@cullotonstrategies.com> | David Bayless <dbayless@cullotonstrategies.com>; Dennis Culloton <dc@cullotonstrategies.com>; emcnally@kasowitz.com | | Privileged - Redact | AC | Email reflecting legal advice from outside counsel Edward E. McNally, Esq. regarding law enforcement inquiry. |
| BP-PSI-023017 | BP-PSI-023017 | BP-PSI-023019 | | | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 6/24/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <samuel.fifer@snrdenton.com>; Tracey Mendrek <tm@cullotonstrategies.com> | | Privileged - Redact | AC | Email providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq. and Samuel Fifer, Esq. regarding response to law enforcement inquiry. |
| BP-PSI-023511 | BP-PSI-023511 | BP-PSI-023513 | | | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 4/13/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Steve Suskin <steve.suskin@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Scott Spear <scott.spear@villagevoicemedia.com> | | Privileged - Redact | AC | Email seeking legal advice from inside counsel Steve Suskin, Esq. regarding response to media inquiry. |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP-PSI-027865 | BP-PSI-027865 | BP-PSI-027867 | 8/12/2013 | 8/12/2013 | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 5/27/2011 | Jim Larkin <jim.larkin@villagevoicemedia.com> | Dennis Culloton <dc@cullotonstrategies.com>; Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <sfifer@sonnenschein.com>;Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged - Redact | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding law enforcement issue. |
| BP-PSI-2_00013010 | BP-PSI-2_00013010 | BP-PSI-2_00013015 | 8/12/2013 | 8/12/2013 | | Jim Larkin <jim.larkin@villagevoicemedia.com> | Former VVM Owner | Village Voice Media | 7/8/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Carl Ferrer <carl.ferrer@backpage.com>; Tracey Mendrek <tm@cullotonstrategies.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged - Redact | AC | Email chain providing information to facilitate legal advice from inside counsel Steve Suskin, Esq. regarding media inquiry. |
| BP-PSI-2_00013601 | BP-PSI-2_00013601 | BP-PSI-2_00013603 | | | | Tracey Mendrek <tm@cullotonstrategies.com> | Executive Vice President | Culloton Strategies | 7/29/2011 | Carl Ferrer <carl.ferrer@backpage.com>; Edward E. McNally <emcnally@kasowitz.com>; Dennis Culloton <dc@cullotonstrategies.com> | | | Privileged - Redact | AC | Email requesting legal advice from outside counsel Edward E. McNally, Esq. regarding media inquiry. |
| BP-PSI-2_00013826 | BP-PSI-2_00013825 | BP-PSI-2_00013826 | | | | Edward E. McNally <emcnally@kasowitz.com> | Attorney | Kasowitz Benson | 5/1/2011 | Samuel Fifer <samuel.fifer@snrdenton.com>; Carl Ferrer <carl.ferrer@backpage.com> | Dennis Culloton <dc@cullotonstrategies.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Samuel Fifer, Esq.and Edward E. McNally, Esq. regarding media inquiry. |
| BP-PSI-2_00013853 | BP-PSI-2_00013852 | BP-PSI-2_00013853 | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 4/21/2011 | Carl Ferrer <carl.ferrer@backpage.com> | Dennis Culloton <dc@cullotonstrategies.com>; Edward E. McNally <emcnally@kasowitz.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged-Withhold | AC | Attached email chain containing legal advice from outside counsel Edward E. McNally, Esq. regarding ad moderation. |
| BP-PSI-2_00013939 | BP-PSI-2_00013938 | BP-PSI-2_00013939 | | | | Jim Larkin <jim.larkin@villagevoicemedia.com> | Former VVM Owner | Village Voice Media | 4/8/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com> | Michael Lacey <michael.lacey@villagevoicemedia.com>; Samuel Fifer <samuel.fifer@snrdenton.com> | | Privileged-Withhold | AC/WP | Attached email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1035 | | | 8/12/2013 | 8/12/2013 | | Edward E. McNally <emcnally@kasowitz.com> | Attorney | Kasowitz Benson | 8/27/2011 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com> Dennis Culloton <dc@cullotonstrategies.com>; Tracey Mendrek <tm@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Edward E. McNally, Esq. regarding clergy inquiry. |

| Bates | | | Date Sent | Date Rcvd | From | | To | CC | BCC | Date | To (email) | CC (email) | | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-1206 | | | | | | | Dennis Culloton <dc@cullotonstrategies.com> | | | 5/27/2011 | Carl Ferrer <carl.ferrer@backpage.com>; Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <sfifer@srdenton.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com> | David Bayless <dbayless@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com>; "Lissa Druss christman"; Tracey Mendrek <tm@cullotonstrategies.com>; | | Privileged-Withhold | AC | Email requesting legal advice from outside counsel Samuel Fifer, Esq. and Edward E. McNally, Esq. regarding media inquiry. |
| PSI-PrivWH-1207 | | | 5/12/2011 | 5/27/2011 | Jodie Shpritz | | | Vice President of Media Relations and Branding | Culloton Strategies | | | | | Privileged-Withhold | AC | Attached draft document providing information to facilitate legal advice from outside counsel Samuel Fifer, Esq. and Edward E. McNally, Esq. regarding media inquiry. |
| PSI-PrivWH-1214 | | | | | | | Tracey Mendrek <tm@cullotonstrategies.com>; Michael Lacey | Executive Vice President | Culloton Strategies | 7/1/2011 | Edward E. McNally <emcnally@kasowitz.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Dennis Culloton <dc@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com> | | Privileged-Withhold | AC | Email requesting legal advice from outside counsel, Edward E. McNally, Esq. regarding communication with the press. |
| PSI-PrivWH-1215 | | | 7/1/2011 | 7/1/2011 | Dave Bayless | | | | Culloton Strategies | | | | | Privileged-Withhold | AC | Attached draft document providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq. regarding communication with the press. |
| PSI-PrivWH-1374 | | | | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 7/8/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com> | Tracey Mendrek <tm@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding media inquiry. |
| PSI-PrivWH-1375 | | | | | | | Dennis Culloton <dc@cullotonstrategies.com> | | | 7/8/2011 | Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <samuel.fifer@snrdenton.com> | Tracey Mendrek <tm@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain requesting legal advice from outside counsel Edward E. McNally, Esq. regarding media inquiry. |
| PSI-PrivWH-1376 | | | | | | | Dennis Culloton <dc@cullotonstrategies.com> | | | 7/7/2011 | Carl Ferrer <carl.ferrer@backpage.com> | | | Privileged-Withhold | AC | Email chain reflecting legal advice from inside counsel Steve Suskin, Esq. regarding media inquiry. |
| PSI-PrivWH-1377 | | | | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 6/23/2011 | Edward E. McNally <emcnally@kasowitz.com>; Carl Ferrer <carl.ferrer@backpage.com>; Dennis Culloton <dc@cullotonstrategies.com> | Fabiola Estrada <fe@cullotonstrategies.com>; Tracey Mendrek <tm@cullotonstrategies.com> | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Samuel Fifer, Esq. regarding media inquiry. |

| Bates | | | | | | | From | Title | Org | Date | To | CC | | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-1413 | | | | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 9/1/2011 | Michael Lacey <michael.lacey@villagevoicemedia.com>; Tracey Mendrek <tm@cullotonstrategies.com> | Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Edward E. McNally <emcnally@kasowitz.com>; Dennis Culloton <dc@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding government inquiry. |
| PSI-PrivWH-1414 | | | | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 6/22/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com> | Edward E. McNally <emcnally@kasowitz.com>; Fabiola Estrada <fe@cullotonstrategies.com>; Tracey Mendrek <tm@cullotonstrategies.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. and Edward E. McNally, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1417 | | | | | | | Michael Lacey <michael.lacey@villagevoicemedia.com> | Executive Editor | Village Voice Media | 9/1/2011 | Tracey Mendrek <tm@cullotonstrategies.com> | Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <samuel.fifer@snrdenton.com>; Dennis Culloton <dc@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain preparing information for or at the direction of counsel to facilitate legal advice from outside counsel Samuel Fifer, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1418 | | | | | | | Edward E. McNally <emcnally@kasowitz.com> | Attorney | Kasowitz Benson | 6/2/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Samuel Fifer <samuel.fifer@snrdenton.com> | Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com> | | Privileged-Withhold | AC | Email containing legal advice from outside counsel Edward E. McNally, Esq. regarding presentation to government. |
| PSI-PrivWH-1419 | | | | | mac | | | | | | | | | Privileged-Withhold | AC | Attached draft presentation reflecting legal advice from outside counsel Edward E. McNally, Esq. regarding investigative tools for law enforcement. |
| PSI-PrivWH-1420 | | | | | | | Tracey Mendrek <tm@cullotonstrategies.com> | Executive Vice President | Culloton Strategies | 9/2/2011 | Michael Lacey <michael.lacey@villagevoicemedia.com> | Jim Larkin <jim.larkin@villagevoicemedia.com>; Carl Ferrer <carl.ferrer@backpage.com>; Edward E. McNally <emcnally@kasowitz.com>; Samuel Fifer <samuel.fifer@snrdenton.com>; Dennis Culloton <dc@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq. and Samuel Fifer, Esq. regarding government inquiry. |

| Bates | | | Date Sent | Date Received | Author | From | Title | Organization | Date | To | CC | | Status | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-1428 | | | | | | Tracey Mendrek <tm@cullotonstrategies.com> | Executive Vice President | Culloton Strategies | 7/1/2011 | Michael Lacey <michael.lacey@villagevoicemedia.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; emcnally@kasowitz.com | Carl Ferrer <carl.ferrer@backpage.com> Dennis Culloton <dc@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com> | | Privileged-Withhold | AC | Email reflecting legal advice from outside counsel Edward E. McNally, Esq. regarding media inquiry. |
| PSI-PrivWH-1429 | | | 7/1/2011 | 7/1/2011 | Dave Bayless | | | Culloton Strategies | | | | | Privileged-Withhold | AC | Attached draft document reflecting request for legal advice from outside counsel Edward E. McNally,, Esq. regarding media inquiry. |
| PSI-PrivWH-1441 | | | | | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 7/23/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Tracey Mendrek <tm@cullotonstrategies.com> | Edward E. McNally <emcnally@kasowitz.com>; Carl Ferrer <carl.ferrer@backpage.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding law enforcement inquiry. |
| PSI-PrivWH-1442 | | | | | | Carl Ferrer <carl.ferrer@backpage.com> | CEO | Backpage | 7/22/2011 | Jim Larkin <jim.larkin@villagevoicemedia.com>; Sam Fifer <samuel.fifer@snrdenton.com>; Edward E. McNally <emcnally@kasowitz.com>; Dennis Culloton <dc@cullotonstrategies.com> | | | Privileged-Withhold | AC | Email chain requesting legal advice from outside counsel Samuel Fifer, Esq. and Edward E. McNally, Esq. regarding discussion with non-profit. |
| PSI-PrivWH-1443 | | | 7/23/2011 | 7/23/2011 | | | | | | | | | Privileged-Withhold | AC | Attached draft document reflecting legal advice from outside counsel Samuel Fifer, Esq. regarding law enforcement. |
| PSI-PrivWH-1480 | | | | | | Dennis Culloton <dc@cullotonstrategies.com> | | | 5/2/2011 | Michael Lacey <michael.lacey@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com>; Jim Larkin <jim.larkin@villagevoicemedia.com> | Carl Ferrer <carl.ferrer@backpage.com>; Shalini K. Rajoo <srajoo@kasowitz.com> | | Privileged-Withhold | AC | Attached email requesting legal advice from outside counsel Edward E. McNally, Esq. and Shalini K. Rajoo, Esq. regarding media inquiry. |
| PSI-PrivWH-1481 | | | 5/2/2011 | 5/2/2011 | Owner | | | | | | | | Privileged-Withhold | AC | Attached document providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq. and Shalini K. Rajoo, Esq. regarding media inquiry. |
| PSI-PrivWH-1483 | | | | | | Edward E. McNally <emcnally@kasowitz.com> | Attorney | Kasowitz Benson | 3/28/2011 | Carl Ferrer <carl.ferrer@backpage.com> Dennis Culloton <dc@cullotonstrategies.com> | | | Privileged-Withhold | AC | Attached email containing legal advice from outside counsel Edward E. McNally, Esq. regarding internal policies and procedures. |
| PSI-PrivWH-1484 | | | 2/14/2011 | 3/28/2011 | | | | | | | | | Privileged-Withhold | AC | Attached draft presentation containing legal advice from outside counsel Edward E. McNally, Esq. regarding internal policies and procedures. |
| PSI-PrivWH-1485 | | | | | | | | | | | | | Privileged-Withhold | AC | Attached document reflecting legal advice from outside counsel Edward E. McNally, Esq. regarding internal policies and procedures. |

| Bates | | | Date Sent | Date Received | | From | Title | Company | Date | To | CC | | Status | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSI-PrivWH-1610 | | | 8/12/2013 | 8/12/2013 | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 7/9/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com>; Carl Ferrer <carl.ferrer@backpage.com> | Tracey Mendrek <tm@cullotonstrategies.com>; David Bayless <dbayless@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1610 | | | 8/12/2013 | 8/12/2013 | | Samuel Fifer <samuel.fifer@snrdenton.com> | Attorney | SNR Denton | 7/9/2011 | Dennis Culloton <dc@cullotonstrategies.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Michael Lacey <michael.lacey@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com>; Carl Ferrer <carl.ferrer@backpage.com> | Tracey Mendrek <tm@cullotonstrategies.com>; David Bayless <dbayless@cullotonstrategies.com>; Jodie Shpritz <js@cullotonstrategies.com> | | Privileged-Withhold | AC | Email chain containing legal advice from outside counsel Samuel Fifer, Esq. regarding cooperation with law enforcement. |
| PSI-PrivWH-1614 | | | | | | Mike Seely <mseely@seattleweekly.com> | Editor-In-Chief | Seattle Weekly | 8/10/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Tracey Mendrek <tm@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com> | | Privileged-Withhold | AC | Email chain providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq.and Don Bennett Moon, Esq. regarding media inquiry. |
| PSI-PrivWH-1614 | | | | | | Mike Seely <mseely@seattleweekly.com> | Editor-In-Chief | Seattle Weekly | 8/10/2011 | Dennis Culloton <dc@cullotonstrategies.com> | Tracey Mendrek <tm@cullotonstrategies.com>; Carl Ferrer <carl.ferrer@backpage.com>; Jim Larkin <jim.larkin@villagevoicemedia.com>; Edward E. McNally <emcnally@kasowitz.com> | | Privileged-Withhold | AC | Email chain providing information to facilitate legal advice from outside counsel Edward E. McNally, Esq.and Don Bennett Moon, Esq. regarding media inquiry. |