1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   KEVIN M. RAPP (Ariz. Bar No. 14249),
3  kevin.rapp@usdoj.gov
   MARGARET PERLMETER (Ariz. Bar No. 024805),
4  margaret.perlmeter@usdoj.gov
   PETER S. KOZINETS (Ariz. Bar No. 019856),
5  Peter.kozinets@usdoj.gov
   DOMINIC LANZA (Cal. Bar No. 225989),
6  dominic.lanza@usdoj.gov
   Assistant U.S. Attorneys
7  40 N. Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
8  Telephone (602) 514-7500

9  JOHN J. KUCERA (Cal. Bar No. 274184),
   john.kucera@usdoj.gov
10 Special Assistant U.S. Attorney
   312 N. Spring Street, Suite 1400
11 Los Angeles, CA 90012
   Telephone (213) 894-3391
12
   BRIAN BENCZKOWSKI
13 Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
14
   REGINALD E. JONES (Miss. Bar No. 102806),
15 reginald.jones4@usdoj.gov
   Senior Trial Attorney, U.S. Department of Justice
16 Child Exploitation and Obscenity Section
   950 Pennsylvania Ave N.W., Room 2116
17 Washington, D.C. 20530
   Telephone (202) 616-2807
18 Attorneys for Plaintiff

19                  UNITED STATES DISTRICT COURT

20              FOR THE CENTRAL DISTRICT OF ARIZONA

21

22  United States of America,        No. CR 18-422-PHX-SPL (BSB)

23            Plaintiff,             NOTICE OF GOVERNMENT'S FILING
                                     OF RECORDED LIS PENDENS AS TO
24            v.                     REAL PROPERTY LOCATED IN SONOMA
                                     COUNTY, CALIFORNIA
25  Michael Lacey, et al.,

26

27            Defendants.

28

1    Plaintiff United States of America gives notice that on

2   June 27, 2018 it recorded the attached *Lis Pendens* with the

3   Sonoma County Recorder under Doc. # 2018046033, and sent copies

4   of the recorded *Lis Pendens* to the titled owners and any known

5   lienholders.   A copy of the Lis Pendens is attached hereto as

6   Exhibit "A".

7   DATED: September 11, 2018            ELIZABETH A. STRANGE
                                         First Assistant United States
8                                        Attorney
                                         District of Arizona
9

10                                       BRIAN BENCZKOWSKI
                                         Acting Assistant Attorney General
11                                       Criminal Division, U.S. Department
                                         of Justice
12

13                                       /s/John J. Kucera
                                         KEVIN RAPP
14                                       MARGARET PERLMETER
                                         PETER S. KOZINETS
15                                       DOMINIC LANZA
                                         JOHN J. KUCERA
16                                       Assistant U.S. Attorneys

17                                       REGINALD JONES
                                         Senior Trial Attorney
18

19

20                          **CERTIFICATION**

21       I certify that on  September 11, I electronically transmitted
     the attached document to the Clerk's Office using the CM/ECF System
22   for filing and transmittal of a Notice of Electronic Filing to the
     following CM/ECF registrants: Anne Chapman, Erin McCampbell, James
23   Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London,
24   Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart,
25   Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David
     Wakukawa, Michael Piccarreta, Stephen Weiss.
26

27

28       By: *s/Krystie Sor*
         U.S. Attorney's Office

                                    2

Recording Requested By and

Return to:

Name: Shannen Beckman
       Senior Paralegal

MAILING Shannen.Beckman
ADDRESS: 312 N. Spring St., 14th Floor
CITY, STATE, Los Angeles, CA
ZIP CODE: 90012



**2018046033**

Official Records Of Sonoma County
William F. Rousseau

06/27/2018 01:36 PM
Fee: $ 29.00 6 Pages



**CONFORMED COPY**
Not Compared with Original

Document Title(s)

---

LIS PENDEN

▬▬▬▬▬▬▬Sebastopol, CA 94115

Sonoma County

APN: 076-100-0008-000

---

Reason for exemption:

☐  Document is subject to the imposition of documentary transfer tax and includes a declaration showing the amount of documentary transfer tax paid at the time of recording

☐  Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax

☐  Exempt from fee per GC sec 27388.1 (a) (2); Document represents a transfer of real property that is a residential dwelling to an owner-occupier

☐  Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier

☐  Exempt from fee per GC 27388.1 (a) (1); fee cap of $225 reached

☐  Exempt from the fee per GC 27388.1 (a) (1) Not related to real property

▮  Exempt from the fee per GC 27388.1 (a) (2); executed or recorded by a government agency

I hereby declare that the information provided above is true and correct.

_____          **Shannen Beckman**
Signature                           Printed Name

EXHIBIT A

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | LIS PENDENS |
| v. | As To: ██████████████ |
| MICHAEL LACEY | Sebastopol, California |
| Defendant. | Titled Owners: Finca Manzana for Sebastopol, LLC |

EXHIBIT A

1    NOTICE IS HEREBY GIVEN that the foregoing action has been

2  commenced and is now pending in the United States District Court for

3  the District of Arizona.   The real property that is the subject of

4  this action is located in Sebastopol, California and is more

5  particularly described as follows:

6       Lot 2 as numbered and designated upon the map entitled
        "Plat of Subdivision of Lands of Pleasant Hill Orchard
7       Company, Sonoma County, California", filed on July 21, 1905
        in Book 18 of Maps at page 13, Sonoma County Records.
8

9       APN: 076-100-008-000

10      For further information concerning the forfeiture, reference may

11  be had to the records of the Clerk of the Court for the United States

12  District Court at Phoenix, Arizona.   Title to the defendant property

13  is held in the name of Finca Manzana for Sebastopol, LLC, a Delaware

14  limited liability company.

15   Dated: May ___, 2018           Respectfully submitted,

16                                  ELIZABETH A. STRANGE
17                                  First Assistant United States Attorney
                                    District of Arizona
18
                                    JOHN P. CRONAN
19                                  Acting Assistant Attorney General
                                    Criminal Division, U.S. Department of
20                                  Justice

21
                                    _____
22                                  KEVIN RAPP
                                    DOMINIC LANZA
23                                  MARGARET PERLMETER
                                    JOHN J. KUCERA
24                                  Assistant U.S. Attorneys

25
                                    REGINALD JONES
26                                  Senior Trial Attorney

27
                                    Attorneys for Plaintiff
28                                  UNITED STATES OF AMERICA

2                                                EXHIBIT A

1

2  | A notary public or other officer completing
3  | this certificate verifies only the identity
   | of the individual who signed the document to
   | which this certificate is attached, and not
4  | the truthfulness, accuracy, or validity of
   | that document.

5  STATE OF CALIFORNIA        )
                              )       SS
6  COUNTY OF LOS ANGELES      )

7

8      On this 22nd day of May, 2018, before me, Roland Hernandez,

9  Notary Public, personally appeared Assistant U.S. Attorney John J.

10 Kucera, who proved to me on the basis of satisfactory evidence to

11 be the person whose name is subscribed to the within instrument

12 and acknowledged to me that he executed the same in his authorized

13 capacity, and that by his signature on the instrument the person,

14 or the entity upon behalf of which the person acted, executed the

15 instrument.

16     I certify under PENALTY OF PERJURY under the laws of the

17 State of California that the foregoing paragraph is true and

18 correct.

19     WITNESS my hand and official seal.

20

21 

22                                    Roland Hernandez, Notary Public

23

24

25      ROLAND HERNANDEZ
        Notary Public – California
26      Los Angeles County
        Commission # 2229361
        My Comm. Expires Jan 25, 2022

27

28

                                                              EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 25, 2018**, I served a copy of: **LIS PENDENS** (████ ████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

__X__   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 25, 2018** at Los Angeles, California.

SHANNEN BECKMAN

EXHIBIT A

1

## SERVICE LIST

2  Finca Manzana for Sebastopol, LLC
   C/O Corporation Service Company
3  Registered Agent
4  251 Little Falls Drive
   Wilmington, De 19808
5

6  Finca Manzana for Sebastopol, LLC
   2043 Pleasant Hill Rd
7  Sebastopol, CA 95472

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

_____
KRYSTLE SOR

SERVICE LIST

Finca Manzana for Sebastopol, LLC
C/O Corporation Service Company
Registered Agent
~~████████████████████~~
Wilmington, De 19808

Finca Manzana for Sebastopol, LLC
~~████████████████████~~
Sebastopol, CA 95472