ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on July 2, 2018 it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635050, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018         ELIZABETH A. STRANGE
                                  First Assistant United States
                                  Attorney
                                  District of Arizona

                                  BRIAN BENCZKOWSKI
                                  Acting Assistant Attorney General
                                  Criminal Division, U.S. Department
                                  of Justice


                                  */s/John J. Kucera*
                                  KEVIN RAPP
                                  MARGARET PERLMETER
                                  PETER S. KOZINETS
                                  DOMINIC LANZA
                                  JOHN J. KUCERA
                                  Assistant U.S. Attorneys

                                  REGINALD JONES
                                  Senior Trial Attorney


## CERTIFICATION

I certify that on  September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

COPY

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
          Senior Paralegal

| | |
|---|---|
| MAILING | Shannen.beckman@usdoj.gov |
| ADDRESS: | 312 N. Spring St., 14th Floor |
| CITY, STATE, | Los Angeles, CA |
| ZIP CODE: | 90012 |

CONFORMED COPY of document recorded

**07/02/2018, 2018K635050**

on_____with document no.___
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## Recording of Lis Pendens

███████████████, San Francisco, CA 94109
## County of San Francisco

## APN: Lot 008,  Block No. 267

EXHIBIT A

1    ELIZABETH A. STRANGE
2    First Assistant United States Attorney
     District of Arizona
3    KEVIN M. RAPP (Ariz. Bar No. 14249),
     kevin.rapp@usdoj.gov
4    DOMINIC LANZA (Cal. Bar No. 225989),
     dominic.lanza@usdoj.gov
5    MARGARET PERLMETER (Ariz. Bar No. 024805),
     margaret.perlmeter@usdoj.gov
6    JOHN J. KUCERA (Cal. Bar No. 274184),
     john.kucera@usdoj.gov
7    Assistant U.S. Attorneys
     40 N. Central Avenue, Suite 1800
8    Phoenix, Arizona 85004-4408
     Telephone (602) 514-7500
9
     JOHN P. CRONAN
10   Acting Assistant Attorney General
     Criminal Division, U.S. Department of Justice
11
     REGINALD E. JONES (Miss. Bar No. 102806),
12   reginald.jones4@usdoj.gov
     Senior Trial Attorney, U.S. Department of Justice
13   Child Exploitation and Obscenity Section
     950 Pennsylvania Ave N.W., Room 2116
14   Washington, D.C. 20530
     Telephone (202) 616-2807
15   Attorneys for Plaintiff
16
     Attorneys for Plaintiff
17   UNITED STATES OF AMERICA

18              UNITED STATES DISTRICT COURT

19          FOR THE CENTRAL DISTRICT OF CALIFORNIA

20   UNITED STATES OF AMERICA,        No. CR-18-00422-PHX-SPL

21            Plaintiff,              LIS PENDENS

22            v.                             As To:
                                      ███████████████████████
23   MICHAEL LACEY·
                                      San Francisco, California
24            Defendant.
                                      Titled Owners: Michael G. Lacey
25

26

27

28

                                                    EXHIBIT A

1    NOTICE IS HEREBY GIVEN that the foregoing action has been
2  commenced and is now pending in the United States District Court for
3  the District of Arizona.   The real property that is the subject of
4  this action is located in San Francisco, California and is more
5  particularly described as follows:

6     Apartment No. 700, as shown on plat attached to that
        certain document recorded May 19, 2004, Reel 1641, Image
7     533, Official Records, of the improvements situated on the
        following described property:
8

9     Commencing at the point of intersection of the Northerly
        line of Union Street with the Westerly line of Leavenworth
10    Street and running thence Westerly along said line of Union
        Street 65 feet; thence at a right angle Northerly 137
11    feet and 6 inches to the Southerly line of Havens Street;
        thence Easterly along said line of Havens Street 65 feet
12    to the Westerly line of Leavenworth Street, and thence
        Southerly along said line of Leavenworth Street 137 feet, 6
13    inches to the Northerly line of Union Street and the point
        of commencement.
14

15    Being part of 50 Vara Block No. 267.
16
        APN: Lot 008, Block 0097
17

18    For further information concerning the forfeiture, reference may
19  be had to the records of the Clerk of the Court for the United States
20  / / /
21  / / /
22
23
24
25
26
27
28

                                    2

                                                        EXHIBIT A

1   District Court at Phoenix, Arizona.  Title to the defendant property

2   is held in the name of Michael G. Lacey, an Unmarried Man.

3   Dated: May /6 , 2018          Respectfully submitted,

4                                 ELIZABETH A. STRANGE

5                                 First Assistant United States Attorney
                                  District of Arizona

6
                                  JOHN P. CRONAN
7                                 Acting Assistant Attorney General
                                  Criminal Division, U.S. Department of
8                                 Justice

9

10                                KEVIN RAPP

11                                DOMINIC LANZA
                                  MARGARET PERLMETER
12                                JOHN J. KUCERA
                                  Assistant U.S. Attorneys

13

14                                REGINALD JONES
                                  Senior Trial Attorney

15
                                  Attorneys for Plaintiff
16                                UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

1

**PROOF OF SERVICE BY MAILING**

2     I am over the age of 18 and not a party to the within

3  action.  I am employed by the Office of the United States

4  Attorney, Central District of California.  My business address

5  is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6     On **May 24**, **2018**, I served a copy of: **LIS PENDENS** ▮

7  ▮▮▮▮▮▮▮▮▮▮) upon each person or entity named below by

8  enclosing a copy in an envelope addressed as shown below and

9  placing the envelope for collection and mailing on the date and

10 at the place shown below following our ordinary office

11 practices.

12 TO:  **MICHAEL G. LACEY**

13       ▮▮▮▮▮▮▮▮▮▮▮▮
        **SAN FRANCISCO, CA 94109**

14 **X**  I am readily familiar with the practice of this office for

15 collection and processing correspondence for mailing.  On the

16 same day that correspondence is placed for collection and

17 mailing, it is deposited in the ordinary course of business with

18 the United States Postal Service in a sealed envelope with

19 postage fully prepaid.

20    I declare under penalty of perjury under the laws of the

21 United States of America that the foregoing is true and correct.

22    I declare that I am employed in the office of a member of

23 the bar of this court at whose direction the service was made.

24    Executed on: **May 24, 2018** at Los Angeles, California.

25

26                          _Beckman_
                            SHANNEN BECKMAN

27

28

EXHIBIT A

1

## PROOF OF SERVICE BY MAILING

2      I am over the age of 18 and not a party to the within

3   action.  I am employed by the Office of the United States

4   Attorney, Central District of California.  My business address

5   is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6      On **September 11, 2018**, I served a copy of: **NOTICE OF FILING**

7   **OF RECORDED LIS PENDENS** upon each person or entity named below

8   by enclosing a copy in an envelope addressed as shown below and

9   placing the envelope for collection and mailing on the date and

10  at the place shown below following our ordinary office

11  practices.

12  TO:   **MICHAEL G. LACEY**

13        ~~[redacted]~~
        SAN FRANCISCO, CA 94109

14  __X__   I am readily familiar with the practice of this office for

15  collection and processing correspondence for mailing.  On the

16  same day that correspondence is placed for collection and

17  mailing, it is deposited in the ordinary course of business with

18  the United States Postal Service in a sealed envelope with

19  postage fully prepaid.

20      I declare under penalty of perjury under the laws of the

21  United States of America that the foregoing is true and correct.

22      I declare that I am employed in the office of a member of

23  the bar of this court at whose direction the service was made.

24      Executed on: **September 11, 2018** at Los Angeles, California.

25

26                                    _____
                                     KRYSTIE SOR
27

28