IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

      Before the Court is Plaintiff's Motion for Leave to Late File Reply on Defendant James Larkin's Opposition in Response to United States' Application for Order Regarding Criminal Forfeiture of Property in Government Custody. (Doc. 303)  Having reviewed Plaintiff's motion,

      **IT IS ORDERED** that the Plaintiff's Motion for Leave to Late File Reply on Defendant James Larkin's Opposition in Response to United States' Application for Order Regarding Criminal Forfeiture of Property in Government Custody (Doc. 303) is **granted**.  The Clerk of Court shall file the lodged Reply (Doc. 303-1).

      Dated this 27th day of September, 2018.

Honorable Steven P. Logan
United States District Judge