**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                    )<br>                        Plaintiff,     )<br>vs.                                              )<br>                                                    )<br>Michael Lacey, et al.,                )<br>                                                    )<br>                        Defendants.  )<br>                                                    ) | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (the "Motion"). (Doc. 376)  In the Motion, the Defendants requests a stay of certain seizure warrants directed at funds in approximately nine attorney trust accounts.[1] (Doc. 376 at 2)  For good cause appearing,

**IT IS ORDERED** that the relief requested in Defendants' Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 376) is temporarily granted pending a hearing on the motion which is scheduled for **November 16, 2018 at 9:00 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.  The arguments set forth in Government's

---

[1] Defendants move for an order staying the seizure of the attorney trust accounts identified in Doc. 374 as Account nos. 28 (Bank of the West account xxx1363), 29 (Wells Fargo account xxxx2052), 30 (SunTrust Bank account xxxx7906), 33 (Citibank account xxxx4039), 34 (US Bank account xxxx1235), 35 (US Bank account xxxx6952), 37 (JP Morgan Chase bank account xxxx4381), 38 (JP Morgan Chase bank account xxxx9698), and 40 (JP Morgan Chase bank account xxxx5397).

1  Response in Opposition to Motions to Stay Seizure of Attorneys' Fees (Doc. 371) may
2  serve as its Response to the Motion.  The Defendants are directed not to file a reply, but
3  instead the Defendants shall come prepared to assert any arguments in reply to the
4  Government's Response at the motion hearing.
5      Dated this 15th day of November, 2018.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge