**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                 )<br>            Plaintiff,                       )<br>                                                 )<br>      vs.                                      )<br>                                                 )<br>Scott Spear.                              )<br>                                                 )<br>            Defendant.                   )<br>                                                 )<br>                                                 ) | NO. CR18-00422 PHX SPL<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR CLARIFICATION RE ORDER ON ATTORNEY-CLIENT PRIVILEGE ISSUES** |

   The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendants Lacey's and Larkin's Opposition to Government's Motion for Clarification re Order on Attorney-Client Privilege Issues [409] in all respects as said Opposition applies to him.

   RESPECTFULLY SUBMITTED this 11th day of December, 2018.

                                                                **FEDER LAW OFFICE, P.A.**


                                                                /s/ Bruce Feder
                                                                Attorney for Defendant, Scott Spear

· · ·

· · ·

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:** sweiss@karpweiss.com
**Michael Kimerer:** mdk@kimerer.com
**Tom Bienert:** tbienert@bmkattorneys.com
**Gary Lincenberg:** gsl@birdmarella.com
**Ariel Neuman:** aneuman@birdmarella.com
**KC Maxwell:** kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*

*By: /s/   A. Jones*