# **<u>Exhibit G</u>**

*Curriculum Vita*

## SHARON W. COOPER, M.D.
Colonel (Retired) U.S. Army Medical Corps

## ADDRESS

Office Developmental and Forensic Pediatrics, P.A.
P.O. Box 72929
Fort Bragg, North Carolina 28307-2929

## CERTIFICATION AND LICENSURE

American Board of Pediatrics     Dec 1982
State of Hawaii – M.D. 5761     Mar 1987
State of North Carolina 96-00080   Jan 1996

## EDUCATION

Fisk University, Nashville, Tennessee – B.A. June 1972
Meharry Medical College, Nashville, Tennessee – M.D. June 1976

## MEDICAL EXPERIENCE

Staff Developmental and Forensic Pediatrician, Womack Army Medical Center, Department of Pediatrics, Fort Bragg, North Carolina Feb 1997-present
Cape Fear Valley Health System, Medical Staff, Fayetteville, North Carolina   Jan 1997-present
Staff Forensic Pediatrician, Southern Regional Area Health Education Center Child Medical Examination Program, Fayetteville, North Carolina   Jan 1997-present
Deputy Commander for Clinical Services, Womack Army Medical Center, Fort Bragg, North Carolina April 1996-Aug 1996
Chief, Department of Pediatrics, Womack Army Medical Center, Fort Bragg, North Carolina Aug 1991 -April 1996
Chief, Developmental Pediatric Service, Department of Pediatrics, Fort Bragg, North Carolina Aug 1991 –April 1996
Chief, Developmental Pediatric Service, Department of Pediatrics, Tripler Army Medical Center, Honolulu, Hawaii July 1986 – July 1991

**Sharon W. Cooper, M.D.          Continued**

Fellow, Developmental Pediatrics, Department of Pediatrics, William Beaumont Army Medical Center, El Paso, Texas July 1984 –June 1986
Assistant Chief, Department of Pediatrics U.S. Army Health Clinic Schofield Barracks, Wahiawa, Hawaii July 1982 – June 1984
Chief, Adolescent Medicine Service, Department of Pediatrics, Letterman Army Medical Center, the Presidio of San Francisco, California July 1979 – June 1981
Internship and Residency in Pediatrics, Department of Pediatrics, Tripler Army Medical Center, Honolulu, Hawaii July 1976 –June 1979

**MILITARY AWARDS**

Legion of Merit

Meritorious Service Medal with 2 Oak Leaf Clusters

Army Commendation Medal with 2 Oak Leaf Clusters

Army Achievement Medal with 2 Oak Leaf Clusters

**Sharon W. Cooper, M.D.**          **Continued**

## ACADEMIC AFFILIATIONS AND APPOINTMENTS

CLINICAL ASSISTANT PROFESSOR OF PEDIATRICS – Uniformed Services University of the
Health Sciences, J. Heberts School of Medicine, Bethesda, Maryland          July 1986 -
present
INSTRUCTOR – U.S Army Medical Department Center and School, Department of Preventive Health
Services, Soldier and Family Support Branch, Family Advocacy Section, San Antonio, Texas
Oct 1989 – present

ADJUNCT PROFESSOR OF PEDIATRICS – Department of Pediatrics, School of Medicine,
University of North Carolina at Chapel Hill, Chapel Hill, North Carolina
Jan 1997 - present
CLINICAL STAFF PEDIATRICIAN – Pediatric Specialty Clinic, Southeastern Regional Area Health
Education Center, Duke University Affiliate, Fayetteville, North Carolina          Jan 1997 – present
ASSOCIATE PROFESSOR OF PEDIATRICS – Department of Pediatrics, John A. Burns School of
Medicine, Honolulu, Hawaii          July 1986 – June 1991
Diplomate, American Board of Pediatrics
Fellow, American Academy of Pediatrics
Fellow, Society of Developmental Pediatrics
Past Board Member, American Professional Society On the Abuse of Children
Fellow, American Academy of Cerebral Palsy and Developmental Medicine
Phi Beta Kappa Honor Society – 1972
Mortarboard Honor Society – 1972
Beta Kappa Chi National Scientific Honor Society - 1972

## COMMUNITY AFFILIATIONS, MEMBERSHIPS AND APPOINTMENTS

Member, Board of Directors, Variety School (Special Needs Elementary School), Hawaii
Kai, Hawaii 1986 –1991

Consultant, Shriners Hospital, Honolulu, Hawaii 1987 – 1991

Co-Chairperson, Board of Directors, Lewis Chapel Day Care Center, Fayetteville, North Carolina
1993 –2000

Member, Board of Directors of the Women's Center of Fayetteville 1997 - present

Member, Board of Directors, American Professional Society on the Abuse of Children
2005-present

Member, Board of Directors, National Center for Missing and Exploited Children
2007-present

Member, Board of Directors, Child Advocacy Center (Fayetteville, NC) 2007-2010

**Sharon W. Cooper, M.D.**          **Continued**

**BIBLIOGRAPHY**
**PRESENTATIONS**

*Stabilization and Transport of High Risk Newborn.*
84th Scientific Assembly of the National Medical Association, Washington, D.C. 1979.

*Recent Management of Dysmenorrhea in the Adolescent Patient .*
86th Scientific Assembly National Medical Association.   Chicago, Illinois 1981.

*Untoward Presentation of Child Abuse – Three Case Studies-*
87th Scientific Assembly of the National Medical Association. Atlanta, Georgia 1982

*Toddler Discipline -*
Texas State Preschool Teacher Conference. El Paso, Texas 1984

*Recent Advances in Cerebral Palsy.*
90th Scientific Assembly of the National Medical Association, Los Angeles, California 1985

*Developmental Evaluation of the Language Impaired Toddler-*
University of Hawaii, University Affiliated Program Lecture Series. Honolulu, Hawaii 1986

*Parenting Potpourri & Toddler Discipline-*
Hawaii Preschool Teacher Conference. Honolulu, Hawaii 1986

*Biomedical Research – Application in Neural Tube Defect Clinical Model*
NIH funded MARC Grant, Bennett College. Greensboro, North Carolina 1987

*Cerebral Palsy – Recent Treatment-*
Wilcox Hospital CME Program. Kauai, Hawaii 1988

*Child Sexual Abuse* – Family Advocacy Staff Training – Advanced.
San Antonio, Texas 1990

*Child Sexual Abuse – Medical Aspect.*
Family Advocacy Staff Training – Advanced. Willigen, Germany 1991

*Medical Aspects of Child Abuse.*
Family Advocacy Staff Training – Advanced. San Antonio, Texas 1991

*Child Sexual Abuse – Medical Aspects.*
Family Advocacy Staff Training – Advanced. Heidelberg, Germany 1991

*Child Sexual Abuse – Medical Aspects.*
Family Advocacy Staff Training – Advanced. Panama City, Panama 1991

*Clinical Applications for Biomedical Research in the Care of the High Risk Newborn.*
MARC Honor Symposium, Bennett College. Greensboro, North Carolina 1992

*Childhood Sexual Abuse, Part I, II, III – Medical Aspects.*
13th Annual Physician Assistant Refresher Course – Advanced.    Fayetteville, North Carolina 1992

*Child Sexual Abuse.*   Office of the Surgeon General sponsored Annual Medical – Surgical Conference.
Willigen,Germany 1992

*Behavioral Pediatric Potpourri.*
Armed Forces Family Medicine Tri-Service Conference. Oakland, California 1992

*Child Abuse, Medical Aspects.* Mini Course for commanders (Sponsored by Academy of the Health
Sciences) Heidelberg, Germany 1992

*Child Abuse and Drug Abuse; A Woman's Issue.* Substance Abuse Conference (Sponsored by the
Junior League of Fayetteville)   Fayetteville, North Carolina 1992

*Medical Aspects of Child Sexual Abuse.* Aerospace and Military Medicine, Section of the National
Medical Association, 97th Scientific Assembly of the National Medical Association. San Francisco,
California 1992

*Medical and Legal Aspects of Child Abuse and Neglect.*
Four Day Tri-Service Symposium.   Camp Zama, Japan 1992

*Commander's Briefing on Child Abuse & Neglect.*
Brooke Army Medical Center. Fort Sam Houston, Texas 1993

*Child Abuse and Child Sexual Abuse, Part I, II, III – Medical Aspects.*
14th Annual Physician Assistant Refresher Course – Advanced. Fayetteville, North Carolina 1993

*Teratogenic Effects of Substance Abuse. North Carolina State Conference on Substance Abuse.*
Charlotte, North Carolina 1993

*Historical Aspects of Child Abuse and Neglect .* State Conference on Child Abuse and Neglect,
sponsored by the Cumberland County Mental Health Department. Fayetteville, North Carolina 1993

*Managed Medical Care – Pediatric Clinical Correlations.*98th Annual Convention and Scientific
Assembly of the National Medical Association (Aerospace, Military and Occupational Medicine
Section). San Antonio, Texas 1993

Child Sexual Abuse for the Clinician. 98th Annual Convention and Scientific Assembly of the National
Medical Association, (Pediatric Section). San Antonio, Texas 1993

*Consultant* – Steering Committee for the Office of the Surgeon General Sponsored Fifth Annual Health
Promotion Symposium (scheduled for June, 1994). San Antonio, Texas 1993

*Child Sexual Abuse, Medical Aspects.* Family Advocacy Staff Training – Advanced.
San Antonio, Texas 1993

*Child Sexual Abuse for the Pediatrician.*   Department of Pediatrics, Brooke Army Medical Center. San

Antonio, Texas 1993

*Munchausen's Syndrome by Proxy.* Department of Pediatrics, Brooke Army Medical Center. San Antonio, Texas 1993

*Child Abuse and Neglect for the Military Community.* Symposium presented by Army Community Services Family Advocacy Program. Fort Sam Houston, Texas 1993

*Child Sexual Abuse, Medical Aspects.* Family Advocacy Staff Training – Advanced. Weinheim, Germany   1994

*Family Advocacy Command Assistance Training (FACAT).* San Antonio, Texas 1994

*Family Violence Screening and Recognition.* Sixth Annual Health Promotion Conference – Sponsored by Office of the Surgeon General. Baltimore, Maryland 1994

*Cost Effectiveness of Military Air Transports in the Analysis of the TRICARE INITIATVE – Pediatric Aspects.*   99th Annual Convention and Scientific Assembly of the National Medical Association (Aerospace, Military and Occupational Medicine Section). Orlando, Florida 1994

*Group B Streptococcus Disease and Management – The WOMACK Experience.* 99th Annual Convention and Scientific Assembly of the National Medical Association (Aerospace, Military and Occupational). Orlando, Florida 1994

*AMEDD Family Advocacy Program Multivictim Course Analysis.* Steering Committee and Syllabus Construction. San Antonio, Texas 1994

*Child Sexual Abuse for the Family Practitioner.* Fayetteville Area Health Education Clinic Annual Symposium. Fayetteville, North Carolina   1994

*Medical Aspects of Child Sexual Abuse.* North Carolina Chapter of the National Association of Pediatric Nurse Associates and Practitioners – Annual Meeting. Durham, North Carolina 1994

*Functional Assessment of Children with Special Needs.* Sponsored by the North Carolina Division of Mental Health, Developmental Disabilities and Substance Abuse and the Fort Bragg Early Intervention Program. Fort Bragg, North Carolina 1994

*Medical Aspects of the Multivictim Scenario Child Sexual Abuse.* Family Advocacy Staff Training – Advanced Course sponsored by AMEDD College and School. Ludwigshafen, Germany 1995

*Behavioral Aspects of Child Sexual Abuse.* Fifth Annual State Conference on Child Abuse and Neglect, University of Texas Health Science Center at San Antonio. San Antonio, Texas 1995

*Joint Developmental Clinical Case Review-*
Chairperson, sponsored by the MEDCOM Inspector General. Washington, D.C. 1995

*Child Sexual Abuse Workshop.* Sponsored by the Department of Pediatrics, Uniformed Services University of the Health Sciences. Bethesda, Maryland 1995

*"Please Take The Stand"…The Pediatrician as a Witness.* Grand Rounds Walter Reed Army Medical Center and National Naval Medical Center, Department of Pediatrics. Bethesda, Maryland 1995

*Woman in the Military,Oak Ridge Military Academy. Oak Ridge, North Carolina 1995*

*When No Physical Evidence Exists…Child Sexual Abuse.* Fayetteville Area Health Education Center Family Medicine Symposium. Fayetteville, North Carolina 1995

*Medical Aspects of Nonaccidental Trauma, Emotional Abuse and Neglect.* Family Advocacy Staff Training, sponsored by the AMEDD College and School. San Antonio, Texas 1995

*Child Sexual Abuse, the Social Work Role.* Family Advocacy Training. Fort Richardson, Alaska 1995

*Child Sexual Abuse for the Pediatrician.* Elmendorf Air Force Base. Anchorage, Alaska 1995

*Prosecution as Prevention- Workshop on Child Sexual Abuse for Law* Enforcement and Prosecutors. Sponsored by the Family Advocacy Program. Fort Wainwright, Alaska 1995

*The Child in the Mirror, Emotional Abuse and Neglect.* Sponsored by the Family Advocacy Program. Fort Wainwright, Alaska. 1995

*Medical Aspects of Child Sexual Abuse.* Sponsored by the Family Advocacy Program for medical staff training. Bassett Army Hospital. Fort Wainwright, Alaska 1995

*Emotional Abuse and Neglect.* Staff training for the State of Alaska Department of Youth and Family Services. Fairbanks, Alaska 1995

*The Shaken Baby Syndrome.* Staff training for the State of Alaska Department of Youth and Family Services. Fairbanks, Alaska 1995

*The Child in the Mirror, Emotional Abuse and Neglect*. Staff training for Child Development Services, sponsored by the Family Advocacy Program. Fort Wainwright, Alaska 1995

*The Medical Aspects of Child Abuse and Neglect.* Family Advocacy Staff Training. AMEDD College and School. San Antonio, Texas 1996

*Steering Committee for Department of Defense Child Case Fatality Review Team.* Alexandria, Virginia 1996

*The Judge From Hell and Other Tales from the Crypt.* Child Abuse: A Multidisciplinary Approach to the Problem sponsored by the University of Texas Health Science Center at San Antonio School of Medicine. University of Texas Health Science Center at San Antonio School of Nursing and the Alamo Children's Advocacy Center. San Antonio, Texas 1996

*Family Violence Prevention*. Panel participant for the Womack Army Medical Center Auxiliary Women's Wellness Symposium. Fort Bragg, North Carolina 1996

*Oh Be Careful Little Mouth, What You Say*. Science and the Impact of the Media – guest lecturer,

National Meeting of Beta Kappa Chi Scientific Honor Society/National Institutes of Science/Brookhaven Semester program at North Carolina A&T State University. Greensboro, North Carolina 1996

*Legal Aspects of Child Sexual Abuse*. Symposium sponsored by the Criminal Law Division. Fort Sill, Oklahoma 1996

*Child Abuse and Neglect – The Pediatrician's Role.* Symposium for the Department of Pediatrics, William Beaumont Army Medical Center. El Paso, Texas   1996

*Nonaccidental Trauma, Neglect and Child Sexual Abuse – A Training Workshop for Nurses*. Sponsored by the Wake Area Health Education Center. Raleigh, North Carolina 1996

*Collaborative Treatment of the Family and Child with Abusive head Trauma.* Stateside Early Intervention Training, sponsored by the Uniformed Services University of the Health Sciences. Bethesda, Maryland 1996

*A Complete Review of the Medical Aspects of Child Abuse, Neglect and Child Sexual Abuse*. Twelve-hour curriculum sponsored by the North Carolina State Guardian ad Litem Program Greensboro, North Carolina 1996

*Child Sexual Abuse and Psychological Outcome*. Training for the medical staff of Cumberland Mental Health Hospital, Fayetteville, North Carolina 1996

*Take Time to Smell the Roses.* Speaker for the Old North State Medical Society, state convention Women in Medicine Luncheon. Charlotte, North Carolina 1996

*Child Abuse, Neglect and Child Sexual Abuse, an Overview*. Staff training for the United States Army Recruiting Command. San Antonio, Texas 1996

*Abusive Head Trauma*. Medical staff training for Keller Army Hospital. West Point, New York 1996

*The Physician in Court*. Medical staff training for Keller Army Hospital. West Point, New York 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma.* European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*Breaking the News*. European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*The Persian Gulf Issue in Infants and Toddlers*. European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*Medical Aspects of Child Abuse, Neglect, Munchausen By Proxy Syndrome and Child Sexual Abuse*. Family Advocacy Staff Training. AMEDD Center and School. San Antonio, Texas 1996.

*Substance Abuse and Child Abuse: A Fatal Combination*. Families in Crisis: Substance Abuse & Addictions sponsored by the Addiction Professionals of North Carolina. Burlington, NC 1996.

*Fatal Child Abuse*. European Regional Medical Command Medical Surgical Conference, Willigen, Germany 1996

*Child Sexual Abuse: Critical Elements for Diagnosis and Prosecution.* European Regional Medical Command Medical Surgical Conference. Willigen, Germany 1996

*Attention Deficit Disorder: Innovations in Behavioral Management*. European Regional Medical Command Medical Surgical Conference. Willigen, Germany 1996

*Child Sexual Abuse – The Multivictim Scenario*. Family Advocacy Staff Training – Advanced Course. AMEDD Center and School. San Antonio, Texas 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma*. Eight Annual Leo M. Croghan Conference on Developmental Disabilities. Sponsored by the Division of Maternal and Child Health of North Carolina, Department of Environment, Health and Natural Resources and the Developmental Disabilities and Substance Abuse Services of the North Carolina Department of Human Resources. Raleigh, North Carolina 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma, Case Study Analysis*. Zero to Three National Center for Infants, Toddlers and Families Annual conference. Washington, D.C. 1996

*Child Sexual Abuse: The Youth Offender*. Cumberland Hospital of Cape Fear Valley Health System. Fayetteville, North Carolina 1996

*Youth Offenders* .Cumberland Hospital. Fayetteville, North Carolina 1997

*The Sequence of Discovery*. National Council of Negro Women (NCNW). Washington, D.C. 1997

*No End in Sight, Fatal Child Abuse*. American Academy of Pediatrics Meeting (AAP).   San Antonio, Texas 1997

*Everything I Ever Needed to Know, I Learned on the Witness Stand – Child Sexual Abuse*. American Academy of Pediatrics Meeting (AAP). San Antonio, Texas 1997

*False Allegations of Child Sexual Abuse in Divorce/Custodial Circumstances*. District Court Judges Training Institute of the Government, University of North Carolina, Chapel Hill. Chapel Hill, North Carolina 1997

*Alternative Interventions – The Physician's Role*. The Persian Gulf Illness Update, Department of Defense, Early Intervention Program Stateside Conference. Atlanta, Georgia   1997

*The Behavioral Dynamics of Child Abuse* – Navy Bureau of Medicine Conference for Psychiatrists and psychologists. Washington, D.C. 1997

*Child Sexual Abuse* – RADAR Army Health Clinic. Fort Myer, Virginia   1997

*Child Abuse and Child Care Centers*. Family Advocacy Program Symposium. Fort Myer, Virginia 1997

*Child Maltreatment Identification and Intervention Workshop*. Annual North State Guardian ad Litem (GAL) Conference. Greensboro, North Carolina 1997

*The Dilemma of the Youth Sex Offender*. North Carolina Association of District Court Judges' Summer Conference. Atlantic Beach, North Carolina 1997

*The Impact of Neglect*. The Navy Biennial Conference, Sponsored by the Department of the Navy Bureau of Naval Personnel. Baltimore, Maryland 1997

*False Allegations in Divorce/Custodial Scenarios*. The Navy Biennial Conference, Sponsored by the Department of the Navy Bureau of Naval Personnel. Baltimore, Maryland

*Adolescent Pregnancy and Child Maltreatment*. The Fourth African-American Summit, Harare, Zimbabwe 1997

*Filling the Void* – Conference on Parent Support after Loss of a Child, Family Life Chaplains Conference. Fort Bragg, North Carolina 1997

*Medical Aspects of Child Abuse, Neglect, Munchausen By Proxy Syndrome and Child Sexual Abuse.* Family Advocacy Staff Training, AMEDD Center and School,
 San Antonio, Texas 1997

*The Many Faces of Child Maltreatment*. Cumberland County Child Abuse Prevention Summit. Fayetteville, North Carolina 1998

*Child Maltreatment. A Community Problem Requiring A Societal Solution.* Gem City Annual Friends Symposium, sponsored by the Dayton Ohio Medical Society. Dayton, Ohio 1998
  .
*False Allegations of Child Sexual Abuse in Divorce and Custodial Scenarios.* Plenary Presentation for Child Abuse. A Multidisciplinary Approach to the Problem, sponsored jointly by the University of Texas Health Science Center and The Alamo Children's Advocacy Center. San Antonio, Texas 1998

*Expert Witness Testimony in Child Abuse Cases. A Template for Effective Testimony*. Plenary Presentation for Child Abuse, A Multidisciplinary Approach to the Problem, sponsored jointly by the University of Texas Health Science Center and The Alamo Children's Advocacy Center. San Antonio, Texas 1998

*Medical Aspects of Child Maltreatment Multivictim Course and Advanced Child Sexual Abuse.* Family Advocacy Staff Training, Advance Course, AMEDD Center and School.. San Antonio, Texas 1998

*Child Maltreatment Legal Considerations*. Advance Trial Advocacy Elective Course of the Department of Defense. The 46th Judge Advocate Officer, Graduate Course. The Judge Advocate General School. Charlottesville, Virginia 1998

*There's A Thin Line Between Love and Hate*. Child Maltreatment of Children with Disabilities Fifth Annual Early Intervention Program Stateside Conference. Atlanta, Georgia 1998

*Neuroimaging in Developmental Disabilities.* Fifth Annual Early Intervention Program Stateside

Conference. Atlanta, Georgia 1998

*From Conception to Death*. Child Maltreatment and Infant Mortality, North Carolina Infant Mortality Reduction Institute. Greenville, North Carolina 1998

*Traumatic Brain Injury in Child Maltreatment.* Annual Pilot Club Brain Related Disorders Conference. Fayetteville, North Carolina 1998

*Medical Evaluation of Child Sexual Abuse.*The Kill Devil Hills Training North Carolina American Professional Society on the Abuse of Children Kill Devil Hills. North Carolina 1998

*The Role of the Pediatrician in Cyberporn* – The Kill Devil Hills Training North Carolina American Professional Society on the Abuse of Children .Kill Devil Hills, North Carolina 1998

*Sexuality and the Disabled Adolescent.*Association for Retarded Citizens Conference -Cumberland County Chapter. Fayetteville, North Carolina 1998

*Child Maltreatment and the Child with Disabilities.* Association for Retarded Citizen Conference-Cumberland County Chapter. Fayetteville, North Carolina 1998

*The Many Faces of Child Maltreatment* . 1998 Pediatric Challenges Rockford Health System and University of Illinois College of Medicine. Rockford, Illinois 1998

*Just When I Thought It Was Safe. The Courtroom Experience in Child Abuse* Rockford Health System and University of Illinois College of Medicine. Rockford, Illinois 1998

*Medical Aspects of Child Maltreatment*.   Family Advocacy Staff Training, AMEDD Center And School. San Antonio, Texas 1998

*The Expert Witness Testimony in Child Sexual Abuse Cases*. FASTA Course AMEDD College and School. San Antonio, Texas 1999

*Everything You Were Afraid to Ask About Child Pornography and Cyberporn*. FASTA Course AMEDD College and School. San Antonio, Texas 1999

*Shaken Baby Syndrome . A Mock Trial* 20th Annual Colloquium for Prevent Child Abuse Greensboro, North Carolina 1999

*Child Maltreatment for the Law Enforcement Officer*. Training at the North Carolina State Justice Academy. Roseboro, North Carolina 1999

*Trial Counsel Training in Child Abuse and Neglect Prosecution.* United States Army Judge Advocate General's School. Charlottesville, Virginia 1999

*The Role of the Pediatrician in Child Pornography.* Annual Prosecutor's Course, United States Air Force Judge Advocate General's School. Fort Walton Beach, Florida 1999

*Loopholes in Sexual Abuse Prosecution*. Defense Counsel Course, United States Air Force Judge Advocate General's School.Fort Walton Beach, Florida 1999

*Child Sexual Abuse, Medical Evaluation and Treatment*. Family Advocacy Staff Training-Advanced Course, AMEDD Center and School. San Antonio, Texas 1999

*The Role of Child Development and Family Court* District. Court and Family Court Judge Training Sponsored by the Institute of the Government of the University of North Carolina at Chapel Hill. Burlington, North Carolina 1999

*A Thin Line Between love and Hate…Child Maltreatment and Developmental Disabilities* 17th Annual Conference. Developmental-Behavioral Disorders Update 1999, Institute for Child Development Hackensack University Medical Center. Hilton Head Island, South Carolina 1999

*The Pediatrician's Role in Promoting Parental Nurturance* 17th Annual Conference. Developmental-Behavioral Disorders Update 1999 Institute for Child Development Hackensack University Medical Center. Hilton Head Island, South Carolina 1999

*A Comprehensive Review of Child Maltreatment.* Sponsored by the Army Community Service Family Advocacy Program. Fort Leonardwood, Missouri 1999

*The Application of Child Development in Forensic Practice and Case Evaluation.* The 7th Annual Scientific Assembly of the International Association of Forensic Nurses. Scottsdale, Arizona 1999

*The Medical Aspects of Child Abuse and Neglect.* The 4th Annual United States Army Special Operations Command Family Advocacy Program Training. Fort Bragg, North Carolina 1999

*Becoming Aware of Child Maltreatment* . The 2nd Annual Community Collaboration Conference of the United States Marine Corps Family Advocacy Program Training. Cherry Point, North Carolina 1999

*The Medical Analysis of Child Pornography* North Carolina Chapter of the American Professional Society of the Abuse of Children Annual Training    Lake Junaluska, North Carolina 1999

*The Role of the Pediatrician in Promoting Parental Nurturance.* For Pediatric Grand Rounds at the Institute of Child Development and the Department of Pediatrics Hackensack Medical Center Hackensack, New Jersey 1999

*The High Risk Parent-Child Relationship and the Military Career.* Zero to Three 14th National Training Institute. Anaheim, California 1999

*The Fast Track Parent*. The Annual Developmental Evaluation Center Leo M. Croghan Conference on Developmental Disabilities. Raleigh, North Carolina 1999

 *"Tanner" Staging and Medical Experts* .The Prosecution of Internet and Computer Crimes Against Children Sponsored by the State of South Carolina Office of the Attorney General. Charleston, South Carolina 1999

*Medical Aspects of Sexual Exploitation, Pornography, Prostitution, and PC Ploys* Child Abuse. A Multidisciplinary Approach to the Problem Sponsored by the University of Texas Health Science Center at San Antonio School of Medicine, Alamo Children's Advocacy Center, The University of

Texas Health Science Center at San Antonio School of Nursing . San Antonio, Texas 2000

*Parents, Prevention and Preferred Providers* Keynote Child Abuse. A Multidisciplinary Approach to the Problem Sponsored (as above). San Antonio, Texas 2000

 *Rape and the Pediatric Survivor.* A Comprehensive Review American Professional Society on the Abuse of Children. Advanced Training Institute 21st Annual Statewide Conference on Child Abuse & Neglect Sponsored by Prevent Child Abuse North Carolina. Greensboro, North Carolina 2000

*Rape-An Acute Assessment.* 21st Annual Statewide Conference on Child Abuse & Neglect Sponsored by Prevent Child Abuse North Carolina. Greensboro, North Carolina 2000

*First Response to Child Maltreatment Conference*. Sponsored by the Ft. Sam Houston Army Community Service Family Advocacy Program. Fort Sam Houston, Texas 2000

*Child Development and Child Maltreatment.* Family Court Project Judges Training Sponsored by the University of North Carolina Institute of Government. Burlington, North Carolina 2000

*Child Abuse and Neglect Training for Chaplains.* Sponsored by Dwight David Eisenhower Army Medical Center Clinical Chaplains Internship .Fort Gordon, Georgia 2000

*A Comprehensive Review of Child Maltreatment.* Family Advocacy Staff Training –AMEDD College and School .San Antonio, Texas 2000

*Good Parenting***.**18th Annual Developmental-Behavioral Disorders and the Spectrum of Pediatric Challenges Conference. Sponsored by the Hackensack University Medical Center . Hilton Head, South Carolina 2000

*Is More Better? The Problem with Multiples* 18th Annual Developmental-Behavioral Disorders and the Spectrum of Pediatric Challenges Conference. Sponsored by the Hackensack University Medical Center. Hilton Head, South Carolina 2000

*Child Abuse Prosecution. An Expert Witness Perspective* Sponsored by the North Carolina District Attorneys Association and the University of North Carolina at Chapel Hill Institute of Government. Charlotte, North Carolina 2000

 *A Template for Shaken Baby Syndrome Testimony.* 8th Annual American Professional Society on the Abuse of Children (APSAC) Colloquium. Chicago, Illinois 2000

*Child Development and Child Maltreatment* .8th Annual APSAC Colloquium, Chicago, Illinois 2000.

*The Role of the Pediatrician in Child Pornography*.8th Annual APSAC Colloquium. Chicago, Illinois 2000

*Medical Assessment in the Multiple Victim Child Abuse Case.* AMEDD Center and School USAEUR Training.Weinheim, Germany 2000

*Medical Evaluation in Child Pornography*. U. S. Postal Inspector Training. Dallas, Texas 2000

*There's A Thin Line Between Love and Hate. Child Maltreatment and Children with Disabilities.* Department of Pediatrics Grand Rounds Duke University Medical Center. Durham, North Carolina 2000

*Parents, Prevention, and Preferred Providers.* NCAPSAC Training, Lake Junaluska, North Carolina 2000

*Internet Crimes Against Children.*North Carolina Coalition Against Sexual Assault.   High Point, North Carolina 2000

*Child Maltreatment Prosecution* .Assistant United States Attorney Training. Raleigh, North Carolina 2000.

*When the Gavel Strikes- Lessons Learned in Forensic Pediatrics.*AMEDD Center and School Forensic Child Maltreatment Course. San Antonio, Texas 2000

*The Fast Track Parent.*The National Association for the Education of Young Children Annual Conference. Atlanta, Georgia 2000

*Medical Aspects of Child Abuse Training.* North Carolina Department of Social Service Training sponsored by the University of North Carolina at Chapel Hill. Wilmington, North Carolina 2000

*There's a Thin Line Between Love and Hate .Child Maltreatment and Children with Disabilities.* The 7th Annual June Dobbs Child Development and Child Advocacy Center Training. Madison, Wisconsin 2000

*Milestones and Mishaps. Recognizing Child Maltreatment along the Main Road of Development.* The 7th Annual June Dobbs Child Development and Child Advocacy Center Training. Madison, Wisconsin 2000

*Child Development, Family Ties and Child Maltreatment.* District Family Court Judges Training sponsored by the Institute of the Government of the University of North Carolina at Chapel Hill. Burlington, North Carolina   2000

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors, National Center for Missing and Exploited Children. Alexandria, Virginia 2001

*Portable Guides to Investigating Child Abuse Series.* Juvenile Justice Resource Center Washington, D.C2001.

*Child Abuse~A Comprehensive Review.* Joint Service Family Advocacy Staff Training San Antonio, Texas 2001

*Milestones & Mishaps. Recognizing Maltreatment Along the Road of Development*. 22nd Annual Statewide Conference on Child Abuse & Neglect Prevent Child Abuse North Carolina Greensboro, North Carolina 2001

*The Medical Role in Child Sexual Exploitation* .Protecting Children Online for Prosecutors. National Center for Missing and Exploited Children. Alexandria, Virginia 2001

*Kids Count~ Protect our Children, Protect our Future.* First Response to Child Maltreatment Conference. Fort Sam Houston, Texas 2001

*Multidisciplinary Team Approach To The Investigation and Prevention Of Child Abuse.* First Response to Child Maltreatment Conference. Fort Sam Houston, Texas 2001

*Medical Aspects Of Child Maltreatment.*Sponsored by University of North Carolina at Chapel Hill, Department of Pediatrics. Atlantic Beach, North Carolina 2001

 *"Let's Prevent Abuse".* Third Annual Community Wide Training on Child Abuse & Neglect. Monroe, North Carolina 2001

 *"Take A Stand For The Prevention Of Child Abuse And The Protection Of   Children".* Fort Bragg Family Advocacy Program. Fort Bragg, North Carolina 2001

*Pediatric Pornography – Actors, Actresses, and Viewers.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*The Pediatrician who Suspects Child Abuse-Facts, Fictions, Failures, Forensics, Fears and Fines.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*Milestones and Mishaps – Recognizing Maltreatment Along the "Main Road" of Development.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges, Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*Multivictim Course.* AMEDD Center and School.San Antonio, Texas 2001

*Medical/Forensic Exams in Child Sexual Abuse Cases Part I.* 9th Annual APSAC Colloquium. Washington, DC 2001

*Medical/Forensic Exams in Child Sexual Abuse Cases, Part II.*9th Annual APSAC Colloquium. Washington, DC 2001

*Pornography, Prostitution & PC Ploys.*Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

 *The Adolescent Sex Worker.*Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

 *Advanced Medical Evaluations in Child Abuse Cases.* APSAC Advanced Training Institute with Dr. Dirk Huyer Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

*Internet Crimes Against Children .*Southeastern Forensic Pediatric Society. Atlanta, Georgia 2001

*Protecting Children Online for Prosecutors.* Office of Juvenile Justice and Delinquency Prevention

and Fox Valley Technical College. Tucson, Arizona 2001

*Recognizing and Interpreting Child Abuse Indicators for Investigative Personnel.* Child Abuse Recognition, Reporting and Investigation Training For Professional Staff. Fort Myer, Virginia 2001

*Recognizing and Reporting Child Abuse in the Medical Setting.* Child Abuse Recognition, Reporting and Investigation Training Radar Primary Care Clinic. Fort Myer, Virginia 2001

*Child Abuse and Child Development~Resident's Training.* Department of Pediatrics, The University of Texas Medical Branch, Galveston, Texas 2001

*Death by Neglect.* The Vine Ogra, MD. Distinguished Pediatric Lectureship,The University of Texas Medical Branch. Galveston, Texas 2001

*Evidence Based Medicine in Child Maltreatment.* The University of Texas Medical Branch. Galveston, Texas 2001

*The "Expert" Expert Witness.*Understanding Medical Findings in Child Abuse for Prosecutors Sponsored by the Barrow Community Hospital and the Tree House Child Advocacy Center. Winder, Georgia   2001

*Child Sexual Exploitation and the Law.*Understanding Medical Findings in Child Abuse for Prosecutors Sponsored by the Barrow Community Hospital and the Tree House Child Advocacy Center Winder, Georgia 2001

*A Multidisciplinary Response to Sexual Assault.*Sponsored by Cape Fear Valley Health System Emergency Department. Fayetteville, North Carolina 2001

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2002

*Child Sexual Exploitation for the Investigator.* Rape Crisis Volunteers of Cumberland County's Board of Directors and Sexual Assault Response Team. Fayetteville, North Carolina 2002

*Child Development and Maltreatment* .Child Advocacy Center of Cumberland County. Fayetteville, North Carolina 2002

*The Differential Diagnosis of Nonaccidental Trauma.*First Response To Child Maltreatment Conference Family Advocacy Program .Fort Sam Houston, Texas 2002

*It Takes A Village.* First Response to Child Maltreatment Conference Family Advocacy Program. Fort Sam Houston, Texas 2002

*Comprehensive Review of Child Maltreatment.*AMEDD Center and School. Fort Sam Houston, Texas 2002

*Infant and Family Abduction.* Grand Rounds Presentation Wilford Hall Regional Medical Center. San Antonio, Texas 2002

*The Sexual Exploitation of Adolescents* 23rd Annual Conference on Child Abuse and Neglect. Greensboro, North Carolina 2002

*Child Development and Child Maltreatment*.The Twenty-First Annual Professionals' Caring for Children Conference Sponsored by Partnership for Children. Fayetteville, North Carolina 2002

*Sexual Exploitation – An Update.* Teen Prostitution Task Force. Greensboro, North Carolina 2002

*Protecting Children Online for Prosecutors.* National Center for Missing and Exploited Children Special Session. Little Rock, Arkansas 2002

*The Adolescent Sex Worker.*Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2002

*Law and Order. Preparation for Health Care Providers Serving As Expert Witnesses.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2002

*Suspected Child Abuse and Neglect (SCAN) and the Army Substance Abuse Program (ASAP*). Annual Program Management Training, U.S. Army Medical Command. Reno, Nevada 2002

*Child Development* Judicial Family Court Training The University of North Carolina at Chapel Hill Institute of Government Chapel Hill, North Carolina 2002

*Advanced Child Exploitation Seminar*.National Advocacy Center. Columbia, South Carolina 2002

*Milestones and Mishaps.Recognizing Maltreatment Along the "Main Road" of Development.* Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Sexual Assault and the Disabled Child.* Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Sexual Assault and the Disabled Child*. Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Ask The Doctors (Ask The Expert)* .Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute .Atlanta, Georgia 2002

*Exploited Child Unit Training.* National Center for Missing and Exploited Children. Alexandria, Virginia 2002

*Anatomy of the Medical Expert Witness.* Physician's Course on Domestic Violence Sponsored by the U.S. Army Medical Command .San Antonio, Texas 2002

*Mock Trial Preparation.*Physician Course on Domestic Violence Sponsored by the U.S. Army Medical Command.San Antonio, Texas 2002

*Mock Trial.*Physician Course on Domestic Violence Sponsored by the U.S. Army Medical Command.

San Antonio, Texas 2002

*Death by Neglect.*Children's Advocacy Centers of North Carolina presents The Eighth Annual Symposium On Child Abuse & Neglect. Lake Junaluska, North Carolina 2002

*Sexual Exploitation of Children.* U.S. Army Short Course. San Diego, California 2002

*Protecting The Gift*.The Autism Society of Cumberland County. Fayetteville, North Carolina 2002

*Exploited Child Unit Training*.National Center For Missing and Exploited Children. Alexandria, Virginia 2002

*Sexual Assault Overview~SANE Training* .Rape Crisis Volunteers of Cumberland County. Fayetteville, North Carolina 2002

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2003

*Medical Aspect of Child Abuse.* Family Advocacy Staff Training – Advanced. San Antonio, Texas 2003

*The Medical Expert and Child Sexual Exploitation* Colloquium. Victimization With Child Pornography Department of Applied Psychology COPINE Child Studies Unit University College Cork. Cork, Ireland 2003

*Child Abuse & Children With Disabilities.* Treatment and Education of Autistic and related Communication handicapped Children (TEACCH). Fayetteville, North Carolina 2003

*Preparing and Presenting Testimony In Child Abuser Litigation* .Cape Fear Valley Health System, Fayetteville, North Carolina 2003

*Child Abuse & Domestic Violence. A Challenge for Developmental and Behavioral Clinicians;* 21st Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2003

*How Does The Concerned Pediatrician Maintain Rapport With The Abusive Family*. 21st Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center .Hilton Head Island, South Carolina 2003

*The Role of the Medical Expert In Child Pornography.* 21st Meeting of the Interpol Specialist Group on Crimes Against Children .Lyon, France 2003

*Updates in Child Sexual Exploitation.* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute. Atlanta,Georgia 2003

*Advance Training for HFG Program Managers & First Coordinator. Developmental Milestones,* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia   2003

*Adolescent Pregnancy Resulting from Sexual Abuse.* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute.Atlanta,Georgia 2003

*Proving The Age Of A Child.*Investigation and Prosecution of Advanced Child Exploitation Cases Department of Justice. Columbia, South Carolina 2003

*Is There A Doctor in the House? ICAC Investigations and the Medical Expert* Crimes Against Children Conference. Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*Physical Abuse and Child Development.When the History Doesn't Fit.* 2003 Crimes Against Children Conference, Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*The Investigation of Sexual Abuse in the Disabled Victim.* 2003 Crimes Against Children Conference, Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*Anatomy of the Medical Expert Witness.* Physician's Course On Domestic Violence, Sponsored by the US Army Medical Command. San Antonio, Texas 2003

*The Role of the Medical Expert in Child Pornography.*International Conference on Child Exploitation, Toronto Police Service Sex Crimes Unit. Toronto, Ontario 2003

*Pornography, Prostitution & PC Ploys. Child Sexual Exploitation* International Association of Forensic Nurses – 11th Annual Scientific Assembly. Las Vegas, Nevada 2003

*The Neurobiology of Trauma.* Family Advocacy Program Worldwide Conference. Colorado Springs, Colorado 2003

*Autism Spectrum Disorder – A Continuum In The Life Of A Child.* TRICARE Mid-Atlantic Region Special Needs Awareness Forum. Fayetteville, North Carolina 2003

*Internet Crimes Against Children.* 2003 AMSUS Conference. Ft. Sam Houston, Texas 2003

*The Development Impact of Intimate Partner Violence* 15th Annual Leo M. Croghan Conference on Developmental Disabilities   Raleigh, North Carolina 2003

*Child Homicide in Indian Country.*Indian Country Homicide Investigation Seminar. Chandler, Arizona 2004

*Forensic Aspects of Child Abuse.*Department of the Army Family Advocacy Staff Training, Advanced Forensic Course. San Antonio, Texas 2004

*The Medical, Psychological and Legal Aspects of Child and Juvenile Sexual Exploitation.* Basic Training for New Family Court Judges and Staff School of Government .Pinehurst, North Carolina 2004

*Child Sexual Exploitation Thoughts for Canada.*Child Find Manitoba and Cybertip CA. Winnipeg, Manitoba 2004

*Child Maltreatment. An Overview.*Department of the Army Family Advocacy Staff Training Course. Weinheim, Germany 2004

*An Advanced Training in Child Maltreatment and Family Violence.* Prevent Child Abuse North Carolina Conference. Durham, North Carolina 2004

*An Advanced Training in Child Maltreatment and Family Violence* .Prevent Child Abuse North Carolina Conference. Durham, North Carolina 2004

*The Short and Long-Term Effects of Child Sexual Abuse.* Regional Child Abuse Conference. Fayetteville, North Carolina 2004

*Intimate Partner Violence Screening.*U.S. Army Medical Command, Montcrief Army Community

*Family Injury Prevention-Overview.* U.S. Army Medical Command, Montcrief Army Community Hospital. Fort Jackson, South Carolina 2004

*Child Pornography and the Internet.*Dangers OnlinePreventing Child Pornography Emmanuel Baptist Church. Monroe, North Carolina 2004

*Identification and Community Responses to Child Pornograph* .Dangers Online: Preventing Child Pornography Emmanuel Baptist Church. Monroe, North Carolina 2004

*Family Injury Prevention* 2004*an Overview.***"**Homecoming Alaska-Partners in Prevention" Seminar. Fort Richardson, Alaska 2004

*Family Injury Prevention – Intimate Partner Violence Screening.* **"**Homecoming Alaska-Partners in Prevention" Seminar .Fort Wainwright, Alaska 2004

*Child Sexual Exploitation Thoughts for Canada.* National Child Exploitation Workshop. Winnipeg, Manitoba 2004

*The Medical Role in Child Sexual Exploitation.*U.S. Army National Nurse Conference Fort Leonard Wood, Missouri 2004

*The Neurobiology Of Trauma.*22nd Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2004

*The Emerging Culture of Sexploitation.* 22nd Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2004

*Deployment and Family Injury Prevention.* Fort Myer Family Advocacy Training. Fort Myer, Virginia 2004

*Safety NET.Multidisciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation.* American Prosecutors Research Institute's National Center for Prosecution of Child

Abuse at Purdue University West. Lafayette, Indiana 2004

*International Online Child Sexual Victimization Symposium.*Federal Bureau of Investigation, National Center for the Analysis of Violent Crime. Leesburg, Virginia 2004

*Early Intervention In A Time Of War.*Educational & Developmental Intervention Service Provider and Manager's Workshop. Savannah, Georgia 2004

*On The Ground Community Collaboration.* Department of Defense Family Advocacy Program Training Conference. Charlotte, North Carolina 2004

*The Link Between Promoting Healthy Sexual Behavior in Adolescents and Child Abuse Prevention.* Prevent Child Abuse Georgia 20th Annual Symposium. Atlanta, Georgia   2004

*Child Development and Child Maltreatment. Recognizing Common And Uncommon Offender Ideas About Cause and Effect* Prevent Child Abuse Georgia 20th Annual Symposium .Atlanta, Georgia 2004

*Dynamics of the Child Victim and Offender*. Protecting Victims of Child Prostitution National Center for Missing and Exploited Children. Alexandria, Virginia 2004

*Culture, Class and Consent in Sexual Exploitation & Trafficking* .The American Professional Society on the Abuse of Children – 12th Annual Colloquium. Hollywood, California 2004
*When No One Cares For Children ~ A Study of Neglect* .North Carolina Professional Society on the Abuse of Children. Apex, North Carolina 2004

*Child Pornography and the Medical Expert* .Dallas Police Department & Dallas Children's Advocacy Center.Dallas, Texas 2004

*Sexual Abuse of the Disabled Child*.Dallas Police Department & Dallas Children's Advocacy Center. Dallas, Texas 2004

*STD's in Child Abuse Cases.* Dallas Police Department & Dallas Children's Advocacy Center Dallas, Texas 2004

*The Medical Role in Child Sexual Exploitation*. Protecting Children Online for Prosecutors. National Center for Missing and Exploited Children. Alexandria, Virginia 2004

*Qualifying as a Medical Expert*. Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2004

*Preparing a Demonstrative Aid.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas   2004

*Family Injury Prevention an Overview.* Physician Assistant Training Methodist College Fayetteville, North Carolina 2004

*Child Abuse and Developmental Disabilities.* Alaska Child Maltreatment Conference. Anchorage, Alaska 2004

*Providing the Age of A Child*. Alaska Child Maltreatment Conference. Anchorage, Alaska 2004

*Internet Crimes Against Children*. Alaska Child Maltreatment Conference, Anchorage, Alaska 2004

*Child Exploitation and Prostitution*. Alaska Child Maltreatment Conference, Anchorage, Alaska 2004

*Child Sexual Abuse and Courtroom Testimony*. International Association of Forensic Nurses 12th Annual Scientific Assembly Chicago, Illinois 2004

*Child Sexual Abuse and Courtroom Testimony*. International Association of Forensic Nurses 12th Annual Scientific Assembly. Chicago, Illinois 2004

*Medical Aspect of Child Prostitution*. SCAR/Jasper Mountain 20th Annual Western Regional Symposium On Child Abuse and Sexual Assault .Eugene, Oregon 2004

*Deployments and Family Injury Prevention (Our New and Chaotic World)*.AMSUS 2004 Conference Denver, Colorado   2004

*Neglect – Important Red Flags*. Guardian ad Litem Statewide Staff Meeting Camp Caraway, North Carolina 2004

*Factors in Family, Injury*. Morehouse School of Medicine**.**Atlanta, Georgia 2004

*Helping Families Deal with Deployment*.Family Advocacy Staff Training, Advanced (FASTA) Child Abuse Course. San Antonio, Texas 2004

*Child Sexual Exploitation and Internet Crimes Against Children*. The Alamo Children's Advocacy Center 2004 Child Abuse Conference. San Antonio, Texas 2004

*The Cause and Effects of Child Sexual Exploitation ~ An International Continuum. T*he Alamo Children's Advocacy Center 2004 Child Abuse Conference. San Antonio, Texas 2004

*Medical Evaluation of Alleged Sexual Abuse*. Safe Shores – The D.C. Children's Advocacy Center. Washington, DC 2005

*The Medical Role in Child Sexual Exploitation*. International Centre for Missing & Exploited Children Focus Training Meeting-Computer Facilitated Crimes Against Children. Washington, DC 2005

*Protecting Children Online for Prosecutors*. National Center for Missing and Exploited Children. Alexandria, Virginia 2005

*It Sounds Like Greek To Me!* North Carolina Conference of District Attorney's. Raleigh, North Carolina 2005

*Template For Testimony. Child Maltreatment* North Carolina Conference of District Attorney's Raleigh, North Carolina 2005

*The Emerging Culture of Sexploitation. The Game* Grand Rounds Schneider Children's Hospital. New Hyde Park, New York 2005

*How Old Am I? Analyzing Child Pornography and Its Role in Child Sexual Exploitation ,*National Child Exploitation Coordination Center Conference. Ottawa, Ontario 2005

*Impact of Deployment.* State of the Child Conference, Mount Olive, North Carolina 2005

*Child Maltreatment. A Developmental Perspective* Institute of Government at the University of North Carolina at Chapel Hill Family Court Judges and Staff Training .Chapel Hill, North Carolina 2005

*Child Sexual Exploitation. The Most Underreported Form of Child Maltreatment* Fayetteville State University Department of Social Work, College of Humanities and Social Sciences, Master of Social Work Student Association .Fayetteville, North Carolina 2005

*Family Injury Prevention an Update.* Child Advocacy Center. Fayetteville, North Carolina 2005

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Madrid, Spain 2005

*FASTA 2005.*Family Advocacy Staff Training Advanced .San Antonio, Texas 2005

*Medical and Legal Aspects of Child Sexual Exploitation.*Missouri Department of Health & Senior Services SAFE-CARE Training. Jefferson City, Missouri 2005

*Child Sexual Exploitation and Internet Crimes Against Children.* Physician's Training presented by Internet Crimes Against Children (ICAC). Tampa, Florida 2005

*Social Medicine-Family Injury Prevention.* Physician's Training presented by Internet Crimes Against Children (ICAC).Tampa, Florida 2005

*Role of Faith Community in Supporting Grandparents Raising Grandchildren* .National Center on Grandparents Raising Grandchildren Symposium .Atlanta, Georgia 2005

*Emerging Culture of Sexploitation-Impact on Youth.* National Center on Grandparents Raising Grandchildren Symposium .Atlanta, Georgia 2005

*Child Sexual Exploitation and Internet Crimes Against Children.* Guardian ad Litem Video-conference Fayetteville, North Carolina 2005

*The Sexual Abuse of Children and Youths.*Multivictim Course. San Antonio, Texas 2005

*Developmental Pediatrics In A Time of War.* 23rd Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2005

*An Ounce of Prevention.*23rd Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2005

*Medical Aspects of Child Sexual Exploitation.*International Training Initiative presented by The

International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Amman, Jordan, 2005

*Medical Aspect of Child Sexual Abuse.*Family Advocacy Staff Training Advanced(Multi-Victim). Weinheim, Germany 2005

*The Emerging Culture of Sexploitation* .The American Professional Society on the Abuse of Children-13th Annual Colloquium . New Orleans, Louisiana 2005

*Violence Against Children* .National Medical Association "Patients Dealing with Violence-The Physician's Role". New York, New York 2005

*The Emerging Culture of Sexploitation.* Hand In Hand With Children: Guiding And Protecting National Center for Missing & Exploited Children .Alexandria, Virginia 2005

*War and Peace. Family Violence and the Military Family* Family Court Staff Summer Training University of North Carolina School of Government. Chapel Hill, North Carolina 2005

*Child Sexual Exploitation.* Family Court Staff Summer Training,University of North Carolina School of Government. Chapel Hill, North Carolina 2005

*Medical Complications of Prostitution of Children I & II.* 17th Annual Crimes Against Children Conference.Dallas Children's Advocacy Center & Dallas Police Department .Dallas, Texas 2005

*Teamwork from the Beginning. Health Care Providers and Child Homicide Investigations* 17th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center & Dallas Police. Department Dallas, Texas 2005

*Child Pornography and the Medical Expert.*17th Annual Crimes Against Children Conference. Dallas Children's Advocacy Center & Dallas Police Department. Dallas, Texas 2005

*The Challenge of Autism.* Europe Regional Medical Command Annual Educational and Developmental Intervention Services Conference. Garmisch, Germany 2005

*Intervention in a Time of War.*Europe Regional Medical Command Annual Educational and Developmental Intervention Services Conference .Garmisch, Germany 2005

*Anatomy of the Medical Expert Witness.*Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Qualifying as an Expert Witness.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Preparing a Demonstrative Aid.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Medical Aspects of Child Sexual Exploitation*
International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Moscow, Russia 2005

*Family Injury Prevention In A Time.Of War* Family Injury Prevention Training Naval Station Norfolk Norfolk, Virginia 2005

*Family Injury Prevention In A Time Of War*. Family Injury Prevention Training Fort Eustis. Fort Eustis, Virginia 2005

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Wellington, New Zealand 2005

*What Have We Learned.Causation, Psychological and Social Factors* Missing & Exploited Children: The Past, the Present, and the Future European Summit on Missing & Exploited Children International Centre for Missing & Exploited Children. Buonas, Switzerland 2005

*Early Intervention in a Time of War.*Zero To Three: 20th National Training Institute Department of Defense Summit. Washington, DC 2005

*Deployment, Family Stress & the Health Care Provide.*Zero To Three: 20th National Training Institute Department of Defense Summit .Washington, DC 2005

*The Emerging Culture of Sexploitation* .Internet Crimes Against Children Conference. Louisville, Kentucky 2005

*Dynamics of the Child Victim and Offender.*Technical Assistance, Southeast Conference on Missing and Exploited Children. Protecting Victims of Child Prostitution. Fort Myers, Florida 2005

*Dynamics of the Child Victim and Offender.*Protecting Victims of Child Prostitution   National Center for Missing and Exploited Children Alexandria, Virginia 2006

*The Military Family.* Grand Rounds, University of North Carolina, Chapel Hill .Chapel Hill, North Carolina 2006

*Child Abuse (Neglect, Physical Injuries, Sexual Abuse).* Family Advocacy Staff Training Course.San Antonio, Texas 2006

*Child Development and Maltreatment.* New Family Court Judges and Staff Training,University of North Carolina School of Government Chapel. Hill, North Carolina 2006

*Medical Aspects of Child Sexual Exploitation*. International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Istanbul, Turkey 2006

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2006

*Family Injury Prevention in a Time of War.*The 25th Statewide Conference on Child Abuse & Neglect Prevention of Child Abuse. Durham, North Carolina 2006

*Child Maltreatment Prevention. The Road Behind and the Road Ahead.*The 25th Statewide Conference on Child Abuse & Neglect Prevention of Child Abuse. Durham, North Carolina 2006

*The Emerging Culture of Sexploitation.* Reassessing the Past, Present, and the Future Role of Children and Their Participation and Protection in American Law Hamline University School of Law. St. Paul, Minnesota 2006

*Culture, Class and Consent in Sexual Exploitation and Trafficking.*The Eastern Conference on Child Sexual Abuse Treatment The University of Wisconsin Madison .Arlington, Virginia 2006.

*Child Maltreatment in the Military. Part 1*The Eastern Conference on Child Sexual Abuse Treatment. The University of Wisconsin..Arlington,Virginia 2006

*Child Maltreatment in the Military – Part 2* The Eastern Conference on Child Sexual Abuse Treatment. The University of Wisconsin, Madison. Arlington, Virginia 2006

*Emerging Culture of Sexploitation.* Womanist Convening The College of St. Catherine St. Paul, Minnesota 2006

*Sexual Exploitation of Children over the Internet. What Parents, Kids and Congress Need to Know About Child Predators* Subcommittee on Oversight and Investigations, U.S. House of Representatives Committee on Energy and Commerce. Washington, DC 2006.

*Child Sexual Exploitation and Internet Crimes against Children.* Department of Human Resources, Division of Family and Children Services. Atlanta, Georgia 2006

*Justice is For Children To.*National Crime Victims' Rights Week XVIII Airborne Corps & Fort Bragg Staff Judge Advocate & Armed Services YMCA. Fort Bragg, North Carolina 2006

*Current Myths and Misconceptions Surrounding Disclosure Gaps of Sexual Abuse. Addressing the Gap* Child Find Manitoba – Missing & Exploited Children Conference.Winnipeg, Manitoba 2006

*Child Sexual Exploitation: Comprehensive Review of Child Internet Crimes*. "4th Annual Conference on Sexual Abuse in Children and Adolescents. What a Medical Provider Needs to Know" Emory University School of Medicine.Atlanta, Georgia 2006

*Child and Adolescent Maltreatment Evaluation.*"4th Annual Conference on Sexual Abuse in Children and Adolescents. What a Medical Provider Needs to Know" Emory University School of Medicine. Atlanta, Georgia 2006

*Multi-Victim Child Sexual Assault a Child Sexual Abuse Images.*"Hot Topics in the Investigation and Prosecution of Child Abuse"Children's Hospital of Wisconsin. Milwaukee, Wisconsin 2006

*The Emerging Culture of Sexual Exploitation.*"Hot Topics in the Investigation and Prosecution of Child Abuse" Children's Hospital of Wisconsin. Milwaukee, Wisconsin 2006

*Sexploitation and Rap Hip Hop Media.   A Growing Public Menace.* 24th Annual Developmental -Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina   2006

*GLBT: The Alphabet Soup of Teen Sexuality.* 24th Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2006

*The Emerging Culture of Sexploitation.*3rd Annual Multidisciplinary Training Conference Florida Network of Children's Advocacy Centers. Orlando, Florida 2006

*The Role of the Health Care Provider in Child Sexual Abuse Images.* 3rd Annual Multidisciplinary Training Conference Florida Network of Children's Advocacy Centers Orlando, Florida 2006.

*Is There a Doctor in the House? The Role of a Health Care Provider* North Carolina District Attorney's Association. Wilmington, North Carolina 2006

*Online Grooming.* APSAC's 14th National Colloquium. Nashville, Tennessee 2006

*Child Abuse (Neglect, Physical Injuries, Sexual Abuse.* Family Advocacy Staff Training Course. San Antonio, Texas 2006

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Dalian, China 2006

*Is There A Doctor In The House?* Kentucky Prosecutors Conference. Louisville, Kentucky 2006

*Case Studies in Family Prostitution of Children.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*Medical Analysis of Child Pornography.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*Family Violence and the Military Family.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*The Role of the Medical Expert In The Case of Insult to Injury.* Physician's Course on Domestic Violence Academy of Health Sciences.Fort Sam Houston, Texas 2006

*Human Trafficking: A Hidden Crisis*Forensic Nursing. A Global Response to Crime, Violence and Trauma International Association of Forensic Nurses. Vancouver, British Columbia, 2006

*Culture, Class and Consent in Sexual Exploitation and Trafficking.* Midwest Conference on Child Sexual Abuse and Incest University of Wisconsin Madison. Madison, Wisconsin 2006

*Online Grooming.*Midwest Conference on Child Sexual Abuse and Incest University of Wisconsin Madison. Madison, Wisconsin 2006

*Exploitation of Children Through Prostitution.* Bringing Our Missing Children Home Safely. A State Clearinghouse/Non Profit Organization National Conference.Appleton, Wisconsin 2006

*From Horizon to Landscape ~ Child Sexual Exploitation in an Age of Information and Computer Technology.* 21st Annual San Diego Maltreatment Conference. San Diego, California 2007

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children .Alexandria, Virginia 2007

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children .Alexandria, Virginia 2007

*Child Pornography:Victim Dynamics and Identification.*SAFETY NET: Multidisciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation American Prosecutors Research Institute's National Center for Prosecution of Child Abuse .Philadelphia, Pennsylvania 2007

*Family Violence and the Military Family* Conference on Crimes Against Women. Dallas, Texas 2007

*Sexual Assault/Medical Forensics.* Uniformed Services Academy of Family Physicians Annual Meeting. Hilton Head, South Carolina 2007

*Who's Being Groomed? Child Sexual Exploitation & The Marketing of Sexua Harm.* 15th Annual Children's Justice Conference. Seattle, Washington 2007

*Child Sexual Abuse Images. We Have To Do More!* 15th Annual Children's Justice Conference. Seattle, Washington 2007

*Role of MDT's in Human Trafficking.*15th Annual Children's Justice Conference .Seattle,Washington 2007

*Abuse and Neglect of Children with Disabilities.*The Interagency Child Abuse Prevention Council. Gaston County, North Carolina 2007

*Online Sexual Exploitation of Children.*4th Annual Child Abuse Conference Cumberland County Department of Social Services. Fayetteville, North Carolina 2007

*Healthy Relationships in a Cyberspace World.*Greensboro Medical Society, Guilford County Department of Public Health and Anderson Grove Baptist Church. Greensboro, North Carolina 2007

*Family Injury Prevention and Shaken Baby Syndrome.*Winn Army Community Hospital. Fort Stewart, Georgia 2007

*The Least of These – Child Victims of Crime.*National Crimes Victims' Rights Week Office of the Staff Judge Advocate, XVIII Airborne Corps, Fort Bragg, & Armed Services YMCA .Fort Bragg, North Carolina 2007

*The Most Underreported Form of Child Abuse – Child Sexual Exploitation.*5th Annual Protecting Ohio's Children Conference. Columbus, Ohio 2007

*Threat Level Orange for Kids – Computers & Crimes.* 5th Annual Protecting Ohio's Children Conference .Columbus, Ohio 2007

*Is My Space a Safe Space? A Social Networking Site for Dummies.* A Review of Developmental-Behavioral Disorders & A Spectrum of   Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2007

*Threat Level Orange for Children.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2007

*Child Sexual Exploitation ~ Who's Being Groomed?* National Leadership Conference 2007 National Children's Alliance.Washington, DC 2007

*Online Grooming.*The APSAC 15th Annual Colloquium, American Professional Society on the Abuse of Children.Boston, Massachusetts 2007

*Sexual Exploitation of Children with Disabilities.*New Mexico Advanced SANE Conference New Mexico Coalition of Sexual Assault Programs, Inc. Albuquerque, New Mexico 2007

*Child Sexual Abuse in the Military.*New Mexico Advanced SANE Conference New Mexico Coalition of Sexual Assault Programs, Inc .Albuquerque, New Mexico 2007

*Role of SANE in Child Sexual Exploitation.* NC IAFN 2nd Annual Educational Retreat North Carolina Chapter International Association of Forensic Nurses .Sunset Beach, North Carolina 2007

*Who's Being Groomed in Child Sexual Exploitation*. NC IAFN 2nd Annual Educational Retreat North Carolina Chapter International Association of Forensic Nurses Sunset Beach, North Carolina 2007

*Normalization of Sexual Harm.*AFE-CARE Network Missouri Department of Health and Senior Services Jefferson City, Missouri 2007

*Internet Exploitation of Children* The Spectrum of Prevention: Missouri Sexual Assault Prevention Conference SAFE-CARE Network Missouri Department of Health and Senior Services.Jefferson City, Missouri 2007

*Child Abuse in the Military Family.*19th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center and Dallas Police Department .Dallas, Texas 2007

*Medical Analysis of Child Pornography.*19th Annual Crimes Against Children Conference Dallas Children's Advocacy Center and Dallas Police Department .Dallas, Texas 2007

*Compliant Victims: Who's Being Groomed.*19th Annual Crimes Against Children Conference Dallas Children's Advocacy Center and Dallas Police Department.Dallas, Texas 2007

*Medical Analysis of Child Pornography.*19th Annual Crimes Against Children Conference Dallas Children's Advocacy Center and Dallas Police Department.Dallas, Texas.2007

*Sexual Exploitation of Children* Gulf States Victim Witness Conference "All For One" United States Attorney Middle District of Alabama Destin, Florida 2007

*Online Grooming ~ Who's Being Groomed?* Gulf States Victim Witness Conference " All For One" United States Attorney Middle District of Alabama Destin, Florida 2007

*Threat Level Orange ~ Child Sexual Exploitation.*8th National Conference on Child Sexual Abuse and Exploitation Prevention The National Children's Advocacy Center and the Association for Sexual Abuse Prevention .New Orleans, Louisiana 2007

*Online Grooming ~ Who's Being Groomed?* 2007 Protecting Texas Children Conference
The Children's Assessment Center   Houston, Texas 2007

*Online Grooming Part 1.*-Midwest Conference on Child Sexual Abuse Professional Development and Applied Studies, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc Madison, Wisconsin 2007

*Online Grooming Part 2.* Midwest Conference on Child Sexual Abuse Professional Development and Applied Studies, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc Madison, Wisconsin 2007

*Online Grooming ~ Who's Being Groomed?* 6th Annual Symposium on Child Abuse and Neglect "Child Sexual Exploitation and its Sequel" Children's Medical Resource Network .Whittington, Illinois 2007

*Child Sexual Exploitation: Who's Being Groomed?* Grand Rounds Pediatrics and Adolescent, Medicine, Mayo Clinic. Rochester, Minnesota 2007

*Child Sexual Exploitation.*Grand Rounds Pediatrics and Adolescent Medicine Mayo Clinic. Rochester, Minnesota 2007

*Threat Level Orange – The Internet & Youth* Grand Rounds. Pediatrics and Adolescent Medicine, Mayo Clinic. Rochester, Minnesota 2007

*Who's Being Groomed.* U.S. Department of Justice 2007 Project Safe Childhood National Conference. St. Louise, Missouri 2007.

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution.National Center for Missing and Exploited Children. Alexandria, Virginia 2007

*Sexual Exploitation of Children Through Media: Who's Being Groomed?* Prevent Child Abuse Arizona 19th Statewide Child Abuse Prevention Conference,Mesa, Arizona 2008

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution
National Center for Missing and Exploited Children. Alexandria, Virginia 2008

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors.
National Center for Missing and Exploited Children. Alexandria, Virginia 2008

*Commercial Sexual Exploitation of Children. The Worst of Human Trafficking Building Successful Teams-Child Abuse, Injury & Fatality: Investigation & Prevention Conference. Atlanta, Georgia* 2008

*The Sexualization of American Children.* 35th Annual National Conference on Juvenile Justice Office of Juvenile Justice & Delinquency Prevention .St. Louis, Missouri 2008

*Extended Military Deployment. The Short and Long-Term Impact on Children* Building Successful Teams-Child Abuse, Injury & Fatality: Investigation, Prosecution & Prevention Conference. Atlanta, Georgia 2008

*Child Maltreatment and Abuse.*16th Annual Social Work Symposium, University of North Carolina Pembroke. Pembroke, North Carolina 2008

*Follow The Yellow Brick Road.The Successful Journey for Military Children at Womack Army Medical Center* Month of the Military Child/Child Abuse Prevention Month Womack Army Medical Center.Fort Bragg, North Carolina 2008

*Child Exploitation.*Combating Sex. Trafficking, Women's Center at University of North Carolina-Chapel Hill. Chapel Hill, North Carolina 2008.

*Commercial Sexual Exploitation of Children,* Child. Abuse Investigations: Working Together to Figure it Out. Freddie Mack Foundation Child & Adolescent Protection Center, Children's National Medical Center Washington, DC 2008

*Child Sexual Exploitation, Who's Being Groomed?* Prevention of Child Exploitation Why We Should Care and What We Should Do College of Saint Elizabeth Madison, New Jersey 2008

*Update – Online Grooming for Health Care Providers Intervention and Prevention.* Grand Rounds, Phoenix Children's Hospital. Phoenix, Arizona 2008

*The New Norm-Compliant Victims vs Self Exploitation.*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2008

*Media Addiction* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina 2008

*Sexualization of Childhood.*8th Annual Childhood and Society Symposium Point Park University. Pittsburgh, Pennsylvania 2008

*Safeguarding Children.*Child Sexual Abuse Conference, London Safeguarding Children Board. London, England 2008

*Child Pornography: Victim Dynamics and Identification.* National District Attorney's Association National Center for Prosecution of Child Abuse SAFETY NET: Multi Disciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation Redmond, Washington 2008

*The Sexually Exploited Youth Redefining Victimization.* Forensic Interviewing of Children, Adolescents, and Adults Seminar FBI New York Victim Assistance Program. New York, New York 2008

*Online Grooming.*20th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center.Dallas, Texas 2008

*Medical Analysis of Child Pornography.* 20th Annual Crimes Against Children Conference Dallas Children's Advocacy Center. Dallas, Texas 2008

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing & Exploited Children Columbus, Ohio 2008

*Medical Interviews.* 2008 Innocence Lost National Initiative Training FBI Crimes Against Children Unit Lake Buena Vista, Florida 2008

*Medical Analysis of Child Pornography.*Project Safe Childhood National Conference Office of Juvenile Justice & Delinquency Prevention .Columbus, Ohio 2008

*Online Grooming.*Project Safe Childhood National Conference Office of Juvenile Justice & Delinquency Prevention .Columbus, Ohio 2008

*Anatomy of the Medical Expert Witness.* Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault .Fort Sam Houston, Texas 2008

*Qualifying as an Expert Witness.*Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault. Fort Sam Houston, Texas 2008

*Preparation of a Demonstrative Aid.*Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault.Fort Sam Houston, Texas 2008

*Medical Aspects of Child Physical and Sexual Abuse.* Making A Case Hinds County Sheriff's Department Office of Juvenile Justice & Delinquency Prevention.Raymond, Mississippi 2008

*The Sexualization of American Children.* Bringing Our Missing Children Home Safely, A State Clearinghouse/Nonprofit Organization Conference Office of Juvenile Justice & Delinquency Prevention.Greenville, South Carolina 2008

*Black and Blue ~ Intimate Partner Violence.* Grand Rounds, Womack Army Medical Center Fort Bragg, North Carolina 2008

*Child Sexual Exploitation: Abusers and Victims of Polygamy, Paternity, Ploys and Pornography* 24th Annual Midwest Conference on Child Sexual Abuse University of Wisconsin-Madison. Madison, Wisconsin 2008

*Child Sexual Exploitation: Is It See One, Do One, Teach One?* 27th Annual Research and Treatment Conference Teamwork in Trying Times: Improving Our Responses to Sexual Abuse. The Association for the Treatment of Sexual Abusers. Atlanta, Georgia 2008

*Commercial Sexual Exploitation of Children.* The Social Work Programs-Methodist University. Fayetteville, North Carolina 2008

*21st Century Youth: Solutions to Prevent Online & Technology Victimization.* Department of the

Attorney General Missing Child Center-Hawaii, Honolulu, Hawaii 2008

*21st Century Youth: Solutions to Prevent Online & Technology Victimization.* Department of the Attorney General Crime Prevention and Justice Assistance Division.Honolulu, Hawaii 2008

*Child Maltreatment.Legal and Social Implications* 20th Annual Multi-Jurisdictional Conference Office of Juvenile Justice & Delinquency Prevention.Green Bay, Wisconsin 2008

*Sexual Exploitation of Children*.20th Annual Multi-Jurisdictional Conference Office of Juvenile Justice & Delinquency Prevention. Green Bay, Wisconsin 2008

*Commercial Sexual Exploitation of Children.*The Social Work Program Methodist University. Fayetteville, North Carolina 2008

*Commercial Sexual Exploitation of Children ~ Understanding Victims Dynamics.*Through the Eyes of a Child: A Multi Disciplinary Approach to Child Advocacy Wisconsin Guardian ad Litem Conference Wisconsin Dells, Wisconsin 2008.

*Medical, Forensic and Social Aspects of Sexual Exploitation.* 23rd Annual San Diego International Conference on Child and Family Maltreatment. San Diego, California 2009

*Objectivity Under Pressure in Court: co-present with Attorney Paul Stern.* 23rd Annual San Diego International Conference on Child and Family MaltreatmentSan Diego, California 2009

*The Medical Role in Child Sexual Exploitation & Victim Identification.* Unsafe Havens I: Prosecuting Online Crimes Against Children National District Attorneys Association National Center for Prosecution of Child Abuse Santa Fe, New Mexico 2009

*The New Norm-Military School Children, Deployments and After.* National Association of School Psychologist Annual Convention **.**Boston, Massachusetts 2009

*Sexualization of America's Children.*Wisconsin Association of Women Police Conference. Appleton, Wisconsin 2009

*The Truth in Child Maltreatment.*New Hanover County Juvenile Crime Prevention Council 2009 Multidisciplinary TrainingWilmington, North Carolina 2009

*Dynamics of the Child Victim and Offender* Protecting Victims of Child Prostitution Department of the Attorney General/Missing Child Center-Hawaii.Honolulu, Hawaii 2009

*The Sexualization of American Children.*2009 Family Violence Conference Texas Center for the Judiciary San Antonio, Texas 2009

*Too Sexy, Too Young, Too Soon.*Junior League of Fayetteville & Child Advocacy Center Fayetteville, North Carolina 2009

"*How Many Ways Can You Hurt Me?".* Presenter: G8 Conference on Child Pornography University of North Carolina, Chapel Hill. Chapel Hill, North Carolina 2009.

*"How Many Ways Can I Hurt You?"*Asha Forum Consultation for North America Fuller Theological. Seminary in Pasadena, California .2009

*Cyberdysfuction Prevention Strategies*. A Review of Developmental-Behavioral Disorders & A Spectrum of   Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2009

*Autism, OCD and the Internet*. A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2009

*Child Sexual Exploitation and Internet Crimes Against Children Pediatric. Grand Rounds* Meharry School of Medicine.Nashville, Tennessee 2009.

*Online Grooming*. RadKIDS Possibilities Symposium,Western New England College.
 Springfield, Massachusetts 2009

*Sexual Exploitation of Children. The Victim Impact of Technology on Child Safety* American Professional Society on the Abuse of Children 17th Colloquium Midwest Conference on Child Sexual Abuse.Atlanta, Georgia 2009

*Sexually Explicit Music Videos ~ A Road Map to Compliant Victims and Self Exploitation* Fifth National Sexual Assault Response Training Conference .Seattle, Washington 2009

*Commercial Sexual Exploitation*.Fifth National Sexual Assault Response Training Conference. Seattle, Washington 2009

*Sexual Exploitation of Children.The Victim Impact of Technology on Child Safety* American Professional Society on the Abuse of Children (APSAC)17th Annual APSAC ColloquiumAtlanta, Georgia 2009

*Sexual Exploitation of Children.The Impact of Technology on Child Safety,* Center for Child Protection Austin, Texas 2009

*Overview of Victimization* Innocence Lost. Investigation and Prosecution of Sex Trafficking of Children Seminar National Advocacy Center.Columbia, South Carolina 2009

*Overview of Victimization.*Innocence Lost: Investigation and Prosecution of Sex Trafficking of Children Seminar National Advocacy Center.Columbia, South Carolina 2009

*Child Sexual Exploitation.*United States Army Worldwide Family Advocacy Conference Louisville, Kentucky 2009

*How Many Ways Can You Hurt Me? Child Pornography Victimization* 21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*Dealing with the "Bad" Witness in the Prostitution of Children & Youth* .21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*Child Homicide in the Name of God.*21st Annual Crimes Against Children Conference.Dallas, Texas

2009

*Child Torture.*21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*How Many Ways Can You Hurt Me? Child Pornography Victimization ~ Repeat* 21st Annual Crimes Against Children Conference.Dallas, Texas 2009

*Child Torture ~ Repeat.* 21st Annual Crimes Against Children Conference.Dallas, Texas 2009

*Child Homicide in the Name of God .Repeat* 21st Annual Crimes Against Children Conference, Dallas, Texas 2009

*Understanding and Responding to Sexual Abuse and Exploitation of Children.* Alliance for Change through Treatment.Atlanta, Georgia 2009

*How Many Ways Can You Hurt Me?* World Childhood Foundation .Stockholm, Sweden 2009.

*Technology and Child Sexual Exploitation-Knowledge is Power!* The Fifteenth Annual Symposium on Child Abuse and Neglect, Children's Advocacy Center of North Carolina .Lake Junaluska, North Carolina 2009.

S*exual Exploitation of Children. The Victim Impact of Technology on Child Safety* 25th Annual Midwest Conference on Child Sexual Abuse University of Wisconsin-Madison Madison, Wisconsin 2009.

*Sexual Solicitation of Minors on the Internet.Clinical and Legal Challenges in the case of a 16 year old runaway* 56th Annual Meeting, American Academy of Child & Adolescent Psychiatry Honolulu, Hawaii 2009

*Sexual Exploitation of Children: The Victim Impact of Technology on Child Safety* 25th Annual Conference on Child Sexual Abuse *University of Wisconsin-Madison* Middleton, Wisconsin 2009

*Supporting Military Families in the Face of Trauma, Grief, and Loss. Connecting Science,Policy, and Practice* Zero to Three 24th National Training Institute. Dallas, Texas 2009

*Characteristics of Collectors/Offenders/Indicators of Other Offenses.*The National Center for Justice and the rule of Law,The University of Mississippi.Oxford, Mississippi 2010

*Dimensions of Child Pornography Victimization.*The National Center for Justice and the Rule of Law The University of Mississippi, Oxford, Mississippi 2010

*Exploitation Issues –Safeguarding Yourself.*Building Bridges: A Partnership with Community-Based Services for Families in Need Jimmy Ryce Law Enforcement Training Center, Alexandria, Virginia 2010

*Commercial Sexual Exploitation of Children.* Justice in Action Conference 2010 Center for omen's Studies Vanguard University .Costa Mesa, California 2010

*The Medical Role in Child Sexual Exploitation*. Protecting Children Online for Prosecutors

National Center for Missing and Exploited Children .Alexandria, Virginia 2010

*How Many Ways Can You Hurt Me: Child Pornography Victimization* Pediatric Grand Rounds Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2010

*How to Rehab a Bad Victim Witness*.Pediatric Grand Rounds Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2010

*Child Sexual Exploitation.*Team Approach to Child Abuse ,Neglect The University of North Carolina at Chapel Hill. Chapel Hill, North Carolina 2010

*Love is Not abusing: Anticipatory Guidance in Teen Relationships*. A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2010

*Sexualized Behaviors in Children, Normal, Abnormal or Do Something Now.*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina 2010

*The Slippery Slope of Self-Made Porn*. The Future of Pornography: Stop Porn Culture! Conference Wheelock College.Boston, Massachusetts 2010

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2010

*Sexual Violence, Assault, Trafficking, and Exploitation. Making The Case* Durham Crisis Response Center .Durham, North Carolina 2010

*Human Trafficking* Strategies for Justice. Advanced Investigation and Prosecution of Child Abuse and Exploitation National District Attorneys Association. National Harbor, Maryland 2010

M*edical Protocols for Interviewing Victims of Human Trafficking*. Strategies for Justice, Advanced Investigation and Prosecution of Child Abuse and Exploitation National District Attorneys Association. National Harbor, Maryland 2010

*Child Sexual Exploitation. An Overview* Montana Sex Offender Management Symposium: The Full Spectrum Montana Department of Corrections.Great Falls, Montana 2010

*Child Pornography Collectors. What We Know and Don't Know* Montana Sex Offender Management Symposium: The Full Spectrum Montana Department of Corrections. Great Falls, Montana 2010

*Everything You Need to Know About Technology Facilitated Victimization of Children,But Were Afraid to Ask (Part1).* Forward March, Moving Children Forward During Challenging Times Southern Regional Area Health Education Center. Fayetteville, North Carolina 2010

*Everything You Need to Know About Technology Facilitated Victimization of Children,But Were Afraid to Ask (Part II).* Forward March: Moving Children Forward During Challenging Times Southern Regional Area Health Education Center.Fayetteville, North Carolina 2010

*Dimensions of Child Pornography Victimization.*West Virginia Judicial Education Conference The Supreme Court of Appeals of West Virginia and The West Virginia Judicial Association. Martinsburg, West Virginia 2010

*Child Pornography Offenders Dynamics.*West Virginia Judicial Education Conference. The Supreme Court of Appeals of West Virginia and The West Virginia Judicial Association. Martinsburg, West Virginia 2010

*Child Sexual Abuse & Exploitation: Educating, Empowering & Transforming Lives.* Family Court, Superior Court of the District of Columbia, Ninth Annual Multidisciplinary Training Conference. Washington, DC. 2010

*The Eye of the Storm.*Georgia Commercial Sexual Exploitation of Children Training. Children's Healthcare of Atlanta Child Protection Center at Scottish Rite .Atlanta, Georgia 2010

*Child Pornography Victimization. How Many Ways Cay You Hurt Me?* Alaska Child Maltreatment Conference Alaska Children's Alliance.Anchorage, Alaska 2010

*Child Torture Calling It Like It Is.* Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2010

*Dealing With A "Bad" Victim Witness.* Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2010

*The Internet -How Many Ways Can You Hurt Me?* Grand Rounds Wake Forest University Baptist Medical Center.Wake Forest, North Carolina 2010

*Pediatric Anticipatory Guidance on a Safer Internet.* Grand Rounds-Hackensack University Medical Center.Hackensack, New Jersey 2010

*Commercial Sexual Exploitation of Children.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children.Alexandria, Virginia 2010

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children.Alexandria, Virginia 2010

*Medical Overview of Physical Injuries & Sexual Abuse.*Family Advocacy Staff Training –AMEDD College and School.San Antonio, Texas 2011

*Characteristics of Collectors/Offenders/Indicators of Other Offenses.*The National Center for Justice and the Rule of Law, The University of Mississippi.Oxford, Mississippi 2011

*Dimensions of Child Pornography Victimization.*The National Center for Justice and the Rule of Law The University of Mississippi. Oxford, Mississippi 2011

*GBLT Parenting.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2011

*Internet Parenting: The Good, the Bad and the Ugly.* A Review of Developmental-Behavioral

Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina 2011

*The Medical Role in Child Sexual Exploitation.*The Medical Role in Child Sexual Exploitation Protecting Children Online for Prosecutors National Center for Missing and Exploited Children Alexandria, Virginia 2011.

*Medical Issues for Attorneys in TPR Cases.*Child Protect Trial Advocacy for Civil Child Protection Attorneys National District Attorneys Association. Winona, Minnesota 2011

*Child Maltreatment – Making the Case. Hindsight is Always 100%!"*APSAC 19th Annual Colloquium.Philadelphia, Pennsylvania 2011

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2011

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training Course (FAST)San Antonio, Texas 2011

*Commercial Sexual Exploitation of Children and the Family Connection.*2011 Annual North Carolina Pediatric Society Meeting.Asheville, North Carolina 2011

*Sexual Exploitation of Children: The Victim Impact of Technology on Child Safety.* 19th Oklahoma Conference on Child Abuse and Neglect .Norman, Oklahoma 2011

*When Sexual Harm Becomes Normal.*19th   Oklahoma Conference on Child Abuse and Neglect. Norman, Oklahoma 2011

*Severe Child Abuse or Torture?* 19th, Oklahoma Conference on Child Abuse and Neglect. Norman, Oklahoma 2011

*The Impact of Entertainment and Fashion on Young People.*Office of Juvenile Justice and Delinquency Prevention Training And Technical Assistance Centre National Conference. National Harbor, Maryland 2011

*Child Victimization: How Many Ways Can Technology Hurt Me?* District of Columbia Superior Court Criminal Division,Second Annual Criminal Justice Conference.Washington, D.C.   2011

*Eye of the Storm PartI.*11th   Annual Child Abuse and Neglect Conference. Atlanta, Georgia 2011

*Eye of the Storm Part II.*11th   Annual Child Abuse and Neglect Conference .Atlanta, Georgia 2011

*Characteristics of Collectors/ Offenders/ Indicators of Other Offenses Dimensions of Child Pornography victimization.*The National Judicial College and National Center for Justice and The Rule of Law: Handling Child Pornography Cases. Oxford, Mississippi 2011

*How Do We Address the Crisis of Child Abuse in the Internet Era?* International Center for Missing & Exploited Children (ICMEC) Rome Forum before the Italian Senate. Rome, Italy 2011

*Working Together to Help Victims of Sex Trafficking*.Department of the Attorney General, Crime Prevention and Justice Assistance Division.Honolulu, Hawaii 2012

*The Medical Role in Child Sexual Exploitation*.Protecting Children Online for Prosecutors National Center for Missing and Exploited Children.Alexandria, Virginia 2012

*Medical Aspects of Child Abuse*. Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Commercial Sexual Exploitation of Children.* National Center for Missing and Exploited Children Alexandria, Virginia 2012

*An Overview of Domestic Minor Sex Trafficking: Remember That This Could Be Your Kid!* It Takes A Community to Protect a Child –Annual Child Abuse Conference Sponsored by the Child Advocacy Center of Fayetteville. Fayetteville, North Carolina 2012

*Medical Overview of Physical Injuries & Sexual Abuse*.Family Advocacy Staff Training Course Garmisch, Germany 2012

*Overview and Implications: Child Sexual Exploitation Cases*.Family Advocacy Outreach Network Conference Survivors and Solutions Jimmy Ryce Law Enforcement Center National Center for Missing and Exploited Children. Alexandria, Virginia 2012

*Homeschooling Curricula.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton .Head Island, South Carolina 2012

*Domestic Minor Sex Trafficking – Picking Up the Pieces.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2012

*Ethical Dilemmas Associated with Violence in Cyberspace*. ROBERT – Risk-taking Online Behavior Empowerment Through Research and Training Sponsored by the European Commission under the Safer Internet Plus Program. Berlin, Germany 2012

*Managing High Risk Patients. How to Identify Victims of Human Trafficking in a Medical Setting* Sponsored by The Sex Abuse Treatment Center Kapiolani Medical Center for Women & Children. Honolulu, Hawaii 2012

*Medical Aspects of Child Abuse*. Family Advocacy Staff Training Course (FAST). San Antonio, Texas 2012

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2012

*A New Lethal Weapon:Internet Video Games, Search Engines and Chat.*25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2012

*Domestic Minor Sex Trafficking: Offender Dynamics and Methods of Victimization.*25th Crimes

Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department.Dallas, Texas 2012

*Hiding in Plain Sight: The State of Ohio v Drs. Mark and Scott Blankenburg (Part 1 and* Part 2) 25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department.Dallas, Texas 2012

*Forensic Interviewer Training for Victims of Domestic Minor Sex Trafficking.* National Center for Missing and Exploited Children. 25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department .Dallas, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training Course (FAST). San Antonio, Texas 2012

*An Overview of Domestic Minor Sex Trafficking: Remember That This Could Be Your Kid!* Child Advocacy Center Annual Child Abuse Conference. Fayetteville, North Carolina 2012

*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges* Hackensack University Medical Center.Hilton Head Island, South Carolina 2012

*Home Schooling Curricula.* Hackensack University Medical Center. Hilton Head Island, South Carolina 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course (FAST)San Antonio, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Interdisciplinary Approach to Management of Sex Trafficking.* "Managing High Risk Patients: How to Identify Victims of Human Trafficking in a Medical Setting" The Sex Abuse Treatment Center Kapi'olani Medical Center for Women & Children. Honolulu, Hawaii 2012

*Sex Trafficking and Sexual Exploitation: A Brief Overview of What to Look for in the Medical Setting.* "Managing High Risk Patients: How to Identify Victims of Human Trafficking in a Medical Setting" The Sex Abuse Treatment Center Kapi'olani Medical Center for Women & children Honolulu, Hawaii 2012

*Working with the Compliant Victim.* 2012 Protect Our Children Midwest Area Conference Omaha, Nebraska 2012

*Death by Neglect.*2012 Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2012

*Domestic Minor Sex Trafficking ~ What's Needed to Exit the Life.*2012 Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2012

*The Demand for Compliant Victims.* North Carolina Coalition Against Sexual Assault (NCCASA) Fayetteville, North Carolina 2012

*It's More than Just Rescuing.*North Carolina Coalition 2012Against Sexual Assault (NCCASA). Fayetteville, North Carolina 2012

*Online Predators: The Emerging Threat.*National Youth Protection Symposium Boy Scouts of America.Atlanta, Georgia 2012

*From Trauma to Trial (Parts One & Two.* Connecticut Coalition Against Trafficking and Iota Upsilon Chapter Of Sigma Theta Tau International Nursing Honor Society New Britain, Connecticut 2012

*Sexual Torture* National District Attorneys Association National Center for Prosecution of Child Abuse Investigation and Prosecution of Child Fatalities and Physical Abuse.Honolulu, Hawaii 2012

*Adverse Childhood Experiences (ACE) and Precursors to Human Trafficking.*27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego.San Diego, California 2013

*Who is on Trial Here Anyway? Expert Testimony in Human Trafficking.*27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego.San Diego, California 2013

*Child Torture as a Form of Child Abuse.*27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego.San Diego, California 2013

*New Dangers for Children in Cyberspace.*Joint Special Operations Command (JSOC) Family Growth and Enhancement Speakers Series .Fort Bragg, North Carolina 2013

*Child Trafficking.* Child Abuse and Neglect: A Training Program for Professionals The University of Florida College of Medicine - Jacksonville Department of Pediatrics, Division of Pediatrics Jacksonville, Florida 2013

*Severe Child Abuse or Torture?* Child Abuse and Neglect: A Training Program for Professionals The University of Florida College of Medicine - Jacksonville Department of Pediatrics, Division of Pediatrics.Jacksonville, Florida 2013

*Growing Up Online.* Practical Pediatrics 2013Wake Forest School of Medicine. Winston-Salem, North Carolina 2013

*The Role of Pediatricians in Countering the Normalization of Sexual Harm.* Practical Pediatrics 2013 Wake Forest School of Medicine .Winston-Salem, North Carolina 2013

*Characteristics of Collectors/Offenders and Indicators of Other Offenses.* Internet Crimes Against Children (ICAC) Training for State Judges on Handling Child Poronography Cases University of Mississippi National Center for Justice & Rule of Law. 2013

*Dimensions of Child Pornography Victimization.* Internet Crimes Against Children (ICAC) Training

for State Judges on Handling Child Poronography Cases University of Mississippi National Center for Justice & Rule of Law. 2013

*Managing Ethical Dilemmas/Caregivers who Commit Murder.*Missing and Exploited Children Conference Canadian Centre for Child Protection **.**Winnipeg, Manitoba 2013.

*Children of Foster Care – What You Need to Know, But Were Afraid to Ask.* Hackensack University Medical Center.Hilton Head Island, South Carolina 2013

*Defending Childhood – Children Exposed to Real World Violence.* Hackensack University Medical Center .Hilton Head Island, South Carolina 2013

*Neurobiology of Trauma in Children.*U.S. Attorney's Office District of Columbia Children Exposed to Violence Regional Conference .Washington, DC 2013

*Child Sexual Exploitation: The Cost of Sexuality and Precursors to Human Trafficking.* APSAC 21st Annual Colloquium. Las Vegas, Nevada 2013

*Medical and Mental Health Needs for Victims of Domestic Minor Victims of Sex Trafficking.* APSAC 21st Annual Colloquium .Las Vegas, Nevada 2013

*Forensic Interviewing of Minor Victims of Sex Trafficking.* APSAC 21st Annual Colloquium Las Vegas, Nevada 2013.

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course (FAST)AMEDD Center & School.San Antonio, Texas 2013.

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training Course (FAST) AMEDD Center & School. San Antonio, Texas 2013

*Medical Responses to Trafficking.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking. Koror, Palau 2013

*Polyvictimization & Adverse Child Experiences Medical.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking .Koror, Palau 2013

*Human Trafficking (Keynote).*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking.Koror, Palau 2013

*Dynamics of Victimization & Human Trafficking Myths.* 1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking.Koror, Palau 2013

M*arginalized Populations: Race, Gender and Exploitation.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking. Koror, Palau 2013

*Tricks of the Trade: Offenders, Perpetrators and Victims in Sex Trafficking.*25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Understanding Child Torture.*25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Defending Childhood: Children Exposed to Real World Violence.* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Somebody's Daughter: Taking on the Pimp (w/Julian Sher).* 25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Tricks of the Trade: Offenders, Perpetrators and Victims in Sex Trafficking.*25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Psychological Maltreatment and Manipulation: Case Examples for Multidisciplinary Child Abuse. Teams* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Victim Impact of Adverse Childhood Experiences: Cause or Effect of Sexual Exploitation?* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Understanding Child Torture (REPEAT).*25th Annual Crimes Against Children Conference Dallas, Texas 2013

*Victim Dynamics and the Normalization of Sexual Harm.*13th Annual Community Response to Child Abuse. Charleston, South Carolina 2013

*Offenders and the Culture of Pimping.*25th Annual Crimes Against Children Conference Dallas, Texas 2013

*Overview of Domestic Minor Sex Trafficking: Rebutting the Myths.* A Human Trafficking Overview for Forensic Interviewers National District Attorneys Association .Columbus, Ohio 2013

*Polyvictimization and Vulnerability to Human Trafficking.* A Human Trafficking Overview for Forensic Interviewers National District Attorneys Association .Columbus, Ohio 2013

*Medical Needs of Human Trafficking Victims and Interviewing Considerations.* Human Trafficking Overview for Forensic Interviewers National District Attorneys Association. Columbus, Ohio 2013

*Victim Dynamics and the Normalization of Sexual Harm.*The Dee Norton Lowcountry Children's Center. Mount Pleasant, South Carolina 2013

*Offenders and the Culture of Pimping.*The Dee Norton Lowcountry Children's Center. Mount Pleasant, South Carolina 2013

*Sexual Exploitation of Children in America.*Wisconsin Attorney General Conference on Protecting Children. Green Bay, Wisconsin 2013

*Domestic Minor Sex Trafficking-Victim Dynamics Team.* Children's Advocacy Centers of Texas Partners in Courage Annual Conference. Austin, Texas2013

*Adolescent Development and Victim Vulnerabilities in Sex Trafficking.* Child Sex Trafficking: Awareness & Response (C-STAR) Training National Center for Missing & Exploited Children (NCMEC). Glendale, California **2**014

*The Dynamics of Power & Control in Exploited Youth.* Child Sex Trafficking:   Awareness & Response (C-STAR) Training National Center for Missing & Exploited Children (NCMEC). Glendale, California 2014

*Forensic Medical Examination.*Family Advocacy Staff Training Advanced (FASTA) Multi-Victim Child Sexual Victimization Course .San Antonio, Texas 2014

*Medical Overview of Physical Injuries & Sexual Abuse.* Family Advocacy Program-Family Advocacy Staff Training .San Antonio, Texas 2014

*Defending Childhood: Children Exposed to "Real World" Violence.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital For Children Dallas, Texas 2014

*Media, Mirror Neurons and Massively Multiplayer Online Role-Playing Games.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital For Children. Dallas, Texas 2014

*Children in Foster Care-What You Need to Know But Are Afraid to Ask.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital for Children.Dallas, Texas 2014

*Child Sexual Exploitation: Scope of the Problem and Possibilities of Prevention.* National Children's Advocacy Center. Huntsville, Alabama 2014

*A Thin Line Between Love & Hate: Cyberbullying, Cyberstalking and Harassment.* Conference on Crimes Against Women Dallas Police Department Genesis Women's Shelter & Support Dallas, Texas 2014.

*Tricks of the Trade: Offenders, Perpetrators and Sex Trafficking, Part 1 & 2 (w/Julian* Sher). Conference on Crimes Against Women Dallas Police Department Genesis Women's Shelter & Support.Dallas, Texas 2014

*Overview and Implications: Child Sexual Exploitation Cases.*Building Bridges 2014: A Partnership with Community-Based Services for Families in Need Survivors and Solutions NCMEC Family Advocacy Outreach Network Training .Alexandria, Virginia 2014

*Defending Childhood Children Exposed to Real World Violence.* Bivona Summit on Child Abuse Bivona Advocacy Center . Rochester, New York 2014

*Neurobiology of Trauma: The Wallpaper of Violence.*Bivona Summit on Child Abuse Bivona Advocacy Center .Rochester, New York 2014

*Internet Crimes Against Children.* Child Abuse and Neglect: A Training Program for Professionals in the Field University of Florida College of Medicine .Jacksonville, Florida 2014

*Child Trafficking.* Child Abuse and Neglect: A Training Program for Professionals in the Field University of Florida College of Medicine. Jacksonville, Florida 2014

*Panel: Pornography and the Colonization of Childhood.* Coalition to End Sexual Exploitation 2014 Summit Morality in Media .Tysons Corner, Virginia 2014

*Adolescent Substance Abuse: Screening, Facts.* Hackensack University Medical Center Hilton Head Island, South Carolina 2014

*Prevention and Child Sexual Abuse – Offenders, Victims and Behavioral Outcomes.* Hackensack University Medical Center. Hilton Head Island, South Carolina 2014

*Torture of Children: Sins of Omission and Commissions.*26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Psychological Maltreatment: Call a Spade a Spade!* 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

Erasure Homicide of Children. Case Example of this type of " Missing Child" and Discussion of Offender Dynamics 26th Annual Crimes Against Children Conference. Dallas, Texas2014

Erasure Homicide of Children. Case Example of this type of " Missing Child" and Discussion of Offender Dynamics-REPEAT 26th Annual Crimes against Children Conference. Dallas, Texas2014

*Child Pornography: Abusive Images Infiltrate Multiple Types of Crimes.*26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Torture of Children: Sins of Omission and Commissions-REPEAT*.26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Psychological Maltreatment-Still Waters Run Deep.*18th StateWide Native American Conference Reno, Nevada 2014

*Multivictim Investigations of Child Sexual Abuse and other forms of Maltreatment (Part 1).*18th StateWide Native American Conference.Reno, Nevada 2014

*Multivicti, Investigations of Child Sexual Abuse and other forms of Maltreatment (Part 2).*18th StateWide Native American Conference. Reno, Nevada 2014

*An Overview of Child Sexual Exploitation: What a Tangled Web We Weave.*2014 Annual Symposium on Child Maltreatment Ann & Robert H. Lurie Children's Hospital of Chicago. Chicago, Illinois 2014

*Sexual Child Abuse or Torture: A Rose by Any Other Name Has Just as Many Thorns.* 2014 Annual Symposium on Child Maltreatment Ann & Robert H. Lurie Children's Hospital of Chicago. Chicago, Illinois 2014

*The Foster Care System.*Turri Day Conference Mott Children's Health Center .Flint, Michigan 2014

*The Sexualization of Children Efforts.*Turri Day Conference Mott Children's Health Center. Flint, Michigan 2014.

*Domestic Minor Sex Trafficking* .Turri Day Conference Mott Children's Health Center. Flint, Michigan 2014

*Just When We Thought We Understood It All. Newer Forms of Child Maltreatment* Children's Cove the Cape & Islands Child Advocacy Center. Hyannis, Maine 2014

*The Neurobiology of Trauma and Victim Impact-Investigative Implications.* Dallas Children's Advocacy Center .Dallas, Texas 2014

*Child Sexual Exploitation Today*. Dallas Children's Advocacy Center. Dallas, Texas 2014.

*Cyber Bullying* Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Child Neglect.*Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Emotional & Sexual Abuse.* Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Human Trafficking.*SHARP Victim Advocate Conference **.**Hunter Army Airfield, Georgia 201

*Cyberstalking* SHARP Victim Advocate Conference.Hunter Army Airfield, Georgia 2015

*The Sexualization of Children.*Project Harmony Child Advocacy Center – Speaking of Children Conference.Omaha, Nebraska 2015

*Violence in Sex Trafficking and Violence in Cyber Space. For Health Care Providers* Womack Army Medical Center Healthcare of Tomorrow Nursing Excellence Conference. Fort Bragg, North Carolina 2015

*Children Who Witness Family Homicide*.11th Annual Conference on Childhood Grief and Traumatic Loss ICAN Associates.Los Angeles, California 2015

*Grief of Sex Trafficking Homicide the Family's Missing Person*. 11th Annual Conference on Childhood Grief and Traumatic Loss ICAN Associates . Los Angeles, California 2015

*The Neurobiology of Trauma and Victim Impact-investigative Implications.* Child Abuse Trauma and Victim Impact United States Army Training Center. Fort Jackson, South Carolina 2015

*Adverse Childhood Experiences and Children Exposed to Violence*. Child Abuse Trauma and Victim Impact United States Army Training Center .Fort Jackson, South Carolina 2015

*Severe Abuse? Or Is This Torture?* Child Abuse Trauma and Victim Impact United States Army Training Center. Fort Jackson, South Carolina 2015

*Child Sexual Exploitation Today.* Child Abuse Trauma and Victim Impact United States Army Training Center.Fort Jackson, South Carolina 2015

*Psychological Impact of Cyberbullying and Cyberstalking (by an adult) of the Adolescent*.Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

*Child Torture v. Serious Child (Physical) Abuse.* Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

Adverse Childhood Experiences as They Pertain to Risk Taking Behaviors and Victimization Specifically, in the Area of DomesticMinorSex Trafficking. Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

*The Torture of Children*. 2015 Child Abuse and Family Violence Summit Clackamas County Sheriff's Office. Oregon City, Oregon 2015

*An Overview of Child Sexual Exploitation As It Is Today.* 2015 Child Abuse and Family Violence Summit Clackamas County Sheriff's Office.Oregon City, Oregon 2015

*Sexual Trafficking.*20th Annual Joint Conference New York State Association for the Treatment of Sexual Abusers (NYSATSA) Conference/ New York Alliance of Sex Offender Service Providers (NYS ASOSP).Albany, New York 2015

Sexual Violence in the Military. 20th Annual Joint Conference New York State Association for the Treatment of Sexual Abusers (NYSATSA) Conference/ New York Alliance of Sex Offender Service Providers (NYS ASOSP).Albany, New York 2015

Going a Step Beyond Foster Care and Polivictimization and Case.Discussion-Ask the Expert Hackensack University Medical Center.Hilton Head Island, South Carolina 2015

*What We See is Just the Tip of the Iceberg: The Here and Now of Online Abusive Images.* 27th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center. Dallas, Texas 2015

*Jonathan Richardson: The Cat of None Tails Torture, Part 1 (with Paul Jackson).*27th Annual Crimes Against Children Conference Dallas Children's Advocacy Center. Dallas, Texas2015

*Jonathan Richardson: The Cat of None Tails Torture, Part 2 (with Paul Jackson*). Dallas Children's Advocacy Center. Dallas, Texas2015

*The Victim Impact of Multiple Forms of Child Abuse.* 27th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center.Dallas, Texas 2015

*Missing Persons From Care.* 9th Annual Missing and Unidentified Persons Conference National Criminal Justice Training Center/Fox Valley Technical College .Atlanta, Georgia2015

*Violence in Cyberspace.*Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims

Summit. Fort Bragg, North Carolina 2015.

*What to know about Pimps & Traffickers.* Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims Summit. Fort Bragg, North Carolina 2015

*Sex Trafficking and Victim Dynamics.* Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims Summit. Fort Bragg, North Carolina 2015

*The Quagmire of Children and Families.*Violence Within the Home and Its Effects on Children Nexus XX Training Conference. University City, California 2015

*Why These Are Not Just Pictures.* Ohio Attorney General's Law Enforcement Conference Columbus, Ohio 2015

*Child Sexual Exploitation - What a Tangled Web We Weave.* North Carolina Association of District Court Judges, 2015 Fall Conference. Concord, North Carolina 2015

*Not Just Pictures.*2015 Social Services Institute Together We Make A Difference. Hickory, North Carolina 2015

*Child & Family Maltreastment.* San Diego International Conference. San Diego, Calfornia 2016

Not Just Pictures. National Center for Missing & Exploited Children .Alexandria, Virginia 2016

*Child Sex Trafficking Awareness and Response.*Comprehensive Substance Treatment and Rehabilitation. Atlanta, GA 2016

*National Conference on Health Disparities.* Medical University of South Carolina. St, Charleston, South Carolina 2016

*Cyber Violence on College Campus.* North Carolina Agricultural and Technical State University Greensboro, North Carolina 2016

*Family Advocacy Outreach.* National Center for Missing & Exploited Children. Alexandria, Virginia 2016

*Child Abuse & Family Violence Summit.*Clackamas County Sheriff's Office.Oregon City, OR 2016

*Youth Technology & Virtual Communities .*Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*High Risk Online Behavior and the Emerging and Dangerous Trend.* In Sadomasochism by Youth Child Safety & Sexual Crime Group.Brisbane, Australia 2016

*Not Just Pictures.*Victim Impact of Abusive Images .Brisbane, Australia 2016

*Dangers in the Digital Age.* The Changing Face of Sex Abuse Investigations, Toronto Child Abuse Conference. Toronto, Canada 2016

Child Sex Trafficking Course. Henderson, NV 2016

*A Homeschooling Prescription…When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center. Hackensack, NJ 2016

Not Just Pictures. National Crime Victims Law Institute Conference.Portland, OR 2016

The Impact of Human Trafficking for (labor and sexual purposes). At the National and Local Level The White House Summit On The United State of Women 2016

*Not Just Pictures*.Child Abuse & Neglect Symposium .Medford, OR 2016

*Child Abuse & Family Violence Summit*. Clackamas County Sheriff's Office.Oregon City, OR 2016

*Youth Technology & Virtual Communities*. Child Safety & Sexual Crime Group.Brisbane, Australia 2016.

*High Risk Online Behavior and the Emerging and Dangerous Trend*. In Sadomasochism by Youth Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*Not Just Pictures*. Victim Impact of Abusive Images. Brisbane, Australia 2016

*Dangers in the Digital Age*. The Changing Face of Sex Abuse Investigations ,Toronto Child Abuse Conference. Toronto, Canada 2016

Child Sex Trafficking Course. Henderson, NV 2016

*A Homeschooling Prescription,When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center.Hackensack, NJ 2016

*Not Just Pictures*. National Crime Victims Law Institute Conference.Portland, OR 2016

*Child Abuse & Family Violence Summit*. Clackamas County Sheriff's Office, Oregon City, OR 2016

*Youth Technology & Virtual Communities* .Child Safety & Sexual Crime Group. Brisbane, Australia 2016

Child Abuse & Family Violence Summit. Clackamas County Sheriff's Office Oregon City, OR 2016.

*Youth Technology & Virtual Communities* .Child Safety & Sexual Crime Group .Brisbane, Australia 2016

*High Risk Online Behavior and the Emerging and Dangerous*. Trend In Sadomasochism by Youth Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*Not Just Pictures*.Victim Impact of Abusive Images. Brisbane, Australia 2016.

*Dangers in the Digital Age*: The Changing Face of Sex Abuse Investigations Toronto Child Abuse Conference. Toronto, Canada 2016

*Child Sex Trafficking Course*. Henderson, NV2016

*A Homeschooling Prescription When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center. Hackensack, NJ 2016.

*Not Just Pictures*. National Crime Victims Law Institute Conference. Portland, OR 2016.

*The Impact of Human Trafficking for (labor and sexual purposes*). At the National and Local Level The White House Summit On The United State of Women 2016.

*Not Just Pictures*. Child Abuse & Neglect Symposium 2016.

*Not Just Pictures*. Child Abuse & Neglect Symposium. Medford, OR 2016.

*Viewers of Child Abuse Images- impact on partners and children*. From Discovery to recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference. London, England 2016.

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016.

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference .
Dallas, TX 2016

*Viewers of Child Abuse Images- impact on partners and children*.From Discovery to Recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference
London, England 2016

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016.

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference.
Dallas, TX 2016

*Viewers of Child Abuse Images- impact on partners and children* .From Discovery to recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference. London, England 2016

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference. Dallas, TX 2016

*What Child Welfare Professional Need to Know and Do. Safeguarding Kids: What You Need to Know and Do. Not Just Pictures Documentary Screening*. Biennial Skill Building Conference –Rutgers Office of Continuing Education. 2016.

*CSTAR Training*. Portland, ME 2016

*Lives for Sales the Cost of Human Trafficking*. Special Victim's Summit. Fort Bragg, NC 2016

*Expert Witness Testimony in Sex Trafficking: A Forensic Nursing Perspective*. International Association of Forensic Nurses Conference. Denver, CO 2016

*Grand Rounds*. Womack Army Medical Center, Fort Bragg, NC 2016

*Youth Under Attack*. Youth Serving Organization Roles in Promoting Resiliency. Boy Scouts of America.

*Not Just Pictures*. The National Coalition to Prevent Child Sex Abuse & Exploitation.

*Not Just Pictures*. Pornography and Its Effects on the Developing Brain. The National Symposium on Pornography presented by the Roman Catholic Archdiocese. Port of Spain, Trinidad 2016

*Developmental & Behavioral Management of Lead-Poisoned Children*. Mott's Children's Health Center Tuuri ay Conference. Grand Blanc, MI 2016

*Intimate Partner Homicide*. Cumberland County DSS Domestic Violence Conference. Fayetteville, NC 2016

*Not Just Pictures*. Pennsylvania Society for Clinical Social Work.

*"Violence Against Children in Cyberspace"*. What's the Best Interest of Children When they are exposed to Family Violence? Michigan Child Abuse & Neglect Conference. Detroit, MI 2016

*Online Child Victimization-The Tip of the Iceberg.*The National Association of State Directors of Teacher Education & Certification (NASDTEC) Professional Practices Institute. Des Moines, IA 2016

*Difficult Issues in Addressing Domestic Violence.* Judges Traininging Domestic Violence. Durham, NC 2016

*What We Know About Online Victimization.* UW-Madison Conference on Child Sexual Abuse. 2016.

*Empowering Military Families.* Partnership for Children of Cumberland County Forward March Conference.

CSTAR (Child Sex Trafficking: Awareness & Response) Training Milwaukee, WI. 2017

Human Trafficking in Indian Country Seminar for the US Department of Justice. Topic: Health Care Needs of Trafficking Victims. Columbia, SC 2017

State of Child Conference-Screened Not Just Pictures' film; Q&A about Online Victimization of Youth. Mt. Olive, NC 2017

Mental Health Professional Training-Ft. Bragg, NC; Topics: Online Victimization; Victim Vulenerabilities Associated with Sex Trafficking; The Harm of Pormography for Children.   Fort Bragg, North Carolina 2017

WAMC Medical Education Leader's Development.   Fort Bragg, North Carolina 2017

USASOC FAP Conference: Topics 1) Child Safety in a Digital World; 2 Mitigating Child Abuse Risk Factors.   Fort Bragg, North Carolina 2017

Children's National Systems, Washington, DC. Keynote Speaker for Child Abuse Awareness Symposium- Topic Sexual Exploitation: Recognition, Intervention and Prevention. Washington, DC 2017

Fort Bragg, NC Child Abuse Awareness Month Kick Off: Abusive Head Trauma and Betrayal: No more Insult to injury. Fort Bragg, North Carolina 2017

CSTAR (Child Sex Trafficking: Awareness & Response) Training Omaha, NE. 2017

End Violence Against Women International Conference. Screened Not Just Pictures' film: Q&A about Online Victimization of Youth. Orlando, FL 2017

University of Florida Child Abuse & Neglect Conference, Palm Coast, FLPlenary: Abusive Images & Blackmail: Where Are We Today Workshop: Vivtim Vulnerabilities in Sex Trafficking. Palm Coast, FL 2017

Sexual Harassment/Assault Summit. Topics: 1: Cyber Stalking; 2) Human Trafficking. Hunter Army Airfield, GA. 2017

10th Annual Health Disparities Conference-New Orleans, LA. Topics: 1) Physical, Mental Health Consequences of Commerical Child Sex, Trafficking and Exploition; 2) The Role of the Health Care Provider: Developing a Trauma-Informed Lens to Provide are and Services to Victims-Survivors. New Orleans, LA 2017

Hackensack University Medical Center Conference, Hilton Head, SC. Topics: 1) Lead Poisoning; 2) Abusive Head Trauma. Hilton Head,SC   2017

Child Protection Network Annual Meeting, Tampa, FL. Topics: 1) Death by Neglect; 2 The Victim

Impact of Abusive Images. Tampa, FL 2017

Marie Collins Foundation Annual Conference, London, England Topic: The Complex Nature of Victim Impact in Child Sexual Exploitation.   London, England 2017

North Carolina District Attorneys Child Sex Trafficking Conference, Raleigh, NC. Topics: 1) Forensic Signs of a Child Trafficking/ Sexual Assault Victim; 2) Cognitive and Behavioral Challenges of Child Trafficking Victims 3) Interviewing Trafficked Victims. Raleigh, NC 2017

Virginia Crimes Against Children on-Hampton, VA. Screening of Not Just Pictures with Q&A about online Youth Vistimization. Hampton, VA 2017

W.VA Center for Children's Justice Conference, Charleston, W. VA. 1) Screening of Not Just Pictures; 2) Psychological Maltreatment & Manipulation; 3) Tricks of the Trade: Sex Trafficking. Charleston, VA 2017

Respondent at the World Congress "Child Dignity in the Digital World", Vatican, Rome. Topic: Child Sexual Abuse Online: Who Are the Offenders? Vatican, Rome 2017

Together We Can Conf-Louisiana. Topics: 1) Keynote Juvenile Sex Trafficking: Opening Eyes: 2) Worst Case Scenario-Child Torture. Lafayette, LA 2017

National Runaway and Homeless Youth Grantees Training, Kansas City, MO. Topics: 1) Opening Keynote: Runaway & Homeless Youth-Running From or Running to. Kansas City,MO 2017

NJ IAFN Training, Galloway, NJ. Topic: 1) Sexual Assault & Exploitation-Methods of Digital Victimization. 2) N.E.A.R Science & Barriers to the Medical History.   Galloway, NJ 2017

**Sharon W. Cooper, M.D.**                                                              **Continued**
**PUBLICATIONS**

Not Just Pictures.   Prod. Sharon Cooper. Groundswell Pictures, 2015. Film.

Carter V. and Cooper S., Trauma Recovery and Healing are a Lifelong Journey: Recovery and Healing for the "Missing" Victims of Prostitution in Perspectives on Missing Persons Cases.   Carolina Academic Press. Durham, North Carolina 2015.

Cooper S., Missing, Abducted, or Killed in Perspectives on Missing Persons Cases.   Carolina Academic Press.   Durham, North Carolina 2015.

Cooper S., The Medical Problems for Missing and Exploited Persons in Perspectives on Missing Persons Cases.   Carolina Academic Press.   Durham, North Carolina 2015.

Cooper S., The Devastating Problem of Infant Abduction and Guidelines for Prevention, for Health Care Professionals in Perspectives on Missing Persons Cases.   Carolina Academic Press.   Durham, North Carolina 2015.

Leary M., Cooper S., Wetterling P., Broughton D.   Perspectives on Missing Persons Cases.   Carolina Academic Press.Durham, North Carolina 2015.

Report of the Attorney General's National Task Force on Children Exposed to Violence. December 12, 2012. http://www.justice.gov/defendingchildhood/cev-rpt-full.pdf.2012.

Cooper S., The Medical Analysis of Child Sexual Abuse Images. Journal of Child Sexual Abuse, 20:6, 631-642.2011.

Cooper S., Broughton, D. Child Sexual Exploitation in Medical Responses to Child Sexual Abuse A Resource for Professionals Working with Children and Families. Kaplan, R., Adams J., Starling S., Giardino A.   STM Learning, Inc.   St. Louis, Missouri. 2011.

Cooper S., How Many Ways Can You Hurt Me – Child Pornography Victim Impact; Invited Testimony before the Russian Duma 11 June 2009. Moscow, Russia 2009.

Cooper S., Child Sexual Exploitation: Recognition and Prevention Considerations in Medical Evaluation of Child Sexual Abuse: A Practical Guide, 3rd Ed., Finkle M., Giardino A., American Academy of Pediatrics, Elk Grove Village, Illinois. 2009.

Cooper S., Estes R., Giardino AP, Kellogg ND, Vieth V., Quick Reference Child Sexual Exploitation for Healthcare, Social Services, and Law Enforcement Professionals, G.W. Medical Publishing, Inc. St. Louis, Missouri 2007.

**Sharon W. Cooper, M.D.        Continued**
**PUBLICATIONS**

Victimology of Child Sexual Abuse Images, in Children and Young Persons with Abusive and Violent Experiences Connected to Cyberspace Challenges for Research, Rehabilitation, Prevention and Protection.   Report from an Expert Meeting at Satra Bruk, Sweden 29-31 May 2006.

Cooper S., The AMBER Alert Program: Missing Children Before and After in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes. G.W. Medical Publishing, Inc. St. Louis, Missouri. 2005.

Cooper S., The Medical Expert and Child Sexual Exploitation in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri. 2005.

Cooper S., A Brief History of Child Sexual Exploitation in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri 2005.

Cooper S., Medical Analysis of Child Pornography in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri 2005.

Cooper S., Estes R., Giardino AP, Kellogg ND, Vieth V., Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet 2005.

Cooper, S. and King, D.   Effective Use of the Medical Expert in Child Pornography Cases, US Attorneys' USA Bulletin Vol. 52, No.2 (March 2004). U.S. Department of Justice. 2004

Cooper, S., Disability and Sexual Violence in Sexual Assault Victimization Across the Lifespan:   A Clinical Guide, Giardino, A., Datner, E., Asher, J., G.W. Medical Publishing, Inc. St. Louis, Missouri.2003.

Cooper, S., Sexual Assault in Correctional Settings in Sexual Assault Victimization Across the Life Span:   A Clinical Guide. Giardino A., Datner, E., Asher, J., G.W. Medical Publishing, Inc. St. Louis, Missouri. 2003.

Choi, Y., Longacre, J., Chesney-Graham, U., Cooper, S., Revised Group B Streptococcal (GBS) Infection Guidelines – Pediatrics Vol. 100 No. 6 – December 1997.1997.

**Sharon W. Cooper, M.D.        Continued**
**PUBLICATIONS**

Standard Operating Procedure for the Management of Child Abuse – Womack Army Medical Center, Fort Bragg, North Carolina 1996.

Training Syllabus for the Fifth Annual Multidisciplinary State Conference on Child Abuse, Neglect, and Behavioral Aspects of Child Abuse, San Antonio, Texas 1995.

Training Manual for the Department of Justice and Department of Defense Family Advocacy Command Assistance Team (FACAT), Contributor to section on medical evaluation of multiple victim investigations. 1993.

Standard Operating Procedure for Pediatric Rape and/or Sexual Abuse in the Emergency Room – Tripler Army Medical Center, Honolulu, Hawaii 1986.