ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 INDVERTENTLY DISCLOSED DOCUMENTS ORDERED DESTROYED BY THE COURT TO BE PRESERVED AS PART OF THE IN CAMERA RECORD IN THE CASE (DOC. 453)** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

## SUMMARY OF THE ARGUMENT

To date, counsel for Michael Lacey, James Larkin, Scott Spear, and Andrew Padilla have not confirmed that the 39 inadvertently disclosed documents have been destroyed. The Court ordered these documents destroyed within five days of its January 28, 2019 Order.

On the day the government received the Order, it sent correspondence to defense counsel that both identified the 39 subject documents and requested confirmation after the documents had been destroyed. Counsel for these four defendants have not explicitly confirmed that these documents have been destroyed. Accordingly, the government requests the Court order defense counsel to comply with its Order (CR 449) within 24 hours, or show cause why they are not in contempt. In response to Defendants' motion, the government previously filed 22 of the 39 inadvertently disclosed documents *ex parte under seal* for the Court's *in camera* review and has no objection to Defendants' request to have all 39 inadvertently disclosed documents ordered destroyed by the Court being made part of the *in camera* record in the case.

## STATEMENT OF RELEVANT FACTS

On January 28, 2019, the Court issued an Order granting the United States' motion to compel destruction of 39 inadvertently disclosed documents. (*See* CR 449 (filed *under seal*).) The Court's Order directed the government to provide defense counsel with a list identifying the 39 documents that must be destroyed within five days of the Court's Order. (*See id.* at 7.) On January 31, 2019, the government sent an email to defense counsel attaching the Court's Order and a list identifying the 39 documents to be destroyed.[1] (*See* Exhibits A and B.) The government also requested each defense counsel sign and return a statement acknowledging that they had complied with the Court's Order and destroyed the 39 documents at issue. (*See* Exhibit C.) On February 4, 2019, counsel for John Brunst and Joye Vaught returned a signed statement to the government confirming that they had destroyed the 39 inadvertently disclosed documents.

On February 6, 2019, Defendants filed a joint motion for designation of the 39 documents ordered destroyed by the Court be preserved as part of the *in camera* record in the case. (CR 453.) The joint motion indicated that "Defendants are in the process of destroying the 39 documents," and requested the court "issue an order preserving all 39 documents as part of the *in camera* docket associated with this case." (CR 453 at 2.)

---

[1] Because the Court's Order was issued *under seal*, it was mailed to all counsel. Counsel for the government received the Order on January 31, 2019.

- 2 -

Moreover, on February 7, 2019, the government received emails from defense counsel for Lacey, Spear, and Padilla requesting the 39 inadvertently disclosed documents be preserved as part of the case record. (*See* Exhibit D.) However, to date, the government has yet to receive confirmation from defense counsel for Lacey, Larkin, Spear, and Padilla that they have complied with the Court's January 28, 2019 Order to destroy the 39 inadvertently disclosed documents.

## **ARGUMENT**

More than three weeks after the Court's January 28, 2019 Order compelling Defendants to destroy 39 inadvertently disclosed documents, defense counsel for Lacey, Larkin, Spear, and Padilla have yet to confirm to the government that they have destroyed the subject documents.[2] Counsel should be ordered to destroy the 39 inadvertently disclosed documents within 24 hours or show cause why they are not in contempt of the Court's Order.

Additionally, the government filed the 22 inadvertently disclosed work-product documents *ex parte under seal* as exhibits to its motion to compel destruction of inadvertently disclosed documents for the Court's *in camera* review. (*See* CR 343; Attachment (1) Affidavit of Reginald E. Jones; Exhibits A-V (filed *under seal*).) If the Court requests the government file the remaining 17 inadvertently disclosed documents *ex parte under seal* for the *in camera* record in this case, the government will promptly do so.

Respectfully submitted this 20th day of February, 2019.

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    District of Arizona

    BRIAN BENCZKOWSKI
    Assistant Attorney General
    Criminal Division, USDOJ

---

[2] Defense counsel for these defendants did not return the letter the government attached to its January 31, 2019 email. Rather, Mr. Padilla's counsel sent an email that stated, "[w]e comply as does the Government with all Court orders." (Ex. D.) Counsel for Mr. Lacey then responded, "I agree with Mike," as did counsel for Mr. Spear. (*Id.*) No response was received from counsel for Mr. Larkin, or from Davis Wright Tremaine—attorneys for both Mr. Lacey and Mr. Larkin.

1
2
3
4
5
6
7

*/s/ Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Div.
Child Exploitation and Obscenity Section

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 20, 2019, I transmitted the foregoing under-seal document for filing to the Clerk of the United States District Court and sent a copy via electronic mail to: Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz Green Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202, **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673, **tbienert@bmkattorneys.com, tbisconti@bmkattorneys.com, kmiller@bmkattorneys.com, wbernstein@bmkattorneys.com**; Mike Piccarreta, Esq., Piccarreta Davis Keenan Fidel, PC, 2 East Congress Street, Suite 1000, Tucson, AZ 85701, **mlp@pd-law.com**; Jim Grant Esq., Davis Wright Termaine, LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**; Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100, Phoenix, AZ 85014, **MDK@kimerer.com** and **rneff@kimerer.com**; Steve Weiss Esq., Karp & Weiss, PC, 3060 North Swan Rd., Tucson, AZ 85712, **sweiss@karpweiss.com;** Robert Corn-Revere Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800, Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067, **glincenberg@birdmarella.com, aan@birdmarella.com, gkp@birdmarella.com.**

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office