Gary S. Lincenberg (*admitted pro hac vice*)
  glincenberg@birdmarella.com
Ariel A. Neuman (*admitted pro hac vice*)
  aneuman@birdmarella.com
Gopi K. Panchapakesan (*admitted pro hac vice*)
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-SPL |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN PADILLA AND VAUGHT'S MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Steven P. Logan |

3552034.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant John Brunst, by and through undersigned counsel, hereby joins in Defendants Padilla and Vaught's Motion to Dismiss Due to Government Interference with Right to Counsel (Dkt. No. 456) (the "Motion") as to their request to dismiss the case.  Mr. Brunst objects to the Government's improper attempts to undermine the ability of co-defendants to receive effective assistance of counsel.

DATED:  February 20, 2019

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:        */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant John Brunst

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2019, I electronically transmitted the foregoing John Brunst's Notice of Joinder in Padilla and Vaught's Motion to Dismiss Due to Government Interference with Right to Counsel to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants listed below.

*/s/ Karen Minutelli*

Karen Minutelli

John J. Kucera: John.Kucera@usdoj.gov

Kevin M. Rapp: Kevin.Rapp@usdoj.gov

Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov

Reginald E. Jones: Reginald.Jones4@usdoj.gov

Andrew C. Stone: Andrew.Stone@usdoj.gov

Peter S. Kozinets: Peter.Kozinets@usdoj.gov

Anne M. Chapman: anne@mscclaw.com

Lee D. Stein: lee@mscclaw.com

Paul John Cambria, Jr.: pcambria@lglaw.com

Erin E. McCampbell: emccampbell@lglaw.com

James C. Grant: jimgrant@dwt.com

Robert Corn-Revere: bobcornrevere@dwt.com

Ronald Gary London: ronnielondon@dwt.com

Janey Henze Cook: janey@henzecookmurphy.com

John Lewis Littrell: jlittrell@bmkattorneys.com

Kenneth M. Miller: kmiller@bmkattorneys.com

Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com

Bruce S. Feder: bf@federlawpa.com

K C Maxwell: kmaxwell@bgrfirm.com

Michael L. Piccarreta: mlp@pd-law.com

Stephen M. Weiss: sweiss@karpweiss.com

Michael D Kimerer: MDK@kimerer.com

Rhonda Elaine Neff: rneff@kimerer.com

Gregory Michael Zamora: gmz@dkwlawyers.com

Anthony Ray Bisconti: tbisconti@bmkattorneys.com

Whitney Z Bernstein: wbernstein@bmkattorneys.com

Seetha Ramachandran: Seetha.Ramachandran@srz.com