IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al,<br><br>　　　　　　Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

　　　　I hereby recuse myself from any further action in the above-captioned matter. Accordingly,

　　　　**IT IS ORDERED** that this case be reassigned, by lot, to another District Court Judge in the District of Arizona.

　　　　**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to United States District Judge Douglas L. Rayes. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-18-00422-PHX-DLR.

　　　　Dated this 1st day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: DLR