Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00422-PHX-DLR |
| Plaintiff, | DEFENDANT LACEY'S JOINDER IN DEFENDANT BRUNST'S OPPOSITION TO GOVERNMENT'S MOTION TO DEFER DISCLOSURE OF CARL FERRER'S JENCKS ACT STATEMENTS AND OBJECTION TO *IN CAMERA* FILING OF THE SAME, AND REQUEST FOR DISCLOSURE OF THE SAME (DOC. 477) |
| vs. | |
| Michael Lacey | |
| Defendant. | |

Defendant Michael Lacey, by and through his undersigned counsel, hereby joins in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements and Objection to *in camera* Filing of the Same, and Request for Disclosure of the Same (Doc. 477), and adopts the positions set forth in said motion as if fully set forth herein. Defendant Lacey is in agreement with the arguments made in Defendant Brunst's opposition, and the issues raised by Defendant Brunst apply with equal force to Defendant Lacey.

RESPECTFULLY SUBMITTED this 4th day of March, 2019

                LIPSITZ GREEN SCIME CAMBRIA LLP

                */s/    Paul J. Cambria, Jr.*
                     Attorneys for Defendant
                     Michael Lacey

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ Kristina Drewery