1
2
3
4
5
6                     **IN THE UNITED STATES DISTRICT COURT**
7                          **FOR THE DISTRICT OF ARIZONA**
8
9    United States of America,                    No.  CR-18-00422-PHX-DLR
10                          Plaintiff,             **ORDER**
11   v.
12   Michael Lacey, et al.,
13                          Defendants.

14          I hereby recuse myself from any further action in the above-captioned matter.

15   Accordingly;

16          **IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of

17   Arizona.

18          **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot

19   to the Honorable Susan M. Brnovich. All future pleadings and papers submitted for filing

20   shall bear the following complete case number: **CR-18-00422-PHX-SMB**. Pending:

21   Motion to Dismiss (Doc. 456).

22          Dated this 4th day of March, 2019.

23
24
25
26                                                 Douglas L. Rayes
                                                   United States District Judge
27
28