Thomas H. Bienert, Jr. (CA State Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA State Bar No. 304917 admitted *pro hac vice*)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701
Email: tbienert@bienertkatzman.com
         wbernstein@bienertkatzman.com
*Counsel for James Larkin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff.<br><br>   v.<br><br>Michael Lacey, *et al.*,<br><br>                        Defendants. | Case No. CR-18-00422-PHX-SMB<br><br>**JAMES LARKIN'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE (DOC. NO. 538)** |

Defendant James Larkin, by and through undersigned counsel, joins in Defendant Spear's Supplemental Expert Witness Disclosure (Doc. No. 538). Defendant Larkin agrees with the statements made in Spear's Expert Witness Disclosure and adopts the positions set forth in the Disclosure as if fully set forth herein.

Dated: May 17, 2019         **BIENERT | KATZMAN PC**
                            *s/ Whitney Z. Bernstein*
                            Whitney Z. Bernstein
                            Thomas H. Bienert, Jr.
                            Attorneys for James Larkin

# CERTIFICATE OF SERVICE

I certify that on this 17th day of May 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell, emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder, bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere, bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell, jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, mdk@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

David S. Eisenberg, david@deisenbergplc.com

Joy Malby Bertrand, joyous@mailbag.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp, Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, reginald.jones4@usdoj.gov

Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov

Andrew C. Stone, andrew.stone@usdoj.gov