# **<u>Exhibit A</u>**

# BRIAN C. FICHTNER

| | |
|---|---|
| *OCCUPATION* | **Special Agent,** California Department of Justice, Office of the Attorney General |
| *EDUCATION* | **B.S. Criminal Justice: January 1991** <br> **Minor in Psychology -** California State University, Sacramento |
| *EXPERIENCE* | **Deputy Probation Officer/Assistant, Sacramento County (1991-1998)** <br> Youth Detention Facility; Field supervision; Narcotic street team <br><br> **Special Agent, California Department of Justice (1998-present)** <br> Bureau of Narcotic Enforcement, San Diego:  Nov. 1998 – Nov. 2001 <br>     -1998-1999 Special Agent Trainee <br>     - Clandestine Lab Team/ Commercial/Parcel Interdiction Team <br> Advanced Training Center, Sacramento:  Nov. 2001 – Jan. 2004 <br>     -Firearms Tactics Instructor / Defensive Tactics Instructor <br>     -Special Agent Academy Instructor / DOJ Tactical Cadre member <br> Bureau of Narcotic Enforcement, Sacramento: Jan. 2004 – Feb. 2012 <br>     -Clandestine Lab Team / Special Operation Team <br>     -Parcel Interdiction Team / Evidence Custodian / Armorer <br> Mountain and Valley Marijuana Invest. Team: Jan. 2010 – Feb. 2012 <br> Narcotic K9 Handler: Aug. 2004 – July 2012 <br> Bureau of Investigation, Sacramento: Feb. 2012 – April 2017 <br>     -eCrime Unit (Acting Supervisor March 2014 to Oct. 2014) <br> Bureau of Gambling Control, Sacramento: April 2017 – Present |
| *CERTIFICATES* | Advanced Certificate - Specialized Law Enforcement (POST) <br> Academy Instructor Certification Course (POST) <br> Field Training Officer (POST) <br> Firearms / Tactical Shotgun Instructor (POST) <br> Defensive Tactics / ASP Instructor (POST) <br> Armorer |
| *INVESTIGATION* | Manufacture and sale of narcotics, asset forfeiture, financial fraud, human trafficking, intellectual property theft, counterfeiting, officer involved shooting, stolen property, money laundering, identity theft, illegal gambling, bookmaking, Tribal casino and cardroom compliance. |

# **Exhibit B**

Donna M. Gavin
Boston Police Department

| | |
|---|---|
| April 2019 to Present: | Lieutenant Detective, Boston Police Academy<br>Co-coordinator CEASE Boston |
| May 2016 to April 2019: | Lieutenant Detective, Crimes Against Children and Human Trafficking Units<br>Co-coordinator CEASE Boston, Task Force Officer DHS |
| October 2015 to May 2016: | Lieutenant, Shift Commander Area E-13 |
| July 2009 to October 2015: | Sergeant Detective, Human Trafficking Unit<br>• Co-Chair, Cities Empowered Against Sexual Exploitation<br>• Steering Committee Member of Support to End Exploitation Now Coalition<br>• Task Force Officer, Department of Homeland Security<br>• Instructor – Presenter on CSEC and HT New England, New York, Washington DC and Canada |
| January 2008 to July 2009: | Sergeant Detective, Sexual Assault Unit<br>• Squad Supervisor<br>• Investigations of rape and sexual assaults of adults and children<br>• Case Management and Crime Scene |
| June 2004 to January 2008: | Sergeant, Patrol Force<br>• Uniform Shift Street Supervisor<br>• Intermittent Shift Commander |
| April 1991 to June 2004: | Detective in several units including the Sexual Assault Unit |
| January 1990 to April 1991: | Police Officer<br>• Domestic Violence Officer (DVO) |
| June 1986 to January 1990: | Police Officer<br>• Patrol officer in City of Boston |
| Education: | Juris Doctorate, Suffolk University Law School, 2000<br>BSBA, Suffolk University, 1989 |
| Professional: | Attorney, Massachusetts Board of Bar Overseers # 646949<br>NAWLEE and MAWLEE Member |

# Exhibit C

Thomas Adam Umporowicz Jr

# Education

Bachelor of Science Degree: City University Seattle

Associate of Arts Degree- Green River Community College

Associate of Applied Science Degree-(Criminal Justice)-Green River Community College

Basic Law Enforcement Training, WSCJTC, June 17 1986

# Specialized Training

| | |
|---|---|
| May 2019: | International Association of Human Trafficking Investigators Conference, Clearwater FL |
| May 2019: | World Without Exploitation Conference Washington D.C. |
| April 2019: | International Terrorism and Organized Crime Conference, Hartford, CT |
| December 2018: | Internet Crimes Against Children Training |
| June 2018: | International Terrorism and Organized Crime Conference, Scottsdale, AZ |
| May 2017: | International Association of Human Trafficking Investigators Conference, Clearwater FL |
| May 2017: | International Terrorism and Organized Crime Conference, Orlando FL |
| February 2017: | Surveillance Techniques Course |
| September 2016: | Narcotics, Gangs, Vice & Financial Investigations, Nashville TN |

Sergeant Tom Umporowicz, #5574

| | |
|---|---|
| May 2016: | International Association of Human Trafficking Investigators Conference, Clearwater FL |
| September 2015: | Investigative Techniques and Digital Evidence in Human Trafficking Investigations |
| March 2015: | Informant Development and Handling |
| November 2014: | Undercover Tactics |
| September 2014: | Human Trafficking Investigation Course, FLETC |
| August 2014: | Dallas Crimes Against Children Conference |
| December 2013 | Weapon Mounted Light Course |
| September 2013 | Caliber Press Officer Survival Seminar |
| August 2013 | First Level Supervision WSCJTC |
| May 2013 | Anti-Crime Team Training |
| April 2012 | SPD Bicycle Training |
| March 2012 | Demo Management Training |
| April 2011 | Gang Awareness/Prevention Training |
| March 2011 | Advanced Crisis Intervention Training |
| February 2011 | Mobile Field Force Training |
| December 2009 | Recognition & Response: Improvised Explosives |
| November 2009 | Responding to Weapons of Mass destruction |
| February 2008 | Counter-Terrorist Training Techniques for Patrol Officers |
| October 2007 | Advanced Team tactics |
| August 2004 | Police & Law JFK School of Government-Harvard University |
| March 2004 | NCMEC: Responding to Missing and Abducted Children |
| August 2002 | Covert Operations/Tactics School |

**Sergeant Tom Umporowicz, #5574**

| | |
|---|---|
| March 2001 | SPD Criminal Investigations School |
| April 2001 | Forensics Anthropology |
| November 2000 | Caliber Press Officer Survival Seminar |
| August 2000 | Western States Vice Investigators' Conference |
| April 2000 | Crime Scene Investigation Course |
| March 2000 | Undercover Operations School |
| September 1999 | Crisis Intervention Team Training |
| September 1999 | Police Law Institute |
| March 1999 | Weapons of Mass Destruction Training |
| March 1999 | National Association of Field Training Officers Conference |
| February 1999 | Reid Interview/Interrogation School |
| July 1998 | Instructor Development School WSCJTC |
| March 1998 | Police Law Institute |
| March 1998 | National Association of Field Training Officers Conference |
| November 1996 | Caliber Press Officer Survival Seminar |
| June 1995 | Drug Interrogation Training, US Army Intelligence |
| November 1994 | Caliber Press Officer Survival Seminar |
| September 1994 | Surveillance/Vehicle Tailing Techniques Course |
| March 1994 | Seattle Police Community Police Training |
| June 1993 | Seattle Police Anti-Crime Team Training |
| September 1992 | Seattle Police Field Training Officer School |
| March 1988 | Drug Enforcement Training, WSCJTC |
| February 1987 | FBI Street Survival Course |

**Sergeant Tom Umporowicz, #5574**

## Seattle Police Department Assignments

| | |
|---|---|
| May 2014-Present: | Detective-Sergeant, High-Risk Victims Section/Vice Unit and Human Trafficking Lieutenant Jim Fitzgerald |
| January 2013-May 2014 | South Anti-Crime Team Sergeant/Team Leader, Lieutenant Steve Strand. |
| August 2012-January 2013: | Assigned as 3rd Watch Robert Sector Sergeant, South Precinct, Lieutenant Mike Magee. |
| July 4 2012-August 2012: | Promoted to Sergeant, assigned as 2nd Watch David Bikes Sergeant, West Precinct, Lieutenant Norm James. |
| April 2011 to July 2012: | Permanent Acting Sergeant, Patrol West Precinct 1st Watch. Lieutenant Simeon Tamayo, 2nd Watch David Bike Squad, Lieutenant Norm James. |
| February 2006 to April 2011: | Patrol Officer, South Precinct 3rd Watch Sam Sector, Sergeant Eric Zerr. |
| March 2000 to February 2006: | -Detective, Vice Unit, Sergeants Ariel Vela and James Kelly. |
| April 1999 to March 2000: | Officer, Ethics and Inspections Section, Chief of Staff's Office, Sergeants Debra Jelcick and Scott Bachler. |

**Sergeant Tom Umporowicz, #5574**

| | |
|---|---|
| February.1997 to April 1999: | Patrol Officer, South Precinct-3rd Watch Robert Sector, Sergeant Pierre Davis. |
| May 1996 to February 1997: | Patrol Officer, South Precinct-1st Watch Sam Sector, Sergeant Richard Duval. |
| May 1994 to May 1996: | Officer, South Precinct Anti-Crime Team, Sergeants Ariel Vela, Brian Johnson, John 'Jay' Mooney, Dan Beste and Mike Miller. |
| June 1990 to May 1994: | Patrol Officer, South Precinct-3rd Watch Sam Sector, Sergeants William 'Bill' Abbey and Gary Nelson. |

**NOTE:** Previous Law Enforcement Experience: Everson Police Department, Sumas Police Department and Western Washington University Police Department, 1985-1990.

**Sergeant Tom Umporowicz, #5574**

## Additional Assignments Related to Law Enforcement

- Provided training for the Des Moines Police Department, Washington State, at their request regarding undercover operations 2019

- Attended World Without Exploitation Conference, at the request of Cook County Sheriff's Office Illinois to discuss creative ideas for law enforcement to address sex buyers, Washington D.C. 2019

- Member: International Organization of Terrorism, Organized Crime and Asian Organized Crime Investigators 2017-present

- Provided information and direction at the request of the Houston Texas Vice Unit regarding reverse sting operations for prostitution enforcement 2017

- Training presentation for Boston, and other Massachusetts Police Departments regarding reverse sting operations for prostitution investigations at the request of Demand Abolition 2016

- Provided training outline for the King County Sheriff's Department, Washington State, at their request regarding the use of decoy operatives and undercover sting operations for prostitution enforcement2016

- Provided operational assistance for the Des Moines Police Department, Washington State, at their request regarding online sting operations 2016

- Created and presented a webinar training for Demand Abolition, at their request, to train Law Enforcement Agencies nationwide regarding setting up reverse sting operations for Illicit Massage Parlors, 2016

- Training presentation on investigating Illicit Massage Parlor Investigations, for the International Association of Police Chiefs, at their request, Columbus Ohio

- Member: International Association of Human Trafficking Investigators, 2016-present

- Partnership with Cook County Illinois National Johns Initiative 2014-present

- WASHACT member 2014-present

- Member: International Crisis Intervention Officers, 2011

- Seattle Police Department Patrol Advisory Committee 2009-2011

**Sergeant Tom Umporowicz, #5574**

- Executive Board:  Secretary/Treasurer), Seattle Police Officers' Guild, 2000-2007

- Criminal Justice/Forensics Advisory Committee Board Member:  Green River Community College, 1999 to 2006

- Board Member:  Seattle Police Officers Guild, 1997 to 2000

- Seattle Police Honor Guard Unit, 1997 to 2001

- Field Training Officer:  1992 to 1999

- Crisis Intervention Team member:  1998 to Present

- Guest speaker, (invitation):  Green River Community College Criminal Justice classes and alcohol/addiction treatment centers, Auburn WA 2006, 2007, 2008.

## Department Training

Standards met for all mandatory Department training, certifications and qualifications.

## Department Contributions

Initiated and successfully completed a Chinese Organized Crime investigation involving 26 illicit massage parlors in Seattle

Created new policies, protocols and revised old policies and protocols for the Seattle Police Vice Unit, 2016-present

Created innovative operations to target sex buyers utilizing reverse-sting operations in illicit massage parlor venues, 2016-2017

Created innovative investigation plans to address high crime areas related to prostitution activity along the Aurora corridor, Seattle Washington 2015

Created and implemented an integrated model for assisting prostituted-victims during enforcement operations, 2014

Assist with coordinating Ant-Crime Team refresher training, 2013

Seattle Police Department Patrol Advisory Committee, March 2009 – 2011

City of Seattle Employee Recognition Committee, April 1997 to January 2001

**Sergeant Tom Umporowicz, #5574**

Seattle Police Department Performance Evaluation Committee, August 1999 to May 2000.
Seattle Police Department Fallen Officer Memorial Committee, October 1999 to March 2000.

Chairman, Seattle Police Officers' Guild Officer of the Month Committee, April 1997 to January 2001.

Participant in Department oral board interviews, May 1996 to May 2001.

## Awards/Recognition

Multiple Commendations:  Seattle Police Department 2019

Commendation:  Burlington Police Department, Washington State 2018

Commendation:  Des Moines Police Department, Washington State 2016

Multiple Commendations:  Seattle Police Department 2016

Commendation:  Seattle Police Department 2015

Commendation:  Seattle Police Department 2014

Service Award:  Seattle Police Department 2013

Service Award:  Seattle Police Department 2011

South Seattle Crime Prevention Council Officer of the Quarter Award, April, 2009

Service Award:  Seattle Police Officers' Guild 2007

Peer/Service Award:  Seattle Police Street Vice Unit 2006

South Precinct Officer of the Month Awards:  December 1992, May/June 1995

Seattle Police Officers' Guild Officer of the Month Awards:  January 1993, May 1994, March 1995 and May 1996.

**Sergeant Tom Umporowicz, #5574**

Seattle Police Officers' Guild Certificate of Excellence Awards 1997, 1998, 2000

South Precinct Officer of the Year Nomination 1994

Dean's list:  City University 2010-2011

Advisory Committee Recognition Award, Green River Community College 2001

Soldier of the Year Award:  1985 USAR 104th Division

Numerous Department/Citizen commendations are available upon request.

## Military Service

United States Army - Honorable Discharge

## Personal Statement/Interests

I recognize that my primary job as a police officer and leader is to serve others. My professional development, p        character and values provide a basis for this service. I have used every experience, positive and negative, my successes and failures throughout my tenure as a Seattle Police Officer as guides and learning lessons. They direct and allow me to serve and lead others more effectively.

**My personal interests include:**

Language Studies, (French and Latin.) Ancient Civilization/Biblical Eschatology. Mythology, Esoteric studies, History- (U.S., Military and World), Astronomy, Reading, Travel, Exercise.