1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4   PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
    ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5   JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
    Assistant U.S. Attorneys
6   40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
7   Telephone (602) 514-7500

8   BRIAN BENCZKOWSKI
    Assistant Attorney General
9   Criminal Division, U.S. Department of Justice

10  REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
    Senior Trial Attorney, U.S. Department of Justice
11  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
12  Washington, D.C. 20530
    Telephone (202) 616-2807
13  Attorneys for Plaintiff

14              IN THE UNITED STATES DISTRICT COURT

15               FOR THE DISTRICT OF ARIZONA

16

17  United States of America,              CR-18-422-PHX-SMB

18               Plaintiff,         **UNITED STATES' MOTION TO
                                    EXTEND DEADLINE FOR
19        v.                        RESPONSE TO DEFENDANTS'
                                    MOTION TO COMPEL (Doc. 643)**
20  Michael Lacey, et al.,

21               Defendants.

22

23        The United States respectfully moves for a 12-day extension of time, from July 3 to

24  July 15, 2019, in which to file its response to Defendants' Motion to Compel (Doc. 643).

25  The government will not object to a commensurate extension for Defendants' reply in

26  support of the motion.  A proposed form of Order is attached.

27        Counsel for the United States has conferred with defense counsel Whitney Bernstein

28  and Tom Bienert, who indicated that Defendants object to the extension.  Defendants didn't

express any direct objection, but made their non-opposition contingent on two separate agreements.  First, Defendants asked that the government agree not to object to a similar extension for Defendants to file their reply in support of the Motion to Compel.  The government has no issue agreeing to this request.

Defendants' second condition, however, was that the government agree not to oppose Defendants' requests to: (a) extend the deadline for their reply in support of the Motion to Dismiss (Doc. 561) from July 3 to July 17, 2019; and (b) extend the length of that reply from 20 to 30 pages.  Defendants cited the recent amicus filing and upcoming Ninth Circuit argument on July 9, 2019 as reasons for these requests.  For several reasons, the government opposes both of these requests.

First, on June 19, 2019, Defendants filed an unopposed motion to extend by two weeks the deadline for their reply in support of their Motion to Dismiss (Doc. 642).  This filing occurred after the amici filing (Doc. 641).  The government had no issue agreeing to this two-week extension when Defendants requested it on June 19.  The government is confused, however, why less than 24 hours after filing a request for a two-week extension, Defendants need another two weeks for their reply, especially when Defendants have long known about the Ninth Circuit argument, and Defendants had received the *amici* brief before filing their first extension request.  Because there aren't any changed circumstances that would support a second two-week extension, the government opposes this request.  Further, the Court has already ordered that Defendants' reply brief be limited to 20 pages— and recently reaffirmed its Order.  (*See* Doc. 573 ("affirming Court's previous order" allowing Defendants to file a 20-page reply).)

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

1    Respectfully submitted this 21st day of June, 2019.

2

3                                    MICHAEL BAILEY
                                     United States Attorney
4                                    District of Arizona

5                                    *s/Andrew C. Stone*
                                     KEVIN M. RAPP
6                                    MARGARET PERLMETER
                                     PETER S. KOZINETS
7                                    ANDREW C. STONE
                                     Assistant U.S. Attorneys

8                                    JOHN J. KUCERA
                                     Special Assistant U.S. Attorney
9

10                                   BRIAN BENCZKOWSKI
                                     Assistant Attorney General
11                                   U.S. Department of Justice
                                     Criminal Division, U.S. Department of Justice
12
                                     REGINALD E. JONES
13                                   Senior Trial Attorney
                                     U.S. Department of Justice, Criminal Division
14                                   Child Exploitation and Obscenity Section

15

16

17

18                        **CERTIFICATE OF SERVICE**

19

20       I hereby certify that on June 21, 2019, I electronically transmitted the attached

21   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

22   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

23   as counsel of record.

24
     *s/ Cristina Abramo*
25   Cristina Abramo
     U.S. Attorney's Office
26

27

28