1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br><br>   v.<br><br>Michael Lacey, *et al.*,<br><br>                       Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS INDICTMENT**<br><br>(Second Request for Extension of Time) |

Based on Defendants' Motion to Extend Deadline and Page Limit for Reply to Response to Defendants' Motion to Dismiss Indictment, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Defendants to reply to the Government's Response to Motion to Dismiss Indictment (Doc. 634) to July 17, 2019, and allowing Defendants no more than 30 pages for their reply.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　**HON. SUSAN M. BRNOVICH**
　　　　　　　　　　　　　　　　　　　　United States District Judge