IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Motion to Extend Time for Filing Its Consolidated Response, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to Response to Defendants' (docs. 662, 665, and 671) to July 19, 2019.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.