1   **feder law office, p.a.**
    2930 e. camelback road, suite 160
2   phoenix, arizona 85016
    (602) 257-0135
3   bf@federlawpa.com
    fl@federlawpa.com
4   Bruce Feder - State Bar No. 004832
    Attorney for Defendant, Scott Spear
5
                    UNITED STATES DISTRICT COURT
6
                         DISTRICT OF ARIZONA
7

8   United States of America,          )   NO. CR18-00422 PHX SMB-003
                                        )
9              Plaintiff,               )
                                        )
10             vs.                      )   **DEFENDANT SCOTT SPEAR'S**
                                        )   **JOINDER IN MR. LARKIN AND MR.**
11  Scott Spear,                        )   **LACEY'S MOTION TO COMPEL**
                                        )   **COMPLIANCE AND ORDER TO SHOW**
12             Defendant.               )   **CAUSE REGARDING THE**
                                        )   **GOVERNMENT'S VIOLATION OF THE**
13                                      )   **COURT'S SCHEDULING ORDER [665]**
                                        )
14                                      )
                                        )
15  _____

16          The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder

17  Law Office, P.A., hereby joins in Mr. Larkin and Mr. Lacey's Motion to Compel Compliance and

18  Order to Show Cause Regarding the Government's Violation of the Court's Scheduling Order.    Mr.

19  Spear adopts the legal positions and bases set forth in the Motion to Compel as if fully set forth

20  herein.

21          RESPECTFULLY SUBMITTED this 12th day of July, 2019.

22                              **FEDER LAW OFFICE, P.A.**

23

24                              /s/ Bruce Feder
                                Attorney for Defendant, Scott Spear
25      .   .   .

26      .   .   .

                                    1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3      I hereby certify that on the 12th day of July, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic

4   Filing to the following CM/ECF registrants:

5   **Kevin Rapp:**   Kevin.Rapp@usdoj.gov

**Andrew Stone:**   Andrew.Stone@usdoj.gov
6   **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov

7   **John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
8   **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

9

10  **Anne Michelle Chapman,** anne@mscclaw.com

**Erin E. McCampbell,** emccampbell1@lglaw.com
11
**Anthony R. Bisconti,** tbisconti@bienertkatzman.com

12  **Ariel A. Neuman,** aan@birdmarella.com

13  **James C. Grant,** jimgrant@dwt.com

**Lee David Stein,** lee@mscclaw.com
14
**Paul J. Cambria,** pcambria@lglaw.com

15  **Robert Corn-Revere,** bobcornever@dwt.com

16  **Ronald Gary London,** ronnielondon@dwt.com

17  **Janey Henze Cook,** janey@henzecookmurphy.com

**John Lewis Littrell,** jlittrell@bmkattorneys.com
18
**Seetha Ramachandran,** Seetha.Ramachandran@srz.com

19  **Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com

20  **Whitney Z. Bernstein,** wbernstein@bienertkatzman.com

**Gary S. Lincenberg,** glincenberg@birdmarella.com
21
**Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com

22  **Michael D. Kimerer,** mdk@kimerer.com

23  **Rhonda Elaine Neff,** rneff@kimerer.com

**David S. Eisenberg,** david@deisenbergplc.com
24
**Joy Malby Bertrand,** Joy.Bertrand@gmail.com

25

26  *By: /s/   A. Jones*

2