Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-SMB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |
| | Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

3606748.1

Case No. 2:18-cr-00422-004-SMB

[PROPOSED] ORDER GRANTING MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER

1     The Court, having read and considered the Defendant John Brunst's Motion to
2 Compel Government Compliance with Court's Order for Specific Identification of
3 Documents Subject to Protective Order ("Motion'), and good cause having been shown, IT
4 IS HEREBY ORDERED THAT:
5     Defendant John Brunst's Motion is GRANTED.
6     IT IS HEREBY ORDERED that, by no later than October 4, 2019, the government
7 shall, specifically identify – by Bates number and title – all documents it contends are
8 subject to Protective Order.

10 DATED:

    _____
    Susan M. Brnovich
    United States District Judge