Gary S. Lincenberg *(admitted pro hac vice)*
 glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
 aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**DEFENDANT JOHN BRUNST'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT (DKT. 746)**<br><br>Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

3608685.1

This filing is only necessary because the government refused to include, in its unopposed request for an extension of time (Dkt. 765) to respond to Mr. Brunst's Motion to Dismiss the Indictment, the corresponding unopposed extension of time for Mr. Brunst to file his reply.

On October 4, 2019, the government requested that Mr. Brunst stipulate to a one-week extension of the deadline to file its response to his Motion to Dismiss the Indictment For Failure to Plead Essential Elements of the Travel Act (Dkt. 746) from October 11 to October 18 to accommodate certain travel schedules. Counsel for Mr. Brunst agreed, and asked that the government likewise agree to extend the deadline for Mr. Brunst to file his reply by five days, from October 25 (the date on which Mr. Brunst's reply would be due if the government's extension request is granted) to October 30, also to accommodate counsel's travel schedule.

The government agreed to the extension of time, but rejected counsel's request that the government include both dates in its motion to the Court to avoid the need for multiple filings and orders. Attached as Exhibit A is a true and correct copy of the parties' correspondence on this matter.

Mr. Brunst therefore respectfully requests that, if the Court grants the government's motion for extension of time, the Court extend the time for Mr. Brunst to file his reply in support of the Motion to October 30, 2019.

DATED: October 8, 2019

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Ariel A. Neuman*
       Ariel A. Neuman
Attorneys for Defendant John Brunst

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for John Brunst