# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>  Defendants. | CASE NO. CR 18-422-PHX-SMB<br><br>**ORDER GRANTING DEFENDANT JOHN BRUNST'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT (DKT. 746)**<br><br>Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

The Court, having read and considered Defendant John Brunst's Unopposed Motion to Extend Time to File Reply in Support of Motion to Dismiss Indictment (Dkt. 746) ("Motion"), and good cause having been shown,

IT IS HEREBY ORDERED THAT:

Defendant John Brunst's Motion is GRANTED.

Defendant John Brunst's reply in support of his Motion to Dismiss Indictment (Dkt. 746) shall be due on October 30, 2019.

Dated this 11th day of October, 2019.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge