# EXHIBIT A

Case Information Summary for Case Number
2017-L-004979

Filing Date: 05/17/2017

Division: Law Division
Ad Damnum: $50001.00

Case Type: OTHER
PERSONAL INJURY

District: First Municipal

Calendar: R

**Party Information**

| Plaintiff(s) | Attorney(s) |
|---|---|
| AMBROSE YVONNE | ROMANUCCI & BLANDIN<br>321 N CLARK #900<br>CHICAGO IL, 60654<br>(312) 458-1000 |
| ROBINSON DESIREE EST | |

| Defendant(s) | Defendant Date of Service | Attorney(s) |
|---|---|---|
| AD TECH BV | | MONICO PAVICH & SPEVACK<br>20 S CLARK ST #700<br>CHICAGO IL, 60603<br>(312) 782-8500 |
| AMSTEL RIVER HOLDING LLC | | MONICO PAVICH & SPEVACK<br>20 S CLARK ST #700<br>CHICAGO IL, 60603<br>(312) 782-8500 |
| BACK PAGE LLC<br>BACK PAGE LLC#574017 | | |
| BACKPAGE.COM LLC | | GIAMPIETRO WAYNE B<br>123 W MADISON 1300<br>CHICAGO IL, 60602<br>(312) 236-0606 |
| BEDRIJVEN ATLANTISCHE CV BRUNST JOHN JED | | |

| | | |
|---|---|---|
| CAMARILLO HOLDINGS LLC | | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |
| | | (312) 782-8500 |
| CEREUS PROPERTIES LLC | | GIAMPIETRO WAYNE B |
| | | 123 W MADISON 1300 |
| | | CHICAGO IL, 60602 |
| | | (312) 236-0606 |
| DARTMOOR HOLDINGS LLC | | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |
| | | (312) 782-8500 |
| FERRER CARL | | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |
| | | (312) 782-8500 |
| HAZLEY JOSEPH | | |
| HYER DAN | | CRAMER JENNIFER GOLDENSON |
| | | 1441 BROADWAY #6026 |
| | | NEW YORK NY, 10018 |
| | | (212) 884-9102 |
| IC HOLDINGS LLC | 06/19/2017 | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |
| | | (312) 782-8500 |
| LACEY MICHAEL | | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |
| | | (312) 782-8500 |
| LARKIN JAMES | | MONICO PAVICH & SPEVACK |
| | | 20 S CLARK ST #700 |
| | | CHICAGO IL, 60603 |

|  |  |
|---|---|
| | (312) 782-8500 |
| LEEWARD HOLDINGS LLC | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |
| MCDOUGALL ELIZABETH | LYNCH THOMPSON LLP |
| | 150 S WACKER#2600 |
| | CHICAGO IL, 60606 |
| | (312) 346-1600 |
| MCFEE CHARLES | |
| MEDALIST HOLDINGS LLC | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |
| NEW TIMES MEDIA LLC | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |
| PADILLA ANDREW | MATUSZEWICH KELLY &MCKEEV |
| | 101N VIRGINIA#150 |
| | CRYSTAL LAK IL, 60014 |
| | (815) 459-3120 |
| POSTING SOLUTIONS LLC | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |
| ROSALES ANTONIO | |
| SPEAR SCOTT | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |

| UGC TECH GROUP CV | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |
| VAUGHT JOYE | MATUSZEWICH KELLY &MCKEEV |
| | 101N VIRGINIA#150 |
| | CRYSTAL LAK IL, 60014 |
| | (815) 459-3120 |
| WEBSITE TECHNOLOGIES LLC | MONICO PAVICH & SPEVACK |
| | 20 S CLARK ST #700 |
| | CHICAGO IL, 60603 |
| | (312) 782-8500 |

## **Case Activity**

Activity Date: 05/17/2017                    Participant: AMBROSE YVONNE

OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 598.00                    Attorney: ROMANUCCI &
Ad Damnum Amount: 50001.00                    BLANDIN

Activity Date: 05/17/2017                    Participant: AMBROSE YVONNE

ELECTRONIC NOTICE SENT

Attorney: ROMANUCCI &
BLANDIN
Microfilm: LD000000000

Activity Date: 05/17/2017                    Participant: AMBROSE YVONNE

CASE MANAGEMENT DATE GENERATED

Date: 07/12/2017
Court Time: 0930

Activity Date: 05/26/2017                    Participant: AMBROSE YVONNE

### SUBPOENA FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 05/26/2017                    Participant: AMBROSE YVONNE

### NOTICE OF DEPOSITION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 05/26/2017                    Participant: AMBROSE YVONNE

### PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/09/2017                    Participant: ROSALES ANTONIO

### SUMMONS SERVED - PERSONAL SERVICE

Date: 06/08/2017
Court Fee: 60.00                        Microfilm: LD000000000

Activity Date: 06/12/2017                    Participant: AMBROSE YVONNE

### CERTIFICATE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/12/2017                    Participant: AMBROSE YVONNE

### EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/12/2017                    Participant: AMBROSE YVONNE

### NOTICE OF MOTION FILED

Date: 06/20/2017
Court Time: 1100                        Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

MOTION SCHEDULED

Date: 06/20/2017
Court Time: 1100

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/20/2017 | Participant: AMBROSE YVONNE |
|---|---|

CERTIFICATE FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/20/2017 | Participant: AMBROSE YVONNE |
|---|---|

AMENDED COMPLAINT FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/20/2017 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/20/2017 | Participant: AMBROSE YVONNE |
|---|---|

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/20/2017     Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: ESRIG, JERRY A.

Activity Date: 06/20/2017     Participant: AMBROSE

AMEND COMPLAINT OR PETITION - ALLOWED -

Date: 06/27/2017     Judge: ESRIG, JERRY A.

Activity Date: 06/20/2017     Participant: NEW TIMES MEDIA

VOLUNTARY DISMISSAL SPECIFIC DEFENDANT W/LEAVE TO REFILE-ALLOWED

Judge: ESRIG, JERRY A.

Activity Date: 06/20/2017     Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 07/12/2017
Court Time: 0930     Judge: ESRIG, JERRY A.

Activity Date: 07/06/2017     Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00     Attorney: GIAMPIETRO WAYNE B

Activity Date: 07/06/2017     Participant: DARTMOOR HOLDINGS LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00     Attorney: GIAMPIETRO WAYNE B

Activity Date: 07/06/2017     Participant: IC HOLDINGS LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/06/2017                    Participant: MEDALIST HOLDINGS LLC

SUMMONS SERVED - PERSONAL SERVICE

Date: 06/15/2017

Activity Date: 07/06/2017                    Participant: BACK PAGE LLC

SUMMONS SERVED - PERSONAL SERVICE

Date: 06/15/2017

Activity Date: 07/06/2017                    Participant: DARTMOOR HOLDINGS LLC

SUMMONS SERVED - SUBSTITUTE SERVICE

Date: 06/19/2017

Activity Date: 07/06/2017                    Participant: BACKPAGE.COM LLC

SUMMONS SERVED - SUBSTITUTE SERVICE

Date: 06/19/2017

Activity Date: 07/06/2017                    Participant: LEEWARD HOLDINGS LLC

SUMMONS SERVED - SUBSTITUTE SERVICE

Date: 06/19/2017

Activity Date: 07/06/2017                    Participant: CAMARILLO HOLDINGS LLC

SUMMONS SERVED - SUBSTITUTE SERVICE

Date: 06/19/2017

Activity Date: 07/06/2017                    Participant: IC HOLDINGS LLC

SUMMONS - RETD P.S.

Date: 06/19/2017

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### AFFIDAVIT OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 07/06/2017                                         Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 07/06/2017 | Participant: AMBROSE YVONNE |

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 07/06/2017 | Participant: AMBROSE YVONNE |

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 07/06/2017 | Participant: BACKPAGE.COM LLC |

CASE ELECTRONICALLY FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/12/2017 | Participant: AMBROSE |

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 07/28/2017
Court Time: 0930

Judge: ESRIG, JERRY A.

| Activity Date: 07/28/2017 | Participant: BACKPAGE |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 08/04/2017

Judge: AXELROOD LARRY G

| Activity Date: 07/28/2017 | Participant: AMBROSE |

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 08/11/2017
Court Time: 0930

Judge: AXELROOD LARRY G

Activity Date: 07/31/2017                     Participant: UGC TECH GROUP CV

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/31/2017                     Participant: BACKPAGE.COM LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/31/2017                     Participant: BACK PAGE LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/31/2017          Participant: CAMARILLO HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/31/2017          Participant: DARTMOOR HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 07/31/2017                     Participant: IC HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: LEEWARD HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: UGC TECH GROUP CV |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: BACKPAGE.COM LLC |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: BACK PAGE LLC |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: CAMARILLO HOLDINGS LLC |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: IC HOLDINGS LLC |
|---|---|

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: LEEWARD HOLDINGS LLC |
| --- | --- |

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: BACKPAGE.COM LLC |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: BACK PAGE LLC |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: CAMARILLO HOLDINGS |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: DARTMOOR HOLDINGS |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: IC HOLDINGS LLC |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: LEEWARD HOLDINGS L |
| --- | --- |

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 07/31/2017 | Participant: UGC TECH GROUP CV |
|---|---|

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 08/11/2017 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 08/18/2017
Court Time: 0930

Judge: ESRIG, JERRY A.

| Activity Date: 08/16/2017 | Participant: AMBROSE YVONNE |
|---|---|

CERTIFICATE OF MAILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 08/16/2017 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 08/16/2017 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 08/16/2017 | Participant: AMBROSE YVONNE |
|---|---|

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 08/18/2017                                    Participant: AMBROSE

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR
PERSON - ALLOWED -

Date: 10/20/2017                          Judge: ESRIG, JERRY A.

Activity Date: 08/18/2017                                    Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 10/20/2017
Court Time: 0930                          Judge: ESRIG, JERRY A.

Activity Date: 08/18/2017                                    Participant: AMBROSE

DEFAULT - CONTINUED -

Date: 10/20/2017
Court Time: 0930                          Judge: ESRIG, JERRY A.

Activity Date: 10/20/2017                                    Participant: AMBROSE

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 10/20/2017                          Judge: ESRIG, JERRY A.

Activity Date: 12/06/2017                          Participant: AMBROSE YVONNE

CASE REMANDED FROM FEDERAL COURT - ALLOWED -

Judge: FLANNERY, JAMES P

Activity Date: 12/08/2017                          Participant: BACKPAGE.COM LLC

ELECTRONIC NOTICE SENT

Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

| Activity Date: 12/08/2017 | Participant: AMBROSE YVONNE |
|---|---|

### ELECTRONIC NOTICE SENT

Attorney: ROMANUCCI &
BLANDIN
Microfilm: LD000000000

| Activity Date: 12/08/2017 | Participant: AMBROSE YVONNE |
|---|---|

### CASE SET ON ASSIGNMENT CALL

Date: 12/27/2017
Court Time: 1030
Court Room: 2005

Judge: FLANNERY, JAMES P
Microfilm: LD999999997

| Activity Date: 12/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

### CERTIFICATE FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 12/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

### NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 12/12/2017 | Participant: AMBROSE YVONNE |
|---|---|

### PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 12/27/2017 | Participant: AMBROSE |
|---|---|

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 01/17/2018
Court Time: 1030

Judge: FLANNERY, JAMES P

| Activity Date: 12/27/2017 | Participant: AMBROSE |
|---|---|

## AMEND COMPLAINT OR PETITION - CONTINUED -

Date: 01/17/2018
Court Time: 1030                                    Judge: FLANNERY, JAMES P


Activity Date: 12/27/2017                    Participant: AMBROSE

### CASE RERANDOMIZED TO MOTION CALL

Judge: FLANNERY, JAMES P


Activity Date: 01/17/2018                    Participant: BACK PAGE LLC

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B


Activity Date: 01/17/2018                    Participant: CAMARILLO HOLDINGS LLC

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B


Activity Date: 01/17/2018                    Participant: DARTMOOR HOLDINGS LLC

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B


Activity Date: 01/17/2018                    Participant: BACK PAGE LLC

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B


Activity Date: 01/17/2018                    Participant: CAMARILLO HOLDINGS LLC

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 01/17/2018                     Participant: DARTMOOR HOLDINGS LLC

### NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 01/17/2018                     Participant: AMBROSE

### AMEND COMPLAINT OR PETITION - ALLOWED -

Date: 02/15/2018                              Judge: LAWLER,
                                              CHRISTOPHER
                                              EDWARD

Activity Date: 01/17/2018                     Participant: AMBROSE

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 02/26/2018                              Judge: LAWLER,
Court Time: 1030                              CHRISTOPHER
                                              EDWARD

Activity Date: 02/14/2018                     Participant: AMBROSE YVONNE

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/14/2018                     Participant: ROBINSON DESIREE EST

### NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/14/2018                     Participant: AMBROSE YVONNE

### MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/14/2018                     Participant: ROBINSON DESIREE EST

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: BACKPAGE |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018               Judge: FLANAGAN, KATHY
                               M

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: CAMARILLO |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018               Judge: FLANAGAN, KATHY
                               M

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: IC HOLDINGS |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018               Judge: FLANAGAN, KATHY
                               M

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: DARTMOOR |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018               Judge: FLANAGAN, KATHY
                               M

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: LEEWARD |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018               Judge: FLANAGAN, KATHY
                               M

| | |
|---|---|
| Activity Date: 02/26/2018 | Participant: MEDALIST HOLDING |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018                           Judge: FLANAGAN, KATHY
                                           M

| Activity Date: 02/26/2018 | Participant: NEW TIMES MEDIA |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018                           Judge: FLANAGAN, KATHY
                                           M

| Activity Date: 02/26/2018 | Participant: ROSALES ANTONIO |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018                           Judge: FLANAGAN, KATHY
                                           M

| Activity Date: 02/26/2018 | Participant: UGC TECK |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 03/14/2018                           Judge: FLANAGAN, KATHY
                                           M

| Activity Date: 02/26/2018 | Participant: AMBROSE |
|---|---|

EXECUTE OR PERFORM - ALLOWED -

Date: 03/26/2018                           Judge: FLANAGAN, KATHY
                                           M

| Activity Date: 02/26/2018 | Participant: AMBROSE YVONNE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 03/26/2018                           Judge: FLANAGAN, KATHY
Court Time: 1030                           M

Activity Date: 03/06/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 03/06/2018                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 03/14/2018                    Participant: UGC TECH GROUP CV

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/14/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/14/2018                    Participant: IC HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/14/2018                    Participant: LEEWARD HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/14/2018                    Participant: UGC TECH GROUP CV

MOTION SCHEDULED

Date: 03/26/2018                          Attorney: GIAMPIETRO WAYNE
Court Time: 1100                          B

---

Activity Date: 03/14/2018                 Participant: UGC TECH GROUP CV

### MOTION SCHEDULED

Date: 03/26/2018                          Attorney: GIAMPIETRO WAYNE
Court Time: 1100                          B

---

Activity Date: 03/14/2018                 Participant: UGC TECH GROUP CV

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 03/14/2018                 Participant: BACKPAGE.COM LLC

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 03/14/2018                 Participant: CAMARILLO HOLDINGS LLC

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 03/14/2018                 Participant: DARTMOOR HOLDINGS LLC

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 03/14/2018                 Participant: IC HOLDINGS LLC

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/14/2018 | Participant: LEEWARD HOLDINGS LLC |
|---|---|

MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/23/2018 | Participant: CAMARILLO HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: IC HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: IC HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: LEEWARD HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: LEEWARD HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: UGC TECH GROUP CV

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: UGC TECH GROUP CV

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: BACKPAGE.COM LLC

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: BACKPAGE.COM LLC

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: CAMARILLO HOLDINGS LLC

EXHIBITS FILED

Judge: FLANNERY, JAMES P
Attorney: ROMAN MICHAEL A
Microfilm: LD000000000

Activity Date: 03/23/2018                    Participant: BACKPAGE.COM LLC

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                    Participant: CAMARILLO HOLDINGS

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: DARTMOOR HOLDINGS

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: IC HOLDINGS LLC

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: LEEWARD HOLDINGS L

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: UGC TECH GROUP CV

EXHIBITS FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: DARTMOOR HOLDINGS LLC

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: IC HOLDINGS LLC

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: LEEWARD HOLDINGS LLC

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018                     Participant: UGC TECH GROUP CV

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018      Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018      Participant: CAMARILLO HOLDINGS LLC

MOTION FILED

Attorney: ROMAN MICHAEL A

Activity Date: 03/23/2018      Participant: UGC TECH GROUP CV

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 03/23/2018      Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 03/23/2018      Participant: CAMARILLO HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 03/23/2018      Participant: DARTMOOR HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 03/23/2018      Participant: IC HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/23/2018 | Participant: LEEWARD HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/23/2018 | Participant: BACKPAGE.COM LLC |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: CAMARILLO HOLDINGS |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: DARTMOOR HOLDINGS |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: IC HOLDINGS LLC |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: LEEWARD HOLDINGS L |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| Activity Date: 03/23/2018 | Participant: UGC TECH GROUP CV |

RESTRICTED IMAGE

Attorney: ROMAN MICHAEL A

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: UGC TECH GROUP CV |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: UGC TECH GROUP CV |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE.COM LLC |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE.COM LLC |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: CAMARILLO HOLDINGS LLC |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: CAMARILLO HOLDINGS LLC |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: DARTMOOR HOLDINGS LLC |

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: DARTMOOR HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: IC HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: IC HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: BACKPAGE.COM LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: CAMARILLO HOLDINGS

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 03/26/2018               Participant: DARTMOOR HOLDINGS

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/26/2018 | Participant: IC HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: UGC TECH GROUP CV |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: UGC TECH GROUP CV |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: CAMARILLO HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/26/2018 | Participant: IC HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE |

CONTINUANCE - ALLOWED -

Date: 06/05/2018
Court Time: 1100

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: AMBROSE |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 05/21/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 06/04/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE |

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: BACKPAGE |

COURTESY COPIES REQUIRED - ALLOWED

Date: 06/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 03/26/2018 | Participant: AMBROSE |

COURTESY COPIES REQUIRED - ALLOWED

Date: 06/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 03/26/2018 | Participant: BACKPAGE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 06/05/2018
Court Time: 1100

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 03/26/2018 | Participant: BACKPAGE |
|---|---|

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

Date: 06/05/2018
Court Time: 1100

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 03/26/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/26/2018 | Participant: CAMARILLO HOLDINGS |
|---|---|

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/26/2018 | Participant: DARTMOOR HOLDINGS |
|---|---|

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 03/26/2018 | Participant: IC HOLDINGS LLC |
|---|---|

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE B

Activity Date: 03/26/2018                    Participant: UGC TECH GROUP CV

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE B

Activity Date: 04/04/2018                    Participant: HAZLEY JOSEPH

SUMMONS RETURNED - N.S. REASON: OTHER REASON

Date: 04/04/2018
Court Fee: 60.00                             Microfilm: LD000000000

Activity Date: 04/04/2018                    Participant: AMBROSE YVONNE

NOTICE OF MOTION FILED

Date: 04/12/2018                             Attorney: ROMANUCCI &
Court Time: 1100                             BLANDIN

Activity Date: 04/04/2018                    Participant: AMBROSE YVONNE

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/04/2018                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/04/2018                    Participant: AMBROSE YVONNE

MOTION SCHEDULED

Date: 04/12/2018                             Attorney: ROMANUCCI &
Court Time: 1100                             BLANDIN

Activity Date: 04/05/2018                    Participant: MCFEE CHARLES

SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 04/04/2018
Court Fee: 60.00                    Microfilm: LD000000000

Activity Date: 04/10/2018                    Participant: HAZLEY JOSEPH

SUMMONS RETURNED - N.S. REASON: OTHER REASON

Activity Date: 04/12/2018                    Participant: AMBROSE

ORDER TO REDACT-ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                    Participant: BACKPAGE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 05/10/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                    Participant: AMBROSE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 05/31/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                    Participant: AMBROSE

IMPOUND EXHIBITS OR DOCUMENTS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                                    Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                                    Participant: BACKPAGE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/12/2018                                    Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 06/05/2018                          Judge: LAWLER,
Court Time: 1100                          CHRISTOPHER
                                          EDWARD

Activity Date: 04/12/2018                                    Participant: BACKPAGE

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR
PORTION THEREOF - CNT -

Date: 06/05/2018                          Judge: LAWLER,
Court Time: 1100                          CHRISTOPHER
                                          EDWARD

Activity Date: 04/19/2018                          Participant: AMBROSE YVONNE

ALIAS SUMMONS ISSUED

Court Fee: 6.00                           Attorney: ROMANUCCI &
                                          BLANDIN

Activity Date: 04/19/2018                          Participant: AMBROSE YVONNE

ALIAS SUMMONS ISSUED

Court Fee: 6.00                           Attorney: ROMANUCCI &
                                          BLANDIN

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: AMBROSE YVONNE |

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: AMBROSE YVONNE |

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: AMBROSE YVONNE |

APPOINT SPECIAL DEPUTY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: ROBINSON DESIREE EST |

APPOINT SPECIAL DEPUTY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: HAZLEY JOSEPH |

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 04/19/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 04/19/2018 | Participant: MCFEE CHARLES |

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 04/19/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/25/2018                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/25/2018          Participant: ROBINSON DESIREE EST

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/25/2018                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/25/2018          Participant: ROBINSON DESIREE EST

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018          Participant: ROBINSON DESIREE EST

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: ROBINSON DESIREE EST

AMENDED COMPLAINT FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: AMBROSE YVONNE

AMENDED COMPLAINT FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: AMBROSE YVONNE

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: ROBINSON DESIREE EST

PROOF OF SERVICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 04/27/2018                    Participant: BACKPAGE

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 05/25/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 04/27/2018                    Participant: AMBROSE

AMEND COMPLAINT OR PETITION - ALLOWED -

|  | |
|---|---|
| Date: 04/27/2018 | Judge: LAWLER, CHRISTOPHER EDWARD |

| Activity Date: 04/27/2018 | Participant: AMBROSE |
|---|---|

### ORDER TO STAND - ALLOWED

|  | |
|---|---|
| Date: 06/05/2018 | Judge: LAWLER, CHRISTOPHER EDWARD |

| Activity Date: 05/01/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

### NOTICE FILED

Attorney: PRO SE

| Activity Date: 05/16/2018 | Participant: AMBROSE YVONNE |
|---|---|

### NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 05/16/2018 | Participant: IC HOLDINGS LLC |
|---|---|

### MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 05/16/2018 | Participant: UGC TECH GROUP CV |
|---|---|

### MOTION FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 05/16/2018 | Participant: BACK PAGE LLC |
|---|---|

### MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 05/16/2018                    Participant: DARTMOOR HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 05/16/2018                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 05/16/2018                    Participant: IC HOLDINGS LLC

MOTION SCHEDULED

Date: 05/24/2018                    Attorney: GIAMPIETRO WAYNE
Court Time: 1100                    B

Activity Date: 05/17/2018                    Participant: LEEWARD HOLDINGS LLC

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 05/17/2018                    Participant: MEDALIST HOLDINGS LLC

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 05/17/2018                    Participant: CAMARILLO HOLDINGS LLC

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 05/17/2018                    Participant: AMBROSE YVONNE

NOTICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 05/17/2018                    Participant: BACKPAGE.COM LLC

ELECTRONIC NOTICE SENT

Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 05/17/2018                    Participant: AMBROSE YVONNE

ELECTRONIC NOTICE SENT

Attorney: ROMANUCCI &
BLANDIN
Microfilm: LD000000000

Activity Date: 05/17/2018                    Participant: AMBROSE YVONNE

CASE SET ON TRIAL SETTING CALL IN 2006

Date: 08/16/2018
Court Time: 0930                             Judge: MARAS, MARCIA
Court Room: 2006                             Microfilm: LD000000000

Activity Date: 05/24/2018                    Participant: AMBROSE

APPOINT SPECIAL DEPUTY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 05/24/2018                    Participant: AMBROSE

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 05/24/2018                    Participant: AMBROSE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 06/07/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 05/24/2018 | Participant: AMBROSE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 05/24/2018 | Participant: BACKPAGE |
|---|---|

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 06/28/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 05/24/2018 | Participant: BACKPAGE |
|---|---|

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 05/24/2018 | Participant: AMBROSE |
|---|---|

AMEND COMPLAINT OR PETITION - ALLOWED -

Date: 05/31/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 05/24/2018 | Participant: MCDOUGALL ELIZABE |
|---|---|

ADD RESPONDENT IN DISCOVERY - ALLOWED

Date: 05/24/2018            Judge: LAWLER, CHRISTOPHER EDWARD

---

Activity Date: 05/24/2018        Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 06/27/2018
Court Time: 1100          Judge: LAWLER, CHRISTOPHER EDWARD

---

Activity Date: 05/30/2018        Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

---

Activity Date: 05/30/2018        Participant: ROBINSON DESIREE EST

EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

---

Activity Date: 05/30/2018        Participant: AMBROSE YVONNE

AMENDED COMPLAINT FILED

Attorney: ROMANUCCI & BLANDIN

---

Activity Date: 05/30/2018        Participant: ROBINSON DESIREE EST

AMENDED COMPLAINT FILED

Attorney: ROMANUCCI & BLANDIN

---

Activity Date: 05/30/2018        Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 05/30/2018 | Participant: ROBINSON DESIREE EST |

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: IC HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: LEEWARD HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: MEDALIST HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: UGC TECH GROUP CV |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: BACK PAGE LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: CAMARILLO HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: DARTMOOR HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: IC HOLDINGS LLC |

MOTION SCHEDULED

Date: 06/14/2018
Court Time: 1100

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/05/2018 | Participant: AMBROSE |

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 06/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| | |
|---|---|
| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: ROBINSON DESIREE EST

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: ROBINSON DESIREE EST

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: AMBROSE YVONNE

ALIAS SUMMONS ISSUED

Court Fee: 60.00                    Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: AMBROSE YVONNE

ALIAS SUMMONS ISSUED

Court Fee: 18.00                    Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: AMBROSE YVONNE

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 06/06/2018                    Participant: ROBINSON DESIREE EST

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |

### NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |

### NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 06/06/2018 | Participant: AMBROSE YVONNE |

### MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 06/06/2018 | Participant: ROBINSON DESIREE EST |

### MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 06/12/2018 | Participant: IC HOLDINGS LLC |

### EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 06/12/2018 | Participant: IC HOLDINGS LLC |

### EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 06/12/2018 | Participant: LEEWARD HOLDINGS LLC |

### EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: LEEWARD HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: UGC TECH GROUP CV |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: UGC TECH GROUP CV |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: CAMARILLO HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: CAMARILLO HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: DARTMOOR HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: DARTMOOR HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: IC HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: LEEWARD HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: MEDALIST HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: UGC TECH GROUP CV

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: CAMARILLO HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: DARTMOOR HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: IC HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 06/12/2018                    Participant: LEEWARD HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: UGC TECH GROUP CV |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/12/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: IC HOLDINGS LLC |
|---|---|

AFFIDAVIT FILED

| Activity Date: 06/14/2018 | Participant: UGC TECH GROUP CV |
|---|---|

AFFIDAVIT FILED

| Activity Date: 06/14/2018 | Participant: BACK PAGE LLC |
|---|---|

AFFIDAVIT FILED

| Activity Date: 06/14/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

AFFIDAVIT FILED

| Activity Date: 06/14/2018 | Participant: IC HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: UGC TECH GROUP CV |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: BACK PAGE LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: IC HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: UGC TECH GROUP CV |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: BACK PAGE LLC |
|---|---|

### MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: DARTMOOR HOLDINGS LLC |
|---|---|

### MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |
|---|---|

### EXTEND TIME - ALLOWED -

Date: 06/28/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |
|---|---|

### EXTEND TIME - ALLOWED -

Date: 07/12/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |
|---|---|

### EXTEND TIME - ALLOWED -

Date: 07/12/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |
|---|---|

### FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 06/28/2018     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 07/12/2018     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 07/12/2018     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |

STRIKE FROM THE CALL - ALLOWED -

Date: 06/27/2018     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 06/14/2018 | Participant: BACKPAGE.COM |

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 07/16/2018
Court Time: 1100     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 06/27/2018 | Participant: AMBROSE |

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 06/27/2018     Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 07/05/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

### MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

|  | Attorney: GIAMPIETRO WAYNE B |
|---|---|

| Activity Date: 07/05/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

### MOTION SCHEDULED

| Date: 07/16/2018<br>Court Time: 1100 | Attorney: GIAMPIETRO WAYNE B |
|---|---|

| Activity Date: 07/10/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

### MOTION FILED

|  | Attorney: GIAMPIETRO WAYNE B |
|---|---|

| Activity Date: 07/16/2018 | Participant: BACKPAGE |
|---|---|

### CONTINUANCE - ALLOWED -

| Date: 08/20/2018<br>Court Time: 1130 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 07/16/2018 | Participant: BACKPAGE |
|---|---|

### FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

| Date: 07/23/2018 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 07/16/2018 | Participant: BACKPAGE |
|---|---|

### FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

| Date: 08/13/2018 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

Activity Date: 07/16/2018                                Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                Participant: BACKPAGE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                Participant: AMBROSE

ISSUE WRIT - ALLOWED -

Date: 07/16/2018                                         Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                Participant: AMBROSE

ISSUE WRIT - ALLOWED -

Date: 07/20/2018                                         Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                Participant: AMBROSE

SERVICE BY SPECIAL ORDER OF COURT - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                Participant: BACKPAGE

AGREED ORDER ENTERED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: AMBROSE

AGREED ORDER ENTERED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: BACKPAGE

COURTESY COPIES REQUIRED - ALLOWED

Date: 07/18/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: AMBROSE

COURTESY COPIES REQUIRED - ALLOWED

Date: 07/18/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: BACKPAGE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 08/20/2018                    Judge: LAWLER,
Court Time: 1130                    CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: BACKPAGE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 08/20/2018                    Judge: LAWLER,
Court Time: 1130                    CHRISTOPHER
EDWARD

Activity Date: 07/16/2018                                    Participant: BACKPAGE

WITHDRAWAL OF ATTORNEY FROM CASE - CONTINUED -

Date: 08/20/2018
Court Time: 1130

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 07/17/2018 | Participant: AMBROSE YVONNE |

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 07/17/2018 | Participant: AMBROSE YVONNE |

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 07/17/2018 | Participant: AMBROSE YVONNE |

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 07/17/2018 | Participant: AMBROSE YVONNE |

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 07/17/2018 | Participant: AMBROSE YVONNE |

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 07/17/2018 | Participant: AMBROSE |

STRIKE FROM THE CALL - ALLOWED -

Date: 08/20/2018
Court Time: 1130

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 07/17/2018 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 08/21/2018
Court Time: 0230

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 07/17/2018 | Participant: BACKPAGE |
|---|---|

WITHDRAWAL OF ATTORNEY FROM CASE - CONTINUED -

Date: 08/21/2018
Court Time: 0230

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 07/19/2018 | Participant: ROBINSON DESIREE EST |
|---|---|

ALIAS SUMMONS ISSUED

Court Fee: 6.00

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 08/08/2018 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 08/13/2018 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 08/13/2018 | Participant: AMBROSE YVONNE |
|---|---|

MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 08/16/2018 | Participant: AMBROSE YVONNE |
|---|---|

## CASE CONTINUED ON TRIAL CALL

Date: 12/06/2018

Judge: MARAS, MARCIA
Microfilm: LD999999998

---

Activity Date: 08/16/2018                    Participant: AMBROSE YVONNE

## CASE SET ON TRIAL SETTING STATUS CALL IN 2005

Date: 12/06/2018
Court Time: 1000

Judge: MARAS, MARCIA

---

Activity Date: 08/16/2018                    Participant: AMBROSE YVONNE

## CASE RETURNED FOR CASE MANAGEMENT WITH A TRIAL DATE

Date: 08/21/2018
Court Time: 0230

Judge: MARAS, MARCIA

---

Activity Date: 08/20/2018                    Participant: SPEAR SCOTT

## APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 08/20/2018                    Participant: SPEAR SCOTT

## NOTICE OF MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 08/20/2018                    Participant: SPEAR SCOTT

## MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 08/20/2018                    Participant: AMBROSE

## STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 08/20/2018                              Judge: LAWLER,
                                                      CHRISTOPHER
                                                      EDWARD

---

Activity Date: 08/21/2018                      Participant: MCDOUGALL

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 08/21/2018                      Participant: BEDRIJVEN

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 08/21/2018                      Participant: WEBSITE TECK

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 08/21/2018                      Participant: POSTING SOLUTION

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 08/21/2018                      Participant: AMSTEL

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 08/21/2018                      Participant: BACKPAGE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 08/30/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/21/2018 | Participant: AMBROSE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 08/30/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/21/2018 | Participant: SPEAR |
|---|---|

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/21/2018 | Participant: BACKPAGE |
|---|---|

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/21/2018 | Participant: UGC |
|---|---|

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/21/2018 | Participant: CAMARILLO |
|---|---|

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

---

Activity Date: 08/21/2018                    Participant: LEEWARD

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

---

Activity Date: 08/21/2018                    Participant: MEDALIST

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

---

Activity Date: 08/21/2018                    Participant: IC HOLDINGS

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Date: 10/05/2018                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

---

Activity Date: 08/21/2018                    Participant: SPEAR

LEAVE TO JOIN IN MOTION - ALLOWED

                                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

---

Activity Date: 08/21/2018                    Participant: BACKPAGE

LEAVE TO JOIN IN MOTION - ALLOWED

                                    Judge: LAWLER,
                                           CHRISTOPHER
                                           EDWARD

Activity Date: 08/21/2018       Participant: UGC

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 08/21/2018       Participant: CAMARILLO

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 08/21/2018       Participant: LEEWARD

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 08/21/2018       Participant: MEDALIST

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 08/21/2018       Participant: IC HOLDINGS

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 08/21/2018       Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 10/24/2018       Judge: LAWLER,
Court Time: 1100       CHRISTOPHER
EDWARD

| Activity Date: 08/22/2018 | Participant: LACEY MICHAEL |
|---|---|

### APPEARANCE FILED - FEE PAID -

| Court Fee: 237.00 | Attorney: GIAMPIETRO WAYNE B |
|---|---|

| Activity Date: 08/22/2018 | Participant: LACEY MICHAEL |
|---|---|

### MOTION FILED

| | Attorney: GIAMPIETRO WAYNE B |
|---|---|

| Activity Date: 08/23/2018 | Participant: AMBROSE YVONNE |
|---|---|

### ALIAS SUMMONS ISSUED

| Court Fee: 6.00 | Attorney: ROMANUCCI & BLANDIN |
|---|---|

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |
|---|---|

### ALIAS SUMMONS ISSUED

| Court Fee: 6.00 | Attorney: ROMANUCCI & BLANDIN |
|---|---|

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |
|---|---|

### ALIAS SUMMONS ISSUED

| Court Fee: 6.00 | Attorney: ROMANUCCI & BLANDIN |
|---|---|

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |
|---|---|

### ALIAS SUMMONS ISSUED

| Court Fee: 6.00 | Attorney: ROMANUCCI & BLANDIN |
|---|---|

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |
|---|---|

### ALIAS SUMMONS ISSUED

Court Fee: 6.00                                   Attorney: ROMANUCCI &
                                                  BLANDIN

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

                                                  Attorney: ROMANUCCI &
                                                  BLANDIN

| Activity Date: 08/30/2018 | Participant: AMBROSE YVONNE |

NOTICE OF MOTION FILED

                                                  Attorney: ROMANUCCI &
                                                  BLANDIN

| Activity Date: 08/31/2018 | Participant: AMBROSE YVONNE |

PROTECTIVE ORDER - ALLOWED -

                                                  Judge: LAWLER,
                                                  CHRISTOPHER
                                                  EDWARD

| Activity Date: 08/31/2018 | Participant: BACKPAGE.COM |

PROTECTIVE ORDER - ALLOWED -

                                                  Judge: LAWLER,
                                                  CHRISTOPHER
                                                  EDWARD

| Activity Date: 09/20/2018 | Participant: BACKPAGE.COM LLC |

AFFIDAVIT FILED

| Activity Date: 09/20/2018 | Participant: BACKPAGE.COM LLC |

EXHIBITS FILED

                                                  Attorney: GIAMPIETRO WAYNE
                                                  B

| Activity Date: 09/20/2018 | Participant: BACKPAGE.COM LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/20/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/20/2018                    Participant: BACKPAGE.COM LLC

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/20/2018                    Participant: BACKPAGE.COM LLC

RESTRICTED IMAGE

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/26/2018                    Participant: BACKPAGE.COM LLC

NOTICE OF MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/26/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 09/26/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 09/26/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

## MOTION SCHEDULED

Date: 10/11/2018
Court Time: 1100

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 09/26/2018 | Participant: BACKPAGE.COM LLC |
|---|---|

## MOTION SCHEDULED

Date: 10/11/2018
Court Time: 1100

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 09/28/2018 | Participant: AMBROSE YVONNE |
|---|---|

## EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 09/28/2018 | Participant: AMBROSE YVONNE |
|---|---|

## EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 09/28/2018 | Participant: AMBROSE YVONNE |
|---|---|

## EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 09/28/2018 | Participant: AMBROSE YVONNE |
|---|---|

## NOTICE OF MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 09/28/2018 | Participant: AMBROSE YVONNE |
|---|---|

## NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 09/28/2018                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 09/28/2018                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/02/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/02/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/02/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/02/2018                    Participant: AMBROSE YVONNE

NOTICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/02/2018                    Participant: AMBROSE YVONNE

EMERGENCY MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/03/2018                    Participant: AMBROSE

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/03/2018                    Participant: AMBROSE

QUASH RULE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/03/2018                    Participant: AMBROSE

COURT DATE TO STAND - ALLOWED

Date: 10/10/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/03/2018                    Participant: AMBROSE

COURT DATE TO STAND - ALLOWED

Date: 10/24/2018                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/09/2018                    Participant: AMBROSE YVONNE

ALIAS SUMMONS ISSUED

Court Fee: 6.00                    Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/10/2018                    Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00        Attorney: MONICO PAVICH & SPEVACK

Activity Date: 10/10/2018        Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE WAIVER -

Attorney: MONICO PAVICH & SPEVACK

Activity Date: 10/11/2018        Participant: AMBROSE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 10/16/2018        Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 10/11/2018        Participant: BACKPAGE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 10/23/2018        Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 10/11/2018        Participant: BACKPAGE

COURTESY COPIES REQUIRED - ALLOWED

Date: 10/23/2018        Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 10/11/2018        Participant: AMBROSE

COURTESY COPIES REQUIRED - ALLOWED

Date: 10/23/2018        Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 10/11/2018        Participant: BACKPAGE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 10/24/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/11/2018                    Participant: BACKPAGE

EXTEND TIME - CONTINUED -

Date: 10/24/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/11/2018                    Participant: BACKPAGE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
CONTINUED -

Date: 10/24/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/11/2018                    Participant: BACKPAGE

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
CONTINUED -

Date: 10/24/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/11/2018                    Participant: BACKPAGE

STRIKE OR VACATE AN ORDER - CONTINUED -

Date: 10/24/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/16/2018                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/16/2018                    Participant: AMBROSE YVONNE

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/16/2018                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/22/2018                    Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00                            Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/22/2018                    Participant: BACKPAGE.COM LLC

CERTIFICATE FILED

Activity Date: 10/22/2018                    Participant: BACKPAGE.COM LLC

CERTIFICATE FILED

Activity Date: 10/22/2018                    Participant: MEDALIST HOLDINGS LLC

EXHIBITS FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 10/22/2018                    Participant: MEDALIST HOLDINGS LLC

RESPONSE / REPLY - FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 10/22/2018                    Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: AMBROSE YVONNE

AFFIDAVIT FILED

Activity Date: 10/24/2018                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 10/24/2018                    Participant: BEDRIJVEN ATLANTI

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/24/2018                    Participant: BACKPAGE

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD -
ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 10/24/2018                    Participant: BACKPAGE.COM LLC

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: AD TECH BV

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: AMSTEL RIVER HOLD

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: BACK PAGE LLC

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: CAMARILLO HOLDING

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: CEREUS PROPERTIES

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                                    Participant: DARTMOOR HOLDINGS

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                                    Participant: IC HOLDINGS LLC

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                                    Participant: LACEY MICHAEL

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                                    Participant: LARKIN JAMES

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                                    Participant: LEEWARD HOLDINGS

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: MCDOUGALL ELIZABE

## SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: MEDALIST HOLDINGS

## SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: NEW TIMES MEDIA L

## SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: POSTING SOLUTIONS

## SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 10/24/2018                    Participant: SPEAR SCOTT

## SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

| Activity Date: 10/24/2018 | Participant: UGC TECH GROUP CV |
|---|---|

### SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

| Activity Date: 10/24/2018 | Participant: WEBSITE TECHNOLOG |
|---|---|

### SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

| Activity Date: 10/24/2018 | Participant: FERRER CARL |
|---|---|

### SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: MONICO PAVICH &
SPEVACK

| Activity Date: 10/24/2018 | Participant: AD TECH BV |
|---|---|

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

Activity Date: 10/24/2018                     Participant: AMSTEL RIVER HOLD

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                     Participant: BACK PAGE LLC

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                     Participant: CAMARILLO HOLDING

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                     Participant: CEREUS PROPERTIES

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                     Participant: LACEY MICHAEL

### WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: LARKIN JAMES |
|---|---|

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: LEEWARD HOLDINGS |
|---|---|

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: MCDOUGALL ELIZABE |
|---|---|

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: MEDALIST HOLDINGS |
|---|---|

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: NEW TIMES MEDIA L |
|---|---|

## WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: POSTING SOLUTIONS |
|---|---|

## WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: SPEAR SCOTT |
|---|---|

## WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

| Activity Date: 10/24/2018 | Participant: UGC TECH GROUP CV |
|---|---|

## WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Attorney: GIAMPIETRO WAYNE
B

Microfilm: LD000000000

Activity Date: 10/24/2018                          Participant: WEBSITE TECHNOLOG

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                          Participant: DARTMOOR HOLDINGS

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                          Participant: IC HOLDINGS LLC

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                          Participant: BACKPAGE.COM LLC

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B
Microfilm: LD000000000

Activity Date: 10/24/2018                          Participant: FERRER CARL

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD
Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 10/24/2018 | Participant: AMBROSE |
|---|---|

AMEND COMPLAINT OR PETITION - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 10/24/2018 | Participant: MCDOUGALL |
|---|---|

CONVERT RESPONDENT TO DEFENDANT - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 10/24/2018 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 11/20/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 10/24/2018 | Participant: BACKPAGE |
|---|---|

STAY OF PROCEEDINGS ORDER - CONTINUED -

Date: 11/20/2018
Court Time: 1130

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 10/26/2018 | Participant: AMBROSE YVONNE |
|---|---|

CERTIFICATE FILED

Activity Date: 10/26/2018                    Participant: AMBROSE YVONNE

SUBPOENA FILED


Activity Date: 10/26/2018                    Participant: AMBROSE YVONNE

AMENDED COMPLAINT FILED

                                        Attorney: ROMANUCCI &
                                        BLANDIN

Activity Date: 10/26/2018                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

                                        Attorney: ROMANUCCI &
                                        BLANDIN


Activity Date: 10/29/2018                    Participant: AMBROSE YVONNE

SUMMONS ISSUED AND RETURNABLE

                                        Attorney: ROMANUCCI &
                                        BLANDIN


Activity Date: 10/29/2018                    Participant: AMBROSE YVONNE

SUMMONS ISSUED AND RETURNABLE

                                        Attorney: ROMANUCCI &
                                        BLANDIN


Activity Date: 11/15/2018                    Participant: MEDALIST HOLDINGS LLC

EXHIBITS FILED

                                        Attorney: GIAMPIETRO WAYNE
                                        B

Activity Date: 11/15/2018                    Participant: MEDALIST HOLDINGS LLC

RESPONSE / REPLY - FILED

                                        Attorney: GIAMPIETRO WAYNE
                                        B

| Activity Date: 11/15/2018 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 11/15/2018 | Participant: AMBROSE YVONNE |
|---|---|

EMERGENCY MOTION FILED

Attorney: ROMANUCCI & BLANDIN

| Activity Date: 11/16/2018 | Participant: AMBROSE YVONNE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/16/2018 | Participant: AMBROSE YVONNE |
|---|---|

AMEND COMPLAINT OR PETITION - ALLOWED -

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/16/2018 | Participant: AMBROSE YVONNE |
|---|---|

COURT DATE TO STAND - ALLOWED

Date: 11/20/2018
Court Time: 1130

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: AMBROSE |
|---|---|

CONTINUANCE - ALLOWED -

Date: 01/30/2019
Court Time: 1100

Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: AMBROSE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 01/02/2019      Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: BACKPAGE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 01/23/2019      Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: AMBROSE |
|---|---|

AMEND ORDER OR DECREE - ALLOWED -

Date: 10/26/2018      Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: AMBROSE |
|---|---|

INTERVENE - DEFENDANT - ALLOWED -

Date: 10/26/2018      Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: FERRER CARL |
|---|---|

ADD AN ADDITIONAL DEFENDANT - ALLOWED -

Date: 10/26/2018      Judge: LAWLER, CHRISTOPHER EDWARD

| Activity Date: 11/20/2018 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 01/30/2019
Court Time: 1100

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 12/05/2018                    Participant: AMBROSE YVONNE

CASE CONTINUED ON TRIAL CALL

Date: 12/06/2018

Judge: FLANNERY, JAMES P
Microfilm: LD999999998

Activity Date: 12/06/2018                    Participant: AMBROSE YVONNE

CASE CONTINUED ON TRIAL CALL

Date: 07/20/2020

Judge: SOLGANICK, IRWIN J
Microfilm: LD999999998

Activity Date: 12/06/2018                    Participant: AMBROSE

CASE SET ON ASSIGNMENT CALL

Date: 07/20/2020
Court Time: 1000

Judge: SOLGANICK, IRWIN J

Activity Date: 12/06/2018                    Participant: AMBROSE

CASE RETURNED FOR CASE MANAGEMENT WITH A TRIAL DATE

Date: 01/30/2019
Court Time: 1100

Judge: SOLGANICK, IRWIN J

Activity Date: 12/07/2018                    Participant: BACKPAGE.COM LLC

NOTICE OF MOTION FILED

Attorney: MONICO PAVICH & SPEVACK

Activity Date: 12/07/2018                    Participant: BACKPAGE.COM LLC

MOTION SCHEDULED

Date: 12/20/2018
Court Time: 1100

Attorney: MONICO PAVICH & SPEVACK

| Activity Date: 12/20/2018 | Participant: BACKPAGE |
|---|---|

EXTEND TIME - ALLOWED -

| Date: 01/09/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 12/20/2018 | Participant: BACKPAGE |
|---|---|

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

| Date: 01/09/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 12/20/2018 | Participant: BACKPAGE |
|---|---|

EXECUTE OR PERFORM - ALLOWED -

| | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 12/20/2018 | Participant: BACKPAGE |
|---|---|

COURT DATE TO STAND - ALLOWED

| Date: 01/30/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 12/20/2018 | Participant: BACKPAGE |
|---|---|

LEAVE TO JOIN IN MOTION - ALLOWED

| | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 01/04/2019 | Participant: AMBROSE YVONNE |
|---|---|

AFFIDAVIT OF SERVICE FILED

Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

AFFIDAVIT OF SERVICE FILED


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN


Activity Date: 01/04/2019                    Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/04/2019                 Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/09/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/09/2019 | Participant: AMBROSE YVONNE |
|---|---|

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/09/2019 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF FILING FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |
| --- | --- |

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 01/10/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/10/2019                    Participant: AMBROSE YVONNE

MOTION SCHEDULED

Date: 01/28/2019                    Attorney: ROMANUCCI &
Court Time: 1100                    BLANDIN

Activity Date: 01/16/2019              Participant: MCDOUGALL ELIZABETH

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00                    Attorney: LYNCH THOMPSON
                                     LLP

Activity Date: 01/16/2019              Participant: MCDOUGALL ELIZABETH

NOTICE OF MOTION FILED

Attorney: LYNCH THOMPSON
LLP

Activity Date: 01/16/2019              Participant: MCDOUGALL ELIZABETH

MOTION FILED

Attorney: LYNCH THOMPSON
LLP

Activity Date: 01/16/2019              Participant: MCDOUGALL ELIZABETH

MOTION SCHEDULED

Date: 01/29/2019                    Attorney: LYNCH THOMPSON
Court Time: 1100                    LLP

Activity Date: 01/17/2019                           Participant: AMBROSE YVONNE

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/17/2019                           Participant: AMBROSE YVONNE

ROUTINE MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/18/2019                           Participant: AMBROSE YVONNE

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 01/22/2019                           Participant: AMBROSE YVONNE

APPOINT SPECIAL DEPUTY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 01/22/2019                           Participant: BRUNST JOHN

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 01/22/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD
Microfilm: LD000000000

Activity Date: 01/25/2019                           Participant: HYER DAN

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: CRAMER JENNIFER
GOLDENSON

Activity Date: 01/25/2019                           Participant: VAUGHT JOYE

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: MATUSZEWICH
KELLY &MCKEEV

Activity Date: 01/25/2019

Participant: PADILLA ANDREW

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: MATUSZEWICH
KELLY &MCKEEV

Activity Date: 01/28/2019

Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 01/28/2019

Participant: MEDALIST HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 01/28/2019

Participant: HYER DAN

CONTINUANCE - ALLOWED -

Date: 02/13/2019
Court Time: 1100

Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019

Participant: MCDOUGALL ELIZABE

EXTEND TIME - ALLOWED -

Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019

Participant: AMBROSE YVONNE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 02/05/2019

Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: HYER DAN

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 02/13/2019      Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: MCDOUGALL ELIZABE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: AMBROSE YVONNE

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: AMBROSE YVONNE

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 01/29/2019      Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: AMBROSE YVONNE

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 01/30/2019      Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: HYER DAN

COURTESY COPIES REQUIRED - ALLOWED

Date: 02/13/2019      Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019      Participant: HYER DAN

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 02/13/2019
Court Time: 1100      Judge: CALLAHAN, JOHN P.

Activity Date: 01/28/2019                                    Participant: HYER DAN

### STAY OF PROCEEDINGS ORDER - CONTINUED -

Date: 02/13/2019
Court Time: 1100                                    Judge: CALLAHAN, JOHN P.

Activity Date: 01/29/2019                          Participant: CEREUS PROPERTIES LLC

### APPEARANCE FILED - NO FEE PAID -

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 01/29/2019                                    Participant: HYER DAN

### ANSWER TO MOTION FILED

Attorney: CRAMER JENNIFER
GOLDENSON

Activity Date: 01/29/2019                          Participant: BACKPAGE.COM LLC

### RESPONSE / REPLY - FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 01/29/2019                          Participant: AMBROSE YVONNE

### STRIKE FROM THE CALL - ALLOWED -

Date: 01/30/2019                                    Judge: CALLAHAN, JOHN P.

Activity Date: 01/29/2019                          Participant: AMBROSE YVONNE

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 02/14/2019
Court Time: 1100                                    Judge: CALLAHAN, JOHN P.

Activity Date: 02/05/2019                          Participant: AMBROSE YVONNE

### EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 02/05/2019 | Participant: AMBROSE YVONNE |
|---|---|

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 02/05/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

NOTICE OF MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 02/05/2019 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 02/05/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| Activity Date: 02/07/2019 | Participant: AMBROSE YVONNE |
|---|---|

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

| Activity Date: 02/07/2019 | Participant: VAUGHT JOYE |
|---|---|

NOTICE OF MOTION FILED

Attorney: MATUSZEWICH
KELLY &MCKEEV

| Activity Date: 02/07/2019 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/07/2019                    Participant: VAUGHT JOYE

MOTION FILED

Attorney: MATUSZEWICH
KELLY &MCKEEV

Activity Date: 02/07/2019                    Participant: AMBROSE YVONNE

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/13/2019                    Participant: BACKPAGE

CONTINUANCE - ALLOWED -

Date: 03/01/2019                    Judge: LAWLER,
Court Time: 0100                            CHRISTOPHER
EDWARD

Activity Date: 02/13/2019                    Participant: BACKPAGE

EXTEND TIME - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/13/2019                    Participant: AMBROSE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 02/21/2019                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/13/2019                    Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: AMBROSE |
|---|---|

DISCOVERY - ALLOWED -

Date: 03/01/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: AMBROSE |
|---|---|

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 02/14/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: BRUNST |
|---|---|

LEAVE TO JOIN IN MOTION - ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: BACKPAGE |
|---|---|

COURTESY COPIES REQUIRED - ALLOWED

Date: 02/15/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: AMBROSE |
|---|---|

COURTESY COPIES REQUIRED - ALLOWED

Date: 02/15/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 02/13/2019 | Participant: BACKPAGE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 03/01/2019
Court Time: 0100

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/13/2019                          Participant: BACKPAGE

DISMISS, STRIKE OR WITHDRAW A SPECIFIC COUNTER-PLAINTIFF -
CONTINUED -

Date: 03/01/2019
Court Time: 0100

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/13/2019                          Participant: BACKPAGE

STAY OF PROCEEDINGS ORDER - CONTINUED -

Date: 03/01/2019
Court Time: 0100

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/14/2019                          Participant: AMBROSE

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 02/14/2019

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 02/21/2019                          Participant: AMBROSE YVONNE

EXHIBITS FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/21/2019                          Participant: AMBROSE YVONNE

RESPONSE / REPLY - FILED

Attorney: ROMANUCCI &
BLANDIN

Activity Date: 02/21/2019 — Participant: AMBROSE YVONNE

NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 02/27/2019 — Participant: MCDOUGALL ELIZABETH

NOTICE OF MOTION FILED

Attorney: LYNCH THOMPSON LLP

Activity Date: 02/27/2019 — Participant: MCDOUGALL ELIZABETH

OBJECTIONS FILED

Attorney: LYNCH THOMPSON LLP

Activity Date: 03/01/2019 — Participant: BACKPAGE.COM

CONTINUANCE - ALLOWED -

Date: 06/06/2019

Court Time: 1200

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 03/01/2019 — Participant: AMBROSE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 05/15/2019

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 03/01/2019 — Participant: BACKPAGE.COM

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 06/05/2019

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 03/01/2019                                    Participant: BACKPAGE.COM

## FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 04/01/2019                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                            Participant: BACK PAGELLC57401

## ADD AN ADDITIONAL DEFENDANT - ALLOWED -

Date: 03/01/2019                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                              Participant: AMBROSE YVONNE

## MOTION TO - ALLOWED -

                                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                              Participant: AMBROSE YVONNE

## MOTION TO - ALLOWED -

                                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                                   Participant: FERRER CARL

## MOTION TO - ALLOWED -

                                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                                    Participant: HYER DAN

## MOTION TO - ALLOWED -

                                          Judge: LAWLER,
                                          CHRISTOPHER
                                          EDWARD

Activity Date: 03/01/2019                                    Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                                    Participant: BACKPAGE

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR
PERSON - ALLOWED -

Date: 05/01/2019                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                                    Participant: AMBROSE

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR
PERSON - ALLOWED -

Date: 05/01/2019                    Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                                    Participant: HYER DAN

DISCOVERY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                                    Participant: FERRER CARL

DISCOVERY - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                                    Participant: BACK PAGE6310312

VOLUNTARY DISMISSAL SPECIFIC DEFENDANT W/LEAVE TO
REFILE-ALLOWED

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                              Participant: AMBROSE

COURTESY COPIES REQUIRED - ALLOWED

Date: 06/06/2019                          Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                              Participant: BACKPAGE.COM

COURTESY COPIES REQUIRED - ALLOWED

Date: 06/06/2019                          Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                              Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 05/01/2019                          Judge: LAWLER,
Court Time: 1030                          CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                              Participant: BACKPAGE.COM

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 06/06/2019                          Judge: LAWLER,
Court Time: 1200                          CHRISTOPHER
EDWARD

Activity Date: 03/01/2019                              Participant: BACKPAGE.COM

STAY OF PROCEEDINGS ORDER - DENIED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 03/01/2019 | Participant: AMBROSE |
|---|---|

DEFAULT - CONTINUED -

| Date: 05/01/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|
| Court Time: 1030 | |

| Activity Date: 03/01/2019 | Participant: BACKPAGE.COM |
|---|---|

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

| Date: 06/06/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|
| Court Time: 1200 | |

| Activity Date: 03/27/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

NOTICE OF APPEAL FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/27/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

NOTICE OF FILING FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/28/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

AMENDED NOTICE OF APPEAL FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/28/2019 | Participant: MEDALIST HOLDINGS LLC |
|---|---|

NOTICE OF FILING FILED

Attorney: GIAMPIETRO WAYNE B

| Activity Date: 03/29/2019 | Participant: BACKPAGE.COM LLC |
|---|---|

NOTICE OF INTERLOCUTORY APPEAL SCR 307(A) - FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 03/29/2019                    Participant: MCDOUGALL ELIZABETH

NOTICE OF MOTION FILED

Attorney: LYNCH THOMPSON
LLP

Activity Date: 03/29/2019                    Participant: BACKPAGE.COM LLC

NOTICE FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 03/29/2019                    Participant: BACKPAGE.COM LLC

NOTICE FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 03/29/2019                    Participant: MCDOUGALL ELIZABETH

MOTION TO DISMISS FILED

Attorney: LYNCH THOMPSON
LLP

Activity Date: 04/01/2019                    Participant: HYER DAN

NOTICE OF MOTION FILED

Attorney: CRAMER JENNIFER
GOLDENSON

Activity Date: 04/01/2019                    Participant: HYER DAN

NOTICE OF MOTION FILED

Attorney: CRAMER JENNIFER
GOLDENSON

Activity Date: 04/01/2019          Participant: MEDALIST HOLDINGS LLC

MEMORANDUM FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 04/01/2019          Participant: MEDALIST HOLDINGS LLC

MEMORANDUM FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 04/01/2019          Participant: MEDALIST HOLDINGS LLC

NOTICE OF FILING FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 04/01/2019          Participant: HYER DAN

MOTION FILED

Attorney: CRAMER JENNIFER
GOLDENSON

Activity Date: 04/01/2019          Participant: BACKPAGE.COM LLC

MOTION FILED

Attorney: MONICO PAVICH &
SPEVACK

Activity Date: 04/01/2019          Participant: MEDALIST HOLDINGS LLC

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

Activity Date: 04/01/2019          Participant: MCDOUGALL ELIZABETH

MOTION SCHEDULED

Date: 04/11/2019
Court Time: 1100

Attorney: LYNCH THOMPSON
LLP

---

Activity Date: 04/01/2019

Participant: MEDALIST HOLDINGS LLC

### MOTION TO DISMISS FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 04/02/2019

Participant: BACKPAGE.COM LLC

### MOTION SCHEDULED

Date: 04/15/2019
Court Time: 1100

Attorney: MONICO PAVICH &
SPEVACK

---

Activity Date: 04/03/2019

Participant: BACKPAGE.COM LLC

### NOTICE OF MOTION FILED

Attorney: MONICO PAVICH &
SPEVACK

---

Activity Date: 04/03/2019

Participant: BACKPAGE.COM LLC

### MOTION SCHEDULED

Date: 04/16/2019
Court Time: 1100

Attorney: MONICO PAVICH &
SPEVACK

---

Activity Date: 04/05/2019

Participant: MEDALIST HOLDINGS

### AMENDED NOTICE OF APPEAL FILED

Attorney: GIAMPIETRO WAYNE
B

---

Activity Date: 04/11/2019

Participant: AMBROSE

### CONTINUANCE - ALLOWED -

Date: 05/03/2019
Court Time: 1030

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 04/11/2019 | Participant: AMBROSE |
|---|---|

STRIKE FROM THE CALL - ALLOWED -

| Date: 04/15/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 04/11/2019 | Participant: AMBROSE |
|---|---|

STRIKE FROM THE CALL - ALLOWED -

| Date: 04/16/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 04/11/2019 | Participant: AMBROSE |
|---|---|

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

| Date: 05/01/2019 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 04/11/2019 | Participant: AMBROSE |
|---|---|

ORDER TO STAND - ALLOWED

| | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 04/11/2019 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

| Date: 05/03/2019 Court Time: 1030 | Judge: LAWLER, CHRISTOPHER EDWARD |
|---|---|

| Activity Date: 04/16/2019 | Participant: AMBROSE |
|---|---|

ORDER STRIKING MOTION FROM CALL - ALLOWED -

Date: 04/16/2019

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 04/23/2019                    Participant: MEDALIST HOLDINGS LLC

NOTICE OF MOTION FILED

Attorney: GIAMPIETRO WAYNE B

Activity Date: 05/01/2019                    Participant: AMBROSE

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 05/01/2019

Judge: LAWLER, CHRISTOPHER EDWARD

Activity Date: 05/02/2019                    Participant: PADILLA ANDREW

NOTICE FILED

Attorney: MATUSZEWICH KELLY &MCKEEV

Activity Date: 05/02/2019                    Participant: PADILLA ANDREW

MOTION FILED

Attorney: MATUSZEWICH KELLY &MCKEEV

Activity Date: 05/03/2019                    Participant: AMBROSE YVONNE

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 05/24/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                    Participant: HYER

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 05/24/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: BACKPAGE

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 05/24/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: PADILLA ANDREW

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 05/24/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: VAUGHT JOYCE

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 05/24/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: MCDOUGAL ELIZABE

EXECUTE OR PERFORM - ALLOWED -

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: MEDALIST

EXECUTE OR PERFORM - ALLOWED -

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019

Participant: AMBROSE

EXECUTE OR PERFORM - ALLOWED -

Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: AMBROSE |

EXECUTE OR PERFORM - ALLOWED -

Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: BACKPAGE |

EXECUTE OR PERFORM - ALLOWED -

Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: AMBROSE |

STRIKE OR VACATE AN ORDER - ALLOWED -

Date: 05/15/2019      Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: BACKPAGE |

STRIKE OR VACATE AN ORDER - ALLOWED -

Date: 06/05/2019      Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: AMBROSE |

EXCHANGE INFORMATION - ALLOWED -

Date: 06/19/2019      Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: BACKPAGE |

EXCHANGE INFORMATION - ALLOWED -

Date: 06/19/2019      Judge: FLANAGAN, KATHY
M

| Activity Date: 05/03/2019 | Participant: AMBROSE |

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 06/06/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                                    Participant: AMBROSE

ORDER TO STAND - ALLOWED

Date: 05/03/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                                    Participant: BACKPAGE

ORDER TO STAND - ALLOWED

Date: 05/03/2019

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                                    Participant: AMBROSE

COURTESY COPIES REQUIRED - ALLOWED

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                                    Participant: BACKPAGE

COURTESY COPIES REQUIRED - ALLOWED

Judge: FLANAGAN, KATHY M

Activity Date: 05/03/2019                                    Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 06/26/2019
Court Time: 1130

Judge: FLANAGAN, KATHY M

Activity Date: 05/07/2019                           Participant: BACKPAGE.COM LLC

APPEARANCE FILED - FEE PAID -

Court Fee: 237.00                    Attorney: MONICO PAVICH &
                                              SPEVACK

| Activity Date: 05/08/2019 | Participant: AMBROSE YVONNE |

NOTICE FILED

Attorney: ROMANUCCI &
          BLANDIN

| Activity Date: 05/08/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
          BLANDIN

| Activity Date: 05/17/2019 | Participant: AMBROSE YVONNE |

CERTIFICATE FILED

| Activity Date: 05/20/2019 | Participant: MCDOUGALL ELIZABETH |

NOTICE OF MOTION FILED

Attorney: LYNCH THOMPSON
          LLP

| Activity Date: 05/20/2019 | Participant: MCDOUGALL ELIZABETH |

MOTION FILED

Attorney: LYNCH THOMPSON
          LLP

| Activity Date: 05/24/2019 | Participant: HYER DAN |

ANSWER FILED

Attorney: CRAMER JENNIFER
          GOLDENSON

| Activity Date: 05/24/2019 | Participant: BACKPAGE.COM LLC |

ANSWER FILED

Attorney: MONICO PAVICH &
SPEVACK

---

Activity Date: 05/24/2019                    Participant: PADILLA ANDREW

NOTICE FILED

Attorney: MATUSZEWICH
KELLY &MCKEEV

---

Activity Date: 05/24/2019                    Participant: BACKPAGE.COM LLC

NOTICE OF FILING FILED

Attorney: MONICO PAVICH &
SPEVACK

---

Activity Date: 05/24/2019                    Participant: PADILLA ANDREW

MOTION FILED

Attorney: MATUSZEWICH
KELLY &MCKEEV

---

Activity Date: 05/28/2019                    Participant: PADILLA ANDREW

MOTION SCHEDULED

Date: 06/10/2019                    Attorney: MATUSZEWICH
Court Time: 1100                    KELLY &MCKEEV

---

Activity Date: 05/29/2019                    Participant: AMBROSE

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Date: 06/10/2019                    Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 05/29/2019                    Participant: AMBROSE

ORDER TO STAND - ALLOWED

Date: 05/03/2019                     Judge: LAWLER,
                                     CHRISTOPHER
                                     EDWARD

| Activity Date: 05/29/2019 | Participant: AMBROSE |
|---|---|

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 06/26/2019                     Judge: LAWLER,
Court Time: 1130                     CHRISTOPHER
                                     EDWARD

| Activity Date: 05/29/2019 | Participant: PADILLA |
|---|---|

EXTEND TIME - CONTINUED -

Date: 06/26/2019                     Judge: LAWLER,
Court Time: 1130                     CHRISTOPHER
                                     EDWARD

| Activity Date: 06/06/2019 | Participant: AMBROSE |
|---|---|

STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

Date: 06/06/2019                     Judge: LAWLER,
                                     CHRISTOPHER
                                     EDWARD

| Activity Date: 06/10/2019 | Participant: AMBROSE YVONNE |
|---|---|

STRIKE FROM MOTION CALL - ALLOWED

Date: 06/10/2019                     Judge: LAWLER,
                                     CHRISTOPHER
                                     EDWARD

| Activity Date: 06/12/2019 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE FILED

                                     Attorney: ROMANUCCI &
                                     BLANDIN

| Activity Date: 06/18/2019 | Participant: AMBROSE YVONNE |
|---|---|

NOTICE OF MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 06/18/2019 | Participant: MEDALIST HOLDINGS LLC |

NOTICE FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/18/2019 | Participant: MEDALIST HOLDINGS LLC |

MOTION FILED

Attorney: GIAMPIETRO WAYNE
B

| | |
|---|---|
| Activity Date: 06/18/2019 | Participant: AMBROSE YVONNE |

MOTION FILED

Attorney: ROMANUCCI &
BLANDIN

| | |
|---|---|
| Activity Date: 06/25/2019 | Participant: MCDOUGALL ELIZABETH |

RESPONSE / REPLY - FILED

Attorney: LYNCH THOMPSON
LLP

| | |
|---|---|
| Activity Date: 06/25/2019 | Participant: MCDOUGALL ELIZABETH |

NOTICE OF FILING FILED

Attorney: LYNCH THOMPSON
LLP

| | |
|---|---|
| Activity Date: 06/26/2019 | Participant: AMBROSE |

CONTINUANCE - ALLOWED -

Date: 07/08/2019
Court Time: 0730

Judge: LAWLER,
CHRISTOPHER
EDWARD

Activity Date: 06/26/2019                                          Participant: AMBROSE

COURTESY COPIES REQUIRED - ALLOWED

Date: 07/01/2019                          Judge: LAWLER,
Court Time: 0430                               CHRISTOPHER
                                              EDWARD

---

Activity Date: 06/26/2019                                          Participant: AMBROSE

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE -
ALLOWED -

Date: 07/08/2019                          Judge: LAWLER,
Court Time: 0730                               CHRISTOPHER
                                              EDWARD

---

Activity Date: 07/08/2019                                          Participant: AMBROSE

COURTS MOTION THIS CASE IS TAKEN UNDER ADVISEMENT

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 07/11/2019                                     Participant: AMBROSE YVONNE

EXECUTE OR PERFORM - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 07/11/2019                                     Participant: AMBROSE YVONNE

STRIKE FROM THE CALL - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

---

Activity Date: 07/11/2019                                     Participant: AMBROSE YVONNE

PLACE ON CRIMINAL CALENDAR - ALLOWED -

Judge: LAWLER,
CHRISTOPHER
EDWARD

| Activity Date: 08/16/2019 | Participant: BACKPAGE.COM LLC |
|---|---|

CASE REMANDED

Judge: APPELLATE COURT

| Activity Date: 08/16/2019 | Participant: BACKPAGE.COM LLC |
|---|---|

APPELLATE COURT MANDATE - AFFIRMED IN PART, REVERSED IN PART

Judge: APPELLATE COURT

| Activity Date: 09/09/2019 | Participant: BACKPAGE.COM LLC |
|---|---|

POSTCARD GENERATED

Attorney: MONICO PAVICH & SPEVACK
Microfilm: LD000000000

| Activity Date: 09/09/2019 | Participant: VAUGHT JOYE |
|---|---|

POSTCARD GENERATED

Attorney: MATUSZEWICH KELLY &MCKEEV
Microfilm: LD000000000

| Activity Date: 09/09/2019 | Participant: BACKPAGE.COM LLC |
|---|---|

ELECTRONIC NOTICE SENT

Attorney: GIAMPIETRO WAYNE B
Microfilm: LD000000000

| Activity Date: 09/09/2019 | Participant: AMBROSE YVONNE |
|---|---|

ELECTRONIC NOTICE SENT

Attorney: ROMANUCCI & BLANDIN
Microfilm: LD000000000

Activity Date: 09/09/2019                          Participant: MCDOUGALL ELIZABE

ELECTRONIC NOTICE SENT

Attorney: LYNCH THOMPSON
LLP
Microfilm: LD000000000

Activity Date: 09/09/2019                          Participant: HYER DAN

ELECTRONIC NOTICE SENT

Attorney: CRAMER JENNIFER
GOLDENSON
Microfilm: LD000000000

Activity Date: 09/09/2019                          Participant: AMBROSE YVONNE

CASE SET ON STATUS CALL

Date: 10/10/2019
Court Time: 0130                                   Judge: FLANNERY, JAMES P

# EXHIBIT B

## Pierce County Superior Court Civil Case 12-2-11362-4

| | |
|---|---|
| Case Title: | J S VS. VILLAGE VOICE MEDIA HOLDINGS LLC |
| Case Type: | Personal Injury |
| Access: | Public |
| Track Assignment: | Standard |
| Jury Size: | 12 |
| Estimated Trial Length: | |
| Dept Judge: | **13 KATHRYN J. NELSON** |
| Resolution: | 10/03/2017 Dismissal Without Trial |
| Completion: | 10/03/2017 Judgment/Order/Decree Filed |

### Litigants

| Name | Type | Status |
|---|---|---|
| J S | Plaintiff | |

| Attorneys for J S | Type | Bar Number |
|---|---|---|
| Erik Louis Bauer | Atty for Plaintiff/Petitioner | 14937 |
| MICHAEL THOMAS PFAU | Atty for Plaintiff/Petitioner | 24649 |
| Darrell L. Cochran | Atty for Plaintiff/Petitioner | 22851 |

| Name | Type | Status |
|---|---|---|
| S L | Plaintiff | |

| Attorneys for S L | Type | Bar Number |
|---|---|---|
| Erik Louis Bauer | Atty for Plaintiff/Petitioner | 14937 |
| MICHAEL THOMAS PFAU | Atty for Plaintiff/Petitioner | 24649 |
| Darrell L. Cochran | Atty for Plaintiff/Petitioner | 22851 |

| Name | Type | Status |
|---|---|---|
| L C | Plaintiff | |

| Attorneys for L C | Type | Bar Number |
|---|---|---|
| Erik Louis Bauer | Atty for Plaintiff/Petitioner | 14937 |
| MICHAEL THOMAS PFAU | Atty for Plaintiff/Petitioner | 24649 |
| Darrell L. Cochran | Atty for Plaintiff/Petitioner | 22851 |

| Name | Type |
|---|---|
| VILLAGE VOICE MEDIA HOLDINGS LLC | Defendant |

| Attorneys for VILLAGE VOICE MEDIA HOLDINGS LLC | Type | Bar Number |
|---|---|---|
| Harry H Schneider Jr | Atty for Defendant | 9404 |
| James Condon Grant | Atty for Defendant | 14358 |

| Name | Type |
|---|---|
| BACKPAGE.COM LLC | Defendant |

| Attorneys for BACKPAGE.COM LLC | Type | Bar Number |
|---|---|---|
| Harry H Schneider Jr | Atty for Defendant | 9404 |
| James Condon Grant | Atty for Defendant | 14358 |

| Name | Type |
|---|---|
| HOPSON, BARUTI | Defendant |
| NEW TIMES MEDIA LLC | Defendant |

| Attorneys for NEW TIMES MEDIA LLC | Type | Bar Number |
|---|---|---|
| Harry H Schneider Jr | Atty for Defendant | 9404 |
| James Condon Grant | Atty for Defendant | 14358 |
| Breena Michelle Roos | Atty for Defendant | 34501 |

### Filings

| Filing Date | Filing | Access | Pages Microfilm |
|---|---|---|---|
| 07/30/2012 | FILING FEE RECEIVED $240.00 | Public | 0 |
| 07/30/2012 | CASE INFORMATION COVER SHEET | Public | 1 |
| 07/30/2012 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 1 |
| 07/30/2012 | SUMMONS | Public | 2 |
| 07/30/2012 | COMPLAINT | Public | 25 |
| 07/30/2012 | SEALED CONFIDENTIAL RPTS EXHIBIT A TO COMPLAINT | Confidential | 1781 |
| 07/30/2012 | SEALED CONFIDENTIAL RPTS EXHIBIT B TO COMPLAINT | Confidential | 496 |
| 08/20/2012 | AFFIDAVIT/DECLARATION OF SERVICE | Public | 2 |
| 09/05/2012 | AMENDED SUMMONS | Public | 2 |

| 09/05/2012 | AMENDED COMPLAINT | Public | 26 |
| 09/05/2012 | DECLARATION OF MAILING TO HOPSON | Public | 2 |
| 09/13/2012 | AFFIDAVIT OF JASON AMALA RE SERVICE | Public | 2 |
| 10/02/2012 | AFFIDAVIT OF SERVICE BACKPAGE.COM LLC | Public | 1 |
| 10/02/2012 | AFFIDAVIT OF SERVICE VILLAGE VOICE | Public | 1 |
| 10/02/2012 | AFFIDAVIT OF SERVICE NEW TIMES MEDIA | Public | 1 |
| 10/02/2012 | AFFIDAVIT/DECLARATION OF SERVICE | Public | 1 |
| 10/04/2012 | NOTICE OF APPEARANCE OF VILLAGE VOICE MEDIA | Public | 3 |
| 10/04/2012 | NOTICE OF APPEARANCE OF BACKPAGE.COM LLC | Public | 3 |
| 10/04/2012 | NOTICE OF APPEARANCE OF NEW TIMES MEDIA LLC | Public | 3 |
| 11/26/2012 | JURY DEMAND - 12 | Public | 1 |
| 12/05/2012 | NOTICE OF FILING PET REMOVE US DISTRICT CT | Public | 45 |
| 12/05/2012 | LETTER FROM DEPARTMENT 10 | Public | 1 |
| 03/07/2013 | COPY OF ORDER OF REMAND TO STATE COURT | Public | 8 |
| 03/15/2013 | MOTION FOR NEW JUDGE | Public | 4 |
| 03/15/2013 | AFFIDAVIT OF PREJUDICE | Public | 2 |
| 03/15/2013 | LETTER FROM DEPARTMENT 14 | Public | 1 |
| 03/15/2013 | REASSIGNED TO DEPT 14 | Public | 1 |
| 03/15/2013 | ORDER FOR CHANGE OF JUDGE | Public | 2 |
| 03/21/2013 | NOTE OF ISSUE | Public | 3 |
| 03/21/2013 | MOTION TO COMPEL | Public | 14 |
| 03/21/2013 | DECLARATION OF JASON AMALA | Public | 114 |
| 03/22/2013 | CD IN VAULT | Public | |
| 03/22/2013 | LETTER FROM DEPARTMENT 14 | Public | 1 |
| 03/25/2013 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 03/25/2013 | MOTION TO DISMISS | Public | 30 |
| 04/03/2013 | LETTER FROM ATTORNEY | Public | 2 |
| 04/08/2013 | LETTER FROM ATTORNEY | Public | 2 |
| 04/08/2013 | MEMORANDUM OF LAW IN OPPOSITION TO MTN TO DISMISS | Public | 26 |
| 04/10/2013 | OBJECTIONS/OPPOSITION | Public | 26 |
| 04/10/2013 | DECLARATION OF JAMES C GRANT | Public | 84 |
| 04/10/2013 | CERTIFICATE OF SERVICE | Public | 1 |
| 04/11/2013 | REPLY | Public | 9 |
| 04/11/2013 | DECLARATION OF JASON AMALA | Public | 20 |
| 04/12/2013 | CLERK'S MINUTE ENTRY | Public | 2 |
| 04/19/2013 | PRETRIAL ORDER | Public | 4 |
| 04/22/2013 | REPLY IN SUPPORT | Public | 126 |
| 04/24/2013 | PLF'S SUR-REPLY TO DEFS MOTION TO DISMISS | Public | 8 |
| 04/26/2013 | CLERK'S MINUTE ENTRY | Public | 2 |
| 04/26/2013 | ORDER DENYING MOTION | Public | 2 |
| 05/28/2013 | NOTICE OF DISCRETIONARY REVIEW WITH FEE | Public | 5 |
| 05/30/2013 | TRANSMITTAL LETTER COPY FILED | Public | 1 |
| 06/05/2013 | PERFECTION NOTICE FROM COURT OF APPEALS | Public | 2 |
| 06/20/2013 | LETTER FROM COURT OF APPEALS - FILED IN OPEN COURT | Public | 1 |
| 07/26/2013 | COPY OF RULING FROM COA - FILED IN OPEN COURT | Public | 6 |
| 07/29/2013 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 07/29/2013 | PERFECTION NOTICE FROM COURT OF APPEALS | Public | 2 |
| 07/29/2013 | ORDER VACATING SCHEDULING ORDER | Public | 2 |
| 08/26/2013 | DESIGNATION OF CLERK'S PAPERS | Public | 4 |
| 09/04/2013 | CLERK'S PAPERS PREPARED | Public | 3 |

| | | | |
|---|---|---|---|
| 09/19/2013 | CLERK'S PAPERS SENT | Public | 1 |
| 09/23/2013 | DESIGNATION OF CLERK'S PAPERS | Public | 3 |
| 10/07/2013 | CLERK'S PAPERS PREPARED | Public | 2 |
| 11/14/2013 | CLERK'S PAPERS SENT | Public | 1 |
| 11/27/2013 | REQUEST FOR COPIES OF CLERK'S PAPERS | Public | 1 |
| 01/31/2014 | DESIGNATION OF CLERK'S PAPERS | Public | 4 |
| 02/07/2014 | CLERK'S PAPERS PREPARED | Public | 2 |
| 02/07/2014 | CLERK'S PAPERS SENT | Public | 1 |
| 06/27/2014 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 07/31/2014 | REASSIGNMENT LETTER | Public | 1 |
| 02/06/2015 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 04/02/2015 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 04/02/2015 | MOTION TO LIFT STAY | Public | 12 |
| 04/02/2015 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 157 |
| 04/08/2015 | BACKPAGE.COM DEF'S OPP TO PLFS' MOT TO LIFT STAY | Public | 15 |
| 04/08/2015 | DEC OF JAMES GRANT IN OPP TO PLS' MOT TO LIFT STAY | Public | 246 |
| 04/08/2015 | BACKPAGE.COM'S REQUEST TO CONTINUE HEARING DATE | Public | 3 |
| 04/09/2015 | REPLY | Public | 8 |
| 04/09/2015 | DECLARATION OF MICHAEL T. PFAU ISO REPLY | Public | 4 |
| 04/10/2015 | CLERK'S MINUTE ENTRY | Public | 3 |
| 04/10/2015 | ORDER OF CONTINUANCE | Public | 1 |
| 04/23/2015 | MOTION FOR ORDER ALLOWING DEPOSITION | Public | 18 |
| 04/23/2015 | MOTION FOR PRESERVATION OF EVIDENCE | Public | 7 |
| 04/23/2015 | DECLARATION IN SUPPORT | Public | 17 |
| 04/23/2015 | LETTER FROM ATTORNEY | Public | 27 |
| 04/24/2015 | ORDER RE: STAY AND PRESERVATION OBLIGATIONS | Public | 4 |
| 06/22/2015 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 4 |
| 09/10/2015 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 10/01/2015 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 10/02/2015 | NOTICE OF APPEARANCE | Public | 3 |
| 10/09/2015 | MOTION FOR LIMITED ADMISSION PRO HAC VICE | Public | 7 |
| 10/09/2015 | ORDER FOR LIMITED ADMISSION PRO HAC VICE | Public | 2 |
| 10/13/2015 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 2 |
| 10/13/2015 | LETTER FROM DEPARTMENT 15 | Public | 1 |
| 10/13/2015 | REASSIGNED TO DEPT 15 | Public | 1 |
| 10/13/2015 | MANDATE | Public | 71 |
| 11/09/2015 | MOTION FOR A NEW JUDGE | Public | 4 |
| 11/09/2015 | AFFIDAVIT OF PREJUDICE | Public | 4 |
| 11/10/2015 | COPY OF RULING FROM SUPREME COURT | Public | 1 |
| 11/10/2015 | JUDGMENT - SUPPLEMENTAL | Public | 2 |
| 11/17/2015 | LETTER FROM DEPARTMENT 19 | Public | 1 |
| 11/17/2015 | REASSIGNED TO DEPT 19 | Public | 1 |
| 12/16/2015 | ORDER COMPELLING DISCOVERY | Public | 5 |
| 12/17/2015 | ANSWER AND AFFIRMATIVE DEFENSE | Public | 20 |
| 12/29/2015 | ORDER RE: DISCOVERY & MOTION FOR SUMMARY JUDGMENT | Public | 6 |
| 12/29/2015 | PROTECTIVE ORDER (RE: CONFIDENTIAL DISCOVERY DOCUMENTS, NOT RELATED) | Public | 14 |
| 01/08/2016 | ADDENDUM TO PROTECTIVE ORDER (RE: CONFIDENTIAL DISCOVERY DOCUMENTS, NOT RELATED) | Public | 4 |
| 01/29/2016 | CONFIRMATION OF JOINDER OF PARTIES, CLAIMS AND DEFENSES | Public | 3 |
| 03/10/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 03/14/2016 | SUBPOENA DUCES TECUM | Public | 15 |

| 03/16/2016 | OBJECTIONS/OPPOSITION | Public | 18 |
|---|---|---|---|
| 03/16/2016 | DECLARATION OF BREENA M ROOS | Public | 265 |
| 03/17/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 03/17/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 03/17/2016 | PLAINTIFFS REPLY IN SUPPORT OF MOTION TO COMPEL | Public | 9 |
| 03/17/2016 | DECLARATION OF MICHAEL T. PFAU | Public | 9 |
| 03/17/2016 | MOTION TO SEAL | Public | 13 |
| 03/17/2016 | DECLARATION OF ANDREW PADILLA | Public | 21 |
| 03/17/2016 | MOTION FOR PROTECTIVE ORDER | Public | 19 |
| 03/17/2016 | DECLARATION OF BREENA M. ROOS | Public | 76 |
| 03/18/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 03/18/2016 | ORDER TO COMPEL | Public | 7 |
| 03/23/2016 | OBJECTIONS/OPPOSITION TO MOTION TO SEAL | Public | 12 |
| 03/23/2016 | OBJECTIONS/OPPOSITION TO PROTECTIVE ORDER | Public | 16 |
| 03/23/2016 | AFFIDAVIT/DECLARATION OF COUNSEL | Public | 52 |
| 03/23/2016 | PLTFS' OPPOSITION TO DEFENSE MOTION - CORRECTED | Public | 15 |
| 03/24/2016 | REPLY IN SUPPORT OF MOTION TO SEAL | Public | 10 |
| 03/24/2016 | REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER | Public | 10 |
| 03/24/2016 | DECLARATION OF BREENA ROOS | Public | 16 |
| 03/25/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 03/25/2016 | ORDER RE: MOTION FOR PROTECTIVE ORDER | Public | 4 |
| 03/25/2016 | ORDER OF REDACTION | Public | 3 |
| 04/12/2016 | MOTION TO COMPEL | Public | 18 |
| 04/12/2016 | DECLARATION OF JASON P AMALA | Public | 136 |
| 04/12/2016 | SEALED EXHIBITS 7 & 8 TO DECLARATION OF JASON AMALA | Sealed | 14 |
| 05/02/2016 | ORDER RE: DISCOVERY AND SUMMARY JUDGMENT | Public | 6 |
| 05/13/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 05/13/2016 | MOTION TO CHANGE TRIAL DATE | Public | 16 |
| 05/13/2016 | DECLARATION OF BREENA ROOS | Public | 16 |
| 05/27/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 05/27/2016 | ORDER FOR CONTINUANCE OF TRIAL DATE | Public | 4 |
| 05/27/2016 | ORDER AMENDING CASE SCHEDULE | Public | 2 |
| 07/21/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 07/21/2016 | MOTION FOR PROTECTIVE ORDER | Public | 19 |
| 07/21/2016 | DECLARATION OF BREENA ROOS | Public | 56 |
| 07/28/2016 | REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER | Public | 9 |
| 07/29/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 07/29/2016 | ORDER ON MOTION FOR PROTECTIVE ORDER | Public | 4 |
| 08/05/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/05/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/05/2016 | MOTION FOR RECONSIDERATION | Public | 7 |
| 08/05/2016 | MOTION TO SEAL | Public | 13 |
| 08/05/2016 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 25 |
| 08/05/2016 | DECLARATION OF BREENA ROOS | Public | 5 |
| 08/15/2016 | RESPONSE TO MOTION TO SEAL | Public | 3 |
| 08/18/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/18/2016 | AFFIDAVIT/DECLARATION OF SERVICE | Public | 2 |
| 08/18/2016 | AFFIDAVIT/DECLARATION OF SERVICE | Public | 2 |
| 08/19/2016 | ORDER SEALING DOCUMENT | Public | 3 |
| 08/25/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |

| 08/30/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
|---|---|---|---|
| 08/30/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/30/2016 | MOTION TO SEAL | Public | 13 |
| 08/30/2016 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 29 |
| 09/02/2016 | ORDER DENYING MOTION FOR RECONSIDERATION | Public | 1 |
| 09/06/2016 | MEMORANDUM IN OPPOSITION | Public | 17 |
| 09/06/2016 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 7 |
| 09/06/2016 | DECLARATION OF CARL FERRER | Public | 5 |
| 09/09/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 09/09/2016 | ORDER TO COMPEL | Public | 4 |
| 09/09/2016 | ORDER SEALING DOCUMENT | Public | 4 |
| 09/12/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 09/12/2016 | MOTION TO SEAL | Public | 13 |
| 09/12/2016 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 31 |
| 09/13/2016 | AMENDED DECLARATION OF ELIZABETH MCDOUGALL | Public | 30 |
| 09/29/2016 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 09/29/2016 | REPLY IN SUPPORT | Public | 9 |
| 10/14/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 10/24/2016 | ORDER DENYING MOTION TO SEAL | Public | 3 |
| 10/28/2016 | REPLY | Public | 9 |
| 10/28/2016 | DECLARATION OF JASON P AMALA | Public | 50 |
| 11/04/2016 | ORDER FOR ISSUANCE OF COMMISSION FOR OUT OF STATE SUBPOENA | Public | 6 |
| 11/04/2016 | ORDER STRIKING PLEADINGS | Public | 3 |
| 11/07/2016 | COMMISSION TO ISSUE SUBPOENAS | Public | 2 |
| 11/08/2016 | ORDER TO REMOVE 10/26/16 PLEADINGS | Public | 3 |
| 11/17/2016 | NOTICE OF ISSUE "SPECIAL SET" | Public | 2 |
| 11/17/2016 | MOTION TO SHORTEN TIME | Public | 33 |
| 11/18/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 11/18/2016 | NOTICE OF ISSUE "SPECIAL SET" | Public | 2 |
| 11/18/2016 | MOTION TO MODIFY PROTECTIVE ORDER | Public | 6 |
| 11/18/2016 | DECLARATION OF ERIK BAUER IN SUPPORT | Public | 38 |
| 11/18/2016 | MOTION TO COMPEL | Public | 11 |
| 11/18/2016 | DECLARATION OF MICHAEL T PFAU | Public | 112 |
| 11/18/2016 | OBJECTIONS/OPPOSITION | Public | 12 |
| 11/18/2016 | DECLARATION OF JASON P AMALA | Public | 14 |
| 11/18/2016 | MOTION TO COMPEL | Sealed | 11 |
| 11/18/2016 | AFFIDAVIT/DECLARATION OF COUNSEL | Sealed | 112 |
| 11/18/2016 | OBJECTIONS/OPPOSITION | Sealed | 12 |
| 11/18/2016 | AFFIDAVIT/DECLARATION IN SUPPORT | Sealed | 14 |
| 11/18/2016 | ORDER SHORTENING TIME | Public | 2 |
| 11/21/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 11/21/2016 | OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY | Public | 19 |
| 11/21/2016 | DECLARATION OF ELIZABETH L. MCDOUGALL | Public | 5 |
| 11/21/2016 | DECLARATION OF BREENA M. ROOS | Public | 25 |
| 11/21/2016 | PLAINTIFF'S REPLY IN SUPPORT | Public | 4 |
| 12/01/2016 | NOTICE OF ISSUE "SPECIAL SET" | Public | 3 |
| 12/01/2016 | NOTICE OF ISSUE "SPECIAL SET" | Public | 3 |
| 12/01/2016 | MOTION TO SHORTEN TIME | Public | 11 |
| 12/01/2016 | MOTION FOR PROTECTIVE ORDER | Public | 17 |
| 12/01/2016 | DECLARATION OF HARRY H. SCHNEIDER, JR. | Public | 44 |

| | | | |
|---|---|---|---|
| 12/02/2016 | OBJECTIONS/OPPOSITION | Public | 13 |
| 12/02/2016 | DECLARATION OF JASON AMALA | Public | 68 |
| 12/05/2016 | CLERK'S MINUTE ENTRY | Public | 3 |
| 12/20/2016 | REASSIGNMENT LETTER | Public | 1 |
| 12/28/2016 | NOTICE | Public | 3 |
| 01/19/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 01/19/2017 | MOTION FOR LEAVE TO AMENDED COMPLAINT | Public | 44 |
| 01/19/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 80 |
| 01/25/2017 | OBJECTIONS/OPPOSITION TO MOTION FOR LEAVE TO FILE | Public | 19 |
| 01/25/2017 | DECLARATION OF BREENA M. ROOS | Public | 111 |
| 01/26/2017 | REPLY IN SUPPORT | Public | 9 |
| 01/26/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 35 |
| 01/27/2017 | CLERK'S MINUTE ENTRY | Public | 3 |
| 01/27/2017 | ORDER GRANTING LEAVE TO AMEND 2ND AMENDED COMPLAINT | Public | 4 |
| 01/31/2017 | SECOND AMENDED COMPLAINT FOR DAMAGES | Public | 29 |
| 02/09/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 02/09/2017 | MOTION TO STAY | Public | 21 |
| 02/09/2017 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 61 |
| 02/10/2017 | ORDER RE: DEPOSITION OF B. HOPSON | Public | 3 |
| 02/10/2017 | ORDER RE: DEPOSITION OF S. SHABAZZ | Public | 3 |
| 02/13/2017 | ANSWER TO SECOND AMENDED COMPLAINT | Public | 21 |
| 02/15/2017 | OBJECTIONS/OPPOSITION | Public | 16 |
| 02/15/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 75 |
| 02/15/2017 | NOTICE OF INTENT TO WITHDRAW | Public | 3 |
| 02/16/2017 | REPLY IN SUPPORT OF MOTION TO STAY | Public | 9 |
| 02/16/2017 | DECLARATION OF BREENA ROOS | Public | 44 |
| 02/16/2017 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 103 |
| 02/16/2017 | NOTICE OF WITHDRAWAL OF COUNSEL AMBIKA K. DORAN | Public | 3 |
| 02/17/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 02/17/2017 | ORDER RE: VIDEO DEPOSITION OF BARUTI M HOPSON | Public | 3 |
| 02/17/2017 | ORDER RE: VIDEO DEPOSITION OF SABIR SHABAZZ | Public | 3 |
| 02/17/2017 | ORDER DENYING MOTION TO STAY | Public | 3 |
| 02/27/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 02/28/2017 | MOTION TO CHANGE TRIAL DATE | Public | 10 |
| 02/28/2017 | DECLARATION OF BREENA ROOS | Public | 39 |
| 03/02/2017 | OBJECTIONS/OPPOSITION TO VIDEOTAPE DEPO | Public | 4 |
| 03/10/2017 | ORDER FOR CONTINUANCE OF TRIAL DATE | Public | 3 |
| 03/10/2017 | ORDER AMENDING CASE SCHEDULE | Public | 2 |
| 03/23/2017 | NOTICE OF ISSUE "SPECIAL SET" | Public | 3 |
| 03/23/2017 | MOTION FOR SUMMARY JUDGMENT | Public | 40 |
| 03/23/2017 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 86 |
| 03/23/2017 | DECLARATION OF HARRY H. SCHNEIDER, JR. | Public | 121 |
| 03/30/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 03/30/2017 | MOTION TO MODIFY PROTECTIVE ORDER | Public | 6 |
| 03/30/2017 | DECLARATION OF ERIK BAUER | Public | 21 |
| 03/30/2017 | CERTIFICATE OF SERVICE | Public | 1 |
| 03/30/2017 | LETTER FROM DEPARTMENT 13 | Public | 1 |
| 04/05/2017 | OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY | Public | 10 |
| 04/07/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 04/07/2017 | ORDER GRANTING MOTION TO MODIFY PROTECTIVE ORDER | Public | 3 |

| | | | |
|---|---|---|---|
| 04/14/2017 | LETTER FROM DEPARTMENT 13 | Public | 1 |
| 04/14/2017 | LETTER FROM SABIR ISRAEL SHABAZZ | Public | 6 |
| 04/20/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 04/20/2017 | MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF | Public | 7 |
| 04/26/2017 | OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE | Public | 11 |
| 04/26/2017 | DECLARATION OF BREENA ROOS | Public | 10 |
| 04/27/2017 | REPLY | Public | 3 |
| 04/28/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 04/28/2017 | ORDER TO FILE OVERLENGTH BRIEF | Public | 2 |
| 05/15/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 05/15/2017 | MOTION TO SEAL AND REDACT | Public | 18 |
| 05/15/2017 | DECLARATION OF ELIZABETH MCDOUGALL | Public | 28 |
| 05/17/2017 | NOTICE OF ISSUE "SPECIAL SET" - 5/24/2017 | Public | 2 |
| 05/17/2017 | MOTION TO SEAL DOCUMENTS | Public | 3 |
| 05/17/2017 | REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | Public | 42 |
| 05/17/2017 | DECLARATION OF HARRY H. SCHNEIDER, JR. | Public | 280 |
| 05/19/2017 | NOTICE OF ISSUE "SPECIAL SET" - 5/24/17 | Public | 3 |
| 05/22/2017 | NOTICE OF SUPPLEMENTAL AUTHORITY | Public | 18 |
| 05/23/2017 | REPLY IN SUPPORT OF MOTION TO SEAL AND REDACT | Public | 9 |
| 05/23/2017 | PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY | Public | 204 |
| 05/24/2017 | ORDER RE: SEALING & REDACTING | Public | 1 |
| 05/26/2017 | ORDER DENYING MOTION FOR SMJG | Public | 3 |
| 05/30/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 06/14/2017 | PLFS DISCLOSURE OF PRIMAY WITNESSES | Public | 17 |
| 06/15/2017 | RESPONSE IN OPPOSITION | Public | 50 |
| 06/15/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 572 |
| 06/15/2017 | EXHIBITS 56-58 TO DECLARATION OF MICHAEL PFAU | Sealed | 89 |
| 06/26/2017 | PROOF OF SERVICE | Public | 2 |
| 06/26/2017 | NOTICE OF DISCRETIONARY REVIEW WITH FEE | Public | 3 |
| 06/27/2017 | TRANSMITTAL LETTER COPY FILED | Public | 1 |
| 07/12/2017 | PLAINTIFF'S LIST OF SUPPLEMENTAL WITNESSES | Public | 4 |
| 07/26/2017 | EX PARTE PRESENTATION FEE $40.00 | Public | 0 |
| 07/27/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 07/27/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 07/27/2017 | MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION | Public | 4 |
| 07/27/2017 | ORDER FOR LIMITED ADMISSION PRO HAC VICE | Public | 9 |
| 07/31/2017 | PRETRIAL ORDER | Public | 4 |
| 08/02/2017 | RESPONSE IN OPPOSITION | Public | 19 |
| 08/02/2017 | DECLARATION OF HARRY H. SCHNEIDER, JR. | Public | 5 |
| 08/03/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/03/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 08/03/2017 | REPLY IN SUPPORT | Public | 13 |
| 08/03/2017 | MOTION FOR PROTECTIVE ORDER | Public | 8 |
| 08/03/2017 | DECLARATION OF MICHAEL T PFAU | Public | 23 |
| 08/03/2017 | MOTION TO COMPEL CR 35 EXAMINATIONS OF PLAINTIFFS | Public | 20 |
| 08/03/2017 | DECLARATION OF IAN ROGERS | Public | 41 |
| 08/04/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 08/04/2017 | ORDER RE: PROTECTED INFORMATION | Public | 4 |
| 08/04/2017 | ORDER GRANTING MOTION TO FILE OVER-LENGTH MOTION | Public | 2 |
| 08/08/2017 | CLERK'S MINUTE ENTRY | Public | 2 |

| 08/08/2017 | ORDER COMPELLING DISCOVERY | Public | 34 |
| 09/14/2017 | CERTIFICATE OF FINALITY | Public | 1 |
| 09/15/2017 | LETTER FROM DEPARTMENT 13 | Public | 1 |
| 09/19/2017 | NOTICE OF WITHDRAWAL OF COUNSEL | Public | 4 |
| 10/03/2017 | CLERK'S MINUTE ENTRY | Public | 2 |
| 10/03/2017 | ORDER OF DISMISSAL WITH PREJUDICE | Public | 3 |
| 10/04/2017 | PLAINTIFFS' MOTION TO COMPEL DISCOVERY | Public | 27 |
| 10/04/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 320 |
| 11/29/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 11/29/2017 | MOTION TO MODIFY | Public | 11 |
| 11/29/2017 | AFFIDAVIT/DECLARATION IN SUPPORT | Public | 20 |
| 12/06/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |
| 12/28/2017 | NOTE FOR JUDGES MOTION CALENDAR | Public | 2 |

 **PURCHASE COPIES**

## Proceedings

| Date | Calendar | Outcome |
| --- | --- | --- |
| 12/24/2012 | DEPT 10 - JUDGE JOHNSON (Rm. 833 )<br>Unconfirmed 12:00 Status Conference | Cancelled/Stricken |
| 03/29/2013 | JUDGE SERKO (Rm. 533 )<br>Unconfirmed 9:00 Motion - Compel | Continued |
| 04/12/2013 | JUDGE SERKO (Rm. 533 )<br>Confirmed    9:00 Motion - Compel | Continued |
| 04/26/2013 | JUDGE SERKO (Rm. 533 )<br>Confirmed    10:00 Motion(Dismiss)<br>Scheduled By: Ambika Doran | Motion Held |
| 04/26/2013 | JUDGE SERKO (Rm. 533 )<br>Unconfirmed 10:00 Motion - Compel | Cancelled/Stricken |
| 07/15/2013 | JUDGE SERKO (Rm. 533 )<br>Unconfirmed 12:00 Pretrial Conference | Cancelled/Stricken |
| 07/29/2013 | JUDGE SERKO (Rm. 533 )<br>Confirmed    8:40 Exparte Action | Ex-Parte w/ Order Held |
| 07/29/2013 | JUDGE SERKO (Rm. 533 )<br>Confirmed    9:00 Trial | Cancelled/Stricken |
| 06/27/2014 | JUDGE SERKO (Rm. 533 )<br>Confirmed    9:00 Mandatory - Court Review Hrg | Held |
| 02/06/2015 | DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>Confirmed    9:00 Mandatory - Court Review Hrg | Continued |
| 04/10/2015 | DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>Confirmed    9:00 Motion(Other: MOTION TO LIFT DISCOVERY STAY)<br>Scheduled By: MICHAEL PFAU | Motion Held |
| 04/24/2015 | DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>Confirmed    9:00 Motion | Motion Held |
| 06/26/2015 | DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>Confirmed    9:00 Mandatory - Court Review Hrg | Continued |

10/14/19, 11:09 AM

| | |
|---|---|
| 09/11/2015 DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>     Confirmed   9:00 Mandatory - Court Review Hrg | Continued |
| 10/02/2015 DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>     Confirmed   9:00 Mandatory - Court Review Hrg | Continued |
| 10/09/2015 DEPT 20 - JUDGE VAN DOORNINCK (Rm. 822 )<br>     Confirmed   9:00 Mandatory - Court Review Hrg | Continued |
| 10/23/2015 DEPT 15 - JUDGE LEANDERSON (Rm. 304 )<br>     Confirmed   9:00 Mandatory - Court Review Hrg | Cancelled/Stricken |
| 10/23/2015 DEPT 15 - JUDGE LEANDERSON (Rm. 304 )<br>     Confirmed   9:00 Assignment to Set Trial Date | Held |
| 12/16/2015 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   9:00 Exparte Action | Ex-Parte w/ Order Held |
| 12/29/2015 C4 - EXPARTE CALENDAR (Rm. 105 )<br>     Confirmed   9:59 Exparte Action | Held |
| 01/08/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   11:25 Exparte Action | Ex-Parte w/ Order Held |
| 02/29/2016 DEPT 15 - JUDGE LEANDERSON (Rm. 304 )<br>     Unconfirmed 12:00 Status Conference | Cancelled/Stricken |
| 03/18/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   9:00 Motion(Compel)<br>Scheduled By: MICHAEL PFAU | Motion Held |
| 03/25/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   9:00 Motion(Other: MOTION TO SEAL)<br>Scheduled By: Breena Roos | Motion Held |
| 03/25/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   9:00 Motion(Other: PROTECTIVE ORDER)<br>Scheduled By: Breena Roos | Motion Held |
| 05/02/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Confirmed   9:00 Exparte Action | Ex-Parte w/ Order Held |
| 05/27/2016 DEPT 19 - JUDGE SORENSEN (Rm. 533 )<br>     Unconfirmed 9:00 Motion(Other: CONTINUANCE OF TRIAL DATE AND ALL OTHER RELEVANT<br>                   DEADLINES)<br>Scheduled By: Breena Roos | Motion Held |
| 07/29/2016 DEPT 19 - JUDGE SORENSEN (Rm. 833 )<br>     Confirmed   9:00 Motion(Other: FOR A PROTECTIVE ORDER)<br>Scheduled By: Breena Roos | Motion Held |
| 08/19/2016 DEPT 19 - JUDGE SORENSEN (Rm. 833 )<br>     Unconfirmed 9:00 Motion - Reconsideration<br>Scheduled By: Jason Amala | Cancelled/Stricken |
| 08/19/2016 DEPT 19 - JUDGE SORENSEN (Rm. 833 )<br>     Confirmed   9:00 Motion(Other: TO SEAL)<br>Scheduled By: Breena Roos | Motion Held |
| 09/02/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A) | Motion Held |

Pierce County Superior Court Civil Case Index Information PierceCountyWA.gov/CivilCase.cfm?ca...

Case 2:18-cr-00422-DJH    Document 771-1    Filed 10/15/19    Page 137 of 139

|  |  |
|---|---|
| Confirmed    9:00 Motion - Reconsideration<br>Scheduled By: Jason Amala | |
| 09/02/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br><br>Confirmed    9:00 Motion(Compel)<br>Scheduled By: Jason Amala | Cancel via Web-Rescheduled |
| 09/09/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    9:00 Motion(Compel)<br>Scheduled By: Jason Amala | Motion Held |
| 09/09/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    9:00 Motion(Other: TO SEAL)<br>Scheduled By: Breena Roos | Motion Held |
| 09/19/2016 DEPT 15 - JUDGE LEANDERSON (Rm. 304 )<br>Unconfirmed 12:00 Pretrial Conference | Cancelled/Stricken |
| 09/30/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br><br>Confirmed    9:00 Motion(Other: TO SEAL)<br>Scheduled By: Breena Roos | Cancel via Web-Rescheduled |
| 10/03/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br><br>Confirmed    9:00 Trial | Cancelled/Amend Case Sched |
| 10/14/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    9:00 Motion(Other: TO SEAL)<br>Scheduled By: Breena Roos | Motion Held |
| 10/17/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Unconfirmed 12:00 Status Conference | Cancelled/Stricken |
| 10/24/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    1:30 Exparte Action | Ex-Parte w/ Order Held |
| 11/04/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    9:00 Exparte Action | Ex-Parte w/ Order Held |
| 11/08/2016 DEPT 19 - JUDGE SORENSEN (Rm. 2-D )<br>Confirmed    10:00 Exparte Action | Ex-Parte w/ Order Held |
| 11/18/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    9:00 Motion - Shorten Time | Motion Held |
| 11/21/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    1:30 Motion | Motion Held |
| 12/02/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    2:30 Motion - Shorten Time | Motion Held |
| 12/02/2016 DEPT 19 - JUDGE SORENSEN (Rm. 207A)<br>Confirmed    2:30 Motion | Motion Held |
| 01/27/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )<br>Confirmed    9:00 Motion(Other: FOR LEAVE)<br>Scheduled By: MICHAEL PFAU | Motion Held |
| 02/10/2017 DEPT 13 - JUDGE NELSON (Rm. 315 ) | Ex-Parte w/ Order Held |

Confirmed   9:00 Exparte Action

---

02/17/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion - Stay
Scheduled By: Breena Roos

---

03/10/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion - Adjust Trial Date(Adjust Trial Date)
Scheduled By: Breena Roos

---

04/07/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion - Modification
Scheduled By: Erik Bauer

---

04/27/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Continued
    Confirmed   1:30 Motion - Summary Judgment

---

04/28/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion(Other: FOR LEAVE TO FILE OVER-LENGTH BRIEF IN OPPOSITION TO
          DEFENDANTS)
Scheduled By: MICHAEL PFAU

---

05/08/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Cancelled/Stricken
    Unconfirmed 12:00 Pretrial Conference

---

05/18/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Continued
    Confirmed   1:30 Motion - Summary Judgment

---

05/22/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Cancelled/Amend Case
                                                         Sched
    Confirmed   9:00 Trial

---

05/24/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Summary Judgment Held
    Confirmed   1:30 Motion - Summary Judgment

---

05/24/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   1:30 Motion(Other: TO SEAL)
Scheduled By: Breena Roos

---

07/26/2017 C4 - EXPARTE CALENDAR (Rm. 105 )                                    Ex-Parte w/ Order Held
    Unconfirmed 3:41 Exparte Action Mail
Scheduled By: Breena Roos

---

08/04/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion(Other: FOR LEVE TO FILE AN OVER-LENGTH MOTION TO COMPEL)
Scheduled By: Jason Amala

---

08/04/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Motion Held
    Confirmed   9:00 Motion(Compel)
Scheduled By: Jason Amala

---

08/08/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Held
    Confirmed   4:25 Hearing

---

08/11/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Cancelled/Stricken
    Confirmed   9:00 Motion(Other: FOR PROTECTIVE ORDER TO PREVENT PRODUCTION OF ALL
          MYSPACE ACCOUNT CONTENT TO THE BACKPAGE DEFENDANTS)
Scheduled By: MICHAEL PFAU

---

08/11/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )                                   Cancelled/Stricken
    Unconfirmed 9:00 Motion - Compel(Compel)

---

Scheduled By: Harry Schneider

| | |
|---|---|
| 10/03/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )<br>    Confirmed    11:30 Motion - Dismiss | Motion Held |
| 10/09/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )<br>    Confirmed    9:00 Trial | Cancelled/Stricken |
| 12/15/2017 DEPT 13 - JUDGE NELSON (Rm. 315 )<br><br>    Unconfirmed 9:00 Motion - Modification<br>Scheduled By: MICHAEL PFAU | Cancel via Web-Issue<br>resolved |
| 01/05/2018 DEPT 13 - JUDGE NELSON (Rm. 315 )<br><br>    Unconfirmed 9:00 Motion - Modification<br>Scheduled By: MICHAEL PFAU | Cancel via Web-<br>Rescheduled |
| 01/19/2018 DEPT 13 - JUDGE NELSON (Rm. 315 )<br><br>    Confirmed    9:00 Motion - Modification<br>Scheduled By: MICHAEL PFAU | Cancel via Web-Issue<br>resolved |

**Pending Case Schedule Items**

Event                              Schedule Date

**Judgments**

Cause #                Status          Signed            Effective          Filed

This calendar lists Confirmed and Unconfirmed Proceedings. Attorneys may **obtain access rights** to confirm/strike selected proceedings. Currently, any proceedings for the Commissioners' calendars can be stricken, but only Show Cause proceedings for the Commissioners' calendars can be confirmed.

Unconfirmed Proceedings will not be heard unless confirmed as required by **the Local Rules of the Superior Court for Pierce County** .

- Hearing and location information displayed in this calendar is subject to change without notice. Any changes to this information after the creation date and time may not display in current version.
- Confidential cases and Juvenile Offender proceeding information is not displayed on this calendar. Confidential case types are: Adoption, Paternity, Involuntary Commitment, Dependency, and Truancy.
- The names provided in this calendar cannot be associated with any particular individuals without individual case research.
- Neither the court nor clerk makes any representation as to the accuracy and completeness of the data except for court purposes.

Created: Monday October 14, 2019 11:08AM

WEBSITE INFORMATION

**Privacy Policy**
**Copyright Notices**