# Exhibit 1
# (Filed Under Seal)

# Exhibit 2
# (Filed Under Seal)

# Exhibit 3
# (Filed Under Seal)

Exhibit 4

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified PBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/16/2018

Rob Leggat (hereafter "Leggat"), Senior Vice President, Goddard Gunster, was interviewed at the National Center for Missing and Exploited Children office, 699 Prince Street, Alexandria, Virginia, 22314 by Special Agent (SA) Desirae K. Tolhurst, Federal Bureau of Investigation (FBI) and SA Amy Fryberger, FBI. Present during the interview was Intelligence Analyst Patti Shaffer, FBI, Department of Justice Attorney Reggie Jones, and Assistant United States Attorney Kevin Rapp. After being advised of the identities of the interviewing Agents and the nature of the interview, Leggat provided the following information:

Leggat has worked in government affairs, including Navy Public Affairs for many years prior to working at Goddard Claussen in 2010. Goddard Claussen is a public affairs firm specializing in issue advocacy based in Washington, D.C.. Approximately two (2) years ago, Goddard Claussen became Goddard Gunster. Ben Goddard and Gerry Gunster were the main partners that formed Goddard Gunster. Leggat explained that Goddard Gunster is involved in issue advocacy and gave an example of an "issue" such as Coca-Cola fighting the sugar tax.

Leggat said that Ben Goddard was good friends with Don Moon (hereafter "Moon"), an attorney for Backpage.com. Leggat did not know how the relationship with Ben Goddard and Moon began. Leggat explained that Moon called Ben Goddard regarding Backpage.com being "under siege." Leggat said it was around the time, approximately 2011, that the Attorneys General sent a letter requesting Backpage.com shut down their adult section. Leggat thought that Moon reached out to Ben Goddard in order to put Backpage.com "on the right side of the equation." Leggat said he knew that Backpage.com was owned by Village Voice Media, but also knew that Backpage.com was the money maker. Leggat also learned, during that time, that Backpage.com was looking to sell Village Voice Media or vice versa. Leggat said Moon was looking to hire Goddard Gunster in order to come up with a public relations (hereafter "PR") strategy to address child sex trafficking. Leggat said he had multiple conversations with Moon regarding the PR strategy.

Leggat said, according to Moon, shutting down Backpage.com was not an option because Backpage.com was the source of Village Voice Media's

| Investigation on | 12/01/2017 | at | Alexandria, Virginia, United States (In Person) |

| File # | 50A-PX-9247052 | | Date drafted | 12/07/2017 |

by  TOLHURST DESIRAE K, Amy L. Fryberger

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-BP-0004735185

revenue stream.  Leggat said Moon was looking for a way to keep Backpage. com.

Leggat said as part of developing a PR strategy, deep opinion research would be conducted and a determination would be made as to who the right spokesperson would be to present the findings.  Leggat said typically in depth interviews would be conducted of people related to the issue.  Leggat said those interviews would be of very "high level" individuals.  Leggat said Backpage.com PR strategy would try to show that Backpage.com is out to protect exploited children not exploit children.

Leggat said he had multiple phone meetings with Moon, Michael Lacey (hereafter "Lacey"), Jim Larkin (hereafter "Larkin") and a woman (identity unknown) who worked with Moon.  Leggat said Lacey was the "client" of Goddard Gunster and Moon was Backpage.com's attorney.  Leggat said during the meetings, Leggat would discuss with Moon, Lacey, Larkin, and the unknown woman the issues (child sex trafficking) presented to Backpage. com, whether or not there was any truth to the issues, and what the public's perception of Backpage.com as it relates to those issues.  Leggat said according to Moon, the child sex trafficking issue was a First Amendment issue and Backpage.com was cooperating with the government.  Further, Moon told Leggat that there are laws in place to protect Backpage.com.  Moon also said that the ads on Backpage.com are "coded" and Backpage.com has employees who monitor and evaluate the ads.  Moon also mentioned something about credit card information to Leggat.  Moon conveyed to Leggat that the Backpage.com felt that they have done everything that they needed to do to protect children.

Leggat said his role was to help come up with an ad campaign to support Backpage.com's position that they are helping children.  Leggat said he proposed a research element and Anna Greenberg (hereafter "Greenberg") of Greenberg Quinlan Rosner, initiated the research project.  Leggat said it was Greenberg's company that conducted the study on the website.  Leggat said he would ask questions of Moon and Backpage.com such as "is there any truth to the charges?" "How would you defend yourselves?" in trying to develop the PR strategy.  Leggat said he also worked on trying to put together a coalition - an idea of a Child Protection Task Force for Backpage.com to associate with.

Leggat said during his discussions with Moon, there were definitely discussions of adult prostitution being on Backpage.com.  Leggat said that Moon had a very liberal attitude about adult prostitution and made a comment that "it goes on."  Leggat said with regards to children being on Backpage.com, Moon recognized that something would "slip through the cracks."

DOJ-BP-0004735186

50A-PX-9247052

Continuation of FD-302 of  (U)  Interview of Rob Leggat                    , On  12/01/2017  , Page  3 of 4

     Leggat said he was surprised to learn there was a Backpage.com.  Leggat
said he had real discomfort with the prostitution on Backpage.com and said
the current CEO, Gerry Gunster, was not going "to touch it with a 10 foot
pole."  Leggat said the aforementioned coalition never came about.

     Leggat described Moon as a "bigger than life" individual who was loud,
crass, smart and used very vulgar language.  Leggat recognized the name
Carl Ferrer but was not sure what role Carl Ferrer played.  Leggat
recalled exchanging emails with Ferrer.  Leggat said over time the
Backpage.com discussions with Moon moved inside Ben Goddard's office.

     SA Tolhurst reviewed emails and documents related to Backpage.com's
association with Goddard Gunster, and the following are Leggat's
recollection of the emails/documents:

     Email dated 10/6/2011 sent from Carl Ferrer to multiple recipients,
including Leggat: Leggat recalled that Greenberg Quinlan Rosner would have
helped design the script for the ad campaign.

     Email dated 10/12/2011 sent from Leggat to Carl Ferrer with a
PowerPoint Attachment: Regarding page 3, "One day the proverbial is going
to hit the fan and/or the "body is going to be discovered"".  Leggat said
that he was trying to convey to Backpage.com that they needed to be
prepared.  Leggat further explained that either 1. The Attorneys General
issue was going to hit the fan; or 2. It will be known that people are
using Backpage.com for prostitution.  Leggat said either way, it was going
to happen.  Leggat said it was stupid not to have a plan in place to
address such issues.  Leggat said that Moon talked about prostitution
being on the Backpage.com website and said there were already "issues
swirling around."  Leggat also mentioned that he was aware of the
CraigsList murders and thought something similar could happen on Backpage.
com.

     Regarding slide 3 and the "Near-term spin-off objective," Leggat said
Backpage.com was the main source of revenue for Village Voice
Media.  Leggat said Moon conveyed that the two main concerns were revenue
and divesting.  Leggat said everyone saw where Backpage.com was heading
and they wanted to get Backpage.com off their plate.

     Regarding slide 19, "The ads for the backpage.com site follow three
directions: -Pimps and Men Looking for Kids -High Visibility Ads -Missing
Person Ads" - Leggat said the intent was to create ads to put on Backpage.
com to target those three (3) areas.  Leggat said the directions were
likely developed from Greenberg Quinlan research.  Slides 26 through
slides 29 have examples of the targeted ads.

DOJ-BP-0004735187

50A-PX-9247052

Continuation of FD-302 of  (U) Interview of Rob Leggat       , On  12/01/2017  , Page  4 of 4

    Leggat said ultimately the ad campaign lost energy and Backpage.com decided that there was other avenues they (Backpage.com) wanted to take. Leggat thought the reason for not wanting to go forward with an ad campaign was financial. Leggat also thought that Backpage.com did not want to go public and draw any additional attention and hurt their revenue stream.

    Leggat said he had never gone onto the Backpage.com website and had never viewed any Backpage.com ads. Leggat said he understood from the research information the targeted ads (prostitution, child sex trafficking) were amongst the personal ads.

    Leggat said there was a lot of discussion around the "coding" of the ads. Leggat said Moon discussed the codes and said that they (Backpage. com) deciphered ads that were suspicious. Moon also told Leggat that Backpage.com knew the codes for trafficked children. Regarding adults and adult prostitution, Leggat said Moon had the opinion that "adults were adults" and Backpage.com did not care about the adults. Leggat said Moon mentioned NCMEC and thought that NCMEC was possibly a Backpage.com coalition member.

    Leggat said he wanted to get away from the project and was very uncomfortable with it. Leggat said the project was really Ben Goddard's project. Leggat said Ben Goddard is approximately 75 years old but in really poor health with liver and heart problems.

    Leggat said Greenberg Quinlan would have additional information as they completed the research on Backpage.com. Leggat said Greenberg Quinlan presented their research findings to Goddard Gunster and Backpage. com. Greenberg Quinlan is located in the Washington D.C. area.

    The emails and PowerPoint reviewed with Leggat are attached and made a part hereto.

DOJ-BP-0004735188

Exhibit 5



1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# VVM MEDIA STRATEGIES

## GODDARD GLOBAL

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026798
DOJ-BP-0002126438

# SITUATION

- It is going to happen
  - One day the proverbial is going to hit the fan and/or the "body is going to be discovered"
  - Arguably already beginning with the AG campaign
  - Not likely to go away soon;

- Near-term spin-off objective
  - Even with spin off, VVM is not going to be able to entirely divorce itself from the situation

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026799
DOJ-BP-0002126439

# OBJECTIVES

- Stand back from the fan
- Remove VVM and backpage.com from the equation (e.g. "third party" advocacy)
- Define "the problem"
- Keep "Back Page" a going concern
- Leverage to increase name recognition, revenue and value

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026800
DOJ-BP-0002126440

# STRATEGIC ADVOCATES

- Newspapers
- Civil Libertarians
- Back Page Customers
- Village Voice Publications
- NCMEC
- Local law enforcement

5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# AUDIENCE

- Attorneys General
- BP acquisitional lenders
- DOJ
- NCMEC & NGOs
- Law enforcement
- Civil libertarians
- Back Page advertisers
- Media
- General Public

6

BACKPAGE00026802
DOJ-BP-0002126442

**Slide 6**

**1**          Rob Leggat, 10/12/2011

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# RISK & BARRIERS

- Do more harm than good by drawing attention to backpage.com
- Danger of loss of revenue
- Interference with near-term spin off objective

7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026804
DOJ-BP-0002126444

# RESEARCH

## GREENBERG QUINLAN ROSNER

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026805
DOJ-BP-0002126445

# WHY CONDUCT RESEARCH?

**Before we communicate, we want to answer a few key questions:**

1. **Should we engage at all?**
   - Legally, we start in a strong position.
   - A fight will draw attention to the issue.
   - Can we gain ground in a PR battle?

2. **If we engage, what is our strategy and message?**
   - What do we say?
   - How do we say it?
   - Who do we say it to?

3. **What do we do in Washington?**
   - Largest public battle over Backpage.
   - Can we mitigate McKenna's attacks?
   - What should we say and who should say it?

9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
BACKPAGE00026806
DOJ-BP-0002126446

# WHAT RESEARCH ARE WE DOING?

**We have agreed upon:**

- **Two focus groups with Hill staff**
  - 7-10 staffers per group
  - Senior to mid-level
  - Mix of chambers and parties
  - Focus on judiciary committees and committee members' staff

- **Five interviews with retired DOJ staff**
  - Criminal division
  - Mix of political appointees and civil servants
  - Mix of Democratic and Republican administrations

10

**10**

BACKPAGE00026807
DOJ-BP-0002126447

# LOGISTICS AND NEXT STEPS

**The research should take about three months:**

- **Preparation**
  - Set the schedule for the focus groups
  - Finalize the target audience definitions
  - Begin recruitment
- **Guideline drafting process**
  - Initial brainstorming call for ideas and messages
  - We draft the guidelines and submit them for your review
  - Call to go over the initial guideline drafts
  - We revise the guidelines and submit them for final changes and signoff from you
- **Execution**
  - Finish recruiting and begin DOJ interviews
  - Conduct the focus groups—you are welcome to attend
  - We analyze the groups and present the results to you

11

11

BACKPAGE00026808
DOJ-BP-0002126448

## MESSAGING SITUATIONAL, RESEARCH DRIVEN

- BP is part of solution, a leader in fighting child exploitation
  - We are doing the right thing (Walking the talk)
  - Doing everything possible technologically and within the law to protect children
  - No other site has the expertise, the applied technology, the resources and the determination to stop the exploitation of minors
  - Facilitates the capture and prosecution
    - No other site provides the level of support to law enforcement agencies

12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# SHOW ME THE FACTS

- The real problem/issue is not backpage.com
  - The bigger issue is exploitation by family members: neighbors, church leaders etc.
  - The bigger issue is runaway children; wayward girls; TV; Internet
- AG's time better spent targeting the areas where they can make the biggest impact – not the biggest headlines
  - AGs have tracked less than one case per year in each BP market
  - Meanwhile, X cases of child abuse are documented
- Closing back-page doesn't address the problem
- As long as ads are legal, they will find an outlet – better an outlet with safeguards and one that feels strongly about bringing to justice those who would exploit our children

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# CONSTITUTIONALLY THINKING

- The Constitution protects free speech
- For Media, Civil Libertarians and Elite governmental actors
  - As a member of the 4th estate, we have a moral obligation to defend
  - 230 protects BP from liability when classified ads are used to do something illegal
  - Impossibility of shutting down adult advertising
  - Underscores importance of industry standards

- Slippery slope, hamstringing the Internet

14

BACKPAGE00026811
DOJ-BP-0002126451

# MEDIA PLAN (ALSO RESEARCH-DRIVEN)

- Media Strategy: Focus sharply on target audiences
- Q&A : How we answer depends on strategy and confirmed messaging
- Media Strategy: Do not acknowledge the prostitution
  - We don't know.  The law forces us to accept at face value the services advertised and does not hold us accountable
  - Where we do know or even suspect child exploitation, we act
- Op-Eds
  - To frame debate – increase awareness
- Online showcase of what BP is doing on the solution side
- Leverage VVM to run print ads
- Leverage VVM to run OP-Eds, investigative pieces
- Social media…Leverage and deploy quick response team
  - Blogs, Twitter. Face Book, Tumblr
- Speaking Opportunities
- Host/Sponsor CPTF Conferences, Seminars, Workshops around issue

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# STRATEGIES

- Two Prong
  - Longer Term:  Build Equity in Good Times
  - Establish Child Protection Task Force
    - Discuss steps put in place to safeguard children
    - Publish principles
    - Tell stories of Back-Page successes
  - Short Term Options:
    - Surrender
      - Shut Down Back-Page
    - Truce
      - Meet conditions or..

16

BACKPAGE00026813
DOJ-BP-0002126453

# Fight Back*

- Fight Back
  - Frame the debate
  - Shift the argument
  - Stand on moral principles
    - Constitutional issue -- Not a trafficking issue
      - Constitutionally -- The law requires that we not restrict freedom of speech
      - Rather than attack Back-page -- AGs should attack the Constitution
    - Make it an excess of power issue : Attack the attackers
      - Sue the National Association for Harassment and Singling our Back-Page
      - Using their powers to circumvent the law of the land
      - Question their motives: Headline seeking
      - Take on Signatories politically
        » Elected officials impartial enforcers of the law -- Not guardians of country's morals
    - Talk slippery slope -- What's next?
      » Shutting down the internet?
      » Shutting down the Boy Scouts, Catholic Church?
      » Closing the Catholic Church
      » More child exploitation passes through the back doors of the Catholic Church or Boy Scout tent flaps than though the back pages' classifieds

*Far Fetched, If Not Suicidal

17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026814
DOJ-BP-0002126454

# Creative: Online and Print

Goddard Global

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026815
DOJ-BP-0002126455

# Backpage Online

- The ads for the backpage.com site follow three directions:
  - Pimps and Men Looking for Kids
  - High Visibility Ads
  - Missing Person Ads

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026816
DOJ-BP-0002126456



20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



21

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026819
DOJ-BP-0002126459



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026820
DOJ-BP-0002126460



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026821
DOJ-BP-0002126461

# Print Ads

- Print Ads Copy
  - To run in VVM remnant space

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026822
DOJ-BP-0002126462



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026823
DOJ-BP-0002126463



27

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026825
DOJ-BP-0002126465



29

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026826
DOJ-BP-0002126466