Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**NOTICE OF ERRATA TO MOTION TO SUPPRESS, FILED OCTOBER 18, 2019 (Doc. 778)** |

　　　　Movant Michael Lacey, by and through his undersigned counsel, hereby files this Notice of Errata. On October 18, 2019, Michael Lacey filed, among other things, a *Motion to Suppress*. (Doc. 778.)  After submitting to the Court, undersigned counsel identified that the motion inadvertently did not include appropriate attachments for Exhibit E and Exhibit F.

　　　　Attached hereto as Exhibit 1 is Exhibit E to the *Motion to Suppress*.

　　　　Attached hereto as Exhibit 2 is Exhibit F to the *Motion to Suppress*.

DATED: November 11, 2019    Erin E. McCampbell
Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Erin E. McCampbell
      Erin E. McCampbell
      Paul J. Cambria, Jr.
      Attorneys for Michael Lacey

On November 11, 2019, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov