MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSES, AND DEFENDANTS' REPLIES, TO DEFENDANTS' SUBSTANTIVE MOTIONS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | **(Second Request)** |

On October 25, 2019, the Court granted the government's motion to extend the deadline to file responses to Defendants' substantive motions and to extend Defendants' deadline to file their reply briefs. (Doc. 795.) That Order extended the government's responses to November 22, 2019, and correspondingly extended Defendants' replies to December 16, 2019. Given the volume and variety of Defendants' motions, the government is requesting a brief extension to November 27, 2019 for the following

motions:

- Defendant Lacey's Motion to Suppress (Doc. 775);
- Defendants' Motion to Compel Production of *Brady* Material (Doc. 777);
- Defendants' Motion to Suppress (Doc. 778);
- Defendant Spear's Motion for Bill of Particulars (Doc. 781);
- Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse Or, in the Alternative, for Disclosure of Grand Jury Transcripts (Doc. 782);
- Defendants' Motion to Dismiss Indictment Based On Section 230 of the Communications Decency Act Or, Alternatively, As Void for Vagueness (Doc. 783);
- Defendant Vaught's Motion to Sever (Doc. 784);
- Defendant Vaught's Motion to Strike Surplusage From the Indictment (Doc. 785); and
- Defendant James Larkin's Motion to Suppress (Doc. 786).

The government has conferred with counsel for Defendants and there are no objections. Similarly, the government does not oppose an extension for Defendants to file their replies in support of the substantive motions. Currently the deadline is December 16, 2019, and the parties have agreed to an extension to December 23, 2019.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 21st day of November, 2019.

      MICHAEL BAILEY
      United States Attorney
      District of Arizona

      *s/ Andrew C. Stone*
      KEVIN M. RAPP
      MARGARET PERLMETER
      PETER S. KOZINETS
      ANDREW C. STONE
      Assistant U.S. Attorneys

      JOHN J. KUCERA
      Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office