# Exhibit C



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:    (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

November 8, 2019

| | | |
|---|---|---|
| Paul J. Cambria Jr., Esq.<br>Attorney at Law<br>Lipsitz Green Scime Cambria<br>42 Delaware Ave \| Suite 120<br>Buffalo, NY 14202<br>(attorneys for Michael Lacey) | David Eisenberg, Esq.<br>David Eisenberg, PLC<br>3550 N. Central Ave., Ste. 1550<br>Phoenix, AZ 85012<br>(attorney for Andrew Padilla) | Joy Bertrand, Esq.<br>PO Box 2734<br>Scottsdale, AZ 85252<br>(attorney for Joye Vaught) |
| Thomas H. Bienert, Jr., Esq.<br>Whitney Z. Bernstein, Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorneys for James Larkin) | Bruce Feder, Esq.<br>2930 East Camelback Road, Suite 160<br>Phoenix, Arizona 85016<br>(attorney for Scott Spear) | Ariel A. Neuman, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>(attorneys for Jed Brunst) |

**VIA EMAIL**

Re:     Response to Ms. Bernstein's November 5, 2019 Letter

Dear Whitney:

Thank you for your response on November 5, 2019 to my letter dated October 29, 2019. We appreciate you including a copy of the chat log between Tami Loehrs and AccessData.

For Mr. Frost's visit, Ms. Loehrs will need to download a Linux distribution software. Any current Linux distribution should allow mounting of the EXT4 drives, however, the specific Linux distribution that was used in acquiring these servers is called Fedora and is free to download. https://getfedora.org/  The purpose of this visit is for Mr. Frost to help Ms. Loehrs do her job of "confirm[ing] the information [received] from the government were valid forensic images" using her own equipment, workspace, and tools.  Thus, it will be important for Ms. Loehrs to download Fedora prior to the meeting.

In acquiring the data from each hard drive, Mr. Frost used a Linux-based version of FTK Imager-Command-Line after using an FBI Linux Boot disk to power on the computer without

November 8, 2019
Page 2

modifying the drives.[1]  (October 3, 2019 Tr. at 30, 164.)  The boot disk allowed Mr. Frost to mount the individual disks within the server in a read-only format, which permitted him to acquire data from each disk individually.  The data was stored in E01 format and the files were initially saved to a network attached storage device so all acquired files were stored in one location.  (October 3, 2019 Tr. at 164.) The FTK Imager-Command-Line software created a text file for each E01 forensic image acquired.  This text file documented the following:  (1) the tool used to make the forensic image; (2) when the data was acquired; and (3) the hash verification.  These text files were saved with the E01 files for each disk acquired.  We anticipate Mr. Frost walking through the requisite steps to enable Ms. Loehrs to access these text files, which will enable her to "confirm the information [Defendants] got from the government were valid forensic images."  (Oct. 25, 2019 Tr. at 286.)

Now, in order to take the next step, which is to assemble the Z pools, Ms. Loehrs would need expertise in Z File Systems or ZFS.  (*See* Oct. 3, 2019 Tr. at 81-82; *see also id.* at 174-5 ("[U]nlike normal operating systems, [in a ZFS file system] the file system and the volume manager are integrated. . . . [T]he ZFS operating system is built with security and integrity built into the Z pool, so you can add disks, remove disks in any order.").)  Based on her testimony and CV, it appears Ms. Loehrs does not have that expertise.  Please let us know if that understanding is incorrect.

Mr. Frost is available on November 19 to assist Ms. Loehrs.  We can also represent that Mr. Frost has successfully been able to rebuild the Z pools from an image server and a database server using identical (*i.e.*, with matching hash values) E01 files as those provided to Defendants.

Finally, our goal with this offer is to help Ms. Loehrs do her job of confirming that Defendants received valid forensic images and not to argue about timing of when Defendants raised the issue of their inability to access the hard drives.  But, we do not believe that filing a motion to compel in June and then raising the lack of access issue in August is within the normal course of conduct for these types of issues.

Please let us know by November 12 if you wish to accept this offer so that Mr. Frost can make travel arrangements.  We look forward to hearing from you.

---

[1] The FBI Linux Boot disk is a compilation of tools available on Linux that the FBI has packaged together.  While the disk is law enforcement only, all of the tools on the disk are open source and free.  (October 3, 2019 Tr. at 223.)

                    BRIAN BENCZKOWSKI
                    Assistant Attorney General
                    Criminal Division
                    U.S. Department of Justice

                    REGINALD E. JONES
                    Senior Trial Attorney, CEOS
                    (202) 616-2807

                    MICHAEL BAILEY
                    United States Attorney

                    <u>s/ *Andy Stone*</u>
                    KEVIN M. RAPP
                    MARGARET PERLMETER
                    PETER S. KOZINETS
                    ANDREW STONE
                    Assistant United States Attorneys

                    JOHN J. KUCERA
                    Special Assistant U.S. Attorney