**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** December 2, 2019 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorney:** John Kucera, Kevin Rapp, Margaret Perlmeter, Peter Kozinets, Andrew Stone

**Defendant-1: Michael Lacey**

**Interpreter:** N/A
**Attorney for Defendant:** Paul Cambria, Retained
**Defendant:** X Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-2: James Larkin**

**Interpreter:** N/A
**Attorney for Defendant:** Thomas Bienert Jr. and Whitney Bernstein, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-3: Scott Spear**

**Interpreter:** N/A
**Attorney for Defendant:** Bruce Feder, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-4: John Brunst**

**Interpreter:** N/A
**Attorney for Defendant:** Ariel Neuman, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-6: Andrew Padilla**

**Interpreter:** N/A
**Attorney for Defendant:** David Eisenberg, CJA
**Defendant:** ☐ Present X Not Present ☒ Released/Waived ☐ Custody ☐ Summons

**Defendant-7: Joye Vaught**

**Interpreter:** N/A
**Attorney for Defendant:** Joy Bertrand, CJA

| | |
|---|---|
| USA v. Lacey et al | **Date:** December 2, 2019 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

**Defendant:** ☐ **Present**   ☒ **Not Present**   ☒ **Released/Waived** ☐ **Custody** ☐ **Summons**  ☐ **Writ**

8:35 A.M. Day 3 Evidentiary hearing on defendant's motion to compel (Doc. 643) held. Tami Loehrs examination continues. Exhibits 123,197,199 admitted. Documents 805 and 815 brought to the attention of the Court. Matter taken under advisement. Court will issue an order.

Counsel for defendant Brunst advises the Court that the motion to dismiss (Doc. 746) is fully briefed. Counsel for defendant Brunst without objections from all parties moves to extend the motion in limine deadline. Motion in limine deadline is extended to 2/7/2020.

The motions to continue (Docs. 88,89) filed in CR 18-464-PHX-SMB discussed. Parties have no objections to the continuances. The motions are granted.

The status hearings in CR 18-464 PHX SMB and CR 18-465 PHX SMB will be continued to 2/10/2020 at 1:00 p.m.

The Ancillary hearing set for 12/13/2019 in CR 18-464 PHX SMB and CR 18-465 PHX SMB will be vacated. The Court will address the resetting of Ancillary hearing at the status hearing on 2/10/2020.

**Court Reporter** Christine Coaly           **Start:  8:35 AM**
**Deputy Clerk** Traci Abraham              **Stop:   10:02 AM**