MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO SUPPRESS (Doc. 827)** |
| Michael Lacey, et al., | |
| Defendants. | |

On December 23, 2019, Defendant Lacey filed a Motion to Suppress on behalf of all Defendants. (Doc. 827.)   Due to holiday schedules, the United States respectfully requests an extension of time to file its Response from January 6 to January 21, 2020.  The government has conferred with counsel for Defendants and there are no objections.

- 1 -

1    Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or

2   an order based thereon.

3

4    Respectfully submitted this 3rd day of January, 2020.

5                                              MICHAEL BAILEY
                                               United States Attorney
6                                              District of Arizona

7                                              *s/ Margaret Perlmeter*

8                                              MARGARET PERLMETER
                                               KEVIN M. RAPP
9                                              PETER S. KOZINETS
                                               ANDREW C. STONE
10                                             Assistant U.S. Attorneys

11                                             JOHN J. KUCERA
                                               Special Assistant U.S. Attorney
12

13                                             BRIAN BENCZKOWSKI
                                               Assistant Attorney General
14                                             U.S. Department of Justice
                                               Criminal Division, U.S. Department of Justice
15
                                               REGINALD E. JONES
16                                             Senior Trial Attorney
                                               U.S. Department of Justice, Criminal Division
17                                             Child Exploitation and Obscenity Section

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office