1 | Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
2 | Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
3 | Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5 | 1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6 | Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7 |
   Attorneys for Defendant John Brunst
8 |

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **FOR THE DISTRICT OF ARIZONA**

11 |

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO SUPPRESS** |
| vs. | |
| Michael Lacey, *et al.*, | Assigned to Hon. Susan M. Brnovich, Courtroom 506 |
| Defendants. | |

1    Defendant John Brunst, by and through his undersigned counsel, joins in

2 Defendants' Motion to Suppress (Dkt. No. 827) ("Motion").

3    Mr. Brunst agrees with the arguments made in Defendants' Motion.  Mr. Brunst

4 adopts the positions set forth in the Motion as if fully set forth herein.

5

6 DATED:  January 6, 2020            Respectfully submitted,

7                                    Gary S. Lincenberg
                                     Ariel A. Neuman
8                                    Gopi K. Panchapakesan
                                     Bird, Marella, Boxer, Wolpert, Nessim,
9                                    Drooks, Lincenberg & Rhow, P.C.
10

11

12                                   By:    _____/s/ Gopi K. Panchapakesan_____

13                                          Gopi K. Panchapakesan
                                     Attorneys for Defendant John Brunst
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

    I hereby certify that on this 6th day of January 2020, I electronically transmitted the foregoing John Brunst's Notice of Joinder in Defendants' Motion to Suppress to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants listed below.

4

                                                */s/ Gopi Panchapakesan*

5                                              Gopi Panchapakesan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28