IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Unopposed Motion to Extend Time to File Its Response, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the response deadline for Defendants' Motion to Suppress (Doc. 827) to January 21, 2020.

Dated this 9th day of January, 2020.

Honorable Susan M. Brnovich
United States District Judge