# EXHIBIT B

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: PX-9247052

On (date): 04/23/2019

item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [x] Released To

(Name) Whitney Bernstein

(Street Address) _____

(City) _____

Description of Item (s): 1) Western Digital hard drive containing images of server documents and emails 2) Seagate hard drive S/N: 9VS1HZY5 containing image of Datto data.

Received By: _Whitney Bernstein_ (Signature)     Received From: _[signature]_ (Signature)

Printed Name/Title: Whitney Bernstein     Printed Name/Title: Desiree L. Tolhurst SA FBI