Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **REPLY AFFIDAVIT IN FURTHER SUPPORT OF DEFFENDANTS' MOTION TO SUPPRESS** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

I, Michael Sanscrainte, states the following:

1. I currently am a Network Administrator and have been employed at Lipsitz Green Scime Cambria, LLP, since May 2008.

2. I submit the instant reply affidavit in further support of the Defendants' Motion to Suppress (Doc. 827).

3. In its opposition, the government has claimed that it should have received notification of our email system's rejection or quarantining of the email sent to Erin McCampbell Paris. Further, the government suggests that the email could not have been rejected or quarantined by our system security software because the email was a reply to an email that originated from within our system. Neither of these assertions is correct.

4. An email rejection notification is not sent to the sender for an email that is subjected to security software and rejected or quarantined by that software.

5. Further, the security software and/or quarantine protocols of an email system review every email separately and can prevent delivery of or quarantine an email even when the email is a reply to an email that originated within the email system because the addition of new text and/or an attachment (like the government's reply email to defense counsel here) can trigger rejection by security software or quarantining.

6. As I explained in my prior affidavit, there is no record that the government's email was received by our email server. This means that the email at issue either was not sent to Ms. McCampbell Paris, or Paul Cambria, Jr., was rejected by our email security service, or it was sent but immediately quarantined by our virus prevention software due to the fact that there was a potential threat contained in the email.

I swear under penalty of perjury under the laws of the State of New York that the forgoing is true and correct.

Michael Sanscrainte

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 28, 2020, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov