MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>      v.<br><br> Michael Lacey, et al.,<br><br>             Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' SUBMISSION OF JURY QUESTIONNAIRE** |

The proposed Jury Questionnaire ("JQ") is due on February 7, 2020. (Doc. 822). On January 27, 2020, the Government provided Defendants a draft of a proposed JQ. The government requested that Defendants send the government any objections or additional questions by February 3, 2020. Defendants advised that they would not be able to provide

- 1 -

1  a response on February 3, 2020, but would do so shortly thereafter.  On the evening of
2  February 6, 2020, Defendants sent the government an email with objections to certain
3  questions.  Defendants' objections have been noted next to the questions in the
4  Government's proposed JQ. (*See* Exh. A).
5  Defendants also provided a separate proposed JQ that contained 80 questions and
6  asked for government comments.  Because the government first received Defendants'
7  proposed JQ late last night, the government has not had sufficient time to review and advise
8  Defendants of any objections before today's deadline. The government will provide
9  objections to Defendant's proposed JQ before the next court appearance so that a joint JQ
10 can be sent to prospective jurors in advance of the May 5, 2020 trial date.
11 Respectfully submitted this 7th day of February, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
MARGARET PERLMETER
KEVIN M. RAPP
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office