# Exhibit A

Juror Number [Official Use Only] _____

## *CONFIDENTIAL* JUROR QUESTIONNAIRE

Dear Prospective Juror:

You are being considered for the jury in a federal criminal case entitled *United States of America v. Michael Lacey, et al*.

Six individuals (Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught) ("Defendants") have been charged in a superseding indictment with: (1) conspiracy to commit violations of the Travel Act by facilitating prostitution; (2) violations of the Travel Act; (3) conspiracy to commit money laundering; (4) concealment money laundering; (5 international promotional money laundering; (6) transactional money laundering; and (7) international concealment money laundering. The charges arise from the Defendants' various roles in the creation, operation, and management of the website www.backpage.com.  Defendants have pleaded not guilty to all charges and are presumed innocent.  The United States has the burden of proving an individual guilty beyond a reasonable doubt.

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case.  Please answer the questions independently and be honest and complete with your responses.  There are no right or wrong answers.  The responses will be reviewed only for the purposes of selecting a jury and are designed to help this process move along more expeditiously with fewer questions in court.

Some of the questions may seem very personal.  The questions are not meant to invade your privacy, but to help select a fair jury.   If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question.  If the attorneys need to follow up with you about a private response, the attorneys and I will speak to you about that response outside the presence of the other jurors.

Please write clearly and answer ALL questions.   If a question does not apply to you, write "N/A" (not applicable) rather than leaving the answer blank.   This signals to the attorneys and I that the question does not apply to you, instead of leaving us wondering whether you missed the question or forgot to answer it.   If you do not understand a question, please write that in the space provided for the answer.

If you need more space for your response, please use the extra sheets at the end of the questionnaire and indicate which numbered question you are answering.  **Do not write on the back of any page.**  Please use black or blue ink.

You are ordered not to discuss this case or questionnaire with anyone, including your family, friends, and fellow jurors.  **Do not** do any research, including internet searches related to the case or any of the people involved.  **Do not** "google" the names of any of the Defendants or the website www.backpage.com.  With the limited information you have been provided in this questionnaire, if you inadvertently come across any information related to this case, such as the Defendants, the

1

Juror Number [Official Use Only] _____

website www.backpage.com, the attorneys, or potential witnesses, please **immediately stop** reading as soon as you realize there is a possibility the information could relate to this case.

Please included your juror number atop each page so we may identify you in the event the pages become separated. Please sign the questionnaire when you are finished, your answers will be treated the same as if they were made in open court under oath. Please return the questionnaire to my chambers by no later than April 24, 2020.

Thank you for your cooperation.

                                                                                                _____
                                                                                               Susan M. Brnovich
                                                                                                United States District Judge

Juror Number [Official Use Only] _____

**Jury Service and Length of Trial**

1. Jury service is one of the highest duties and privileges of a citizen. The participation of citizens like you is essential to the proper administration of justice. This trial will begin May 5, 2020 and is expected to last through July 31, 2020. Trial will take place each day from 9:00 a.m. to 4:30 p.m. Tuesday through Friday. There will be a break for lunch and as well as a short mid-morning and mid-afternoon break. There will be no trial on Mondays. The court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship. Keep in mind that if you are unable to serve in this trial, you could be summoned for another trial later this year (city, state, or federal).

    Would the length of the trial create an undue hardship?   Yes _____ No _____

    If yes, please explain your hardship in detail:_____

2. Do you have any difficulties understanding the English language?   Yes _____ No _____

    If yes, please explain:

3. Do you have any mental or physical conditions that would make it difficult for you sit as a juror and see and hear all of the evidence presented at trial?   Yes _____ No _____.

    If yes, please explain:

4. Are you taking any medication that might interfere with your ability to concentrate, understand, consider, and weigh the evidence in this case?   Yes _____ No _____.

    If yes, please explain:

**Knowledge of the Case and Case Participants**

3

Juror Number [Official Use Only] _____

5. Do you know the U.S. District Court Judge Susan M. Brnovich or any of her court staff on any basis, social, professional or otherwise?   Yes ____ No ____.

   If yes, please explain:

6. The Defendants in this case are Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught.  Do you know any of the Defendants on any basis, social, professional or otherwise?   Yes ____ No ____.

   If yes, please explain:

7. The Defendants are represented by their attorneys Thomas Bienert, Whitney Bernstein, Paul Cambria, Gary Lincenberg, Ariel Neuman, Bruce Feder, David Eisenberg and Joy Bertrand?   Do you know any of the defense lawyers on any basis, social, professional or otherwise?   Yes ____ No ____.

   If yes, please explain:

8. The attorneys representing the United States are Kevin Rapp, Reginald Jones, Margaret Perlmeter, Peter Kozinets, Andrew Stone, John Kucera and Daniel Boyle.  The case agent is Internal Revenue Service Special Agent Richard Robinson.  Do you know any of the attorneys representing the United States or their case agent on any basis, social, professional or otherwise?   Yes ____ No ____.

   If yes, please explain:

9. Have you heard, read about, or know anything about this case?   Yes ____ No ____.

   If yes, please explain what you have heard, read, and learned, and when and where you heard, read and learned it:

**Background of Prospective Juror**

4

Juror Number [Official Use Only] _____

10. Full name: _____

11. Age: _____

12. Residence (City/Town, Length of Time) (For example: Phoenix, 10 years).  If you have lived in your current residence for less than six months, please list where you lived previously.

    _____

13. Marital Status: (please circle)

    Single    Married    Divorced    Widowed    Live with a Partner    Other: _____

14. What is your current employment status?   (Check all that apply).

    | | | | |
    |---|---|---|---|
    | _____ | Working full-time | _____ | Homemaker |
    | _____ | Working part-time | _____ | Part-time student |
    | _____ | Retired | _____ | Full-time student |
    | _____ | Disabled | _____ | Other: |
    | _____ | Unemployed | | |

15. Occupation (Where do you work, what kind of work do you do, and for how long?) (If you are not currently employed, where did you work most recently?)

    _____

    _____

    _____

16. Describe your educational background.   List any degrees you have received.

    _____

    _____

17. If married, what kind of work does your spouse/partner do?  If he/she is unemployed/retired, what kind of work did he/she do most recently?)

    _____

    _____

18. If you have children, please state their ages and, if they work, the occupation of each.   Do not provide names.

    _____

    _____

Juror Number [Official Use Only] _____

19. Have you ever served in the military?   Yes \_\_\_\_ No \_\_\_\_.

    If yes, which branch and for how long?

20. Have you ever served on a jury before?   Yes \_\_\_\_ No \_\_\_\_.

    If yes, please state:

| Civil or Criminal | Nature of case (robbery, DUI, personal injury, etc.) | When/Where | Did the jury reach a verdict? (If yes, what was the verdict?) | Were you the foreperson? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

21. Have you ever served on a grand jury?   Yes \_\_\_\_ No \_\_\_\_.

    If yes, when and where? _____

**Experience with Legal and Criminal Justice System**

22. Have you, any members of your family or close friends ever been the victim of a crime?[1] Yes \_\_\_\_ No \_\_\_\_.

    If yes, please explain the incident, whether it was investigated by the police, and whether the responsible person was arrested and prosecuted.

---

[1] For questions referencing family members or close friend, it is defined here as a person who your relationship with or their role in your life would have an impact on or influence your thoughts, beliefs and judgment.   For example, if your father served 20 years as a detective with the Phoenix Police Department and your opinion of police officers has been influenced by your relationship with him (either positive or negative), please let us know. On the other hand, if there is no relationship and the fact would not influence your thoughts, beliefs and judgment, then you need not report.   For example, if your best friend's cousin went to prison for drug trafficking and you and your best friend have never met the cousin, then you need not report.   But, if your best friend was very close to the cousin and the cousin's incarceration influenced (either positively or negatively) your best friend's life, which subsequently had an impact on your thoughts, beliefs and judgment, then please include that in your response. **[Defendants Object]**

Juror Number [Official Use Only] _____

_____

_____

(If response is yes)   Do you think this experience would prevent you from being fair and impartial in this case?

_____

_____

23. Have you, any members of your family or close friends ever been arrested or convicted of a crime?  (Excluding minor traffic offenses).   Yes \_\_\_\_ No \_\_\_\_.

    If yes, please explain which family member or close friend, what offense, when and what state it occurred and whether a conviction resulted.
    _____

    _____

    (If response is yes)   Do you feel like your family member or close friend was treated fairly by the criminal justice system?   Yes \_\_\_\_ No \_\_\_\_

    Do you think this experience would prevent you from being fair and impartial in this case? Yes \_\_\_\_ No \_\_\_\_

24. Have you, any members of your family, or close friend had any administrative problems with the United States government (e.g., audited by the IRS; immigration proceedings; defaulted on a government loan)?   Yes \_\_\_\_ No \_\_\_\_.

    If yes, please explain the issue and how it resolved.
    _____

    _____

    (If response is yes)   Do you feel like your family member or close friend was treated fairly by the United States government?    Yes \_\_\_\_ No \_\_\_\_.

    Do you think this experience would prevent you from being fair and impartial in this case? Yes \_\_\_\_ No \_\_\_\_.

25. Have you, any members of your family or close friends ever served in the capacity of a law enforcement officer?   By law enforcement officer, I am including not only police officers, but also military police, probation/parole officers as well as federal law enforcement agencies such as the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), United States Postal Inspectors Service (USPIS) and the Internal Revenue Service Criminal Investigation Division (IRS-CI), etc. (Do not include private security guards).   Yes \_\_\_\_ No \_\_\_\_.

    If yes, is there anything about your service or your relationship with the person who serve(s) or serve(d) that would prevent you from being fair and impartial in this case? Yes \_\_\_\_ No \_\_\_\_.

7

Juror Number [Official Use Only] _____

26. Have you, any members of your family or close friend ever been a plaintiff or a defendant in a state or federal court case?   Yes ____ No ____.

    If yes, please explain the type of case, what it involved, whether you were the plaintiff or defendant, and the outcome.

    _____

    _____

    (If response is yes)   Do you think this experience would prevent you from being fair and impartial in this case?   Yes ____ No ____.

27. Have you, any members of your family or close friend ever testified in a court proceeding (civil, family, criminal, etc?)   Yes ____ No ____.

    If yes, please explain the type of case, your role (plaintiff, defendant, witness, victim).  If you testified as an expert witness, please list your area of expertise (accountant, psychologist, chemist, etc.).

    _____

    _____

**Areas of Specialized Training or Experience**

28. Do you, any members of your family or close friend have any legal training?
    Yes ____ No ____.

    If yes, please explain who and the type of training (paralegal studies, law degree, criminal justice studies, etc.)

    _____

    _____

29. I will instruct you on the law at the conclusion of the case.  If selected as a juror, you will take an oath to follow the law, even if you disagree with it.  Will you follow my instructions and the law as it is provided to you even if you disagree with it?   Yes ____ No ____.

30. Do you, any members of your family or close friends ever owned, started up, or hold a significant role in the growth, development, and management of a business?
    Yes ____ No ____.

    If yes, please explain.

    _____

8

Juror Number [Official Use Only] _____

31. Do you, any members of your family or close friends have any specialized training or work in the areas of banking, accounting, credit card processing, or payment platforms for cryptocurrencies such as gocoin, bitcoin, litecoin, monero, ethereum? Yes ____ No ____.

    If yes, please explain.

32. Do you, any members of your family or close friends members support, volunteer, donate to or employees of any groups or organizations that advocate for Human Trafficking Awareness, Victims of Sex Trafficking, and the Prevention of the Sexual Exploitation of Women?   Yes ____ No ____.

    If yes, please explain.

33. Do you, any members of your family or close friends members support, volunteer, donate to or employees of any groups or organizations that advocate for the legalization of prostitution or support the activities of sex workers? Yes ____ No ____.

    If yes, please explain.

34. Do you, any members of your family or close friends members support, volunteer, donate to or employees of any groups or organizations that advocate for Freedom of Speech and First Amendment Rights, Internet Rights, and Media Rights (Freedom Forum Institute, American Civil Liberties Union, DKT Liberty Project, Cato Institute, Reason Foundation, etc.)   Yes ____ No ____. [**Defendants Object**]

    If yes, please explain.

**Personal Hobbies and Interests**

35. List all civic, social, fraternal, union or professional organizations where you are a member or participant.

9

36. What newspapers, magazines or Internet sites do you read regularly?

37. If you watch television, what shows do you watch regularly?

38. Do you regularly watch any law-related programs on television (factual or fictional)? Which ones?

39. Based on the programs you have seen, if selected for jury service, do you believe your service will be similar to what you have seen on television? Specifically, do you expect the government at trial to be able to prove or show how crimes were committed, investigated and solved in one hour with a few commercial breaks? Yes ____ No ____.

    Comments:

40. What radio stations or radio programs, if any, do you listen to on a regular basis?

41. What social media platforms do you have? (Check all that apply).

    _____ Facebook           _____ WhatsApp
    _____ Twitter            _____ Pinterest
    _____ Instagram          _____ LinkedIn
    _____ Snapchat           _____ Reddit
                              _____ Other: _____

42. Do you have a smart phone? Yes ____ No ____.

43. On a scale of 1-10, rate your level of proficiency with computers. ((1)-I do not know how to use a computer, (10)-expert).

10

Juror Number [Official Use Only] _____

**Case-Specific Information**

36. Prior to filling out this questionnaire, had you heard of the website www.backpage.com? Yes \_\_\_\_ No \_\_\_\_. [**Defendants Object**]

37. Have you, any members of your family or a close friend ever used www.backpage.com? Yes \_\_\_\_ No \_\_\_\_.

36. Have you, any members of your family or a close friend ever used an online classified website such as www.craiglist.com, www.ebay.com, www.oodle.com, etc. Yes \_\_\_\_ No \_\_\_\_.

    If yes, which website and for what purpose?

37. Have you ever purchased anything from the internet?   Yes \_\_\_\_ No \_\_\_\_.

    If yes, describe the item(s) purchased.

38. Do you believe that prostitution should be legalized? Yes \_\_\_\_ No \_\_\_\_.

    Please explain your answer.

39. What if the prostitution involved a minor child?   Do you think the government should be allowed to investigate and prosecute individuals who engage in the sex trafficking children or those who sell children to engage commercial sex acts?   Yes \_\_\_\_ No \_\_\_\_. [**Defendants Object**]

    Please explain your answer.

40. Do you think law enforcement (local, state or federal) and the government (local, state or federal) should expend its resources investigating and prosecuting individuals who are purchasers of commercial sex?

    Yes, prosecute _____   No, don't prosecute _____

41. Do you think law enforcement (local, state or federal) and the government (local, state or federal) should expend its resources investigating and prosecuting individuals who

Juror Number [Official Use Only] _____

provide a platform where commercial sex can be purchased for a fee, and thereafter benefit financially from the fees collected from such purchases? [**Defendants Object**]

Yes, prosecute _____ No, don't prosecute _____

42. Have you, any of your family members or close friends ever engaged in, been accused of engaging in, or been convicted of prostitution? **Do not name names.**
Yes ____ No ____.

If yes, would that experience preclude you from being a fair and impartial juror in this case?
_____
_____

43. Have you, any of your family members or close friends ever engaged in, been accused of engaging in, or convicted of sex trafficking, soliciting prostitution or any act related to the purchase of commercial sex? **Do not name names.**
Yes ____ No ____.

If yes, would that experience preclude you from being a fair and impartial juror in this case?
_____
_____

44. This case will involve testimony regarding sexually explicit topics. Words and phrases such as oral sex, anal sex, blow job, penis, and vagina will be used throughout this trial. If chosen as a juror, you must be able to discuss the evidence and these sexually explicit topics with your fellow jurors as you deliberate on the evidence. Will you be able to deliberate on the evidence, knowing that it requires discussion over topics of a sexual nature? Yes ____ No ____.

45. Some of the victims and witnesses in this case are of minority races and lower socio-economic status. Would you find a victim or witness's testimony less believable simply because they are ethnic minorities or poor? Yes ____ No ____. [**Defendants Object**]

46. Some of the victims and witnesses in this case have or have had to deal with issues such as substance abuse and homelessness, which has resulted in a lifestyle that you may personally disagree with or disapprove. Would you find a victim or witness's testimony to be less believable simply because you disagree or disapprove with their life's choices?[**Defendant's Object**]    Yes ____ No ____.

47. Money laundering, as charged in this case, is: (1) conducting a financial transaction involving the proceeds of an unlawful activity knowing that the transaction was designed to conceal the source of the proceeds of the unlawful activity; (2) transportation of money

Juror Number [Official Use Only] _____

from inside the United States to outside the United States and outside the United States to inside the United States to conceal and promote an unlawful activity; and (3) engaging in a monetary transaction with $10,000 or more with criminal proceeds. Do you believe it should be a crime to engage in money laundering?   Yes ____ No ____. [**Defendants Object**]

## Final Questions

48. I will instruct you regarding a juror's duty to deliberate. You will be encouraged to reach a unanimous verdict, but if your conscience does not allow, are you willing to disagree with other jurors?   Yes ____ No ____.

49. Do you have any religious, moral, or philosophical beliefs that would make it difficult for you sit in judgment of another person?

50. Can you think of any reason why the Defendants may not want you to serve as a juror in this case?

51. Can you think of any reason why the government may not want you to serve as a juror in this case?

52. Is there anything you wish to discuss with me and the attorneys in private, outside the presence of the other jurors?   Please describe below.

I declare, under penalty of perjury, that all answers are true and correct to the best of my knowledge.

_____
SIGNATURE

_____
DATE