Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA, PHOENIX

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| Defendants. | Trial Date:     May 5, 2020 |

3633986.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby submit their Proposed Jury Questionnaire, which is attached as **Exhibit A**.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gopi K. Panchapakesan herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  February 7, 2020          Respectfully submitted,

                                                    Gary S. Lincenberg
                                                    Ariel A. Neuman
                                                    Gopi K. Panchapakesan
                                                    Bird, Marella, Boxer, Wolpert, Nessim,
                                                    Drooks, Lincenberg & Rhow, P.C.

                                          By:    */s/ Gopi K. Panchapakesan*
                                                       Gopi K. Panchapakesan
                                                 Attorneys for Defendant John Brunst

DATED:  February 7, 2020          Thomas H. Bienert Jr.
                                                     Whitney Z. Bernstein
                                                     Bienert | Katzman PC

                                          By:    */s/ Thomas H. Bienert Jr.*
                                                       Thomas H. Bienert Jr.
                                                 Attorneys for Defendant James Larkin

| | | |
|---|---|---|
| 1 | DATED: February 7, 2020 | Paul J. Cambria |
| 2 | | Erin McCampbell |
| | | Lipsitz Green Scime Cambria LLP |

By: */s/ Paul J. Cambria*
       Paul J. Cambria
Attorneys for Defendant Michael Lacey

DATED: February 7, 2020     Feder Law Office, P.A.

By: */s/ Bruce S. Feder*
       Bruce S. Feder
Attorneys for Defendant Scott Spear

DATED: February 7, 2020     The Law Office of David Eisenberg, PLC

By: */s/ David Eisenberg*
       David Eisenberg
Attorneys for Defendant Andrew Padilla

DATED: February 7, 2020     Joy Bertrand Esq. LLC

By: */s/ Joy Malby Bertrand*
       Joy Malby Bertrand
Attorneys for Defendant Joye Vaught

3633986.1

3

DEFENDANTS' NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE