Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**DEFENDANT MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT BRUNST'S RESPONSE TO FEBRUARY 11, 2020 ORDER RE GRAND JURY DISCLOSURE (Doc. 881)** |

　　　　Defendant Michael Lacey, by and through undersigned counsel, joins in John Brunst's Response to February 11, 2020 Order Re Grand Jury Disclosure (Doc. 881). Mr. Lacey agrees with the statements made in Mr. Brunst's Response to February 11, 2020 Order Re Grand Jury Disclosure and adopts the positions set forth in the Motion as if fully set forth herein.

　　　　RESPECTFULLY SUBMITTED this 14th day of February, 2020,

　　　　　　　　　　　*/s/　　Paul J. Cambria, Jr.*
　　　　　　　　　　　LIPSITZ GREEN SCIME CAMBRIA LLP
　　　　　　　　　　　Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | On February 14, 2020, a PDF version |
| 2 | of this document was filed with Clerk of the Court using the CM/ECF |
| 3 | System for filing and for Transmittal |
| 4 | Of a Notice of Electronic Filing to the Following CM/ECF registrants: |
| 5 | |
| 6 | Kevin Rapp, kevin.rapp@usdoj.gov<br>Reginald Jones, reginald.jones4@usdoj.gov |
| 7 | Peter Kozinets, peter.kozinets@usdoj.gov |
| 8 | John Kucera, john.kucera@usdoj.gov<br>Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 9 | Patrick Reid, Patrick.Reid@usdoj.gov |
| 10 | Andrew Stone, andrew.stone@usdoj.gov<br>Amanda Wick, Amanda.Wick@usdoj.gov |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |