🖉AO 435
AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| 1. NAME Kevin M. Rapp | 2. PHONE NUMBER (602) 514-7500 | 3. DATE 02/14/2020 |
| --- | --- | --- |

4. FIRM NAME U.S. Attorney's Office

| 5. MAILING ADDRESS 40 N. Central Ave., Ste. 1800 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
| --- | --- | --- | --- |

| 9. CASE NUMBER CR-18-00422-PHX-SMB | 10. JUDGE Susan M. Brnovich | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. 01/29/2020 | 12. |

| 13. CASE NAME U.S. v. Michael Lacey, et al. | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 01/29/2020 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
| --- | --- | --- | --- | --- | --- |
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☑ | | ☐ PAPER COPY | |
| 7 DAYS (expedited) | ☐ | ☐ | | | |
| 3 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| REALTIME | ☐ | ☐ | | | |

E-MAIL ADDRESS kevin.rapp@usdoj.gov; marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/Kevin M. Rapp (R20AZX; 9-0135)

20. DATE 02/14/2020

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
| --- | --- | --- | --- | --- |
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY