MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **UNITED STATES' NOTICE OF INTENT TO OFFER BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Evidence 902(11), the United States notices its intent to use written certifications of business records in lieu of live testimony by record custodians at trial. Attached as Exhibit A is a table that contains a list of certifications identified by subpoena number, financial institution, Bates number, and BEGDOC, which is used to locate the document in Relativity. These financial institution certifications have all been previously disclosed to Defendants. In the interest of efficiency, the identified

certifications will be used in lieu of live testimony.

These certifications will also serve as the basis for a proposed stipulation to the admission of the certified bank records or a motion for a pretrial ruling by this Court pursuant to Federal Rule of Evidence 104(a), (b).

Respectfully submitted this 14th day of February, 2020.

>MICHAEL BAILEY
>United States Attorney
>District of Arizona
>
>*s/ Andrew C. Stone*_____
>KEVIN M. RAPP
>MARGARET PERLMETER
>PETER S. KOZINETS
>ANDREW C. STONE
>Assistant U.S. Attorneys
>
>JOHN J. KUCERA
>Special Assistant U.S. Attorney
>
>BRIAN BENCZKOWSKI
>Assistant Attorney General
>U.S. Department of Justice
>Criminal Division, U.S. Department of Justice
>
>REGINALD E. JONES
>Senior Trial Attorney
>U.S. Department of Justice, Criminal Division
>Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Andrew C. Stone*
U.S. Attorney's Office