Gary S. Lincenberg *(admitted pro hac vice)*
   glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
   aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
   gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA, PHOENIX**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES** |
| vs. | |
| Michael Lacey, et al., | Trial Date:      August 17, 2020 |
| Defendants. | |

3636101.2

MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
*Counsel for Plaintiff*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel.: (949) 369-3700
Fax: (949) 369-3701
*Counsel for James Larkin*

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
emccampbell@lglaw.com
*Counsel for Michael Lacey*

*[Additional counsel listed on next page]*

1  Bruce Feder, AZ Bar No. 004832
2  FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
3  Phoenix, Arizona 85016
   Telephone: (602) 257-0135
4  Email:bf@federlawpa.com
5  *Counsel for Scott Spear*

6  David Eisenberg, AZ Bar No. 017218
   DAVID EISENBERG PLC
7  3550 N. Central Ave., Ste. 1155
8  Phoenix, AZ 85012
   Telephone: (602) 237-5076
9  Facsimile: (602) 314-6273
   Email: david@deisenbergplc.com
10 *Counsel for Andrew Padilla*

11
   Joy Malby Bertrand AZ Bar No. 024181
12 JOY BERTRAND ESQ LLC
   P.O. BOX 2734
13 SCOTTSDALE, AZ 85252-2734
14 Telephone: (602)374-5321
   Facsimile: (480)361-4694
15 Email: joy.bertrand@gmail.com
16 *Counsel for Joye Vaught*

17
18
19
20
21
22
23
24
25
26
27
28

The United States of America and Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, by and through their respective counsel of record, stipulate and request that, in light of the Court's Order continuing the trial date to August 17, 2020 (Dkt. 893), the remaining pre-trial deadlines be extended accordingly.  The schedule proposed by the parties also is intended to afford them sufficient time to meet and confer and, to the extent possible, resolve any disputes in advance of submitting certain documents to the Court.  Included in the proposed schedule are dates on which (a) the Government is to provide drafts of these documents to Defendants and (b) Defendants are to respond with any revisions and objections.  The parties also propose that the Final Pre-Trial Conference take place on a date closer to the trial date at the Court's convenience.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:  Subject to the approval of the Court, the Scheduling Order (Dkts. 664 and 893) is modified as follows:

| Event | Proposed Date |
|---|---|
| Motions *in Limine* | April 17, 2020 |
| Responses to Motions *in Limine* | May 8, 2020 |
| Final Pre-Trial Conference | Late July or early August at the Court's convenience |
| Government to provide proposed jury instructions, verdict form, voir dire, and statement of the case to Defendants | June 26, 2020 |
| Government's Disclosure of Final Exhibit and Witness Lists | July 17, 2020 |
| Defendants to respond to Government's proposed jury instructions, verdict form, voir dire, and statement of the case | July 15, 2020 |
| Parties to jointly submit proposed jury instructions, verdict form, voir dire, and statement of the case | July 24, 2020 |
| Defendants' Disclosure of Final Exhibit and Witness Lists | July 31, 2020 |

3636101.2

4

STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

| Event | Proposed Date |
|---|---|
| Trial Date | August 17, 2020 |

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gopi K. Panchapakesan herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Respectfully submitted this 28th day of February 2020.

        GARY S. LINCENBERG
        ARIEL A. NEUMAN
        GOPI K. PANCHAPAKESAN
        Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
        By:   */s/ Gopi K. Panchapakesan*
                Gopi K. Panchapakesan
        Attorneys for Defendant John Brunst


        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW C. STONE
        JOHN J. KUCERA
        Assistant U.S. Attorneys
        By:   */s/ Margaret Perlmeter*
                Margaret Perlmeter
        Attorneys for Plaintiff

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section


THOMAS H. BIENERT JR.
WHITNEY Z. BERNSTEIN
Bienert | Katzman PC
By: _____*/s/ Thomas H. Bienert Jr.*_____
        Thomas H. Bienert Jr.
   Attorneys for Defendant James Larkin


PAUL J. CAMBRIA
ERIN MCCAMPBELL
Lipsitz Green Scime Cambria LLP
By: _____*/s/ Paul J. Cambria*_____
        Paul J. Cambria
   Attorneys for Defendant Michael Lacey


BRUCE S. FEDER
Feder Law Office, P.A.
By: _____*/s/ Bruce S. Feder*_____
        Bruce S. Feder
   Attorneys for Defendant Scott Spear


DAVID EISENBERG
The Law Office of David Eisenberg, PLC
By: _____*/s/ David Eisenberg*_____
        David Eisenberg
   Attorneys for Defendant Andrew Padilla

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOY MALBY BERTRAND
Joy Bertrand Esq. LLC
By: _____*/s/ Joy Malby Bertrand*_____
    Joy Malby Bertrand
Attorneys for Defendant Joye Vaught

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By: /s/ Gopi K. Panchapakesan
Gopi K. Panchapakesan
Attorneys for John Brunst