1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              DISTRICT OF ARIZONA, PHOENIX
10

| | |
|---|---|
| 11  United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| 12            Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES** |
| 13       vs. | |
| 14  Michael Lacey, et al., | Trial Date:      August 17, 2020 |
| 15            Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

3636533.1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

The United States of America and Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, by and through their respective counsel of record, have applied to the Court for an Order continuing certain pre-trial deadlines.

The Court finds the parties have demonstrated good cause for a continuance at this time.

IT IS HEREBY ORDERED that the Scheduling Order (Dkts. 664 and 893) is modified as follows:

| Event | Proposed Date |
|---|---|
| Motions *in Limine* | April 17, 2020 |
| Responses to Motions *in Limine* | May 8, 2020 |
| Final Pre-Trial Conference | Late July or early August at the Court's convenience |
| Government to provide proposed jury instructions, verdict form, voir dire, and statement of the case to Defendants | June 26, 2020 |
| Government's Disclosure of Final Exhibit and Witness Lists | July 17, 2020 |
| Defendants to respond to Government's proposed jury instructions, verdict form, voir dire, and statement of the case | July 15, 2020 |
| Parties to jointly submit proposed jury instructions, verdict form, voir dire, and statement of the case | July 24, 2020 |
| Defendants' Disclosure of Final Exhibit and Witness Lists | July 31, 2020 |
| Trial Date | August 17, 2020 |