1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8
    United States of America,                          No. CR-18-00422-PHX-SMB
9
                          Plaintiff,
10                                                              **ORDER**
              v.
11

12   Michael Lacey, et al.,

13                          Defendants.

14

15        Based upon the United States of America's Motion for Leave to File Excess Pages

16   in support of its Motion *in Limine* to Determine Admissibility of Evidence, and good cause

17   appearing,

18        **IT IS HEREBY ORDERED** granting the Motion for Leave to File Excess Pages.

19        Dated this _____ day of April, 2020.

20

21

22

23

24

25

26

27

28