# Exhibit A

```
 1              IN THE SUPERIOR COURT OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SACRAMENTO
 3         HONORABLE MICHAEL G. BOWMAN, JUDGE, DEPARTMENT 61
 4                          ---oOo---
 5   THE PEOPLE OF THE STATE OF CALIFORNIA )
                                           )   ORIGINAL
 6                                         )
                  -vs-                     )   Case Number:
 7                                         )   16FE019224
                                           )
 8   CARL FERRER, MICHAEL GERARD LACEY     )
     and JAMES ANTHONY LARKIN,             )
 9                            Defendants.  )
                                           )
10   _____)
11
                             ---oOo---
12
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
              PENAL CODE SECTION 1275.1(f) HEARING
14
                             ---oOo---
15
                    THURSDAY, OCTOBER 13, 2016
16
                             ---oOo---
17
18
19
20
21
22
23
24
25
26
27                           ---oOo---
28             Araceli Plasencia, CSR No. 8687

                  SACRAMENTO OFFICIAL COURT REPORTERS
```

```
 1                      I N D E X
 2                      ---oOo---
 3  THURSDAY, OCTOBER 13, 2016                                1
 4  WITNESSES FOR DEFENDANTS LACEY AND LARKIN:
 5       DON BENNETT MOON
         Direct Examination by Mr. Cassman                    4
 6       Cross-Examination by Ms. Mailman                     7
 7       MARGARET LARKIN
         Direct Examination by Mr. Cassman                   21
 8       Cross-Examination by Ms. Mailman                    23
 9  ARGUMENT BY MS. KRELL                                    24
10  COURT'S RULING RE 1275.1(f) HEARING                      25
11  DEFENSE REQUEST TO FILE 977 WAIVERS                      25
12  PEOPLE REQUEST BAIL CONDITIONS                           25
13  DEFENDANTS SIGN 977 WAIVERS IN OPEN COURT                27
14  DEFENDANTS' PASSPORTS SURRENDERED                        27
15  DEMURRER BRIEFING SCHEDULING SET                         27
16  CERTIFICATE OF COURT REPORTER                            31
17
18                      ---oOo---
19
20
21
22
23
24
25
26
27
28
```

```
1    Q.      Do you currently represent Defendant Larkin in his
2    individual capacity?
3            MR. BLACKMON:  Do you mean, in connection with this
4    proceeding?
5    Q.      (By Ms. Mailman)  Do you currently represent
6    Defendant Larkin in his individual capacity?
7            THE COURT:  Either it's yes or no.
8            THE WITNESS:  Well, I suppose that --
9            MR. BLACKMON:  I object on the ground of vagueness,
10   your Honor.
11           THE COURT:  Tighten it up a little bit.  That's
12   sustained.
13   Q.      (By Ms. Mailman)  Is there currently an
14   attorney/client relationship between you and Defendant
15   Larkin?
16   A.      Yes.
17   Q.      Do you currently represent Defendant Lacey in his
18   individual capacity?
19           MR. BLACKMON:  Same objection.
20           THE COURT:  Sustained.
21           THE WITNESS:  Same answer as given.
22   Q.      (By Ms. Mailman)  So you currently have an
23   attorney/client privilege relationship between Defendant
24   Lacey and yourself?
25   A.      I do.
26   Q.      Do you have an attorney/client relationship
27   presently between yourself and backpage.com LLC?
28           MR. CASSMAN:  Objection, irrelevant.
```