# Exhibit B

1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona

3  KEVIN M. RAPP, AUSA (Arizona Bar No. 14249, kevin.rapp@usdoj.gov)
   DOMINIC LANZA, AUSA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4  Two Renaissance Square
   40 N. Central Avenue, Suite 1200
5  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500
6
   REGINALD E. JONES, Trial Attorney (Miss. No. 102806, reginald.jones4@usdoj.gov)
7  U.S. Department of Justice
   Child Exploitation and Obscenity Section
8  1400 New York Avenue NW Suite 600
   Washington, DC 20530
9  Telephone (202) 616-2807
   Attorneys for Plaintiff
10

11                    IN THE UNITED STATES DISTRICT COURT

12                        FOR THE DISTRICT OF ARIZONA

13  In re Grand Jury Subpoena No. 16-04-108              GJ No. 16-4

14                                              **PARTIES' JOINT NOTICE RE:**
                                                **SUBPOENA COMPLIANCE**
15
                                                **(Filed Under Seal)**
16
                                                **Assigned to Hon. David G. Campbell**
17

18         The parties wish to provide a status update to the Court in this matter. On June 29,

19  2017, the Ninth Circuit affirmed this Court's order requiring Mr. Ferrer and Backpage to

20  comply with subpoena number 16-04-108. On September 7, 2017, the Ninth Circuit issued

21  its mandate. On September 15, 2017—well before the 14-day deadline imposed by this

22  Court's compliance order—Mr. Ferrer and Backpage produced a hard drive to the United

23  States containing documents responsive to subpoena number 16-04-108.

24         The United States is currently reviewing the hard drive, and working with

25  Backpage's counsel on some logistical issues, to ensure that compliance is complete.

26

27

28

1    Respectfully submitted this 21st day of September, 2017.

2          ELIZABETH A. STRANGE
            Acting United States Attorney
3          District of Arizona

4

5          KEVIN RAPP
            DOMINIC LANZA
6          Assistant U.S. Attorneys

7          REGINALD E. JONES
            Trial Attorney, CEOS
8

9 I hereby certify that on this date, I hand-delivered an original of the foregoing under-seal
document to the Clerk of the U.S. District Court and sent copies via electronic mail to:
10

11 James C. Grant
  DAVIS WRIGHT TREMAINE LLP
12 1201 Third Avenue, Suite 2200
  Seattle, WA 98101
13 jamesgrant@dwt.com

14

15 Robert Corn-Revere
  DAVIS WRIGHT TREMAINE LLP
16 1919 Pennsylvania Avenue, NW, Suite 800
  Washington, D.C. 20006
17 bobcornrevere@dwt.com

18

19 Tom Henze
  Janey Henze Cook
20 HENZE COOK MURPHY, PLLC
  4645 North 32nd Street
21 Phoenix, Arizona 85018
  tom@henzecookmurphy.com
22 janey@henzecookmurphy.com

23

24

25

26

27

28



FILED _____ LODGED _____
RECEIVED _____ COPY _____

SEP 2 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY