1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S MOTION** *IN LIMINE* **TO DETERMINE ADMISSIBILITY OF EVIDENCE [931]** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:          August 17, 2020 |

3647162.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND

1  The Court, having reviewed Defendants' Motion to Extend Time to Respond to
2  Government's Motion *in Limine* to Determine Admissibility of Evidence (Dkt. 931) (the
3  "Motion"), and good cause appearing,
4  **IT IS HEREBY ORDERED** that Defendants' Motion is granted.  The Court
5  orders the parties to meet and confer regarding the evidence the government seeks to admit
6  through its motion *in limine* (Dkt. 931).  The Court will hold the government's motion
7  *in limine* in abeyance in the interim.  [Alternatively, the Court orders that Defendants'
8  deadline to respond to the government's motion *in limine* (Dkt. 931) shall be extended for
9  a period of one month from May 8, 2020, to June 8, 2020].