MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | **UNITED STATES' MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS (Doc. 940)** |
| v. | |
| Michael Lacey, et al., | (First Request) |
| Defendants. | |

The United States moves for an extension of time to file its response to Defendants'

Motion to Dismiss, which Defendants filed on May 1, 2020. (Doc. 940.)   The current

deadline is May 15, 2020.   The United States requests a brief extension to and including

June 5, 2020.  Counsel for the United States sought Defendants' position on this brief extension via email.  As of this filing, the government has heard from counsel for every Defendant except Vaught.  Counsel for Larkin, Lacey, Spear, Brunst, and Padilla take no position on the government's request.

Good cause exists to grant the government a brief extension.  First, the government has not had an opportunity to begin analyzing Defendants' motion in any detail, because it has been working on filing responses to Defendants' seven motions *in limine*, which will be filed today, May 8, 2020.  Second, as the Court notes, this motion is Defendants' sixth motion to dismiss.  (Doc. 951.)  This particular motion, however, was filed months after the substantive motions deadline. (Doc. 664 (October 18, 2019 deadline).)  And two weeks after the motion *in limine* deadline. (Doc. 900.)  The government was planning on shifting its focus from motion practice to finalizing the proposed jury instructions, verdict form, voir dire, and the statement of the case, along with preparing witnesses for trial.  (*See id.*)  The additional time is therefore necessary to provide the government sufficient time to analyze Defendants' latest motion to dismiss and respond to its allegations.

The government requests a brief extension to file its response to Defendants' Motion to Dismiss to and including June 5, 2020.  A proposed form of Order is lodged herewith.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 8th day of May, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office

- 3 -