1 Thomas H. Bienert, Jr. *(admitted pro hac vice)*
     tbienert@bmkattorneys.com
2 Whitney Z. Bernstein *(admitted pro hac vice)*
     wbernstein@bmkattorneys.com
3 BIENERT KATZMAN, PLC
  903 Calle Amanecer, Suite 350
4 San Clemente, CA 92673
  Telephone: (949) 369-3700
5 Facsimile: (949) 369-3701

6 Attorneys for James Larkin

7 Paul J. Cambria, Jr. *(admitted pro hac vice)*
     pcambria@lglaw.com
8 Erin McCampbell *(admitted pro hac vice)*
     emccampbell@lglaw.com
9 LIPSITZ GREEN SCIME CAMBRIA LLP
  42 Delaware Avenue, Suite 120
10 Buffalo, New York 14202
   Telephone: (716) 849-1333
11 Facsimile: (716) 855-1580

12 Attorneys for Michael Lacey

13 *[Additional counsel listed on next page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Michael Lacey, *et al.*,<br><br>        Defendants. | CASE NO. 2:18-cr-00422-PHX-SMB<br><br>**DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE** |

1  Gary S. Lincenberg *(admitted pro hac vice)*
     glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
     aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
     gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst
8
   Bruce Feder (AZ Bar No. 004832)
9    bf@federlawpa.com
   FEDER LAW OFFICE, P.A.
10 2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
11 Telephone: (602) 257-0135

12 Attorney for Scott Spear

1  Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear hereby
2  file this Notice of Errata with respect to their Motion to Dismiss Based on Outrageous
3  Government Misconduct Invading Attorney-Client Privilege [Dkt No. 940]: The
4  document attached as Exhibit 6 to the Declaration of Ariel A. Neuman was a different
5  May 18, 2018 letter from government counsel than was intended.  Attached is a new
6  declaration, with the replacement Exhibit 6.

8  DATED:  May 12, 2020          Thomas H. Bienert, Jr.
                                  Whitney Z. Bernstein
9                                 BIENERT KATZMAN PC

11                                By:     *s/ Thonas H. Beienert, Jr.*
                                          Thomas H. Bienert, Jr.
12                                Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II (C) (3), Thomas H. Bienert, Jr., hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

15 DATED:  May 12, 2020           Paul J. Cambria, Jr.
16                                Erin McCampbell
                                  LIPSITZ GREEN SCIME CAMBRIA LLP

18                                By:     *s/ Paul J. Cambria, Jr.*
19                                        Paul J. Cambria, Jr.
                                  Attorneys for Michael Lacey

1  DATED: May 12, 2020            Respectfully submitted,

2                                  Gary S. Lincenberg
3                                  Ariel A. Neuman
                                   Gopi K. Panchapakesan
4                                  BIRD, MARELLA, BOXER, WOLPERT,
5                                  NESSIM, DROOKS, LINCENBERG &
                                   RHOW, P.C.
6

7
                                   By:  _____*s/Gary S. Lincenberg*_____
8                                           Gary S. Lincenberg
9                                       Attorneys for John Brunst

10
11 DATED: May 12, 2020             FEDER LAW OFFICE, P.A.

12
                                   By:  _____*s/ Bruce Feder*_____
13                                          Bruce Feder
                                        Attorneys for Scott Spear
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas