1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant John Brunst
8

9              **UNITED STATES DISTRICT COURT**

10             **FOR THE DISTRICT OF ARIZONA**

11

12  United States of America,            CASE NO. 2:18-cr-00422-SMB

13            Plaintiff,                  **DEFENDANT JOHN BRUNST'S NOTICE OF JOINDER IN**
14        vs.                            **DEFENDANTS LARKIN AND LACEY'S OPPOSITION TO**
15  Michael Lacey, et al.,               **UNITED STATES' MOTION *IN LIMINE* RE DAVIS WRIGHT [963]**
16            Defendants.
                                         Assigned to Hon. Susan M. Brnovich
17

18

19

20

21

22

23

24

25

26

27

28

3649357.1

1    Defendant John Brunst, by and through his undersigned counsel, joins in

2  Defendants James Larkin and Michael Lacey's Opposition to United States' Motion

3  *in Limine* re Davis Wright (Dkt. No. 963) ("Opposition").

4    Mr. Brunst agrees with the arguments made in the Opposition.  Mr. Brunst

5  adopts the positions set forth in the Opposition as if fully set forth herein.

6

7  DATED:  May 14, 2020          Respectfully submitted,

8                                Gary S. Lincenberg
9                                Ariel A. Neuman
                                 Gopi K. Panchapakesan
10                               Bird, Marella, Boxer, Wolpert, Nessim,
11                               Drooks, Lincenberg & Rhow, P.C.

12

13

14                             By:    */s/ Ariel A. Neuman*
                                      Ariel A. Neuman
15                                Attorneys for Defendant John Brunst

16

17

18

19

20

21

22

23

24

25

26

27

28

3649357.1                              2

1

## <u>CERTIFICATE OF SERVICE</u>

2
I hereby certify that on May 14, 2020, I served the attached document by email on the following, who are registered participants of the CM/ECF System:

3

4
Andrew C. Stone           andrew.stone@usdoj.gov
Bruce S. Feder             bf@federlawpa.com
David S. Eisenberg         david@deisenbergplc.com

5
Erin E. McCampbell       emccampbell@lglaw.com
James C. Grant             jimgrant@dwt.com

6
John Jacob Kucera        john.kucera@usdoj.gov
John Lewis Littrell        jlittrell@bmkattorneys.com

7
Joy Malby Bertrand       joyous@mailbag.com
Kevin M. Rapp            kevin.rapp@usdoj.gov

8
Margaret Wu Perlmeter   margaret.perlmeter@usdoj.gov
Michael D. Kimerer      mdk@kimerer.com

9
Paul John Cambria, Jr.     pcambria@lglaw.com
Peter Shawn Kozinets    peter.kozinets@usdoj.gov

10
Reginald E. Jones        reginald.jones4@usdoj.gov
Rhonda Elaine Neff       rneff@kimerer.com

11
Robert Corn-Revere      bobcornrevere@dwt.com
Ronald Gary London     ronnielondon@dwt.com

12
Seetha Ramachandran   sramachandran@proskauer.com
Thomas Henry Bienert, Jr.  tbienert@bienertkatzman.com

13
Whitney Z. Bernstein    wbernstein@bienertkatzman.com

14

15
*/s/ Ariel A. Neuman*
      Ariel A. Neuman

16

17

18

19

20

21

22

23

24

25

26

27

28

3649357.1