# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Under Seal Motion to File Exhibits A, B, C and D to the Motion to Continue Trial Under Seal (Doc. 991) and good cause appearing,

**IT IS ORDERED** that the Motion to Seal is granted, and the lodged Exhibits A, B, C and D to the Motion to Continue Trial will be filed and kept under seal.

Dated this 1st day of June, 2020.

Honorable Susan M. Brnovich
United States District Judge