MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (AZ Bar No. 014249)
  kevin.rapp@usdoj.gov
MARGARET PERLMETER (AZ Bar No. 024805)
  margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (AZ Bar No. 019856)
  peter.kozinets@usdoj.gov
ANDREW C. STONE (AZ Bar No. 026543)
  andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

JOHN J. KUCERA (CA Bar No. 274184)
  john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

REGINALD E. JONES (MS Bar No. 102806)
  reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave NW, Room 2116
Washington, DC 20530
Telephone: (202) 616-2807

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States, along with counsel for Defendants, hereby files its Joint Proposed Jury Questionnaire, in compliance with the Court's Order in (Doc. 1016).

DATED: June 26, 2020             Respectfully submitted,

                                 MICHAEL BAILEY
                                 United States Attorney
                                 District of Arizona

                                 By:    /s/ Margaret Perlmeter

                                 KEVIN M. RAPP
                                 MARGARET PERLMETER
                                 PETER S. KOZINETS
                                 ANDREW C. STONE
                                 JOHN J. KUCERA
                                 Assistant U.S. Attorneys

                                 BRIAN BENCZKOWSKI
                                 Assistant Attorney General
                                 Criminal Division, U.S. Department of Justice

                                 REGINALD E. JONES
                                 Senior Trial Attorney
                                 U.S. Department of Justice, Criminal Division
                                 Child Exploitation and Obscenity Section

                                 Attorneys for Plaintiff

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Margaret Perlmeter herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: June 26, 2020

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN PC

By: _____*/s/ Thomas H. Bienert, Jr.*_____
Thomas H. Bienert, Jr.
Attorneys for Defendant James Larkin

DATED: June 26, 2020

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____*/s/ Gary S. Lincenberg*_____
Gary S. Lincenberg
Attorneys for Defendant John Brunst

DATED: June 26, 2020

Paul J. Cambria, Jr.
Erin McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____*/s/ Paul J. Cambria, Jr.*_____
Paul J. Cambria, Jr.
Attorneys for Defendant Michael Lacey

DATED: June 26, 2020

FEDER LAW OFFICE, P.A.

By: _____*/s/ Bruce Feder*_____
Bruce Feder
Attorney for Defendant Scott Spear

DATED: June 26, 2020

DAVID EISENBERG PLC

By: _____*/s/ David Eisenberg*_____
David Eisenberg
Attorney for Defendant Andrew Padilla

3657060.1

3

NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE

DATED:  June 26, 2020            JOY BERTRAND ESQ LLC

By:   */s/ Joy Malby Bertrand*
          Joy Malby Bertrand
     Attorney for Defendant Joye Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                           */s/ Margaret Perlmeter*
                                           U.S. Attorney's Office