Paul J. Cambria, Jr. (NY 1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (Doc. 1019)**<br><br>Assigned to:   Hon. Susan M. Brnovich<br>Courtroom:    506<br><br>Trial Date:     January 12, 2021 |

Defendant Michael Lacey, by and through his undersigned counsel, joins in Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas (Doc. 1019) ("Motion").

Mr. Lacey agrees with the arguments made in the Motion, and adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 6th day of July, 2020,

DATED: July 6, 2020        Paul J. Cambria, Jr.
                                    Erin E. McCampbell
                                    LIPSITZ GREEN SCIME CAMBRIA LLP

                                    By:    /s/ Paul J. Cambria, Jr.
                                             Paul J. Cambria, Jr.
                                             Attorneys for Michael Lacey

On July 6, 2020, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov