# Exhibit 11

# Tweet

**Mark Brnovich** ✓
@GeneralBrnovich

Here's a <mark>teaser video of my interview w @TRUST4AZ</mark> as <mark>we work together</mark> to end human trafficking

> TRUST And the AG's office take action for Arizona.
> TRUST And the AG's office take action for Arizona. With TRUST's undying commitment to end human trafficking in ...
> 🔗 facebook.com

2:44 PM · Mar 9, 2017 · Twitter Web Client

← Tweet



**Mark Brnovich** ✓
@GeneralBrnovich

==SAFE Action Project is a joint effort with #AZAg, @DHSgov and AZ Anti-Trafficking Network.== Training designed for tourism industry professionals to identify, report, and prevent trafficking. Inaugural training today at @PHXSkyHarbor for airport employees. Thanks to @AmericanAir



1:02 PM · Jul 30, 2019 · Twitter for iPhone

**Tweet**



Mark Brnovich
@GeneralBrnovich

Congratulations to Blaine Gadow for receiving the @TRUST4AZ Game Changer award. He is making a huge difference in the fight to end human trafficking. Just last week, he put an AZ man behind bars for 100+ years for child sex trafficking.



12:15 PM · Dec 12, 2019 · Twitter for iPhone



**Mark Brnovich** ✓
@GeneralBrnovich

We're launching new training today in conjunction with the <mark>AZ Anti-Trafficking Network</mark> & Homeland Security Investigations for hospitality staff on how to identify, report and prevent human trafficking. Training is part of SAFE Action Project. Learn more: safeactionproject.org






👤 The Phoenician, Scottsdale and Arizona Office of Tourism

9:34 AM · Jan 15, 2020 · Twitter for iPhone