# Exhibit 17



| THE PROBLEM | WHAT WE DO | RESOURCES | TAKE ACTION | BLOG&EVENTS | ABOUT | DONATE |

# INTERNET SAFETY



# INTERNET SAFETY AMIDST THE COVID-19 OUTBREAK

**Technology, including social media and classified websites like Backpage.com, are widely viewed as responsible for the explosion of sex trafficking in the United States. Our own research backs this up.**

To make matters worse, predators are luring child victims through online communications — via tablet, phone, even video game consoles. And there, our children are being sold for sex. So how do we protect them?

