# Exhibit A

# Exhibit A

# Hernandez, Norma (USAAZ)

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) |
| **Sent:** | Friday, September 18, 2020 11:47 AM |
| **To:** | Perlmeter, Margaret (USAAZ) |
| **Subject:** | Fwd: US v. Lacey et al., 18-cr-00422-SMB |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Whitney Bernstein
> **Date:** September 18, 2020 at 10:33:19 AM MST
> **To:** "Rapp, Kevin (USAAZ)"
> **Cc:** "Thomas H. Bienert"
> **Subject: RE:  US v. Lacey et al., 18-cr-00422-SMB**
>
> Hi Kevin,
>
> Thank you for your email.  I will be filing this motion next week, so please let me know if there is a definitive government position to represent by then.  Otherwise, will represent the government's position below.
>
> Thank you and have a nice weekend,
>
> Whitney
>
> **Whitney Z. Bernstein**
> **Attorney** | Orange County
> **Bienert** | **Katzman** PC
> Website | vCard | Profile
>
> **From:** Rapp, Kevin (USAAZ)
> **Sent:** Tuesday, September 15, 2020 3:04 PM
> **To:** Whitney Bernstein
> **Cc:** Thomas H. Bienert
> **Subject:** RE: US v. Lacey et al., 18-cr-00422-SMB
>
> Whitney:
>
> Hope all is well. The team discussed your pending MTC trial. There is not an opposition to the continuance but candidly much of it has to do with the combination of you being unavailable for medical issues and the unknown status of COVID restrictions. I'm sure you can understand that we are anxious to get this case to trial and have concerns that due to the number of attorneys, anyone could have a medical issue that would precipitate additional continuances. We do have a requirement to contact the victims and seek input.  If you recall, our previous oppositions included input from victims or their

representatives. This will likely take several days.  At this point we would ask that you simply state the government is seeking victim input before providing a position. There was a strong consensus, however, that our response would be brief.

Best,

Kevin

---

**From:** Whitney Bernstein
**Sent:** Monday, September 14, 2020 1:51 PM
**To:** Rapp, Kevin (USAAZ)
**Cc:** Thomas H. Bienert
**Subject:** US v. Lacey et al., 18-cr-00422-SMB

Hi Kevin,

Following up to our call last week, ▮▮▮▮▮▮▮▮▮▮▮▮ and accordingly plan to file a motion to continue the trial date by four months (from January 12, 2020 to April 12, 2020) to account for my pregnancy/disability and maternity leave.  Please let me know the government's position so we can include that in this motion.

Thank you,

Whitney


**Whitney Z. Bernstein**
**Attorney** | Orange County
**Bienert** | **Katzman** PC
Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700



The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privileges.  Accordingly, if you have received this message in error, please contact BIENERT | KATZMAN PC immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.