1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
6  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500
7
   DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
8  Special Assistant U.S. Attorney
   312 N. Spring Street, Suite 1400
9  Los Angeles, CA 90012
   Telephone (213) 894-2426
10
   BRIAN C. RABBITT
11 Assistant Attorney General
   Criminal Division, U.S. Department of Justice
12
   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
14 950 Pennsylvania Ave N.W., Room 2116
   Washington, D.C. 20530
15 Telephone (202) 616-2807
   Attorneys for Plaintiff
16
17                    IN THE UNITED STATES DISTRICT COURT

18                        FOR THE DISTRICT OF ARIZONA

19 United States of America,                          No. CR-18-00422-PHX-SMB

20                    Plaintiff,
                                                       **UNITED STATES' MOTION TO
21         v.                                          CONFIRM TRIAL SUBPOENAS**

22
   Michael Lacey, et al.,
23
                      Defendants.
24

25

26

27        The United States respectfully requests the Court to confirm the trial subpoenas

28 issued to all witnesses for the previous jury trial dates of May 5, 2020, August 17, 2020,

                                          - 1 -

1   and January 12, 2021, to remain in effect for the current jury trial set for April 12, 2021.

2        Respectfully submitted this 13th day of October, 2020.

3

4       MICHAEL BAILEY
    United States Attorney
    District of Arizona

5

6   *s/ Kevin M. Rapp*
    KEVIN M. RAPP
    MARGARET PERLMETER

7   PETER S. KOZINETS
    ANDREW C. STONE

8   Assistant U.S. Attorneys

9   DAN G. BOYLE
    Special Assistant U.S. Attorney

10

11  BRIAN C. RABBIT
    Assistant Attorney General

12  U.S. Department of Justice, Criminal Division

13  REGINALD E. JONES
    Senior Trial Attorney

14  U.S. Department of Justice, Criminal Division
    Child Exploitation and Obscenity Section

15

16

17

18

19

20  **CERTIFICATE OF SERVICE**

21      I hereby certify that on this same date, I electronically transmitted the attached

22  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

23  Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

24  as counsel of record.

25

26  *s/ Joy Faraj*
    U.S. Attorney's Office

27

28