IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF SUBPOENAS**<br><br>*[Filed concurrently with Defendants' Motion for Issuance of Subpoenas]*<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506 |

1    THIS COURT, having considered Defendants' Motion for Issuance of Subpoenas, and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Issuance of Subpoenas (Docket:____);

**IF IS FURTHER ORDERED** that the relevant Subpoenas Duces Tecums be issued for the Pretrial Production Of Documents.

DATED:

_____
Hon. Susan M. Brnovich
United States District Judge