# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | District of Arizona |
| U.S. District Court case number: | 2:18-cr-00422-SMB |
| Date case was first filed in U.S. District Court: | 03/28/2018 |
| Date of judgment or order you are appealing: | 10/23/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Larkin, Michael Lacey, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

Thomas H. Bienert, Jr., Bienert | Katzman PC

903 Calle Amanecer, Suite 350

City: San Clemente    State: CA    Zip Code: 92673

Prisoner Inmate or A Number (if applicable): _____

**Signature** */s/ Thomas H. Biernert, Jr.*    **Date** Nov 16, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

James Larkin

Name(s) of counsel (if any):

Thomas H. Bienert, Jr. and Whitney Z. Bernstein
Bienert | Katzman PC
Counsel for Appellant James Larkin

Address: 903 Calle Amanecer, Suite 350, San Clemente, CA 92673

Telephone number(s): (949) 369-3700

Email(s): tbienert@bienertkatzman.com & wbernstein@bienertkatzman.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Assistant US Attorneys for the District of Arizona: Kevin Rapp, Andrew Stone, Peter Kozinets, Margaret Perlmeter; Special Assistant US Attorney Dan G. Boyle; Senior Trial Attorney US Dept. of Justice Child Exploitation and Obscenity Section, Reginald E. Jones,

Address: 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4408

Telephone number(s): (602) 514-7500

Email(s): kevin.rapp@usdoj.gov, andrew.stone@usdoj.gov, peter.kozinets@usdoj.gov, margaret.perlmeter@usdoj.gov, daniel.boyle2@usdoj.gov, reginald.jones4@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Michael Lacey

Name(s) of counsel (if any):

Paul J. Cambria, Jr. and Erin McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

Address: 42 Delaware Avenue, Suite 120, Buffalo, New York 14202

Telephone number(s): (716) 849-1333

Email(s): pcambria@lglaw.com  & emccampbell@lglaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         *2*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

John Brunst

Name(s) of counsel (if any):

Gary S. Lincenberg, Ariel A. Neuman, Gopi K. Panchapakesan
**Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC**

Address: 1875 Century Park East, 23rd Floor, Los Angeles, California 90067

Telephone number(s): (310) 201-2100

Email(s): glincenberg@birdmarella.com, aneuman@birdmarella.com, gpanchapakesan@birdmarella.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          2                                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

> Scott Spear

Name(s) of counsel (if any):

> Bruce Feder
> FEDER LAW OFFICE PA

Address: 2930 E. Camelback Road, Suite 160, Phoenix, Arizona 85016

Telephone number(s): (602) 257-0135

Email(s): bf@federlawpa.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                2                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Andrew Padilla

Name(s) of counsel (if any):

David Eisenberg
DAVID EISENBERG PLC

Address: 3550 N. Central Ave., Suite 1155, Phoenix, Arizona 85012

Telephone number(s): (602) 237-5076

Email(s): david@designbergplc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  2                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Joye Vaught

Name(s) of counsel (if any):

Joy Malby Bertrand
Joy Bertrand Esq LLC

Address: P.O. Box 2734, Scottsdale, Arizona 85252

Telephone number(s): (602)374-5321

Email(s): joy.bertrand@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes   ☐ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**               2               New 12/01/2018

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas