Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst


Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bienertkatzman.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bienertkatzman.com
BIENERT KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for Defendant James Larkin

*[Additional counsel listed on next page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ISSUANCE OF SUBPOENAS**<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506 |

1  Paul J. Cambria, Jr. *(admitted pro hac vice)*
       pcambria@lglaw.com
2  Erin McCampbell *(admitted pro hac vice)*
       emccampbell@lglaw.com
3  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
4  Buffalo, New York 14202
   Telephone: (716) 849-1333
5  Facsimile: (716) 855-1580

6  Attorneys for Defendant Michael Lacey

7  Bruce Feder (AZ Bar No. 004832)
       bf@federlawpa.com
8  FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
9  Phoenix, Arizona 85016
   Telephone: (602) 257-0135
10

   Attorney for Defendant Scott Spear
11
   David Eisenberg (AZ Bar No. 017218)
12     david@deisenbergplc.com
   DAVID EISENBERG PLC
13 3550 N. Central Ave., Suite 1155
   Phoenix, Arizona 85012
14 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
15
   Attorney for Defendant Andrew Padilla
16
   Joy Malby Bertrand (AZ Bar No. 024181)
17     joy.bertrand@gmail.com
18 JOY BERTRAND ESQ LLC
   P.O. Box 2734
19 Scottsdale, Arizona 85252
20 Telephone: (602)374-5321
   Facsimile: (480)361-4694
21
22 Attorney for Joye Vaught

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. The Government Does Not Have Standing To Oppose Defendants' Motion

Once again, the government is stepping in to "respond" to – but in reality, strongly oppose – Defendants' attempts to obtain evidence necessary to present their defense.  As Defendants previously pointed out, this is improper as the government has no standing in relation to a motion for issuance of Rule 17(c) subpoenas.  *See* Dkt. #1040.  Given that the Court previously decided that it will nonetheless consider the government's objections to such motions, the arguments will not be reiterated here, but those previously set-forth points and authorities are incorporated by reference as though fully set forth herein.

### II. The Government Cannot Have it Both Ways: Either Defendants Must Be Able to Answer The Government's Evidence, or the Evidence Should Be Excluded

As the government has made clear – and as the Court has indicated it will allow despite Defendants' opposition – the government intends to introduce evidence that NCMEC, state attorneys generals (including the Arizona Attorney General), and others told Backpage and certain defendants that they were engaged in illegal activity.  These notifications by third parties have no relevance to the case, but if the Court is going to allow such evidence, Defendants must be permitted to defend against it.[1]  Nonetheless, the government opposes Defendants' attempts to obtain evidence that would specifically demonstrate that these notifications were not based on sound legal analysis, but were instead agenda-driven communications based on ethical, moral, or other similar types of considerations.  This is relevant because if the "notice" that Defendants received was not in fact based on legal principles, but was instead based on the authors' ethical, moral, or similar principles, then the "notice" was meaningless from a legal perspective.

And while the government speculates that the evidence obtained via the subpoenas will not be admissible, the government is wrong.  First, as indicated in the Motion (and

---

[1]   As Defendants have separately argued, what matters is not what third parties thought about the legality of what Backpage and Defendants were doing, but the actual evidence of what Defendants knew, intended, and did, in light of the law.

unanswered by the government), the evidence will be admissible as business records and/or public records. Second, some of the documents will likely be admissible through witnesses from these organizations that the government has said it intends to call. Thus, the government's objection on this point is without merit.

Finally, while the government tries to label the requested subpoenas a fishing expedition, so as to prohibit Defendants from obtaining the evidence they need and are constitutionally entitled to in defense of the government's allegations and evidence, the subpoenas are in fact specific and directed at particular evidence. The documents that are responsive to the subpoenas go to the heart of one of the methods that the government – improperly – intends to use to prove its case, and are necessary for Defendants to answer and defend against that effort.

### III.   CONCLUSION

For all of these reasons, Defendants respectfully request that the Court issue the requested subpoenas.

DATED: November 23, 2020         Respectfully submitted,

>                                 Gary S. Lincenberg
>                                 Ariel A. Neuman
>                                 Gopi K. Panchapakesan
>                                 BIRD, MARELLA, BOXER, WOLPERT,
>                                 NESSIM, DROOKS, LINCENBERG &
>                                 RHOW, P.C.
>
>                                 By:   */s/ Ariel A. Neuman*
>                                         Ariel A. Neuman
>                                 Attorneys for Defendant John Brunst

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (August 2020) § II (C) (3), Ariel A. Neuman herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

| | | |
|---|---|---|
| DATED: November 23, 2020 | | Thomas H. Bienert, Jr.<br>Whitney Z. Bernstein<br>BIENERT KATZMAN PC |
| | By: | _/s/ Thomas H. Bienert, Jr._<br>Thomas H. Bienert, Jr.<br>Attorneys for Defendant James Larkin |
| DATED: November 23, 2020 | | Paul J. Cambria, Jr.<br>Erin McCampbell<br>LIPSITZ GREEN SCIME CAMBRIA LLP |
| | By: | _/s/ Paul J. Cambria, Jr._<br>Paul J. Cambria, Jr.<br>Attorneys for Defendant Michael Lacey |
| DATED: November 23, 2020 | | FEDER LAW OFFICE, P.A. |
| | By: | _/s/ Bruce Feder_<br>Bruce Feder<br>Attorneys for Defendant Scott Spear |
| DATED: November 23, 2020 | | DAVID EISENBERG PLC |
| | By: | _/s/ David Eisenberg_<br>David Eisenberg<br>Attorney for Defendant Andrew Padilla |
| DATED: November 23, 2020 | | JOY BERTRAND, ESQ. |
| | By: | _/s/ Joy Bertrand_<br>Joy Bertrand<br>Attorneys for Defendant Joye Vaught |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I served the attached document by email on the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Whitney Z. Bernstein | wbernstein@bmkattorneys.com |
| Andrew C. Stone | andrew.stone@usdoj.gov |
| Anthony Ray Bisconti | tbisconti@bmkattorneys.com |
| Bruce S. Feder | bf@federlawpa.com |
| Dan G. Boyle | daniel.boyle2@usdoj.gov |
| David S. Eisenberg | david@deisenbergplc.com |
| Erin E. McCampbell | emccampbell@lglaw.com |
| James C. Grant | jimgrant@dwt.com |
| John Lewis Littrell | jlittrell@bmkattorneys.com |
| Joy Malby Bertrand | joyous@mailbag.com |
| Kevin M. Rapp | kevin.rapp@usdoj.gov |
| Margaret Wu Perlmeter | margaret.perlmeter@usdoj.gov |
| Michael D. Kimerer | mdk@kimerer.com |
| Paul John Cambria, Jr. | pcambria@lglaw.com |
| Peter Shawn Kozinets | peter.kozinets@usdoj.gov |
| Reginald E. Jones | reginald.jones4@usdoj.gov |
| Rhonda Elaine Neff | rneff@kimerer.com |
| Robert Corn-Revere | bobcornrevere@dwt.com |
| Ronald Gary London | ronnielondon@dwt.com |
| Seetha Ramachandran | sramachandran@proskauer.com |
| Thomas Henry Bienert, Jr. | tbienert@bienertkatzman.com |
| Ariel A. Neuman | aneuman@birdmarella.com |

　　　　　　　　　　　　　　　　　　*/s/ Ariel A. Neuman*
　　　　　　　　　　　　　　　　　　Ariel A. Neuman