Thomas H. Bienert, Jr. *(admitted pro hac vice)*
   tbienert@bienertkatzman.com
Whitney Z. Bernstein *(admitted pro hac vice)*
   wbernstein@bienertkatzman.com
BIENERT KATZMAN, PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for Defendant James Larkin

Gary S. Lincenberg *(admitted pro hac vice)*
   glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
   aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
   gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE UNITED STATES' NOTICE RE: DECEMBER 4, 2020 TELEPHONIC HEARING** |
| vs. | |
| Michael Lacey, et al., | *[Filed concurrently with Declaration of Toni Thomas]* |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:           April 12, 2021 |

3688359.1

Paul J. Cambria, Jr. *(admitted pro hac vice)*
   pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
   emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

Bruce Feder (AZ Bar No. 004832)
   bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

David Eisenberg (AZ Bar No. 017218)
   david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

Attorney for Defendant Andrew Padilla

Joy Malby Bertrand (AZ Bar No. 024181)
   joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694

Attorney for Defendant Joye Vaught

Defendants submit this response to correct an incorrect statement in the government's recent Notice Re: December 4, 2020 Telephonic Motion Hearing on Defendants' Motion to Stay (Doc. 1100).

Contrary to the government's claim, AG Brnovich's August 16, 2017 letter to Congress was *NOT* part of a "series" of Attorneys' General letters of which counsel were aware based on discovery.  The referenced "series" of letters was sent in late 2009 to early 2012, long before AG Brnovich took office in January 2015 and *more than five years* before the August 16, 2017 letter.  The letters produced in discovery included the following "series":

| | |
|---|---|
| October 2, 2009 | NAAG Letter to S. Fifer[1] |
| November 16, 2009 | S. Fifer Letter to NAAG |
| May 3, 2010 | S. Fifer Letter to NAAG |
| September 2, 2010 | S. Fifer Letter to NAAG |
| September 21, 2010 | NAAG Letter to S. Fifer |
| January 27, 2011 | S. Fifer Letter to NAAG |
| August 31, 2011 | NAAG Letter to Backpage |
| September 16, 2011 | NAAG Letters to Backpage |
| September 23, 2011 | S. Fifer Letter to NAAG |
| November 2, 2011 | S. Fifer Letter to P. Selis[2] |
| December 30, 2011 | S. Fifer Letter to P. Selis |
| March 23, 2012 | E. McDougall Letter to NAAG |

The government also produced a copy of a July 23, 2013 letter from NAAG to four members of Congress related to the Communications Decency Act of 1996.  That letter

---

[1]  Samuel Fifer was a lawyer who represented a parent of Backpage.com.

[2]  Paula Selis was with the Office of the Washington Attorney General and was part of the NAAG working group.

3688359.1

3

1 also was sent long before AG Brnovich took office and *more than four years* before the August 16, 2017, letter.

3 The government claims these letters put the defense "on notice" of AG Brnovich's August 16, 2017 letter, but never explains how a series of letters sent long before AG Brnovich took office (and, therefore, not signed by AG Brnovich) would put the defense on notice of a letter AG Brnovich sent nearly *eight years* after the first letter and more than *four years* after the last letter. Moreover, the fact that the government produced *all* the earlier letters in its disclosure, but did not produce the August 16, 2017 letter, undermines the government's baseless claim that the defense "should have known" about AG Brnovich's letter.

Finally, the Court should disregard the final paragraph of the government's filing, in which the government re-argues points raised in its response to the recusal motion—unless the Court provides the defense with an opportunity to rebut that argument.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  December 11, 2020

Respectfully submitted,

Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert | Katzman PC

By: _____*/s/ Thomas H. Bienert, Jr.*_____
Thomas H. Bienert Jr.
Attorneys for Defendant James Larkin

DATED:  December 11, 2020            Gary S. Lincenberg
                                     Ariel A. Neuman
                                     Gopi K. Panchapakesan
                                     Bird, Marella, Boxer, Wolpert, Nessim,
                                     Drooks, Lincenberg & Rhow, P.C.

                                     By:      */s/ Gary S. Lincenberg*
                                                 Gary S. Lincenberg
                                            Attorneys for Defendant John Brunst


DATED:  December 11, 2020            Paul J. Cambria
                                     Erin McCampbell
                                     Lipsitz Green Scime Cambria LLP

                                     By:      */s/ Paul J. Cambria*
                                                 Paul J. Cambria
                                            Attorneys for Defendant Michael Lacey


DATED:  December 11, 2020            Feder Law Office, P.A.

                                     By:      */s/ Bruce S. Feder*
                                                 Bruce S. Feder
                                            Attorney for Defendant Scott Spear


DATED:  December 11, 2020            The Law Office of David Eisenberg, PLC

                                     By:      */s/ David Eisenberg*
                                                 David Eisenberg
                                            Attorney for Defendant Andrew Padilla


DATED:  December 11, 2020            Joy Bertrand Esq. LLC

                                     By:      */s/ Joy Malby Bertrand*
                                                 Joy Malby Bertrand
                                            Attorney for Defendant Joye Vaught