Thomas H. Bienert, Jr. *(admitted pro hac vice)*
  tbienert@bienertkatzman.com
Whitney Z. Bernstein *(admitted pro hac vice)*
  wbernstein@bienertkatzman.com
BIENERT KATZMAN, PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for Defendant James Larkin

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**DECLARATION OF TONI THOMAS IN SUPPORT OF DEFENDANTS' RESPONSE TO THE UNITED STATES' NOTICE RE: DECEMBER 4, 2020 TELEPHONIC HEARING**<br><br>*[Filed concurrently with Response]*<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506<br><br>Trial Date:　　　April 12, 2021 |

3688354.1

DECLARATION OF TONI THOMAS

1 | Paul J. Cambria, Jr. *(admitted pro hac vice)*
     pcambria@lglaw.com
2 | Erin McCampbell *(admitted pro hac vice)*
     emccampbell@lglaw.com
3 | LIPSITZ GREEN SCIME CAMBRIA LLP
   | 42 Delaware Avenue, Suite 120
4 | Buffalo, New York 14202
   | Telephone: (716) 849-1333
5 | Facsimile: (716) 855-1580

6 | Attorneys for Defendant Michael Lacey

7 | Bruce Feder (AZ Bar No. 004832)
     bf@federlawpa.com
8 | FEDER LAW OFFICE, P.A.
   | 2930 E. Camelback Road, Suite 160
9 | Phoenix, Arizona 85016
   | Telephone: (602) 257-0135
10 |
   | Attorney for Defendant Scott Spear
11 |
   | David Eisenberg (AZ Bar No. 017218)
12 |    david@deisenbergplc.com
   | DAVID EISENBERG PLC
13 | 3550 N. Central Ave., Suite 1155
   | Phoenix, Arizona 85012
14 | Telephone: (602) 237-5076
   | Facsimile: (602) 314-6273
15 |
   | Attorney for Defendant Andrew Padilla
16 |
   | Joy Malby Bertrand (AZ Bar No. 024181)
17 |    joy.bertrand@gmail.com
   | JOY BERTRAND ESQ LLC
18 | P.O. Box 2734
   | Scottsdale, Arizona 85252
19 | Telephone: (602)374-5321
   | Facsimile: (480)361-4694
20 |
   | Attorney for Defendant Joye Vaught
21
22
23
24
25
26
27
28

3688354.1

2

DECLARATION OF TONI THOMAS

## DECLARATION OF TONI THOMAS

I, Toni Thomas, declare as follows:

1. I am an individual over the age of eighteen. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of the Defendants' Response to the United States' Notice Re: December 4, 2020 Telephonic Hearing with which this Declaration is being concurrently filed.

3. I am a paralegal with the law firm of Bienert | Katzman, PC. Based on my review of the discovery provided by the government in this case, I have personal knowledge of the following.

4. The government's productions to the defense included the following letters:

| Date | Letter |
| --- | --- |
| October 2, 2009 | NAAG Letter to S. Fifer |
| November 16, 2009 | S. Fifer Letter to NAAG |
| May 3, 2010 | S. Fifer Letter to NAAG |
| September 2, 2010 | S. Fifer Letter to NAAG |
| September 21, 2010 | NAAG Letter to S. Fifer |
| January 27, 2011 | S. Fifer Letter to NAAG |
| August 31, 2011 | NAAG Letter to Backpage |
| September 16, 2011 | NAAG Letters to Backpage |
| September 23, 2011 | S. Fifer Letter to NAAG |
| November 2, 2011 | S. Fifer Letter to P. Selis |
| December 30, 2011 | S. Fifer Letter to P. Selis |
| March 23, 2012 | E. McDougall Letter to NAAG |
| July 23, 2013 | NAAG Letter to Members of Congress |

5. I have made several diligent searches to try to find the August 16, 2017 NAAG letter to Congress signed by Mark Brnovich, among many others. I was unable to

1  find this letter.  Therefore, I do not believe this letter was part of any of the government
2  productions to date.
3      I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.
5      Executed December 11, 2020, at San Clemente, California.

*Toni Thomas*
Toni Thomas