1   Thomas H. Bienert, Jr. *(admitted pro hac vice)*
        tbienert@bienertkatzman.com
2   Whitney Z. Bernstein *(admitted pro hac vice)*
        wbernstein@bienertkatzman.com
3   BIENERT KATZMAN, PC
    903 Calle Amanecer, Suite 350
4   San Clemente, CA 92673
    Telephone: (949) 369-3700
5   Facsimile: (949) 369-3701

6   Attorneys for Defendant James Larkin

7   Gary S. Lincenberg *(admitted pro hac vice)*
        glincenberg@birdmarella.com
8   Ariel A. Neuman *(admitted pro hac vice)*
        aneuman@birdmarella.com
9   Gopi K. Panchapakesan *(admitted pro hac vice)*
        gpanchapakesan@birdmarella.com
10  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
11  1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
12  Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
13
    Attorneys for Defendant John Brunst
14
    *[Additional counsel listed on next page]*
15

16              **UNITED STATES DISTRICT COURT**

17                **FOR THE DISTRICT OF ARIZONA**

18

19  | United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
20  | Plaintiff, | **NOTICE OF MATERIAL DEVELOPMENT** |
21  | vs. | |
                                    Assigned to Hon. Susan M. Brnovich
22  | Michael Lacey, et al., | Courtroom 506 |
23  | Defendants. | Trial Date: April 12, 2021 |

3695355.2

NOTICE OF MATERIAL DEVELOPMENT

| | |
|---|---|
| 1 | Paul J. Cambria, Jr. *(admitted pro hac vice)* |
| | pcambria@lglaw.com |
| 2 | Erin McCampbell *(admitted pro hac vice)* |
| | emccampbell@lglaw.com |
| 3 | LIPSITZ GREEN SCIME CAMBRIA LLP |
| | 42 Delaware Avenue, Suite 120 |
| 4 | Buffalo, New York 14202 |
| | Telephone: (716) 849-1333 |
| 5 | Facsimile: (716) 855-1580 |
| 6 | Attorneys for Defendant Michael Lacey |
| 7 | Bruce Feder (AZ Bar No. 004832) |
| | bf@federlawpa.com |
| 8 | FEDER LAW OFFICE, P.A. |
| | 2930 E. Camelback Road, Suite 160 |
| 9 | Phoenix, Arizona 85016 |
| | Telephone: (602) 257-0135 |
| 10 | |
| | Attorney for Defendant Scott Spear |
| 11 | |
| | David Eisenberg (AZ Bar No. 017218) |
| 12 | david@deisenbergplc.com |
| | DAVID EISENBERG PLC |
| 13 | 3550 N. Central Ave., Suite 1155 |
| | Phoenix, Arizona 85012 |
| 14 | Telephone: (602) 237-5076 |
| | Facsimile: (602) 314-6273 |
| 15 | |
| | Attorney for Defendant Andrew Padilla |
| 16 | |
| | Joy Malby Bertrand (AZ Bar No. 024181) |
| 17 | joy.bertrand@gmail.com |
| | JOY BERTRAND ESQ LLC |
| 18 | P.O. Box 2734 |
| | Scottsdale, Arizona 85252 |
| 19 | Telephone: (602)374-5321 |
| | Facsimile: (480)361-4694 |
| 20 | |
| | Attorney for Defendant Joye Vaught |

Defendants Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught, by and through their counsel of record, hereby file this Notice of Material Development.

On November 19, 2020, Defendants filed a Petition for Writ of Mandamus regarding this Court's Order denying Defendants' Motion for Recusal (Dkt. 1075) before the Ninth Circuit Court of Appeals. On January 15, 2021, the Ninth Circuit Court of Appeals set the petition for oral argument on March 3, 2021. *See* Exhs. A and B.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: January 21, 2021  Respectfully submitted,

Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert | Katzman PC

By:  */s/ Thomas H. Bienert, Jr.*
　　　　Thomas H. Bienert Jr.
　Attorneys for Defendant James Larkin

DATED: January 21, 2021  Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  */s/ Gary S. Lincenberg*
　　　　Gary S. Lincenberg
　Attorneys for Defendant John Brunst

| | | |
|---|---|---|
| DATED: January 21, 2021 | | Paul J. Cambria |
| | | Erin McCampbell |
| | | Lipsitz Green Scime Cambria LLP |

By: _/s/ Paul J. Cambria_
Paul J. Cambria
Attorneys for Defendant Michael Lacey

DATED: January 21, 2021    Feder Law Office, P.A.

By: _/s/ Bruce S. Feder_
Bruce S. Feder
Attorney for Defendant Scott Spear

DATED: January 21, 2021    The Law Office of David Eisenberg, PLC

By: _/s/ David Eisenberg_
David Eisenberg
Attorney for Defendant Andrew Padilla

DATED: January 21, 2021    Joy Bertrand Esq. LLC

By: _/s/ Joy Malby Bertrand_
Joy Malby Bertrand
Attorney for Defendant Joye Vaught

# EXHIBIT A

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 14 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: MICHAEL LACEY; et al.
_____

MICHAEL LACEY; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

        Respondent,

UNITED STATES OF AMERICA,

        Real Party in Interest.

No. 20-73408

D.C. No. 2:18-cr-00422-SMB
District of Arizona,
Phoenix

ORDER

Before: WARDLAW and CHRISTEN, Circuit Judges.

    The Clerk will place this petition on the calendar for March 2021. *See* 9th Cir. Gen. Order 3.3(g).

# EXHIBIT B

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 01/15/2021 at 4:08:27 PM PST and filed on 01/15/2021

| | |
|---|---|
| **Case Name:** | Michael Lacey, et al v. USDC-AZP |
| **Case Number:** | 20-73408 |

**Docket Text:**
Notice of Oral Argument on Wednesday, March 3, 2021 - 09:30 A.M. - SE 7th Flr Courtroom 2 - Scheduled Location: Seattle WA.
The hearing time is the local time zone at the scheduled hearing location, even if the argument is fully remote.

View the Oral Argument Calendar for your case **here**.

NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, any argument may be held **remotely** with all of the judges and attorneys appearing by video or telephone. Travel to a courthouse will not be required. If the panel determines that it will hold oral argument, the Clerk's Office will be in contact with you directly at least two weeks before the set argument date to make any necessary arrangements for remote appearance.

Be sure to review the GUIDELINES for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).

If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 21 days before Wednesday, March 3, 2021. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[11966474]. [20-73408] (AW)

**Notice will be electronically mailed to:**

Ms. Whitney Z. Bernstein, Attorney: wbernstein@bienertkatzman.com, tthomas@bienertkatzman.com, 4579179420@filings.docketbird.com
Ms. Joy Bertrand, Attorney: joyous@mailbag.com, joy@joybertrandlaw.com, yadira@joybertrandlaw.com, fabiola@joybertrandlaw.com
Thomas H. Bienert, Jr., Attorney: tbienert@bienertkatzman.com, admin@bienertkatzman.com
Mr. Daniel G. Boyle, Assistant U.S. Attorney: daniel.boyle2@usdoj.gov
Honorable Susan M. Brnovich, District Judge: susan_brnovich@azd.uscourts.gov
Mr. Paul John Cambria, Jr., Managing Senior Counsel: pcambria@lglaw.com, kdrewery@lglaw.com
Mr. David Eisenberg, I, Attorney: david@deisenbergplc.com, liana.waite@gmail.com
Ryan Ellersick, Assistant U.S. Attorney: ryan.ellersick@usdoj.gov, usaaz.ecftappl@usdoj.gov, caseview.ecf@usdoj.gov
Bruce Feder: fl@federlawpa.com, bf@federlawpa.com
Peter S. Kozinets: peter.kozinets@usdoj.gov, tammie.holm@usdoj.gov, usaaz.ecfpappl@usdoj.gov, caseview.ecf@usdoj.gov, brian.wolfe@usdoj.gov
Gary S. Lincenberg: gsl@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, juh@birdmarella.com, kminutelli@birdmarella.com
Mr. Ariel A. Neuman, Attorney: aneuman@birdmarella.com, blee@birdmarella.com
Mrs. Erin McCampbell Paris: emccampbell@lglaw.com, tkornow@lglaw.com
Ms. Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov, caseview.ecf@usdoj.gov, usaaz.ecfpappl@usdoj.gov, norma.hernandez@usdoj.gov
Mr. Kevin Michael Rapp, Assistant U.S. Attorney: kevin.rapp@usdoj.gov, usaaz.ecfpappl@usdoj.gov, caseview.ecf@usdoj.gov, joy.faraj@usdoj.gov

Andrew C. Stone, Attorney: andrew.stone@usdoj.gov, usaaz.ecfpappl@usdoj.gov, caseview.ecf@usdoj.gov, gaynell.smith@usdoj.gov

# United States Court of Appeals for the Ninth Circuit
# Calendar for William K. Nakamura Courthouse, Seattle Washington

## Oral Argument Notice

**Note:** Calendar entries may change up until the hearing date. Please remember to check the docket report for updates. Case synopses are prepared by court staff for the convenience of the reader.

**2021-03-03  9:30 am  7th Floor Courtroom 2, William K. Nakamura Courthouse, Seattle Washington**

| Case No. | Title | Nature | Origin | Time / Side |
|---|---|---|---|---|
| 20-73408 | **Michael Lacey v. USDC-AZP** | OP | AZ | 10 min |
| 19-72735 | **Elden Ortega Ortiz v. Jeffrey Rosen** - A citizen of Honduras petitions for review of the Board of Immigration Appeals' denial of asylum, withholding of removal, and protection under the Convention Against Torture. | Immigration | BIA | 10 min |
| 20-35196 | **Strike 3 Holdings LLC v. John Doe** - Strike 3 Holdings, LLC, appeals the district court's summary judgment in favor of John Doe on a counterclaim of non-infringement under the Copyright Act. [2:17-cv-01731-TSZ] | Civil | W. WA | 10 min |
| 19-72903 | **McKenzy Alfred v. Jeffrey Rosen** - A citizen of Palau challenges an agency decision finding him removable for an aggravated felony. | Immigration | BIA | 15 min |
| 20-35242 | **wedi Corp. v. Brian Wright** - Appeal of a judgment in an action, based on diversity and federal question, brought against Brian Wright and Hydro-Blok USA LLC. alleging false advertising claims related to a shower system. [2:15-cv-00671-TSZ] | Civil | W. WA | 15 min |
| 20-35324 | **Cytline, LLC v. Public Utility District No. 2** - Appeal from summary judgment in favor of defendant Grant County PUD No. 2 in an action challenging defendants' new "Evolving Industries" electricity rate class as applied to plaintiffs. [2:18-cv-00390-RMP] | Civil | E. WA | 15 min |

## Location Address

U.S. Court of Appeals for the Ninth Circuit
William K. Nakamura U.S. Courthouse
1010 Fifth Avenue
Seattle WA 98104

**10**

---

**OFFICE OF THE CLERK**

**U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT**

**95 SEVENTH STREET, P.O. BOX 193939**

**SAN FRANCISCO, CALIFORNIA 94119-3939**

---

## NOTICE OF CASES SET FOR HEARING

Your case has been set for hearing as indicated on the calendar, but please note that (1) the panel retains discretion pursuant to Fed. R. App. P. 34 to submit the case on the briefs without argument and (2) absent further order of the court, any argument may be held **remotely** with judges and counsel appearing by video or telephone. Travel to a courthouse will not be necessary. If the court determines that argument is necessary, the Clerk's Office will be in touch within two weeks of the scheduled argument date to make arrangements regarding remote appearance. If you will present oral argument, you must immediately complete the Acknowledgment of Hearing Notice form and return it to the Clerk's Office via the CM/ECF system [or by hard copy for those exempt from using the CM/ECF system].

Below are some things to consider when preparing for argument:

**Possibility of Mootness or Settlement** - If your case has become moot or a settlement is imminent, immediately advise the Clerk's office in writing and **BY EMAIL**. For CM/ECF-registered counsel, this must be filed electronically as "File Correspondence to Court."

**Notification of Related Cases** - If you are aware of other cases pending in this court which are related to and which should be calendared with your case(s), please notify this office.

**Admission for Oral Argument** - If you are presenting oral argument, you must be admitted to the bar of this court. **The application form is on the court's website**, www.ca9.uscourts.gov**, under Forms. If you need to verify your admission, please call the Attorney Admissions Inquiry line at (415) 355-7800 and leave the requested information.**

**Submission Without Oral Argument** - If you feel that oral argument would not be of assistance to the court, file a "motion to submit case on briefs." For CM/ECF-registered counsel, this motion must be filed electronically. The court may, on its own motion, determine that oral argument would not be of assistance. In such cases, all parties will be advised by order pursuant to Fed. R. App. P. 34(a).

**Day of Oral Argument** - If you are presenting oral argument, register with the courtroom deputy 30 minutes before the start time of the hearing. The Clerk's Office will provide instructions for how to register remotely when applicable. All counsel for all cases must be registered and prepared to begin argument at the time the session is convened.

**Hearing Order of Cases** - Cases are generally heard in the order in which they appear on the calendar. However, a panel may rearrange the order of cases at the start of a session. Counsel in all cases should be prepared to begin argument immediately after court is convened in the event that the panel rearranges the order of cases.

**Time for Oral Argument** - Cases scheduled for oral argument will be assigned 10, 15, 20, or occasionally 30 minutes per side. Check the calendar to determine your time allotment. If there will be more than one attorney or party arguing on one side of the case, the attorneys on that side will be required to share the total time allowed for that side. It is inadvisable for more than two lawyers to argue on a side, or for more than one lawyer to argue for a single party. The Court may decline to allow split arguments inconsistent with this advisement. Attorneys sharing time should confer in advance regarding the allotment of time among counsel and, unless notified otherwise at the time of argument, will be required to keep track of their own time while arguing. Be sure to note on your acknowledgment of hearing notice the names of other counsel arguing on your side and the time allotment agreed upon by all counsel for that side. Each counsel appearing for argument must file a separate acknowledgment of hearing notice and must have filed a separate notice of appearance in the case.

**Subject of Oral Argument** - The judges have studied the briefs and the excerpts of record and will be familiar with the facts and issues of the case. Argument should be devoted to clarifying issues as needed and to responding to questions raised by the judges of the panel.

**Presenting Additional Citations** - Additional citations of relevant decisions rendered since the filing of the party's last brief - or after oral argument but before decision - may be submitted by letter pursuant to Fed. R. App. P. 28(j) and 9th Cir. R. 28-6. For counsel, this letter must be filed electronically as "File a Citation of Supplemental Authorities (FRAP 28(j) Letter)." The letter must state the reasons for the citation, referring to either the page of the brief or to a point argued orally. The body of the letter must not exceed 350 words. Any response must be made promptly and similarly limited, and should be filed as a FRAP 28(j) Letter.

**Identity of Panel Members** - Not earlier than the week before the court week in which your case will be heard, the names of judges hearing your case will be announced. The judges' names will be posted on the calendar on the court's website at www.ca9.uscourts.gov.

**Continuances** - After a case has been calendared, continuances are not granted except for a showing of extraordinarily good cause. If oral argument is essential but you find it impossible to appear, you must, immediately after receipt of this hearing notice, file a "motion to continue hearing" and supporting affidavit for continuance. For CM/ECF-registered counsel, this motion must be filed electronically. Filing of the motion does not ensure that the continuance will be granted. The court will not consider a motion for continuance after the identity of the panel members has been divulged.

**Audio and Video** - Oral arguments are streamed live on the court's website at: www.ca9.uscourts.gov. Links to live streaming audio and video are available on the main page and are listed by date, time, location, and courtroom. Recordings of all oral arguments are available the day after argument at http://www.ca9.uscourts.gov/media/.