IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Michael Lacey et al.,<br><br>           Defendants. | Case No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion for Leave to File Excess Pages in its Response in Opposition to the Government's Motion in Limine to Determine Admissibility of Evidence (Dkt. 931), and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Excess pages (Doc. 1001) is granted.

**IT IS FURTHER ORDERED** that Defendants' response shall not exceed 26 pages.

**IT IS FURTHER ORDERED** that the lodged response be withdrawn and a response in compliance with this Order be filed no later than March 31, 2021.

Dated this 18th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge