Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklw.com
wbernstein@bklw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>            Defendants. | Case No. 2:18-cr-00422-PHX-SMB<br><br>**NOTICE OF FILING DEFENDANTS' PROPOSED SUPPLEMENTAL JURY QUESTIONNAIRE QUESTIONS** |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

Defendant James Larkin, Michael Lacey, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught (collectively, "Defendants") and the government jointly filed the proposed jury questionnaire on June 26, 2020 (Doc. Nos. 1029, 1029-1), which the Court modified at the hearing on June 7, 2021.  In light of the significant social and political changes in the past year, at Monday's hearing before this Court, defense counsel requested leave to propose additional questions.  The Court instructed defense counsel to file proposed questions by close of business on Thursday, June 10, 2021.  *See* Doc No. 1170.  Accordingly, this filing follow.  Defense counsel conferred with government counsel, and the government's objections to Defendants' proposed questions are noted in the document.

RESPECTFULLY SUBMITTED this 10th day of June 2021,

       BIENERT KATZMAN LITTRELL
       WILLIAMS LLP
       *s/ Whitney Z. Bernstein*
       Thomas H. Bienert, Jr.
       Whitney Z. Bernstein
       Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

       LIPSITZ GREEN SCIME CAMBRIA LLP
       *s/ Paul J. Cambria, Jr.*
       Paul J. Cambria, Jr.
       Erin McCampbell Paris
       Attorneys for Michael Lacey

       BIRD MARELLA BOXER WOLPERT
       NESSIM DROOKS LINCENBERG AND
       RHOW PC
       *s/ Ariel A. Neuman*
       Gary S. Lincenberg
       Ariel A. Neuman
       Gopi K. Panchapakesan
       Attorneys for John Brunst

|   |   |
|---|---|
| 1 | FEDER LAW OFFICE PA |
| 2 | *s/ Bruce Feder* |
|   | Bruce Feder |
| 3 | Attorneys for Scott Spear |
| 4 | DAVID EISENBERG PLC |
| 5 | *s/ David Eisenberg* |
|   | David Eisenberg |
| 6 | Attorneys for Andrew Padilla |
| 7 | JOY BERTRAND ESQ LLC |
| 8 | *s/ Joy Bertrand* |
|   | Joy Bertrand |
| 9 | Attorneys for Joye Vaught |

2
DEFENDANTS' PROPOSED SUPPLEMENTAL JURY QUESTIONNAIRE QUESTIONS

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas