Gary S. Lincenberg *(admitted pro hac vice)*
glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

Michael Lacey, et al.,

Defendants.

CASE NO. 2:18-cr-00422-004-PHX-SMB

**MOTION FOR TRIAL SUSPENSION DURING JEWISH HOLIDAYS**

Assigned to Hon. Susan M. Brnovich
Courtroom 506

Trial Date: September 7, 2021

1  Defendant John Brunst requests that the September 7, 2021 trial start date be
2  continued until September 8, 2021, as lead trial counsel for Brunst, Gary S. Lincenberg
3  and Ariel A. Neuman, will observe the Jewish holiday of Rosh Hashanah (the first of
4  Judaism's two "High Holy Days") on September 7, 2021.
5  Further, Brunst also requests that trial be suspended on September 16, 2021, as the
6  Jewish holiday of Yom Kippur (the second of the "High Holy Days," and the holiest day
7  of the year in Judaism) falls on that date. Gary S. Lincenberg and Ariel A. Neuman, along
8  with Bruce Feder (counsel for Defendant Scott Spear) and David Eisenberg (counsel for
9  Defendant Andrew Padilla), will observe Yom Kippur on September 16, 2021. Brunst
10 requests that trial not take place on that date so that the four identified trial counsel (as well
11 as any potential jurors or court staff) can observe Yom Kippur.
12 To the extent the Court seeks to make up those two trial dates at a later point in the
13 trial schedule, Brunst has no objection.
14 Counsel for the other defendants do not object to the request. The government also
15 does not object to the request.

17 DATED: August 12, 2021          Respectfully submitted,

                                  Gary S. Lincenberg
                                  Ariel A. Neuman
                                  Gopi K. Panchapakesan
                                  Bird, Marella, Boxer, Wolpert, Nessim,
                                  Drooks, Lincenberg & Rhow, P.C.


                                  By:     /s/ Gary S. Lincenberg
                                             Gary S. Lincenberg
                                        Attorneys for Defendant John Brunst