# Exhibit B

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9   United States of America,                          CR-18-00422-PHX-SMB

10                      Plaintiff,

11          v.                                          **UNITED STATES' PROPOSED
                                                        VERDICT FORM**
12   Michael Lacey, et al.,

13                      Defendants.

14
15
16          We, the Jury, find the defendants, Michael Lacey, James Larkin, Scott Spear, John

17   "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

18
19                                  **CONSPIRACY**
                                    **18 U.S.C. § 371**
20                                  **COUNT 1**

21   Michael Lacey        _____ GUILTY        _____ NOT GUILTY

22   James Larkin         _____ GUILTY        _____ NOT GUILTY

23   Scott Spear          _____ GUILTY        _____ NOT GUILTY

24   John "Jed" Brunst    _____ GUILTY        _____ NOT GUILTY

25   Andrew Padilla       _____ GUILTY        _____ NOT GUILTY

26   Joye Vaught          _____ GUILTY        _____ NOT GUILTY

27
28

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

## Count 2:

| Date | Description |
|------|-------------|
| Sept. 10, 2013 | Published ad depicting Victim 5 entitled "Get freaky Tuesday . . Come spend ur day with us – 19," with accompanying text "Doin incalls and outcalls" |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

James Larkin   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

## Count 3:

| Date | Description |
|------|-------------|
| Jan. 27, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

James Larkin   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 4:**

| Date | Description |
|------|-------------|
| Jan. 29, 2014 | Published ad depicting Victim 8 entitled "Puerto Rican mami in walpole area INCALLS – 19" after deleting one picture from the originally – submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 5:**

| Date | Description |
|------|-------------|
| Jan. 31, 2014 | Published ad depicting Victim 8 entitled "Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! – 19" after deleting one picture from originally submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

- 3 -

**Count 6:**

| Date | Description |
|------|-------------|
| Feb. 6, 2014 | Published ad involving P.R. entitled "75 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

James Larkin        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 7:**

| Date | Description |
|------|-------------|
| Apr. 20, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

James Larkin        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 8:**

| Date | Description |
| --- | --- |
| May 7, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 9:**

| Date | Description |
| --- | --- |
| May 31, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 10:**

| Date | Description |
|------|-------------|
| July 1, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

James Larkin    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 11:**

| Date | Description |
|------|-------------|
| Aug. 19, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

James Larkin    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 12:**

| Date | Description |
|------|-------------|
| Nov. 23, 2014 | Published ad depicting Victim 10 entitled "New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18" after deleting picture from originally-submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin           _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

Andrew Padilla         _____ GUILTY          _____ NOT GUILTY

Joye Vaught            _____ GUILTY          _____ NOT GUILTY

**Count 13:**

| Date | Description |
|------|-------------|
| Jan 29, 2015 | Published ad depicting Victim 12 entitled "New in Town Sexy Dark Asian Bombshell with Nice & Tight {Booty} – 23" after deleting one picture from the originally-submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin           _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

Andrew Padilla         _____ GUILTY          _____ NOT GUILTY

Joye Vaught            _____ GUILTY          _____ NOT GUILTY

**Count 14:**

| Date | Description |
|------|-------------|
| Jan. 31, 2015 | Published ad depicting Victim 10 entitled "NEW IN TOWN sexy sweet European mixed Cuban California girl – 21" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 15:**

| Date | Description |
|------|-------------|
| Jan. 31, 2015 | Published ad depicting Victim 12 entitled "New in Town Sexy Dark Asian mixed Bombshell – 23" after deleting one picture from the originally-submitted ad |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 16:**

| Date | Description |
|------|-------------|
| Feb. 4, 2015 | Published ad depicting Victim 11 entitled "Upscale Independent BRUNETTE BOMBSHELL 5-Star Fantasy – 26," after deleting pictures from originally-submitted ad |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 17:**

| Date | Description |
|------|-------------|
| Feb. 18, 2015 | Published ad depicting Victim 11 entitled "Alexis Foxx the HOTTEST in town!!!!! – 26" after deleting six pictures from the originally-submitted ad |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 18:**

| Date | Description |
|---|---|
| Feb. 26, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 19:**

| Date | Description |
|---|---|
| May 18, 2015 | Published ad depicting Victim 15 entitled "GORGEOUS ebony PLAYMATE Perfect Curves…Skills to make ur TOES CURL – 19," after removing one picture of the originally-submitted ad, with accompanying text "you agree… you are not affiliated with any law enforcement agency" and "Incalls & Outcall!!!" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 20:**

| Date | Description |
|------|-------------|
| May 19, 2015 | Published ad depicting Victim 15 entitled "Hot & Driping Submissive Ebony Playmates – 20," after removing one picture of the originally-submitted ad, with accompanying text "you agree … you are not affiliated with any law enforcement agency" and "We're ready to please and accommodate all of your needs and wants!! With a mouth that'll ROCK your [] and a [picture of cat] that'll leave you purring for more" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 21:**

| Date | Description |
|------|-------------|
| July 1, 2015 | Published ad depicting Victim 17 entitled "AbSoLuTeLy AmAZiNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT SEXii PlAymate – 20" with accompanying text "By contacting me  you agree that you are not affiliated with any form of law enforcement," PERFECT & Will satisfy your every need," and "IN/CALLS – ONLY" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 22:**

| Date | Description |
|------|-------------|
| July 2, 2015 | Published ad depicting Victim 17 entitled "SeXy!! Exotic playmate Call me! The girl you NEED to See! – 20," with accompanying text "I DO NOT OFFER 40$, 50$, 60$ SPECIAILS" and "IN/CALLS – ONLY" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 23:**

| Date | Description |
|------|-------------|
| Aug. 13, 2015 | Published ad depicting Victim 13 entitled "Young SEXY PUERTO RICAN – 19," which accompanying text "I do half hour sessions that vary in donation prices, 80 for head, 120 for hooking up without head and 150 for hooking up with head" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 24:**

| Date | Description |
|------|-------------|
| Aug. 15, 2015 | Published ad depicting Victim 16 entitled "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 25:**

| Date | Description |
|------|-------------|
| Sept. 13, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 26:**

| Date | Description |
|------|-------------|
| Nov. 28, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

| | | | | |
|---|---|---|---|---|
| Michael Lacey | _____ | GUILTY | _____ | NOT GUILTY |
| James Larkin | _____ | GUILTY | _____ | NOT GUILTY |
| Scott Spear | _____ | GUILTY | _____ | NOT GUILTY |
| John "Jed" Brunst | _____ | GUILTY | _____ | NOT GUILTY |
| Andrew Padilla | _____ | GUILTY | _____ | NOT GUILTY |
| Joye Vaught | _____ | GUILTY | _____ | NOT GUILTY |

**Count 27:**

| Date | Description |
|------|-------------|
| Apr. 21, 2016 | Published ad entitled "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" |

| | | | | |
|---|---|---|---|---|
| Michael Lacey | _____ | GUILTY | _____ | NOT GUILTY |
| James Larkin | _____ | GUILTY | _____ | NOT GUILTY |
| Scott Spear | _____ | GUILTY | _____ | NOT GUILTY |
| John "Jed" Brunst | _____ | GUILTY | _____ | NOT GUILTY |
| Andrew Padilla | _____ | GUILTY | _____ | NOT GUILTY |
| Joye Vaught | _____ | GUILTY | _____ | NOT GUILTY |

**Count 28:**

| Date | Description |
|------|-------------|
| Nov. 3, 2016 | Published ad entitled "GFEE New – 18" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 29:**

| Date | Description |
|------|-------------|
| Nov. 11, 2016 | Published ad entitled "Mind blowing Tiffany, Incall in Taunton – 37," with accompanying text "Soft GFE … Im real and reviewed" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 30:**

| Date | Description |
|------|-------------|
| Nov. 14, 2016 | Published ad entitled "Top Model 2016 Special 'Best Looking Young Asian' … -22," with accompanying text "Sexy Asian Girl Incall Service" and "GFE" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 31:**

| Date | Description |
|------|-------------|
| Nov. 14, 2016 | Published ad entitled "Sometimes It's All About The Journey, And The Destination…..Erectile Dysfunctional G F E Provider – 44," with accompanying text "You can find a few current reviews at T3R xxxxxx#" and "I have been EROS authenticated" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 32:**

| Date | Description |
|------|-------------|
| Nov. 19, 2016 | Published ad entitled "The True (G)irl (F)riend (E)xperience Visiting November 27th Sunday ~ PRE-BOOKING SPECIAIL ~ - 100," with accompanying text "Let's blur restrictions between financial transaction & Romantic Connection" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 33:**

| Date | Description |
|------|-------------|
| Nov. 24, 2016 | Published ad entitled "Top Asian Grand Opening 100% Young 100% Sexy … - 23," with accompanying text "BEST INCALL IN TOWN!" and "GFE" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 34:**

| Date | Description |
|------|-------------|
| Nov. 26, 2016 | Published ad entitled "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 35:**

| Date | Description |
|------|-------------|
| Dec. 20, 2016 | Published ad entitled "OMG  Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24," with accompanying text "I do ALL the things YOU Wish Your Wife Did!!" and "(G).(F).(E) 30 min/$180" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 36:**

| Date | Description |
|------|------------|
| Jan. 15, 2017 | Published ad entitled "Real & Reviewed Girlfriend Theonesweet.weebly.com – 30," with accompanying text "250 G F E" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY


**Count 37:**

| Date | Description |
|------|------------|
| Apr. 4, 2017 | Published ad entitled "KISSING & GFE KOREAN GIRLS – 20" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 38:**

| Date | Description |
|------|-------------|
| Apr. 11, 2017 | Published ad entitled "Pettit Sexy #Corey# 4407239339 – 39," with accompanying text "complete GFE experience" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 39:**

| Date | Description |
|------|-------------|
| July 3, 2017 | Published ad entitled "WANNA HANG OUT NOW UpScale New In Town! Call ME now for an unforgettable visit – 20," with accompanying text "100% GFE with 100% no Pimps" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

1    **Count 40:**

2

3    | Date | Description |
     |------|-------------|
4    | July 15, 2017 | Published ad entitled "Ready for some fun daddy? This is your chance too have a amazing time – 21," with accompanying text "Slim body, nice tits, freaky, GFE" |

5

6    Michael Lacey        _____ GUILTY        _____ NOT GUILTY

7    James Larkin         _____ GUILTY        _____ NOT GUILTY

8    Scott Spear          _____ GUILTY        _____ NOT GUILTY

9    John "Jed" Brunst    _____ GUILTY        _____ NOT GUILTY

10   Andrew Padilla       _____ GUILTY        _____ NOT GUILTY

11   Joye Vaught          _____ GUILTY        _____ NOT GUILTY

12

13

14

15   **Count 41:**

16

17   | Date | Description |
     |------|-------------|
18   | July 15, 2017 | Published ad entitled "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24," with "GFE" in accompanying text |

19

20

21   Michael Lacey        _____ GUILTY        _____ NOT GUILTY

22   James Larkin         _____ GUILTY        _____ NOT GUILTY

23   Scott Spear          _____ GUILTY        _____ NOT GUILTY

24   John "Jed" Brunst    _____ GUILTY        _____ NOT GUILTY

25   Andrew Padilla       _____ GUILTY        _____ NOT GUILTY

26   Joye Vaught          _____ GUILTY        _____ NOT GUILTY

27

28

- 21 -

**Count 42:**

| Date | Description |
|------|-------------|
| July 21, 2017 | Published ad entitled "Pettit Sexy #Corey# 4407239339 – 30," with accompanying text "complete GFE experience" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 43:**

| Date | Description |
|------|-------------|
| July 23, 2017 | Published ad entitled "ASIAN GODDESS young – 20," with accompanying text "100% Discreet service" and "#GFE" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

1

**Count 44:**

2

3

| Date | Description |
|------|-------------|
| Jan. 26, 2018 | Published ad entitled "GFE Service Available! Private Encounters w/ Pampering Beauty" |

4

5

6

Michael Lacey _____ GUILTY _____ NOT GUILTY

7

James Larkin _____ GUILTY _____ NOT GUILTY

8

Scott Spear _____ GUILTY _____ NOT GUILTY

9

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

10

Andrew Padilla _____ GUILTY _____ NOT GUILTY

11

Joye Vaught _____ GUILTY _____ NOT GUILTY

12

13

14

15

**Count 45:**

16

17

| Date | Description |
|------|-------------|
| Jan. 30, 2018 | Published ad entitled "241 & white plans area Carfun Perfect Treat  Available No Rush," with "Sweet Sexy GFE" in accompanying text |

18

19

20

Michael Lacey _____ GUILTY _____ NOT GUILTY

21

James Larkin _____ GUILTY _____ NOT GUILTY

22

Scott Spear _____ GUILTY _____ NOT GUILTY

23

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

24

Andrew Padilla _____ GUILTY _____ NOT GUILTY

25

Joye Vaught _____ GUILTY _____ NOT GUILTY

26

27

28

**Count 46:**

| Date | Description |
|------|-------------|
| Jan. 30, 2018 | Published ad entitled "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

James Larkin        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 47:**

| Date | Description |
|------|-------------|
| Jan. 30, 2018 | Published ad entitled "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions," with accompanying text "gfe  Hh:$160  H: $220" |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

James Larkin        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 48:**

| Date | Description |
|------|-------------|
| Jan. 31, 2018 | Published ad entitled "Exotic Asian Beauty," with accompanying text "I am an independent GFE with excellent massage skills" |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 49:**

| Date | Description |
|------|-------------|
| Feb. 1, 2018 | Published ad entitled "Nuru (Best GFE ever) incall only" |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 50:**

| Date | Description |
|------|-------------|
| Feb. 6, 2018 | Published ad entitled "Tuesday with Ashleigh. Available now," with "GFE" in accompanying text |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 51:**

| Date | Description |
|------|-------------|
| Feb. 6, 2018 | Published ad entitled "GFE Kisskisspop 100% real Photo Choice 9Asian girl Nurunude" |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Conspiracy To Commit Money Laundering**
**18 U.S.C. § 1956(h)**
**COUNT 52**

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |

**Concealment Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNT 53-62**

**Count 53:**

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |

**Count 54:**

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin         _____ GUILTY         _____ NOT GUILTY

Scott Spear         _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 55:**

| Date | Amount | Description |
|---|---|---|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin         _____ GUILTY         _____ NOT GUILTY

Scott Spear         _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 57:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 60:**

| Date | Amount | Description |
|---|---|---|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 61:**

| Date | Amount | Description |
|---|---|---|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**International Promotional Money Laundering**
**18 U.S.C. § 1956(a)(2)(A)**
**COUNT 63-68**

**Count 63:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 64:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

       Michael Lacey     _____ GUILTY     _____ NOT GUILTY

       James Larkin     _____ GUILTY     _____ NOT GUILTY

       Scott Spear     _____ GUILTY     _____ NOT GUILTY

       John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 65:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

       Michael Lacey     _____ GUILTY     _____ NOT GUILTY

       James Larkin     _____ GUILTY     _____ NOT GUILTY

       Scott Spear     _____ GUILTY     _____ NOT GUILTY

       John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 66:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 68:**

| Date | Amount | Description |
|---|---|---|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

**Count 69:**

| Date | Amount | Description |
|---|---|---|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 70:**

| Date | Amount | Description |
|---|---|---|
| Sept. 13, 2013 | $62,491.47 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 71:**

| Date | Amount | Description |
|---|---|---|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear    _____ GUILTY    _____ NOT GUILTY

**Count 72:**

| Date | Amount | Description |
|---|---|---|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear    _____ GUILTY    _____ NOT GUILTY

**Count 73:**

| Date | Amount | Description |
|---|---|---|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear    _____ GUILTY    _____ NOT GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear        _____ GUILTY        _____ NOT GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear        _____ GUILTY        _____ NOT GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear        _____ GUILTY        _____ NOT GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear        _____ GUILTY        _____ NOT GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

James Larkin     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 81:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 82:**

| Date | Amount | Description |
|------|--------|-------------|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 83:**

| Date | Amount | Description |
|------|--------|-------------|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 84:**

| Date | Amount | Description |
|---|---|---|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 85:**

| Date | Amount | Description |
|---|---|---|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 86:**

| Date | Amount | Description |
|---|---|---|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 87:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

    James Larkin    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 88:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 89:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

    Michael Lacey     _____ GUILTY     _____ NOT GUILTY

    John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 91:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

    Michael Lacey     _____ GUILTY     _____ NOT GUILTY

    John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 92:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

    Michael Lacey     _____ GUILTY     _____ NOT GUILTY

    John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 93:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 94:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

**Count 95:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

**Count 96:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 97:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 98:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 99:**

| Date | Amount | Description |
|---|---|---|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

## **International Concealment Money Laundering**
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

_____          _____

DATE                                             FOREPERSON