# Exhibit A

# Flowchart
# COUNT 53



COUNT 53

**5/18/2016**
**$1,476,505.00**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 54



# Flowchart
# COUNT 55



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 55
5/31/2016
$3,171,675.80

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 56



COUNT 56

**5/31/2016**
**$432,961.87**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 57



COUNT 57

6/20/2016
$842,878.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032703

# Flowchart
# COUNT 58



USAO-BP-0032704

# Flowchart
# COUNT 59



COUNT 59

**7/27/2016**
**$3,252,681.62**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 60



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 60

**7/27/2016**
**$438,818.86**

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032706

# Flowchart
# COUNT 61



COUNT 61

**8/16/2016**
**$804,250.00**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 62



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

COUNT 62

8/31/2016
$3,171,264.42

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032708

# Flowchart
# COUNT 63



BACKPAGE COM LLC
US BANK
'1165

COUNT 63

3/4/2014
$6,450.00

KOTAK MAHINDRA BANK LIMITED
S.B.
(INDIA)

USAO-BP-0032709

# Flowchart
# COUNT 64



AD TECH BV
(NETHERLANDS)

COUNT 64

8/5/2016
$5,005,732.86

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032710

# Flowchart
# COUNT 65



COUNT 65

9/22/2016
$2,916,955.00

AD TECH BV
(NETHERLANDS)

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032711

# Flowchart
# COUNT 66



AD TECH BV
(NETHERLANDS)

COUNT 66

10/3/2016
$354,050.84

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032712

# Flowchart
# COUNT 67



COUNT 67

11/2/2016
$2,726,170.00

AD TECH BV
(NETHERLANDS)

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032713

# Flowchart
# COUNT 68



COUNT 68

11/15/2016
$351,403.54

AD TECH BV
(NETHERLANDS)

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032714

# Flowchart
# COUNTS 69-70



USAO-BP-0032715

# Flowchart
# COUNTS 71-77



USAO-BP-0032716

# Flowchart
# COUNT 78



COUNT 78

1/11/2016
$133,045

12/31/2015
$811,424.07

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

USAO-BP-0032717

# Flowchart
# COUNT 79



COUNT 79

12/31/2015 - 1/25/2016
4 transactions
$3,126,033.07

1/26/2016
$101,974.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

JOHN BRUNST
WELLS FARGO BANK
'4891

USAO-BP-0032718

# Flowchart
# COUNT 80



# Flowchart
# COUNT 81



USAO-BP-0032720

# Flowchart
# COUNT 82



# Flowchart
# COUNTS 83-84



USAO-BP-0032722

# Flowchart
# COUNT 85



| | 2/4/2013 - 2/25/2013 $6.5 MILLION | | 4/12/2013 – 11/2/2015 24 transactions $6,270,188.53 | | COUNT 85 7/22/2016 $50,000 | |
|---|---|---|---|---|---|---|
| BACKPAGE.COM US BANK '1165 | | CAMARILLO HOLDINGS LLC BMO HARRIS BANK '7172 | | SCOTT AND ELLONA SPEAR NATIONAL BANK OF AZ '0178 | | STRATEGIC STORAGE TRUST II, INC |

USAO-BP-0032723

# Flowchart
# COUNT 86



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 - 7/27/2016
24 transactions
$32,873,339.73

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

COUNT 86

8/2/2016
$16,243.00

MICHAEL LACEY
WELLS FARGO
'0495

# Flowchart
# COUNT 87



COUNT 87

10/6/2016
$1,206,356.00

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

JAMES LARKIN
CHARLES SCHWAB & CO
'4693

USAO-BP-0032725

# Flowchart
# COUNT 88



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

**COUNT 88**

**10/6/2016**
**$268,016.00**

MICHAEL G LACEY 2 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1967

USAO-BP-0032726

# Flowchart
# COUNT 89



12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

COUNT 89

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 4 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1972

# Flowchart
# COUNT 90



COUNT 90

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 6 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1986

USAO-BP-0032728

# Flowchart
# COUNT 91



USAO-BP-0032729

# Flowchart
# COUNT 92



COUNT 92

**10/6/2016**
**$268,016.00**

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 10 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'2014

USAO-BP-0032730

# Flowchart
# COUNT 93



USAO-BP-0032731

# Flowchart
# COUNTS 94-100



ARIZONA BANK & TRUST

Michael G Lacey
2 Year Retained Annuity Trust
J.B. Trustee
ARIZONA BANK & TRUST
'1967

Michael G Lacey
4 Year Retained Annuity Trust
J.B. Trustee
ARIZONA BANK & TRUST
'1972

Michael G Lacey
6 Year Retained Annuity Trust
J.B. Trustee
ARIZONA BANK & TRUST
'1986

Michael G Lacey
8 Year Retained Annuity Trust
J.B. Trustee
ARIZONA BANK & TRUST
'1991

Michael G Lacey
10 Year Retained Annuity Trust
J.B. Trustee
ARIZONA BANK & TRUST
'2014

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 3/31/2016
12 transactions
$13,443,800.75

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

4/1/2016 - 5/2/2016
$821,916.00
(3trns)

4/1/2016 - 5/2/2016
$821,916.00
(3trns)

4/1/2016 - 5/2/2016
$821,916.00
(3trns)

4/1/2016 - 5/2/2016
$821,916.00
(3trns)

4/1/2016 - 5/2/2016
$821,916.00
(3trns)

COUNTS 94-98
12/29/2016
(5 WIRES AT $3.3 M EACH)
$16.5 MILLION TOTAL

Interest on Lawyers Trust Account
(IOLTA)
Becker & House PLLC
Johnson Bank
'9992

COUNTS 99-100
1/3/2017
$16.5 MILLION

Primus Trust Company
(Binghampton Trust)
for the benefit of LACEY
K&H Bank, Hungary
'1210

USAO-BP-0032732