# Exhibit B

Gross Revenue by Section
10/1/2010 - 11/1/2012
Analysis derived from file (ATTACHMENT – Monthly Revenue & Ad Count report by Section and Category.xlsx)

| Date | adult entertainment | buy, sell, trade | community | musician | real estate for sale | services | Local Places | automotive | jobs | personals | rentals | Monthly Adult Total | Monthly Non-Adult Total | Percentage of Revenue Generated from Adult Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/10 | $ 1,172,388.49 | $ 882.17 | $ 203.92 | $ 192.47 | $ 466.76 | $ 29,475.57 | | $ 217.08 | $ 1,075.86 | $ 1,254.00 | $ 1,041.20 | $ 1,172,388.49 | $ 34,809.03 | 97.12% |
| 11/1/10 | 3,281,842.25 | 27,151.65 | 7,064.55 | 3,572.35 | 8,873.14 | 134,417.55 | | 5,613.14 | 24,467.41 | 17,126.29 | 16,947.82 | 3,281,842.25 | 245,233.90 | 93.05% |
| 12/1/10 | 3,359,721.43 | 24,657.33 | 6,896.41 | 2,912.25 | 7,726.00 | 142,663.15 | | 4,242.28 | 19,306.08 | 17,123.13 | 13,724.77 | 3,359,721.43 | 239,251.40 | 93.35% |
| 1/1/11 | 3,636,542.38 | 21,733.59 | 6,528.43 | 3,279.75 | 8,531.46 | 167,174.23 | | 4,182.64 | 21,868.12 | 16,983.48 | 13,787.13 | 3,636,542.38 | 264,068.83 | 93.23% |
| 2/1/11 | 3,422,812.18 | 26,341.35 | 5,560.14 | 2,723.04 | 8,005.27 | 157,035.82 | | 5,096.48 | 26,411.74 | 17,766.20 | 12,356.74 | 3,422,812.18 | 261,296.78 | 92.91% |
| 3/1/11 | 4,120,845.18 | 36,339.23 | 8,923.21 | 3,186.09 | 9,846.36 | 179,730.21 | | 4,106.44 | 23,818.34 | 20,769.57 | 12,479.21 | 4,120,845.18 | 299,198.66 | 93.23% |
| 4/1/11 | 4,142,653.77 | 26,077.30 | 6,580.42 | 3,130.21 | 8,492.96 | 175,922.93 | | 5,279.88 | 16,368.60 | 18,623.82 | 10,438.90 | 4,142,653.77 | 270,915.02 | 93.86% |
| 5/1/11 | 4,521,199.08 | 28,851.01 | 5,982.85 | 4,068.25 | 7,889.32 | 194,051.89 | | 5,466.18 | 14,534.66 | 23,095.54 | 12,177.88 | 4,521,199.08 | 296,117.58 | 93.85% |
| 6/1/11 | 4,690,660.37 | 31,597.43 | 6,238.32 | 3,162.80 | 7,961.59 | 214,153.72 | | 5,867.70 | 14,614.23 | 13,718.49 | 11,493.21 | 4,690,660.37 | 308,807.49 | 93.82% |
| 7/1/11 | 4,808,444.94 | 26,050.38 | 7,209.08 | 3,016.85 | 7,531.78 | 213,609.62 | | 4,943.80 | 13,881.12 | 14,856.55 | 10,667.38 | 4,808,444.94 | 301,766.56 | 94.09% |
| 8/1/11 | 4,924,207.19 | 24,953.14 | 7,796.55 | 2,527.92 | 7,123.66 | 216,886.61 | | 4,084.69 | 14,952.00 | 16,023.76 | 11,126.32 | 4,924,207.19 | 305,474.65 | 94.16% |
| 9/1/11 | 4,864,109.40 | 33,300.14 | 7,771.01 | 2,731.84 | 6,262.62 | 221,825.56 | | 3,691.96 | 11,450.17 | 16,108.77 | 12,744.82 | 4,864,109.40 | 315,886.89 | 93.90% |
| 10/1/11 | 5,103,094.84 | 25,963.16 | 6,718.70 | 2,152.78 | 5,749.88 | 238,869.65 | | 4,972.68 | 13,221.22 | 15,857.64 | 11,186.81 | 5,103,094.84 | 324,692.52 | 94.02% |
| 11/1/11 | 4,966,743.65 | 23,353.12 | 4,906.76 | 2,447.68 | 3,996.78 | 221,109.90 | | 4,288.80 | 12,950.03 | 17,876.90 | 9,426.36 | 4,966,743.65 | 300,356.39 | 94.30% |
| 12/1/11 | 5,229,829.96 | 21,595.54 | 4,847.72 | 2,363.16 | 4,471.51 | 217,695.47 | 11.58 | 5,049.84 | 9,742.03 | 18,562.05 | 9,331.43 | 5,229,829.96 | 293,670.33 | 94.68% |
| 1/1/12 | 5,263,107.33 | 25,502.90 | 5,663.37 | 2,741.32 | 5,962.85 | 249,105.31 | 19.43 | 4,834.03 | 14,472.58 | 19,225.19 | 9,255.12 | 5,263,107.33 | 336,782.10 | 93.99% |
| 2/1/12 | 5,122,707.17 | 29,191.91 | 5,733.61 | 2,393.99 | 5,479.42 | 239,671.08 | 43.05 | 4,769.42 | 12,921.92 | 17,910.71 | 7,432.54 | 5,122,707.17 | 325,547.65 | 94.02% |
| 3/1/12 | 6,105,260.59 | 34,917.85 | 6,042.17 | 2,380.07 | 5,986.16 | 275,823.27 | 142.05 | 4,625.69 | 11,988.95 | 20,722.01 | 5,695.28 | 6,105,260.59 | 368,323.50 | 94.31% |
| 4/1/12 | 6,046,400.44 | 30,082.83 | 6,339.32 | 3,564.42 | 6,560.98 | 270,975.77 | 276.35 | 4,327.02 | 11,536.40 | 21,978.82 | 6,839.56 | 6,046,400.44 | 362,481.47 | 94.34% |
| 5/1/12 | 6,805,397.88 | 34,265.56 | 7,059.33 | 2,028.00 | 5,539.45 | 278,077.72 | 187.60 | 4,236.77 | 9,624.27 | 24,531.37 | 6,604.28 | 6,805,397.88 | 372,154.35 | 94.82% |
| 6/1/12 | 7,333,857.91 | 28,734.39 | 8,003.85 | 3,202.16 | 6,611.34 | 283,794.46 | 233.28 | 4,087.82 | 8,632.55 | 21,308.68 | 5,610.32 | 7,333,857.91 | 370,218.85 | 95.19% |
| 7/1/12 | 7,751,310.96 | 31,839.88 | 6,833.60 | 2,264.26 | 6,058.67 | 312,728.74 | 249.79 | 4,594.90 | 8,041.68 | 18,052.42 | 5,905.77 | 7,751,310.96 | 396,569.71 | 95.13% |
| 8/1/12 | 8,257,268.93 | 30,412.05 | 6,273.77 | 2,677.81 | 5,996.06 | 314,237.44 | 357.02 | 3,196.58 | 7,113.81 | 19,042.79 | 5,355.30 | 8,257,268.93 | 394,662.63 | 95.44% |
| 9/1/12 | 7,868,991.49 | 35,384.86 | 6,545.39 | 3,502.28 | 4,738.66 | 310,711.46 | 494.88 | 3,672.00 | 6,865.79 | 19,714.23 | 5,092.27 | 7,868,991.49 | 396,721.82 | 95.20% |
| 10/1/12 | 8,277,525.99 | 32,413.66 | 6,957.05 | 2,600.07 | 4,594.90 | 338,345.36 | 351.71 | 4,057.74 | 9,864.06 | 21,062.73 | 5,256.51 | 8,277,525.99 | 425,503.79 | 95.11% |
| 11/1/12 | 7,773,173.56 | 33,351.21 | 3,505.20 | 2,050.36 | 2,986.01 | 319,921.10 | 515.96 | 3,168.96 | 7,293.66 | 21,372.86 | 3,981.68 | 7,773,173.56 | 398,147.00 | 95.13% |
| **Total by Section** | **$ 138,850,097.36** | **$ 724,943.64** | **$ 162,184.73** | **$ 70,872.18** | **$ 163,443.59** | **$ 5,918,013.59** | **$ 2,882.70** | **$ 112,674.58** | **$ 347,017.28** | **$ 470,668.00** | **$ 235,958.61** | **$ 138,850,097.36** | **$ 8,208,658.90** | **94.42%** |