# Exhibit I

**Payments from Cereus Properties (Arizona Bank & Trust) to James Larkin and Family**
**1/11/2016 - 1/11/2017**

| Date | Amount | Beneficiary | Account Number |
|---|---|---|---|
| 1/11/2016 | $ 1,306,885.00 | James Larkin | x4693 |
| 1/26/2016 | 723,813.00 | James Larkin | x4693 |
| 2/3/2016 | 1,507,944.00 | James Larkin | x4693 |
| 3/1/2016 | 1,507,944.00 | James Larkin | x4693 |
| 4/1/2016 | 1,568,262.00 | James Larkin | x4693 |
| 4/19/2016 | 804,237.00 | James Larkin | x4693 |
| 5/2/2016 | 1,326,991.00 | James Larkin | x4693 |
| 5/19/2016 | 764,025.00 | James Larkin | x4693 |
| 6/1/2016 | 1,286,779.00 | James Larkin | x4693 |
| 7/1/2016 | 1,507,944.00 | James Larkin | x4693 |
| 8/2/2016 | 1,447,627.00 | James Larkin | x4693 |
| 8/9/2016 | 1,568,262.00 | James Larkin | x4693 |
| 8/26/2016 | 1,809,533.00 | James Larkin | x4693 |
| 9/1/2016 | 2,010,593.00 | James Larkin | x4693 |
| 9/23/2016 | 1,507,944.00 | James Larkin | x4693 |
| 10/6/2016 | 1,206,356.00 | James Larkin | x4693 |
| 10/31/2016 | 1,146,038.00 | James Larkin | x4693 |
| 11/4/2016 | 804,237.00 | James Larkin | x4693 |
| 12/6/2016 | 1,146,038.00 | James Larkin | x4693 |
| Subtotal | $ 24,951,452.00 | | |
| | | | |
| 2/3/2016 | $ 56,038.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 3/1/2016 | 23,880.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 4/1/2016 | 24,835.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 4/19/2016 | 12,736.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 4/27/2016 | 12,736.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 5/2/2016 | 21,014.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 5/19/2016 | 12,099.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 6/1/2016 | 20,378.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 7/1/2016 | 23,880.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 8/2/2016 | 22,925.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 8/9/2016 | 24,835.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 8/26/2016 | 28,656.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 9/1/2016 | 31,840.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 9/23/2016 | 23,880.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 10/6/2016 | 19,104.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 10/31/2016 | 18,149.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 11/4/2016 | 12,736.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 12/6/2016 | 18,149.00 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 1/4/2017 | 33,591.34 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| 1/11/2017 | 33,591.34 | John C. Larkin Charles Schwab account (Chiapas Living Trust) | x8628 |
| Subtotal | $ 475,052.68 | | |
| | | | |
| 2/3/2016 | $ 56,038.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 3/1/2016 | 23,880.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 4/1/2016 | 24,835.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 4/19/2016 | 12,736.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 4/27/2016 | 12,736.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 5/2/2016 | 21,014.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 5/19/2016 | 12,099.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |

USAO-BP-0025845

| Date | Amount | Description | Account |
|---|---|---|---|
| 6/1/2016 | 20,378.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 7/1/2016 | 23,880.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 8/2/2016 | 22,925.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 8/9/2016 | 24,835.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 8/26/2016 | 28,656.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 9/1/2016 | 31,840.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 9/23/2016 | 23,880.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 10/6/2016 | 19,104.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 10/31/2016 | 18,149.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 11/4/2016 | 12,736.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 12/6/2016 | 18,149.00 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 1/4/2017 | 33,591.34 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| 1/11/2017 | 33,591.34 | Kathleen Larkin Charles Schwab account (Oaxaca Living Trust) | x6039 |
| Subtotal | $ 475,052.68 | | |
| | | | |
| 2/3/2016 | $ 56,038.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 3/1/2016 | 23,880.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 4/1/2016 | 24,835.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 4/19/2016 | 12,736.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 4/27/2016 | 12,736.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 5/2/2016 | 21,014.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 5/19/2016 | 12,099.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 6/1/2016 | 20,378.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 7/1/2016 | 23,880.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 8/2/2016 | 22,925.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 8/9/2016 | 24,835.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 8/26/2016 | 28,656.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 9/1/2016 | 31,840.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 9/23/2016 | 23,880.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 10/6/2016 | 19,104.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 10/31/2016 | 18,149.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 11/4/2016 | 12,736.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 12/6/2016 | 18,149.00 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 1/4/2017 | 33,591.34 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| 1/11/2017 | 33,591.34 | Quinn M. Larkin Charles Schwab account (Cuernavaca Living Trust) | x7249 |
| Subtotal | $ 475,052.68 | | |
| | | | |
| 1/11/2016 | $ 38,374.00 | Ramon Larkin | x9593 |
| 1/26/2016 | 21,253.00 | Ramon Larkin | x9593 |
| 1/28/2016 | 13,420.68 | Ramon Larkin | x9593 |
| 2/3/2016 | 44,278.00 | Ramon Larkin | x9593 |
| 3/1/2016 | 44,278.00 | Ramon Larkin | x9593 |
| 4/1/2016 | 19,620.00 | Ramon Larkin | x9593 |
| 4/19/2016 | 23,615.00 | Ramon Larkin | x9593 |
| 5/2/2016 | 38,964.00 | Ramon Larkin | x9593 |
| 5/19/2016 | 22,434.00 | Ramon Larkin | x9593 |
| 6/1/2016 | 37,784.00 | Ramon Larkin | x9593 |
| 7/1/2016 | 44,278.00 | Ramon Larkin | x9593 |
| 8/2/2016 | 42,507.00 | Ramon Larkin | x9593 |
| 8/9/2016 | 48,736.00 | Ramon Larkin | x9593 |
| 8/26/2016 | 53,133.00 | Ramon Larkin | x9593 |
| 9/1/2016 | 59,037.00 | Ramon Larkin | x9593 |
| 9/23/2016 | 44,278.00 | Ramon Larkin | x9593 |
| 10/6/2016 | 40,796.00 | Ramon Larkin | x9593 |

| Date | Amount | Payee | Account |
|---|---|---|---|
| 10/31/2016 | 33,651.00 | Ramon Larkin | x9593 |
| 11/4/2016 | 23,615.00 | Ramon Larkin | x9593 |
| 12/6/2016 | 33,651.00 | Ramon Larkin | x9593 |
| 1/4/2017 | 62,283.86 | Ramon Larkin | x9593 |
| Subtotal | $ 789,986.54 | | |
| | | | |
| 2/3/2016 | $ 56,038.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 3/1/2016 | 23,880.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 4/1/2016 | 24,835.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 4/19/2016 | 12,736.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 5/2/2016 | 21,014.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 5/19/2016 | 12,099.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 6/1/2016 | 20,378.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 7/1/2016 | 23,880.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 8/2/2016 | 22,925.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 8/9/2016 | 24,835.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 8/26/2016 | 28,656.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 9/1/2016 | 31,840.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 9/23/2016 | 23,880.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 10/6/2016 | 19,104.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 10/31/2016 | 18,149.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 11/4/2016 | 12,736.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 12/6/2016 | 18,149.00 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 1/4/2017 | 33,591.34 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| 1/11/2017 | 33,591.34 | Rose L. Larkin Charles Schwab account (Puebla Living Trust) | x9083 |
| Subtotal | $ 462,316.68 | | |
| | | | |
| 1/11/2016 | $ 38,374.00 | Troy Larkin | x0021 |
| 1/26/2016 | 21,253.00 | Troy Larkin | x0021 |
| 1/28/2016 | 13,420.68 | Troy Larkin | x0021 |
| 2/3/2016 | 44,278.00 | Troy Larkin | x0021 |
| 3/1/2016 | 44,278.00 | Troy Larkin | x0021 |
| 4/1/2016 | 19,620.00 | Troy Larkin | x0021 |
| 4/19/2016 | 23,615.00 | Troy Larkin | x0021 |
| 5/2/2016 | 38,964.00 | Troy Larkin | x0021 |
| 5/19/2016 | 22,434.00 | Troy Larkin | x0021 |
| 6/1/2016 | 37,784.00 | Troy Larkin | x0021 |
| 7/1/2016 | 44,278.00 | Troy Larkin | x0021 |
| 8/2/2016 | 42,507.00 | Troy Larkin | x0021 |
| 8/9/2016 | 48,736.00 | Troy Larkin | x0021 |
| 8/26/2016 | 53,133.00 | Troy Larkin | x0021 |
| 9/1/2016 | 59,037.00 | Troy Larkin | x0021 |
| 9/23/2016 | 44,278.00 | Troy Larkin | x0021 |
| 10/6/2016 | 40,796.00 | Troy Larkin | x0021 |
| 10/31/2016 | 33,651.00 | Troy Larkin | x0021 |
| 11/4/2016 | 23,615.00 | Troy Larkin | x0021 |
| 12/6/2016 | 33,651.00 | Troy Larkin | x0021 |
| 1/4/2017 | 62,283.86 | Troy Larkin | x0021 |
| Subtotal | $ 789,986.54 | | |
| | | | |
| **Total** | **28,418,899.80** | | |