# Exhibit K



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square    Main: (602) 514-7500
40 N. Central Ave., Suite 1800    Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

January 13, 2020

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue,<br>Suite 3300<br>Seattle, WA 98104<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienert, Jr., Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| David S. Eisenberg, Esq.<br>3550 N. Central Ave.,<br>Suite 1155<br>Phoenix, AZ 85012<br>(attorney for Andrew Padilla) | Joy Malby Bertrand, Esq.<br>1826 N. 7th Avenue<br>Phoenix, AZ, 85007<br>(attorney for Joye Vaught) | Gary Lincenberg, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorney for Jed Brunst) |

    Re:    <u>U.S. v. Michael Lacey, et.al.</u>
             CR-18-00422-PHX-SMB

Dear Counsel:

      In an effort to assist you in easily locating specific financial records previously produced, the government has re-Bates these records and enclosed a disk that contains an index with the production BEGDOC and ENDDOC DOJ-BP Bates number, file name, and file path for each record.[1]

---

[1] A thumb drive containing the re-produced financial records and a disk containing an index for this re-production for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Letter
January 13, 2020
Page 2

In the coming weeks, in an effort to further assist Defendants in preparing for trial, the government will provide you with a list identifying the specific financial records that relate to the money laundering charges in Counts 53-100 of the Superseding Indictment.

The thumb drive contains the following Bates Stamped records:
- Re-Bates Previously Produced Financial Records – DOJ-BP-0004902872-DOJ-BP-0005068773

Please reach out with any questions.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*s/Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
JOHN J. KUCERA
Assistant United States Attorneys

Enclosures