```
                                                            FILED ___  ___ LODGED
                                                            ___ RECEIVED  ___ COPY

                                                                 AUG 0 9 2021

                                                            CLERK U S DISTRICT COURT
                                                            DISTRICT OF ARIZONA
                                                            BY_____ DEPUTY
```

**Elaine Garcia**

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov> |
| **Sent:** | Thursday, July 22, 2021 5:58 PM |
| **To:** | Elaine Garcia |
| **Cc:** | Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Boyle, Daniel (USACAC); pcambria_lglaw.com; Erin McCampbell Paris; Thomas H. Bienert; Toni Thomas; Gary S. Lincenberg; Ariel A. Neuman; Gopi K. Panchapakesan; Feder Law; bf@federlawpa.com; david_deisenbergplc.com; joy.bertrand_gmail.com; Whitney Bernstein |
| **Subject:** | RE: Proposed additional strikes for cause |
| **Attachments:** | US Resp to Add'l Hardship Strikes.pdf |

CR-18-422-PHX-SMB

**CAUTION - EXTERNAL:**

Ms. Garcia,

Attached are the United States' objections to the Defendants' proposed strikes. The United States has no objection to this document being lodged for the record. Thank you.


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ 85004**
**602.514.7609, kevin.rapp@usdoj.gov**

---

**From:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Sent:** Thursday, July 22, 2021 12:05 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>
**Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Feder Law <fl@federlawpa.com>; bf@federlawpa.com; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** RE: Proposed additional strikes for cause

Hi Ms. Garcia,

1

Below are the defense's objections to the government's proposed strikes. We appreciate this being lodged for the record.

- 169 – defense objection; not a genuine hardship; preference to skip jury service (q87: "I prefer to teach my students and the following I have."); hardship only on employer; professor at community college (the Maricopa County Community College District, a large governmental employer); employer likely has a leave policy for jury service; juror should not be excused at this point
- 172 – defense objection; not a genuine hardship; preference to skip jury service (q87: "The reason I would prefer not to serve as a juror in this case is because of my career."); hardship only to employer; planned vacation only accounts for one day of trial and can be accommodated; juror should not be excused at this point
- 657 – no defense objection
- 927 – believe this juror was already excused
- 1373 – no defense objection
- 1537 – no defense objection
- 1254 – no defense objection
- 1647 – no defense objection
- 1913 – defense objection; not a genuine hardship; hardship for employer; employer is public school system; employer likely has a leave policy for jury service; juror's leave from school can easily be accommodated with a substitute teacher; juror should not be excused at this point
- 1928 – no defense objection
- 1981 – no defense objection

Thank you,

Whitney

**Whitney Z. Bernstein** | Partner
Bienert Katzman Littrell Williams LLP
Website | vCard | Profile

---

**From:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Sent:** Thursday, July 22, 2021 11:05 AM
**To:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Whitney Bernstein <wbernstein@bklwlaw.com>; Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Feder Law <fl@federlawpa.com>; bf@federlawpa.com; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** RE: Proposed additional strikes for cause

Are there any objections by the defendants ??



Elaine Garcia, Courtroom Deputy to
District Judge Susan M. Brnovich
United States District Court, District of Arizona
602-322-7223

2

**From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Sent:** Wednesday, July 21, 2021 5:51 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Thomas H., Jr. Bienert (tbienert@bklwlaw.com) <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Feder Law <fl@federlawpa.com>; bf@federlawpa.com; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** Proposed additional strikes for cause

CAUTION - EXTERNAL:

Ms. Garcia:

The government submits the following jurors should be stricken for cause based on hardship (financial, health, etc.), inability to deliberate, unable to be impartial, or juror expresses serious concerns about sitting on this jury:

### JQs within first disclosure

169: Hardship based on college professor. Sole Full time professor in her discipline and will be teaching a minimum of 200 students this fall.
172: Hardship based on combination of travel and hardship to employment position.
657: Inability to deliberate. Qs 81-85: ("i have no faith in the system" and "I don't believe anything from anyone") Q 87: ("i dont think i could handle it, i get emotional about terrible things")
927: Hardship based on mental health issues. "doesn't want to serve on this jury due to duration of trial, unease, mental health concerns."
1373: Unable to be impartial, Q: 35(k)" I am unable to be impartial".
1537: Hardship based on financial. "only paid when working".

### Late filed JQs provided to the parties after 7/16 hearing

1254: Hardship based on pre-planned vacation and mental health issues (anxiety and depression).
1647: Hardship based on sole provider states a couple of times that he would be homeless if served.
1913: Hardship based on an elementary school teacher.
1928: Hardship (financial/mental health (severe anxiety, paranoia)), sole provider, paid vacations 10/7-12, 10/16-23.
1981: Hardship based on being self-employed, only paid if working. Inability to deliberate: Q 88 and 89: He Indicates that religious convictions prevent him for sitting in judgment, doesn't believe in court system.

Thanks.

**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes Section**
**U.S. Department of Justice | Office of the United States Attorney**
40 N. Central Ave., Ste. 1800, Phoenix, AZ 85004
602.514.7609, kevin.rapp@usdoj.gov

| Juror | Defense | Govt Obj. | Government Basis for Objection |
|---|---|---|---|
| 53 | - Hardship/Childcare (q1e: dependent child care responsibilities with no substitute (children 1, 3, and 10 years old); q87: "I have little ones at home that I need to take care of. I cannot leave them with anyone else for this lengthy period of time.")<br>- Cause (q87: "Also, this case may bring up negative memories about my experience with pornography that would be hard to deal with") | | |
| 82 | - Hardship/Health (q19: higher risk for severe illness from COVID "> 65 years old")<br>- Cause (q86: *The Court will instruct you on the applicable law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law, even if you disagree with it. Will you follow the instructions and the law as it is provided to you even if you disagree with it?* "No") | X | Objection. Being a higher risk for COVID-19 based on age alone is not a hardship. This juror indicated no health or safety issues in participating in a trial of this length (Q21). Based on this juror's prior jury experience (Q32), the government believes follow up questioning to the juror's response to Q86 is warranted. |
| 84 | - Hardship/Health (q19: over 65 years old, immunocompromised, "have arterial spasms that are controlled with medication") | X | Objection. The juror stated her medical conditions are controlled with medication. (Q19). This juror indicated no health or safety issues in participating in a trial of this length (Q21). |
| 112 | - Hardship/Financial (q1b: "I don't understand the choices in 1a. Although I am not the sole income for the household, my income is needed to pay my financial obligations. My employer will not pay me for 10 weeks of missed work and I cannot be away from my job for 10 weeks due to my workload and responsibilities."; q87: "I cannot be away from my job for 10 weeks, financially and due to my workload.") | | |

| | | | |
|---|---|---|---|
| 119 | - Hardship/Health/COVID (q16: "Yes, I work at a hospital and work frequently in COVID units."; q18: "Yes; I work for Banner Health in 2 COVID units providing nutrition support/management (feeding tubes, diet, IV nutrition)."; q87: "Yes; We may be moving apartments around November. I work full time at a hospital and provide essential services. I get nervous sitting still/quiet for long periods of time.") | X | Objection. The juror's employment as a health care worker with COVID-19 units alone is not a hardship. The juror would not be exposed to COVID-19 patients if serving as a juror because the juror would not be reporting to work during this time. We do not have enough information regarding the juror's move in November and there may be accommodations made for the juror's concerns re: nerves/sitting long periods. |
| 185 | - Cause (q79: would not be able to deliberate "Such materials are too strong for me. I would be very uncomfortable discussing at this level of detail"; q80: *Anything about facilitating prostitution/ money laundering that would make it difficult to be fair/impartial?* "My moral standards would interfere with my fair and impartial judgement"; q87: Yes; "I am a very sensitive person. I am afraid I could develop biases due to my moral standards.") | | |
| 231 | - Hardship/Financial (q1a: "sole provider of income for household" with retired spouse/partner per q27) | X | Objection. Juror is a sole provider of income for household but did not indicate financial hardship. (Q1a). Juror did not indicate any reason why he could not serve. (Q87). |
| 243 | - Hardship/Health; (q1c: scheduled medical appointments "Sept 9 Oct 29"; q2:"lower back hard to sit long"; q20: reside with someone with "chronic kidney disease") | X | Objection. The Court previously indicated this juror should come in to discuss the medical appointments. (Transcript P13, L2-6). Juror indicated no health or safety concerns in serving in a trial of this length (Q21). Accommodations could be considered to alleviate the juror's concern over sitting for a long period of time. |

2

| | | | |
|---|---|---|---|
| 306 | - Hardship/Financial (q1a: "self-employed and only paid if working"; q87: "I'm self-employed but more importantly, I probably know too much about backpagesince I market online.")<br>- Hardship/Health (q19: "Immunocompromised; I've had colitis but had my colinremoved 30 years ago and don't have symptoms. I've had the covid vaccine.")<br>- Cause (q80: *Anything about facilitating prostitution/ money laundering that would make it difficult to be fair/impartial?* "Yes; To be fair to the defendants, Iknow what backpage was used for – prostitution."; q46 "I work in online marketing and I'm very familiar with backpage.com and the prostitution which happened through the website. It will be difficult to unlearn those facts because I followed the closure of the site."; q89: "I probably know too much about backpage since I market online not sure that would be fair to defendants. . . .") | | |
| 413 | - Hardship/Work (q87: "I support several executives on a day to day basis for thelast 10 years, they would have no support if I was not here. Job is too complex to train someone to take over while I would be away. This would be very inconvenient for myself and my organization.")<br>- Cause (q79: *Will you be able to deliberate/discuss topics of a sexual nature?* "No; I don't like this at all.") | X | Objection. The government respectfully submits that additional inquiry is warranted regarding the potential impact of jury service on the juror's employment. Juror does not indicate a financial hardship. A further inquiry is also warranted regarding whether the prospective juror could deliberate. |
| 420 | - Hardship/Childcare (q87: ; "I work full time and manage a team at Arizona Game and Fish. Missing this much work would negatively impact production schedules and many projects that are all public facing and a requirement of myrole. In addition, I would have to enroll my first grader in after-school daycareif I were to serve since, he rides the bus, and I would not want him to be alone at home after school. Thank you for your consideration.") | X | Objection. The government respectfully submits that additional inquiry is warranted regarding the potential impact of jury service on the juror's employment. Juror does not indicate a financial hardship. A further inquiry is warranted regarding what time after school care is required. |
| 507 | - Hardship/Health (q19: "immunocompromised, had breast cancer 6 years ago and still on chemo pills"; q20: resides with "immunocompromised husband hada heart attack 2 years ago and on medication for it.") | X | Objection. A further inquiry is warranted given the dated medical conditions of both the prospective juror and her husband. |

3

| | | | |
|---|---|---|---|
| 519 | - Hardship/Health (q19: higher risk for severe illness from COVID "severe obesity (BMI >40)"; q20: reside with someone over 65/at higher risk for severe illness from COVID "moderate to severe asthma; severe obesity (BMI >40); q21: *Health/safety concerns about being a juror?* "Yes; My main concern is to make sure my partner is protected from COVID-19 given that he and I both have underlying health concerns. We are both fully vaccinated and continue to practice mask use and quarantining as much as possible.") | X | Objection. The government respectfully submits that a further inquiry is warranted regarding health concerns. Prospective juror does not indicate that health concerns would prevent her from sitting on jury. |
| 607 | - Hardship/Student (q1d: student attending classes during the trial dates with schedule provided) | X | Objection. The government respectfully submits that the prospective juror does not indicate any hardship to sitting on this jury. A further inquiry is warranted as to whether there are alternative times for classes. |
| 657 | - Hardship/Financial (1a: sole provider of income for household)<br>- Hardship/Health (q19: higher risk for severe illness from COVID "diabetes, high blood pressure")<br>- Cause (q79: "I do not want to participate in this"; q87 "I don't think I could handle it, I get emotional about terrible things") | | |
| 658 | - Hardship/Dependent Care (q87: "My 86 year old mother is in poor health and lives in Tucson. I want to be available to her.") | X | Objection. The government respectfully submits that additional inquiry is warranted regarding the juror's answers to questions 1 (no) and 87, which do not appear to involve live-in dependent care. |

4

| | | | |
|---|---|---|---|
| 663 | - Hardship/Travel/Work (q1b: "planned trip to Utah for father's 70th birthday on 10/20 [Wednesday]. Plans not yet finalized"; q1f: *Other Hardship*: "Yes; Hold a management level position at a public company. Will be significant challenge to fill in my day to day responsibilities including payroll, invoice approving etc."; q87: "The time commitment is significant and will add significant pressures at currently employer will likely be required to work nights and weekends in order to keep update with day to day responsibilities") | X | **Objection. The government respectfully submits that additional inquiry is warranted; the juror has a single, not-yet-finalized trip on one trial day, and it is not clear whether jury service would involve financial hardship, see answers to questions 1 and 87.** |
| 793 | - Hardship/Work (q1f: *Other Hardship*: "Yes; I am currently the IT Director for the Arizona Bankruptcy Court and part of the emergency team to support court services. We are still under orders and in Phase 2 of reopening during this trial period. This would but an additional burden on my team and require someone else to take my place as acting Director during this extended period"; q87 "I would be honored to serve as a Juror, however I am in an emergency status at my court, and member and co-chair ninth circuit ITAG so I am very stretched professional at this time") | | |
| 885 | - Hardship/Financial (q1a: "Sole provider of income for household"; q87: "Obviously, I worry about finances and if my employer would pay me at my current rate while I served.") | X | **Objection. The government respectfully submits that additional inquiry is warranted regarding the potential impact of jury service on the juror's employment, see response to question 87.** |

| | | | |
|---|---|---|---|
| 970 | - Hardship/Dependent Care (q1f: "Two of my kids work and go to school. They both got their driver's license this summer and are still getting familiar with driving a vehicle. My husband and I ride in the car with them when they drive. We have only one extra car for both of them to use. Once the older one starts college this fall, she will use the car daily to attend classes after or before work which will leave our other child needing a ride from us to get to her school and work.")<br>- Cause (q79: *Will you be able to deliberate/discuss topics of a sexual nature?* "No; I'm sorry. I'm not strong enough. I lose sleep for days and am disturbed for weeks when I merely read about such cases. If I had to actually see graphic images I wouldn't be able to live normally afterwards."; q87: "I would not be able to see images or hear testimony of a graphic or abusive nature and remain impartial.") | | |
| 1044 | - Hardship/Work (q1f: "As the manager of the four-year, dual enrollment cyber security program for our school district I manage students/parents, curriculum, instructors, equipment, marketing/networking etc.... I have no one else to off-load work/appointments. This program is in its third year. We are starting two new classes and a new instructor this school year.")<br>- Cause (q79: "Sitting for 10 weeks listening to the pollution of others chosen lives makes me sick. I don't participate and I don't want the reality of those who do to permeate my thoughts.") | | |
| 1163 | - Hardship/Health (q19: higher risk for severe illness from COVID "> 65 years old"; q87: "Being a shy person, the jury service itself is a stressful and anxiety-producing event for me.")<br>- Cause (q79: *Will you be able to deliberate on the evidence, knowing that it requires discussion over topics of a sexual nature?* "NOT SURE; The thought of it makes me sick.") | X | Objection. The government respectfully submits that additional inquiry is warranted regarding whether prospective juror can serve and deliberate. |
| 1231 | - Hardship/Financial (q1a: "Sole provider of income for household, Self-employed and only paid if working"); q1d: student attending classes during the trial dates at "7:30"; q1f: "I got to work") | | |

6

| | | | |
|---|---|---|---|
| 1254 | - Hardship/Travel (q1b: paid vacation planned during trial dates "I have a family event occur August 27th through August 30th in another state")<br>- Hardship/Health (q19: higher risk for severe illness from COVID "Diabetes"; q87: "I work with another potential juror, I have high functioning anxiety, I recently went through an annulment so I've been suffering from depression, I am diabetic and trying to get my numbers back under control")<br>- Cause (q35: "Back when I was 17 my ex stepdad tried to kill my mom and me. It was in the house I currently reside. Yes. Every [*sic*] since that experience, I've had a hard time with giving unbiased opinions about a lot of things and has impacted my ability to be fair."; q37: Every [*sic*] since my experience of almost bein [*sic*] killed has impacted my decision of providing unbiased opinions and also prevent me from being fair") | | |
| 1373 | - Hardship/Health (q21: health or safety concerns about being a juror "Enforcement of masks in common areas inside. It doesn't seem like the people in this state understand how contagious the new COVID variants are."; q87: "I suffer from anxiety when in public places")<br>- Cause (q35: "I believe this would affect my ability to be impartial."; q86: *The Court will instruct you on the applicable law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law, even if you disagree with it. Will you follow the instructions and the law as it is provided to you even if you disagree with it?* "No") | | |
| 1488 | - Hardship/Financial (q1f: "I do not have enough PTO time to cover a 10 week leave from work. I am the sole provider of health insurance for my husband and 3 kids. Without a paid time off I won't be able to cover premiums."; q87: "The only reason [*sic*] I would prefer not to serve on this case is that I am not able to comfortably miss 10 weeks of work. It could ultimately lead to financial hardship and would cause difficulties for my employer.") | X | Objection. The government respectfully submits that additional inquiry is warranted regarding health insurance payments for the limited amount of time for the jury trial and nature of financial hardship. |

7

| | | | |
|---|---|---|---|
| 1647 | - Hardship/Financial (q1a: "Sole provider of income for household"; q87: "I willnot be able to pay rent and end up homeless") | | |
| 1850 | - Hardship/Childcare (q1f: "Spouse works full time and we split care of ourtoddler") | X | Objection. The government respectfully submits that additional inquiry is warranted for alternatives for childcare. |
| 1928 | - Hardship/Financial (q1a: "Sole provider of income for household")<br><br>- Hardship/Travel (q1b: paid vacation planned during trial dates "Yes tickets/rooms have been purchased for both trips Best friend's wedding where Iam the maid of honor October 7-12 in Las Vegas Disneyland October 16-23")<br><br>- Hardship/Health (q3: "Severe anxiety"; q21: "I had COVID 19 and have extreme anxiety about contracting the disease again. Both of my parents had contracted it due to me and my father was hospitalized. I also have a severe anxiety disorder that contributes to paranoia, I am afraid that myself and family would be put in danger depending on the outcome of this case."; q87: "Concerns about my job and mental health. My anxiety makes it extremely difficult for me to handle situations like this. I am finally in a good state mentally where I do not feel the need to be medicated daily. I am EXTREMELY concerned that participating in this case would cause extreme mental distress and anxiety about the repercussions of this case and the potentialfor danger to myself and my loved ones. Also my role at my job is very important, my team would struggle greatly in my absence as i [sic] am a leader here. I am also very concerned about missing out on huge life events best friends wedding, a surprise trip my boyfriend planned for my birthday which hehad to tell me about due to this case.") | | |
| 1931 | - Hardship?/Work? (q1f & q87: elementary school teacher at a Title I school,would have to get a substitute) | 1913(this is misnumbered in the Defendants' objections)<br><br>X | Objection. The government respectfully submits that additional inquiry is required regarding nature of hardship. Prospective juror does not indicate a financial hardship. |

8

| 1981 | - Hardship/Financial (q1a: "Self-employed and only paid if working")<br>- Hardship/Health (q20: reside with someone at higher risk for severe illness from COVID "Severe obesity (BMI > 40), Diabetes"; q21: "I don't feel comfortable around people even with masks for long periods of time"; q87:"COVID-19") | | |