# Exhibit A



July 2, 2021

*Via E-Mail*
AUSAs Rapp, Stone, Jones, Kozinets, Perlmeter, & Boyle
Kevin.Rapp@usdoj.gov, Andrew.Stone@usdoj.gov, Reginald.Jones4@usdoj.gov,
Peter.Kozinets@usdoj.gov, Margaret.Perlmeter@usdoj.gov, &
Daniel.Boyle2@usdoj.gov

      RE:    *U.S. v. Michael Lacey, et al.*, 18-CR-00422-PHX-SMB

Dear Counsel:

    On behalf of Mr. Lacey, Mr. Larkin, Mr. Spear, Mr. Brunst, Mr. Padilla, and Ms. Vaught, we write to advise that Defendants are still evaluating what documents they may use in a defense case, which will depend in part on what evidence actually comes in during the prosecution case. Nevertheless, we hereby provide as reciprocal discovery the attached documents from Backpage's former counsel relevant to the Defendants' good faith, Bates-numbered DEFENSE 015280-015364. This production is being made because, in light of the Court's order at Dkt. 1168, it cannot be deemed to waive any otherwise applicable privilege. Please let us know if you have any questions.

        Very truly yours,

        BIENERT KATZMAN LITTRELL WILLIAMS LLP

        *Whitney Bernstein*

        Whitney Z. Bernstein

cc:    Paul Cambria, Erin Paris, Thomas H. Bienert, Bruce Feder,
       Gary Lincenberg, Ariel Neuman, Gopi Panchapakesan, David Eisenberg,
       Joy Bertrand

LOS ANGELES  601 W. 5th Street, Suite 720  Los Angeles, CA 90071  (213) 528-3400
ORANGE COUNTY  903 Calle Amanecer, Suite 350  San Clemente, CA 92673  (949) 369-3700