FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____FG_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America | No. CR-18-00422-01-PHX-SMB |
|---|---|
| Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

That the exhibits marked and/or admitted in the above-entitled case at the time of the Jury Trial are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this 14th day of September, 2021.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court

_Elaine Garcia_
Elaine Garcia, Deputy Clerk

Exhibits returned to respective counsel as acknowledged below:

Date 9/14/2021                     Signature _____

Date 09/14/21                      Signature _____

| | | |
|---|---|---|
| 1 | Date 9/14/21 | Signature _____ |
| 2 | Date 9/14/21 | Signature _____ |
| 3 | Date 9/14/21 | Signature _____ |
| 4 | | |
| 5 | Date 9/14/21 | Signature _____ |
| 6 | Date 9/14/21 | Signature _____ |