**AO 435** — AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

Administrative Office of the United States Courts

FOR COURT USE ONLY — DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Andrew C. Stone |
| 2 | PHONE NUMBER | 602-514-7500 |
| 3 | DATE | 9/22/2021 |
| 4 | FIRM NAME | U.S. Attorney's Office |
| 5 | MAILING ADDRESS | 40 N. Central Ave., Ste. 1800 |
| 6 | CITY | Phoenix |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85004 |
| 9 | CASE NUMBER | CR-18-422-PHX-SMB |
| 10 | JUDGE | Susan M. Brnovich |
| 11 | DATES OF PROCEEDINGS (from) | 9/1 |
| 12 | DATES OF PROCEEDINGS (to) | 9/14 |
| 13 | CASE NAME | U.S. v. Michael Lacey, et al. |
| 14 | LOCATION OF PROCEEDINGS (CITY) | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify) | 9/8 Testimony of witness Brian Fichtner |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 9/8 Judge's ruling on Motion for Mistrial | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Trial | 9/1, 9/2, 9/3 (AM only), 9/9, 9/13, & 9/14 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [ ] | |
| 7 DAYS (expedited) | [ ] | [x] | |
| 3 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS:

E-MAIL ADDRESS: andrew.stone@usdoj.gov; marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: s/ Andrew C. Stone
20. DATE: 9/22/2021

| TRANSCRIPT TO BE PREPARED BY | | ESTIMATE TOTAL | |
|---|---|---|---|
| ORDER RECEIVED / DATE / BY | | PROCESSED BY / PHONE NUMBER | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY