**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| United States of America, ) | |
| ) | No. CR-18-0422-PHX-SMB |
| Plaintiff, ) | |
| ) | |
| vs. ) | Phoenix, Arizona |
| ) | September 8, 2021 |
| Michael Lacey, ) | 9:27 a.m. |
| James Larkin, ) | |
| Scott Spear, ) | |
| John Brunst, ) | |
| Andrew Padilla, ) | |
| Joye Vaught, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:  THE HONORABLE SUSAN M. BRNOVICH, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**TRIAL - DAY 4 - A.M. SESSION**

**(Excerpt - Opening Statements of Mr. Bienert and Mr. Feder)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1                    **A P P E A R A N C E S**

2    For the Government:

3

4        U.S. ATTORNEY'S OFFICE
         By:  **Mr. Peter S. Kozinets**
              **Mr. Kevin M. Rapp**
5             **Ms. Margaret Wu Perlmeter**
              **Mr. Andrew C. Stone**
6        40 North Central Avenue, Suite 1200
         Phoenix, Arizona 85004

7

8        U.S. DEPARTMENT OF JUSTICE
         By:  **Mr. Reginald E. Jones**
9        1400 New York Avenue, NW, Suite 600
         Washington, DC 20530

10

11       U.S. ATTORNEY'S OFFICE
         By:  **Mr. Daniel G. Boyle**
12       312 North Spring Street
         Los Angeles, California 90012

13

14   For the Defendant Lacey:

15

16       LIPSITZ GREEN SCIME CAMBRIA
         By:  **Mr. Paul J. Cambria, Jr.**
              **Ms. Erin E. McCampbell-Paris**
17       42 Delaware Avenue, Suite 120
         Buffalo, NY 14202

18

19   For the Defendant Larkin:

20       BIENERT KATZMAN
         By:  **Mr. Thomas H. Bienert, Jr.**
21            **Ms. Whitney Z. Bernstein**
         903 Calle Amanecer, Suite 350
22       San Clemente, CA 92673

23

24

25

                    UNITED STATES DISTRICT COURT

```
 1   For the Defendant Spear:

 2       FEDER LAW OFFICE
         By:  Mr. Bruce S. Feder
 3       2930 East Camelback Road, Suite 160
         Phoenix, AZ 85016
 4

 5   For the Defendant Brunst:

 6       BIRD MARELLA BOXER WOLPERT NESSIM DROOKS
         LINCENBERG & RHOW
 7       By:  Mr. Gopi K. Panchapakesan
         1875 Century Park E, Suite 2300
 8       Los Angeles, CA 90067

 9

10   For the Defendant Padilla:

         DAVID EISENBERG, PLC
11       By:  Mr. David S. Eisenberg
         3550 North Central Avenue, Suite 1155
12       Phoenix, AZ 85012

13

14   For the Defendant Vaught:

         JOY BERTRAND, LLC
15       By:  Ms. Joy M. Bertrand
         P.O. Box 2734
16       Scottsdale, AZ 85252

17

18

19

20

21

22

23

24

25
```

1                **P R O C E E D I N G S**

2    (Excerpt.)

3              THE COURT:  Thank you.  Please be seated.

4              And good morning, everybody.  Welcome back.  I hope

5    you had a nice weekend.

6              We're going to start with the defense openings.

7    Before we do that, I just wanted to let you know that since

8    some of you are sitting in the back in different bleacher-type

9    seats, we will be rotating you every once in a while so that

10   you all share in the back seats and get a different

11   perspective.

12             So, just for those of you in the back, I don't know

13   how comfortable those seats are, but we will be rotating you.

14             Mr. Bienert.

15             MR. BIENERT:  Thank you, Your Honor.

16             Good morning, everyone.  My name is Thomas Bienert and

17   I represent defendant, James Larkin.  And so I'm going to talk

18   to you now about the defense perspective, and I'm going to talk

19   about some general themes --

20             And I assume this is not so loud it's bothering

21   people.  It works.

22             I'm going to talk about some general defense themes,

23   then I'm going to talk about my client, Mr. Larkin.

24             First of all, this is a case about free speech and the

25   limits on the government to prosecute those who provide a

1    location, a platform for other people to place legal speech.

2    Now, the government, the prosecutor, Mr. Jones, said, by my

3    count, 18 times in his opening to you:  Why'd they do it?

4    Why'd they do it?  And he repeatedly said -- his version that

5    he wants you to believe -- greed.  And we'll talk about that.

6           But there is a good reason they did it.  They didn't

7    do it for greed.  The short answer is they did it because these

8    defendants, starting with my client, Mr. Larkin, and his

9    partner, Mr. Lacey, have spent 50 years as journalists always,

10   always, always standing up for the right of everyone to speak

11   legally as long as it was legal speech.  That's why they did

12   it.

13          Mr. Larkin, if you can stand up.

14          This is my client, Jim Larkin.

15          And if we can go ahead and put this up.

16          He's not a pornographer.  He's not a pimp.  He's not a

17   pedophile.  He is not a trafficker.  He's a journalist.  And

18   since the early 1970s, he has written newspapers.  He has won,

19   along with his colleagues at the paper, they have been

20   nominated for thousands of journalism awards.  They've even won

21   a Pulitzer Prize.  Thousands of awards.  Real journalism.  And

22   he does -- everything that is going on in this case, it's for

23   one simple principle right here, Article I, First Amendment:

24   Congress shall make no law -- if you look at the second line --

25   prohibiting the free exercise -- strike that -- abridging the

1    freedom of speech or the press.  That's the First Amendment.

2    Legal speech is allowed in this country, that's why he did it,

3    and that's the same thing he's been doing for 50 years.

4            Thank you, Mr. Larkin.

5            What you're going to learn is that Mr. Larkin and

6    Mr. Lacey and the people who worked at their paper, in 50 years

7    have learned that if people aren't allowed to speak freely

8    about what's lawful, even if people don't like it, that's when

9    the government abuses its power.  That's when people who can't

10   stand up for themselves, who don't have a voice, get stifled.

11   And, ironically, this case, you will see from the evidence, is

12   an abuse of power.

13           The first thing I'm going to point out, the vast

14   majority of what the prosecutor told you the evidence will show

15   you is flat out untrue.  Flat out untrue.  What you're going to

16   see from the evidence here is that the deception -- and I use

17   that word because Mr. Jones used it about 20 times -- deception

18   repeatedly was made by the government in the things they talked

19   to you about, what they said this case is about, and what they

20   will tell you that the evidence is going to show.  There is the

21   deception, and I'm going to talk to you about some of that.

22           First, first deception, escort does not equal

23   prostitution.  What you'll see the government did repeatedly,

24   and they will do this entire trial, is that they will

25   repeatedly take something that is legal, escort and escort ads,

1   and simply replace the word prostitution where it said escort.

2   And it is on this basis that Mr. Jones makes all these totally

3   inaccurate, unprovable, and you will never hear evidence to

4   establish that all of these ads are prostitution, or all of

5   these ads, or most of them, are prostitution.  No.  They're

6   all, every ad he showed you, they're all legal escort ads.  And

7   we're going to look at that.

8           The second big deception, trafficking.  An evil word.

9   All of us would agree with that.  Trafficking, children being

10  trafficked against their will, women being trafficked against

11  their will.  By my count, he said the word child or child

12  trafficking 47 times in his opening.  He then went on, for good

13  measure, another 13 times and just said trafficking in general.

14          You will not see a single, not one, example of any of

15  these six defendants ever knowingly involved in trafficking

16  anyone, man, woman, or child.  It doesn't exist.  And, by the

17  way, it's a federal crime to traffic children or adults.  That

18  crime is not charged here.  It's not why we're here.

19          If they had a trafficking case against these

20  defendants, you would have seen it.  It's a dodge.  It is

21  deception.  And we know why.  We all spent three days here

22  talking about people's views, and not a single person here said

23  I'm in favor of trafficking.  Of course not.  No one is in

24  favor of trafficking, but it's a lightning bolt.  It gets you

25  riled up.  Please watch the evidence and ask yourself with each

1   witness, where is the trafficking, where is anybody, any

2   defendant that purposefully or even knowingly helping push

3   someone against their will for anything?  You won't see it.  In

4   fact, what you're going to see is quite the opposite.

5           Support from the law enforcement community.  Backpage

6   was the number one referral and helper to law enforcement in

7   catching traffickers.  No one did more to catch traffickers

8   than Backpage.  Here's some examples.

9           *I wanted to personally thank you again for all you*

10  *have done to assist with this matter.  I know your company is*

11  *vilified nationally because it is an easy target.  I've told*

12  *numerous people that Backpage is law enforcement friendly and*

13  *does not support human trafficking.*

14          *I've even mentioned how if Backpage is ever shut down,*

15  *another website will take over, likely overseas, that will not*

16  *be so helpful to law enforcement.  While I don't agree with*

17  *online prostitution advertisement, the line between legal and*

18  *illegal is incredibly gray.*

19          *There will always be a demand for sex, illicit or*

20  *otherwise, and thus there will always be a venue where people*

21  *go to find it or advertise it.  I'd rather have a partnership*

22  *than an adversarial relationship with your company, so that*

23  *when the need arises, we can work together to go after those*

24  *that are exploiting and trafficking others.*  That's the Denver

25  Police Department.

1          Here's the FBI in 2012.  *Thank you.  I appreciate your*

2   *proactive efforts to protect our children.  Again, thank you.*

3          The FBI again in 2012.  *Thank you very much for*

4   *forwarding this.  It's great to know you guys are behind us in*

5   *catching up with these pimps.*

6          And the next two the same thing.  FBI child

7   exploitation task force, 2015.  *There is a violent pimp*

8   *associated with these postings that was arrested and his two*

9   *victims have been rescued and are doing well.  Can't do this*

10  *without your help.*

11         Cleveland, 2015.  *Hello and thanks for the quick*

12  *response.  We recovered a young girl last night.  She's been*

13  *missing for more than a year.  By the way, they can be removed*

14  *now.*

15         Backpage, you will learn, went so far to assist law

16  enforcement that they put ads up or kept ads up to help them

17  find people.  It is deception to say that Backpage was ever

18  trying to hurt any children or knew about it.  Whenever they

19  learned, they tried to help.

20         And let me say this.  This word children is being

21  thrown around.  You guys are going to see a lot of scantily

22  clad people, probably more than you need to, but,

23  unfortunately, that's what the case is about.  But here's what

24  you will never see.  You will never see someone who looks like

25  an underage child in any of those ads.  Every one of these ads

1    looks like a mature young woman, and they all have on them --

2    they represent that they're over 18.  And you'll see them.  But

3    get -- you must know, there is no children, per se.  Now,

4    illegal, and certainly people under 18 should not be victimized

5    or trafficked, but nothing here would ever alert them.  And

6    we'll talk about it more.

7         Now, let's talk a little bit about what the case is

8    about from Backpage's perspective.  Because, of course, before

9    you can really assess the defendants, you've got to know a

10   little about them.

11        Now, what the government has done here is they take

12   this one slice of all of a big empire of newspapers in history

13   and they just focus on it, like the Zapruder film in the

14   Kennedy assassination, when you watch that frame, by frame, by

15   frame.  And what they know it does, and what you're going to

16   see, is it blows everything up, as though all everybody at

17   Backpage and the newspapers ever did was look at pictures of

18   children.  Not true.  Backpage is a publication, as I indicated

19   to you.  These are newspaper people.

20        And what they have done all along -- we can come back

21   to that -- the point I wanted to make here is what the evidence

22   will show you is when Backpage was confronted with after-the-

23   fact anecdotes, hey, there was somebody trafficked here, this

24   is an illegal person -- an illegal act going on with this, they

25   would repeatedly add to the things they did to try to catch

1  people better.

2        But what they would not do, because they're First

3  Amendment absolutists, was they would not shut down legal

4  speech.  So they came up with a three-pronged approach, and you

5  will see it consistently:  Allow all ads that are legal, even

6  if it's content that maybe the folks at the company aren't into

7  themselves; do not allow ads that are illegal to post; and

8  then, help law enforcement catch those that try to do bad

9  things.  And you'll see that that's what they did, repeatedly,

10 trying to strike a balance between not throwing the First

11 Amendment out, but being responsible to help catch people who

12 abuse it.  Because, of course, there is a big difference

13 between consenting adults who voluntarily participate in escort

14 services, stripping, sensual massage, all these types of things

15 that are legal, and people who are doing things against their

16 will.

17        So, for starters, every Backpage -- every person who

18 goes to Backpage would see posting rules.  And they all

19 basically said, you can't post here unless you're going to

20 follow the rules.  You got to agree.  Don't put obscene

21 information on here.  Don't do soliciting for illegal

22 prostitution.  And, of course, don't put anything on here that

23 exploits any minors or assists in human trafficking.  And it

24 says all in red here:  If you do this with minors, you're going

25 to be subject to prosecution.  And that's exactly what they

1    tried to do.

2         So let's go back and learn a little bit about how we

3    get here.  As I said to you, Mr. Lacey and Mr. Larkin founded,

4    here in Phoenix, the Phoenix New Times, back in the early '70s,

5    kind of anti-government, anti-Vietnam War publication that

6    grew.  And I've got a copy, a random copy.  This one is from

7    1991.  But, basically, it has kind of hard-hitting journalism.

8         The front page here highlights an article by Mr. Lacey

9    where he's basically challenging the then police chief, Ruben

10   Ortega, on whether or not he is unfairly attacking minorities.

11   And there is a bunch of other articles in here.  There is also

12   movie reviews, cooking reviews, advertisements for everything

13   from stereos, to TVs, to adult services.

14        And Backpage comes from the back page, literally.  And

15   what you'll see is -- come back to that.  The back page was

16   classified ads.  And they allowed classified ads, as long as

17   they were legal, in a wide variety of things.  So if we just

18   look at this one.  Just say no to baldness.  Something near and

19   dear to me 20 years ago.  Obviously, hasn't worked.  And I'll

20   submit to you that, at the end of this case, you'll realize

21   these defendants are no more responsible for what the third

22   parties said about their adult advertising ads, than the guys

23   who advertise to guys like me that they could cure my baldness.

24   They don't work on baldness.  They don't sit there and see how

25   it works.  They simply provided space, like a bulletin board,

1   for people who want to pay to post their legal ads.

2          Other ads, just random, bankruptcy, divorce, $95.  A

3   lot more expensive than that now.  Speak with a psychic.  And,

4   oh, yes, several adult ads.  And these are just three of them:

5   Dial a stripper; striptease; girls, girls, girls.  There are

6   plenty of them here.  This goes all the way back.  It's all

7   part of their First Amendment view that we will offer a

8   location for people who don't normally have a voice to voice

9   it.  That's what this newspaper was.

10         It all comes back right here, First Amendment.  Free

11  speech.  If it's legal, they're going to allow it; if it's not

12  legal, they won't.  It's that simple.

13         And, by the way, this business model is one that they

14  followed from the Village Voice from New York, which, by the

15  way, they owned.  Village Voice was started by famous

16  playwright, Norman Mailer.  It was owned for about ten years by

17  Rupert Murdoch of Fox, who started Fox news and is the big Fox

18  empire.  It is another legitimate paper.  And the key to these

19  alternative papers is, one of my favorite words, they are free.

20         I see some of you don't have the blessing of youth

21  anymore like me, and we're all old enough to remember juggling

22  those frickin' quarters and dimes and dollar coins to try to

23  get a newspaper.  And, with me, the machine would always shut

24  on my hand.  You had to pay for papers.  People who didn't have

25  discretionary money didn't get papers.  These guys wanted to

1    make it available to everyone free.  So these ads, baldness,

2    bankruptcy, criminal defense attorneys, liposuction, you name

3    it, and even adult services is what caused it to be free for

4    everyone else, especially those that normally didn't get a

5    chance to get the newspaper.  And it's a business model that

6    worked very well.

7            First of all, again, just to go back, when I mentioned

8    awards, they didn't just get nominated for awards, they

9    literally won, these journalists, over 1,800 journalistic

10   awards:  Pulitzer Prize, James Beard awards, investigative

11   reporter awards, the Livingston.  All of these are very well

12   recognized, established awards for journalism.

13           This model grew and soon it expanded to 17 newspapers

14   nationwide, all following the same model.  So if you look at

15   this, it's kind of a messy chart, this is an organization chart

16   of VVM, Village Voice Media, which is the company that owned

17   all these papers.  And up here in the left you'll see the

18   owners.  But the bottom line is Mr. Lacey and Mr. Larkin were

19   almost equal owners, and then two of the defendants, Scott

20   Spear and Jed Brunst, were smaller owners, and then a couple of

21   their sons, elder children, had a very small percentage.  And

22   what they did, they owned and ran 19 different companies, 19

23   companies all over the country.

24           And you'll see that they had newspapers in Houston,

25   Dallas, San Francisco, Oakland, Los Angeles, Denver, Miami, the

1    list goes on, and on, and on.  And, significantly, one of the

2    many companies, which is in the -- the long row going across,

3    the third from the right -- should have blown it up for you,

4    but I didn't -- is Backpage.  Backpage is simply 1 of 19

5    companies that these four men were above.

6            And, significantly, my client, who was the CEO of the

7    mothership company, Village Voice Media, had a thousand

8    employees all over the country.  Backpage was based in Dallas

9    for almost all of the relevant time here.  My client was based

10   here in Phoenix.  So the point is -- and I'm not backing off

11   from this.  You're going to see my client was generally aware

12   of what was going on at Backpage, but he wasn't sitting there

13   doing the day-in, day-out work.  He wasn't looking at ads.  He

14   wasn't going in and verifying that, for example, when the guy

15   who actually was the CEO of Backpage, a guy named Carl Ferrer,

16   what exactly he was doing, except to monitor things,

17   continually provide them what they needed, and said follow the

18   rules.  And he would be updated on what the rules were and what

19   they were doing.

20           But, please know, this idea that someone who is

21   running 19 companies all over the country with a thousand

22   employees is going to be sitting down and looking at, for

23   example, the particular ad by a particular young lady in

24   wherever, Chicago, just not how the business worked.  It was

25   setting up standards to be followed and insisting that they be

1   followed.  And they were.  They insisted on it.

2          Now, let's talk a little bit just on the personal

3   side, because this whole company is flourishing.  My client,

4   Mr. Larkin, Jim, he's the Phoenix guy.  He grew up here, spent

5   his whole life here.  Went to Catholic high school here.  Went

6   to Phoenix Community College.  And that's when he wound up

7   thereafter getting into journalism with Mr. Lacey.

8          He's got six children.  I'm going to ask if they can

9   stand up.  And his wife Molly.  We have several here.

10          He raised six children.  You're looking at his wife

11   Molly and four of them.

12          You guys can all have a seat.

13          In his personal life, he does not participate or

14   partake in the kind of activities that you are going to hear

15   about today, much like he never participated or partook in many

16   of the activities that his newspaper allowed to be printed

17   about, or people to send in advertisements.  But he followed a

18   big rule, the First Amendment means something.  Because, in his

19   experience, if you don't allow it, when you start letting the

20   government decide what you can and can't say, think, or write,

21   even when it's legal, the government wins and the little man

22   loses.  That's his motive.

23          And, you know what, you're going to hear a lot of ugly

24   stuff here, because the government's only going to focus on it,

25   not going to show you all the stuff that isn't ugly.  But I'm

1    going to tell you, I will be standing in front of you in, I

2    don't know, Monday, Tuesday -- oh, yeah, four months, we're

3    going to sit here and listen to all this, nothing -- you're not

4    going to have anything earth shattering.  At the end of the

5    day, you're going to be right back where I told you you would

6    be, I predict.

7            But here is where it's going to come down.  This is

8    the whole case right here.  We'll call it the Larkin and Lacey

9    method:  Legal, illegal.  An ad that is legal, it can run.  An

10   ad that is not legal, what do you think?  Let's do this one in

11   red.  Cannot be put up in illegal form.  There it is.

12           You know what's interesting -- and I'll come back to

13   this -- Mr. Jones talked for two hours, he never showed you a

14   single ad that was an illegal ad on its face.  He never showed

15   you a single ad that any one of these six defendants,

16   especially Mr. Larkin, ever saw, ever knew anything about.  The

17   people in the ads, they didn't know.  The purported businesses

18   that are supposed to show you that there was a business

19   enterprise of prostitution, had no idea.  This entire case is

20   totally untethered from these defendants, and, in particular,

21   my client.

22           This entire case is because this is controversial

23   stuff, and I grant you that.  Many people don't like it.  Many

24   people don't like that adult services can be legal, and now

25   that the internet is there, that it's everywhere.  But

1  controversial does not equal illegal.  They're just not even

2  related.  One is totally different than the other.  And what

3  you're going to see here is -- and you'll have your own views.

4  You're entitled to them.  You may like, dislike, be neutral on

5  this type of adult consensual services, but that's a different

6  issue than what's illegal.  It's not illegal.

7       But let's continue.  So the newspapers were

8  flourishing.  Everything was good.  In the late '90s -- and I

9  want to say this.  There is all this talk about greed.  In the

10 1990s, Mr. Larkin and Mr. Lacey and the other two owners,

11 they -- Mr. Brunst and Mr. Spear -- they sold a big interest in

12 VVM, the big company that owned all the papers.  And they kept

13 control of them, but they sold it.  And you know what they

14 made, certainly my client, millions.  My client was a wealthy

15 man before the turn of the century, before Backpage.com was

16 even a blip on the screen, before any of the facts you'll hear

17 in this case.  He didn't need the money.  And everything you

18 heard about, and you will hear about here, was not for money.

19 And I'll come back to that in a bit.

20      But, as anybody over 30 years old knows, times were a

21 changing at the turn of the century, right?  Old people like me

22 used to love to get up every day and get my morning coffee and

23 read my paper, but it became harder and harder to do because

24 the internet took over and all of these newspapers weren't

25 doing as well as they used to.  Everything was going online.

1    So all Backpage.com is is the papers aren't going to keep going

2    as hard copy papers all in one place, so they get put online.

3         So all 17 of these newspapers, each one becomes an

4    online newspaper, and all of the advertising for them, instead

5    of being at the back page of each paper, becomes its own online

6    back page.  Hence the name, Backpage.com.  And the money from

7    Backpage.com is what was used to pay for, among other things,

8    these other 17 and 18 newspapers, just like they were in the

9    old days.

10         Now, the government, again, just tries to make it

11   sound like the whole world was about these escort ads, but it

12   wasn't.  Here's a table of contents of Backpage, and it covers

13   everything.  You could put ads in there for pretty well

14   anything you can imagine:  Local places, events and things to

15   see and do; community things, childcare, classes, buy, sell,

16   trade.  They talked about an old sofa.  I think we're going to

17   hear a lot about an old sofa.  You could sell a car.  Sell your

18   car.  Musicians, I want to play music, I want to hear music,

19   and so on, and so on, and so on.

20         And, significantly, over here, one of these sections

21   is called adult.  There it is, adult.  Now, they're going to

22   make this whole thing seem like that's all anybody ever spoke

23   about or talked about, not true.  It was part of a bigger

24   puzzle.  But there was certainly emphasis on this, and we'll

25   talk about it.

1              But one of the other deceptions that the government

2      repeatedly did is this idea that 94 percent of the money was

3      from adult and prostitution.  No.  What you're going to learn

4      is 85 percent of the ads, over 80 percent of the ads were in

5      these other categories.  Adult, though, people would pay more

6      for adult.  Now, what does that tell you?  Again, no judgment

7      here.  The reality is, there is a high demand for consensual,

8      lawful adult voluntary services.  The proof is in the pudding,

9      right.  A lot of people call about it.  A lot of people

10     interested in it.

11             We're not -- none of us are naive enough not to

12     realize, you can go anywhere any time, from a news shop, to a

13     7-11, to online, and you can see adult stuff in this day and

14     age.  It's there.  Backpage got its share of it.  In

15     particularly, as they told you, one of the few things we agree

16     on, these guys weren't looking to make a lot of money on this.

17     They were trying to keep their papers afloat.  And then when

18     Craigslist decided to shut down its adult services, poof,

19     Backpage, I mean, Backpage got big.  And what's that

20     expression, drinking water from a firehose.

21             And what you're going to see is during that time

22     frame, I'll call it 2010, 2011, flood of new stuff going on,

23     lots of reactions to try to address what was happening, to

24     address it responsibly, and to keep trying to walk that line

25     between:  We believe in the First Amendment.  We're not going

1    to give up the fact that people can have speech and say what

2    they want in an ad, if it's legal, but we are going to try to

3    police this stuff.

4         And what you're seeing is in 2000, kind of '9 or '10

5    to 2012, this sort of increase, continual revamping of the way

6    they can police this site.  Changes made all the time.  And, by

7    the way, one of the things you'll learn in this case, changes

8    not only that are consistent with what everyone else in the

9    internet space was dealing with, but were cutting edge, at the

10   forefront.

11        These changes where people were grappling with, where

12   do we draw lines, what do we allow or not allow online, were

13   all happening in the new millennium.  That first decade, 2000

14   to 2015, it's like, this is new.  How do we do it?  And people

15   are figuring it out as they go.  But what you're going to hear

16   about Backpage, always, always, always with the advice of

17   experts, lawyers, consultants, people who would come in and

18   say, here's how you can and should do this properly.

19        Now, what's interesting is this is how everything gets

20   paid for, remember, the newspapers.  One of the slides that

21   Mr. Jones put up to try to make it sound nefarious, and it was

22   nice of them to put -- you know, news flash, my client's

23   e-mails don't have a mugshot of him next to them all the time.

24   You're going to see -- I'm going to tell you right now, you

25   will see so many little digs and tweaks by these guys that are

done for no reason other than to make everyday common

activities look nefarious.  They put his mugshot here.  It

wouldn't normally be there.  But this is an e-mail he had.  And

let's look at this earth-shattering e-mail.

        *Congratulations to Carl.  Another great month.  You're*

*leading the way for the whole VVM enterprise onto the Web.*

That's in 2008.  This is Mr. Larkin saying, hey, Carl Ferrer,

who is running the online stuff, wow, you're getting a lot of

business.  That's great.  Every businessman and every

businesswoman in every business wants to succeed.  This e-mail

tells you nothing to suggest that they're acting illegally.

They are getting business.  Doesn't shed any light on whether

it's good or bad.

        But here's what it does support.  You're leading the

way for the whole VVM enterprise, in other words, Backpage

online is the same in the online world as Backpage in the hard

copies.  It's just instead of being in 17 different handheld

papers, it's in one place for all of them.

        Now, as I said, things started really getting big when

Craigslist shut down.  And you'll hear a lot about Craigslist

shutting down.  Bottom line is they weren't doing anything

illegal either, but there was a lot of pressure.  Don't get me

wrong, there were a lot of people saying, Craigslist, there is

a lot of stuff on your site that we don't like.  You should

shut down your adult section.  And you'll hear that after

1     several years, they did.

2          Now, as an aside, much of Craigslist's adult section

3     just went over to its personals, but a lot of adult stuff came

4     over to Backpage.  But, again, these were adult ads that were

5     within the legal services, on their face, not illegal.  And

6     we'll talk more about that.

7          But, significantly, again, on the so-called greed

8     factor, my client, Mr. Larkin, he didn't want to keep doing

9     this.  You will learn that from about 2011 on he was trying to

10    sell the companies, the newspapers and the Backpages.  He

11    wanted to spend more time with the family over here.  And so

12    from 2011 on, all of these companies were constantly on the

13    sale block.

14         Now, of course, selling newspapers, selling a big

15    company, it's not like me selling a car, so it takes a while.

16    And what you're going to learn is there was a lot of different

17    meetings with legitimate investors and buyers who knew full

18    well what these companies were over sales the whole time.  And

19    what ultimately happened was in 2012, the newspaper part --

20    which, frankly, was easier to sell because it didn't have all

21    the reputational risk, which I'll talk about -- sold.

22         And then in 2015, after several almosts with

23    established companies, who always at the end said, you know,

24    there is so many people saying we don't like this, we're going

25    to back out, they relented and they agreed to sell it to

1    Mr. Ferrer, who had always wanted it.  He created it.  He

2    started it.  He ran it.  And they finally said, all right,

3    we'll work a deal with you to buy it.

4             So in 2012, Mr. Larkin, Mr. Lacey, and the other two

5    owners sold it.  Carl Ferrer's baby even more.  But -- so

6    another big deception is this idea that somehow these guys kept

7    involved running things after 2015, they didn't.  But what you

8    will learn is this was what's called a seller-financed sale.

9    Sales price for this company was over $500 million.  Mr. Ferrer

10   didn't have $500 million in his pocket.  So they did what

11   companies often do, they sold it with him having to pay them

12   back over time.

13            So what you'll learn is, like any bank or lender, they

14   did stay on top of financial stuff:  We want to know what's

15   happening with the money.  We want to know that you're making

16   your payments to us.  But they didn't have anything to do with

17   running it.  And you won't see anything that shows to the

18   contrary.  That's a deception when he told you that, that they

19   kept running it after, they didn't.

20            And what you'll also learn is that the structure of

21   this was the same structure they used when they sold the

22   newspapers in 2012 to a company out of Denver.  In other words,

23   this is a legitimate, valid, proper structure.

24            The other thing you'll learn is even Backpage got

25   loans -- I mean, Backpage, sorry, sorry.  Strike that.  VVM had

1   a $130 million loan from the Bank of Montreal to pay for all

2   this stuff, which they paid back every dime.  But, again, the

3   bankers there were getting information from VVM all the time to

4   make sure that their $130 million would be repaid.  That's very

5   different than running a company.

6          What you're going to see here about the way the

7   company originated, what Mr. Larkin's MO was for 40 years, is

8   that it's real simple, it's this simple line:  Legal is

9   allowed, not legal isn't.  And he followed it consistently.

10  But he continued every year, they kept beefing up more, and

11  more, and more the number of people who would screen the ads to

12  try to make sure that anyone who could be victimized, if the ad

13  looked like it was illegal or a victim, they would refer it to

14  law enforcement.

15         Backpage had over 100 employees, 100 employees who

16  came in every day and just screened ads.  And you'll see there

17  is all kinds of training, Mr. Jones showed you some of it,

18  training these people for what to look at to make sure that the

19  ads -- no ads were going out that were illegal.  And if ads had

20  things in them that were indicia of trafficking, we alert law

21  enforcement.  And then there were groups that collect the

22  information and alert law enforcement, they would alert them as

23  well.

24         And, once again, more law enforcement accolades.  *This*

25  *is great.  You guys go above and beyond when handling subpoenas*

1    *and assisting law enforcement.  It's truly appreciated.*
2    Columbus Police, 2012.

3          *Good afternoon.  Thanks for a quick response.  The*
4    *subpoena was in response to an investigation that was initiated*
5    *due to a tip sent to NCMEC by your site and about possible*
6    *child prostitution.  The tip was received by NCMEC on*
7    *January 22nd, 2014.  NCMEC generated tip number* -- blah, blah,
8    blah.  *The female pictured in the ad was determined to be a*
9    *17-year-old runaway.  She has been recovered and returned to*
10   *her family.  A case is underway for human trafficking and*
11   *suspects have been identified.*  Tallahassee Police Department.
12   That 17-year-old runaway was saved by Backpage, because they
13   looked at these ads, and when they saw things that looked like
14   they could be trafficking, they reported it.

15         *Thank you very much for your assistance.  I'm with the*
16   *Toronto Police Department.  We deal with numerous hospitals,*
17   *banks, cell phone companies, et cetera.  You guys have been by*
18   *far the best and easiest to deal with.  Your law enforcement*
19   *guide was a tremendous assistance.  Thanks again.*  Toronto
20   Police Department, 2013.

21         *Thank you for your help.*  From Hennepin County
22   Sheriff.  *Your response has been outstanding compared to most*
23   *other companies.*

24         And, finally, Philadelphia.  In essence, *I want to*
25   *pass along the good news that we've indicted someone*

1    *trafficking minors.  The help you provided in a grand jury was*

2    *instrumental.*  Again, Backpage is helping solve the problem by

3    having a hundred people look at these things and turn them

4    over.

5            If you had any question, there is e-mails, and I want

6    you to look out for these, there are e-mails that are really

7    windows into the mind of someone.  I'm going to tell you right

8    now, the government will never show you, never, an e-mail that

9    shows a criminal intent by my client James Larkin.  Won't

10   happen.  They're going to put a lot of things up that they're

11   going to distort, and we'll be able to explain every one and

12   show that they're taking it out of context, if they even have

13   them.

14           But here's a window into my client, and Backpage, and

15   Mr. Lacey, and all of these guys.  E-mail from staff from -- to

16   all the staff at Backpage and the papers from Jim Larkin and

17   Scott Spear, another one of the defendants.  *Because we believe*

18   *in the First Amendment right to free speech, we have agreed to*

19   *run an advertisement in next week's papers from the Rebecca*

20   *Project attacking Backpage.com.*

21           Think about that.  My client and Mr. Spear, who is

22   sitting at the end of this table, said, we believe so much in

23   the First Amendment, that we're going to run an ad by somebody

24   who is trying to say Backpage is awful and get rid of it.  In

25   other words, we're going to run an ad saying what these guys

1    are saying because the First Amendment matters.  That's why

2    they did all this.  You can't cut back on the First Amendment

3    or else anyone can be sitting in a room like this.  There is

4    your window into my client.  That's 2010.

5           Now, let's talk specifics, legal or not, adult ads,

6    legal versus illegal.  What people need to understand is a lot

7    of adult activity is legal.  I mean, whether some people think

8    that's a good thing, some people think it's bad, some people

9    just don't care.  Voluntarily adult activities are quite broad:

10   Pornography, stripping, sex shows.  You can get a naked maid

11   here in Phoenix, you'll learn.  You can call up somebody to

12   come clean your house buck naked.  Who knows what goes on when

13   they're there, but, boy, it's legal to advertise.

14          So what you need to keep your eye on the prize on,

15   that these guys don't want you to, with the wave of a hand --

16   actually, it was his left hand -- Mr. Jones did a lot of this,

17   because all of this was prostitution, all of this was

18   prostitution.  No, add the word escort.  That's what he's

19   saying is prostitution, but he's wrong.  Prostitution has

20   specific meanings.  It's a state-by-state statute.  At the end

21   of this case, the Court will tell you the specific meanings,

22   but basically they're precise.

23          For example, in Arizona, prostitution involves someone

24   agreeing, in exchange for money or compensation, to engage in

25   sexual conduct with another person.  And they define sexual

1    conduct.

2         Sexual conduct means sexual contact, sexual

3    intercourse, oral sexual contact, or sadomasochistic abuse.

4    And, again, we warned all you all in advance, unfortunately,

5    we're going to have to talk granular about sex acts in here, so

6    we're all adults, but it's important distinctions.

7         The bottom line is there is a line that makes

8    something illegal, and the line is, generally, and this -- we

9    just talked about Arizona, but it's going to be intercourse,

10   and, of course, because lawyer types and politicians don't want

11   to leave anything to chance, they want to define it, they

12   define it.  Arizona says, sexual intercourse means penetration

13   into the penis, vulva, or anus by any part of the body or an

14   object.

15        Okay.  So can't do intercourse, that would be

16   prostitution if you do it for money.  They also say oral sexual

17   conduct, oral conduct with the penis, vulva, or anus.  Okay.

18   No, I'll just call it, oral sex.  And then the other one,

19   sexual conduct, the fondling or manipulation of any part of the

20   genitals, anus, or female breast.  So how about, don't touch

21   the private parts.  All right.  Don't touch the other person's

22   privates.  There it is.  You're not going to see a single ad

23   that advertises any of that.

24        If an ad said $50 for intercourse, oral sex,

25   manipulating your privates, that's an illegal ad, but you're

1    not going to see that.  When the ad doesn't say that, it's not

2    illegal.  And, you know what, you'll probably hear some

3    examples later, I'm going to spare it to you now, but you can

4    let your mind wander.  And you can realize there is a heck of a

5    lot of things people can do for money that are sexual that

6    don't do this.

7            And I'll just give at least one example.  Come out and

8    strip naked in front of you and dance around, even touch you in

9    certain places, just stay away from these.  That's what these

10   ads are.  They're varying degrees of escort ads, they are not

11   this.  You won't see it.  Backpage screened, think of these

12   numbers, hundreds of millions of ads, hundreds of millions, and

13   you will see few, if any, ads that actually have this.

14           One of the biggest issues in this case is what you

15   don't see, because what you don't see is a reminder of just

16   what a good job they're doing.  You're going to see children

17   being saved, traffickers being stopped, and you're not going to

18   see ads like this, because they did their jobs, and every one

19   of these six people took it seriously.  These ads were not

20   prostitution.

21           By the way, in another thing that -- incredible that

22   they wouldn't really let you know this --

23           Let me go back here.  I might have jumped ahead.  I'm

24   somehow way ahead.  I'm sorry.  I'm going to come back to

25   these.  I think in my excitement I'm pressing buttons without

UNITED STATES DISTRICT COURT

1     realizing it, so let's go back.  We'll talk about these in a

2     minute.

3            City of Scottsdale escort application.  Not only is

4     escort services legal, but pretty well all big cities in the

5     country actually have departments of escort services, places

6     where people sign up people who do escorts, which is the kind

7     of stuff I talked about that doesn't involve the banned items,

8     and they get a license and they can go out and, guess what they

9     do, they pay money to the city.  The city gets taxed -- gets

10    money from them and uses it to pay for expenses.  Escort is

11    legal, it just is.  And things that fall short of this

12    prostitution are legal, they are not illegal ads.

13           All right.  Let's talk about a couple of examples so

14    we can put this in perspective.  These are a couple of the

15    counts in the indictment.  The government didn't even bother

16    showing them to you.  But here's one, this is a lady, I'll just

17    call her Brianna L.  Says she's 26.  She's certainly an adult.

18    And she basically says she's the hottest in town.  This will

19    show you what their ads look like.  She puts this up herself.

20    Somebody at Backpage looks at it, it does not -- you'll be able

21    to see these later -- but nowhere in here does it say anything

22    about intercourse, oral sex, touch privates.

23           I love what I do.  Pleasing you is my mission.  Says

24    she's ready.  No explicit language.  She literally says in it,

25    this ad is not in any form an ad for solicitation of

1   prostitution, and then it gives her information to call her.

2   And, by the way, everything that she is depicting, frankly, in

3   all of these -- let me keep going.

4        Now this, these pictures here, you will learn, are

5   pictures that the moderators at Backpage removed.  They took

6   them down from the ad.  So when the ad went out, it showed

7   these, but it did not show the other pictures of the lady in a

8   little bit more provacative poses.

9        Now, very important point, these other ads' pictures

10  are legal too.  They're not obscene.  They're not showing

11  intercourse, oral sex, or touching privates, but Backpage tried

12  to put some standards in.  They chose to say, you know, we

13  don't want graphic sex, and we don't want things that get too

14  graphic, so they would bounce them, because they moderate.

15       But what you'll also see is this box up to the left,

16  this is all the kinds of information that Backpage would get

17  for administrative data.  And you'll see that it includes how

18  much the ad was paid, so this was $7.  And you'll see typically

19  these ads cost 7 to 10 bucks, ish.

20       You'll see there is an invoice.  You'll see

21  significantly over to the top right, you'll see there is an

22  e-mail address, Alexis Fox 23 @ G mail.  You'll go to this page

23  which gives additional information that Backpage keeps.

24  Significantly, at the bottom left, it shows the IP address

25  where this came from.  And, at the bottom right, it shows the

1    credit card reference.

2          And then it also shows the people who actually -- it

3    gives these numbers -- it says approved and it gives a code,

4    467360, who actually reviewed this.  And if you go back and if

5    you look at these pictures that were removed, it's kind of hard

6    to see, but in the top left on that white box, at the bottom --

7    at the bottom it says, deleted by BP 45, another one says

8    deleted by system, deleted by system.  In other words, BP 45 is

9    a number that corresponds to an actual Backpage employee.  So

10   you can actually see who deleted this and looked at it and said

11   it was okay or not okay.  They're looking at these things.

12         But, significantly, this blue page is all information

13   that Backpage keeps so they can help police catch bad guys.  If

14   there was a concern that someone was acting illegally, they've

15   got a credit card number, they've got the IP address where it

16   came from, they've got the e-mail address that was used for it,

17   and sometimes they get a phone number, but not always.  All of

18   that, by design, is for Backpage to be able to help law

19   enforcement if they see anything that looks involuntary or like

20   trafficking or underage or if the police need anything.

21   Totally legal.  Zero illegal about that.

22         And, by the way, you will never hear that my client or

23   any of these defendants knew anything about this ad, this lady

24   Brianna, who goes by Alexis.  What you'll know is the ad

25   follows the standards that they insisted be followed and that's

1   it.  They don't know anything about it.

2       So if Brianna turns out to go above and beyond the

3   legal services that are encompassed in this ad, we don't know.

4   The government won't know unless Brianna or someone who had sex

5   with -- who had intercourse, oral sex, or no touch privates

6   with her, comes forward and says they did it.  But the ad

7   itself, which of course is Backpage's only window into this, is

8   a legal ad.  All of them are.

9       Similarly, the next one, one of the counts, Jordan is

10  her first name -- and she goes by a different name on here, I

11  don't remember what it is but -- sexy, erotic playmate.  The

12  girl you need to see.  She says she's 20 years old.  She is of

13  age, certainly looks it.  No allegation she's not.  She's got

14  clothes on.  Frankly, she doesn't have to for it to be a legal

15  ad, but she does.  Slippery when wet.  These are stripper

16  terms.  More pictures.

17      I do not offer specials and I'm sexy.  I'll make your

18  dreams come true.  Call me.  Exotic suite.  Someone could call

19  that number and go to that very hotel where she is, and she

20  could do everything she's doing there and more with no clothes

21  on and it's legal.  And they can pay her for it, as long as

22  she's not doing intercourse, oral sex, or touching her own or

23  their privates, or letting them touch her or her touch them.

24  And this ad doesn't say that.  It's a legal ad.

25      Again, you're not seeing illegal ads because Backpage

1    monitored for them.  The only thing advertised was legal escort

2    services.  And, once again, here's all the information, e-mail

3    address, IP address of where the internet stuff comes to, where

4    it comes from, credit card.  And she paid $12 for her ad.  This

5    is legal.  And you're going to see this over and over again by

6    the ads that are shown.

7            Once again, ad posting rules.  I already went over

8    them with you, but telling people:  Act legally.

9            Now, couple things, you heard a lot about this so-

10   called moderation, which the government talked a lot about, and

11   other counsel will talk about that.  I'm not going to talk

12   about it much, but, again, in this 2008, 2009, '10, '11, '12,

13   things are changing.  This is all new.  And the website had

14   gotten way bigger than anybody expected.

15           With advice of lawyers and experts and consultants,

16   they were continually adding more things on.  And you will hear

17   that they changed.  Again, there were over a hundred people

18   they got looking at these things.  And what you'll see is my

19   client, in the limited involvement he had in things, was let's

20   do whatever it takes to do it right.  Here's another window

21   into my client.

22           2009, Carl Ferrer sends to Scott Spear, his boss.

23   Mr. Spear is in between my client and the Backpage folks,

24   because my client is not part of Backpage, he's just part of

25   the parent company.  Ferrer says, hey, we want to do adult

1    content abuse abatement.  We want to start doing more things to

2    try to catch people who abuse the website.  And he lays out a

3    plan.  We want to remove sex act pics, more coded terms, et

4    cetera.

5           So this goes to Mr. Spear, who writes to my client,

6    Carl's plan, this is well thought out.  And what does

7    Mr. Larkin say back, I agree.  We should implement this

8    immediately, thoughtfully, and deliberately.

9           What you're going to see over, and over, and over

10   again is Mr. Larkin, as the head of the parent company running

11   19 companies, as suggestions were made, as advice was given to

12   make things better, to screen things better, he said, sure, and

13   they threw a lot of money at this and a lot of people.  Not the

14   actions of somebody who is trying to act illegally.

15          Now, so far what I've told you about is as though it's

16   just these guys' views, but they didn't just operate in a

17   vacuum.  My client and the others were getting constant

18   feedback as to what was legal and what wasn't that went into

19   his brain and his decision making to ensure that he always was

20   comfortable that they were staying on the legal side of the law

21   and continuing to do protected First Amendment activities.

22          So there is going to be various influences on him in

23   that, some indirect, some direct.  In terms of indirect, I

24   mean, just taking kind of things out there, as I told you, they

25   had a loan from the Bank of Montreal for 130 million.  One

1    thing about this business, and this kind of makes your job a

2    lot easier, the proof is in the pudding, the ads -- you'll see

3    the ads -- and the only thing that the Backpage folks provided

4    to any advertiser are the ads, right.  They're not out there

5    with the escorts.  They're not out there with somebody wanting

6    to do business.  They're not listening in.  They say, here's

7    space.  For 7 to 12 bucks you can get space for a sofa or for

8    your ad if it's legal.  So their only window is the ad itself.

9          Well, that window is visible to everyone.  In other

10   words, if you're the Bank of Montreal and you're debating

11   whether to do business with Backpage, you can see what it does.

12   It's right there.  And they did.  And all of these companies,

13   like the Bank of Montreal, dealt with them like a legitimate

14   company, lent them $130 million, had regular meetings about

15   where are you?  Are you going to pay it?  Where is -- how is it

16   going?  We need to get paid.  And they paid every dime.  They

17   had a lot of exchanges like that with big reputable companies

18   that, again, confirmed to Mr. Larkin and the others, yeah, this

19   is all legal.  No one is treating this like it's not.

20         They had various potential sales.  I'll talk to you

21   about them more in the evidence, but there were multiple

22   meetings from 2011 to 2015 with big companies, big players,

23   hedge funds, who were like, hey, this is a profitable company,

24   we think we want to buy it.  And they would get to the brass

25   tacks, but there was a lot of negative press, and they would

say, you know, we're going to take a pass.  We don't want to
deal with the reputational issues, because people will say
we're an adult business.

How about seeing what other companies were doing?
This isn't in a vacuum.  The whole time these defendants are
doing what they're doing at Backpage, they're familiar with
Craigslist and Google and Twitter and Facebook -- I don't even
know what the other one is, that shows what a dinosaur I am --
but social media out there, and this stuff, these adult ads,
revealing ads, escort ads, they're everywhere.  Again,
continually confirming, this is a legitimate business.  It's
legal speech of other people.

But then, not only did they have indirect, they had
direct input to corroborate their view that they're acting
legally under the First Amendment and they can continue to
allow legal speech.

Department of Justice.  There is Lady Justice in the
halls of the Department of Justice headquarters in Washington,
D.C.  Mr. Larkin on the right, Mr. Lacey in the middle, and
Mr. Ferrer, who was the CEO and person running Backpage, they
went and they met with the Department of Justice.  They
literally sat down with them in 2011 and said, here's what
we're doing.  Here are the things we're trying to add in to
better catch bad guys.  Tell us if we're doing anything wrong.
Tell us what we can do to do better.  They never told them they

were doing anything wrong.

They certainly never told them they were acting illegally.  In fact, afterwards one of the DOJ attorneys wrote the lawyer -- they're there with lawyers, this isn't just going out on your own, there are lawyers involved in all of this -- wrote them, *Your presentation was very professional and I learned a lot.  Thanks a lot.*  Again, confirming that this is consistent with their abiding belief, this is legal speech and we are not going to be the guys who stop people from legal speech.

Once again, they're at the FBI, they're meeting with DOJ.  More attaboys.  *Thank you very much.  The information you provided was helpful.  Unfortunately, Clearwire does not feel the same as your company when it comes to the safety of people. Clearwire is a company that the St. Louis County Police Department was trying to get information from.  Unlike Backpage, they didn't give it.*

*I'm very happy and always have been with the level of cooperation I get when dealing with Backpage.  Please leave the ad up and any future ad they may post, as our investigation is ongoing.  Again, thank you for your quick response and your company's help with attempting to locate a very dangerous subject.*  That's 2013.

2014.  *I have never received records back this quick. Thank you for your fast response.  I do know -- I do not know*

*how you can improve on that portion of your service.*

*FBI, 2014.  That was the most expedient response ever from a provider, ten minutes.  Thank you.  Simply incredible. The individual depicted in the advertisement was successfully recovered and identified as a juvenile.  Thank you again for the hard work.*

Next one, security investigations.  *Thank you.  This is above and beyond what we expected and incredibly helpful.* Homeland Security.

Backpage continually showed we're going to let anything that's legal, we're not going to let things that are illegal.  We're going to do everything we can to help catch the bad guys.  We're about voluntary, consensual, legal adult acts. They don't stand for trafficking.  It's just a deception.  This whole trafficking thing is just to inflame you on something that just doesn't exist.

Lawyers, you'll hear Mr. Ferrer -- and I'll talk about him in a minute -- their witness is going to tell them how he told them, we had lawyers the whole time telling us that our moderation practices were legal, that we were protected by the First Amendment.

MR. JONES:  Objection.

THE COURT:  The objection is overruled.

MR. JONES:  A continuing objection, Your Honor.  This issue -- just a continuing objection, Your Honor.  This issue

1   has been litigated.

2           THE COURT:  The objection --

3           MR. BIENERT:  No, it hasn't, Your Honor.  That's a

4   false statement.

5           THE COURT:  Mr. Bienert, the objection is overruled.

6           MR. BIENERT:  Okay.  You will hear that their chief

7   witness said, yeah, we had lawyers telling us the whole time

8   this is protected activity, and the way we moderate or look at

9   ads and what we do with them is legal.  Again, that's what

10  happened.  My client is like, look, I'm not going to give up

11  anybody's First Amendment rights, but I want to do it legally.

12  But there is more.

13          These guys didn't just rely on the word of lawyers,

14  they went to court.  They went to court to make sure that

15  courts agreed that they were acting legally.  Every single year

16  from 2011 through 2016 my client and the others at Backpage had

17  at least one court look at an actual case involving Backpage,

18  and the kind of pictures that the government is showing you

19  here, and say this is protected activity, this is legal, and

20  throw the case out.

21          2011, a case called M.A. versus Village Voice Media.

22  I need the glasses for this one.  The mother of a young girl,

23  who turned out to have been a teenager and was trafficked, sued

24  Village Voice Media, the parent company.  By the way, if you

25  look up here and you see at the caption, M.A., a minor, versus

1    Village Voice Media, look under where it says M.A., a minor, by

2    and through her natural mother and next friend, P.K.  You know

3    who that is?  That's the lady they showed you in the very first

4    slide of his presentation.  Pride.  I think her last name was

5    -- Kubiiki Pride.  This is her lawsuit.

6          She went to court and said, I am taking a position

7    that Backpage is responsible for what happened to my daughter.

8    And they alleged that Backpage posted many advertisements which

9    included explicit nude photographs advertising services as an

10   escort for sex and got paid money for doing it.

11         They allege, defendants knew that there were explicit

12   sexual photographs posted on the site, that the postings were

13   for advertisements for prostitution, that minors were included

14   in them, and that their internet service was being used to do

15   this.  They literally said -- they literally allege, defendant

16   aided and abetted, Backpage aided and abetted the pimps who

17   were trafficking this young girl in the crime of facilitating

18   prostitution, exploitation of children, and child pornography.

19   They went on to say as their evidence, well, Backpage had been

20   told in the past about this kind of thing.

21         The Court rejected the argument.  The Court threw the

22   case out.  The Court said this is a two count civil action

23   where M.A. seeks to hold defendants, Village Voice Media,

24   liable for the victimization by this woman who trafficked her.

25         The Court ruled, plaintiff artfully and eloquently

UNITED STATES DISTRICT COURT

1    attempts to phrase her allegations to avoid the reach of a law

2    called Section 230 -- which gives immunity to website hosts

3    like Backpage, an extension of the First Amendment -- and says,

4    the allegations, however, don't distinguish the complained of

5    actions from any other website that posted such content.

6    Congress has decided to make websites immune from this.  It is

7    for Congress to change the policy that gives rise to such

8    immunity.  It is hereby ordered that the case is dismissed.

9         What the court said is this is legal under the First

10   Amendment and Section 230.  If Congress wants to change the

11   laws, they need to.  But they haven't.  The plight of this

12   mother is horrific, but Backpage wasn't knowledgeable of it,

13   didn't know anything about the little girl.  Backpage saw an ad

14   -- and you'll see the ad, if they present it to you -- and

15   you'll see that it's not an ad that shows a little girl.  It's

16   an ad that shows a mature adult woman who claims she's over 18.

17        Again, what was my client told by a court, this is

18   protected activity.  You are still within the First Amendment.

19   And the court specifically said, the creation by Backpage of an

20   adult category does not impose liability for Backpage on

21   Backpage for ads in that category.

22        Neither notice or profit make Backpage liable for the

23   content and consequences of the ads posted by McFarland.

24   McFarland was the trafficker, the person who, of course,

25   without Backpage knowing, was behind the ads and victimizing

1    this young girl.  That was in 2011.

2           The very next year, 2012, another case, Backpage

3    versus McKenna.  This one was in the Western District Federal

4    Court in Seattle.  And, basically, Washington State put

5    together a law, basically, trying to regulate commercial ads

6    like the ones on Backpage, saying that it, basically, wanted to

7    stop abuse of minors.

8           They alleged, through their law enforcement

9    declarations, that moderators would be aware that someone

10   looked young and they didn't remove the ad.  The Court said,

11   when an online service provider publishes advertisements that

12   can employ coded language, a reasonable person could believe

13   that facts exist that do not, in fact, exist.  An advertisement

14   for escort services may be just that.  In other words, the fact

15   that an ad is sexy, the fact that it has some coded words --

16   and what's the one they talked to you about, GFE, girlfriend

17   experience is what they told you.  What did they tell you?

18   That means somebody who is willing to kiss, that's what they

19   told you.

20          First of all, we'll see what the evidence is as to

21   whether any of these defendants even knew what the government

22   claims GFE is.  But let's assume they did, you know, we can go

23   back to the old kissing booth at the county fair, the reality

24   is kissing is not illegal.  Someone can go out and kiss

25   someone, crazily enough, for money, legal activity.  This court

1   flat out said it.

2          The next one, the third-party publication of offers to

3   engage in illegal transactions does not fall within the

4   well-defined and narrowing limited classes of speech that fall

5   outside of the First Amendment protection.  In other words,

6   these ads by third parties are First Amendment protected.  And

7   what did the court do?  The court threw out the case under the

8   First Amendment.  Dismissed the case.  I'm sorry, declared that

9   the law that they were trying to impose was illegal, and then

10  they granted Backpage's request, saying, this is protected

11  activity.  You can't do what you're trying to do.

12         2014, the next year.  Here's another case.  Backpage

13  versus Robert Cooper.  This one is in Nashville, Tennessee.

14  This was a lawsuit to, basically, have another law saying we're

15  going to regulate ads if we think they could involve children.

16  The courts, basically, said this law is preempted, both by this

17  statute Section 230, and it also likely violates the First

18  Amendment.  It's protected activity.

19         Once again, that is what these defendants are being

20  told in real time.  And what the court here said was, this law

21  could impose liability for advertisements, notices,

22  announcements, and online postings that don't involve minors at

23  all, or appears suggestive without actually involving a paid-

24  for-sex act.

25         For instance, a description on a Backpage.com posting

1    for escort services with someone who is, quote, barely legal,

2    unquote, could fall under the sweep of the statute even though

3    the person who posted it could be 25 years old.  The statute

4    might also apply to someone who is 25 on a paid dating website

5    that is coy and playful, but has no connection to prostitution,

6    much less child prostitution.

7         And, by the way, I mean, what the court is saying here

8    is you can't tell from these ads what age somebody really is.

9    And if somebody looks like a mature adult and the ad is

10   otherwise legal, it's protected.

11        The next case, next year, 2014, Backpage versus

12   Hoffman.  This case in New Jersey -- and, by the way, this case

13   and a couple of the others, I want to stress, and we'll show

14   you this during trial, the judges didn't make these rulings in

15   a vacuum.  They were actually sent, as part of the cases,

16   Backpage pictures, Backpage ads.  You're going to see the ads

17   look like the ads in this case.  So when the judges said, this

18   is protected activity, this is not illegal, they're looking at

19   ads like the ones we're looking at.  Again, telling my client

20   and all of the defendants this remains, indeed -- I'm going to

21   pull it up on my little legal category -- it's lawful speech.

22   This case, again, was thrown out under the First Amendment,

23   saying this is protected activity.

24        There is another case in Boston, the Jane Doe case.

25   This case, like the others, this one alleged that Backpage

1    defendants knew that a significant percentage of the

2    advertisements of escorts were prostitution and involved

3    minors.  And the court said -- by the way, this court, I would

4    submit you'll see, really, in one line, captures what the case

5    is about.  In this litigation, two important public policies

6    collide head-on, the suppression of child sex trafficking and

7    the promotion of a free and open internet.  That is what this

8    is about.

9        And what you'll see the court ruled is, don't

10   misunderstand, the plight of a child who is trafficked is

11   awful, but whether one agrees with its stated policy or not,

12   Congress has made the determination that the balance between

13   suppression of trafficking and freedom of expression, the old

14   First Amendment, tips in favor of the latter, in other words,

15   the First Amendment.

16       Putting aside any judgment, these are legal practices

17   and it stays that way unless Congress changes it.  And the

18   court, the second amended -- the dismissal of the second

19   amended complaint is allowed.  The court said this is not a

20   valid lawsuit.  Once again, telling these guys they acted

21   legally.

22       This cases -- sometimes cases go up to the next level

23   on appeal.  This case went up on appeal.  Here's the First

24   Circuit looking at the same case.  So it goes district court,

25   appellate courts, the circuit courts, which cover several

1   states, and then right above them is the supreme court.

2        In this one, once again, the court said, the

3   appellants' core argument is that Backpage has tailored its

4   website to make sex trafficking easier, but Congress did not

5   sound an uncertain trumpet when it enacted this act that

6   involved Section 230, and it chose to give broad protection to

7   internet publishers.

8        Goes on to say, if the evils that the appellants have

9   identified are deemed to outweigh the First Amendment values

10  that drive this law, the remedy is through legislation not

11  litigation.  Once again, confirming that these ads, when they

12  are legal and on their face look like adult consensual conduct,

13  they are legal.  Once again, telling my client he's acting

14  properly.

15       And then, finally, the last case I'm going to talk

16  about here because it covers so much ground that we'll hear

17  here, is a case called Dart.  This is an appellate case out of

18  Chicago.  The appellate court basically was looking at an

19  effort by the sheriff in Chicago, a guy named Dart, to lean on

20  credit card companies to not let Backpage's customers use

21  credit cards, to basically strangle them out so that they could

22  not get business.

23       The court highlighted, Backpage sought an injunction

24  saying, hey, this sheriff is not allowed to pressure credit

25  card companies to quit doing business with us.  And the court

1   agreed.  While the sheriff has a First Amendment right to

2   express his views about Backpage, a public official who tries

3   to shut down an avenue of expression of ideas and opinions

4   through actual or threatened imposition of government power or

5   sanction is violating the First Amendment.

6        The court went on to say, this sheriff is using the

7   power of his office to threaten legal sanctions against credit

8   card companies for facilitating speech and he's violating the

9   First Amendment.  The First Amendment forbids a public official

10  to attempt to suppress protected speech.  And this court was

11  looking at Backpage ads just like the one in this case.

12       The Court even went so far as to say, even entities

13  that know of the content aren't liable for what a third person

14  puts on a classified ad site.  Does a newspaper that carries an

15  advertisement for escort services or massage parlors aid and

16  abet the crime of prostitution if it turns out that some or

17  even many advertisers made money from that?  The answer is No.

18       Basically, it then ruled in favor of Backpage.  Here's

19  an interesting quote, and this is from the court here, nor is

20  the sheriff on solid ground in suggesting that everything in

21  the adult section of Backpage's website is criminal, violent,

22  or exploitive.  Fetishism, phone sex, performances by

23  striptease artists, vulgar is not violent.

24       One ad in the category of domination and fetish is for

25  the services of a professional dominatrix, a woman who was paid

1    to whip or otherwise humiliate a customer in order to arouse

2    him sexually.  And then he sites a website about talking about

3    what a dominatrix does.  I make a living as a professional

4    dominatrix.  I make a living by hitting, humiliating, dressing

5    up, verbally attacking, and otherwise fulfilling men's weird

6    fantasies about being dominated.  It's not obvious, the court

7    says, that such conduct endangers women or children or violates

8    any laws, including laws against prostitution.  Sound familiar?

9          What you're going to see here is that the evidence is

10   going to show that these ads are legal.  And no matter how much

11   the government says, they're all prostitution ads, just look at

12   them, they're not.  And the message continually being conveyed

13   to the defendants by courts who looked at the ads, who said,

14   no, these are legal.  This kind of stuff is legal.  You don't

15   have to do it, you don't have to like it, but you can't stop

16   people from allowing others to post it when it's legal.

17         I'm going to talk about a couple of -- I want to

18   address some of the things that they said a defense is, and

19   then I'm pretty well going to be wrapped up.

20         So I probably have fifteen minutes, Your Honor, just

21   so you know.

22         THE COURT:  Okay.  Thank you.

23         MR. BIENERT:  I assume I should keep going?

24         THE COURT:  Yeah.

25         MR. BIENERT:  Okay.  This is kind of in the -- talk

1    about deception, this is dirty pool, I will submit, you will

2    see from the evidence.  You may recognize this slide, because

3    this is one of the slides that Mr. Jones showed you.  New in

4    town -- and, again, my client's mugshot isn't next to these

5    documents.  You will learn, he didn't even write this document.

6    This is a long document by a consultant who, basically, they

7    paid a lot of money to come in and say, hey, help us catch bad

8    guys and do the right things.  And he gave them a big list of

9    stuff that they should think about.

10          And the guy says, new in town is often used by pimps

11   who shuttle children to locations where they do not know anyone

12   and cannot get help.  When this phrase is used, moderators

13   should be told to be on heightened alert that the images may

14   belong to someone under 18.

15          So, first of all, they suggested that this somehow

16   shows an intent to break the law by my client.  I assume that's

17   why they put his picture there, even though it wasn't there.

18   That's not what this says.

19          It just says, if you see this, pay careful attention.

20   It doesn't say that this is illegal.  It says just be looking,

21   and if this looks like someone under 18, take appropriate

22   actions.  And, again, we know they were constantly taking

23   appropriate actions.

24          More kudos.  Detroit, Flint FBI.  *Thanks for the quick*

25   *reply.  Your information resulted in the successful recovery of*

1    *a juvenile.*

2          Bureau Kings, human trafficking, special victim unit,

3    county district attorney, Kings County.  *Thank you.  You are*

4    *the best.  Have a great day.*

5          Portland Police Department.  *Information obtained*

6    *through Backpage subpoenas resulted in the successful rescue of*

7    *a female and the PPD is working to catch others.  Thanks.*

8          FBI IC unit, 2015.  *Words cannot describe how*

9    *appreciative and impressed I am by your group.  Thank you so*

10   *much.  Have a fabulous weekend.*

11         So on and so on.  Savannah, Georgia, FBI, another

12   thank you, they saved some children.

13         And, finally, ICE 2016, they had a human trafficking

14   organization.

15         Not acting illegally, but acting responsibly while

16   still staying true to their firmly held belief that the First

17   Amendment matters.

18         The FBI even gave a special recognition for the help

19   that Backpage, run by Carl Ferrer, was giving.  *The FBI is*

20   *proud to recognize Carl Ferrer, Backpage* -- he was vice

21   president in 2011, he became president at the beginning of

22   2013.  *Thank you for your outstanding cooperation and*

23   *assistance in connection with an investigation of great*

24   *importance.  The FBI's ability to carry out its investigative*

25   *responsibilities has been greatly enhanced through your help*

1    *and we are very proud of your valuable contributions.*  Acting

2    to help catch bad guys while not shutting down an avenue of

3    legal expression for people that like to express things that

4    some don't like.

5          Now, here is deception.  You may remember this.  This

6    was shown to you by Mr. Jones.  He put this up and he made a

7    big deal of it.  He said, here's an e-mail or -- in Backpage,

8    and it literally says, don't include verbiage that says suck

9    your -- private part -- or lick your -- private part -- but you

10   can edit it to say I enjoy oral.  And he made a big production

11   saying, that doesn't change anything.  It's still oral sex.

12   And you know what, if this were next to something that said $50

13   for that, I agree with him.  And that's certainly what he

14   suggested to you.

15         But what the evidence will show is, oops, look at the

16   top left.  It says, Backpage.com personals criteria.

17         I just blew it up for you.

18         This is about the personals section where this is

19   people saying they want to meet other people:  Women seeking

20   men, men seeking women, women seeking women, men seeking men,

21   all combinations.  This is not about sex for money.  This is

22   about just people who want to meet others, some of whom

23   indicate they'll do sex.  That's Tinder.  That's many websites.

24         It is absolutely 100 percent legal for people in

25   personal ads to tell people what type of sex they would do,

1   because it doesn't involve money.  Yet you will see that,

2   contrary to Mr. Jones who tried to make you think that this was

3   about the money adult ads, this is specifically in the

4   personals area.  And if you have any question about that,

5   here's all the different categories at Backpage.  And there we

6   have it, on the left is what this applies to.  Dating:  Women

7   on women, women on men, men on women.  It does not even apply

8   to the adult category on its face.  That's deception.  Just not

9   true.

10          These pictures -- I'll go through them quickly -- the

11  bottom line is, he went through a bunch of these with you.

12  These are all legal.  Guys, I think everybody here can see

13  you'll learn that this stuff is a lot tamer than what you can

14  see walking out of here and going to various newsstands,

15  stores, getting on the internet.  There is nothing illegal

16  about these ads.

17          But Backpage chose to try to set a standard where they

18  didn't want graphic sex, so they trained their people and just

19  said, hey, we're not going to let graphic sex on here, even

20  though they could.  As long as it's not linked with money for

21  graphic sex, it's legal.  Strippers can show themselves naked.

22  Personal ads can show themselves naked.

23          And here's what's also interesting.  If we zoom in on

24  the one on the left, it says, I am me @ -- it's kind of blurry,

25  we'll see it better later -- sexy -- I forget her name -- @

1    Yahoo.  In other words, this ad is giving her Yahoo address

2    where people can be in touch with her and get more:  Sexy ads,

3    information about her.  The point is, all of these websites

4    allow ads like this.  What Backpage is doing was, frankly, in

5    the adult world, mainstream, except they were cutting back on

6    some of the graphic stuff.  Totally legal.

7          They sent you a letter from states attorneys general.

8    The bottom line on this is it's neither here nor there.

9    Sometimes a key word is big.  When he said this to you, he

10   said, the state attorneys general were urging Backpage to shut

11   down its adult section, because some -- and, by the way, he

12   said -- you notice it's not everybody on there.  It said 21

13   state attorneys general.  Because some of them don't like

14   Backpage, frankly, some law enforcement do, and you'll hear

15   about that.  But the point is, state attorneys general don't

16   urge you to stop something when it's illegal.  They tell you,

17   this is illegal and we're going to indict you or charge you.

18   Urging is requesting.  It doesn't change the fact that this is

19   legal activity.

20         These I'm putting up because these actually are ads in

21   the indictment.  These are the only ones that they showed you

22   from the indictment.  Adult woman -- I'm not going to spend a

23   lot of time on it.  You'll see it later.  This is a legal ad.

24   Nothing illegal here.  There is no offer of sex -- of

25   prohibited sex act for money.  It's an escort ad.  I will spend

1   my time with you.  I'm sexy.  I -- I don't even know if it says

2   I'll -- I get paid X dollars an hour, but it could say that.

3   Totally legal.  She could do naked dancing.  She could do

4   everything short of intercourse, oral sex, and touching the

5   other person's privates or vice versa.

6          Same thing here.  This is another ad, perfectly legal.

7   It has that GFE term in it.  There's just -- as the case law

8   said to you, these terms mean nothing.  It doesn't make

9   Backpage any less protected.  It's a legal ad.

10         Same thing here.  They showed you this one.  It's

11  another legal ad.  This one is interesting because it has the

12  out call and in call.  There is nothing illegal about that.

13  That's an escort or a stripper term as well.  Out call means,

14  I'll go to you; in call means, you come to me.  That's it.

15  It's just referencing where they're willing to go do their

16  services, whether it's a stripper, a sensual massage, an

17  escort, someone who will do everything up until prostitution.

18  That's what this is advertising.

19         Remember what the court said in Dart, the Seventh

20  Circuit case, if there is anything about this ad that could be

21  legal conduct, then the ad is legal, because the law, the First

22  Amendment says, we need a space for people to put their legal

23  stuff.  There is all kinds of legal stuff from this.  There is

24  nothing illegal expressed.

25         Now, these are the other two they sent you.  Now,

1    these they told you are underage.  You can look at the ads.

2    There is nothing here that indicates underage.  They're legal

3    ads.  There is nothing illegal about the ads on their face.

4    That is a mature female.

5           Same with this one.  That's a mature female.  And if

6    it turns out that they were underage, if Backpage finds that

7    out, they immediately help law enforcement.

8           Carl Ferrer.  Carl Ferrer is a guy who the government

9    talks about is going to be a key witness.  And he is a key

10   witness because he ran the whole shebang.  Carl Ferrer was a

11   guy who handled the -- he was the head guy.  He was the CEO and

12   president of Backpage, not of the 19 companies, but of

13   Backpage.  He designed it.  He ran it.  He would report to

14   Mr. Spear above him, and my client above that, but give them

15   general information.  And they would tell him, let's talk about

16   important rules.  He was given all the legal advice and experts

17   and told to follow the rules.

18          And, frankly, as far as the Backpage folks -- or, I

19   should say, the VVM folks are concerned, he did.  Now, we'll

20   see what he has to say from the stand.  It will be interesting.

21   But, one thing is, he was the president and CEO of Backpage.

22   He's the guy who ran it.  Nobody else.

23          Here's a signature to it.  He ran Backpage from

24   Dallas, Texas.  He wasn't even in the same state as my client

25   and several of the defendants during the relevant time.  He's

1    just another of those 19 places all over the country that my

2    client checks out and tries to stay on top of in a loose

3    fashion, and says, do it right.

4           As I told you, my client and the others sold Backpage

5    to him in April of 2015.  And when they did, they resigned --

6    you'll see this is my client's resignation -- from any and all

7    companies that had anything to do with Backpage even as a

8    parent company.  And here's his resignation.  Now, you'll

9    notice, he doesn't resign from Backpage, my client, because he

10   wasn't an officer.  He wasn't involved in Backpage.  He's just

11   a guy who runs a bunch of companies, Backpage is one of them,

12   and Carl Ferrer runs it.

13          Get to my notes here.

14          I realize I got things a little out of order.  I just

15   wanted to show you, this is a declaration of Carl Ferrer.  And

16   there are many of these.  He filed lots of declarations in a

17   lot of these lawsuits.  And what you'll see is he writes,

18   Backpage prohibits illegal content, and, basically, we do all

19   we can to keep it legal.  And you will see that he swore that,

20   under penalty of perjury:  I declare under penalty of perjury

21   of the laws of the United States that the foregoing is true and

22   correct.  He did that time, and time, and time again.  So it

23   will be interesting to see what he has to say.

24          But I'll say this, if he says anything different than

25   what he told these people for, up until 2015, he's a perjurer.

And he's basically going to be admitting to you that, yeah, the oath, the same oath he's going to take here means nothing, and he will lie whenever it's convenient.  And he had a lot of reasons, as you will see, that going over and working with the government as of April of 2018 might be in his interest.

Number one, you'll see that he is doing this to try to make sure he doesn't risk the same risks that these guys on trial have from a criminal perspective.

Number two, you will see that his deal with the government lets him keep his two houses, his two Mercedes, his speedboat.  They took these guys' assets.

You'll see that in making that deal with the government, he also got to -- Backpage took money, because there was so much litigation, and they put it in a lawyer's trust account for the clients to be able to defend themselves. You'll see, they cut a deal with him where they said, oh, Mr. Ferrer, you come work with us, you keep your money, your lawyers get to keep it.  They took the money for our clients.

You'll see that he got all these benefits right away by just coming over and saying, okay, I'll help you out.  But what he really avoided was even bigger than that.  See, my client and these guys, they're First Amendment believers.  They believe this stuff to their core.  You'll learn that my client got put in jail, with Mr. Lacey, simply for writing articles against public officials who didn't like what they had to say.

1   They've been jailed -- not in this case -- for their belief in

2   the First Amendment.  And they had to get themselves out, and

3   then they later got it overturned and sued and won.  But that's

4   a believer.

5          Carl Ferrer is a mercenary.  He's not a First

6   Amendment guy.  He's an advertising guy, just about money.  And

7   you'll see this was a decision for him that, even independent

8   of the things that the government gave him, that these guys, if

9   you stand up against them, you have to deal with, it gets even

10  sweeter.  All this litigation, the continual having to fight

11  with people who do want to pressure you to shut down, whether

12  it's legal or not, he wiped that clean.  But you want to hear

13  about something big being wiped clean, remember, he bought

14  Backpage.

15         He owed 300, not thousand, $300 million to these guys

16  for Backpage.  How much of this $300 million do you think he's

17  paid since he made the decision to go from this table to this

18  table?  (Makes raspberry sound) zero.  You're going to hear

19  that Mr. Ferrer, by saying, okay, guys, I'll tell you, yeah,

20  yeah, yeah, we knew it was all prostitution, wipe's the slate

21  clean.  Keeps his stuff.  Gets out of debt.  Is out of

22  litigation.  So, look, stay tuned.  You will get to see him.

23  You'll get to judge for yourself.

24         But here's what you won't see -- just like they didn't

25  show it to you -- you will not see anything from Mr. Ferrer,

1    objective evidence, that shows that these defendants, in

2    particular my client, did anything wrong except say follow the

3    rules.  Stay on the line of legal speech.  You'll judge him,

4    and I'll submit to you, at the end of the case, you're going to

5    go, this ain't a guy that I'm putting any stock in.

6           Money laundering, they talked about that.  All I'm

7    going to say about that is, because we'll hear a lot about it

8    at trial, two things.  One, money laundering only applies if

9    the underlying activity that produced the money was knowingly

10   illegal.  So these guys aren't guilty of anything.  And because

11   they're not guilty of the crimes charged on the so-called

12   prostitution, then there is no issue that any of the money they

13   did was laundered, because money laundering only applies to

14   illegal money that you know is illegal.  And we'll talk about

15   that more.

16          But, secondly, you were told, oh, they're doing

17   nefarious things with credit card companies.  Remember that?

18   Well, remember the Dart case?  You will learn that the

19   government, just like Sheriff Dart who was told by the Seventh

20   Circuit Court of Appeals, you can't do this.  You can't lean on

21   credit card companies to stop working with these guys.

22          There was something called operation choke hold, where

23   the government did exactly that.  They went to banks and credit

24   card companies, and a whole host of businesses that the

25   government didn't like, all legal, but one of which was adult

1    businesses, and they said, do not let these guys run credit.

2    That's what's behind that.  Nothing sinister on these guys'

3    part.  They're running a legal business.  But the government,

4    when they had no ability to say it was illegal, certain

5    government types went and leaned on credit card companies.

6    More of that to come.

7            I finish here.  This case, because this sums it up,

8    and I showed you this already, but I just feel like it's such

9    a -- a concise statement of where we will be at the end of

10   this.  As the court in Boston said, these are important

11   policies that are colliding head-on.  First Amendment, free

12   speech, which my clients, to the core, believe in and have

13   lived in their whole life, versus, of course, trying to

14   suppress child trafficking.

15           And what this court found, and what the First Circuit

16   above it found, is right now, for the entire time this was

17   going on, the law tilted and said, nope, First Amendment

18   trumps.  A legal, on its face, ad, even if it turns out to

19   involve criminality, is protected and it's legal.  If we, as

20   citizens, want to change that through our representatives in

21   Congress, okay, and we all have a right to have an opinion on

22   that, but it doesn't give the right to change the rules and

23   bring us in a courtroom like this.

24           We've kind of come full circle here, because we're

25   talking about the constitution.  This whole case is about the

UNITED STATES DISTRICT COURT

1    First Amendment.  And we are sitting in, frankly, a beautiful,

2    albeit a little hot, monument to the constitution, this

3    courthouse.

4         Her Honor told you several times, she will say it

5    again, I will repeat it, our constitution, the bedrock of our

6    country, is that these guys are all innocent.  And unless and

7    until these guys prove beyond a reasonable doubt that these

8    guys are guilty of knowingly and intentionally violating these

9    prostitution laws with these prostitutes and their so-called

10   businesses, even if you don't like what they're doing, or if

11   you like what they're doing, you must acquit.

12        At the end of the day, in this case about the First

13   Amendment that is governed by a whole host of other amendments,

14   it's going to be a no-brainer.  This activity was legal.  We

15   are here because these prosecutors don't like the activity, but

16   it doesn't make it illegal.  Backpage has been shut down since

17   April of 2018.  The only thing left is to address the innocence

18   of my client and these other five people.

19        You all didn't just fall off the cherry truck, you

20   were picked after three days.  You're a good representative of

21   the community.  Please look out for anything that ties any of

22   these defendants to any of these ads, you won't see it.  And at

23   the end of it all, I'm totally confident that you're going to

24   agree, first of all, that they are affirmatively innocent.

25   They've done nothing wrong except maintain our First Amendment

1    that we don't want to let slide at all, because then these guys

2    can take cases anywhere they want.

3           And, finally, even if you have doubt, they need to

4    prove it, they can't prove it, they won't prove it, and you

5    need to find them all not guilty.

6           Thanks a lot for your time.

7           THE COURT:  Okay.  We'll take our midmorning recess,

8    so you can take your break and we'll come get you in about

9    20 minutes.

10          (Recess taken, 11:09 a.m. - 11:32 a.m.)

11          THE COURT:  All right.  Thank you.  Please be seated.

12          And we are back on the record with the jury present.

13          Mr. Feder.

14          MR. FEDER:  Thank you.

15          Good morning.  My name is Bruce Feder.  It's my

16   privilege to represent Scott Spear, that young man down at the

17   end of the table.  It's also my privilege to be a part of this

18   group to represent all of these folks in the defense of their

19   First Amendment rights, the Sixth Amendment right to a fair

20   trial, federal statutes that protect -- or was supposed to

21   protect what the people at Backpage did, and something called

22   the rule of law, because what has happened in this court, the

23   reason why we are here, is that those rights, those laws, are

24   in grave danger.

25          Listening to Mr. Jones talk to you the other day

1    reminded me of the old proverb that, don't pay attention to the

2    thunder.  What is important is the rain, because the rain

3    waters the trees and the flowers.  Waving your arms, using

4    misrepresentations and half truths, that's thunder.  What's

5    important here is the law and the facts, and that's what the

6    rain is.  The law and the facts are the rain that this case

7    needs to be decided upon.

8            As you can tell from looking at me, I've been a lawyer

9    for over 40 years.  I've done civil cases and criminal cases.

10   One thing that I've learned is that criminal cases are in a

11   different category.  As you all probably know, there are

12   commercial cases where one business sues another business;

13   personal injury cases where red car hits green car, somebody

14   gets hurt and the injured party sues the person that recklessly

15   or negligently harmed them; divorce cases where, unfortunately,

16   couples break apart and decide who is going to have the custody

17   of their children.  Those cases have, of course, a much lower

18   burden of proof.  The criminal case in importance is up here,

19   and the civil cases are down here.

20           I'm going to try not to repeat what Mr. Bienert said

21   because it's a really good summary, I think, of what this case

22   is about and what it should not be about.  But let's talk about

23   greed for a little bit, because Mr. Jones said it quite a few

24   times, probably in hopes that it would give you some kind of

25   impetus to not listen to the law and the facts.  Last I looked,

1    capitalism still exists in this country.  It's still legal for

2    a business to try to make money.  And the more successful the

3    business, the more money it makes.  There is nothing wrong with

4    that as long as the business is legal.

5          As has been discussed with you, the business that

6    Backpage was engaged in, just as New Times was engaged in, was

7    a legal business.  And making money is fine.  There is nothing

8    absolutely wrong with it.  And nothing these people can say can

9    change that unless you allow them to.

10          As a legal business, as you -- as you heard, they had

11   a thousand employees.  They paid for their supplies.  They paid

12   for rents.  They renovated an old Phoenix elementary school at

13   12th Street and Jefferson where New Times began and where

14   Backpage began.  They did all kinds of things that a normal

15   legal business does and spent the money to do it.  They spent

16   millions to assure that they had consultants and lawyers to

17   instruct them on what they could do and what they could not do.

18          That was important to them, because none of these

19   folks over here are lawyers.  And some of these issues, some of

20   these laws, the First Amendment, Section 230, they're

21   complicated laws.  And they needed people to instruct them on

22   what they needed to do and what not to do.  People who are

23   intending not to follow the law don't spend a bunch of money on

24   lawyers, in general.

25          They also all paid their taxes and were very careful

1   to do that because of the controversy of their business, to

2   assure that the people in front of me wouldn't try to say that

3   they didn't pay their taxes.  People that commit criminal acts

4   frequently do not pay their taxes, because it will show to the

5   government what they've done and what they haven't done, how

6   much money they've made, how much money they have not made.  A

7   regular, successful, legal business.

8        Scott Spear grew up in Phoenix.  He went to college.

9   And when he came back, he was searching around, like a lot of

10  us when we get out of high school and college, for what he

11  should do with his life.  Initially, with a couple of his

12  friends, they opened up a series of record stores in Phoenix.

13  Some of you may not even remember what a record store was, but

14  they actually had vinyl disks that you played on a player that

15  had music on it.

16       After that, the stores were sold, he went into the

17  real estate business with the father of a friend of his and

18  sold real estate, until at some point he started thinking about

19  going to graduate school.  But during his record store era, he

20  had met Jim Larkin who was just starting New Times.  And

21  Mr. Larkin offered Scott a job at New Times.  And Scott had

22  been reading New Times, like a lot of us who grew up in Phoenix

23  had, and he was really impressed by that.  Because they were an

24  uncompromising weekly newspaper, not beholden to the powers in

25  Phoenix that sort of control things, and that they were not

1    afraid to put things in their newspapers that some of the

2    traditional newspapers, like the Arizona Republic, would not

3    do.

4          Strippers were okay because they are protected by the

5    First Amendment.  Controversial issues that maybe the Republic

6    would not publish because it would offend the powers that be,

7    not in New Times.  So it was a place that Scott Spear wanted to

8    go work at because it fit in with what he wanted to do with his

9    life, his philosophy, and that was to defend First Amendment

10   and to work for a new, vibrant, growing business.

11         Because he didn't have any particular skills other

12   than a college degree in liberal arts, Scott became kind of the

13   jack of all trades at Backpage.  He started doing a lot of

14   different things, some of which he had some experience in, like

15   real estate, buying real estate, you know, renting office

16   space, marketing, was involved in beginning a race that used to

17   be called the New Times 10K, was a running race where people

18   run through the streets of Phoenix.

19         New Times also had something called the Best of New

20   Times, which was a special section of New Times every year that

21   they would rate restaurants and entertainment venues, et

22   cetera, or clothing stores, et cetera, et cetera, so he did a

23   lot of different things.  And as New Times grew, as they grew

24   into 17 cities, Mr. Spear did all of this stuff for all of

25   those cities, flying around quite a bit, traveling, handling

1  their leasing agreements and some of their marketing issues, et

2  cetera.

3          Then in 2004, as you've heard, Backpage began.  And

4  Mr. Spear was assigned to try to supervise its inception and

5  what it was going to do, with the help, generally speaking,

6  from 2004 throughout the time that he was responsible for

7  supervising, with the help of lawyers on every issue.  Because

8  he is not a lawyer, he didn't understand a lot of this -- a lot

9  of the issues involved in running a classified internet service

10  provider.  Very few people at that time did, because the

11  internet, again, as you older folks might know, it hasn't been

12  around that long.  And so the internet service providers were

13  kind of feeling their way on what to do and how to do it, what

14  they could do, what they could not do.

15          Mr. Spear, being the kind of person that he is, he

16  researched.  So he looked at Craigslist, which was the, sort

17  of, premiere classified internet service provider.  He looked

18  at the big boys, Google, et cetera, to see what they were

19  doing, to try to assure that this business was doing what all

20  the other folks were doing.

21          Their intention, as you saw from the blackboard, was

22  to have a general internet site that had a lot of different ads

23  and a lot of different subject matters, part of which was the

24  adult, part of which was the personals, part of which was

25  furniture, part of which was everything.  That was their

1    intention was to be a general classified internet service

2    provider.  And Mr. Spear attempted, to the best of his ability,

3    with the help of others, to supervise Mr. Ferrer, who was the

4    person that was brought in to run Backpage, who knew about

5    classifieds, and they became, as you've heard, successful.

6         You will hear from people that Mr. Spear has certain

7    characteristics, law abiding, honest, conservative.  And the

8    40 years or so that I've been in the law practice, one thing I

9    can tell you for sure, when you get in trouble, about the only

10   good thing about it is you really learn if you have any

11   friends, because you're non friends, your acquaintances, they

12   all disappear.  Mr. Spear has people that are going to testify

13   to his good character.

14        Mr. Bienert referred a little bit to the moderation

15   issue.  Content moderation is the organized practice of

16   screening user-generated content posted to internet sites,

17   social media, and other online outlets in order to determine

18   the appropriateness of the content for a given site locality

19   and jurisdiction.

20        In essence, under the law, technically, an internet

21   service provider could have no moderation.  They could just

22   have the ads come in, and put them in and not pay any attention

23   to them.  And whatever the user who created that ad and sent it

24   in said, it's on the site.  But most internet service providers

25   like Backpage decided that they had certain standards that they

1    wanted to impose on their users, and they did.

2           Starting in 2004 it was pretty moderate.  And as the

3    years went by, as they became a little bit more successful, and

4    then even more successful still, they imposed more and more

5    standards, with one goal, and one goal, primarily, only, and

6    that is to not put anything illegal or allow anything illegal

7    on their site.  But they also decided at some point that they

8    didn't want to be just legal or illegal, they wanted to have

9    not a free-for-all on there.  And, again, they used something

10   called the Playboy standard, as opposed to the Hustler Magazine

11   standpoint.

12          There used to be a magazine, maybe it's still around,

13   called Playboy, and then there was a magazine called Penthouse,

14   and then there was a magazine called Hustler.  Playboy was,

15   let's call it, tame, although they had nude printouts in it.

16   And a lot of people were against Playboy.  They thought it was

17   distasteful, and some people even thought it was illegal.

18          Same thing with the next step up, which was Penthouse,

19   which was a little bit more risqué, a little bit more things

20   that a lot more people thought were distasteful.  And then we

21   got to Hustler Magazine, which was very risqué and had a lot of

22   controversy.  And there were a lot of people that thought they

23   were doing something illegal, let's stop them.  But the First

24   Amendment protected all of them just like it protects the

25   internet sites.

1             You were shown a lot of ads.  Mr. Bienert referred you

2     to the fact that every ad you saw put up by the government was

3     a legal ad.  Let me show you the risk that we run in this case.

4             Think that's an illegal ad anybody?  These people do.

5     $20 to get high and put it in the hole.  Seems like a sex organ

6     reference suggesting that you can go and get high and have sex

7     for 20 bucks, unless it's a billiards parlor saying that you go

8     and pay them $20 and you get two beers and play all the pool

9     that you want.

10            The danger of not having a clear standard of it's got

11    to be sex for money in the ad versus something that is

12    suggestive is what undermines our First Amendment.  A slippery

13    slope.  Once we go past an illegal ad, sex for money, to

14    anything other than that, kiss it good-bye.

15            And maybe some people agree with that.  Maybe some

16    people don't think we ought to have a First Amendment.  But

17    unless and until the people of this country change the

18    constitution and get rid of the First Amendment, that's what

19    the law is, and, in our humble opinion, that's what the law

20    needs to be.  Because as those cases that Mr. Bienert showed

21    you, those federal district courts and those federal courts of

22    appeals all over this country said, when it -- the comparison

23    when it is First Amendment versus something that people don't

24    like, the First Amendment prevails.

25            I don't know if any of you watch TV, because a lot of

1    you may just be looking at the internet these days and get your

2    news from there, but there is an ad that's been very prevalent

3    in Phoenix by, I think it's called the Tempe Gun Store.  They

4    have one in Tempe and one in Mesa.  And it shows people are

5    buying guns, and then at the end it's got like a symbol of two

6    machine guns shooting.  And machine guns, of course, are

7    illegal.  Is that an illegal ad showing machine guns shooting

8    that they sell illegal guns?  No.

9           And, I'm sorry, this ad, we want to put some photos on

10   it, so kind of people that are scantily dressed to spice it up

11   a little bit, once you go down the road of the slippery slope,

12   you have nothing at the end except morality police telling you

13   what to think, what to see, what to read, what to do.

14          During the progression of Backpage, they had human

15   moderators.  At some point Mr. Ferrer and some other -- their

16   IT people came up with the idea of having an auto stripout,

17   which means that the ads were automatically run through a

18   computer, initially to see if they were going to outright

19   delete the ad if it had sex for money, or send it for a better

20   review by the human moderators.  And then to assert their taste

21   standards, there were a number of words, abbreviations, et

22   cetera, that were given to all the moderators that was inputted

23   into the auto filter to either omit automatically, or to -- at

24   least to send it to a human moderator to look at it to see if

25   it passed muster under the Backpage rule of no illegality, and

1    Playboy versus Hustler Magazine standard.

2           That happened over a number of years.  And the list of

3    words, abbreviations, et cetera, became longer and longer,

4    because ads -- police would tell them about phrases that they

5    didn't know the meaning of, or attorneys general would tell

6    them about the words that they didn't want in there.  They

7    would add them to this list in order to comply with what they

8    were being asked to do, short of closing their site.

9           In 2012, instead of moderating ads, the same list of

10   words, abbreviations, symbols all of the moderators were

11   told -- because Mr. Spear was no longer supervising Mr. Ferrer,

12   but Backpage hired a lawyer, a former partner at a large law

13   firm's Seattle office, who was then, I believe, general counsel

14   for Craigslist.  She came in and took over the moderation, took

15   over -- well, by that time the aggregation was already gone --

16   took over moderation and basically what ads could be in

17   Backpage or not.  And she imposed a rule that was followed that

18   the ad is either okay or not okay.  No in-betweens.  So it's

19   either -- it's either we delete the ad outright because it has

20   words that we don't want in it, symbols that we don't want in

21   it, abbreviations that we don't want in it, or its allowed as

22   is.

23          Curiously, that was the same year that Mr. Larkin,

24   Mr. Lacey, Mr. Spear, Mr. Brunst, that New Times was sold to

25   its editors.  At that point in time, Mr. Spear's role, if you

1    will, at Backpage was quite minimum -- quite minimal.  He was

2    no longer involved in supervising Mr. Ferrer.  He was no longer

3    involved in things that he, realistically, had to learn on the

4    fly.  He was continuing to do things like the real estate and

5    things that he knew about, but his role there became a lot

6    smaller.  And, of course, smaller still when, several years

7    later, Backpage was sold to Mr. Ferrer.

8            These are some of the words that you will see used.

9    Content, of course, is what the material is on the Web.

10   Editing and stripout is taking out words, taking out phrases.

11   The word list is what I was just talking about where they had a

12   list of words, abbreviations that they didn't want on their

13   site, so they got rid of them.  And then, of course, delete

14   meant delete, the ad is gone.  If some -- if somebody paid

15   money for that ad, they weren't given their money back because

16   they had violated the terms of use that Backpage implemented.

17           This is just one page of about a nine-page terms of

18   use that Backpage had that any advertiser, when they went to

19   their website, had to scroll through these terms of use, and at

20   the end of it, essentially, put their signature on it saying, I

21   will follow these terms of use.

22           The part that Mr. Bienert showed you is down at the

23   bottom, the posting rules.  But there is also another paragraph

24   under terms of use, which says, it's forbidden, you agree to

25   refrain, stop, don't do it, while using our site, transmitting

1    any information, data, text files, software, chats,

2    communication, or other materials that is unlawful, false,

3    misleading, harmful, threatening, abusive, invasive of

4    another's privacy, harassing, defamatory, and on, and on,

5    because not only did they want to have a legal site, they

6    wanted to have a site that was as inoffensive as it could be,

7    given the circumstances and subject matter that they were

8    allowing on their site under the First Amendment.

9         And then, of course, the posting rules, similar.  If

10   somebody put an illegal ad on there and it was deleted and they

11   paid their $7 or $10, well, you don't get your $7 back, because

12   you violated their terms of use.

13        Mr. Jones talked about aggregation.  Aggregation is

14   terrible, according to the government.  If I am Jeff Bezos and

15   I own the Washington Post, and we look at the New York Times

16   and we see a big advertiser there, we, of course, want that

17   advertiser to come advertise in the Washington Post, so we

18   aggregate.  One of our people calls up that advertiser, or in

19   the internet age, e-mails them and says, hey, why don't you

20   come advertise with us.  And Mr. Jones' point was, well, they

21   were out aggregating escort ads, which equal prostitution ads,

22   and, therefore, they were trolling for prostitution ads knowing

23   that they were prostitutes.

24        First of all, they were legal ads, but the thing that

25   he didn't tell you, which is just incredible, where do you

1    think Backpage got most of their ads, that they aggregated most

2    of their ads from?  It's called Google.  It's called

3    Craigslist.  They had legal advice that aggregating is legal,

4    appropriate, as long as they're not violating some other sites

5    who say you can't take our ads, you can't contact our

6    advertisers.  But they went to Google and got Google ads for

7    escorts, among other things.  They looked for advertisers in

8    all other categories not just adult.

9            And then what do you think happened to those ads when

10   they -- when a -- when an advertiser would say, yeah, I'll put

11   a free ad on Backpage?  Even though the ad came from Google or

12   Craigslist, it had to go through Backpage's moderation process,

13   meaning we're not going to trust Google and Craigslist not to

14   have an ad that either is illegal or offends our standards, so

15   it's going to go through our process first.

16           Here's one of the slides that Mr. Jones showed you

17   with Mr. Spear's picture on it.  Of course, that picture wasn't

18   on that phrase, because that phrase was in a 10 or 15-page

19   proposal created by Mr. Ferrer and sent to Mr. Spear for his

20   review and approval.  And it's really awful what it does.

21   Mr. Spear was trying to review and approve standardized ways of

22   people working for Backpage approaching advertisers to see if

23   they could aggregate their ad.  Because he wanted to make sure

24   that it wasn't going to be haphazard, that one salesman was

25   going to say one thing, and another salesman another.  So this

1   was the way that they were allowed to approach somebody by

2   e-mail.

3          Hi, I saw your ad on the internet.  The ugly part

4   about this is, number one, putting somebody's picture by this

5   when they didn't write this is just not right.  It's

6   misrepresentative.  Second, it's trying to make something look

7   bad when it's really good.  This prosecution is about high

8   becoming low, green becoming red.  They reverse everything and

9   try to make something that is appropriate to be inappropriate,

10  to misrepresent the facts and not follow the law.  The thunder

11  that you're going to hear a lot about.

12         Similarly, you're going to hear something about some

13  affiliate programs.  Generally speaking, affiliate programs

14  are, if you send us an ad, we're going to give you a

15  commission, or we're going to give you a break on the price if

16  you send us a lot of business.  It's a novel concept, right?

17  As long as your ads are legal, there is absolutely nothing

18  wrong with that, number one.  Businesses all over this country

19  and all over the world do it, because it's a way of rewarding

20  people that send you business.

21         I think they're called social influencers.  Have any

22  of you ever heard of a social influencer?  They're all over the

23  internet now.  And they basically tell people how to cook, how

24  to dress, how to do whatever, and then they give a pitch for

25  some product.  And if one of their readers buys that product,

1   guess what they get, the social influencer gets some money for

2   sending -- for referring that person to that business.  Trying

3   to make illegal what is legal.

4           You're going to hear a lot about something called TER,

5   The Erotic Review.  The Erotic Review was another website --

6   still in business, as I understand it, not prosecuted -- that

7   had, in part, on their site, if you could get behind what's

8   called a firewall, meaning you had to be a VIP member, you

9   could see reviews of escorts and prostitutes.  And TER wanted

10  to have a link in some of the escort ads in Backpage.  So it

11  would be, hi, I'm Nicole, blah, blah, blah, TER number X, Y, Z.

12          You're going to hear the government talk about how

13  Backpage knew all about TER, they knew what it was, yada, yada,

14  yada.  They not only have incredibly unreasonable and illegal

15  expectations of Backpage for their own site, but they're saying

16  they had to go out and look at every advertiser, every link,

17  every person that wants to be on there, they had to go out and

18  investigate them.  It's kind of like telling the IRS that

19  before you send a refund to a taxpayer, you've got to go out

20  and investigate them, send out a team, every one of them.

21  Unreasonable, not appropriate, not required.

22          When Backpage was told about TER and what they were

23  about, even though they had a lot of legal business, they had,

24  potentially, some illegal business behind their firewall, they

25  took it down.  They took off any reference to TER in 2012, 2011

1    when they were told about it.  Even though they probably didn't

2    have to, they wanted to be cooperative with law enforcement,

3    with the attorneys general, with NCMEC.  They did pretty much,

4    or most of everything that they asked them to do that was

5    reasonable except closing them down.  This is really about

6    Backpage telling a governmental agency like NCMEC that they

7    weren't going to do what they told them to do.  They weren't

8    going to close a legitimate business.

9            Mr. Bienert put a lot of case law up on the board,

10   federal district courts around the country, federal courts of

11   appeal around the country.  When a business sues a business

12   saying you shouldn't be able to do that, you got to stop it,

13   they go to court and they try to get something called an

14   injunction, which means a court orders them to stop doing what

15   they're doing.

16           Most of those cases were injunctions brought by

17   Backpage against people that were doing things they thought

18   were inappropriate, and they won.  They won over and over

19   again.  The federal government didn't intervene in any of those

20   where they could have if they thought that what Backpage was

21   doing was inappropriate or illegal, but they didn't.  And if

22   the federal government thought that they were doing something

23   illegal, then why not start, since this is an experimental

24   prosecution against a First Amendment provider, why not start,

25   like most other people in this country do, with some kind of

1    civil action to enjoin?

2            MR. JONES:  Objection, Your Honor.

3            THE COURT:  What's your objection?

4            MR. JONES:  Inappropriate argument.

5            THE COURT:  It's argumentative.

6            This is opening, Mr. Feder.

7            MR. FEDER:  Okay.  When you have the law and the facts

8    on your side, you go to civil court, when you don't, you take

9    people's money so that they can't defend themselves and you

10   bring a criminal charge.  These people are not guilty.  They

11   were not guilty before this case was brought, and they're still

12   not guilty, and they will be not guilty throughout these

13   proceedings and at the end.  At the end I'm going to ask you to

14   bring the only appropriate verdict, and that is not guilty.

15           Thank you very much.

16           THE COURT:  Okay.  Before we begin the next opening

17   statement, we'll take our lunch break.  So please remember the

18   admonition.  And let's get started at 1:15.

19           (Lunch recess taken, 12:09 p.m.)

20                       *         *         *

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, CHRISTINE M. COALY, do hereby certify that I am

4     duly appointed and qualified to act as Official Court Reporter

5     for the United States District Court for the District of

6     Arizona.

7          I FURTHER CERTIFY that the foregoing pages constitute

8     a full, true, and accurate transcript of all of that portion of

9     the proceedings contained herein, had in the above-entitled

10    cause on the date specified therein, and that said transcript

11    was prepared under my direction and control.

12         DATED at Phoenix, Arizona, this 11th day of

13    September, 2021.

14

15

16
                        /s/ Christine M. Coaly_____
17                      Christine M. Coaly, RMR, CRR

18

19

20

21

22

23

24

25