| ☒ AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| AZ Form (Rev. 10/2018) | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Whitney Z. Bernstein | 2. PHONE NUMBER (949) 369-3700 | 3. DATE 9/27/2021 |
|---|---|---|

| 4. FIRM NAME Bienert Katzman Littrell Williams LLP |
|---|

| 5. MAILING ADDRESS 903 Calle Amanacer Suite 350 | 6. CITY San Clemente | 7. STATE CA | 8. ZIP CODE 92673 |
|---|---|---|---|

| 9. CASE NUMBER 2:18-cr-0422-SMB | 10. JUDGE Susan M. Brnovich | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 9/1/2021 | 12. 9/13/2021 |

| 13. CASE NAME United States V. Michael Lacey, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
☐ APPEAL  ☒ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 9/1, 9/2, and 9/3/2021 | ☒ TESTIMONY (Specify) Brian | Fichtner 9/8 & 9/10/21 |
| ☐ OPENING STATEMENT (Plaintiff) | | Jessika Svendgard & Nacole Svendguard | 9/10/2021 |
| ☒ OPENING STATEMENT (Defendant) | 9/8/2021 | Sharon, Cooper, M.D. | 9/13/2021 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☒ OPINION OF COURT | 9/8 Motion for Acquittal and | 9/14/2021 Motion for Mistrial | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | See attached list identifying requested transcripts, for all minutes on the | |
| ☐ BAIL HEARING | | record each day of trial except the government's opening statement. | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☒ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS wbernstein@bklwlaw.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/Whitney Z. Bernstein

20. DATE  9/27/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

**United States v. Michael Lacey, et al. Case # 2:18-cr-0422-SMB**
**Attachment to AO435 Transcript Order Form**

Please provide a complete transcript of **all proceedings on the record**, including all sidebars, attorney statements outside the presence of the jury and any other statements documented by the Court Reporter for the dates listed below.

The **ONLY** portion of the record **NOT** requested is the Government's Opening Statement by Mr. Jones.

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2021 | 1265 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 1) (Court Reporter Christine Coaly). Hearing held 9:03 AM to 5:16 PM. |
| 09/02/2021 | 1266 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Trial (Day 2) (Court Reporter Barbara Stockford - AM. Christine Coaley - PM) Hearing held 8:36 AM to 5:07 PM. |
| 09/03/2021 | 1277 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 3) (Court Reporter Linda Schroeder-Willis - AM; Court Reporter Christine Coaley - PM) Hearing held 9:10 AM to 4:10 PM. |
| 09/08/2021 | 1289 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 4) (Court Reporter Christine Coaly - AM; Barbara Stockford - PM) Hearing held 9:00 AM to 5:08 PM. |
| 09/09/2021 | 1298 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 5) (Court Reporter Christine Coaly) Hearing held 8:41 AM to 9:26 AM |
| 09/10/2021 | 1301 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1299 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 6) (Court Reporter Linda Schroeder-Willis - AM; Christine Coaley - PM) Hearing held 8:49 AM to 4:42 PM. Reason for Amendment: to correct the filing date on page 2 of the attached pdf. |

| 09/13/2021 | 1307 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1302 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 7) (Court Reporter Linda Schroeder - AM; Christine Coaley – PM) Hearing held 8:53 AM to 4:37PM.(ESG) Reason for Amendment: to correct the end time and total time in court. (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | 1308 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 8) Defendants' 1303 Motion for Mistrial is GRANTED. (Court Reporter Christine Coaly) Hearing held 9:03 AM to 9:19 AM.(ESG) |