**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. CR-18-0422-PHX-SMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 9, 2021 |
| Michael Lacey, | ) | 8:43 a.m. |
| James Larkin, | ) | |
| Scott Spear, | ) | |
| John Brunst, | ) | |
| Andrew Padilla, | ) | |
| Joye Vaught, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE: THE HONORABLE SUSAN M. BRNOVICH, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**TRIAL - DAY 5**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                        A P P E A R A N C E S

 2   For the Government:

 3
         U.S. ATTORNEY'S OFFICE
 4       By:  Mr. Peter S. Kozinets
              Mr. Kevin M. Rapp
 5            Ms. Margaret Wu Perlmeter
              Mr. Andrew C. Stone
 6       40 North Central Avenue, Suite 1200
         Phoenix, Arizona 85004
 7

 8       U.S. DEPARTMENT OF JUSTICE
         By:  Mr. Reginald E. Jones
 9       1400 New York Avenue, NW, Suite 600
         Washington, DC 20530
10

11
     For the Defendant Lacey:
12
         LIPSITZ GREEN SCIME CAMBRIA
13       By:  Mr. Paul J. Cambria, Jr.
              Ms. Erin E. McCampbell-Paris
14       42 Delaware Avenue, Suite 120
         Buffalo, NY 14202
15

16   For the Defendant Larkin:

17       BIENERT KATZMAN
         By:  Mr. Thomas H. Bienert, Jr.
18            Ms. Whitney Z. Bernstein
         903 Calle Amanecer, Suite 350
19       San Clemente, CA 92673

20

21

22

23

24

25
```

```
 1   For the Defendant Spear:

 2       FEDER LAW OFFICE
         By:  Mr. Bruce S. Feder
 3       2930 East Camelback Road, Suite 160
         Phoenix, AZ 85016
 4


 5   For the Defendant Brunst:

 6       BIRD MARELLA BOXER WOLPERT NESSIM DROOKS
         LINCENBERG & RHOW
 7       By:  Mr. Gopi K. Panchapakesan
              Mr. Gary S. Lincenberg
 8       1875 Century Park E, Suite 2300
         Los Angeles, CA 90067
 9


10   For the Defendant Padilla:

11       DAVID EISENBERG, PLC
         By:  Mr. David S. Eisenberg
12       3550 North Central Avenue, Suite 1155
         Phoenix, AZ 85012
13


14   For the Defendant Vaught:

15       JOY BERTRAND, LLC
         By:  Ms. Joy M. Bertrand
16       P.O. Box 2734
         Scottsdale, AZ 85252
17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

**P R O C E E D I N G S**

1
2       THE COURT: Okay. So we're on the record but outside
3  the presence of the jury.
4       Mr. Padilla, I've been told you're not feeling well;
5  is that correct?
6       MR. PADILLA: Correct.
7       THE COURT: Okay. So what's going on?
8       MR. PADILLA: I just feel like lightheaded and a
9  little queasy and I was sweating a lot, but I don't know if
10 it's because I was outside in the heat, so it's -- it's -- I'm
11 starting to feel a little bit better now that I came into the
12 air-conditioning.
13      THE COURT: Okay. Let me ask you -- I don't want any
14 personal information -- but, generally, do you have any health
15 conditions that cause you to feel like this on a regular basis
16 or is this unusual?
17      MR. PADILLA: Not on a regular basis, but it's
18 possible. I take a lot of medication for different stuff.
19      THE COURT: Okay. That was my next question --
20      MR. PADILLA: Yeah.
21      THE COURT: -- is there any medication? So sometimes
22 does your medication make you feel like this?
23      MR. PADILLA: Maybe. It's hard to say. Like, I don't
24 know if -- I can't think of a time where it was exactly like
25 this, but I do -- I do get lightheaded sometimes from blood

1  pressure medicine so...
2         THE COURT:  Okay.  And we don't know -- have you taken
3  your temperature?
4         MR. PADILLA:  No.
5         THE COURT:  Okay.  Mr. Eisenberg.
6         MR. EISENBERG:  Yes, Your Honor.  He does have a
7  comorbidity for COVID and I'm very concerned about that.  He
8  has received vaccine lately.  I don't know the exact date.  He
9  did supply the Court, through me, with the recent test in which
10 he -- there was no indication that he had COVID.
11        I'm very concerned, not only for him, of course, I am
12 concerned for him, but for everybody in this courtroom.  And
13 I'm concerned for myself because I have certain indicia that
14 would be conducive to comorbidity as well, not the least of
15 which is my age.
16        But the point is, Your Honor, I don't think he should
17 be here at this time.  I am more than happy to get him
18 someplace where he can be tested, and because I know we all
19 want to be safe, and I'm sure that is a priority of the Court
20 too, so I'm willing to do that.
21        Your courtroom deputy told me that there is a testing
22 site somewhere in this vicinity, I'm not quite sure where it
23 is, but I'm willing to get him there, get him tested, and get
24 the results if we can do it on a --
25        THE COURT:  I can't hear you.

1     MR. EISENBERG: And get the results so that we can do
2  it on -- as quickly as possible. And I don't mean to impose on
3  the Court, but if the Court has a way of setting that up just
4  to make it easy for us, that's fine, otherwise I'll do it.
5     THE COURT: We don't have -- I mean, I would send you
6  to the same places that I'm sure you're going to arrange for.
7     MR. EISENBERG: CVS, Your Honor, at least in my case.
8     THE COURT: Walgreens has been mine, but lately I
9  can't get in there.
10     Okay. Well, I do think we need to have him tested
11  under this scenario.
12     Does the government want to be heard?
13     MR. RAPP: Well, I don't know if -- if it's possible
14  to put him in another room and watch the proceedings from
15  another room in the same fashion that the jurors were watching
16  it the other day, if they are willing to do that.
17     Obviously, we share the same concerns and -- but we
18  want to have the case go forward. We have witnesses cooling
19  their heels from out of state here, so I can --
20     THE COURT: Mr. Rapp, I can't hear you.
21     MR. RAPP: We have witnesses from out of state, so we
22  want to push forward, but we understand the concerns. And if
23  there is some way in the short term to allow him to watch the
24  proceedings, that would be sufficient for him to be part of the
25  case going forward.

1   I just don't know how fast he could get a -- I know
2   the -- I know I had difficulty getting in for a rapid test on a
3   moment's notice.  I can't imagine that he would be able to do
4   that this morning.
5   MR. EISENBERG:  It seems to me, Your Honor, that
6   expediency is not the answer to this, nor do I want my client
7   in a room other than myself.  I wouldn't be able to talk to
8   him.  And I think everybody in this courtroom is concerned, and
9   everybody ought to be concerned, with making sure that none of
10  us have an issue that arises out of this.  So, to me, it's --
11  safety is of the utmost concern.
12  THE COURT:  All right.  So, Mr. Eisenberg, why don't
13  we recess for you to figure out when and where you can get a
14  test for your client.
15  Let's -- so he's not sitting out in the heat, let's
16  have him sit in the room out back there so he's at least in the
17  air-conditioning, and then we'll just have to wipe it down with
18  -- and clean it when he leaves, but that way he's not sitting
19  in the heat --
20  MR. EISENBERG:  I appreciate --
21  THE COURT:  -- while we figure that out.
22  MR. EISENBERG:  I appreciate Your Honor's concern.
23  THE COURT:  So once you figure that out, let me know
24  and I'll come back in and we'll figure out how long we have to
25  recess.

1    MR. EISENBERG:  Thank you, Your Honor.
2    THE COURT:  Okay.
3    (Court stands in recess 8:49 a.m. - 9:12 a.m.)
4    THE COURT:  So I heard you found a walk-in place, but
5    what I forgot to ask is is it a rapid test?
6    MR. EISENBERG:  Yes, Your Honor.  I don't think it
7    makes any sense other than a rapid test.
8    THE COURT:  Well, that's why I wanted to just make
9    sure.
10   MR. EISENBERG:  Yeah, it is.
11   THE COURT:  All right.  So are all our jurors here,
12   Elaine?
13   COURTROOM DEPUTY:  Yes, ma'am.
14   THE COURT:  So I'm going to call them in and just let
15   them know that someone is not feeling well.  Out of an
16   abundance of caution, we're going to recess for the day and
17   have him tested and then --
18   MR. EISENBERG:  Are you going to recess for the day,
19   Your Honor?
20   THE COURT:  Yes.
21   MR. EISENBERG:  Okay.  All right.
22   THE COURT:  Yes.  Well, I suppose, theoretically, he
23   could feel better and test negative.
24   MR. EISENBERG:  I think it best, Your Honor, that it
25   just be for the day, because even if he isn't -- even if he

1  tests negative, I don't think it -- I don't want him sitting
2  next to me if he's not feeling well.
3          THE COURT:  Well, but he's taking medicine that he
4  said could make him feel like this.
5          MR. EISENBERG:  I don't know.  I don't know the
6  prognosis, Judge.  Just out of an abundance of caution, I agree
7  with the one-day adjournment, but we are going to get the rapid
8  test and --
9          THE COURT:  Okay.  All right.  And for future
10 planning, September 23rd and 24th are -- those were so that I
11 could go out of state for a wedding, which I am now cancelling,
12 so we should plan to use those days.
13         MS. BERNSTEIN:  Your Honor, I have booked travel,
14 because I have a pediatrician appointment for my daughter, so
15 we can figure it out as it gets closer, but I do have to be in
16 San Diego for some vaccines for her on the 24th.
17         THE COURT:  Okay.  Then the 23rd -- when are you
18 supposed to leave?
19         MS. BERNSTEIN:  I'm supposed to leave on the 23rd.
20 The appointment is early.  I can probably leave later in the
21 day, but I did just want the Court to know I can't reschedule
22 that.
23         THE COURT:  Well, see if you can move your flight to
24 later in the day.
25         MS. BERNSTEIN:  I will.  Thank you.

1           THE COURT:  And so we'll plan the 23rd.
2           Can you bring the jury in.
3           MR. RAPP:  Your Honor, can we be heard on scheduling
4    briefly after the jury is excused?
5           THE COURT:  Sure.
6           (9:19 a.m., the jury entered the courtroom.)
7           THE COURT:  Thank you.  Please be seated.
8           All right.  We are back on the record with the jury
9    present.
10          Ladies and gentlemen, one -- Mr. Padilla, one of the
11   defendants, was not feeling well this morning.  After
12   discussion, and out of an abundance of caution, I'm going to
13   send him for a COVID test, just to make sure.
14          We all tested negative before we started this, but
15   since he's not feeling well, we're going to have him tested
16   again and we're going to recess for the day.  So you can all go
17   home for the day.
18          Elaine, do you have everybody's number?
19          COURTROOM DEPUTY:  I have everyone except for -- there
20   was three on the list --
21          THE COURT:  Okay.  So I'm going to make sure that --
22   or I'm going to ask you to make sure that Elaine has your phone
23   number.  Plan on being here at nine, but if for some reason he
24   tests positive, then we would call you and let you know and let
25   you know the plan.

1          Also, because of today, I think on the trial calendar
2    you were given the 23rd and 24th and 27th were not trial days.
3    I'm now adding the 23rd back onto the calendar, so I wanted to
4    let you know that ahead of time.
5          And I think that's it, so you're free to go for the
6    day.  Thank you.
7          (9:21 p.m., the jury left the courtroom.)
8          THE COURT:  All right.  We're outside the presence of
9    the jury.
10         Mr. Rapp.
11         MR. RAPP:  Yes, Judge.  So currently we have,
12   obviously, on the stand, Agent Fichtner.  He's law enforcement.
13   If we reconvene tomorrow and proceed at nine, we would like to
14   go with him for about an hour, and then take him off the stand
15   and then put on two out-of-state, a victim and her mother.
16   They're from the southeast.  Agent Fichtner is from California.
17         We talked to Agent Fichtner about his schedule, and
18   believe that he would be able to resume either on Friday if --
19   if we finish with the two witnesses, or perhaps next week, so
20   we'd like to do that.
21         The second thing is, I believe -- and Mr. Lincenberg
22   will correct me if I'm wrong, because I wasn't really part of
23   the discussion -- but I think that he, if you recall, he
24   requested half day on Wednesday, the 15th, but I believe that
25   he is willing to have the case go the full day and Mr. Pan --

1   Gopi is going to fill in in his stead, so just two -- two areas
2   that I would like to have the Court consider for scheduling
3   purposes.
4          THE COURT: And that's the Svendgards?
5          MR. RAPP: Yes, so that's Jessika and Nacole
6   Svendgard.
7          THE COURT: Okay.
8          MR. LINCENBERG: On the second part, Mr. Rapp is
9   correct. I will say, I'm not sure I discussed it with all my
10  co-counsel, but I was talking with Mr. Rapp about next week.
11  The Court was kind enough to call a half day the day before Yom
12  Kippur. And I went over to Mr. Rapp and I said, if you can
13  give me a sense of who the witnesses are on that Friday, and on
14  the Friday the day afterwards, because I am certainly not going
15  to do any preparation on Yom Kippur, and even the afternoon of
16  the Wednesday, number one, I might not object to -- if you want
17  to, you know, take and use that half day, or part of that
18  Wednesday afternoon, Mr. Panchapakesan can cover it and so
19  forth. So as long as we have a sense of -- and I think
20  Mr. Rapp indicated what he thought was the general nature of
21  the witnesses that would be on that Wednesday and Friday, and
22  if we could work that out, I know the Court is trying to move
23  the case forward, and so we had that discussion. It wasn't all
24  resolved, but I wanted to alert the Court.
25         THE COURT: Okay. So we'll touch base on that again

1    later after you have some more discussions.
2             MR. LINCENBERG:  Right, when I get a little better
3    sense of who the witnesses will be.
4             THE COURT:  Okay.  And so I will allow the government
5    to call those two witnesses sort of out of order in the middle
6    of the agent's testimony.
7             Does anybody from the defense team want to put an
8    objection on the record?
9             MR. LINCENBERG:  No.
10            MS. BERNSTEIN:  I think I will object just for the
11   record.  I understand that the scheduling and also the sickness
12   is going to disrupt things, and understand the Court will
13   proceed that way, but it does disrupt the testimony.  And I
14   think it is clearer if a witness does direct and cross before
15   they hear from another witness just to not prejudice the
16   defense.
17            THE COURT:  Okay.  Over objection, I'll allow it.
18            Okay.  So, Mr. Eisenberg, if you can call the Court as
19   soon as possible when you find out the test results and we'll
20   figure out how to proceed.
21            MR. EISENBERG:  Right, Your Honor.  I have
22   Ms. Garcia's number and I'll call that number.
23            THE COURT:  Okay.  Thank you.
24            MR. EISENBERG:  Thank you.
25            (Proceedings concluded at 9:26 a.m.)

C E R T I F I C A T E

   I, CHRISTINE M. COALY, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

   I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

   DATED at Phoenix, Arizona, this 24th day of September, 2021.


                    /s/ Christine M. Coaly_____
                    Christine M. Coaly, RMR, CRR