IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>   Defendant. | No. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

  The Court having reviewed the Government's Motion to Confirm Trial Subpoenas, and good cause appearing,

  **IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas.

  **IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of February 9, 2022.