1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile: (949) 369-3701
5  tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
   *Attorneys for James Larkin*
7
8  Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice)*
   Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice)*
9  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
10 Buffalo, New York 14202
   Telephone: (716) 849-1333
11 Facsimile: (716) 855-1580
12 pcambria@lglaw.com
   emccampbell@lglaw.com
13 *Attorneys for Michael Lacey*

14 Additional counsel listed on next page
15

16              IN THE UNITED STATES DISTRICT COURT

17                 FOR THE DISTRICT OF ARIZONA

18

19 | United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
20 | Plaintiff, | **DEFENDANTS' REPLY IN SUPPORT** |
21 | vs. | **OF DEFENDANTS' PROPOSED CHANGES TO JUROR** |
22 | Michael Lacey, *et al.*, | **QUESTIONNAIRE** |
23 | Defendants. | (Oral argument requested) |
24
25
26
27
28

1   Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
    Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
2   Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW PC
4   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5   Telephone: (310) 201-2100
6   Facsimile: (310) 201-2110
    glincenberg@birdmarella.com
7   aneuman@birdmarella.com
    gpanchapakesan@birdmarella.com
8   *Attorneys for John Brunst*
9
    Bruce Feder (AZ Bar No. 004832)
10  FEDER LAW OFFICE PA
    2930 E. Camelback Road, Suite 160
11  Phoenix, Arizona 85016
12  Telephone: (602) 257-0135
    bf@federlawpa.com
13  *Attorney for Scott Spear*
14
    David Eisenberg (AZ Bar No. 017218)
15  DAVID EISENBERG PLC
    3550 N. Central Ave., Suite 1155
16  Phoenix, Arizona 85012
17  Telephone: (602) 237-5076
    Facsimile: (602) 314-6273
18  david@deisenbergplc.com
    *Attorney for Andrew Padilla*
19
20  Joy Malby Bertrand (AZ Bar No. 024181)
    JOY BERTRAND ESQ LLC
21  P.O. Box 2734
22  Scottsdale, Arizona 85252
    Telephone: (602)374-5321
23  Facsimile: (480)361-4694
    joy.bertrand@gmail.com
24  *Attorney for Joye Vaught*

25

26

27

28

1    Defendants and the government agree: prostitution ads that propose sex for money are not

2    constitutionally protected.[1]   Doc. 1360 at 2:19-23.   However, the fundamental, foundational

3    presumption that the government continues to misunderstand and misrepresent to the Court is

4    that *the First Amendment protects Defendants unless the government proves otherwise*,

5    beyond a reasonable doubt, with admissible evidence.  The government has the presumption

6    backwards when it argues that ads are illegal and unprotected and puts a burden to show otherwise

7    on Defendants.  Instead, *ads are presumed legal and protected with the burden squarely on*

8    *the government to prove otherwise*.

9    Put simply, the government must **prove** that which it asks this Court to erroneously

10   **presume** – that the ads at issue were in fact for sex for money prostitution and that Defendants

11   knew this at the time the ads were published – **before** the government can say that the First

12   Amendment and constitutional protections do not apply to Defendants' publishing.

13   Defendants maintain their request for oral argument to the extent the Court disagrees with

14   Defendants' proposed revisions contained in Doc. No. 1348 or is inclined to accept any changes

15   proposed by the government but objected to by Defendants in Doc. 1352.

16

17   RESPECTFULLY SUBMITTED this 25th day of October 2021,

18                                           BIENERT KATZMAN LITTRELL
                                             WILLIAMS LLP
19                                           *s/ Whitney Z. Bernstein*
20                                           Thomas H. Bienert, Jr.
                                             Whitney Z. Bernstein
21                                           Attorneys for James Larkin

22

23

24   [1]    An ad that proposes lawful activity, but actually is associated with prostitution, *is*
     constitutionally protected.  *Valle Del Sol Inc. v. Whiting*, 709 F.3d 808, 822 (9th Cir. 2013) ("*Central*
25   *Hudson*'s legality requirement [] has traditionally focused on the content of affected speech—*i.e.,*
     *whether the speech proposes an illegal transaction—instead of whether the speech is associated with unlawful activity*.)
26   (emphasis added); *Backpage.com, LLC v. McKenna*, 881 F. Supp. 2d 1262, 1281 (W.D. Wash. 2012)
27   ("The third-party publication of offers to engage in illegal transactions does not fall within 'well-
     defined and narrowly limited classes of speech' that fall outside of First Amendment protection.")
28   (quoting *Chaplinsky v. New Hampshire*, 315 U.S. 568, 571-72 (1942)).

1 | *Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) §*

2 | *II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

3

4 | LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*

5 | Paul J. Cambria, Jr.
Erin McCampbell Paris

6 | Attorneys for Michael Lacey

7 | BIRD MARELLA BOXER WOLPERT
NESSIM DROOKS LINCENBERG AND

8 | RHOW PC
*s/ Gary S. Lincenberg*

9 | Gary S. Lincenberg
Ariel A. Neuman

10 | Gopi K. Panchapakesan

11 | Attorneys for John Brunst

12

13 | FEDER LAW OFFICE PA
*s/ Bruce Feder*

14 | Bruce Feder
Attorneys for Scott Spear

15

16 | DAVID EISENBERG PLC
*s/ David Eisenberg*

17 | David Eisenberg
Attorneys for Andrew Padilla

18

19 | JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*

20 | Joy Bertrand
Attorneys for Joye Vaught

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas