1  Jonathan Baum (CA State Bar No. 303469)
   BOERSCH & ILLOVSKY LLP
2  1611 Telegraph Ave., Suite 806
   Oakland, CA 94612
3  Tel: (415) 500-6640
4  jonathan@boersch-illovsky.com

5  Attorney for Movant Carl Ferrer

6
                    IN THE UNITED STATES DISTRICT COURT
7
                        FOR THE DISTRICT OF ARIZONA
8

9
   United States of America,                  CASE NO. 2:18-CR-422-PHX-DJH
10
                                               **NOTICE OF CHANGE OF FIRM
                        Plaintiff,             NAME AND ADDRESS**
11
12          v.

13 Michael Lacey, et al.,

14
                        Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                   Case No. 2:18-CR-422-PHX-DJH
                                         NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

1    To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2         Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3    and contact information (including email) for Jonathan Baum as attorney for Movant

4    Carl Ferrer in the above-captioned case has changed. The new firm information is:

5

6         Jonathan Baum
          BOERSCH & ILLOVSKY LLP
7         1611 Telegraph Ave., Suite 806
          Oakland, CA 94612
8         Tel: (415) 500-6640
9         jonathan@boersch-illovsky.com

10

11

12

13

14

15    Dated:  Nov. 22, 2021              Respectfully submitted,

16                                       BOERSCH & ILLOVSKY LLP

17

18                                       By  */s/ Jonathan Baum*
                                             Jonathan Baum
19                                           Attorney for Movant Carl Ferrer

20

21

22

23

24

25

26

27

28

                                    NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I certify that on this day of Nov. 22, 2021, I electronically transmitted a PDF

3

version of this document to the Clerk of Court, using the CM/ECF System, for filing and

4

for transmittal of a Notice of Electronic Filing to the attorneys of record.

5

6

7

*/s/ Jonathan Baum*

Jonathan Baum

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:18-CR-422-PHX-DJH

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS