Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANTS' SUPPLEMENTAL CITATIONS RE: DEC. 3, 2021 ORAL ARGUMENT ON PENDING MOTION TO DISMISS (DKT. 1355)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

At oral argument before the Court on Dec. 2, 2021 (Dkt. 1426) regarding Defendants' pending motion to dismiss (Dkt. 1355), defense counsel referenced the *Fern* case and correspondence with the government about missing *Brady* materials.  As counsel did not cite the *Fern* case or note the docket entries for the quoted correspondence, Defendants submit this supplement to provide that information.  The full case cite is *United States v. Fern*, 155 F.3d 1318 (11th Cir. 1998).  Defense counsel quoted from the government's August 2, 2021 letter that was previously filed with the Court at Dkt. 1284 at Exhibit I at 2.  Defense counsel's letter that precipitated that letter is also in the record at Dkt. 1281-7.

RESPECTFULLY SUBMITTED this 7th day of December 2021,

>BIENERT KATZMAN LITTRELL WILLIAMS LLP
>*s/ Whitney Z. Bernstein*
>Thomas H. Bienert, Jr.
>Whitney Z. Bernstein
>Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

>LIPSITZ GREEN SCIME CAMBRIA LLP
>*s/ Paul J. Cambria, Jr.*
>Paul J. Cambria, Jr.
>Erin McCampbell Paris
>Attorneys for Michael Lacey

>BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
>*s/ Ariel A. Neuman*
>Gary S. Lincenberg
>Ariel A. Neuman
>Gopi K. Panchapakesan
>Attorneys for John Brunst

>FEDER LAW OFFICE PA
>*s/ Bruce Feder*
>Bruce Feder
>Attorneys for Scott Spear

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. An electronic version of the filing was emailed to registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas