1  Jonathan Baum (CA State Bar No. 303469)
STEPTOE & JOHNSON LLP
2  1 Market St., Suite 3900
San Francisco, CA 94105
3  Tel: (415) 365-6748
4  jbaum@steptoe.com

5  Attorney for Movant Carl Ferrer

6

7            IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF ARIZONA
8

9

10  United States of America,                    CASE NO. 2:18-CR-422-PHX-DJH

11                   Plaintiff,          **NOTICE OF CHANGE OF FIRM
                                          NAME AND ADDRESS**
12         v.

13  Michael Lacey, et al.,

14                   Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          Case No. 2:18-CR-422-PHX-DJH

1    To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2    Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3    and contact information (including email) for Jonathan Baum as attorney for Movant

4    Carl Ferrer in the above-captioned case has changed. The new firm information is:

5

6    Jonathan Baum
     STEPTOE & JOHNSPN LLP
7    1 Market St., Suite 3900
     San Francisco, CA 94105
8    Tel: (415) 365-6748
9    jbaum@steptoe.com

10

11

12

13

14

15   Dated:  Jan. 20, 2022            Respectfully submitted,

16                                    STEPTOE & JOHNSON LLP

17

18                                    By  /s/ Jonathan Baum
                                          Jonathan Baum
19                                        Attorney for Movant Carl Ferrer

20

21

22

23

24

25

26

27

28

                                          i          Case No. 2:18-CR-422-PHX-DJH

1

**CERTIFICATE OF SERVICE**

2          I certify that on this day of Jan. 20, 2022, I electronically transmitted a PDF

3    version of this document to the Clerk of Court, using the CM/ECF System, for filing and

4    for transmittal of a Notice of Electronic Filing to the attorneys of record.

5

6

7      */s/ Jonathan Baum*
        Jonathan Baum
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS