| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 13 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

MICHAEL LACEY; et al.,

        Defendants - Appellants.

No. 22-10000

D.C. Nos. 2:18-cr-00422-DJH-1,
2:18-cr-00422-DJH-2,
2:18-cr-00422-SMB-3,
2:18-cr-00422-SMB-4,
2:18-cr-00422-SMB-6,
2:18-cr-00422-SMB-7

U.S. District Court for Arizona, Phoenix

**MANDATE**

     The judgment of this Court, entered September 21, 2022, takes effect this date.

     This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                             FOR THE COURT:

                             MOLLY C. DWYER
                             CLERK OF COURT

                             By: David J. Vignol
                             Deputy Clerk
                             Ninth Circuit Rule 27-7