Thomas H. Bienert, Jr. *(admitted pro hac vice)*
  tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
  wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Attorneys for James Larkin*

Paul J. Cambria, Jr. *(admitted pro hac vice)*
  pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
  eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE** |

| | |
|---|---|
| 1 | Bruce S. Feder (AZ Bar No. 004832) |
| |    bf@federlawpa.com |
| 2 | FEDER LAW OFFICE, P.A. |
| | 2930 E. Camelback Road, Suite 160 |
| 3 | Phoenix, Arizona 85016 |
| | Telephone: (602) 257-0135 |
| 4 | |
| | *Attorney for Scott Spear* |
| 5 | |
| | Gary S. Lincenberg *(admitted pro hac vice)* |
| 6 |    glincenberg@birdmarella.com |
| | Ariel A. Neuman *(admitted pro hac vice)* |
| 7 |    aneuman@birdmarella.com |
| | Gopi K. Panchapakesan *(admitted pro hac vice)* |
| 8 |    gpanchapakesan@birdmarella.com |
| | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| 9 | DROOKS, LINCENBERG & RHOW, P.C. |
| | 1875 Century Park East, 23rd Floor |
| 10 | Los Angeles, California 90067-2561 |
| | Telephone: (310) 201-2100 |
| 11 | Facsimile: (310) 201-2110 |
| 12 | *Attorneys for John Brunst* |
| 13 | David Eisenberg (AZ Bar No. 017218) |
| |    david@deisenbergplc.com |
| 14 | DAVID EISENBERG PLC |
| | 3550 N. Central Ave., Suite 1155 |
| 15 | Phoenix, Arizona 85012 |
| | Telephone: (602) 237-5076 |
| 16 | Facsimile: (602) 314-6273 |
| 17 | *Attorney for Andrew Padilla* |
| 18 | Joy Malby Bertrand (AZ Bar No. 024181) |
| |    joy.bertrand@gmail.com |
| 19 | JOY BERTRAND ESQ LLC |
| | PO Box 2734 |
| 20 | Scottsdale, Arizona 85252 |
| | Telephone: (602) 374-5321 |
| 21 | Facsimile: (480) 361-4694 |
| 22 | *Attorney for Joye Vaught* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

On October 27, 2022, counsel for Defendants and the government met and conferred to discuss a trial schedule, as directed in this Court's order at Dkt. 1470.  Given defense counsel's other trial conflicts set forth below, the parties request that the Court start trial in this matter in late March or early April 2023.  Defense counsel's ability to commence trial at that time assumes and is conditioned upon defense counsel's criminal trials having concluded in (1) *United States v. Meshkin, et al.* (C.D. Cal.), (2) *State v. Henson, et al.* (Maricopa County Superior Court), and (3) *United States v. Caruso, et al.* (D. Ariz.).  Additionally, if trial begins in late March or early April 2023, the parties agree to be dark on April 10 for Mr. Cambria's religious observance and on April 28 for Mr. Bienert's son's college graduation.  For the Court's reference, defense counsel submits the below chart of conflicts between January 31 and May 19, 2023.

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *U.S. v. Meshkin, et al.*, 8:21-CR-00112-JLS – Thomas Bienert, Jr. (counsel for James Larkin) | 6 | January 24, 2023 | Central District of California | 6-8 weeks (note that this is the third trial date scheduled in this matter; prior trial dates were Sept. 2021 and Oct. 2022). |
| *U.S. v. John Hutchins, et al.*, 22-CR-42-JLS-JJM – Paul Cambria, Jr. (counsel for Michael Lacey) | 2 | January 27, 2023 (in-person court appearance) | Western District of New York | N/A |
| *State v. Henson, et al.*, Case No. CR2021-002107-009 – Joy Bertrand (counsel for Joye Vaught) | 27 | February 15, 2023 | Maricopa County Superior Court | 30-35 days |
| *U.S. v. Caruso, et al.*, CR-20-165-PHX-JJT – David Eisenberg (counsel for Andrew Padilla) | 2 | March 21, 2023 | District of Arizona | 2 weeks |

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *H-Indy, LLC, et al. v. The Department of Business & Neighborhood Services of the Consolidated City of Indianapolis, Indiana, et al.,* Case No. 49D12-1805-PL-020443 – Paul Cambria, Jr. (counsel for Michael Lacey) | | March 21-22, 2023 | Marion County Superior Court | 2 days (action commenced on May 24, 2018) |
| *U.S. v. Quiboloy, et al.*, 2:20-CR-00079 – Thomas Bienert, Jr. (counsel for James Larkin), Gary Lincenberg & Gopi Panchapakesan (counsel for John Brunst) | 8 | March 21, 2023 | Central District of California | at least 3 weeks (note that there is a joint stipulation pending to continue trial to 2024) |
| Arbitration – David Eisenberg (counsel for Andrew Padilla) | | April 17 – April 28, 2023 | | |
| *Harrison v. Lambrecht, et al.,* Case No. CV2017-012162 – Bruce Feder (counsel for Scott Spear) | 3 | May 16, 2023 | Maricopa County Superior Court | 2 weeks (note that trial in this matter has been continued at least 3 times because of potential conflicts with the instant case) |
| Other commitments | | Feb. 28 - March 4 (ABA White Collar Crime Conference) – Mr. Lincenberg<br><br>March 2-6 (charitable commitments) – Mr. Cambria<br><br>April 10 (religious observance) – Mr. Cambria | | |

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| Other commitments (con.) | | April 25-26 (S.D. Cal. District Conference) – Ms. Bernstein<br><br>April 28 (son's college graduation) – Mr. Bienert | | |

DATED:  October 28, 2022              Respectfully submitted,

                                       Thomas H. Bienert Jr.
                                       Whitney Z. Bernstein
                                       Bienert Katzman Littrell Williams LLP

                                       By:  */s/ Whitney Z. Bernstein*
                                             Whitney Z. Bernstein
                                             Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  October 28, 2022              Gary S. Lincenberg
                                       Ariel A. Neuman
                                       Gopi K. Panchapakesan
                                       Bird, Marella, Boxer, Wolpert, Nessim,
                                       Drooks, Lincenberg & Rhow, P.C.

                                       By:  */s/ Gary S. Lincenberg*
                                             Gary S. Lincenberg
                                             Attorneys for John Brunst

| | | |
|---|---|---|
| 1 | DATED:  October 28, 2022 | Paul J. Cambria |
| 2 | | Erin McCampbell Paris |
| | | Lipsitz Green Scime Cambria LLP |
| 3 | | |
| | | By: */s/ Paul J. Cambria* |
| 4 | | Paul J. Cambria |
| 5 | | Attorneys for Michael Lacey |

DATED:  October 28, 2022        Feder Law Office, P.A.

By: */s/ Bruce S. Feder*
    Bruce S. Feder
    Attorney for Scott Spear

DATED:  October 28, 2022        The Law Office of David Eisenberg, PLC

By: */s/ David Eisenberg*
    David Eisenberg
    Attorney for Andrew Padilla

DATED:  October 28, 2022        Joy Bertrand Esq. LLC

By: */s/ Joy Malby Bertrand*
    Joy Malby Bertrand
    Attorney for Joye Vaught

DATED:  October 28, 2022        GARY M. RESTAINO
                                United States Attorney
                                District of Arizona

By: */s/ Andrew C. Stone*
    Assistant U.S. Attorney

ANDREW C. STONE
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DAN G. BOYLE
Assistant U.S. Attorneys

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
Trial Attorney
U.S. Department of Justice, Criminal Division

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

              */s/ Whitney Z. Bernstein*

              Whitney Z. Bernstein