Gary S. Lincenberg *(admitted pro hac vice)*
   glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
   aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
   gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CASE NO. 2:18-cr-00422-004-PHX-DJH<br><br>**MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY VIRTUAL TELECONFERENCE AT MAY 22, 2023 HEARING**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Date:  May 22, 2023<br>Time:  11:00 A.M.<br>Crtrm.:  506<br><br>Assigned to Hon. Diane J. Humetewa<br><br>Trial Date:       August 8, 2023 |

3867186.1

Defendant John Brunst, by and through his undersigned counsel, seeks leave to attend the May 22, 2023 Hearing on Defendants' Motion to Dismiss Superseding Indictment by virtual teleconference.

As the government has seized the majority of Mr. Brunst's assets, he has insufficient funds available to cover the fees and costs for the re-trial of this case, any appeals, and litigation of the related consolidated civil forfeiture matter, and is seeking to preserve resources as much as possible.  Mr. Brunst therefore requests that undersigned counsel be permitted to appear at the May 22, 2023 hearing virtually.

The Government does not object to Mr. Brunst's request.

DATED:  May 9, 2023

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: */s/ Gopi K. Panchapakesan*
Gopi K. Panchapakesan
Attorneys for Defendant John Brunst

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By:     */s/ Gopi K. Panchapakesan*
          Gopi K. Panchapakesan
      Bird, Marella, Boxer, Wolpert, Nessim,
      Drooks, Lincenberg & Rhow, P.C.