# Exhibit A

CR 09-01492-PHX-ROS, January 3, 2013 A.M.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| **United States of America**, ) | |
| ) Plaintiff, ) | |
| vs. ) | |
| ) | CR 09-01492-PHX-ROS |
| **Duane Hamblin Slade, et al.**, ) | |
| ) Defendants. ) | |
| ) | Phoenix, Arizona |
| ) | January 3, 2013 |
| ) | 8:44 a.m. |
| _____ ) | |

**BEFORE:   THE HONORABLE JACK ZOUHARY, JUDGE**

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>
<u>**JURY TRIAL**</u>
<u>**Day 2 - A.M. SESSION**</u>

(Pages 171-290)

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 35
Phoenix, Arizona  85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

| | | |
|---|---|---|
| 1 | I don't want to rehash it.  I think we've gone around the block | 08:45:54 |
| 2 | a couple of times.  If there's something unclear, I'll be happy | |
| 3 | to clarify it.  If you have a case for me, please show it to me | |
| 4 | as well as opposing counsel.  Don't know what else to say. | |
| 5 |             MR. JONES:  Okay.  I would rather have a little while | 08:46:08 |
| 6 | longer to look at that, but I don't think it's going to come up | |
| 7 | today. | |
| 8 |             THE COURT:  I suspected. | |
| 9 |             Anything else? | |
| 10 |             MR. SEXTON:  Judge, I just want to make sure I | 08:46:20 |
| 11 | understand your style of exhibit entry.  It looks like it's | |
| 12 | fairly fast in the sense of foundation.  They have advanced | |
| 13 | notice of the exhibits and the order Weaver presenting them in. | |
| 14 | If they have an objection, they will interpose it.  I assume | |
| 15 | it's the same waive going about this in the sense of saying | 08:46:39 |
| 16 | look at this exhibit number one.  Do you recognize it?  I offer | |
| 17 | it into evidence.  They can stand up at that time. | |
| 18 |             THE COURT:  Oh, boy.  No, you were not part of the | |
| 19 | conversation I had a while ago with everyone.  We're going to | |
| 20 | make this easy.  Easy for you, easy for the Court, Court | 08:46:56 |
| 21 | personnel and most of all, easy for the jury. | |
| 22 |             If you have -- let me go back to page one.  You have | |
| 23 | had an opportunity to look at each other's exhibits for the | |
| 24 | most part.  I indicated to you that anyone could display an | |
| 25 | exhibit, even if it had not yet been admitted to the jury | 08:47:19 |

United States District Court

| | | |
|---|---|---|
| 1 | because you are going to let me know ahead of time those | 08:47:21 |
| 2 | exhibits to which you were going to have an objection.  That's | |
| 3 | number one. | |
| 4 | Number two.  If you have an objection to an exhibit | |
| 5 | that you believe is upcoming, give me a heads-up.  We will take | 08:47:33 |
| 6 | care of that objection outside the presence of the jury.  Now, | |
| 7 | I understand sometimes you may not know if you're going to | |
| 8 | object because you don't know what the witness is going to say | |
| 9 | and I understand that.  And for those limited situations, we | |
| 10 | will take care of that at sidebar.  Admission of exhibits for | 08:47:50 |
| 11 | the most part, will be done by counsel and Court personnel | |
| 12 | without me in the courtroom and without the jury in the | |
| 13 | courtroom because you're merely going to read into the record | |
| 14 | those exhibits to which there is no objection and you don't | |
| 15 | need me.  If there are arguments on certain exhibits, please | 08:48:09 |
| 16 | let me Christine know.  We will set aside time during the | |
| 17 | course of any day to handle those objections and admissions or | |
| 18 | exclusions outside the presence of the jury.  I want to | |
| 19 | maximize the use of court time while the jury is here.  I don't | |
| 20 | want them to be bogged down with our administrative issues. | 08:48:30 |
| 21 | Does that help? | |
| 22 | MR. SEXTON:  That is helpful. | |
| 23 | THE COURT:  So that means you just show your own | |
| 24 | exhibits to the witness and you don't need to look to opposing | |
| 25 | counsel to me or ask to approach or -- just do it? | 08:48:46 |

| | | |
|---|---|---|
| 1 | MR. SEXTON:  As to defense exhibits on cross, we got | 08:48:56 |
| 2 | some last night at midnight.  I hope to be able to review those | |
| 3 | during the lunch hour and be able to let you know before the | |
| 4 | lunch hour whether we need to discuss any of those.  It depends | |
| 5 | on -- I'll have to talk with them.  Are you really going to put | 08:49:07 |
| 6 | these in or not.  So that's all I wanted to alert you to. | |
| 7 | THE COURT:  I'm sympathetic to that and, again, I | |
| 8 | hope we can do this efficiently without taking up the jurors' | |
| 9 | times on matters that we could otherwise take up outside their | |
| 10 | presence. | 08:49:28 |
| 11 | MR. SEXTON:  Thank you for the clarifications. | |
| 12 | MR. LANZA:  Your Honor, one minor administrative | |
| 13 | point, somebody on our team tried to -- | |
| 14 | THE COURT:  It's already been taken care of.  They | |
| 15 | have been allowed to come up with the camera.  I don't know | 08:49:45 |
| 16 | where they are but we did clear with the security.  Someone | |
| 17 | from the Postal Service. | |
| 18 | MR. LANZA:  Correct.  Thank you. | |
| 19 | THE COURT:  It's nice to know they have a job. | |
| 20 | MR. SEXTON:  Nothing more from us, Judge. | 08:50:03 |
| 21 | THE COURT:  What we'll do is I'll go grab some | |
| 22 | papers, come back in a couple of minutes.  If your first | |
| 23 | witness is ready, I think what we'll do is swear in that | |
| 24 | witness even before we bring in the jury and so that we can | |
| 25 | just start fresh and jet off to a fast start. | 08:50:20 |