Gary S. Lincenberg *(admitted pro hac vice)*
 glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
 aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
 gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Paul J. Cambria, Jr. *(admitted pro hac vice)*
 pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
 eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CASE NO. 2:18-cr-00422-004-PHX-DJH<br><br>**OBJECTION TO PROPOSED STATEMENT OF THE CASE (DKT. 1656)**<br><br>Date: August 4, 2023<br>Time: 1:00 P.M.<br>Crtrm.: Special Proceedings Courtroom<br><br>Assigned to Hon. Diane J. Humetewa<br><br>Trial Date:   August 8, 2023 |

1  Eric W. Kessler, 009158
      eric.kesslerlaw@gmail.com
2  Kessler Law Group
   6720 N. Scottsdale Rd., Suite 210
3  Scottsdale, AZ  85253
   Telephone: (480) 644-0093
4  Facsimile: (480) 644-0095

5  Bruce S. Feder, 004832
      bf@federlawpa.com
6  FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
7  Phoenix, Arizona 85016
   Telephone: (602) 257-0135
8
   Attorney for Defendant Scott Spear
9
   David Eisenberg, 017218
10    david@deisenbergplc.com
   DAVID EISENBERG PLC
11 3550 N. Central Ave., Suite 1155
   Phoenix, Arizona 85012
12 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
13
   Attorney for Defendant Andrew Padilla
14
   Joy Malby Bertrand, 024181
15    joy.bertrand@gmail.com
   JOY BERTRAND ESQ LLC
16 PO Box 2734
   Scottsdale, Arizona 85252
17 Telephone: (602) 374-5321
   Facsimile: (480) 361-4694
18
   Attorney for Defendant Joye Vaught

19

20

21

22

23

24

25

26

27

28

Defendants object to the Proposed Statement of the Case (Dkt. 1656), specifically to the phrase "various roles in the creation, operation, and management of the website Backpage.com" in the last paragraph of the Statement.  The phrase assumes what the Government seeks to prove at trial regarding Defendants' alleged work with Backpage.com.

Defendants propose the following re-phrasing:  "These charges arise from the Defendants' association with Backpage.com."

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  August 2, 2023

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Gary S. Lincenberg*_____
Gary S. Lincenberg
Attorneys for Defendant John Brunst

DATED:  August 2, 2023

Kessler Law Group

By: _____*/s/ Eric W. Kessler*_____
Eric W. Kessler
Attorney for Defendant Scott Spear

1  DATED: August 2, 2023           Paul J. Cambria
2                                  Erin McCampbell Paris
                                   Lipsitz Green Scime Cambria LLP
3
                                   By:      */s/ Paul J. Cambria*
4                                           Paul J. Cambria
5                                  Attorneys for Defendant Michael Lacey

6
   DATED: August 2, 2023           Feder Law Office, P.A.
7
                                   By:      */s/ Bruce S. Feder*
8                                           Bruce S. Feder
9                                  Attorney for Defendant Scott Spear

10
11 DATED: August 2, 2023           The Law Office of David Eisenberg, PLC

12                                 By:      */s/ David Eisenberg*
                                            David Eisenberg
13                                 Attorney for Defendant Andrew Padilla
14

15 DATED: August 2, 2023           Joy Bertrand Esq. LLC

16                                 By:      */s/ Joy Malby Bertrand*
17                                          Joy Malby Bertrand
                                   Attorney for Defendant Joye Vaught
18
19
20
21
22
23
24
25
26
27
28