GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANTS' OBJECTION TO THE COURT'S PROPOSED JURY INSTRUCTION RELATING TO THE FIRST AMENDMENT** |
| v. | |
| Michael Lacey, et al., | **[Doc. 1657]** |
| Defendants. | |

Defendants' Objection (Doc. 1657) should be rejected as a thinly veiled effort to rehash the same arguments that Defendants have repeatedly made, without success, throughout this case.

Defendants have cited the same authorities, and made the same arguments, in many filings. *See, e.g.*, Doc. 23 at 7 n.2, 11-12; Doc. 561, Mot. at 4-6, 14-18, 36 n.37, 37-42; Doc. 697, Reply at 8-9 and nn. 9-10; Doc. 1216-3 at 185, 191; Doc. 1222-2 at 1-10; Doc. 1602 at 3-4; Doc. 1612 at 2-3 and n.1; Doc. 1626-3 at 161-64, 169-70, 174, 185-86.

The United States has repeatedly responded. *See, e.g.*, Doc. 649, Resp., *passim*; Doc. 1216-3 at 185-87, 192-94; Doc. 1242 at 4-6; Doc. 1590, Mot. at 1-2; Doc. 1597, Mot at 1-3 and n.2; Doc. 1604, Resp. at 1-3; Doc. 1626 at 152-55, 159-60, 164-67, 170-72, 176-82, 186-87, 194.

The Court has repeatedly rejected Defendants' arguments. At the motion to dismiss stage, the Court ruled that the allegations in the Superseding Indictment (Doc. 230, SI), if proven, show that the 50 ads in Counts 2-51 were for prostitution. Doc. 793 at 9-11. The Court also recognized that "Prostitution ads are ads for illegal transactions," and "[t]he First Amendment does not protect 'offers to engage in illegal transactions.'" Doc. 793 at 14 (citations omitted). The Court found that the Travel Act is not unconstitutionally overbroad or vague as applied in this case. Doc. 793 at 20-22; Doc. 840 at 12-13.

Before the September 2021 trial, Defendants briefed the identical cases that Defendants assert here. *Compare* Doc. 1222-2 *with* Doc. 1657; *see also* Docs. 1236, 1242. After the parties argued these issues, Doc. 1432 at 36:14-66:12, the Court denied Defendants' requested preliminary First Amendment instructions. Doc. 1340 at 25:10-17.

Defendants recapitulated the same cases in their latest appeal. 9th Cir. Case No. 22-1000, DktEntry 11, Op. Br. at 25-28 and nn.29-30. The Ninth Circuit recognized the trial court had rejected Defendants' "extensively" briefed First Amendment motions to dismiss, and also stated the government "had a clear path to prevailing at trial." *United States v. Lacey*, 2022 WL 4363818, at *1-2 (9th Cir. Sept. 21, 2022).

More recently, after considering motion in limine briefs that addressed the same arguments and authorities, Docs. 1590 and 1602, the Court ruled that "to the extent that Defendants seek to invoke their First Amendment rights as a defense to the allegations that they conspired to promote and/or facilitate prostitution through veiled ads for prostitution,

they are prohibited from doing so." Doc. 1643 at 8-9.

    The United States stands on its prior responses to the arguments and authorities that Defendants repeat in Doc. 1657.

    Respectfully submitted this 3rd day of August, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/Peter S. Kozinets*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
DANIEL G. BOYLE
Assistant U.S. Attorneys

AUSTIN M. BERRY
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Brian Wolfe*
Brian Wolfe
U.S. Attorney's Office