# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey et al., | |
| Defendant. | |

As set forth on the record at the Final Pretrial Conference held on July 27, 2023,

**IT IS ORDERED** that of the four hundred forty-four (444) prospective jurors who completed questionnaires, three hundred twenty (320) are stricken for cause.

**IT IS FURTHER ORDERED** that jurors twenty-five (25) and three hundred sixty-six (366) were stricken for cause on August 4, 2023. The following one hundred twenty-two (122) prospective jurors remain:

**Juror Number**

1. 8
2. 23
3. 65
4. 135
5. 136
6. 148
7. 159

| | | |
|---|---|---|
| 8. | 177 | |
| 9. | 192 | |
| 10. | 201 | |
| 11. | 206 | |
| 12. | 220 | |
| 13. | 237 | |
| 14. | 260 | |
| 15. | 280 | |
| 16. | 312 | |
| 17. | 316 | |
| 18. | 324 | |
| 19. | 327 | |
| 20. | 336 | |
| 21. | 337 | |
| 22. | 350 | |
| 23. | 389 | |
| 24. | 410 | |
| 25. | 428 | |
| 26. | 429 | |
| 27. | 430 | |
| 28. | 431 | |
| 29. | 433 | |
| 30. | 457 | |
| 31. | 474 | |
| 32. | 509 | |
| 33. | 545 | |
| 34. | 557 | |

| | | |
|---|---|---|
| 1 | 35. | 559 |
| 2 | 36. | 565 |
| 3 | 37. | 582 |
| 4 | 38. | 611 |
| 5 | 39. | 622 |
| 6 | 40. | 623 |
| 7 | 41. | 654 |
| 8 | 42. | 676 |
| 9 | 43. | 678 |
| 10 | 44. | 686 |
| 11 | 45. | 691 |
| 12 | 46. | 707 |
| 13 | 47. | 710 |
| 14 | 48. | 730 |
| 15 | 49. | 738 |
| 16 | 50. | 818 |
| 17 | 51. | 825 |
| 18 | 52. | 826 |
| 19 | 53. | 849 |
| 20 | 54. | 863 |
| 21 | 55. | 864 |
| 22 | 56. | 874 |
| 23 | 57. | 876 |
| 24 | 58. | 886 |
| 25 | 59. | 930 |
| 26 | 60. | 939 |
| 27 | 61. | 942 |

| | | |
|---|---|---|
| 1 | 62. | 945 |
| 2 | 63. | 958 |
| 3 | 64. | 1018 |
| 4 | 65. | 1028 |
| 5 | 66. | 1032 |
| 6 | 67. | 1087 |
| 7 | 68. | 1093 |
| 8 | 69. | 1114 |
| 9 | 70. | 1161 |
| 10 | 71. | 1164 |
| 11 | 72. | 1172 |
| 12 | 73. | 1193 |
| 13 | 74. | 1204 |
| 14 | 75. | 1215 |
| 15 | 76. | 1224 |
| 16 | 77. | 1241 |
| 17 | 78. | 1242 |
| 18 | 79. | 1299 |
| 19 | 80. | 1316 |
| 20 | 81. | 1331 |
| 21 | 82. | 1356 |
| 22 | 83. | 1364 |
| 23 | 84. | 1370 |
| 24 | 85. | 1397 |
| 25 | 86. | 1398 |
| 26 | 87. | 1412 |
| 27 | 88. | 1417 |

| | | |
|---|---|---|
| 1 | 89. | 1449 |
| 2 | 90. | 1486 |
| 3 | 91. | 1505 |
| 4 | 92. | 1525 |
| 5 | 93. | 1539 |
| 6 | 94. | 1558 |
| 7 | 95. | 1575 |
| 8 | 96. | 1582 |
| 9 | 97. | 1585 |
| 10 | 98. | 1594 |
| 11 | 99. | 1615 |
| 12 | 100. | 1618 |
| 13 | 101. | 1702 |
| 14 | 102. | 1709 |
| 15 | 103. | 1710 |
| 16 | 104. | 1718 |
| 17 | 105. | 1723 |
| 18 | 106. | 1747 |
| 19 | 107. | 1754 |
| 20 | 108. | 1756 |
| 21 | 109. | 1757 |
| 22 | 110. | 1762 |
| 23 | 111. | 1772 |
| 24 | 112. | 1787 |
| 25 | 113. | 1792 |
| 26 | 114. | 1800 |
| 27 | 115. | 1807 |

| | | |
|---|---|---|
| 1 | 116. | 1809 |
| 2 | 117. | 1813 |
| 3 | 118. | 1824 |
| 4 | 119. | 1844 |
| 5 | 120. | 1858 |
| 6 | 121. | 1859 |
| 7 | 122. | 1873 |

Dated this 7th day of August, 2023.

*(signature)*
Honorable Diane J. Humetewa
United States District Judge