Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT JOYE VAUGHT'S OBJECTION TO *FRYE-COOPER* HEARING AND MOTION TO VACATE HEARING** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3882916.1

DEFENDANT JOHN BRUNST'S NOTICE OF JOINDER

1    Defendant John Brunst, by and through his undersigned counsel, joins in Defendant
2 Joye Vaught's Objection to *Frye-Cooper* Hearing and Motion to Vacate Hearing
3 (Dkt. 1681) ("Motion").
4    Mr. Brunst agrees with the arguments made in the Motion.  Mr. Brunst adopts the
5 positions set forth in the Motion as if fully set forth herein.

7 DATED:  August 8, 2023         Respectfully submitted,

                                Gary S. Lincenberg
                                Ariel A. Neuman
                                Gopi K. Panchapakesan
                                Bird, Marella, Boxer, Wolpert, Nessim,
                                Drooks, Lincenberg & Rhow, P.C.


                                By:     */s/ Gary S. Lincenberg*
                                        Gary S. Lincenberg
                                Attorneys for Defendant John Brunst