1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gkp@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE FOR DEFENDANT JOHN BRUNST AND COUNSEL TO APPEAR TELEPHONICALLY** |
| vs. | |
| Michael Lacey, et al., | Date:   September 5, 2023 |
| Defendants. | Time:   10:30 A.M. |
|  | Crtrm.: Special Proceedings Courtroom |

3887983.1

1  Mr. Brunst and his counsel (Mr. Panchapakesan) seek leave from the Court to
2 attend the September 5, 2023 Status Conference telephonically.  Mr. Panchapakesan will
3 be covering the trial proceedings this week, and the timing of the Status Conference
4 conflicts with his travel plans.

6 DATED:  September 3, 2023        Respectfully submitted,

    Gary S. Lincenberg
    Ariel A. Neuman
    Gopi K. Panchapakesan
    Bird, Marella, Boxer, Wolpert, Nessim,
    Drooks, Lincenberg & Rhow, P.C.


    By:   */s/ Gopi K. Panchapakesan*
              Gopi K. Panchapakesan
          Attorneys for Defendant John Brunst