1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF ARIZONA**

10

11   United States of America,            CASE NO. 2:18-cr-00422-004-PHX-DJH

12             Plaintiff,                  **ORDER**

13         vs.

14   Michael Lacey, et al.,

15             Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

3887984.1

ORDER

1    Upon Motion of Defendant, with good cause appearing,

2    IT IS ORDERED that Defendant Brunst and his counsel (Mr. Panchapakesan) are

3  granted leave from the Court to attend the September 5, 2023 Status Conference

4  telephonically.  Details for the remote appearance will be emailed to Mr. Brunst's counsel,

5  Gopi Panchapakesan.

6    **IT IS SO ORDERED.**

7

8  DATED:

9

10

11    Hon. Diane J. Humetewa
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3887984.1

2

ORDER