NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | **UNITED STATES' MOTION FOR LEAVE FOR TRIAL ATTORNEY AUSTIN M. BERRY TO APPEAR BY PHONE** |
| v. | |
| Michael Lacey, et al., | **Date: September 5, 2023** |
| Defendants. | **Time: 10:30 A.M.** |
| | **Location: Special Proceedings Courtroom** |

1    Undersigned counsel for the United States, Austin M. Berry, hereby moves for

2  permission to appear by phone at the September 5, 2023 status conference currently

3  scheduled for 10:30AM. Trial Attorney Austin M. Berry will not yet have arrived back in

4  Phoenix in time for a hearing on September 5th. Other counsel for the United States will be

5  present in the courtroom for this hearing.

6

7    Respectfully submitted this 3rd day of September, 2023.

8

9                    NICOLE M. ARGENTIERI
                    Acting Assistant Attorney General
10                   Criminal Division, U.S. Department of Justice

11                    *s/Austin M. Berry*
                    AUSTIN M. BERRY
12                   Trial Attorney

13

14

15

16

17

18

19              **CERTIFICATE OF SERVICE**

20

21    I hereby certify that on September 3, 2023, I electronically transmitted the attached

22  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

23  Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

24  as counsel of record.

25  *s/ Austin M. Berry*
    Austin M. Berry
26  Trial Attorney
    Child Exploitation & Obscenity Section
27  Department of Justice

28

- 2 -