**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

United States of America,       )
                                )   No.  2:18-cr-00422-DJH
          Plaintiff,            )
                                )
          vs.                   )   Phoenix, Arizona
                                )   August 31, 2023
Michael Lacey, et al.,          )   12:39 p.m.
                                )
          Defendants.           )
_____  )

**BEFORE:  THE HONORABLE DIANE J. HUMETEWA, JUDGE**

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>JURY TRIAL - DAY 3, P.M. SESSION</u>

Official Court Reporter:
Jennifer A. Pancratz, RMR, CRR, FCRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 42
Phoenix, Arizona 85003-2151
(602) 322-7198

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Government:
    UNITED STATES ATTORNEY'S OFFICE
    By:  **Kevin M. Rapp, Esq.**
        **Andrew C. Stone, Esq.**
        **Peter S. Kozinets, Esq.**
        **Margaret W. Perlmeter, Esq.**
    40 N. Central Avenue, Suite 1800
    Phoenix, AZ 85004

    UNITED STATES DEPARTMENT OF JUSTICE
    By:  **Austin Berry, Esq.**
    1301 New York Avenue NW, 11th Floor
    Washington, DC 20005

For Defendant Lacey:
    LIPTSITZ GREEN SCIME CAMBRIA, LLP
    By:  **Paul J. Cambria, Jr., Esq.**
    42 Delaware Avenue, Suite 120
    Buffalo, NY 14202

For Defendant Spear:
    KESSLER LAW OFFICE
    By:  **Eric W. Kessler, Esq.**
    6720 N. Scottsdale Road, Suite 210
    Scottsdale, AZ 85253

    FEDER LAW OFFICE, PA
    By:  **Bruce S. Feder, Esq.**
    2930 E. Camelback Road, Suite 160
    Phoenix, AZ 85016

For Defendant Brunst:
    BIRD MARELLA BOXER WOLPERT NESSIM DROOKS
    LINCENBERG & RHOW PC
    By:  **Gary S. Lincenberg, Esq.**
        **Gopi K. Panchapakesan, Esq.**
    1875 Century Park E, Suite 2300
    Los Angeles, CA 90067

For Defendant Padilla:
    DAVID EISENBERG, PLC
    By:  **David S. Eisenberg, Esq.**
    3550 N. Central Avenue, Suite 1155
    Phoenix, AZ 85012

**A P P E A R A N C E S (Continued)**

For Defendant Vaught:
     JOY BERTRAND, ESQ., LLC
     By:  **Joy M. Bertrand, Esq.**
     P.O. Box 2734
     Scottsdale, AZ 85252

# I N D E X

**SUMMARY OF COURT PROCEEDINGS**                          **PAGE:**

Jury Seated                                                121
Sidebar Conference                                         123
Preliminary Jury Instructions                              129
Opening Statements
          Mr. Stone                                        146
          Mr. Cambria                                      173
          Mr. Lincenberg                                   194

1                    **P R O C E E D I N G S**

2              (Proceedings resumed at 12:39 p.m.)

3              (Defendants present.)

4              (Prospective jurors not present.)

5              THE COURT:  The record will reflect the presence of        12:39:56

6       counsel, no -- and the presence of clients of the counsel, and

7       no juror panel member is present.

8              Let -- I know that there was -- we're in a bit of a

9       time crunch.  I understand the government has not had a moment

10      to eat; is that correct?                                          12:40:18

11             MS. PERLMETER:  We figured it out.  I think we are

12      okay.

13             THE COURT:  I don't want anyone to be light-headed or

14      not on their game.  Because here's what I propose.  I

15      understand that defense counsel took some opportunity to get      12:40:33

16      something to eat.  My court staff did not.  Neither did I.

17             But in any event, what I propose, unless there's some

18      strong objection, is that we bring the panel members in, we

19      seat the jury, and then I give them the preliminary

20      instructions.  Of course, place them under oath and see if any   12:40:55

21      of them have any other issues that they wish to raise.  Place

22      them under oath, give them the preliminary instructions, which

23      I think all of you now have the revised version of, and then I

24      was inclined to take a short break, about 30 minutes, to permit

25      anyone who did not have an opportunity to have a lunch do that.   12:41:20

UNITED STATES DISTRICT COURT

```
 1            Otherwise, if you want to forge ahead into the
 2    government's opening, we can do that and then take a -- about
 3    20-minute break.
 4            MS. PERLMETER:  We would greatly appreciate the
 5    opportunity to have lunch after the instructions are read,        12:41:40
 6    before the openings begin.
 7            THE COURT:  Okay.  That's how we will proceed then.
 8    Is there any objection to that?
 9            All right.  And I'll give about a half an hour break
10    so that both the government counsel and whoever needs a refresh   12:41:51
11    and my court staff can have that break for lunch as well.
12            Anything further to be raised?
13            MR. LINCENBERG:  Your Honor, are we going to stop at
14    4:00 o'clock sharp today?
15            THE COURT:  No.  We're going to go forward up through     12:42:16
16    4:30, as close as we can.
17            All right.  And do recall, we do not have trial
18    tomorrow.  I think Mr. Eisenberg was eager to be here, but --
19            MR. EISENBERG:  I'll come, Your Honor.
20            THE COURT:  Okay.  Were there -- I do have the            12:42:34
21    parties' --
22            (The Court and the courtroom deputy confer.)
23            THE COURT:  All right.  Were there any objections from
24    the government or any issues related to the defense strikes?
25            MS. PERLMETER:  No, Your Honor.                           12:43:01
```

1              THE COURT:  All right.  And I will ask you

2     individually, did -- Mr. Eisenberg, did you review the

3     government's strikes?

4              MR. EISENBERG:  I have, Your Honor.

5              THE COURT:  Any objection?                        12:43:11

6              MR. EISENBERG:  No.

7              THE COURT:  Mr. Feder?

8              MR. FEDER:  No.

9              THE COURT:  Mr. Lincenberg?

10             MR. LINCENBERG:  No.                              12:43:16

11             THE COURT:  Ms. Bertrand?

12             MS. BERTRAND:  No objection.

13             THE COURT:  Mr. Cambria?

14             MR. CAMBRIA:  No, Your Honor.

15             THE COURT:  All right.  And so let us have the panel    12:43:22

16    return and then we can select our jurors.

17             (The Court and the courtroom deputy confer.)

18             THE COURT:  Oh, yes.  Please gather up the remaining

19    voir dire lists and return them to Liliana at your earliest

20    opportunity.  She's going to make an inventory of those.    12:44:23

21             And let me just, before the panel comes in, let me

22    just say, I've heard all of the objections on the opening

23    slides.  Therefore, I'm not going to entertain any other new

24    objections.  To the extent that you wish to have an objection,

25    just state "Objection."  I will likely say something like,    12:44:53

1    "Move forward."  I'm not going to entertain any speaking

2    objections, or I'll give them the admonishment that counsel's

3    arguments are not evidence.  So be mindful of that.

4            MR. STONE:  That's objections to the slides, Your

5    Honor, or objections to anything that's --                    12:45:18

6            THE COURT:  To the slides, to the opening slides.  I'm

7    not going to entertain substantive objections because I gave

8    you an opportunity to raise those.

9            MR. STONE:  But we will still have the opportunity to

10   raise objections --                                           12:45:34

11           THE COURT:  Yes.

12           MR. STONE:  -- to what's being stated?

13   Thank you.

14           THE COURT:  Please all rise for the jury panel

15   members.                                                      12:47:33

16           (Prospective jurors present.)

17           THE COURT:  There is some room in the very front

18   beyond the two bars separating the well, if you wish to come in

19   the very front row to be seated.  And if you would like to

20   stand, that's fine.                                           12:49:42

21           All right.  Please be seated.

22           Well, first, let me thank those of you who arrived

23   early and those of you who have been waiting patiently.  The

24   Court again appreciates your diligence and the manner in which

25   you've acted responsibly during jury service.                 12:50:05

1          The record will show the presence of Mr. Lacey,

2     Mr. Spears [sic], Mr. Brunst, Mr. Padilla, and Ms. Vaught,

3     counsel -- their counsel, and the government's counsel.

4          And the record will show the presence of the jury

5     panel, with the roll call waived.                          12:50:27

6          Will the courtroom deputy now please read the numbers

7     of the jurors who are selected to serve as jurors on this case.

8     And as your name is called, please come forward and be directed

9     by my courtroom deputy as to the seat you will occupy in the

10    jury box.                                                  12:50:48

11         THE COURTROOM DEPUTY:  Ladies and gentlemen, we're

12    going to fill the top row of the jury box first in numerical

13    order.  There are binders with numbers there that will

14    correspond to your new assigned number.

15         Juror No. 2, please come forward.  You're now Juror     12:51:02

16    No. 1.

17         Juror No. 13, you're now Juror No. 2.

18         Juror No. 14, you're now Juror No. 3.

19         Juror No. 25, you're now Juror No. 4.

20         Juror No. 26, you're now Juror No. 5.                 12:51:37

21         Juror No. 30, you're now Juror No. 6.

22         Juror No. 31, you're now Juror No. 7.

23         Juror No. 33, you're now Juror No. 8.

24         We are now moving to the bottom row of the jury box.

25         Juror No. 43, you're now Juror No. 9.                 12:52:15

1              Juror No. 46, you're now Juror No. 10.

2              Juror No. 49, you're now Juror No. 11.

3              Juror No. 50, you're now Juror No. 12.   Juror No. 50?

4              Juror No. 52, you're now Juror No. 13.

5              Juror No. 53, you're now Juror No. 14.                    12:52:58

6              Juror No. 55, you're now Juror No. 15.

7              And Juror No. 56, you're now Juror No. 16.

8         THE COURT:  All right.  I will direct this question to

9    those of you who have been selected as jurors in this case.

10   Before we begin this trial, have any of you thought of any         12:53:54

11   reason whatsoever that anything -- I should say as well --

12   whatsoever that might affect your ability to be a fair and

13   impartial juror in this case?

14        All right.  State your -- do we have the microphone

15   there?  Let's bring the microphone over.                           12:54:19

16        And Juror 55, is it?

17        PROSPECTIVE JUROR:  Yes.

18        THE COURT:  And would you state what it is that you

19   have a concern about?

20        PROSPECTIVE JUROR:  Yes.  A financial hardship.  I            12:54:34

21   found out after doing the questionnaire and prior to starting

22   this process that my employer will only pay me my full salary

23   for two weeks, not the full length of the trial.

24        THE COURT:  And your -- is this a full-time position?

25        PROSPECTIVE JUROR:  Yes.                                      12:54:51

1          THE COURT:  And you have no additional income coming

2     in beyond that?

3          PROSPECTIVE JUROR:  No.  And I'm the sole person in my

4     household, so I'm the only one paying mortgage, bills,

5     et cetera.  In addition to -- normally I would say I have                12:55:02

6     savings to rely on; however, I just had to replace my AC unit,

7     had $10,000 in housing expenses on top of that just in the last

8     month or so, so it's -- don't have much to rely on,

9     unfortunately, so going without pay for that long would be

10    hard.                                                                    12:55:20

11         THE COURT:  Well, thank you for that candor.  And

12    Juror 55, you are excused for hardship.

13         PROSPECTIVE JUROR:  Thank you.

14         THE COURT:  Please select the next --

15         MR. LINCENBERG:  Your Honor, may we approach before --          12:55:31

16         THE COURT:  You may.

17         (At sidebar on the record.)

18         THE COURT:  Let's make some room for Ms. Perlmeter.

19    Let's have the government counsel.  Thank you.

20         Can you hear me?  What is it?                                       12:56:02

21         MR. LINCENBERG:  Your Honor, we'd like an additional

22    strike.  Based upon the Court's decisions on cause and

23    hardship, we carefully calculated the number of jurors and

24    where it would end.  Juror No. 57, who is coming up next, was

25    one of our top persons who we wanted to strike.  We did not do           12:56:23

```
 1   so because we were basing it on the list of jurors who were

 2   available, so we'd ask that each side get --

 3            THE COURT:  57?

 4            MR. LINCENBERG:  57.

 5            THE COURT:  I don't recall -- you raised an objection          12:56:36

 6   to 57?

 7            MR. LINCENBERG:  No.  No, no, no.  We -- when we

 8   discussed which jurors we would like to strike, would be the

 9   peremptory that we would most want to issue, Juror 57 was at

10   the top of our list.  We went through the list of jurors who          12:56:54

11   were -- the Court had not dismissed and it went up through 56,

12   I think is what it was.  So we exercised our strikes against

13   those who were within the group.

14            Now that the Court has had an additional hardship

15   dismissal, we'd ask that each side be permitted one additional        12:57:16

16   strike.

17            THE COURT:  Why -- what is the strike objection to 57?

18            MR. LINCENBERG:  It's just a peremptory.

19            THE COURT:  It's a peremptory strike?

20            MR. LINCENBERG:  Yeah, it's not a cause issue.                12:57:30

21            THE COURT:  Ms. Perlmeter?  Who wishes to respond?

22            MR. BERRY:  Sorry, Your Honor.

23            It's unclear to me who the next one is, but if 57 is

24   actually the next one, because -- I believe because we had

25   double strikes -- I don't know.  We can ask Liliana.  But if          12:57:42
```

UNITED STATES DISTRICT COURT

1   there was double strikes, then 57 would not be the next one, I

2   believe.

3          MR. LINCENBERG:  I think you're right, but I don't

4   think there were double strikes.

5          MR. BERRY:  There were none?  Okay.  Then 57 is          12:57:57

6   correct.  I apologize.

7          THE COURT:  What is your position with regard to an

8   additional strike?

9          MR. BERRY:  We don't think that that's necessary, Your

10  Honor.  We don't think it's appropriate.                       12:58:06

11         THE COURT:  I don't either.  I don't think so either.

12         But tell me again why it was that you made your

13  decisions up to that point.  I don't understand that.

14         MR. LINCENBERG:  Because there were -- because if each

15  side struck fifteen and nine, we would not get to 57.  And the  12:58:19

16  Court had made the determinations on different cause and

17  hardship strikes, and just now the Court excused one for cause.

18  Parties weren't asked to weigh in, but that's not the most

19  important part of this.  It's that -- it's that --

20         THE COURT:  You would have exercised this as a strike?   12:58:42

21         MR. LINCENBERG:  We'd have struck 57.

22         THE COURT:  Okay.  So if you are going to do that, I'm

23  going to, in fairness, give the government an opportunity as

24  well.

25         MR. LINCENBERG:  I agree.                                12:58:54

1            THE COURT:  So 57, do you have --

2            MR. BERRY:  We have to look.  We need to look at --

3            THE COURT:  Look at her list right now.

4            MR. BERRY:  We can do that in two minutes.

5            THE COURT:  Right here is her list.                      12:59:05

6            MR. BERRY:  That's not the list that's helpful to us

7     to know which one -- they obviously have strong feelings about

8     57.

9            THE COURT:  Leave that for Liliana.

10           (The Court and the courtroom deputy confer.)            12:59:23

11           MR. EISENBERG:  Your Honor, may I return to my seat?

12           THE COURT:  The next one in line is 59.

13           MR. BERRY:  We don't -- we're not going to exercise

14    our strike.

15           THE COURT:  You will not?  Okay.                        13:01:06

16           So 57 is out.

17           MR. BERRY:  And 58 is already out, so it would be 59.

18           (End of discussion at sidebar.)

19           THE COURT:  All right.  Thank you for your patience,

20    members of the jury and jury panel.  With the removal of       13:01:42

21    Juror 55, we'll have Juror 56 become Juror No. 15.

22           Please draw the next juror number for Juror No. 16.

23           THE COURTROOM DEPUTY:  Juror No. 59, please come

24    forward.  You're now Juror No. 16.

25           THE COURT:  All right.  Juror No. 59, I will ask you    13:02:15

1    the same question I just asked the rest of the juror members.

2    Before we begin this trial, have you thought of anything that

3    might affect your ability to serve as a fair and impartial

4    juror in this case?

5              PROSPECTIVE JUROR:  There is nothing that would          13:02:57

6    prevent me from serving.

7              THE COURT:  All right.  Thank you.

8              Now, will those of you who have been selected as

9    jurors please stand and be sworn.

10             (Jurors sworn.)                                          13:03:10

11             THE COURT:  All right.  Thank you.  You may be seated.

12             To the remaining jury panel, I want to express my deep

13   gratitude on behalf of the parties in this case, the

14   individuals involved in it.  As you can see, we've gone through

15   this very careful process.  Your service began in earnest when   13:03:50

16   you completed the detailed questionnaires that you received.

17   Each one of you, I can tell, took your obligations very

18   seriously.

19             Indeed, I will say this:  that in this very courtroom

20   on every given Friday, there are citizenship proceedings, and    13:04:09

21   when we swear those new citizens in, I often will tell them

22   that one of their commitments now is to come when asked to

23   serve on a jury, because now they become a jury of our peers by

24   virtue of their citizenship.

25             We simply, in the judicial system, could not operate   13:04:33

1   without the participation of our fellow citizens.  And so to

2   that end, I ask you to return to your personal lives

3   understanding that you have fulfilled that obligation.  And I

4   hope that when you next receive a summons, that you again

5   participate and you do so in a way that you have done today and    13:04:57

6   indeed through the beginning of the week.

7           And so with the gratitude of all of the parties and

8   the Court, you may now leave and you may go about your lives.

9   And again, I appreciate it.

10          Please all rise as the jury panel exits.                   13:05:16

11          All right.  Please be seated.

12          And at this time I do invite those of you who are in

13  the upstairs gallery, as this is a public proceeding and we do

14  now have room, you may come down and be in the courtroom

15  proper.                                                            13:06:41

16          Now, I'd like to state that if any of our jurors are

17  from out of town and if you have questions concerning any sort

18  of accommodation or anything to do with your service, you may

19  either raise it with Liliana, my courtroom deputy, who you will

20  become intimately familiar with, or our court administrator.  I   13:07:02

21  think our jury service administration office, the staff there

22  have done a wonderful job in the past of being very

23  accommodating and letting you know what to expect and what's

24  going on, and so they can answer any of your questions.

25          I do want to, once again, introduce the staff.            13:07:20

1    Liliana, who is going to be my courtroom deputy and should be

2    with me here at all times.  You'll get familiar with her.

3         My law clerks, I actually am going to be joined with a

4    new law clerk next week, and his name is Ambrose, so you may

5    see him periodically.  But Kayla and Christine have been here        13:07:41

6    and they will periodically appear.

7         And certainly if there's something that comes to your

8    attention again related to anything having to do with this

9    case, please do not hesitate to raise it to me or tell Liliana

10   to bring it to my attention.                                         13:08:00

11        Now I'm going to give you some preliminary

12   instructions.

13        You now are the jury in this case, and I want to take

14   a few minutes to tell you something about your duties as jurors

15   and to give you some preliminary instructions.  At the end of        13:08:15

16   the trial, I will give you more detailed written instructions

17   that will control your deliberations.

18        When you deliberate, it will be your duty to weigh and

19   to evaluate all the evidence received in the case, and in that

20   process, to decide the facts.  To the facts as you find them,        13:08:33

21   you will apply the law as I give it to you, whether you agree

22   with the law or not.

23        You must decide the case solely on the evidence and

24   the law before you.  Perform these duties fairly and

25   impartially.  You should not be influenced by any person's           13:08:50

1  race, color, religious beliefs, national ancestry, sexual

2  orientation, gender identity, gender, or economic

3  circumstances.

4       Also, do not allow yourself to be influenced by

5  personal likes or dislikes, sympathies, prejudice, fear, public    13:09:09

6  opinion, or biases, including unconscious biases.  Unconscious

7  biases are stereotypes, attitudes, or preferences that people

8  may conscientiously reject but may be expressed without

9  conscious awareness, control, or intention.  Like conscious

10  bias, unconscious bias can affect how we evaluate information    13:09:34

11  and make decisions.

12       Now, this is a criminal case brought by the United

13  States Government.  The United States charges defendants with

14  conspiracy, violation of the Travel Act, and money laundering.

15       The charges against defendants are contained in the    13:09:54

16  indictment.  The indictment simply describes the charges the

17  United States brings against each of the defendants.  The

18  indictment is not evidence and does not prove anything.

19       Each defendant has pleaded not guilty to the charges

20  and is presumed innocent unless and until the United States    13:10:14

21  proves that defendant guilty beyond a reasonable doubt.  In

22  addition, each defendant has the right to remain silent and

23  never has to prove innocence or present any evidence.

24       In order to help you follow the evidence, I will now

25  give you a brief summary of the elements of the crimes that the    13:10:34

UNITED STATES DISTRICT COURT

1  United States must prove to make its case against each charged

2  defendant.

3          Count 1:  Conspiracy.

4          Count 1 of the indictment is for conspiring to promote

5  or facilitate the promotion of a business enterprise involving          13:10:51

6  prostitution offenses, in violation of the Travel Act, under

7  Section 1952(a)(3)(A) of Title 18 of the United States Code.

8          For a defendant to be found guilty of that charge, the

9  United States must prove each of the following elements beyond

10  a reasonable doubt:          13:11:13

11          First, beginning on or about 2004 and ending on or

12  about April 2018, there was an agreement between two or more

13  persons to commit at least one Travel Act offense as charged in

14  the indictment;

15          Second, the defendant became a member of the          13:11:31

16  conspiracy knowing of at least one of its objects and intending

17  to help accomplish it; and

18          Third, one of the members of the conspiracy performed

19  at least one overt act on or after March 28th of 2013 for the

20  purposes of carrying out the conspiracy.          13:11:54

21          Counts 2 through 51 of the indictment are for

22  violating the Travel Act under Section 1952(a)(3) of Title 18

23  of the United States Code.

24          For a defendant to be found guilty of that charge, the

25  United States must prove each of the following elements beyond          13:12:14

1    a reasonable doubt:

2            First, the defendant used mail or any facility in

3    interstate or foreign commerce with the intent to promote,

4    manage, establish, carry on, or facilitate the promotion,

5    management, establishment, or carrying on of a business          13:12:33

6    enterprise involving prostitution offenses in violation of

7    state or federal law;

8            Second, after doing so, the defendant performed or

9    attempted to perform an act that did promote, manage,

10   establish, carry on, or facilitate the promotion, management,    13:12:50

11   establishment, or carrying on of a business enterprise

12   involving prostitution offenses.

13           And further, you may find a given defendant guilty of

14   the Travel Act offense as charged in Counts 2 through 51 of the

15   indictment if the United States has proved each of the          13:13:11

16   following elements beyond a reasonable doubt:

17           First, a member of the conspiracy committed the Travel

18   Act offense as charged in that count;

19           Second, the person was a member of the conspiracy as

20   charged in Count 1 of the indictment;                           13:13:31

21           Third, the person committed the charged Travel Act

22   offense in furtherance of the conspiracy;

23           Fourth, the defendant was a member of the same

24   conspiracy at the time the Travel Act offense charged in

25   Counts 2 through 51 was committed; and                          13:13:48

1        Fifth, the offense fell within the scope of the

2   unlawful agreement and could reasonably have been foreseen to

3   be a necessary or natural consequence of the unlawful

4   agreement.

5        Count 52 of the indictment is for conspiracy to commit   13:14:04

6   money laundering, in violation of Section 1956(h) of Title 18

7   of the United States Code.

8        For a defendant to be found guilty of that charge, the

9   United States must prove each of the following elements beyond

10  a reasonable doubt:                                            13:14:27

11       First, beginning in or around 2004 and ending on or

12  about April 2018, there was an agreement between two or more

13  persons to commit at least one crime alleged in the money

14  laundering conspiracy; and

15       Second, that the defendant became a member of the        13:14:47

16  conspiracy knowing of at least one of its objects and intending

17  to help accomplish it.

18       Counts 53 through 62 of the indictment are for

19  concealment money laundering, in violation of

20  Section 1956(a)(1)(B) of Title 18 of the United States Code.   13:15:05

21       For a defendant to be found guilty of that charge, the

22  United States must prove each of the following elements beyond

23  a reasonable doubt:

24       First, the defendant conducted a financial transaction

25  involving property that represented the proceeds of promoting,   13:15:26

UNITED STATES DISTRICT COURT

1    managing, establishing, carrying on, or facilitating the

2    promotion, management, establishment, or carrying on of any

3    business enterprise involving prostitution offenses;

4         Second, the defendant knew that the property

5    represented the proceeds of some form of unlawful activity; and    13:15:46

6         Third, the defendant knew that the transaction was

7    designed in whole or in part to conceal or disguise the nature,

8    location, source, ownership, or control of the proceeds of the

9    specific unlawful activity.

10        Count 63 through 68 of the indictment are for              13:16:06

11   transporting funds to promote unlawful activity, in violation

12   of Section 1956(a)(2)(A) of Title 18 of the United States Code.

13        For a defendant to be found guilty of that charge, the

14   United States must prove each of the following elements beyond

15   a reasonable doubt:                                             13:16:33

16        First, the defendant transported money from a place in

17   the United States to or through a place outside the United

18   States; and

19        Second, the defendant acted with the intent to promote

20   the carrying on of the specified criminal activity charged in    13:16:47

21   the indictment; that is, promoting or facilitating the

22   promotion of any business enterprise involving prostitution

23   offenses.

24        Counts 69 through 99 of the indictment are for

25   transactional money laundering, in violation of Section 1957 of   13:17:07

UNITED STATES DISTRICT COURT

1    Title 18 of the United States Code.

2            For a defendant to be found guilty of that charge, the

3    United States must prove each of the following elements beyond

4    a reasonable doubt:

5            First, the defendant knowingly engaged or attempted to      13:17:22

6    engage in a monetary transaction;

7            Second, the defendant knew the transaction involved

8    criminally derived property;

9            Third, the property had a value greater than $10,000;

10            Fourth, the property was, in fact, derived from      13:17:43

11    specified unlawful activity; that is, promoting or facilitating

12    the promotion of any business enterprise involving prostitution

13    offenses; and

14            Fifth, the transaction occurred in the United States.

15            Count 100 of the indictment is for transporting money      13:18:01

16    for the purposes of laundering, in violation of

17    Section 1956(a)(2)(B) of Title 18 of the United States Code.

18            For a defendant to be found guilty of that charge, the

19    United States must prove each of the following elements beyond

20    a reasonable doubt:      13:18:25

21            First, the defendant transported money from a place in

22    the United States to or through a place outside the United

23    States;

24            Second, the defendant knew that the money represents

25    the proceeds of promoting or facilitating the promotion of any      13:18:39

1    business enterprise involving prostitution offenses; and

2           Third, the defendant knew the transportation was

3    designed in whole or in part to conceal or disguise the nature,

4    location, source, ownership, or control of the proceeds of

5    promoting or facilitating the promotion of any business                    13:19:01

6    enterprise involving prostitution offenses.

7           The Travel Act is a specific intent crime, and that

8    means for each defendant to be found guilty, the government

9    needs to prove that each defendant specifically intended to

10   facilitate an activity which the defendant knew to be unlawful           13:19:20

11   under state law; specifically, promoting or facilitating the

12   promotion of any business enterprise involved in prostitution.

13          The evidence you are to consider in deciding what the

14   facts are consists of:

15          First, the sworn testimony of any witness;                         13:19:43

16          Second, the exhibits that are received in evidence;

17   and

18          Third, any facts to which the parties agree.

19          The following things are not evidence, and you must

20   not consider them as evidence in deciding the facts of this              13:19:59

21   case:

22          First, statements and arguments of the attorneys;

23          Second, the questions and objections of the attorneys;

24          Third, testimony that I instruct you to disregard; and

25          Fourth, anything you may see or hear when the court is            13:20:19

1    not in session, even if what you see or hear is done or said by

2    one of the parties or by one of the witnesses.

3           Evidence may be direct or circumstantial.  Direct

4    evidence is direct proof of a fact such as testimony by a

5    witness about what that witness personally saw or heard or did.   13:20:40

6    Circumstantial evidence is indirect evidence that -- that is,

7    it is proof of one or more facts from which you can find

8    another fact.

9           You are to consider both direct and circumstantial

10   evidence.  Either can be used to prove any fact.  The law makes   13:20:59

11   no distinction between the weight to be given to either direct

12   or circumstantial evidence.  It is for you to decide how much

13   weight to give to any evidence.

14          There are rules of evidence that control what can be

15   received in evidence.  When a lawyer asks a question or offers   13:21:19

16   an exhibit in evidence and a lawyer on the other side thinks

17   that it is not permitted by the rules of evidence, that lawyer

18   may object.  If I overrule the objection, the question may be

19   answered or the exhibit received.  If I sustain the objection,

20   the question cannot be answered or the exhibit cannot be         13:21:45

21   received.

22          Whenever I sustain an objection to a question, you

23   must ignore the question and must not guess what the answer

24   would have been.

25          Sometimes I may order that evidence be stricken from     13:22:00

```
 1    the record and that you disregard or ignore the evidence.  That
 2    means that when you are deciding the case, you must not
 3    consider the evidence that I told you to disregard.
 4              In deciding the facts in this case, you may have to
 5    decide which testimony to believe and which testimony not to         13:22:19
 6    believe.  You may believe everything a witness says or part of
 7    it or none of it.
 8              In considering the testimony of any witness, you may
 9    take into account:
10              First, the witness's opportunity and ability to see or     13:22:35
11    hear or know the thing testified to;
12              Second, the witness's memory;
13              Third, the witness's manner while testifying;
14              Fourth, the witness's interest in the outcome of the
15    case, if any;                                                        13:22:53
16              Fifth, the witness's bias or prejudice, if any;
17              Sixth, whether other evidence contradicted the
18    witness's testimony;
19              Seventh, the reasonableness of the witness's testimony
20    in light of all the evidence; and                                    13:23:07
21              Eighth, any other factors that bear on believability.
22              You must avoid bias, conscious or unconscious, based
23    on a witness's race, color, religious belief, national
24    ancestry, sexual orientation, gender identity, gender, or
25    economic circumstance in your determination of credibility.          13:23:28
```

1          The weight of the evidence as to a fact does not

2    necessarily depend on the number of witnesses who testify about

3    it.  What is important is how believable the witnesses are and

4    how much weight you think their testimony deserves.

5          I will now say a few words about your conduct as          13:23:47

6    jurors.

7          First, keep an open mind throughout the trial, and do

8    not decide what the verdict should be until you and your fellow

9    jurors have completed your deliberations at the end of the

10   case.                                                           13:24:05

11         Second, because you must decide this case based only

12   on the evidence received in the case and on my instructions as

13   to the law that applies, you must not be exposed to any other

14   information about the case or to the issues it involves during

15   the course of your jury duty.                                   13:24:23

16         Thus, until the end of the case or unless I tell you

17   otherwise, do not communicate with anyone in any way and do not

18   let anyone else communicate with you in any way about the

19   merits of the case or anything to do with it.

20         This restriction includes discussing the case in         13:24:41

21   person, in writing, by phone, tablet, or computer, or any other

22   means, via email, via text messaging, or any internet chat

23   room, blog, website, or application, including but not limited

24   to Facebook, YouTube, X formerly known as Twitter, Instagram,

25   LinkedIn, Snapchat, TikTok, or any other forms of social media. 13:25:05

1    This restriction also applies in communicating with your fellow

2    jurors until I give you the case, including your family

3    members -- excuse me.

4         This restriction also applies to communicating with

5    your fellow jurors until I give you the case for deliberation,        13:25:24

6    and it applies to communicating with everyone else, including

7    your family members, your employer, the media or press, and the

8    people involved in the trial, although you may notify your

9    family and your employer that you have been seated as juror in

10   this case and how long you expect the trial to last.                  13:25:46

11        But if you are asked or approached in any way about

12   your jury service or anything to do about the case, you must

13   respond that you have been ordered not to discuss the matter.

14   In addition, you must report the contact to the Court.

15        Because you will receive all of the evidence and legal          13:26:02

16   instruction you properly may consider to return a verdict, do

17   not read, watch, or listen to any news or media accounts or

18   commentary about the case or anything to do with it, although I

19   have no information that there will be news reports about this

20   case.  Do not do any research such as consulting dictionaries,        13:26:25

21   researching the internet, or using other reference materials,

22   and do not make any investigation or in any other way try to

23   learn about the case on your own.

24        Do not visit or view any place discussed in this case,

25   and do not use the internet or any other resource to search for       13:26:43

1    or view any place discussed during the trial.

2           Also, do not do any research about this case, the law,

3    or the people involved, including the parties, the witnesses,

4    or the lawyers, until you have been excused as jurors.

5           If you happen to read or hear anything touching on          13:27:03

6    this case in the media, turn away and report it to me as soon

7    as possible.  The lawyers and parties have been given the same

8    instruction about not speaking with you jurors, so do not think

9    they being unfriendly to you.

10          When you go home tonight and family and friends ask        13:27:22

11   what the case is about, remember, you cannot speak with them

12   about the case.  All you can tell them is that you are on a

13   jury, the estimated schedule for trial, and that you cannot

14   talk about the case until it is over.

15          These rules protect each party's right to have this       13:27:38

16   case decided only on the evidence that is presented here in

17   court.  Witnesses here in court take an oath to tell the truth,

18   and the accuracy of their testimony is tested through the trial

19   process.

20          If you do any research or investigation outside the       13:27:58

21   courtroom or gain any information through improper

22   communications, then your verdict may be influenced by

23   inaccurate, incomplete, or misleading information that has not

24   been tested by the trial process.

25          Each of the parties is entitled to a fair trial by an     13:28:16

1   impartial jury, and if you decide the case based on information

2   not presented in court, you will have denied the parties a fair

3   trial.  Remember, you have taken an oath to follow the rules,

4   and it is very important that you follow these rules.  A juror

5   who violates these restrictions jeopardizes the fairness of          13:28:38

6   these proceedings, and a mistrial could result that would

7   require the entire trial process to start over.

8           If any juror is exposed to any outside information,

9   please notify the Court immediately.

10          At the end of the trial, you will have to make your          13:28:57

11  decision based on what you recall of the evidence.  You will

12  not have a written transcript of the trial, so I urge you each

13  to pay close attention to the testimony as it is given.

14          If you wish, you may take notes to help you remember

15  the evidence.  If you do take notes, please keep them to            13:29:20

16  yourselves until you and your fellow jurors go to the jury room

17  to decide the case.  Do not let note-taking distract you from

18  being attentive.  When you leave court for recesses, your notes

19  should be left in the jury room.  No one will read your notes.

20          Whether or not you take notes, you should rely on your      13:29:42

21  own memory of the evidence.  Notes are only to assist your

22  memory.  You should not be overly influenced by your notes or

23  those of your fellow jurors.

24          Now, although the defendants are being tried together,

25  you must give separate consideration to each defendant.  In        13:30:01

1    doing so, you must determine which evidence in the case applies

2    to each defendant, disregarding any evidence admitted solely

3    against some of the other defendants.  And the fact that you

4    may find one of the defendants guilty or not guilty should not

5    control your verdict as to any other defendant.                    13:30:24

6            Now, during the trial, I may need to take up some

7    legal matters with the attorneys privately, either by having a

8    conference at the bench when the jury is present in the

9    courtroom or by calling a recess.  Please understand that while

10   you are waiting, we are working.  The purpose of these             13:30:42

11   conferences is not to keep relevant information from you but to

12   decide how certain evidence is to be treated under the rules of

13   evidence and to avoid confusion and error.

14           Of course we will do what we can to keep the number

15   and length of these conferences to a minimum.  I may not always    13:31:01

16   grant an attorney's request for a conference, and do not

17   consider my granting or denying a request for a conference to

18   be any indication of my opinion of the case or what your

19   verdict should be.

20           I'm going to give you an outline of the trial now.         13:31:17

21   And I'll give you this outline with the caveat of the

22   following:  My courtroom staff and a number of the attorneys

23   have not had lunch yet.  We've all been working diligently

24   since 8:45, and so I promised I would at least break for about

25   a half an hour before we begin the next phase, and so I want to    13:31:43

UNITED STATES DISTRICT COURT

 1    alert you to that.

 2              So we will proceed as follows:

 3              First, each side may make an opening statement.  An

 4    opening statement is not evidence.  It is simply an outline to

 5    help you understand what the parties expect the evidence will        13:32:03

 6    show.  A party is not required to make an opening statement.

 7              The government will then present evidence, and counsel

 8    for the defendant may cross-examine.  Then, if the defendant

 9    chooses to offer evidence, counsel for the government may

10    cross-examine.                                                       13:32:23

11              After the evidence has been presented, the attorneys

12    will make closing arguments, and I will instruct you on the law

13    that applies to the case.

14              After that, you will go to the jury room to deliberate

15    on your verdict.                                                     13:32:37

16              And so now, members of the jury, my courtroom deputy

17    will escort you to the room where you will convene when you are

18    outside of the trial, when you're not in this courtroom.  It's

19    directly behind here.  You've seen that room before.

20              And you will -- again, I'm going to always say this.       13:32:58

21    You're going to hear me repeat it throughout the trial.

22    Continue to keep an open mind.  When we come back in a half

23    hour's time, the government will make its opening statement.

24              I told counsel that I intend to hold trial up through

25    4:30.  That may adjust a bit depending on if someone's in the       13:33:19

```
 1    middle of an opening statement, I may give them a little

 2    leeway, but just keep in mind that's an approximate as to when

 3    we will end for today.

 4         But with that, please all rise for the jury.

 5         (Jury not present.)                                    13:33:40

 6         THE COURT:  All right.  We will stand in recess.  I

 7    ask you to be back here at five after the hour and be ready for

 8    your opening statements.

 9         MS. BERTRAND:  Your Honor, before we break, I want to

10    ask the Court to confirm that witnesses who have not yet        13:34:31

11    testified will be prevented from -- precluded from entering the

12    courtroom.  There's some people in the courtroom I just don't

13    recognize, and I want to make sure there's no misunderstanding

14    that causes trouble down the road.

15         THE COURT:  Yes.  Let's please be diligent about          13:34:45

16    looking at who's in the courtroom and make sure none of the

17    testifying witnesses are present.

18         By the way, do I have a copy of your finalized

19    PowerPoint?  Please make sure that I have one by the end of

20    today.  Thank you.                                             13:35:07

21         (Recess taken, 1:35 p.m. to 2:08 p.m.)

22         THE COURT:  All right.  Please be seated.  The record

23    will reflect the presence of government counsel, presence of

24    the defendants and counsel, and let's have the jury in.

25         (Jury present.)                                          14:10:08
```

1          THE COURT:  Oh, my goodness.  Are you okay?

2          JURY MEMBER:  Yeah, I'm good.

3          THE COURT:  All right.  Please be seated.

4          I just want to double-check to make sure.  I didn't

5   realize how far -- how far down that bar comes.  You feel okay?    14:10:45

6   You didn't get a --

7          JURY MEMBER:  Yeah.

8          THE COURT:  Okay.  Thank you.

9          Okay.  All right.  The government may proceed with its

10  opening statement.                                                  14:10:58

11         MR. STONE:  Thank you, Your Honor.

12         Ladies and gentlemen, prostitution is illegal.  It's

13  illegal in 49 states and most of Nevada.

14         And for nearly a decade, these five defendants owned

15  and operated the number one prostitution advertising website in     14:11:23

16  the country.  And that wasn't a mistake.  They worked to

17  achieve that ranking.

18         The evidence at trial will show how defendants used

19  three different strategies to market and promote prostitution,

20  in building up their business to become the number one website      14:11:49

21  in the country for prostitution advertisements.

22         After Backpage achieved that position, when they were

23  at the top, they had different strategies, three different

24  strategies for maintaining their position and for continuing to

25  allow the money to flow in.                                         14:12:14

UNITED STATES DISTRICT COURT

1              These strategies made Backpage what it was:  a very

2    profitable website for the posting and viewing of prostitution

3    ads.  How profitable?  In the last five years in existence,

4    this was their revenue, from 2013 through 2017.  Over a hundred

5    million dollars each year, and upwards of 135 in certain years.    14:12:49

6              How did the website earn its money?  Well, the

7    evidence is going to show that they earned it through their

8    Adult category, the Adult section that was on their website.

9    94 percent or more of their revenue was from that Adult

10   section, and the evidence is going to show that the Adult         14:13:12

11   section was for prostitution ads.

12             Going to show you what their website looked like in a

13   minute, but it was a classified advertising website.  You could

14   search and look for cars or jobs or other things.  But the

15   evidence is going to show they didn't make any money on those     14:13:38

16   sections.  They made money on one section, Adult; specifically,

17   prostitution.

18             There's a snapshot that you're going to see in

19   evidence of one month in 2011 and the revenue that they earned

20   in that month.  $5 million, nearly, from the Adult section.  It   14:13:58

21   was about four grand for Automotive.  This was a website that

22   made its money one way, and that was the Adult section, which

23   meant prostitution.

24             The charges for these five defendants, they're all

25   charged with promoting prostitution, promoting the prostitution   14:14:22

1   offenses of third parties, of prostitutes and pimps who used

2   their website to post the advertisements to further their

3   business.

4          There's five defendants here, and they're all charged

5   with those counts.  There's a conspiracy count, and then          14:14:45

6   there's 50 additional counts, 50 charges.  At the end of the

7   trial, you will be asked to deliberate on whether or not these

8   five individual defendants are guilty or not guilty of

9   promoting prostitution.

10         Three of the defendants are also charged with money       14:15:01

11  laundering offenses, money laundering meaning when they get the

12  proceeds from the promotions of -- from the promoting

13  prostitution, what they did with it.  And we'll talk more about

14  that.

15         A quick note on the term "prostitute" and                 14:15:19

16  "prostitution."  I've already used it a number of times this

17  afternoon, and those will be words that will be used often here

18  at trial.  Of course there are other words that mean the same

19  thing, and there might be other words that you would prefer to

20  use:  Hooker, lady of the night, the oldest profession in the    14:15:40

21  world.  We're going to use "prostitute" and "prostitution"

22  because those are the words that are used in the law, in the

23  law that they've been charged with here.

24         In addition, you just went through two and a half days

25  of jury selection.  There were lots of questions about graphic   14:15:59

1    material, photos, language that you will see during trial that

2    discusses sexual conduct.  And when the trial is about the

3    individuals who ran the number one prostitution advertising

4    website in the country for the better part of ten years, that's

5    going to be the evidence.  So that's what will be shown here at          14:16:25

6    trial.

7           Now, let's talk about how the website looked.  Now, if

8    you've ever been on craigslist, this may look familiar.  If you

9    went to Backpage.com, this is what you would see.  This is from

10   the Phoenix version or the Phoenix Backpage.                             14:16:47

11          And Backpage was created in 2004 here in Phoenix, and

12   it existed for 14 years.  It was shut down by the federal

13   government in April of 2018.

14          It was created in 2004 to be a competitor to

15   craigslist.  And we'll talk a little bit about craigslist and          14:17:11

16   the relationship between craigslist and Backpage, because it's

17   important to the story.

18          But here I want to focus on the Adult section that I

19   mentioned earlier.  This is the section where Backpage earned

20   its money.  This is the section where the defendants earned            14:17:29

21   their money through their work at Backpage.

22          And the number one category within the Adult section

23   is the Escort category.  That's the first one listed here.

24          Now, there's going to be evidence that talks about

25   escorts and what an escort is and the fact that it -- there is          14:17:49

1    such thing as a legal escort, someone who is paid for

2    companionship.  You think of going to your high school reunion.

3    You don't have a date, so you pay someone to be your date.  No

4    sex is involved.  That's an escort.  All right?  That's legal.

5         But what the evidence is going to show in this case is       14:18:11

6    that when the term "escort" was used on Backpage, that's not

7    what it meant.  It meant something else.  It meant

8    prostitution.

9         When you have a website that makes its money from

10   prostitution ads, it becomes difficult if every ad is obviously  14:18:32

11   about prostitution.  $150 for sex.  Hundred dollars for a blow

12   job.  That would be difficult to exist for any period of time.

13        So what defendants did, we'll talk about this in

14   further detail, is they used coded terms.  The biggest coded

15   term of all was "escort."  Because when "escort" was used on     14:18:58

16   Backpage, it meant prostitution.

17        But this trial will have evidence about lots of coded

18   terms, coded terms that didn't change the underlying reason for

19   the advertisement.  The advertisement was for prostitution.

20        All right.  So that's how the web page looked.  Now,         14:19:23

21   if you clicked on that Escort link, you would be taken to view

22   some ads.  And I'm going to show you right now one of the ads

23   that was posted in 2016 and is one of the charged counts in

24   this case.

25        This is Count 31.  So this is one of the ads that was        14:19:57

UNITED STATES DISTRICT COURT

1    posted on the defendants' website, Backpage.com.

2           Zoom in on -- this is the same ad.  I just have cut

3    parts of it.  The title of this ad is:  Sometimes it's all

4    about the journey and the destination.  Erectile dysfunctional

5    GFE provider.                                          14:20:22

6           The evidence is going to show "GFE" is one of those

7    coded terms.  "GFE" means Girlfriend Experience.  And there

8    will be testimony that Girlfriend Experience means sex, and in

9    addition to sex for money, it means that the prostitute would

10   do things that a girlfriend might do:  open-mouth kissing, or  14:20:43

11   closed-mouth kissing.  So that's another coded term.

12          There's a picture that was posted on this ad.  Risque.

13   And then some language:  I don't care for reviews, but they

14   insist on leaving them anyway.  You can find a few current

15   reviews at T3R, and then a number.                     14:21:11

16          Now, the evidence is going to show that "T3R" actually

17   stands for "TER," which is short for The Erotic Review.  And

18   The Erotic Review, which is a big part of the defendants'

19   strategies in promoting these prostitution offenses of others

20   and building their website, that was a review site for people  14:21:34

21   to leave reviews about prostitutes, about what services they

22   did, about how they enjoyed their services.

23          You'll see that The Erotic Review described itself as

24   the Consumer Reports for escorts.  Again, important to see that

25   language, the Consumer Report for escorts.  The Erotic Review,  14:21:59

1    just like Backpage, when they say escorts, they mean

2    prostitution.

3            Here's another ad.  This is Count 34.  The title of

4    this ad:  I love men.  I'm a GFE.  Outcall and incall, with

5    exception on the incall.                                      14:22:28

6            Again, there's that coded word, GFE.  You'll also hear

7    evidence that outcall and incall, also coded terms that mean

8    prostitution.

9            Some of the language that was used in this ad:  I

10   really love what I do.  I'm a GFE.  Tall, busty, small waist,   14:22:48

11   big ass.  Caucasian, brunette, great smile, and rocking bod.

12   36 Double D 26-39.

13           This is one of the ads that the defendants are charged

14   with.

15           Evidence is going to show that this coded term "GFE"    14:23:07

16   was a known coded prostitution term.  These defendants knew

17   about it.  They knew it meant prostitution.  There's emails

18   about it.

19           And then the ad gets published, promoting prostitution

20   offenses of others, and it helped Backpage become and maintain  14:23:36

21   as the number one website in the country for prostitution

22   advertising.

23           All right.  Those are two ads.  There's going to be 48

24   others that are charged.  There will be other ads that you will

25   see as part of the conspiracy that is charged against these    14:23:54

1    defendants.

2         Now, I want to talk about how this company progressed

3    over the years.  Really was two different phases.  Phase one

4    was when it first started out in 2004, trying to get off the

5    ground, trying to build a business.  That lasted until about          14:24:15

6    2010.

7         And from 2010 to 2018, they were attempting to

8    maintain their status as the number one website for

9    prostitution advertising.

10        All right.  So here are the marketing strategies that          14:24:32

11   I referred to earlier.  This is in the first phase of the

12   company, when it started in 2004 until September 2010.

13        What happened in September 2010?  That's when

14   craigslist, their number one competitor, made the decision to

15   remove adult ads and content from their website.  That happened   14:24:54

16   in September of 2010, and whoosh, overnight an avalanche of ads

17   went from craigslist to Backpage.

18        And all these strategies to build up their business,

19   they didn't really need them anymore.  Because they were there.

20   They had all the business they could handle.                        14:25:17

21        So let's talk about the first part -- or let me just

22   give you a brief introduction to these marketing strategies and

23   these three.

24        Aggregation.  Aggregation just meant going to other

25   websites and taking prostitution ads and bringing them to          14:25:39

1    Backpage.  Try to flip customers to Backpage.  Importantly,

2    though, they really focused on these escort ads.

3            Super posters were relationships that the defendants

4    and Backpage had with some of their best customers.  Just

5    happened that their best customers were in the prostitution          14:25:57

6    business, posting thousands of ads a month, and the deals that

7    were given to some of these super posters.  That's the second

8    strategy that these defendants had.

9            And the third one is what we talked about, The Erotic

10   Review and the reciprocal link program and how Backpage and The    14:26:14

11   Erotic Review worked together to drive traffic to their

12   websites and to improve Backpage's business.  This was the

13   number one strategy for Backpage, as the evidence will show.

14           Here's phase two.  Craigslist removes the adult

15   content in September of 2010.  All the ads move over to             14:26:39

16   Backpage.  And now there's three new strategies.  These

17   strategies that the defendants had weren't about building the

18   business, it was about how do we keep this business.  How do we

19   keep the money following in.

20           And the first one, moderation.  Probably the most          14:26:57

21   important strategy for the defendants.  Moderation can mean a

22   lot of things, and it can mean different things to different

23   websites.  Importantly, the evidence is going to show that what

24   it means in this case, what it meant for Backpage, was to make

25   the prostitution ads look less like prostitution ads.  Wasn't      14:27:15

1    about removing the prostitution.  Let's just make the website

2    look a little better.  We'll talk about that.

3          When Backpage became the number one website in the

4    country, there were lots of folks who scrutinized them, who

5    asked questions, who wrote letters, had meetings, to inform the      14:27:36

6    defendants about what their website was being used for.  Of

7    course, the evidence is going to show the defendants already

8    knew, and the strategy here is what the defendants' response

9    was to all of this pressure from outside sources.  And there

10   will be evidence on that strategy.                                   14:27:57

11         And then finally, something that the defendants called

12   credit card Armageddon.  In 2015, credit card companies stopped

13   their customers from using the credit cards to buy ads on

14   Backpage.  It became a challenge for Backpage to continue to

15   earn money, and so they became creative and they did a number       14:28:18

16   of different things to maintain that revenue, as you saw in the

17   earlier slide.  Didn't drop off much after 2015.  Maybe a

18   little bit, but they still were making over a hundred million a

19   year.

20         All right.  Before we discuss those strategies               14:28:37

21   further, let's talk about the defendants.  There's five of them

22   here.

23         The first one is Michael Lacey.  He's sitting right

24   here, second in on the back, back row.  He was one of the two

25   principal owners for Backpage.  As the principal owner, there's     14:28:57

1    two things to know about him.  One, he earned the most money

2    from Backpage because he was one of the two principal owners.

3    He owned about 45 percent of the company.

4           And as the principal owner, he was ultimately in

5    charge of the website's policy and strategy.  He also had a          14:29:20

6    primary role in the second strategy listed here, in responding

7    to this bad press, to the meetings that the defendants had with

8    organizations, to this heightened scrutiny.

9           There will be evidence about Defendant Lacey and what

10   he did at that juncture.  Here are his earnings from Backpage        14:29:47

11   in 2013 and 2014.

12          There's another principal owner, James Larkin, but

13   he's not a defendant.  But you will hear some evidence that

14   mentions his name, and he's the second principal owner.

15          The next defendant is Scott Spear.  He's sitting in          14:30:12

16   the first row with the red tie, second in from the end.  He

17   served as an executive vice president for Backpage's parent

18   companies and also had an ownership stake in Backpage.  It was

19   much smaller, around 4 percent or so.

20          And he played a large role in the first phase of             14:30:35

21   Backpage, when they were building the company with aggregation,

22   with those -- the super posters and with The Erotic Review.  He

23   was more involved in that buildup.  Here were his earnings in

24   2013 and 2014.

25          The next defendant who is also an owner is Defendant         14:31:05

1    Brunst, and he's second from the end in the back row.

2          Mr. Brunst with the chief financial officer of

3    Backpage and several of Backpage's parent companies.  And he

4    knew about Backpage's strategies or the defendant's strategies

5    in the first phase.  But he was critical.  He was a key cog,          14:31:27

6    key player in this response to credit card Armageddon and the

7    creative methods that Backpage and these defendants engaged in

8    to attempt to keep the money flowing in.  We'll talk about his

9    role.

10         Those are his earnings from 2013 and 2014.                      14:31:49

11         The other two defendants were not owners.  They were

12   managers.  Defendant Padilla, second in on the front row; and

13   Defendant Vaught, who is right in the middle of the back row.

14         Now, their role with Backpage was to run moderation.

15   Remember, moderation was the first strategy on the second           14:32:22

16   phase.  And what did moderation mean at Backpage?  Well, it

17   meant to make the prostitution ads look less like prostitution

18   ads.

19         There's two other individuals you're going to hear

20   from at trial.  One of them is named Carl Ferrer.  He was a         14:32:39

21   cofounder of Backpage and he was the CEO for a large part of

22   Backpage's existence.  He's going to testify, and you'll hear

23   from him about Backpage's growth, about these marketing

24   strategies in building the business, and about how they

25   attempted and were successful in maintaining that business for      14:33:05

1    a number of years after September of 2010.

2            He's already pled guilty.  He's pled guilty to

3    conspiring to promote the prostitution offenses of others and

4    of money laundering.

5            The other individual you'll hear from is Dan Hyer.          14:33:24

6    Dan Hyer was the sales and marketing director for Backpage, and

7    he was in charge of aggregation.  Aggregation, is in phase one,

8    was the first marketing strategy that the defendants

9    implemented.  And he's going to tell you all about it and how

10   successful the aggregation efforts were in building the          14:33:47

11   business.

12           You're going hear from other employees as well.

13   You'll hear from moderators who worked under Defendants Padilla

14   and Vaught.  But two of the primary employees you'll hear from

15   are Carl Ferrer and Dan Hyer.                                    14:34:08

16           All right.  Let's go back to the first phase of the

17   company.  And when they were setting out to build the business,

18   they made some decisions.  They made the decision to focus on

19   escort ads.  They did it for a couple of reasons.  One, the

20   escort ads in the Adult section were always something that they   14:34:35

21   charged for.  Some of the ads that you could post on Backpage,

22   they were free.  But the escort ads, for the most part, up

23   until the end, you needed to pay for it just to get it on the

24   website.  It could be it was from a dollar upwards of 12, 15,

25   17 dollars at times.                                             14:34:57

1          They also decided to focus on the escort ads because

2     of the photos.  You've seen some of those photos.  They thought

3     that would draw attention to the website and help build the

4     business.

5          So I'm going to show you, if you went on Backpage --          14:35:13

6     this is from 2015.  If you went on Backpage and searched in the

7     Escort section, these would be the ads that you would see.

8          This is Sacramento Backpage section, and this is in

9     March of 2015.

10          So this was the idea way back when Backpage was          14:35:51

11     starting, that photos like this would draw attention and help

12     build the business.  Can read some of the titles of these ads.

13     Magical lips.  Nice booty.  Cute face.  The right choice

14     guaranteed.  Sweet and sexy housewife for wild times.  $60,

15     $100, $180, hot Friday special, sweet and sexy.  Thirsty, come          14:36:19

16     drink my water.  It's play time, fellas.  Help curb my oral

17     fixation.

18          Evidence at trial is going to show that the term

19     "escort" on Backpage meant prostitute, meant prostitution.

20          So aggregation.  Here's how it looked.  User posts an          14:36:39

21     ad to craigslist.  Again, this is the early days of the

22     business.  This is phase one, 2004-2010.

23          Backpage employee copies ad content on to Backpage.

24     Email the user.  Here's a link to a Backpage ad.  Then user

25     clicks acceptance, and now they have a Backpage ad.          14:37:12

1          So this was how aggregation worked.  And it was a

2     strategy that Defendant Spear was heavily involved with.

3     You're going to see emails where they're talking about what

4     script to use, that the employee should use when they're

5     calling these escorts, these prostitutes, to get these ads from          14:37:38

6     craigslist to Backpage.

7          Second, I mentioned this before, is super posters.  It

8     meant giving great big discounts to some of their best

9     customers.  Just so happened that these best customers posted

10    thousands of ads a month on Backpage, and those were          14:37:59

11    prostitution ads.  Their best customers, who were labeled as

12    super posters, were in the prostitution business.  So give them

13    a discount, and they're going to keep posting ads on Backpage.

14    That was another one of their strategies.

15         All right.  The Erotic Review.  The Erotic Review          14:38:19

16    described itself Consumer Reports of the escort industry, or

17    Yelp.  It's where you went if you were interested in buying a

18    prostitute to review what services the prostitute did and how

19    other users -- we call those johns.  Somebody who buys a

20    prostitute and has sex with a prostitute, that's a john.          14:38:58

21         So what did the johns think of the prostitution -- or

22    of the prostitute services.  That's what the The Erotic Review

23    was.  It eliminates any doubt as to what these services were

24    for.

25         In 2007, the defendants created a relationship with          14:39:17

1    The Erotic Review called "reciprocal link."  Here's how it

2    worked.  There would be a link on Backpage that you could click

3    that would take you to The Erotic Review.

4          So someone could be on Backpage looking at these

5    prostitution ads and think, I wonder what other johns thought          14:39:36

6    of this prostitute.  Hit the link, takes you right to The

7    Erotic Review, where you could see it.

8          Similarly, if you were on the The Erotic Review

9    looking at what other people thought of certain prostitutes,

10   there's a link here that you could click and see if that               14:39:54

11   prostitute was available.  You could purchase that prostitute.

12   That's -- you scratch my back, I'll scratch yours.

13         Now, that relationship lasted from 2007 to 2010,

14   evidence is going to show.  Why did it end in 2010?  They

15   didn't need it anymore.  Because of craigslist stopping their          14:40:21

16   adult content, all the ads had already moved to Backpage.

17         But the ads that posted after 2010 often had

18   information in the ad about TER, giving a number that would

19   allow someone who was interested in buying the prostitute's

20   services to go to The Erotic Review.  Now you can't just press         14:40:47

21   a link.  Okay, after 2010 you couldn't just press a link, but

22   you could go and search yourself and find that prostitute and

23   see what services were offered.

24         So here's an example.  All right.  This is Count 49.

25   This is an ad from a count that is charged in this case.  Best         14:41:04

1    GFE ever.  You see in the middle there's a reference to TER.

2    And that's what I'm talking about.

3            So if you went to TER, if you went to The Erotic

4    Review, here's what you would find.  Here's this prostitute's

5    review on The Erotic Review.  Incall, outcall.  Remember,         14:41:32

6    talked about those.  Those are coded terms for prostitution.

7    Service, escort.  Well, is it a legal escort?  Is it for

8    companionship?  Let's look at the services offered.  No.  It's

9    for sex.  It's for blow jobs.  It's for other things.

10           But this relationship was critical for defendants in      14:42:05

11   building up their website during phase one.

12           Here's another charged count.  This is Count 35.  This

13   was posted Tuesday, December 20th, 2016.  And you see in that

14   box another reference to GFE.  30 minutes, $180; one hour,

15   $200; 90 minutes, $300; two hours $400.                           14:42:38

16           And the evidence is going to show that this prostitute

17   also was reviewed on The Erotic Review.  When the term "escort"

18   was used on Backpage, it meant prostitute.

19           The Erotic Review was something that was known.

20   There's an email to Scott Spear in July of 2007.  Subject:  The   14:43:06

21   Erotic Review.  We get 2 million page views, 150,000 visits

22   from The Erotic Review per month.  They bring in more referrals

23   than the Village Voice.

24           It was important enough for the defendants to put it

25   in their 2008 budget and business plan for Backpage.com.          14:43:28

1    There's going to be evidence at trial that shows this.

2              In terms of marketing, we struck a deal with The

3    Erotic Review with reciprocal links.  It created huge brand

4    awareness in this niche industry and increased page views from

5    TER by 120,000 per day.                                   14:43:48

6              There's going to be evidence that defendants received

7    what's known as Google Analytics reports, where it's just a

8    report that shows, hey, where are we getting our traffic on our

9    website?  How are we getting business?

10             The number one referral website for the majority of   14:44:13

11   the time that Backpage was in existence was The Erotic Review.

12   You'll see an exhibit where it shows that The Erotic Review

13   provided six times more referrals than Google to Backpage.

14             All right.  So back to September 2010 and phase one

15   becomes phase two, because Backpage no longer needs their       14:44:51

16   prostitution marketing strategies to build up the company.  Now

17   they have all the business they could possibly want because

18   craigslist shut down their Adult section.

19             So we move to maintaining.  And we start with

20   moderation, moderation that was run by Defendants Padilla and   14:45:19

21   Vaught.  And again, what moderation meant to Backpage, the

22   evidence is going to show, was to make the prostitution ads

23   look less like prostitution ads.

24             How did they do that?  Or why?  Why would they do

25   that?  Well, if you make the ads look less like prostitution    14:45:41

1    ads, could have some deniability as to what those ads actually

2    were for.  It would look better when people are searching the

3    website, law enforcement or elected officials or others.

4    Website looks better.

5           And, importantly, if you continue to allow the          14:46:00

6    moneymaker, the prostitution ads to post, the money's going to

7    keep flowing in.

8           So the way that they moderated, and this was all

9    starting after this avalanche of ads in 2010, was largely in

10   two different ways.  Now, their moderation policies changed,    14:46:24

11   okay.  The evidence is going to show they were all over the map

12   on which words should be banned or stripped out and how they

13   should do it.

14          But the underlying objective for the policy never

15   changed:  to make the prostitution ads look less like          14:46:41

16   prostitution ads.

17          All right.  So here you see sanitizing ads, cleaning

18   up the ads.  Strip out from ad was one feature and ban was

19   another feature.

20          Strip out meant, okay, if there's a term that we, the   14:46:54

21   defendants, believe should not be on our website, let's just

22   remove that term and then the ad's going post.  All right.

23   Blow job.  Or another word that might mean blow job, if it was

24   on the list to be stripped out, okay, it's stripped out and

25   then the ad posts.  It's still a prostitution ad, but now it    14:47:15

1    doesn't have that word.  Now it looks a little less like a

2    prostitution ad.  That was moderation.

3            The second was ban.  And when they banned a term, the

4    ad would not post.  Instead, the user would get an error

5    message.  Using the example of blow job again, if that was on      14:47:36

6    the banned list, the user who was trying to post the ad would

7    get an error.  Hey, blow job isn't allowed on Backpage.  They

8    could try to post the ad again with a different word, and if it

9    wasn't on the banned list, it would post.

10           That's how moderation worked.  There's going to be         14:47:53

11   evidence, for example, in January 2011, they had terms BJ,

12   BBBJ -- evidence will show that means Bareback Blow Job -- blow

13   pop, and blow pop with a space.  Okay?  Evidence is going to

14   show those are four different ways to say oral sex.

15           And for two of them, they were banned.  So the user        14:48:19

16   would get that banned message and they would need to find

17   another word to describe that service.  And then two of them

18   would just be stripped out and the ad would post.

19           So not super consistent, but that's not really

20   important.  The important was why were they operating with this    14:48:41

21   policy?  What was the point of moderation?

22           And you'll find that it was to make the prostitution

23   ads look less like prostitution ads.

24           And Defendants Padilla and Vaught have a number of

25   emails that you will see at trial directing moderators under       14:48:57

1    them on what to do.  Changing the policy.  Saying some words

2    that were permissible now aren't.  Some words that aren't now

3    are.

4            But again, the critical thing to keep in mind would be

5    what was the point?  What was the point of moderation?         14:49:18

6            For example, there's three terms here, GFE.

7    Girlfriend Experience.  We talked about that.  Cum,

8    self-explanatory.  PSE, porn star experience.  Also a

9    prostitution term.

10           Over the course of the second phase, the defendants    14:49:41

11   treated these words differently at different times.  In 2010,

12   there's an email, Defendants Padilla and Vaught are on that

13   email, that says no coded terms for prostitution and included

14   the terms GFE and PSE.

15           And then in 2016, the evidence is going to show,        14:50:05

16   Defendants Padilla and Vaught explaining to the moderators,

17   hey, we don't moderate GFE.  That's not a word we're taking

18   out.  And you're going to see 25 of the counts have that coded

19   prostitution term, GFE.  25 of the hundred counts that you'll

20   be deciding whether or not the defendants are guilty or not    14:50:27

21   guilty.

22           There will be an email from Defendant Vaught where

23   she's sending it to the moderators in -- who she supervised and

24   asks for them not to use the phrase "promoting sex."  Rather,

25   they should say "adult ad."  There's a big difference.  To      14:51:00

1    them, there was a big difference in the coded terms.  One seems

2    more obviously like a prostitution ad and one was a cleaner way

3    to say the same thing.

4         Email from Defendant Padilla where they're just

5    talking about whether or not they should add a term to the          14:51:25

6    moderation list, and the term is "lactating."  He says that

7    term's a little trickier.  Why?  Because it implies some

8    exchange of bodily fluids, which kills our companionship

9    argument.

10        What's the companionship argument?  It's what a legal          14:51:43

11   escort ad is.  Paying for companionship.  But you're not going

12   to see any companionship ranked on TER.  I don't think you're

13   going to see any ads in this trial where that's what's being

14   advertised.

15        All right.  The second strategy, response to bad             14:52:05

16   press, nongovernmental organizations, and law enforcement.

17        Now, bad press.  This, again, in the second phase.

18   CNN, New York Times, the Wall Street Journal.  CNN ran --

19   Anderson Cooper had a couple shows about Backpage.  New York

20   Times had a number of editorials.  Same with the Wall Street       14:52:34

21   Journal.  They all had the same thing in common in that they

22   were discussing how Backpage was used for prostitution.

23        Did defendants shut down the Adult section after

24   receiving this bad press?  No, they didn't.  They had a

25   strategy for how they responded to it, though.  Similar.          14:52:58

1              There were these nongovernmental organizations who

2    were concerned about how Backpage was being used, and they met

3    with defendants.  You're going to hear testimony from the

4    people who met with the defendants during this second phase.

5              National Center for Missing and Exploited Children,     14:53:19

6    Polaris Project, Auburn Theological Seminary all had meetings

7    with some of the defendants.  Did those meetings cause them to

8    change the way Backpage was being operated?  No.

9              You're going to hear that their response to bad press

10   and meetings was -- involved a couple things.  One, they never    14:53:47

11   disclosed their strategies that they used to build up the

12   business.  They didn't tell anyone that they had a relationship

13   with The Erotic Review, this reciprocal link.  That wasn't

14   something that they were offering.

15             And they attempted to deflect the blame to others.      14:54:08

16   Look at all the other bad stuff that's happening on the

17   internet.

18             There's actually an internal phrase that they used

19   that was called "the slow dance."  The slow dance with these

20   nongovernmental organizations, you'll see with the attorneys      14:54:31

21   general who sent letters, and that was give them just enough

22   but let's make sure that we don't cut into our bottom line.

23   Let's not cut into our business.  What's the business?

24   Prostitution ads.

25             Again, this is when Defendant Lacey was heavily         14:54:51

1    involved in the response to all of the bad press and meetings

2    with these organizations.  And he wrote an editorial.  He had a

3    draft editorial where he not only justifies Backpage but is

4    proud of it, of Backpage's position.  He writes:  For the very

5    first time, the oldest profession in the world has                    14:55:24

6    transparency, recordkeeping, and safeguards.

7            Of course, he was incentivized to justify Backpage's

8    existence.

9            These defendants also received letters from the

10   National Association of Attorneys General.  They received a          14:55:45

11   number of those letters.  And one of their responses was, look

12   at our moderation program.  Look at how we're reducing

13   prostitution on our website.

14           The evidence is going to show that that's not what

15   moderation was doing.                                                 14:56:06

16           You also will hear evidence about subpoenas and

17   subpoena responses by the defendants and by Backpage.

18   Subpoenas are what law enforcement -- a court order that law

19   enforcement uses to get information, to get evidence to help

20   them in investigating cases.  And when you're the number one        14:56:26

21   website in the country for prostitution ads, you're going to

22   get a lot of subpoenas.  And if you don't respond to a

23   subpoena, problems with the court.  You could be -- there could

24   be some consequences.

25           But Backpage, they responded.  And law enforcement           14:56:42

UNITED STATES DISTRICT COURT

1    would say, thank you for that response because now we were able

2    to prosecute a pimp or some prostitution enterprise.

3         But what defendants weren't telling law enforcement

4    was all these strategies that we just talked about and the fact

5    that moderation was actually removing some of the content,          14:57:05

6    making the ads look a little bit less like prostitution ads,

7    making law enforcement's job more difficult at times.

8         And again, this was part of the slow dance.  Let's

9    engage with these people who are critical of our website, but

10   let's not do too much to mess up our bottom line.                    14:57:38

11        Here's the last strategy, and that's the response to

12   credit card Armageddon.  And that occurred here in 2015.

13   MasterCard, Visa, American Express decided, we're not going to

14   allow our customers to use these credit cards anymore to pay

15   for Backpage ads.                                                    14:58:07

16        So what did they do?  They had to get creative.  They

17   turned to money orders; cryptocurrency, which now I think

18   people are familiar with, but in 2015, a little bit of a

19   different story; and even gift cards.  They tried to -- if you

20   had a Target gift card for a hundred bucks, let's see if we can     14:58:29

21   use that to pay for the ads on Backpage.

22        They created new companies that attempted to fool the

23   credit card companies.  And this is when Defendant Brunst was

24   heavily involved.  It involved dealing with lots of different

25   banks, creating new entities, all with the bottom line or the       14:58:51

1    objective of trying to continue to get paid, even when it

2    became fairly difficult.

3            So here's how it would work.  Pimp or prostitute

4    bought ads on Backpage.  Paid with money orders.  Couldn't

5    write "Backpage" because the banks wouldn't do business with          14:59:14

6    Backpage because of the content on that website.  Money orders

7    deposited into shell company bank accounts, and money moved to

8    other Backpage shell companies.

9            There will be a couple of emails -- well, there will

10   be a number of emails, but I'm going to highlight two from          14:59:33

11   Mr. Brunst.  One when they were looking at trying to find

12   alternative banking, he talks about, hey, didn't we look at

13   banks in Mauritius?  Mauritius is a different country.  Didn't

14   we look at it before and they turned us down because of our

15   content?  Can we find a bank that will take our transactions?          14:59:52

16           Then there's another email where it's talking about

17   Website Technologies.  Website Technologies is a company that

18   the defendants created just to receive Backpage funds.  And

19   Mr. Brunst is very concerned about the fact that people might

20   figure out that Website Technologies was related to Backpage.          15:00:16

21           He says:  We need to think this through, think through

22   our strategy, or all the work to separate it from Backpage will

23   be lost.

24           This was part of the strategies that defendants used

25   to maintain their business.  And this will relate to some of          15:00:36

1    the money laundering charges that have been alleged, how they

2    moved the proceeds from the promotion of business enterprises

3    to different businesses.

4         All right.  So here are the charges.  We break down

5    the 50 counts and the one conspiracy count for prostitution          15:00:57

6    promotion this way.

7         25 ads with the coded prostitution term "GFE" that we

8    have discussed.  10 ads for a prostitute with the initials PR

9    that engaged with Backpage and with some of the defendants.

10   And then 15 other ads for prostitutes, some of whom you'll hear      15:01:18

11   from at trial.  You may hear from law enforcement about some of

12   these prostitution business enterprises as well.

13        Evidence is going to show that these defendants'

14   policies, procedures, and management of Backpage led to these

15   50 ads, these 50 ads that were advertising for prostitution.         15:01:42

16        Here's the money laundering counts.  49 counts here,

17   and it's, how did they use the money?  They used some of it to

18   conceal their criminal activity.  They used some of it to

19   promote.  And some of the money was transferred to other shell

20   companies and then spent by the defendants.                          15:02:06

21        Just want to highlight one -- actually two counts,

22   Counts 99 and 100, that are alleged against Defendant Lacey.

23        There's going to be testimony that he moved

24   $16.5 million from Phoenix, from Arizona, to Hungary, the

25   country, and he moved it in an attempt to place some of his          15:02:31

1    assets where litigious parties, including government parties,

2    could not access his accounts.  How did that look?

3           Ladies and gentlemen, prostitution is illegal.  These

4    five defendants built and maintained the number one website in

5    the country for the better part of a decade for prostitution      15:02:57

6    ads.  That was no accident.

7           The evidence is going to show that these defendants

8    knew that their website earned money through prostitution ads

9    and helped promote and further that business through all the

10   strategies that we just outlined.                                  15:03:19

11          What was the business?  Prostitution ads.

12          These defendants promoted prostitution when they built

13   up the website, then they maintained the prostitution ads

14   through 2018.  And they did that in part through moderation, to

15   make the prostitution ads look less like prostitution ads, and    15:03:43

16   keep the money flowing.

17          At the end of the trial, ladies and gentlemen, we're

18   going to stand before you and ask you to find that these

19   defendants are guilty of these 100 counts.

20          Thank you.                                                  15:03:59

21          THE COURT:  Thank you, Mr. Stone.

22          Who is going to proceed first for defendants?  Come

23   forward and proceed.  Mr. Cambria.

24          MR. CAMBRIA:  Good afternoon.  May it please the

25   Court, all counsel, ladies and gentlemen of the jury.             15:04:36

UNITED STATES DISTRICT COURT

1          Mr. Stone has already introduced my client, Michael

2     Lacey.  Michael.

3          As you were told in the preliminary instructions, what

4     we say is not evidence.  What happens on the witness stand is

5     evidence and the exhibits that you may get would be evidence.          15:04:59

6          And, of course, Mr. Stone, nothing personally, but let

7     me start where he ended.  You recall he talked about

8     concealment money laundering, and he had a little picture up

9     there where it showed money, $16 million going out of the

10    country.                                                               15:05:26

11         And don't be misled by that.  What he didn't tell you

12    is, in order for that to be a crime, there has to be

13    concealment of money, the owner, the details.  What he left out

14    was that my client, through an accountant and an attorney, in

15    writing, told the IRS exactly where that money was, exactly how    15:05:56

16    much it was, and exactly that it was in the names of a trust

17    for his two sons.

18         He didn't tell you that.  And you will hear, and the

19    evidence will show, that there was no concealment.  Once you

20    send a writing to the IRS with all the details in it, there's      15:06:21

21    no concealment.  And that's what's necessary to have that

22    offense be proven beyond a reasonable doubt.

23         So I start there simply to indicate, wait till you

24    hear everything in this case before you make a decision.  At

25    the end of the case, Her Honor will tell you what the law is.       15:06:45

1    We don't tell you what the law is.  We tell you what we think

2    the proof will be.

3         So let me start here.  Mr. Lacey is an old-time

4    newspaper guy.  That's how he was born and raised, as a

5    newspaper guy.  He, along with Mr. Larkin, who you know is          15:07:07

6    deceased, started when they were students at Arizona State.

7    They started with basically kind of a newspaper, and eventually

8    they created the New Times.  Some of you may be familiar with

9    it.  I know we had some of the potential jurors indicate they

10   were familiar with it.                                              15:07:35

11        And it basically was a free paper.  Eventually they

12   got up to 19 different papers around the country.  And they

13   were able to make this a free paper by selling advertisements.

14   And they were -- those advertisements were found on the back

15   page, if you will.                                                  15:08:00

16        THE COURT:  Mr. Cambria, can you use the microphone.

17        MR. CAMBRIA:  Oh, I'm very sorry.

18        THE COURT:  Court reporter cannot hear.  Thank you.

19        MR. CAMBRIA:  Very sorry.

20        And so that's how the name "Backpage" came to be,          15:08:11

21   because that's where the ads were in the beginning.

22        Mr. Larkin and Mr. Lacey were old-time free speech

23   advocates, First Amendment guys.  And this case has a very

24   significant First Amendment part to it, which Her Honor will

25   explain at the end of this case in the instructions.           15:08:31

1          So what happened is, they had these 19 papers.  And by

2     the way, when they put up numbers of, you know, they made

3     millions of dollars and so on, last I looked, it's not a crime

4     to make money in the United States.  And so, yes, they had all

5     these newspapers and they generated a lot of income.  There's          15:08:54

6     no doubt about it.

7          But there came a point in time when a person who

8     worked for them at the time, Mr. Ferrer, said -- you know, he

9     was an ad person.  And he said, we need to keep up with the

10    times.  The internet has taken over, and so we have to be part          15:09:15

11    of that.

12         And so he came up with the idea of Backpage and

13    basically allowing people to create their own ads and do --

14    post them on a platform.  And Backpage was owned by a larger

15    company, if you will, and that's how Mr. Lacey became involved          15:09:43

16    in the ownership.  He owned part of a larger company, which

17    owned, eventually, Backpage with a number of other people.

18         And so what happened is, Mr. Ferrer turned out to be

19    the individual who created Backpage.  He created not only the

20    idea of Backpage, but he created the rules and regulations,            15:10:08

21    their procedures, and how it was going to be operated.

22         He was the chief executive officer of that.  Mr. Lacey

23    had no specific role in running anything to do, day to day,

24    with Backpage.  He was still overseeing the other writers from

25    all the numbers of newspapers that they had.  That was his            15:10:35

1    thing.  His thing is writing articles, being a newspaper man.

2            So in any event, what happened is, they create

3    Backpage.  And what happens?  People can post their own ads.

4    They buy ad space, and that's all they do.  They buy ad space.

5            If they do something wrong as a result of that ad,                    15:11:01

6    that wouldn't be something that would be participated in by

7    Mr. Lacey or the others.

8            So what happened here?  They create Backpage.  They

9    sell ads.  People buy ads.  And the proof will show that there

10   are all these people who are going to try to take advantage of    15:11:27

11   something that's a legal thing but they may try to use it for

12   an illegal process.

13           And what do we know and what will the proof show that

14   some of these others are?  Telephones.  Telephones are legal.

15   And the evidence will show people use telephones to commit        15:11:46

16   crimes.  We don't prosecute the phone company.  We prosecute

17   the people who misuse the phone.

18           The mail.  People use the mail to commit crimes.  We

19   don't shut down the mail.  We go after the people who commit

20   the crimes.                                                        15:12:08

21           FedEx.  Same thing.  People use it to commit crimes.

22   We see it all the time.

23           So basically Backpage was -- was faced with two

24   decisions.  One, there are going to be some abusers.  There are

25   always abusers for things that are legal, like the mail and so    15:12:28

UNITED STATES DISTRICT COURT

1    on.  Do we shut that down or do we go after the individuals who

2    are the ones who are committing the offenses?

3            So what happened with Backpage was that they decided

4    that they would work with the authorities for the purpose of

5    rooting out, if you will, those who misused Backpage for          15:12:53

6    illegal reasons.

7            Now, we've had a number of things here that you were

8    told today about, you know, people use certain words and they

9    put them in their advertisements, and you're supposed to be

10   able to look at that and say, aha, that's got to be a crime.       15:13:14

11           Well, I believe the proof will show you that police

12   officers will come in here and tell you that they cannot make

13   arrests just based on an advertisement because you do not know

14   what the end result is going to be unless you respond to the ad

15   and then see.                                                      15:13:41

16           Let me give you an example.  So somebody would

17   advertise themselves as a massage therapist.  Now, first of

18   all, escorting is legal.  They want to make it synonymous with

19   prostitution, but there's a difference.  And, in fact, it's

20   licensed.  It's licensed in Arizona.  It's licensed in a number   15:14:02

21   of states.  And there are rules and regulations and so on.

22           So let's assume somebody I -- advertises massage.

23   Now, today you heard, oh, incall, outcall, that means it's

24   illegal.  Well, the proof will show you incall means you go to

25   them.  Outcall means they come to you.  That's what that means.    15:14:28

1    Doesn't mean anything about prostitution.

2              But in any event, so you see an ad and it talks about

3    massage.  And I believe that police officers are going to come

4    in here and testify, are going to tell you that just based on

5    that ad, even if they had scantily clad picture or they gave          15:14:52

6    you the illusion that they were going to do something that, you

7    know, would be sexual and illegal for money, you can't know

8    unless you respond to the ad and in fact a proposition is made.

9              So the importance of that, and the reason I say it, is

10   because if the police come and testify, and I believe they           15:15:14

11   will, that you -- we never made an arrest based on an ad unless

12   the ad clearly said sex for money.

13             Sex for money is illegal.  We all agree about that.

14   Having a conversation with someone where no money is involved

15   and they engage in sex is not illegal.  Paying somebody, for          15:15:37

16   example, to come over and, you know, be a French maid and be

17   nude, clean your house, that's not a crime.  Being a situation

18   where you pay someone to come over and do a striptease, that's

19   not a crime.

20             There are a lot of adult things that can be done that       15:15:57

21   are not criminal.  People could meet in websites, they do it

22   all the time, and immediately have sex.  It's not a crime.  If

23   they paid for it, it would be something different.

24             But so the proof will show that not everything that's

25   adult is automatically a crime.                                       15:16:17

1          So you have a choice.  There are platforms.  They sell

2     advertisement.  If somebody advertises something and on its

3     face it doesn't say sex for money -- and like I say, police

4     will tell you they don't make arrests based on that.  They

5     can't.                                                              15:16:42

6          But if somebody then goes to that place and engages

7     with that person and they do sex for money, the platform isn't

8     responsible for that, unless it was clear on the face of the ad

9     that it was definitely a crime.  That would be one thing.  But

10    if it's a situation where, you know, people may make themselves   15:17:04

11    look like they're going to do something or whatever, you

12    wouldn't know until you got there.

13         Now, they're talking about coded words and some other

14    things.  Well, the proof will show that by taking various words

15    out -- and again, Carl Ferrer and others are the ones who had    15:17:28

16    lists of words that they would take out of ads.  And the reason

17    for that is because they were -- if they suspected that those

18    words were to be used by someone looking to advertise for a

19    crime.  Let me give you an example.

20         Let's assume there was a gun ad and it said, you know,       15:17:50

21    for sale, 16-gauge shotgun, 12-gauge shotgun, machine gun.  All

22    right.  Well, machine gun is illegal.

23         So if you had that ad, you would be -- you would be

24    advertising something that's illegal.  And if I was a person

25    out there wanting to commit a crime to buy a machine gun, I       15:18:14

UNITED STATES DISTRICT COURT

1    would see that.  I would respond to it.  I would buy the

2    machine gun if I could.  I'd commit a crime.

3            So if you took out the word "machine gun," now I'm

4    somebody looking for that.  I don't see it.  It's not there.

5            So what happened here when the people would moderate,        15:18:35

6    so to speak, they would take words out of ads that they felt

7    might be a word that somebody looking to commit a crime would

8    respond to.  So by taking the word out, they prevented the

9    criminal transaction.  They didn't facilitate it.  They took

10   out the word that would cause the person who was looking for        15:19:05

11   some kind of criminal activity to react and call that ad.  They

12   took those out.

13           So -- and I've heard it somewhere along the line where

14   somebody would say, well, all right, how about if there was

15   this, you know, a GFE.  And they say, well, that means               15:19:27

16   Girlfriend Experience, and that automatically means sex for

17   money.

18           Well, whether it does or not depends on, when you

19   respond to the ad, if a crime is going to be offered at that

20   point.                                                               15:19:46

21           But there was a time when -- and again, what would

22   happen is these advertisers are clever.  You know, they use

23   words, and as soon as you start taking those words out, they'll

24   use other words.  And they'll try to do it that way.  Then you

25   take those words out.  And it's a progressive thing.                 15:20:04

1          And remember, you know, 20 years ago when the internet

2     began, everything was brand new.  When they started the

3     Backpage, things were brand new.  They were learning.

4          So the idea is, if you take words out, you are not

5     promoting a criminal activity, you are fighting against a          15:20:26

6     criminal activity by doing that.

7          So what did Mike Lacey believe?  Well, Mike Lacey did

8     not do -- a little water.

9          Mike Lacey was not involved in the day-to-day

10    operation of Backpage.  He had to rely on what Carl Ferrer told    15:21:01

11    him and others.  What did he know?  He knew that Carl had hired

12    a bunch of lawyers to advise them.  He knew that Carl had made

13    statements about how they ran the website and how they ran it

14    legally.

15         Carl stated many times under oath in written                 15:21:22

16    depositions or written statements that he had submitted in

17    connection with various affairs that there were no prostitution

18    ads on the website.  Carl said this under oath time after time.

19         Michael saw those.  Michael was apprised of what those

20    statements were being made by the person who was running          15:21:48

21    craigslist -- craigslist -- Backpage.

22         And so he could rely on that in good faith to believe

23    that the Backpage was being run correctly and legally.  But

24    there was more than that.  There was so much more than that.

25         Now, you know, there was a -- I think the desire to          15:22:10

1   create a feeling that Backpage was like paying lip service to

2   the authorities.

3          Backpage decided that, look, the internet is not going

4   away.  So you got two things to do.  In 2018, they told you,

5   they came in and they shut down Backpage.  Now, what happened          15:22:40

6   as a result of that?

7          There were millions of people who were advertising,

8   and they were advertising legally for many things other than

9   adult things.  Cars, guns, you name it, apartments, et cetera.

10         Every one of those people lost the ability to do that          15:23:01

11  because the government came in, with no conviction by a judge,

12  no conviction by a jury, and no conviction by anything or

13  anybody, but they shut it down.  And all the millions of

14  people -- and by the way, they do about 6 million ads a month.

15  All the millions of people who never abused Backpage were          15:23:30

16  silenced.  That's what the proof will show.

17         And so people who abused Backpage were the people that

18  the Backpage operators focused on.  Mike Lacey was told by Carl

19  Ferrer, we are doing everything possible to assist the police

20  to keep bad -- the bad actors, if you will, off of Backpage.          15:23:57

21  And then he also shared with Mike Lacey and the others some of

22  the feedback from these police officers.

23         And, you know, there's kind of an indication here that

24  all the police agencies got fooled, and really Backpage wasn't

25  helping the police.  Well, that's nonsense.          15:24:23

1          And some of the things that you're going to hear are

2    what the police agencies had to say.  And here's what I

3    believe, and I'll just give you a sample of the feedback.  And

4    this is feedback that Mike knew about.  This is from the Denver

5    Police Department.                                    15:24:44

6          I wanted to personally thank you again for all you've

7    done to assist in this matter.  I know your company is vilified

8    nationally because it's an easy target.  I told numerous people

9    that Backpage is law enforcement friendly and does not support

10   human trafficking.  I've even mentioned how, if Backpage is    15:25:02

11   ever shut down, another website will take over, likely

12   overseas, that will not be helpful to law enforcement.

13         While I don't agree with online prostitution

14   advertisement, the line between legal and illegal is incredibly

15   gray.  There will always be a demand for sex, illicit or        15:25:24

16   otherwise, and thus there will always be a venue where people

17   go to find or advertise for it.  I'd rather have a partnership

18   than an adversarial relationship with your company or others.

19   So if the need arises, we can work together and we can go from

20   there, and we can go for those people who are exploiting the    15:25:45

21   website.

22         After that, and there's countless responses like that.

23   Responses from the FBI:  Thank you.  I appreciate your

24   proactive efforts to protect our children.  Again, thank you.

25         Another one from the FBI:  Thank you very much for         15:26:08

1   forwarding this.  It's great to know you guys are behind us in

2   catching up with these pimps.

3        Another one from the FBI:  Thank you for your

4   response.  There's a violent pimp associated with these

5   postings that was assisted -- I'm sorry, arrested, and two of     15:26:25

6   his victims have been rescued and are doing well.  Can't do

7   this without your help.

8        What Backpage developed, according to Carl Ferrer,

9   which he told my client and others about, is as follows:  A

10  manual that they gave the police that guided them on how to get   15:26:45

11  information from Backpage that would allow the authorities to

12  go after the bad apples who were misusing Backpage.

13       And the proof's going to show, by the way, they don't

14  only misuse Backpage, they misuse Facebook, they misuse TikTok,

15  they misuse a number of the other platforms out there.  And      15:27:11

16  basically the people are taking advantage, if they can, of

17  the -- of online platforms.

18       But all the things that Backpage did -- and you're

19  right.  Mr. Stone talked to you about Mr. Lacey was the one who

20  would respond because he was the newspaper guy.  So if there      15:27:37

21  was criticism of Backpage, he would be the one who would

22  respond.

23       All right.  Well, here's what he was told by

24  Mr. Ferrer and others:  We not only have developed a manual to

25  guide the police, we turn around subpoenas and requests for       15:27:53

1    information in like 24 hours.

2          And you'll even see, I believe one of the witnesses

3    that's going to testify here, he'll tell you that he tried to

4    put an ad -- he actually did put an ad on Backpage and then he

5    called Backpage, and guess who answered?  Carl Ferrer.                    15:28:16

6          And he said, I'm a police officer, and there's an ad

7    on your site that is illegal.  And he gave him some details.

8    And you can hear the clicking of the keys as they're talking,

9    according to this police officer, and Carl says, oh, yes.  I

10   see it here.  And he said, but it's also -- Carl says, it's          15:28:40

11   also connected to something else, which is connected to

12   something else.  And he gives him all of it.

13         So now the police officer -- and the police officer's

14   part of their group here, part of the prosecution team.  Now he

15   figures, I'm going to try to see if I can trick him.  And so he    15:28:59

16   will -- he republishes the ad, and lo and behold Carl says, oh,

17   no, I found another ad that's related to it, and that's coming

18   down also.

19         And shows it to him, that he responds immediately to

20   the police.  When they tell him that it's an unlawful ad, he          15:29:20

21   takes it down.  Not only does he take it down, but he finds all

22   the other things that are connected to it and he takes those

23   down.

24         And you'll see also from the proof that they would

25   assist police officers by saying, you called us about this.          15:29:38

1    Well, we found it related to another address.  And by the way,

2    because we charged them, we have financial records.  And we

3    will give you the financial records so you can identify who the

4    people are, and you can find out who the people are who are the

5    pimps, who are the people who are the actual abusers.          15:30:01

6          And that's what the proof is going to show, that they

7    did that.  That they were thanked time and time again for their

8    assistance.

9          And the other thing was this:  At one point in time

10   they talked about craigslist took down the Adult section.  But  15:30:22

11   what they didn't tell you was that these wrongdoers just went

12   to other sections of craigslist.  They just went to the Dating

13   section.  They went to the Massage section and so on.

14         And so it wasn't like, oh, we take the Adult down and

15   that solves it all.  If that were true, I guess if that was the  15:30:44

16   way it should be, every time somebody misused a platform, we'd

17   just close it down.  So I guess we'd close down phones, mail,

18   FedEx, because every one of those gets misused.  Not one of

19   them that doesn't.

20         The other thing, they mentioned this thing about my        15:31:09

21   client talking about Backpage created transparency for

22   prostitution.  Yes, meaning that they would expose the people

23   who were trying to offer prostitution services.  They would

24   expose them by, first of all, if The Erotic Review number

25   showed up on a Backpage site, remember, Backpage was working     15:31:37

1    with police officers all across the nation.  So that means that

2    Backpage got -- I'm sorry, that Erotic Review got exposed on

3    that ad, and now the police could see it.

4           The other thing that they did was the police would use

5    Backpage to put sting ads up.  They would create an ad that          15:31:57

6    appeared to be prostitution.  They would put it up on Backpage

7    and some of the others, and then they would wait for somebody

8    to respond.  And when they responded, they arrested them.

9           And so the decision was made that we're not going to

10   facilitate prostitution.  We're going to have all of these          15:32:28

11   procedures in place where we assist the police in routing out

12   the people who are abusing our website.

13          This is an old-time First Amendment guy here.  I don't

14   know if you can see it from there, but he has tattooed on his

15   hands, "Hold Fast."  And hold fast is what he believes in with      15:32:53

16   regard to the First Amendment, that you work with the police to

17   rout out the abusers.  You don't punish all the people who are

18   not in any way abusing the website or websites by not

19   committing any crimes at all.

20          And so that is basically what happened.  As far as           15:33:17

21   Mike and his journalism, you'll see that he oversees the

22   writers on all the various newspapers.  They've gotten all

23   kinds of awards.  I mean, they even had the Pulitzer Prize.  I

24   mean, they have won tons of awards.

25          And he is the overall editor and always has been.            15:33:47

1   Doesn't operate Backpage, never did.  Clearly relied on Carl

2   Ferrer to run it correctly.  Carl represented under oath

3   several times that he was running the place lawfully.  He

4   stated at one point, it's like, quote:  I don't have

5   prostitution ads on Backpage.                                    15:34:13

6          That's what he has said.  Now, he's obviously made a

7   deal.  He has a plea bargain.  Obviously he would love to have

8   a recommendation from the prosecution as to what a great job he

9   did as a witness so that he can minimize what the punishment

10  might be.                                                        15:34:38

11         So in the end, my client, in good faith, believed that

12  he was not facilitating and that Backpage, which he owned a

13  part of, was not facilitating prostitution.  That by working

14  with the police, number one, they were -- they were exposing

15  it, if you will.  They were providing information and help to    15:35:08

16  the police.  You'll see that there is case after case solved as

17  a result of that.

18         Yes, you've heard here in the opening by the

19  government that a bunch of groups came in and said, oh, there's

20  prostitution on your website.  Well, there are a lot of          15:35:33

21  websites where there were people trying to commit prostitution.

22         And my client, in one of those meetings, was adamant

23  with one of the individuals who worked for NCMEC, which was

24  the -- basically they would protect -- they were supposed to

25  protect minors.  And my client had said to them in that         15:35:57

1    meeting, in a meeting that they had:  We'll do everything

2    possible to keep minors off of our website.

3            In fact, anytime somebody appeared to be under 21,

4    they would report them to NCMEC.  And they reported so many of

5    those that at one particular time they were asked to calm down        15:36:20

6    because they couldn't keep up with all the reports that were

7    there.

8            And by the way, Facebook reports, a lot of these

9    different platforms report to NCMEC.  But Mr. Lacey at one

10   point in time said to this individual, Mr. Allen, he said, your      15:36:38

11   job is to protect children, and that's what you should be

12   concentrating on, as opposed to prostitution of adults.  Your

13   job is children.

14           And he said:  And we'll do everything possible to

15   protect children and not have them in some way associated with        15:36:59

16   the website.

17           So in the end, what the choice was from the people who

18   ran Backpage was you could simply shut it down and then

19   everybody gets punished, including millions who have done

20   nothing wrong, or you can work with the authorities and help         15:37:33

21   them fight the actual wrongdoers.

22           Understand, the only money that Backpage got from

23   anybody who advertised was the cost of an ad.  If somebody

24   engaged in some prostitution activity, they certainly didn't

25   split the money with anybody charged here or anybody at              15:37:56

1    Backpage.  They sold an ad.

2          Every platform, the proof will show, is vulnerable to

3    people who want to commit crimes.  And the question is, which

4    way do you go?  Do you just shut it down and punish everybody,

5    or do you take steps necessary to help rout out the bad apples?    15:38:21

6          That's what happened here.  That's what he was told.

7    That's what he was shown.  He saw these accolades, if you will,

8    from the various police agencies, and there's like 50 or 60

9    different ones.  You know, you think they all got fooled?  That

10   in some way or another, you know, Backpage was fooling them?     15:38:48

11   Or do you think they actually were saying, you are helping us,

12   and together, we are combatting people who would abuse the

13   website as opposed to facilitating them.

14         Now, as far as the other charges, money laundering and

15   so on, if the money -- you know, the money has to be ill     15:39:12

16   gotten, if you will, and ill gotten means that you had a

17   specific intent to commit a crime, to -- and that's not here.

18   This is -- I think that when you look at everything and after

19   you hear all the proof, you'll see that Mike Lacey had a good

20   faith belief that they were doing the right thing, that they     15:39:36

21   were assisting the police.

22         All these police agencies couldn't be wrong, in his

23   mind.  And we -- they all couldn't -- even the FBI, even the

24   head of the FBI thanked them for the assistance that they

25   provided.     15:39:59

1          And you'll see Carl Ferrer had a whole cast of

2     attorneys advising him --

3          MR. STONE:  Objection, Your Honor.

4          THE COURT:  Sustained.

5          MR. CAMBRIA:  And a number of -- a number of the          15:40:12

6     individual police officers who sent in the thank yous and so

7     on, my client was totally aware of those and told about those

8     and believed in good faith that he was in no way violating the

9     law.

10         And as far as the -- the last thing I want to talk          15:40:34

11    about is what I started with, and that is, where he has the

12    graphic where the money was going out to Hungary.  As I said to

13    you, the key element there is concealment.  They have to show

14    concealment.

15         There wasn't any concealment.  As I indicated, they,          15:40:58

16    in fact, gave them notice in writing as to where it all was.

17    And at one point in time, the reason for all this, the proof

18    will show, is that when the agents should show up at the

19    regular banks, local banks and so on, the bankers immediately

20    closed down their accounts.                                       15:41:21

21         Mr. Lacey's attorney, local attorney, just dealing

22    with Mr. Lacey and with the banks on the accounts that they

23    had, they closed the attorney's account down.  And nobody's

24    accused him of doing anything wrong.

25         But just the banks, it's like, we're not going to deal     15:41:40

```
 1    with any of it.  We're out of here.
 2            So that's why they show you the statement about, you
 3    know, my client saying he wanted to be able to protect his
 4    money and all that.  At the time he sent that money there,
 5    there was no restriction on the money.  There was no            15:41:55
 6    prohibition from him in any way dealing with that money.
 7            And like I say, not only did he not conceal it, but he
 8    wrote and had his accountant and lawyer, in writing, tell the
 9    IRS exactly the details of the money.  Exactly.  And in their
10    opening, they left that part out as to the written information  15:42:21
11    given.
12            So we have a lot of ground to cover, a lot of
13    witnesses to talk to.  I ask you to keep an open mind.  I say
14    one of the things, remember, that, you know, massage and
15    escorting and stripping and all these other things that can be  15:42:45
16    advertised are not prostitution.  You'll hear what the
17    definition is of prostitution as it applies to this case from
18    Her Honor.
19            So I ask you to keep an open mind, and at the end, we
20    will talk about what the proof actually demonstrated in this    15:43:03
21    case.
22            Thank you.
23            THE COURT:  Thank you, Mr. Cambria.
24            Members of the jury, let's go ahead and take about a
25    15-minute break.  You can then come back in and we'll hear from 15:43:13
```

```
 1    additional defense counsel.
 2             And please remember the admonition to continue to keep
 3    an open mind, and we'll continue through the opening
 4    statements.
 5             Please all rise for the jury.                              15:43:28
 6             (Jury not present.)
 7             THE COURT:  All right.  We'll stand in recess.
 8             And Ms. Brunst, be ready to go -- I'm sorry,
 9    Ms. Bertrand.  I'm sorry.
10             MS. BERTRAND:  Your Honor, we have our openings          15:44:12
11    planned.
12             THE COURT:  Well, it didn't look like it to me.  You
13    were all fooling around, so everybody was pointing at one
14    another.  Whoever's going next.
15             (Recess taken, 3:44 p.m. to 4:01 p.m.)                    15:44:26
16             THE COURT:  Please be seated.  And the record will
17    reflect the presence of government counsel, all defense counsel
18    and clients, and we will bring in the jury.
19             Who is next?
20             MR. LINCENBERG:  (Indicating.)                           16:01:33
21             THE COURT:  All right.  All rise for the jury.
22             (Jury present.)
23             THE COURT:  All right.  Be seated.
24             Mr. Lincenberg, you may begin.
25             MR. LINCENBERG:  Thank you, Your Honor.                  16:02:39
```

1          Good afternoon, ladies and gentlemen.  I get the fun

2     job of talking to you at 4:00 o'clock, after you've been here

3     for a long day.

4          My name is Gary Lincenberg, and along with my partner,

5     Gopi Panchapakesan, we have the honor of representing John        16:02:51

6     Brunst, who's an innocent man who is charged with offenses and

7     is here today for you to judge his actions in connection with

8     this trial.

9          Let me say, before I get into the points that I want

10    to cover, that I wholeheartedly join in what my colleague,        16:03:07

11    Mr. Cambria, told you by way of overview with respect to this

12    case.

13         Now, my opening statement is going to deal with my

14    client's role, but what Mr. Cambria said is frankly a defense

15    for all of the men and women who are in the courtroom here        16:03:28

16    today.

17         Now, the government counsel, in his opening statement,

18    placed before you two overview exhibits that I want to

19    reference.  The first is called prostitution -- the first one

20    was from 2004 to -- there it goes -- from 2004 to 2010, which     16:03:56

21    they said was phase one of prostitution marketing strategies.

22    And they talked about aggregation and posters and the

23    reciprocal link program.

24         What they didn't tell you is that there's zero

25    evidence that my client, Mr. Brunst, was involved at all in       16:04:22

UNITED STATES DISTRICT COURT

```
 1    anything to do with aggregation, anything to do with super

 2    posters, anything to do with a reciprocal link program.

 3            In fact, Mr. Brunst was never even employed by

 4    Backpage.  He never worked in Backpage's Dallas office when the

 5    offices moved there in 2013, which covers all of the ads          16:04:46

 6    involved in this indictment.  He never worked at that office in

 7    Dallas.

 8            You're going to see a lot of emails in this case.

 9    You'll notice he never had a Backpage email address.  He was

10    not an employee of Backpage.                                      16:05:06

11            There's no evidence that Mr. Brunst ever saw any of

12    the ads that you're going to be exposed to during this trial.

13    There's no evidence that he ever met or knew or spoke to any of

14    the advertisers, some of whom you may hear from in this case.

15            And yet he faces a felony indictment, and he does so     16:05:27

16    in a case in which my colleague, Mr. Stone, the prosecutor,

17    never mentioned any of that to you.

18            It's not that he has to lay out every detail in his

19    opening.  But it highlights the importance of not coming to

20    quick judgments until you really hear the evidence and what's     16:05:50

21    going on.

22            His other major slide was where he said phase two, and

23    he talked about moderation.  Mr. Brunst was not involved in

24    moderation.  Response to press, governmental organizations, law

25    enforcement, attorney generals -- attorneys, Mr. Brunst was not   16:06:13
```

1   involved in that.  And the third part is what they call the

2   response to credit card Armageddon.

3           And Mr. Stone did mention Mr. Brunst's role in

4   connection with dealing with some credit card companies, so I

5   will address that in my opening statement.                    16:06:35

6           Now, when I discuss Mr. Brunst's role and

7   responsibilities, unfortunately, it's not going to be eye

8   popping.  His job was not real exciting.  At times probably a

9   little boring.  He was not a Pulitzer Prize winning journalist.

10  He was just an accountant, and he was an accountant who held    16:07:03

11  jobs as an accountant or a CFO at different times, and that's

12  what he did.

13          He's a 71-year-old man who was born in Chicago.  He

14  has a wife.  He has six children, a number of grandchildren.

15  His wife, Mary Ann, and one of their daughters is in the       16:07:20

16  courtroom with us here today.

17          Mr. Brunst got a degree in accounting from the

18  University of Illinois.  He worked in a large accounting firm

19  in his early days.  He went to work for various companies, such

20  as -- if this works -- it's not clicking through.              16:07:42

21          Maybe you can take over control.

22          There we go.  He went to work for banks, investment

23  banks, he worked for an aerospace company, all in these

24  accounting/financial-type roles over the years.

25          Then in 1992, at the age of about 40, Mr. Brunst moved  16:07:59

1    to Phoenix and took a job with a company called New Times.  And

2    New Times, you're familiar with it, of the newspaper here that

3    Mr. Lacey edited.  New Times also grew and it was what we call

4    a media holding company.

5            That's who Mr. Brunst worked for for 26 years.  A                16:08:30

6    media holding company.  At first it was called New Times.  At

7    some point, after some transactions, it became known as Village

8    Voice media holding companies -- media holding company.  There

9    were other entities that were set up for different purposes,

10   but essentially what he did was he worked as a chief financial    16:08:53

11   officer of a media holding company.

12           And that company grew over the years.  At one point

13   they had some 18 different, what I'll call operating

14   businesses, most of them newspapers, around the country.  At

15   one point those various newspapers had some 1,200 employees.     16:09:13

16   They didn't -- they weren't employees of New Times or Village

17   Voice media holding companies.  Most of them were employees of

18   either Village Voice or the Phoenix New Times or a Cleveland

19   newspaper or Backpage, when it started up, or something like

20   that.                                                            16:09:33

21           And this is not a very exciting -- there we go -- this

22   is not a very exciting exhibit, but it gives you a sense of

23   some of the responsibilities that Mr. Brunst would do.

24           So, for example, the media holding companies had

25   investors.  One of Mr. Brunst's job would be to interact with,   16:09:54

UNITED STATES DISTRICT COURT

1    for example, Goldman Sachs was a major investor in that Village

2    Voice media holding company.  WPG was a major investor.  These

3    different types of financial people who would want to get

4    reports on the profits and losses of the businesses and the

5    like, these are some of the people who Mr. Brunst interacted          16:10:15

6    with.

7           Also on this chart, you see it lists some of the

8    different companies that were held underneath this holding

9    company.  And as you can see, there's all sorts of different

10   newspapers such as in Cleveland and Miami and the like.               16:10:34

11          I'm going to let you run the -- Christina, I'm going

12   to let you run this because I'm not -- it's sort of delaying my

13   clicking.

14          Now, the prosecutor referred in his opening statement

15   to Mr. Brunst as being the CFO of Backpage.  Now, Mr. Brunst          16:10:56

16   did hold a -- a title with all of these different subsidiaries

17   of CFO.  He was a non -- what we would call a nonoperational

18   CFO of these 18 or 19 different companies.

19          And the reason he was a nonoperational CFO is because

20   some of them -- they all had accountants and controllers and          16:11:24

21   bookkeepers and the like, but sometimes for purposes of

22   corporate Secretary of State filings, you needed to list a

23   chief financial officer, and he would be in that position.  He

24   was listed as the CFO.  But his only operational role as the

25   CFO was for this media holding company.                               16:11:44

1              If you can click to the next.  Thank you.

2              Now, what were his responsibilities?

3              Mr. Brunst dealt with what I'm going to generally call

4    the different type of numbers people.  So, for example, he

5    dealt with accounting functions, he dealt with financial                 16:12:06

6    reporting, audits, financing, banking, investor relations,

7    corporate transactions, obtaining commercial or health

8    insurance.  With regard to corporate transactions, there were a

9    number of corporate transactions that would take up the vast

10   bulk of his time during this time period.                                 16:12:31

11             He assisted with the buying and selling of different

12   businesses that were bought and sold by the holding company.

13   There were some 30 potential acquisitions during these years.

14   There were about 13 or 14 transactions that closed.

15             And every time these transactions would close, there           16:12:49

16   would be new, different companies that would be formed for

17   these new transactions and different holding companies and

18   different subsidiaries, and some of them dealt with different

19   things, and all of the type of things that corporate lawyers

20   and chief financial officers and investment bankers deal with            16:13:07

21   when they go through all of these type of transactions.

22             So let's talk about who some of the people are who he

23   would deal with in terms of the work he was doing.

24             So, for example, who would he deal with at the

25   business units, such as the Village Voice or Backpage or New             16:13:28

1    Times?  He would deal with usually the controller or the

2    bookkeeper, because those people had to prepare financial

3    reports that would come up to the holding company to be made a

4    part of the larger financial reporting.

5           And he would also deal with synergizing accounting          16:13:48

6    systems and things like that so that when a new company came

7    in, if one was on one accounting system and the other was on a

8    different one, there was a lot of work to be done in that

9    regard.

10          On occasion, he would deal with executives at some of        16:14:06

11   the subsidiaries.  So, for example, in this case, I believe the

12   prosecution will point out that Mr. Brunst interacted with

13   Mr. Ferrer at times in yearly meetings where, for example, they

14   might discuss budgets.  And at a certain time of the year,

15   Mr. Brunst, as the CFO of the holding company, would            16:14:28

16   participate in these meetings with all of the different 18 or

17   19 different subsidiary business units that were held under the

18   holding company.

19          He would deal with investment bankers.  So, for

20   example, when there was a potential purchase, whether they were   16:14:46

21   looking to buy or sell a business, such as selling Backpage,

22   for example, the holding company would bring in investment

23   bankers such as a company called Duff and Phelps, which would

24   have a role of determining a valuation so that when they would

25   negotiate with a potential purchaser of the business, this is     16:15:07

1    one of the things they do.  Buyers and sellers like to talk

2    about what the value of the business is.

3            And in the course of that, for example, with Backpage,

4    there would be information about the revenue streams.  There

5    would be information about the high percentage of revenue that          16:15:21

6    came in from adult ads that was openly disclosed, discussed

7    with investment bankers, discussed with purchasers, discussed

8    with lenders, and so forth.

9            Nobody at any of the investment banks ever said, well,

10   we can't take this money because 94 percent of the revenue is          16:15:38

11   coming from adult ads or anything of these sort.  All of these

12   were transactions that people dealt with in the ordinary course

13   of business in good faith.

14           And in connection with these transactions, he would

15   deal with corporate attorneys.  The transactions needed to be          16:15:53

16   documented, and it wasn't just the purchase or sale of a

17   business.  If there was a credit line, a credit facility that

18   needed to be opened up, for example.  There's a lot of

19   paperwork that one would deal with with the banks.

20           The banks all had Know Your Customer requirements.            16:16:10

21   They wanted to know who they were dealing with.  They wanted to

22   know the nature of the business.  They wanted to look at

23   whether there was litigation risk, whether there were

24   outstanding lawsuits, things like that.

25           Mr. Brunst would put them in touch with lawyers if            16:16:26

1    they needed to.  That was his role, facilitating the

2    interaction of the various type of professionals with the

3    financial people who they're doing business with.

4         He would play a similar role with accountants.  The

5    media holding companies would be audited every year, and they      16:16:45

6    were audited by large, large accounting firms, Top 4 accounting

7    firms at times, and at times I think Top 7 accounting firms.

8    There were two different accounting firms whose names may come

9    up in connection with this case.

10        And he would have to interact with those individuals      16:17:06

11   in connection with tax advice, in connection with providing the

12   financial reporting and the like.  And when these audits were

13   being done, he would also have to connect the auditors with --

14   if they wanted to talk to an operational person at a subsidiary

15   business unit, he would say, call up so-and-so.  If they wanted   16:17:24

16   to talk to lawyers in connection with transactions or

17   litigation, he would connect them with so-and-so.

18        The accounting firms would get what they call

19   management rep letters, representation letters, about the

20   business so that the auditing firm could, at the end of their   16:17:41

21   work, determine whether, for example, the media holding company

22   or any of its units were, quote, going concerns.

23        "Going concerns" is an accounting term of art that if,

24   for example, they see something that is a major risk of falling

25   apart or, for example, if they thought the business might be   16:18:03

1     closed down by federal authorities, they could note that and

2     not sign off on the accounting.

3            And, in fact, some of these companies, some of the

4     lenders, for example, and other types of financial companies,

5     would from time to time -- oh -- have reputational -- they                16:18:24

6     would have concerns, and Mr. Ferrer will testify about this at

7     length, about the reputational concerns that the different

8     companies had who they dealt with with banking, with credit

9     card companies, and the like.

10           This would frequently come up, because these banks and     16:18:49

11    credit card companies and others knew, for example, that

12    Backpage was in a space where there was publicity or issues

13    involving adult entertainment, and so if they were going to do

14    business, they would look at this and decide whether they

15    wanted to do business.                                            16:19:10

16           And as the prosecutor pointed out, at certain points

17    and times, some of them decided not to do business.  So, for

18    example, Mr. Stone had as one of his slides in his opening this

19    slide about how Backpage payment methods changed in around

20    2015.                                                             16:19:29

21           So the first thing you should understand is that from

22    2004 until 2014, 2015, these major credit card companies, Amex,

23    Visa, MasterCard, were all doing business with Backpage.  And

24    they have KYC, Know Your Customer, departments, anti-money

25    laundering departments, and the like.                             16:19:54

1          They chose to do business with them.  At a point in

2     time, that changed, particularly with these companies.  What

3     Mr. Stone didn't tell you is why it changed and what happened

4     as a result of the change.

5          So what the prosecutor would like you to focus on is          16:20:09

6     this idea that, my God, these credit card companies said, we're

7     not going to process your business anymore.  If that isn't

8     something that puts Mr. Brunst or any of the defendants on

9     notice that there must be criminal wrongdoing there, what is?

10          Well, let's talk about what occurred and what led, for          16:20:30

11     example, to these companies deciding to discontinue processing

12     credit cards for Backpage.

13          Mr. Cambria noted all of the different law enforcement

14     around the country that heaped accolades on Backpage for

15     assisting.  Not all of them did.  As Mr. Stone points out,          16:20:54

16     there were some attorney generals who wrote and said, we don't

17     like what you're doing.

18          And there was one sheriff in Cook County named Sheriff

19     Dart, who --

20          MR. STONE:  Objection, Your Honor.          16:21:08

21          MR. LINCENBERG:  We discussed this.

22          THE COURT:  Let's move forward.  Overruled.

23          MR. LINCENBERG:  -- who threatened these credit card

24     companies.  Sheriff Dart threatened these credit card companies

25     and sent them correspondence.  Some of this is documented in          16:21:20

```
 1    government exhibits.  Sent them correspondence to say, you
 2    should stop doing business with Backpage.
 3            And these credit card companies were like, well, we
 4    don't want to deal with the sheriff, and we don't want to be in
 5    the middle of bad press, so they stopped doing business.      16:21:40
 6            But what happened as a result of that?  So you might
 7    say, all right, well, didn't that put these people on notice
 8    that they had an issue?  What the evidence will show in this
 9    case is that all of the issues with Sheriff Dart were resolved
10    in a manner that gave comfort to our clients that, in fact,    16:22:01
11    Sheriff Dart was the one who was wrong in threatening to shut
12    them down.
13            MR. STONE:  Objection, Your Honor.
14            MR. LINCENBERG:  My clients were operating in good
15    faith.                                                         16:22:16
16            MR. STONE:  Objection.
17            THE COURT:  Overruled.  Let's move forward.
18            MR. LINCENBERG:  That's what happened with these
19    credit card companies.
20            Now, the other thing that the prosecutor didn't note  16:22:22
21    for you is that in around April of 2015, the media holding
22    company sold Backpage to Mr. Ferrer.  Now, moving forward after
23    2015, Mr. Ferrer had to deal with payment processing issues,
24    and at times there was some communication with Mr. Brunst
25    because the media holding company was a lender to Ferrer at    16:22:48
```

1    this time.  They weren't involved in the operations but they

2    were a lender.  And Mr. Brunst has facility and knowledge in

3    the financial world, and he would from time to time assist in

4    making an acquaintance or the like.

5           So, for example, Mr. Stone referenced two emails that        16:23:07

6    you'll hear about in the case.  And these are interesting.  One

7    of them was where Mr. Stone noted that there's an email that

8    Mr. Brunst talked about how you shouldn't do business -- or

9    that this bank in Mauritius is a nonstarter.  They're not going

10   to do business with you.                                            16:23:34

11          What he didn't tell you was what the rest of the email

12   chain discusses.  And that's because they had already reached

13   out to this bank in Mauritius, and the bank in Mauritius had

14   decided that they didn't want to deal with the reputational

15   concerns and do any further business with Backpage.                 16:23:52

16          So what the email is, why are you contacting them

17   again?  They already turned you down.  Try to contact somebody,

18   and Mr. Ferrer did contact other payment processors, and they

19   did do work going forward.  But that's what the Mauritius --

20   this discussion about this Mauritius bank is about.  It's about     16:24:10

21   why would you contact a bank that you already contacted?

22          The second email that Mr. -- I'm putting on the screen

23   what the organizational chart came to in 2015.  Hold with me

24   for a moment before we get to that.

25          The second email that was referenced in Mr. Stone's         16:24:35

UNITED STATES DISTRICT COURT

1    opening was about a company called Website Technologies.

2    Mr. Stone suggested that this company was set up so that money

3    could be processed through Website Technologies and people

4    wouldn't know that it was being paid to Backpage.

5            Now, what he didn't tell you is Website Technologies      16:24:54

6    was a company that Carl Ferrer formed, a technology company,

7    which he hoped would provide technical support for internet

8    companies, website development, deal with data privacy issues

9    and the like.  It was a real company.  My client had nothing to

10   do with it, but it was a real company.                          16:25:16

11           Second, what the evidence will show is that when

12   Website Technologies submitted an application for payment

13   processors, it was disclosed that they were related to

14   Backpage.  And I believe that Mr. Ferrer will testify that with

15   regard to dealing with the banks and the lenders and the        16:25:34

16   payment processors, even while he has been purchased through

17   his agreement by the government, he will still tell you, I

18   never lied to financial institutions.  That was one thing I

19   wouldn't do.

20           And part of that is because he knew Mr. Brunst was an     16:25:52

21   honest, straight shooter who would never lie to financial

22   institutions and had some insight into the dealings with

23   financial institutions.

24           So April of 2015, there was a sale of Backpage.  It's

25   kind of important in this case because a number of the ads and   16:26:13

1    financial transactions that are charged in this case take place

2    after April of 2015, after the sale takes place.

3         So if Mr. Ferrer is engaged in posting -- of Backpage

4    is engaged in the posting of ads, certainly none of these

5    defendants had anything to do with it.  My client never had        16:26:38

6    anything to do with it even before 2015 or anything of the

7    sort.

8         And this is essentially the structure of the company

9    that Mr. Brunst worked for as of April 2015.  Medalist Holding

10   Company oversaw some other different subsidiaries.  You see a        16:26:57

11   company called Cereus Properties.  Cereus Properties was the

12   company that all of the investment banking and banking and

13   legal wizards who put the deal together suggested be the

14   lending institution, because it was a seller-financed

15   transaction, so that the holding company loaned money to Ferrer     16:27:17

16   and Ferrer would make loan payments.

17        And one of the things that Mr. Brunst dealt with after

18   2015, where he had some continuing interactions with

19   Mr. Ferrer, was with regard to loan payments.  So as the CFO of

20   the holding company, he would check with all of the different       16:27:39

21   entities, but in this case Backpage, to see if, for example,

22   there's money owed, that it shouldn't be paid.  Or if it's not

23   paid and if Mr. Ferrer said, can I have a modification or an

24   extension, sometimes it's called a forbearance agreement,

25   Mr. Brunst would be involved in some of the communications          16:27:57

1    relating to the forbearance agreement.

2            Now, the -- when the government was talking about this

3    company, Website Technologies, and they referenced an email

4    involved in the payment processing and this idea that, if you

5    recall, the email was Mr. Brunst being in a discussion about          16:28:20

6    making sure that Website Technologies and Backpage remained

7    separate for corporate purposes.

8            What the government didn't tell you about was the rest

9    of that email chain.  And what that says is that the reason why

10   these structures needed to be separate was because the chief        16:28:39

11   technology officer for Backpage and one of his jobs was to try

12   to keep Backpage certified as what's called PCI-certified.

13           And PCI is a payment card industry data security

14   standard.  And so if you're a website operator, you want to be

15   PCI-certified.  And if Website Technologies is not                   16:29:08

16   PCI-certified and Backpage is PCI-certified, and they're one

17   company, then Backpage becomes uncertified.  And you'll see

18   that when you see the email.

19           This has nothing to do with concealing Backpage from

20   payment processors.  And that's why it's important, when you         16:29:30

21   hear a little snippet of an email out of context, in this case,

22   way out of context, it's important to wait until you hear the

23   cross-examination.

24           Now, ladies and gentlemen, as a general matter,

25   Mr. Brunst had no involvement in marketing or compliance or         16:29:53

```
 1    legal issues.  You heard what he did for his job.  And in fact,

 2    the person who he reported to, Jim Larkin, used to always say

 3    to him:  Stay in your own swim lane.  You deal with the

 4    financial issues, the accounting -- and the accounting, the

 5    auditors and the like, you know --                              16:30:13

 6              MR. STONE:  Objection, Your Honor.

 7              THE COURT:  Overruled.

 8              MR. LINCENBERG:  You deal with that.  I'll deal with

 9    the other issues, whether they're the legal issues or the

10    different operational issues involving the newspapers of        16:30:26

11    Backpage.

12              Did Mr. Brunst have an understanding that there was a

13    compliance section in place, this ad moderation group that

14    you'll hear, for example, from Mr. Spear -- Spear's attorney

15    about?  He knew that there was an ad moderation program in      16:30:43

16    place.  He wasn't the one reviewing it.

17              Did Mr. Brunst know that there were terms of use that

18    were involved on the website?  He had that type of general

19    knowledge that people had to comply with terms of use.  He

20    wasn't involved in developing it or enforcing it.  That wasn't  16:30:59

21    part of his role.

22              He generally stayed abreast of legal issues because he

23    had to communicate them to the banks or financial institutions

24    that might have questions about them.

25              And so, in the end, when you think about the          16:31:14
```

1    prosecutor's opening statement where he's talking about

2    particular ads, say, well, what did Mr. Brunst have to do with

3    that?  Did he ever see them, create them, talk to anybody?  No.

4         Did he have any dealings with the businesses that

5    posted them?  No.                                           16:31:34

6         What he did was he did his job, and he did it honestly

7    and in good faith.  And if questions were raised by the people

8    he dealt with on issues like adult ads, he would provide them

9    either the contact person, whether it was counsel or a CEO at

10   one of the newspapers or Backpage, and put them in touch with  16:31:58

11   them so that their concerns could be addressed or forward

12   information that he received from them.

13        He never promoted any prostitution.  He never

14   concealed any money that came to the holding companies.  You'll

15   see that what these money laundering counts are is it might be,  16:32:17

16   for example, a wire that was sent from Backpage as repayment of

17   a loan to the holding company.  That's open.  The banks see it.

18   It's recorded on income statements.  The outside auditors see

19   it.  It's all open.  Nothing is concealed.

20        And there was -- and at the end of this case, I          16:32:39

21   believe that when you go back and listen and review the

22   evidence and look at what my client's role was, you'll see that

23   he never was dishonest to anybody.  He did his job honestly, in

24   good faith, and he never committed the crimes that are charged

25   in this indictment.                                          16:33:00

1          Thank you very much.

2          THE COURT:  Thank you, Mr. Lincenberg.

3          Members of the jury, we are at about -- well, not --

4    just beyond 4:30, and as I mentioned to you, we would try to

5    aim for that goal and it looks like we made it.                    16:33:15

6          I do want to just say a couple of things, and you may

7    forget about this over the weekend, which is completely fair.

8          You have now been given lanyards with your juror

9    number on them.  Please make sure that when you are beginning

10   to come into the building, to put those on.  And that's for the  16:33:35

11   purposes of the people who work in the courthouse, the lawyers,

12   potential witnesses, and so on will identify you as a juror and

13   generally try to stay away, or at least they should.

14         And again, throughout your time as a juror, you should

15   always try to avoid communicating with people that might be in   16:33:56

16   and around the courthouse.  And that's just simply to protect

17   the integrity of the process as we go through it.

18         I will give you a modified version of the

19   admonishment, and as I told you before, you're going to hear me

20   repeat this because it's vitally important.                       16:34:18

21         You are only a fraction of the way through your jury

22   service.  You've only heard from two counsel, and there are

23   other parties that wish to speak to you as well.  And so it is

24   vitally important, until the very end of the case, once it's

25   handed over to you, that you not form any conclusions or         16:34:36

1    opinions, continue to keep an open mind, listen intently as you

2    have been to all of the statements that are made in the opening

3    arguments of all counsel.

4         With that said, I again reiterate the importance of

5    not viewing any material, not Googling, researching, I don't        16:34:58

6    know if it's called Xing or Twittering, I guess.  Not go on to

7    any Instagram.  Don't -- well, it's hard not to avoid some of

8    these feeds that come in.  Swipe it away.  Hand it over to

9    someone, tell them to remove it from your phones or your iPads.

10   If you have family members that are listening to the news, have      16:35:27

11   them turn it down if something comes on.  Walk out of the room.

12        It's vitally important.  As you see, we've gone

13   through painstaking processes to seat a jury who could be fair

14   and impartial, and if something were to occur, it may disrupt

15   the entire process, and I don't think we want to start that         16:35:50

16   process all over again even at this juncture.

17        So I do tell you that you should just do your level

18   best to enjoy the weekend, and as we are upon the Labor Day

19   weekend, and I think Liliana provided you in the jury room a

20   calendar so that you're reminded, we are not in session            16:36:12

21   tomorrow because I know some of you probably planned to go out

22   of town.  And we are not in session on Tuesday because many

23   people return late on Monday and they want to get things in

24   order for the week.

25        And so we will resume on Wednesday and Thursday and we         16:36:27

1    have half-day trial on Friday.

2              Now, from time to time I will probe you on a Friday

3    morning or a Friday towards the noon hour if we can go a little

4    bit further, but that will not always be the case.  Because

5    sometimes we might have a witness on the stand and it might be          16:36:46

6    bumping up against the noon hour.  We want to complete that

7    witness, if it doesn't create an inconvenience for any of you

8    jurors.  So just bear that in mind.

9              But with that, you will exit.  Leave your juror

10   badges -- badge numbers on you, and follow the direction of          16:37:06

11   Liliana.  And with that, please enjoy your weekend.

12             Please all rise for the jury.

13             JURY MEMBER:  Have a good weekend.

14             THE COURT:  Thank you.

15             (Jury not present.)                                          16:37:51

16             THE COURT:  All right.  Please be seated.  And I ask

17   those who are in the public gallery not to leave until the

18   jurors have had an opportunity at least to make their way out

19   of the building.  I would say if you'd say in your seats for at

20   least 5 or 7 minutes, I would appreciate that.                        16:38:08

21             Now, let me just make a couple of comments.  We've

22   screened this jury.  We've asked them if they've heard anything

23   about the case.  Many of them have not.  I can't recall whether

24   or not anyone who's on here had heard.

25             Mr. Cambria, you did mention something about              16:38:27

```
 1    Mr. Larkin.  I want everyone to be mindful, this jury does not

 2    necessarily know about Mr. Larkin.  So please be mindful of

 3    that.

 4            And with that, we will stand in recess until next

 5    Wednesday.                                              16:38:46

 6            MS. BERTRAND:  Your Honor, what time would you like

 7    the lawyers here on Wednesday?

 8            THE COURT:  Unless you need me for something which

 9    should occur at 8:30 or even a little bit earlier -- and you

10    can certainly send a note to my chambers mailbox -- I would   16:39:00

11    expect you to be in the courtroom, seated and ready to go, by a

12    quarter to the hour.  And I'll ask that the juror members come

13    in promptly at 9:00.

14            MS. BERTRAND:  Thank you, Your Honor.

15            MR. RAPP:  Your Honor?  Over here, Mr. Rapp.         16:39:19

16            THE COURT:  Yes.

17            MR. RAPP:  We are putting our first witness on on

18    Wednesday.  We've disclosed that -- the first witness to the

19    defense and we have provided them a chronology of the exhibits

20    and the manner we intend to admit it through -- admit the     16:39:33

21    exhibits through this witness.

22            THE COURT:  Did you give that to me as well, Mr. Rapp?

23            MR. RAPP:  We haven't, but we certainly would.

24            THE COURT:  Yes, please do.  Thank you.

25            MR. RAPP:  All right.  So we just want to inquire as   16:39:46
```

1    to whether there will be some type of a hearing on those

2    exhibits and whether we can try to vet the admissibility of

3    those exhibits prior to putting the witness on.

4            THE COURT:  Well, it sounds like, then, if that is the

5    case, I don't want to delay this jury coming in.  Like I said,      16:40:01

6    if you need to meet with me earlier, alert my courtroom staff

7    through my chambers mailbox or through Liliana, and I can take

8    the bench as early as 8:15 so we can resolve those issues.

9            I don't want them to be raised in the process, to the

10   extent that they need not be, in the witness testimony.            16:40:24

11           MR. RAPP:  Right.

12           THE COURT:  So please look closely at those associated

13   exhibits with the first witness, and then I can take up those

14   matters first thing on Wednesday.

15           MR. LINCENBERG:  Your Honor, it may be helpful for the      16:40:43

16   Court to be aware, there's like 400-plus exhibits that were

17   identified earlier this week.  The defense obviously needs to

18   start going through and -- and what is going to be objected to.

19   I'm just alerting the Court that there's going to be a lot of

20   discussion on this.                                                 16:41:01

21           THE COURT:  All right.  Well, thank you for the

22   heads-up.

23           All right.

24           (Proceedings adjourned at 4:41 p.m.)

25

1                    C E R T I F I C A T E

2

3          I, JENNIFER A. PANCRATZ, do hereby certify that I am

4   duly appointed and qualified to act as Official Court Reporter

5   for the United States District Court for the District of

6   Arizona.

7          I FURTHER CERTIFY that the foregoing pages constitute

8   a full, true, and accurate transcript of all of that portion of

9   the proceedings contained herein, had in the above-entitled

10  cause on the date specified therein, and that said transcript

11  was prepared under my direction and control.

12         DATED at Phoenix, Arizona, this 7th day of September,

13  2023.

14

15

16
                    s/Jennifer A. Pancratz_____
17                  Jennifer A. Pancratz, RMR, CRR, FCRR, CRC

18

19

20

21

22

23

24

25