✑AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME David E. Harris | 2. PHONE NUMBER 877-653-3334 |
| | 3. DATE 9/22/2023 |
| 4. FIRM NAME Sico Hoelscher Harris LLP | |
| 5. MAILING ADDRESS 802 North Carancahua | 6. CITY Corpus Christi |
| | 7. STATE TX |
| | 8. ZIP CODE 78401 |
| 9. CASE NUMBER 2:18-cr-00422 | 10. JUDGE Judge Humetewa |
| | DATES OF PROCEEDINGS |
| | 11. 8/29/2023 |
| | 12. 11/09/2023 |
| 13. CASE NAME USA v. Lacey et al. | LOCATION OF PROCEEDINGS |
| | 14. Phoenix |
| | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify) | full day of trial and testimony |
| [ ] OPENING STATEMENT (Plaintiff) | | Full Day of Trial and | whenever the following |
| [ ] OPENING STATEMENT (Defendant) | | Witness Testimony | witnesses testify: |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | Carl Ferrer, Jess Adams, |
| [ ] CLOSING ARGUMENT (Defendant) | | | Brian Fichtner, Daniel Hyer |
| [x] OPINION OF COURT | | | and Ernie Allen, and for |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | indexes to be included |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS (expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [x] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | E-MAIL ADDRESS dharris@shhlaw.com, mmalouf@shhlaw.com | | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ David E. Harris

20. DATE 9/22/2023

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY