**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Diane J. Humetewa** | **Date:** October 11, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets**
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants: ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody ☐ Summons ☐ Writ**

**JURY TRIAL (Day 16):**

8:45 a.m. Court reconvenes. Jury present. Jess Adams examined further. Exhibits 1167, 1168, 1176a, 1176, 1182, 1171, 1171a, and 2046 are admitted. 9:54 a.m. Cross-Examination by Mr. Feder. 10:14 a.m. Jury exits courtroom. Discussion re: testimony of Carl Ferrer. 10:23 a.m. Recess.

10:36 a.m. Court reconvenes. Jury present. Witness examined further. 11:23 a.m. Cross-Examination by Mr. Eisenberg. 11:29 a.m. Cross-Examination by Ms. Bertrand. 11:33 a.m. No additional cross-examination and no redirect. Witness excused. Breahannah Leary sworn and examined. 12:00 p.m. Jury exits. Discussion held with counsel. 12:07 p.m. Recess.

12:46 p.m. Court reconvenes. Discussion held with counsel. 12:51 p.m. Jury present. Witness examined further. 12:55 p.m. Cross-Examination by Ms. Bertrand. 1:01 p.m. Cross-Examination by Mr. Cambria. 1:04 p.m. Cross-Examination by Mr. Kessler. 1:30 p.m. No additional cross-examination. Redirect. 1:32 p.m. Recess. Witness excused. Isaac Luria sworn and examined. 2:14 p.m. Recess.

2:33 p.m. Court reconvenes. Argument heard re: testimony of Isaac Luria. **IT IS ORDERED** that Defendants' objections are noted and to the extent a mistrial is sought, that is denied.  2:42 p.m. Jury present. Cross-Examination by Mr. Cambria. 3:13 p.m. Cross-Examination by Mr. Eisenberg. 3:15 p.m. No additional cross-examination. Redirect. 3:23 p.m. Witness excused. Mickey Hansen sworn and examined. Exhibits 475, 466, 466a, and 470 are admitted. 3:59 p.m. Jury exits courtroom. Defendants make an oral Motion for Mistrial. Argument heard. **IT IS ORDERED** taking the oral Motion for Mistrial under advisement. 4:15 p.m. Court in recess until Thursday, October 12, 2023 at 8:45 a.m.

**Court Reporter** Teri Veres/Cathy Taylor                    **Start:  8:45 AM**
**Deputy Clerk** Liliana Figueroa                                        **Stop:   4:15 PM**
                                                                                           **Total:  6hrs 19min**