IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>          Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>          Defendants. | CR-18-00422-PHX-DJH<br><br>**UNITED STATES' PROPOSED<br>VERDICT FORM** |

## UNITED STATES' PROPOSED VERDICT FORM

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

### CONSPIRACY
**18 U.S.C. § 371**
**COUNT 1**

| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

**Count 2:**

| Date | Exhibits | Ad Title | State |
|------|----------|----------|-------|
| Sept. 10, 2013 | 212, 212a | "Get freaky Tuesday . . Come spend ur day with us – 19" | Massachusetts |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 3:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 27, 2014 | 504 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 4:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 29, 2014 | 214 | "Puerto Rican mami in walpole area INCALLS – 19" | Massachusetts |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 5:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2014 | 214a | "Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! – 19" | New Hampshire |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 6:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2014 | 505 | "75 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 7:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 20, 2014 | 506 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 8:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 7, 2014 | 507 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 9:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 31, 2014 | 508 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! - 38" | Washington |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 10:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 1, 2014 | 509 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

      Michael Lacey   _____ GUILTY     _____ NOT GUILTY

      Scott Spear   _____ GUILTY     _____ NOT GUILTY

      John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

      Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

      Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 11:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Aug. 19, 2014 | 510 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 5'7 125 lb Hot Blonde - 38" | Washington |

      Michael Lacey   _____ GUILTY     _____ NOT GUILTY

      Scott Spear   _____ GUILTY     _____ NOT GUILTY

      John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

      Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

      Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 12:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 23, 2014 | 215a | "New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18" | California |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 13:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan 29, 2015 | 217a | "New in Town Sexy Dark Asain Bombshell with a Nice & Tight {Booty} – 23" | California |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 14:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2015 | 215 | "NEW IN TOWN sexy sweet European mixed Cuban California girl – 21" | Arizona |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 15:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2015 | 217 | "New in Town Sexy Dark Asian mixed Bombshell – 23" | Arizona |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 16:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 4, 2015 | 216 | "Upscale Independent BRUNETTE BOMBSHELL 5-Star Fantasy – 26" | Colorado |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 17:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 18, 2015 | 216a | "Alexis Foxx the HOTTEST in town!!!!! – 26" | Colorado |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 18:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 26, 2015 | 511 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 19:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 18, 2015 | 220 | "GORGEOUS ebony PLAYMATE Perfect Curves…Skills to make ur TOES CURL – 19" | Texas |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 20:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 19, 2015 | 220a | "Hot & Driping Submissive Ebony Playmates – 20" | Texas |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 21:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 1, 2015 | 222 | "AbSoLuTeLy AmAZiNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT SEXii PlAymate – 20" | Arizona |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

Scott Spear        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 22:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 2, 2015 | 222a | "SeXy!! Exotic playmate Call me! The girl you NEED to See! – 20" | Arizona |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 23:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Aug. 13, 2015 | 218 | "Young SEXY PUERTO RICAN – 19" | California |

Michael Lacey   _____ GUILTY     _____ NOT GUILTY

Scott Spear   _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 24:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Aug. 15, 2015 | 221 | "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" | Michigan |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 25:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Sept. 13, 2015 | 512 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 26:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 28, 2015 | 513 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    Scott Spear    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

    Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

    Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 27:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 21, 2016 | 1718 | "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" | Massachusetts |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    Scott Spear    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

    Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

    Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 28:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 3, 2016 | 1719 | "GFEE New – 18" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 29:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 11, 2016 | 1720 | "Mind blowing Tiffany, Incall in Taunton – 37" | Massachusetts |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 30:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 14, 2016 | 1721 | "Top Model 2016 Special 'Best Young Looking Asian' … -22" | Massachusetts |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 31:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 14, 2016 | 1735 | "Sometimes It's All About The Journey, And The Destination…..Erectile Dysfunctional G F E Provider – 44" | Arizona |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 32:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 19, 2016 | 1722 | "The True (G)irl (F)riend (E)xperience VISITING November 27th Sunday ~ PRE-BOOKING SPECIAL ~ - 100" | Louisiana |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 33:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 24, 2016 | 1723 | "Top Asian Grand Opening 100% Young 100% Sexy … - 23" | Massachusetts |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 34:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 26, 2016 | 1724 | "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" | California |

    Michael Lacey   _____ GUILTY     _____ NOT GUILTY

    Scott Spear   _____ GUILTY     _____ NOT GUILTY

    John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

    Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

    Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 35:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Dec. 20, 2016 | 1725 | "OMG Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24" | Massachusetts |

    Michael Lacey   _____ GUILTY     _____ NOT GUILTY

    Scott Spear   _____ GUILTY     _____ NOT GUILTY

    John "Jed" Brunst   _____ GUILTY     _____ NOT GUILTY

    Andrew Padilla   _____ GUILTY     _____ NOT GUILTY

    Joye Vaught   _____ GUILTY     _____ NOT GUILTY

**Count 36:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 15, 2017 | 1726 | "Real & Reviewed Girlfriend Theonesweet.weebly.com – 30" | Nevada |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 37:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 4, 2017 | 1727 | "KISSING & GFE KOREAN GIRLS – 20" | Massachusetts |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 38:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 11, 2017 | 1728 | "Pettit Sexy #Corey# 4407239339 – 39" | Ohio |

| | | | | |
|---|---|---|---|---|
| Michael Lacey | _____ | GUILTY | _____ | NOT GUILTY |
| Scott Spear | _____ | GUILTY | _____ | NOT GUILTY |
| John "Jed" Brunst | _____ | GUILTY | _____ | NOT GUILTY |
| Andrew Padilla | _____ | GUILTY | _____ | NOT GUILTY |
| Joye Vaught | _____ | GUILTY | _____ | NOT GUILTY |

**Count 39:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 3, 2017 | 1729 | "WANNA HANG OUT NOW UpScale New In Town! Call ME now for a unforgettable Visit – 20" | Alabama |

| | | | | |
|---|---|---|---|---|
| Michael Lacey | _____ | GUILTY | _____ | NOT GUILTY |
| Scott Spear | _____ | GUILTY | _____ | NOT GUILTY |
| John "Jed" Brunst | _____ | GUILTY | _____ | NOT GUILTY |
| Andrew Padilla | _____ | GUILTY | _____ | NOT GUILTY |
| Joye Vaught | _____ | GUILTY | _____ | NOT GUILTY |

**Count 40:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 15, 2017 | 1730 | "Ready for some fun daddy? This is your chance too have a amazing time – 21" | Massachusetts |

Michael Lacey        _____ GUILTY      _____ NOT GUILTY

Scott Spear        _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught       _____ GUILTY      _____ NOT GUILTY

**Count 41:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 15, 2017 | 1731 | "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24" | Arkansas |

Michael Lacey        _____ GUILTY      _____ NOT GUILTY

Scott Spear        _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught       _____ GUILTY      _____ NOT GUILTY

**Count 42:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 21, 2017 | 1732 | "Pettit Sexy #Corey# 4407239339 – 30" | Ohio |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 43:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 23, 2017 | 1733 | "ASIAN GODDESS 100% young – 20" | Massachusetts |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 44:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 26, 2018 | 223 | "GFE Service Available! Private Encounters w/ Pampering Beauty" | Michigan |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 45:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 30, 2018 | 224 | "241 & white plains area Carfun Perfect Treat Available No Rush" | New York |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 46:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2018 | 225 | "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" | New York |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 47:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 30, 2018 | 226 | "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions" | New York |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 48:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2018 | 227 | "Exotic Asian Beauty" | Florida |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 49:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 1, 2018 | 228 | "Nuru (best GFE ever) incall only" | Nevada |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 50:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2018 | 229 | "Tuesday with Ashleigh. Available now" | Texas |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 51:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2018 | 230 | "GFE Kisskisspop 100% real Photo Choice 9Asian girl Nurunude" | New York |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Conspiracy To Commit Money Laundering**
**18 U.S.C. § 1956(h)**
**COUNT 52**

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

**Concealment Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNT 53-62**

**Count 53:**

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

**Count 54:**

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

- 27 -

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY     _____ NOT GUILTY

Scott Spear      _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY     _____ NOT GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY     _____ NOT GUILTY

Scott Spear      _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY     _____ NOT GUILTY

**Count 57:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY     _____ NOT GUILTY

Scott Spear      _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY     _____ NOT GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 60:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 61:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

     Michael Lacey   _____ GUILTY   _____ NOT GUILTY

       Scott Spear   _____ GUILTY   _____ NOT GUILTY

   John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

     Michael Lacey   _____ GUILTY   _____ NOT GUILTY

       Scott Spear   _____ GUILTY   _____ NOT GUILTY

   John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

### International Promotional Money Laundering
### 18 U.S.C. § 1956(a)(2)(A)
### COUNT 63-68

### Count 63:

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

### Count 64:

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 65:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 66:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 68:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey            _____ GUILTY            _____ NOT GUILTY

Scott Spear            _____ GUILTY            _____ NOT GUILTY

John "Jed" Brunst            _____ GUILTY            _____ NOT GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

**Count 69:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey            _____ GUILTY            _____ NOT GUILTY

John "Jed" Brunst            _____ GUILTY            _____ NOT GUILTY

**Count 70:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey            _____ GUILTY            _____ NOT GUILTY

John "Jed" Brunst            _____ GUILTY            _____ NOT GUILTY

**Count 71:**

| Date | Amount | Description |
|---|---|---|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear　　＿＿＿＿＿ GUILTY　　＿＿＿＿＿ NOT GUILTY

**Count 72:**

| Date | Amount | Description |
|---|---|---|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear　　＿＿＿＿＿ GUILTY　　＿＿＿＿＿ NOT GUILTY

**Count 73:**

| Date | Amount | Description |
|---|---|---|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear　　＿＿＿＿＿ GUILTY　　＿＿＿＿＿ NOT GUILTY

**Count 74:**

| Date | Amount | Description |
|---|---|---|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear　　＿＿＿＿＿ GUILTY　　＿＿＿＿＿ NOT GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear _____ GUILTY _____ NOT GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear _____ GUILTY _____ NOT GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear _____ GUILTY _____ NOT GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 79:**

| Date | Amount | Description |
|---|---|---|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 80:**

| Date | Amount | Description |
|---|---|---|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 81:**

| Date | Amount | Description |
|---|---|---|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 82:**

| Date | Amount | Description |
|---|---|---|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 83:**

| Date | Amount | Description |
|---|---|---|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 84:**

| Date | Amount | Description |
|---|---|---|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 85:**

| Date | Amount | Description |
|---|---|---|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 86:**

| Date | Amount | Description |
|---|---|---|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 87:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 88:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 91:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 92:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 93:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 94:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 95:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 96:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 97:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 98:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

**Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

**International Concealment Money Laundering**
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

_____        _____
DATE                         FOREPERSON

- 41 -