**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>        vs.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**DEFENDANTS' PROPOSED VERDICT FORM** |

3895846.3

## **Conspiracy to Violate the Travel Act**

### **18 U.S.C. § 371**
### **COUNT 1**

**Count 1:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of Conspiracy to violate the Travel Act, as charged in Count 1 of the Indictment.

**Travel Act**

**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

**Count 2:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey        _____ NOT GUILTY      _____ GUILTY

    Scott Spear          _____ NOT GUILTY      _____ GUILTY

    John Brunst         _____ NOT GUILTY      _____ GUILTY

    Andrew Padilla      _____ NOT GUILTY      _____ GUILTY

    Joye Vaught         _____ NOT GUILTY      _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on September 10, 2013, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 3:**

    We, the Jury, unanimously find Defendant:

    Michael Lacey        _____ NOT GUILTY      _____ GUILTY

    Scott Spear          _____ NOT GUILTY      _____ GUILTY

    John Brunst         _____ NOT GUILTY      _____ GUILTY

    Andrew Padilla      _____ NOT GUILTY      _____ GUILTY

    Joye Vaught         _____ NOT GUILTY      _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on January 27, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 4:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 5:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 6:**

     We, the Jury, unanimously find Defendant:

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       _____ NOT GUILTY      _____ GUILTY

John Brunst       _____ NOT GUILTY      _____ GUILTY

Andrew Padilla     _____ NOT GUILTY      _____ GUILTY

Joye Vaught       _____ NOT GUILTY      _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 7:**

     We, the Jury, unanimously find Defendant:

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       _____ NOT GUILTY      _____ GUILTY

John Brunst       _____ NOT GUILTY      _____ GUILTY

Andrew Padilla     _____ NOT GUILTY      _____ GUILTY

Joye Vaught       _____ NOT GUILTY      _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on April 20, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 8:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey       _____ NOT GUILTY       _____ GUILTY

      Scott Spear       _____ NOT GUILTY       _____ GUILTY

      John Brunst       _____ NOT GUILTY       _____ GUILTY

      Andrew Padilla       _____ NOT GUILTY       _____ GUILTY

      Joye Vaught       _____ NOT GUILTY       _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on May 7, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 9:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey       _____ NOT GUILTY       _____ GUILTY

      Scott Spear       _____ NOT GUILTY       _____ GUILTY

      John Brunst       _____ NOT GUILTY       _____ GUILTY

      Andrew Padilla       _____ NOT GUILTY       _____ GUILTY

      Joye Vaught       _____ NOT GUILTY       _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on May 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 10:**

   We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

Andrew Padilla        _____ NOT GUILTY         _____ GUILTY

Joye Vaught           _____ NOT GUILTY         _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 1, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 11:**

   We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

Andrew Padilla        _____ NOT GUILTY         _____ GUILTY

Joye Vaught           _____ NOT GUILTY         _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on August 19, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 12:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 23, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 13:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

8

**Count 14:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 15:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 16:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on February 4, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 17:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on February 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 18:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 26, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 19:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 20:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 19, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 21:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 22:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 2, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 23:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 24:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 15, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 25:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 26:**

 We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 28, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 27:**

 We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on April 21, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 28:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 3, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 29:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 11, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 30:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 31:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 32:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 19, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 33:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 24, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 34:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey   _____ NOT GUILTY   _____ GUILTY

   Scott Spear   _____ NOT GUILTY   _____ GUILTY

   John Brunst   _____ NOT GUILTY   _____ GUILTY

   Andrew Padilla   _____ NOT GUILTY   _____ GUILTY

   Joye Vaught   _____ NOT GUILTY   _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 26, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 35:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey   _____ NOT GUILTY   _____ GUILTY

   Scott Spear   _____ NOT GUILTY   _____ GUILTY

   John Brunst   _____ NOT GUILTY   _____ GUILTY

   Andrew Padilla   _____ NOT GUILTY   _____ GUILTY

   Joye Vaught   _____ NOT GUILTY   _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on December 20, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 36:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 37:**

      We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 4, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 38:**

     We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        _____ NOT GUILTY        _____ GUILTY

John Brunst        _____ NOT GUILTY        _____ GUILTY

Andrew Padilla        _____ NOT GUILTY        _____ GUILTY

Joye Vaught        _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 11, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 39:**

     We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        _____ NOT GUILTY        _____ GUILTY

John Brunst        _____ NOT GUILTY        _____ GUILTY

Andrew Padilla        _____ NOT GUILTY        _____ GUILTY

Joye Vaught        _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 3, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

21

**<u>Count 40:</u>**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**<u>Count 41:</u>**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 42:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 21, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 43:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 23, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 44:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 26, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 45:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 46:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 47:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 48:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on January 31, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 49:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 1, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 50:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey   _____ NOT GUILTY   _____ GUILTY

   Scott Spear   _____ NOT GUILTY   _____ GUILTY

   John Brunst   _____ NOT GUILTY   _____ GUILTY

   Andrew Padilla   _____ NOT GUILTY   _____ GUILTY

   Joye Vaught   _____ NOT GUILTY   _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 51:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey   _____ NOT GUILTY   _____ GUILTY

   Scott Spear   _____ NOT GUILTY   _____ GUILTY

   John Brunst   _____ NOT GUILTY   _____ GUILTY

   Andrew Padilla   _____ NOT GUILTY   _____ GUILTY

   Joye Vaught   _____ NOT GUILTY   _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

## **Conspiracy to Commit Money Laundering**

### **18 U.S.C. § 1956(h)**
### **COUNT 52**

**Count 52:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of Conspiracy to commit Money Laundering, as charged in Count 52 of the Indictment.

**Concealment Money Laundering**

**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNTS 53-62**

**Count 53:**

  We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the May 18, 2016 transfer of $1,476,505.00 from Website Technologies to Cereus Properties.


**Count 54:**

  We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the May 18, 2016 transfer of $264,438.00 from Website Technologies to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 55:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $3,171,675.80 from Website Technologies to Cereus Properties.


**Count 56:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016 transfer of $432,961.87 from Website Technologies to Cereus Properties.


**Count 57:**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Concealment Money Laundering in connection with the June 20, 2016 transfer of $842,878.00 from Website Technologies to Cereus Properties.

**Count 58:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing Concealment Money Laundering in connection with the June 30, 2016 transfer of $3,076,147.75 from Website Technologies to Cereus Properties.

**Count 59:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $3,252,681.62 from Website Technologies to Cereus Properties.

**Count 60:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear           _____ NOT GUILTY         _____ GUILTY

John Brunst           _____ NOT GUILTY         _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $438,818.86 from Website Technologies to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 61:**

We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        _____ NOT GUILTY        _____ GUILTY

John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Concealment Money Laundering in connection with the August 16, 2016 transfer of $804,250.00 from Website Technologies to Cereus Properties.

**Count 62:**

We, the Jury, unanimously find Defendant:

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        _____ NOT GUILTY        _____ GUILTY

John Brunst        _____ NOT GUILTY        _____ GUILTY

of committing Concealment Money Laundering in connection with the August 31, 2016 transfer of $3,171,264.42 from Website Technologies to Cereus Properties.

## **International Promotional Money Laundering**

### **18 U.S.C. § 1956(a)(2)(A)**
### **COUNTS 63-68**

**Count 63:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the March 4, 2014 transfer of $6,450.00 from U.S. Bank to S.B (India).

**Count 64:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the August 5, 2016 transfer of $5,005,732.86 from Ad Tech B.V. to Cereus Properties.

**Count 65:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the September 22, 2016 transfer of $2,916,955.00 from Ad Tech B.V. to Cereus Properties.

**Count 66:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the October 3, 2016 transfer of $354,050.84 from Ad Tech B.V. to Cereus Properties.

**Count 67:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the November 2, 2016 transfer of $2,726,170.00 from Ad Tech B.V. to Cereus Properties.

**Count 68:**

We, the Jury, unanimously find Defendant:

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    _____ GUILTY

John Brunst    _____ NOT GUILTY    _____ GUILTY

of committing International Promotional Money Laundering in connection with the November 15, 2016 transfer of $351,403.54 from Ad Tech B.V. to Cereus Properties.

**<u>Transactional Money Laundering</u>**

**18 U.S.C. § 1957(a)**
**COUNTS 69-99**

**<u>Count 69:</u>**

    We, the Jury, unanimously find Defendant:

    Michael Lacey      _____ NOT GUILTY     _____ GUILTY

    John Brunst       _____ NOT GUILTY     _____ GUILTY

of committing Transactional Money Laundering in connection with the August 21, 2013 transfer of $30,000.00 from Bank of America to Stewart Title.

**<u>Count 70:</u>**

    We, the Jury, unanimously find Defendant:

    Michael Lacey      _____ NOT GUILTY     _____ GUILTY

    John Brunst       _____ NOT GUILTY     _____ GUILTY

of committing Transactional Money Laundering in connection with the September 13, 2013 transfer of $62,491.47 from BMO Harris to Stewart Title.

**<u>Count 71:</u>**

    We, the Jury, unanimously find Defendant:

    Scott Spear       _____ NOT GUILTY     _____ GUILTY

of committing Transactional Money Laundering in connection with the June 11, 2014 transfer of $300,000.00 from National Bank of Arizona to Spear Family Trust.

**Count 72:**

We, the Jury, unanimously find Defendant:

Scott Spear _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the June 20, 2014 transfer of $200,000.00 from National Bank of Arizona to TD Ameritrade.

**Count 73:**

We, the Jury, unanimously find Defendant:

Scott Spear _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the November 4, 2014 transfer of $1,000,000.00 from National Bank of Arizona to UBS Financial.

**Count 74:**

We, the Jury, unanimously find Defendant:

Scott Spear _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the May 14, 2015 transfer of $250,000.00 from National Bank of Arizona to Lincoln National Life.

**Count 75:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the May 26, 2015
transfer of $50,000.00 from National Bank of Arizona to Industrial Property Trust.

**Count 76:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the November 3, 2015
transfer of $300,000.00 from National Bank of Arizona to Ally Bank.

**Count 77:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 1, 2015
transfer of $200,000.00 from National Bank of Arizona to Wells Fargo.

**Count 78:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY          _____ GUILTY

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the January 11, 2016 transfer of $133,045.00 from Cereus Properties to National Bank of Arizona.

**Count 79:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the January 26, 2016 transfer of $101,974.00 from Cereus Properties to Wells Fargo.

**Count 80:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the February 3, 2016 transfer of $1,507,944.00 from Cereus Properties to Charles Schwab.

**<u>Count 81:</u>**

      We, the Jury, unanimously find Defendant:

      Michael Lacey           _____ NOT GUILTY        _____ GUILTY

      John Brunst             _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the March 1, 2016 transfer of $1,692,020.00 from Cereus Properties to Bank of America.

**<u>Count 82:</u>**

      We, the Jury, unanimously find Defendant:

      John Brunst             _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the April 1, 2016 transfer of $220,944.00 from Cereus Properties to Wells Fargo.

**<u>Count 83:</u>**

      We, the Jury, unanimously find Defendant:

      Michael Lacey           _____ NOT GUILTY        _____ GUILTY

      John Brunst             _____ NOT GUILTY        _____ GUILTY

of committing Transactional Money Laundering in connection with the June 27, 2016 transfer of $397,500.00 from Arizona Bank & Trust to Fidelity Title.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 84:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

John Brunst              _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the July 20, 2016 transfer of $12,859,152.57 from Arizona Bank & Trust to Fidelity Title.

**Count 85:**

We, the Jury, unanimously find Defendant:

Scott Spear              _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the July 22, 2016 transfer of $50,000.00 from National Bank of Arizona to Strategic Storage Trust II.

**Count 86:**

We, the Jury, unanimously find Defendant:

Michael Lacey              _____ NOT GUILTY              _____ GUILTY

John Brunst              _____ NOT GUILTY              _____ GUILTY

of committing Transactional Money Laundering in connection with the August 2, 2016 transfer of $16,243.00 from Cereus Properties to Wells Fargo.

**Count 87:**

  We, the Jury, unanimously find Defendant:

   John Brunst    _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $1,206,356.00 from Cereus Properties to Charles Schwab.


**Count 88:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey    _____ NOT GUILTY   _____ GUILTY

   John Brunst    _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.


**Count 89:**

  We, the Jury, unanimously find Defendant:

   Michael Lacey    _____ NOT GUILTY   _____ GUILTY

   John Brunst    _____ NOT GUILTY   _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 90:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey       _____ NOT GUILTY      _____ GUILTY

      John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 91:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey       _____ NOT GUILTY      _____ GUILTY

      John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 92:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey       _____ NOT GUILTY      _____ GUILTY

      John Brunst        _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

DEFENDANTS' PROPOSED VERDICT FORM

**<u>Count 93:</u>**

We, the Jury, unanimously find Defendant:

Scott Spear _____ NOT GUILTY _____ GUILTY

John Brunst _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $141,444.00 from Cereus Properties to National Bank of Arizona.

**<u>Count 94:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 95:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey _____ NOT GUILTY _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 96:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 97:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 98:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 99:</u>**

  We, the Jury, unanimously find Defendant:

  Michael Lacey  _____ NOT GUILTY  _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017 transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

## **International Concealment Money Laundering**

### **18 U.S.C. § 1956(a)(2)(B)(i)**
### **COUNT 100**

**Count 100:**

     We, the Jury, unanimously find Defendant:

     Michael Lacey          _____ NOT GUILTY      _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017 transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

DATE: _____

_____
FOREPERSON