Bruce Feder (AZ Bar No. 004832)
**FEDER LAW OFFICE, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: 602.257.0135
bf@federlawpa.com
*Knapp Counsel for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
**KESSLER LAW GROUP**
9237 E. Via De Ventura
Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorneys for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br><br>Scott Spear, *et al.*,<br><br>　　　　Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**DEFENDANT SPEAR'S JOINDER TO DEFENDANT BRUNST'S MOTION TO SEEK ADMISSION OF BRUNST'S TESTIMONY RE: STATE OF MIND**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

　　　　Defendant Scott Spear hereby files his Joinder in Defendant Brunst's Motion to Seek Admission of Brunst's Testimony Re: State of Mind (Dkt. 1879). As it pertains to Mr. Spear, and similar to the information contained in the Brunst motion, the below information is some of the anticipated testimony he would assert regarding his good faith belief his actions/inactions from 2004-2018 were legal and protected by federal law:

1

- In 2004, Mr. Spear was assigned the responsibility for overseeing the Backpage.com website that Carl Ferrer had developed and was going to operate. This job was in addition to Mr. Spears's many other responsibilities as Executive Vice President of Village Voice Media.
- Backpage.com was designed to compete with Craigslist and to garner a share of the free online classified market that Craigslist dominated.
- Backpage (BP) and/or Village Voice Media (VVM) recognized the necessity. for professional legal advice in managing the operations and content of the site in accordance with current laws and regulations. They retained in-house lawyers Steve Suskin and Elizabeth McDougal and outside counsel, including but not limited to James Hemphill, Sam Fifer, Hemanshu Nigam, Mark Sableman, Don Moon, James Grant, and others to assist them in this work.
- The applicability and protections of the First amendment and the CDA Section 230 to the BP moderation procedures were the subject of many communications with Mr. Spear.
- For instance, in late 2009, VVMH in-house counsel Steve Suskin commissioned attorney Mark Sableman (a partner at Thompson Coburn in St. Louis where Mr. Sableman specializes in media and information technology law) to prepare a memorandum to assess the issue of whether Backpage's operations created liability for promoting prostitution. His 31 page memo relied heavily on the provisions of Section 230 and the First Amendment to the U.S. Constitution. His memo (and conclusion) is titled: "Why Village Voice Media's Backpage.com Service Does Not Create Liability for Promoting Prostitution."
- These lawyers talked to him, sent him emails with or without attachments, as well as other communications, discussing the propriety of the BP practices and/or suggesting changes to these practices including but not limited to aggregation and moderation, and the termination of business with and/or discontinuation of connection to The Erotic Review, William Mercer and others.

- Information about the *M.A., McKenna, Cooper, Hoffman, Dart* litigation, as well as the Washington Grand Jury investigation, and other Backpage and Craigslist litigation regarding their practices operating their respective sites, was sent to Mr. Spear, read by him, explained to him and/or known to him from reading reviews and other publications and websites, as were the California prosecutions of Ferrer, Lacey and Larkin and the PSI congressional investigation;

- Had Mr. Spear received information that the Backpage/Village Voice Media practices were illegal and/or not legally protected, he would have resigned. An example of this was the Washington state statute that was enjoined in the *McKenna* decision. There were discussions that if the injunctive relief litigation was unsuccessful, Backpage would be closed in the state of Washington and throughout the United States. As indicated in the *McKenna* decision, requiring a website to implement age verification of ad posters violates the First Amendment, and this was a reason that such practice was not implemented by BP; and

- When Mr. Spear became aware of the NAAG, NCMEC, Polaris, and Auburn Society assertions, as well as the media criticisms asserted in the present trial, he was further assured at the time by/from the above sources that these assertions and criticisms were not binding and were protected by the First Amendment and CDA Section 230 protections.

In addition to his testimony, Mr. Spear would also anticipate calling as witnesses some or all of the above-named lawyers to discuss some of the information that was transmitted by them.

If Mr. Spear will not be allowed to testify to what his intent was as it pertains to his work at Backpage, and his good faith belief that his actions/inactions were legal and protected by law, together with the bases upon which he relied for his good faith beliefs, he will be forced not to testify.

///

///

3

RESPECTFULLY SUBMITTED this 22nd day of October, 2023.

**FEDER LAW OFFICE PA**
**KESSLER LAW GROUP**

*s/ Bruce Feder*
*s/ Eric W. Kessler*
Bruce Feder and Eric W. Kessler
*Attorneys for Scott Spear*

RESPECTFULLY SUBMITTED this 22nd day of October, 2023.

**FEDER LAW OFFICE PA**
**KESSLER LAW GROUP**

*s/ Bruce Feder*
*s/ Eric W. Kessler*
Bruce Feder and Eric W. Kessler
*Attorneys for Scott Spear*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HEMETEWA
United States District Court
Email: Hemetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, Joy.Bertrand@gmail.com
*Attorneys for Defendants*

Kevin Rapp Kevin.Rapp@usdoj.gov
Andrew Stone Andrew.Stone@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
*Attorneys for United States of America*

By: Eric W. Kessler.