**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 27, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 26):**

8:44 a.m. Court reconvenes. Court informs the parties that a Juror's arrival is delayed. 8:48 a.m. Recess.

8:59 a.m. Court reconvenes. Jury present. Government's closing argument resumes. 9:51 a.m. Recess.

9:59 a.m. Court reconvenes. 10:03 a.m. Jury present. Defendant Lacey's closing argument by Mr. Cambria. 11:34 a.m. Court in recess until Tuesday, October 31, 2023 at 9:00 a.m.

**Court Reporter** Cathy Taylor
**Deputy Clerk** Liliana Figueroa

**Start: 8:44 AM**
**Stop: 11:34 AM**
**Total: 2hrs 37min**