GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **UNITED STATES PROPOSED SPECIAL VERDICT FORM FOR FORFEITURE** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1    The United States submits the attached Proposed Special Verdict Form for Forfeiture,

2  to be used in the event of any defendant's conviction on a count in the Superseding Indictment

3  which has an associated forfeiture allegation. The United States reserves the right to conform

4  this proposed verdict form to any counts of conviction, including by adding or removing any

5  property identified in the forfeiture allegations of the Superseding Indictment and related Bills

6  of Particular.

7    Respectfully submitted this 1st day of November, 2023.

8

9    GARY M. RESTAINO
     United States Attorney
10   District of Arizona

11   NICOLE M. ARGENTIERI
     Acting Assistant Attorney General
12   Criminal Division, U.S. Department of Justice

13   _/s/_
     KEVIN M. RAPP
14   MARGARET PERLMETER
     PETER KOZINETS
15   ANDREW STONE
     DAN G. BOYLE
16   Assistant U.S. Attorneys

17   AUSTIN M. BERRY
     Trial Attorney
18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that on November 1, 2023, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

5 as counsel of record.

6

7 *s/ Dan G. Boyle*
Dan G. Boyle

8 U.S. Attorney's Office

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SPECIAL FORFEITURE VERDICT FORM

## Count 1: Conspiracy to Violate the Travel Act

## Defendant LACEY

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are proceeds of a Conspiracy to Violate the Travel Act, or property traceable to such property, for which the Defendant was found guilty:

1.  Real Property Located at 2755 Fillmore Street, San Francisco, CA 94123;
    [  ] Yes    [  ] No

2.  Real Property Located at 3300 E. Stella Lane, Paradise Valley, AZ 85253;
    [  ] Yes    [  ] No

3.  Real Property Located at 3304 E. Stella Lane, Paradise Valley, AZ 85253;
    [  ] Yes    [  ] No

4.  Real Property Located at 3308 E. Stella Lane, Paradise Valley, AZ 85253;
    [  ] Yes    [  ] No

5.  Real Property Located at 6300 N. 33rd Street, Paradise Valley, AZ 85253;
    [  ] Yes    [  ] No

6.  Real Property Located at 6314 N. 33rd Street, Paradise Valley, AZ 85253;
    [  ] Yes    [  ] No

7.  Real Property Located at 2416 N. Foote Dr., Phoenix, AZ 85008;
    [  ] Yes    [  ] No

8.  $16,500,000.00 seized from or restrained in K&H account number ending 1210 held in the name of Primus Trust and any proceeds thereof;
    [  ] Yes    [  ] No

9.  $2,412,785.47 seized from or restrained in Midfirst Bank account number ending 4139, held for the benefit of Lacey, and any proceeds thereof;
    [  ] Yes    [  ] No

- 4 -

10. $302,177.57 seized from or restrained in Republic Bank of Arizona CDARS account number ending 8324 and any proceeds thereof;
[   ] Yes    [   ] No

11. $305,127.89 seized from or restrained in Republic Bank of Arizona CDARS account number ending 8332 and any proceeds thereof;
[   ] Yes    [   ] No

12. $484,745.72 seized from or restrained in SF Fire Credit Union account number ending 2523 and any proceeds thereof;
[   ] Yes    [   ] No

13. $500,000.00 seized from or restrained in Republic Bank of Arizona account number ending 3126 and any proceeds thereof;
[   ] Yes    [   ] No

14. $140,711.61 seized from or restrained in Republic Bank of Arizona account number ending 2485 and any proceeds thereof;
[   ] Yes    [   ] No

15. $601,827.10 seized from or restrained in Republic Bank of Arizona Certificate of Deposit number ending 8316 and any proceeds thereof;
[   ] Yes    [   ] No

16. $689,884.48 seized from or restrained in First Federal Savings & Loan of San Rafael account number ending 3620 and any proceeds thereof;
[   ] Yes    [   ] No

17. $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
[   ] Yes    [   ] No

18. $182,1 82.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
[   ] Yes    [   ] No

19. $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;
[  ] Yes     [  ] No

20. $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
[  ] Yes     [  ] No

21. 747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
[  ] Yes     [  ] No

22. $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
[  ] Yes     [  ] No

23. $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
[  ] Yes     [  ] No

## Count 52: Money Laundering Conspiracy

## Defendant LACEY

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in a Money Laundering Conspiracy, or property traceable to such property, for which the Defendant was found guilty:

1. Real Property Located at 2755 Fillmore St, San Francisco, CA 94123;
   [ ] Yes    [ ] No

2. Real Property Located at 3300 E. Stella Lane, Paradise Valley, AZ 85253;
   [ ] Yes    [ ] No

3. Real Property Located at 3304 E. Stella Lane, Paradise Valley, AZ 85253;
   [ ] Yes    [ ] No

4. Real Property Located at 3308 E. Stella Lane, Paradise Valley, AZ 85253;
   [ ] Yes    [ ] No

5. Real Property Located at 6300 N. 33rd Street, Paradise Valley, AZ 85253;
   [ ] Yes    [ ] No

6. Real Property Located at 6314 N. 33rd Street, Paradise Valley, AZ 85253;
   [ ] Yes    [ ] No

7. Real Property Located at 2416 N. Foote Dr., Phoenix, AZ 85008;
   [ ] Yes    [ ] No

8. $16,500,000.00 seized from or restrained in K&H account number ending 1210 held in the name of Primus Trust and any proceeds thereof;
   [ ] Yes    [ ] No

9. $2,412,785.47 seized from or restrained in Midfirst Bank account number ending 4139, held for the benefit of Lacey, and any proceeds thereof;
   [ ] Yes    [ ] No

10. $302,177.57 seized from or restrained in Republic Bank of Arizona CDARS account number ending 8324 and any proceeds thereof;
    [  ] Yes    [  ] No

11. $305,127.89 seized from or restrained in Republic Bank of Arizona CDARS account number ending 8332 and any proceeds thereof;
    [  ] Yes    [  ] No

12. $484,745.72 seized from or restrained in SF Fire Credit Union account number ending 2523 and any proceeds thereof;
    [  ] Yes    [  ] No

13. $500,000.00 seized from or restrained in Republic Bank of Arizona account number ending 3126 and any proceeds thereof;
    [  ] Yes    [  ] No

14. $140,711.61 seized from or restrained in Republic Bank of Arizona account number ending 2485 and any proceeds thereof;
    [  ] Yes    [  ] No

15. $601,827.10 seized from or restrained in Republic Bank of Arizona Certificate of Deposit number ending 8316 and any proceeds thereof;
    [  ] Yes    [  ] No

16. $689,884.48 seized from or restrained in First Federal Savings & Loan of San Rafael account number ending 3620 and any proceeds thereof;
    [  ] Yes    [  ] No

17. $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
    [  ] Yes    [  ] No

18. $182,182.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
    [  ] Yes    [  ] No

19. $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;

[  ] Yes    [  ] No

20.  $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
[  ] Yes    [  ] No

21.  747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
[  ] Yes    [  ] No

22.  $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
[  ] Yes    [  ] No

23.  $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
[  ] Yes    [  ] No

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Count 69**

## **Defendant LACEY**

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in Transactional Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1.    Real Property Located at 10647 N. State Route 89A, Sedona, AZ 86336
       [   ] Yes    [   ] No

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **Count 70**

### **Defendant LACEY**

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in Transactional Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1.    Real Property Located at 10647 N. State Route 89A, Sedona, AZ 86336
[  ] Yes   [  ] No

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Count 83**

## **Defendant LACEY**

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in Transactional Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1.   Real Property Located at 2755 Fillmore St, San Francisco, CA 94123;
     [  ] Yes    [  ] No

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Count 84

### Defendant LACEY

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in Transactional Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1.  Real Property Located at 2755 Fillmore St, San Francisco, CA 94123;
    [ ] Yes    [ ] No

## Count 99

### Defendant LACEY

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in Transactional Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1. $16,500,000.00 seized from or restrained in K&H account number ending 1210 held in the name of Primus Trust and any proceeds thereof:
   [  ] Yes    [  ] No

## **Count 100: International Concealment Money Laundering**

### **Defendant LACEY**

We, the jury, return the following Special Verdict, as to Defendant Michael Lacey regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in International Concealment Money Laundering, or property traceable to such property, for which the Defendant was found guilty:

1. $16,500,000.00 seized from or restrained in K&H account number ending 1210 held in the name of Primus Trust and any proceeds thereof:
   [  ] Yes    [  ] No

## **Count 1: Conspiracy to Violate the Travel Act**

### **Defendant SPEAR**

We, the jury, return the following Special Verdict, as to Defendant Scott Spear regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are proceeds of a Conspiracy to Violate the Travel Act, or property traceable to such property, for which the Defendant was found guilty:

1.  $613,573.28 seized from or restrained in National Bank of Arizona account number ending 3645 and any proceeds thereof;
    [  ] Yes    [  ] No

2.  $404,374.12 seized from or restrained in National Bank of Arizona account number ending 0178 and any proceeds thereof;
    [  ] Yes    [  ] No

3.  $260,283.40 seized from or restrained in Live Oak Bank account number ending 6910 and any proceeds thereof;
    [  ] Yes    [  ] No

4.  $56,902.99 seized from or restrained in Ascensus Broker Services account number ending 8001 and any proceeds thereof;
    [  ] Yes    [  ] No

5.  $64,552.82 seized from or restrained in Ascensus Broker Services account number ending 4301 and any proceeds thereof;
    [  ] Yes    [  ] No

6.  $1,925.80 seized from or restrained in National Bank of Arizona account number ending 0151 and any proceeds thereof;
    [  ] Yes    [  ] No

7.  $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
    [  ] Yes    [  ] No

8.   $182,182.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
[  ] Yes     [  ] No

9.   $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;
[  ] Yes     [  ] No

10.   $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
[  ] Yes     [  ] No

11.   $747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
[  ] Yes     [  ] No

12.   $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
[  ] Yes     [  ] No

13.   $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
[  ] Yes     [  ] No

## **Count 52: Money Laundering Conspiracy**

### **Defendant SPEAR**

We, the jury, return the following Special Verdict, as to Defendant Scott Spear regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in a Money Laundering Conspiracy, or property traceable to such property, for which the Defendant was found guilty:

2.  $613,573.28 seized from or restrained in National Bank of Arizona account number ending 3645 and any proceeds thereof;
    [  ] Yes    [  ] No

3.  $404,374.12 seized from or restrained in National Bank of Arizona account number ending 0178 and any proceeds thereof;
    [  ] Yes    [  ] No

4.  $260,283.40 seized from or restrained in Live Oak Bank account number ending 6910 and any proceeds thereof;
    [  ] Yes    [  ] No

5.  $56,902.99 seized from or restrained in Ascensus Broker Services account number ending 8001 and any proceeds thereof;
    [  ] Yes    [  ] No

6.  $64,552.82 seized from or restrained in Ascensus Broker Services account number ending 4301 and any proceeds thereof;
    [  ] Yes    [  ] No

7.  $1,925.80 seized from or restrained in National Bank of Arizona account number ending 0151 and any proceeds thereof;
    [  ] Yes    [  ] No

8.  $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
    [  ] Yes    [  ] No

9.  $182,182.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
[  ] Yes    [  ] No

10. $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;
[  ] Yes    [  ] No

11. $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
[  ] Yes    [  ] No

12. $747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
[  ] Yes    [  ] No

13. $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
[  ] Yes    [  ] No

14. $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
[  ] Yes    [  ] No

## __Count 1: Conspiracy to Violate the Travel Act__

## __Defendant BRUNST__

We, the jury, return the following Special Verdict, as to Defendant John "Jed" Brunst regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are proceeds of a Conspiracy to Violate the Travel Act, or property traceable to such property, for which the Defendant was found guilty:

1.   $5,848,729.00 seized from or restrained in Alliance Bernstein account number ending 6878 and any proceeds thereof;
[  ] Yes    [  ] No

2.   $527,624.00 seized from or restrained in Alliance Bernstein account number ending 6485 and any proceeds thereof;
[  ] Yes    [  ] No

3.   $342,596.00 seized from or restrained in Alliance Bernstein account number ending 7982 and any proceeds thereof;
[  ] Yes    [  ] No

4.   $306,277.00 seized from or restrained in Alliance Bernstein account number ending 7889 and any proceeds thereof;
[  ] Yes    [  ] No

5.   $275,328.00 seized from or restrained in Alliance Bernstein account number ending 7888 and any proceeds thereof;
[  ] Yes    [  ] No

6.   $372,878.00 seized from or restrained in Alliance Bernstein account number ending 4954 and any proceeds thereof;
[  ] Yes    [  ] No

7.   $359,527.06 seized from or restrained in Compass Bank account number ending 3825 and any proceeds thereof;
[  ] Yes    [  ] No

8.  $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
    [  ] Yes    [  ] No

9.  $182,182.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
    [  ] Yes    [  ] No

10. $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;
    [  ] Yes    [  ] No

11. $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
    [  ] Yes    [  ] No

12. $747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
    [  ] Yes    [  ] No

13. $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
    [  ] Yes    [  ] No

14. $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
    [  ] Yes    [  ] No

## Count 52: Money Laundering Conspiracy

## Defendant BRUNST

We, the jury, return the following Special Verdict, as to Defendant John "Jed" Brunst regarding the property described below.

We, the jury, unanimously find by a preponderance of the evidence that they are property involved in a Money Laundering Conspiracy, or property traceable to such property, for which the Defendant was found guilty:

1.  $5,848,729.00 seized from or restrained in Alliance Bernstein account number ending 6878 and any proceeds thereof;
    [  ] Yes    [  ] No

2.  $527,624.00 seized from or restrained in Alliance Bernstein account number ending 6485 and any proceeds thereof;
    [  ] Yes    [  ] No

3.  $342,596.00 seized from or restrained in Alliance Bernstein account number ending 7982 and any proceeds thereof;
    [  ] Yes    [  ] No

4.  $306,277.00 seized from or restrained in Alliance Bernstein account number ending 7889 and any proceeds thereof;
    [  ] Yes    [  ] No

5.  $275,328.00 seized from or restrained in Alliance Bernstein account number ending 7888 and any proceeds thereof;
    [  ] Yes    [  ] No

6.  $372,878.00 seized from or restrained in Alliance Bernstein account number ending 4954 and any proceeds thereof;
    [  ] Yes    [  ] No

7.  $359,527.06 seized from or restrained in Compass Bank account number ending 3825 and any proceeds thereof;
    [  ] Yes    [  ] No

8.  $5,462,027.17 seized from or restrained in Compass Bank account number ending 3873 held in the name of Cereus Properties and any proceeds thereof;
    [  ] Yes    [  ] No

9.  $182,182.50 seized from or restrained in Amro Bank, N.V. account number ending 6352 held in the name of Ad Tech BV with Stichting Zencotrust;
    [  ] Yes    [  ] No

10. $191,246.00 seized from or restrained in Western Alliance Bank account number ending 6979 held in the name of Mitchell Stein Carey Chapman PC. and any proceeds thereof;
    [  ] Yes    [  ] No

11. $518,172.92 seized from or restrained in Wells Fargo Bank account number ending 4455 in the name of Cardquiry and any proceeds thereof;
    [  ] Yes    [  ] No

12. $747,664.15 GBP seized from or restrained in SAXO Payments (UK) account number ending 1262 held in the name of the Cashflows Europe Limited and any proceeds thereof;
    [  ] Yes    [  ] No

13. $499,910.01 seized from or restrained in US Bank account number ending 0239 held in the name of Affordable Bail Bonds LLC and any proceeds thereof;
    [  ] Yes    [  ] No

14. $1,600,705.61 seized from or restrained LHV Pank account number ending 4431 held in the name of Olist OU and any proceeds thereof.
    [  ] Yes    [  ] No

This _____ day of November, 2023.

_____
Foreperson