GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Joseph.Bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　Defendants. | CR-18-422-PHX-DJH<br><br>NOTICE OF APPEARANCE |

The United States of America, by and through its undersigned attorneys, gives notice that JOSEPH F. BOZDECH files his appearance as counsel for the United States of America regarding forfeiture in the above-captioned matter.

Respectfully submitted this 8th day of November 2023.

　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　 */S/Joseph F. Bozdech*
　　　　　　　　　　　　　　　　　JOSEPH F. BOZDECH
　　　　　　　　　　　　　　　　　Assistant United States Attorney

**CERTIFICATION**

I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: counsel of record.

By: <u>S/Victoria Tiffany</u>
U.S. Attorney's Office