David M Morgan
*dba* The Cochise County Record
10 Quality Hill Rd
PO Box 1218
Bisbee, AZ 85603
editor.SVDR@gmail.com
520-236-4051

Proposed Intervenor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
    Plaintiff

CR-18-422-PHX-DJH

v.

Michael Lacey, *et al*
    Defendants.

MOTION TO INTERVENE
IN ORDER TO OBJECT
TO GOVERNMENT'S
MOTION FOR
PROTECTIVE ORDER

The First Amendment and common law protect the public's right of access to judicial proceedings and court records. That right ensures that "the public [may] participate in and serve as a check upon the judicial process—an essential component in our structure of self-government." Globe Newspaper Co. v. Superior Court, 457 U.S. 596, 606 (1982).

Promoting public scrutiny of the judicial process is especially important in cases like this one, which involves official allegations of serious crimes by owners and employees of a very successful online platform for user-generated advertising, and unofficial allegations that the government's motivations for prosecution include personal and political revenge.

The proposed Intervenor is an independent journalist and publisher focused on police-judicial-political systems in Arizona with special emphasis on First Amendment matters including access to court documents and other public records.

Morgan is a 2023 recipient of the Order of the Silver Key Society award by the Arizona chapter of the Society of Professional Journalists "for 25-plus years of notable journalism".

The public has a significant interest in monitoring and understanding any proceedings related to the government's efforts to interfere with the publishing of advertisements and/or prosecute the alleged crimes of a publisher.

For the foregoing reasons, Morgan respectfully asks that the Court grant this motion to intervene and allow him time to retain counsel and prepare arguments objecting to the government's motion for protective order and supporting public access to all exhibits which were the subject of argument, discussion or stipulation during all case proceedings.

Respectfully submitted,

Dated November 9, 2023          /s/ David M Morgan

David M Morgan
Proposed Intervenor


## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I filed the foregoing brief with the Clerk of the U.S. District Court for the District of Arizona in person.

Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system