# Exhibit 9

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, June 1, 2020 7:22:57 PM
**To:** ecfnef@cacd.uscourts.gov <ecfnef@cacd.uscourts.gov>
**Subject:** Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Amended Complaint/Petition

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Kucera, John on 6/1/2020 at 4:22 PM PDT and filed on 6/1/2020

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | United States of America |
| **Document Number:** | 108 |

**Docket Text:**
**First Consolidated AMENDED COMPLAINT against consolidated defendants $1,001,731.18 In Bank Funds Seized from Republic Bank of Arizona Account 2592, $1,038.42 In Bank Funds Seized from Bank of America Account 7054, $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, $1,876.36 in Ban Funds from ING Bank '2071, $106,988.41 in Bank Funds from ING Bank '2071, $16,500,000.00 in Bank Funds Seized from K&H Account '1210, $2,412,785.47 Seized From or Frozen in Place at Money Gram, Having Originated from Midfirst Bank Account 4139, $248,970.00 in Bank Funds from Citibank NA '0457, $251,436.93 Seized From Republic Bank of Arizona Account '8162, $253,639.96 in U.S. Currency Seized from Republic Bank of Arizona Account 8189, $275,328.00 Seized from Alliance Bernstein Account '7888, $278.73 In Bank Funds Seized from Bank of America Account 8225, $3,374,918.61 in Bank Funds Seized from Prosperity Bank Account 7188, $305,127.89 seized from or frozen in Republic Bank of Arizona CDARS account 8332, $306,277.00 Seized from Alliance Bernstein Account '7889, $34,149,280.00 Seized from Acacia**

Conservation Fund LP account 2020, $342,596.00 Seized from Alliance Bernstein Account '7982, $359,527.06 Seized from Compass Bank Account '3825, $372,878.00 Seized from Alliance Bernstein Account '4954, $40,000.00 in Funds from Crypto Capital, $404,374.12 Seized From National Bank of Arizona Account 0178, $407,686.14 in Bank Funds Seized from Compass Bank Account '4862, $484,745.72 seized from or frozen in Credit Union account 2523, $499,910.01 in Bank Funds from US Bank '0239, $5,462,027.17 in Bank Funds Seized from Compass Bank Account '3873, $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177, $5,848,729.00 Seized from Alliance Bernstein Account '6878, $50,000.00 in Bank Funds from Enterprise Bank and Trust '7177, $50,357.35 in Bank Funds from ING Bank '7684, $500,000.00 SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT 3126, $501,248.14 In Bank Funds Seized from Republic Bank of Arizona Account 8103, $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177, $527,624.00 Seized from Alliance Bernstein Account '6485, $56,902.99 Seized From or Frozen in Ascensus Broker Services 8001, $601,827.10 seized from or frozen in Republic Bank of Arizona Certificate of Deposit '8316, $621,832.06 In U.S. Currency Seized from Perkins Coie Trust Company Account 0012, $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177, $699,940.00 in Bank Funds from ING Bank '7684, $9,882,828.72 in Securities or Investment Instruments Seized from Perkins Coie Trust Company Account 0012, 1,680,028.85 EUROS In Bank Funds Seized from FIO Account -2226, 1,925.80 in Bank Funds Seized from National Bank of Arizona Account 0151, 136.6544695 Bitcoins, 16,310.79413202 Litecoins, 173.97319 Bitcoins, 2,412,785.47 USD Seized from Money Gram Funds, 2,673.59306905 Bitcoin Cash, 2.00069333 Bitcoins, 260,283.40 in Bank Funds Seized from National Bank of Arizona Account 6910, 3,213,937.82 Euros Seized from Fio account 4194, 300,000.00 USD Seized from or Frozen in Republic Bank of Arizona CDARS Account -8332, 302,177.57 USD Seized from or Frozen in Republic Bank of Arizona CDARS Account -8324, 404.99984122 Bitcoins, 411.00019 Bitcoins, 458.99 POUNDS Seized from FIO Account -8086, 48.10 USD Seized from FIO Account -8080, 500,000.00 USD Seized from Republic Bank of Arizona Account -3126, 509.81904619 Bitcoin Gold, 515,899.85 USD Seized from Republic Bank of Arizona Account -2485, 52.65 POUNDS in Bank Funds seized from FIO Account -4198, 52.90 USD in Bank Funds seized from FIO Account -4196, 55.50826185 Bitcoin Cash, 6 Bitcoins, 60.98 POUNDS in Bank Funds Seized from FIO Account -2231, 600,000.00 USD Seized from or Frozen in Republic Bank of Arizona CDARS Account -8316, 605,976.95 EUROS in Bank Funds Seized from FIO Account -8083, 613,573.28 in Bank Funds Seized from National Bank of Arizona Account 3645, 64,552.82 in Bank Funds Seized from or Frozen in Ascensus Broker Services 4301, 689,884.48 USD Seized from First Federal Savings and Loan of San Rafael Account -3620, 72.87 USD in Bank Funds Seized from FIO Account -2230, 73.62522241 Bitcoin Cash, 734,603.70 USD Seized from or Frozen in San Francisco Fire Credit Union Account -2523, 747,664.15 (POUNDS) Seized from Saxo Payments Account 1262, 75,835.31 USD Seized from Republic Bank of Arizona Account -1897, 783.9735116 Litecoins, Any and All Funds Seized from Bank Frick Account K000 E, Any and All Funds Seized from Bank Frick Account K000 K, Any and All Funds Seized from Bank Frick Account K000 U, Any and All Funds Seized from Bank Frick Account K001 K, Any and All Funds Seized from Knab Bank Account -7664, Any and All Funds Seized from LHV Pank Account 4431, Any and All Funds Seized from Rabo Bank Account 2452, Any and All Funds Seized from Rabo Bank Account 4721, Approximately $1,412,085.94 in Bank Funds Seized from USAA Savings Account 2155, Approximately $1,422,147.37 in Bank Funds Seized from USAA Savings Account 1507, Approximately $1,453,008.51 in Bank Funds Seized from USAA Savings Account 2171, Approximately $1,502,927.74 in Bank Funds Seized from USAA Savings Account 2058, Approximately $11,802.76 in Bank Funds Seized from Citibank Account 6973, Approximately $182,182.50 seized from Amro Bank N.V. Account 6352, Approximately $23,175.00 seized from Plains Capital Bank Account 3939, Approximately $518,172.92 seized from Wells Fargo Bank Account 4455, Approximately 2.70447488 Bitcoin and Approximately

**3.54986077 Bitcoin Cash Previously Held in Bitstamp Account '0831, Approximately 518,172.92 USD in Bank Funds Seized from Wells Fargo Bank Account 4485, Real Property Located in Chicago, Illinois, Real Property Located in Coconino, Arizona, Real Property Located in Maricopa County, Arizona, Real Property Located in Paradise Valley, Arizona 1, Real Property Located in Paradise Valley, Arizona 2, Real Property Located in Saint Helena, California, Real Property Located in San Francisco, California, Real Property Located in San Francisco, California 3, Real Property Located in Sebastopol, California, Real Property located in San Francisco, California 2, Various Internet Domain Names amending Consolidated Complaint[66], filed by plaintiff United States of America(Kucera, John)**

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**

Ariel A Neuman        aneuman@birdmarella.com, brl@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, mlw@birdmarella.com, rec@birdmarella.com

Daniel G Boyle        daniel.boyle2@usdoj.gov, caseview.ecf@usdoj.gov, deena.bowman@usdoj.gov, krystie.sor@usdoj.gov, USACAC.Criminal@usdoj.gov

Daniel James Quigley        quigley@djqplc.com

David W Wiechert        dwiechert@aol.com, danielle@wmgattorneys.com, jessica@wmgattorneys.com, William@wmgattorneys.com

Gary S Lincenberg        glincenberg@birdmarella.com, docket@birdmarella.com, juh@birdmarella.com

Gopi K Panchapakesan        gpanchapakesan@birdmarella.com, 7733684420@filings.docketbird.com, karen-minutelli-9770@ecf.pacerpro.com, kmm@birdmarella.com

John Kucera        john.kucera@usdoj.gov, CaseView.ECF@usdoj.gov, deena.bowman@usdoj.gov, krystie.sor@usdoj.gov, USACAC.Criminal@usdoj.gov

John K Rubiner        jrubiner@bkolaw.com, achavez@bkolaw.com

Martha Boersch        martha@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com

Paul J Cambria , Jr        pcambria@lglaw.com, emccampbell@lglaw.com, gpelletterie@lglaw.com, kdrewery@lglaw.com, tkornow@lglaw.com

Robert Corn-Revere        bobcornrevere@dwt.com, WDCDocket@dwt.com

Thomas H Bienert , Jr        tbienert@bienertkatzman.com, 4579179420@filings.docketbird.com, admin@bienertkatzman.com, tthomas@bienertkatzman.com

Walter Francis Brown , Jr        wbrown@orrick.com, awills@orrick.com, casestream@ecf.courtdrive.com, jcamaya@orrick.com

Whitney Z Bernstein        wbernstein@bienertkatzman.com, 4579179420@filings.docketbird.com, admin@bienertkatzman.com, medwards@bienertkatzman.com, tthomas@bienertkatzman.com

**2:18-cv-08420-RGK-PJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Jill Anderson
2201 North Central Avenue No. 6A
Phoenix, AZ 85004

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

Ramon Larkin
1023 W 70th Ter
Kansas City, MO 64113

Troy Larkin
122 Kent Street, Apt 2
Brooklyn, NY 11222

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\LA18CV8420.RGK.First Amended Consolidated Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/1/2020] [FileNumber=29908109-0]
[81495226f095de30f3f4ff7b1937bbb82b349c38699aaa7a98bbba3c247de75d21bd
61234948a9fe45a3ae89ac9a8ef8efb364bdc6d433ab16f5c6e3abb88d02]]