# Exhibit B

After discharge from jury duty, you may discuss the verdict and the deliberations, your opinions of the judge, prosecutors, defense attorneys and the defendants – any aspect of your experience as a juror – with anyone, including the media, the lawyers, or your family.

## We'd like to hear about your experience as a juror



Contact any of us, at any time, whatever works for you

| | |
|---|---|
| David M Morgan<br>County Record Publishing<br>Editor.SVDR@gmail.com<br>520-236-4051 | Joe Duhownik<br>Courthouse News Service<br>jduhownik@courthousenews.com<br>630-272-5209 |
| Terri Green<br>Career journalist, author, teacher<br>terwalt@gmail.com<br>602-625-2414 | Jimmy Jenkins<br>Arizona Republic<br>jjenkins@arizonarepublic.com<br>812-243-5582 |

Stephen Lemons
FrontPage Confidential
stephenlemons76@yahoo.com
(818) 426-4422