FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | No. CR-18-00422-PHX-DJH<br><br>**JURY QUESTIONS/COURT'S ANSWERS DURING JURY DELIBERATIONS** |

# JURY QUESTION

Date: 11-8-23

Caption:
Case No.: CR-18-422-PHX-DJH
USA v Lacey et al

QUESTION:

What happens if we are unable to reach an unanimous agreement on a count.

#2
Juror Number

RESPONSE:

The Court refers you back to pages 16 and 18 of the Jury Instructions.

Honorable Diane J. Humetewa
United States District Judge

# JURY QUESTION

Date: 11/14/2023
Caption: CR-18-422-PHX-DJH
Case No.: USA v Lacey et al

QUESTION:

If a defendant is found not guilty in charge #1, but found guilty in charges #2-51. Can the defendant be charged in counts #2-51?

The question was a concern due to page #27 lines #10 & #11. Please provide clarity if allowed. (permitted)

#15
Juror Number

RESPONSE:

Yes. And I refer you back to the jury instructions on pages 16 and 30.

Honorable Diane J. Humetewa
United States District Judge

# JURY QUESTION

Date: 11-14-23
Caption: _____
Case No.: _____

QUESTION:
Can we get a definition for concealment as it relates to Charges 53-62

#2
Juror Number

RESPONSE:
To conceal means the act of preventing disclosure or refraining from disclosing.

Honorable Diane J. Humetewa
United States District Judge

# JURY QUESTION

Date: 11/14/23
Caption: CR-18-422-PHX-DJH
Case No.: USA v Lacey et al

QUESTION:

It is unfortunate that we have been in deliberation for days now and I feel that people's personal feelings, emotions + what if opinions have brought us to a standstill. There has only been (1) charge that we have finally gotten all members of the jury to agree on. I feel that this has become a hung jury + we were not able to perform our required duties as jurors.

#15 #13
Juror Number

RESPONSE:

Honorable Diane J. Humetewa
United States District Judge

## JURY QUESTION

Date: 11-15-23
Caption: USA v Lacey et al
Case No.: CR-18-422-PHX-DJH

QUESTION:

Page 47 in the instructions covers Good Faith. Can good faith be applied to all counts or is Good faith tied to a particular charge?

#2
Juror Number

RESPONSE:

The Good Faith instruction can be applied to all counts.

Honorable Diane J. Humetewa
United States District Judge

## JURY QUESTION

Date: 11-15-23
Caption: USA v Lacey et al
Case No.: CR-18-422-PHX-DJH

QUESTION:

If a defendant is found not guilty in Charge One. Per page 27 lines 14 and 15, Can the same defendant be found guilty of charges 2-51? If They were not found to be a member of the Conspiracy?

#2
Juror Number

RESPONSE:

If a defendant is found not guilty in Count one, you are to consider each of the remaining charges as to each defendant separately.

Honorable Diane J. Humetewa
United States District Judge

## JURY QUESTION

Date: 11-16-2023

Caption:
Case No.: CR 18 00422 001

USA v Lacey et al
CR-18-422-PHX-DJH

**QUESTION:**

per the court - each count stands on its own merit for each defendant. If a defendant fails to meet ~~the~~ an element of count 1 - they should be found not guilty - correct. Therefore by being not guilty to count 1 (not part of the conspiracy) Can they still satisfy the element #4 in counts 2-51; a defendant was a member of the same conspiracy (pg 27)

Juror Number #5

**RESPONSE:**

If a defendant does not meet an element of count 1, they cannot be found guilty of count 1. If you find a defendant is not guilty of count 1, that defendant cannot satisfy element 4 on page 27 of the jury instruction because that defendant cannot be held responsible for the acts of a coconspirator.

Honorable Diane J. Humetewa
United States District Judge

# JURY QUESTION

Date: 11-16-23
Caption:
Case No.: CR-18-422-PHX-DJH

QUESTION:
We the jury have come to a unanimous agreement on the majority of the counts. However, we ~~remain~~ are unable to reach a ~~consus~~ consensus on the remaining counts.

#2
Juror Number

RESPONSE:

Honorable Diane J. Humetewa
United States District Judge