1  Gary S. Lincenberg *(admitted pro hac vice)*
      glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
      aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
      gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, RHOW,
   LINCENBERG, DROOKS & NESSIM, LLP
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant John Brunst
8
   *[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE DEFENDANT JOHN BRUNST'S SENTENCING HEARING** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3938009.2

GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249)
  kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805)
  margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856)
  peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543)
  andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825)
  daniel.boyle2@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615)
  austin.berry2@usdoj.gov
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
Attorneys for Plaintiff

**JOINT STIPULATION**

WHEREAS, Defendant Brunst's sentencing hearing is currently set for May 1, 2024, at 10:30 A.M. (Dkt. 2044);

WHEREAS, the Presentence Report is currently due on March 27, 2024, under Federal Rule of Criminal Procedure 32(e)(2);

WHEREAS, counsel for Mr. Brunst (Mr. Lincenberg) is currently in trial in *U.S. v. Stephen Chamberlain*, Case No. 3:18-cr-00577-CRB (N.D. Cal.), and the trial is expected to last through early June 2024;

WHEREAS, counsel for Mr. Brunst (Mr. Panchapakesan) is on vacation during the week of March 25, 2024; and

WHEREAS, the parties anticipate that the Presentence Report may involve certain complexities under the Sentencing Guidelines.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS: Subject to approval of the Court, Dkt. 2044 is modified as to Defendant Brunst as follows:

| Event | Proposed Date |
| --- | --- |
| Presentence Report | March 27, 2024 |
| Objections to Presentence Report | April 30, 2024 |
| Sentencing Hearing | June 14, 2024 |
| Sentencing Motions or Memorandum | June 6, 2024 |
| Responses to Sentencing Motions or Memorandum | June 11, 2024 |

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual(May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

3938009.2

3

JOINT STIPULATION TO CONTINUE BRUNST'S SENTENCING HEARING

| | |
|---|---|
| DATED:  March 22, 2024 | Respectfully submitted, |
| | Gary S. Lincenberg<br>Ariel A. Neuman<br>Gopi K. Panchapakesan<br>Bird, Marella, Rhow,<br>Lincenberg, Drooks & Nessim, LLP |
| | By:    */s/ Gary S. Lincenberg*<br>        Gary S. Lincenberg<br>   Attorneys for Defendant John Brunst |
| DATED:  March 22, 2024 | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| | By:    */s/ Kevin M. Rapp*<br>        KEVIN M. RAPP<br>   Assistant U.S. Attorney |
| | KEVIN M. RAPP<br>MARGARET PERLMETER<br>PETER S. KOZINETS<br>ANDREW C. STONE<br>Assistant U.S. Attorneys |
| | DAN G. BOYLE<br>Special Assistant U.S. Attorney |
| | NICOLE M. ARGENTIERI<br>Acting Assistant Attorney General<br>Criminal Division, U.S. Department of Justice |
| | AUSTIN M. BERRY<br>U.S. Department of Justice<br>Child Exploitation and Obscenity Section |