1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>      Defendants. | CR-18-422-PHX-DJH<br><br>**[PROPOSED] ORDER ON MOTION FOR CORRECTION OF THE COURT'S APRIL 23, 2024 ORDER AND JUDGMENTS**<br>**(Docs. 2063, 2064, and 2066)** |

Pursuant to the United States' Motion for Correction of the Court's April 23, 2024 Order and Judgments (Motion), and Fed. R. Crim. P. 36, **IT IS ORDERED**:

  1.  Granting the United States' Motion;

  2.  Amending the first full paragraph in the Conclusion of the April 23, 2024 Order (Doc. 2063 at 73:2-4), as follows (deleted text is stricken out; added text is underlined):

In conclusion, after viewing the record in the light most favorable to the Government, the Court finds there is insufficient of evidence to support convictions under Counts 19–51 as to Mr. Lacey and Counts ~~66–99~~ 69–99 as to Messrs. Lacey, Brunst, and Spear.

  3.  Amending the second full paragraph in the Conclusion of the Court's April

23, 2024 Order (Doc. 2063 at 73:10-15) by omitting Counts 66-68 from the Counts covered by the Court's directive to the Clerk to issue Judgments of Acquittal for Defendants Michael Lacey and John Brunst, as follows:

> **IT IS ORDERED** that Defendants' Oral and Supplemental Rule 29 Motions (Docs. 2004; 2006; 2007) are **granted in part and denied in part**. The Clerk is directed to issue Judgments of Acquittal for Defendant Michael Lacey on Counts 19–51 and ~~66–70~~ 69–70, 81, 83–84, 86, 88–92 and 94–99; for Defendant John Brunst on Counts ~~66–68,~~ 78–84, 86–93; and for Defendant Scott Spear on Counts 71–78, 85 and 93. In all other respects, the Motions are **denied**.

4.      Amending the second paragraph in the Judgment of Acquittal in *United States v. Michael Lacey*, No. CR-18-00422-001-PHX-DJH (Doc. 2064 at 1:18-20), as follows:

> **IT IS FURTHER ORDERED** that pursuant to the Court's Order filed April 23, 2024, the Defendant is hereby discharged as to Counts 19-51, ~~66-70,~~ 69-70, 81, 83-84, 86, 88-92 and 94-99 of the Superseding Indictment.

4.      Amending the second paragraph in the Judgment of Acquittal in *United States v. John Brunst*, No. CR-18-00422-004-PHX-DJH (Doc. 2066 at 1:18-20), as follows:

> **IT IS FURTHER ORDERED** that pursuant to the Court's Order filed April 23, 2024, the Defendant is hereby discharged as to Counts ~~66-68,~~ 78-84 and 86-93 of the Superseding Indictment.