1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9   United States of America,

10           Plaintiff,

11   v.

12   John Brunst,

13           Defendant.

14

No. CR-18-00422-004-PHX-DJH

**SECOND AMENDED JUDGMENT OF ACQUITTAL**

15       **IT IS ORDERED** that the Defendant is now entitled to be discharged for the

16 reason that the jury has returned its verdict, finding the Defendant not guilty as to Counts

17 2-51 and 63.

18       **IT IS FURTHER ORDERED** that pursuant to the Court's Orders filed April 23,

19 2024, and April 26, 2024, and pursuant to the Court's Order in open court on August 27,

20 2024, the Defendant is hereby discharged as to Counts 69-70, 78-84 and 86-93 of the

21 Superseding Indictment.

22       **IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby

23 acquitted and discharged as to these counts only pursuant to Rule 32(k), Federal Rules of

24 Criminal Procedure.

25       Dated this 27th day of August, 2024.

26
27
28

Honorable Diane J. Humetewa
United States District Judge