# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** Office of Legal Affairs, Passport Services<br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1243<br>Sterling, VA 20166-1243 | **FROM:** United States Pretrial Services<br>Sandra Day O'Connor Courthouse, Suite 260<br>401 W. Washington Street, SPC 8<br>Phoenix, Arizona 85003-2119<br>(602) 322-7350<br>Fax: (602) 322-7380 |

**Original Notice**

Date: October 23, 2024
By: VE

Defendant: John Jed Brunst
Date of Birth: 1952
SSN: XXX-XX-9053

Case Number: 0970 2:18CR00422
Place of Birth: Cincinnati, Ohio

**Notice of Court Order** (Order Date: April 10, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number 4XXXXXX to the custody of the U.S. Pretrial Services on April 10, 2018.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court