# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## EXHIBIT LIST

Case Number: 2: 18-cr-00422-004_____  Judge Code: DJH_____  Date: 01/03/24

Case Name: United States of America vs. S c o t t   S p e a r ,   J o h n   B r u n s t_____

☐ Plaintiff / Petitioner    ☒ Defendant / Respondent

☐ Non-Jury Trial    ☐ Jury Trial    ☐ Other Hearing: Restitution Hearing_____

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 100 | | | Breahanna Fox, Report of Dr. Brett | |
| 101 | | | Breahannah (Fox) Leary 2018-01-30 FD-302 | |
| 102 | | | Breahannah (Fox) Leary 2020-02-28 FD-302 | |
| 103 | | | Breahannah (Fox) Leary, Trial Testimony from People v. Franklin | |
| 104 | | | Carrie Landau FBI Request for Certificate or Letter from Director 2011-05-10 | |
| 105 | | | Judgment in US v. Charles McFee | |
| 106 | | | Ambrose, Yvonne 2019-10-30 FD-302 | |
| 107 | | | Desiree Robinson, Letter from D. Gibson | |
| 108 | | | Destinee Ortiz 2017-04-25 FD-302 | |
| 109 | | | Destinee Ortiz 2024-10-11 SEG Questionnaire | |
| 110 | | | Destinee Ortiz, Report of Dr. Cooper | |
| 111 | | 1/6/25 | Destinee Ortiz, Report of Dr. Smith | |
| 112 | | | Jaime Rosseland 2020-02-03 FD-302 | |
| 113 | | | Jamie Rosseland 2018-01-24 FD-302 | |
| 114 | | | Jamie Rosseland, Letter from J. Donnelly | |

4014474.1

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 115 | | | Jamie Rosseland, Letter from Dr. Helms | |
| 116 | | | Megan Lundstrom 2018-01-19 FD-302 | |
| 117 | | | Megan Lundstrom 2020-02-28 FD-302 | |
| 118 | | | Megan Lundstrom Facebook Post | |
| 119 | | | Megan Lundstrom, Report of K. Keisel | |
| 120 | | | Naiomy Figueroa 2014-02-04 Interview with FBI and Salem PD | |
| 121 | | | Naiomy Figueroa 2017-09-28 FD-302 | |
| 122 | | | Judgment in US v. Enoc Ayuso | |
| 123 | | | Naiomy Figueroa - Victim Impact Statement | |
| 124 | | | Naiomy Figueroa 2020-03-10 FD-302 | |
| 125 | | | Naiomy Figueroa 2023-10-17 Trial Transcript - Day 19 - AM Session | |
| 126 | | 1/6/25 | Naiomy Figueroa 2020-01-23 SEG Questionnaire | |
| 127 | | | Naiomy Figueroa, Report of Dr. Cooper | |
| 128 | | 1/6/25 | Naiomy Figueroa, Report of Dr. Smith | |
| 129 | | | Americans With Disabilities 2014 Household Economics Studies | |
| 130 | | 1/6/25 | Child Sexual Abuse & Employment Earnings in Adulthood | |
| 131 | | | Health Consequences of Sex Trafficking and Implications for Identifying Victims by Lederer | |

4014474.1