# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## WITNESS LIST

**Case Number:** 2:18-cr-00422-004  **Judge Code:** DJH  **Date:** 1/3/2025

**Case Name:** United States of America vs. Scott Spear, John Brunst

- [ ] Plaintiff / Petitioner
- [X] Defendant / Respondent
- [ ] Non-Jury Trial
- [ ] Jury Trial
- [X] Other Hearing: Restitution Hearing

| Name | Sworn | Appeared |
|---|---|---|
| Dr. Sharon Cooper | | |
| Stan Smith | | |
| Kate Keisel | | |
| David Gibson | | |
| Dr. Matthew Brett | | |
| Jessica Donnelly | | |
| Dr. Sarah Helms | | |
| Dr. Lois Lee | | |

FILED JAN - 6 2025 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY DEPUTY